UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Carl Chatman
        Plaintiff,

v.                                          Case No.: 1:14–cv–02945
                                              Honorable John Z. Lee

City of Chicago, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2015:

       MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 6/23/15. For the reasons stated in open court, Defendant Kriston Kato's Motion for Protective Order 228 is denied. There is no sound basis for keeping CR File 296034 confidential, and consequently there is no basis for keeping Kato's motion under seal. The Court therefore orders the Clerk's Office to lift the seal on docket entry nos. [230] – [237], and the City is hereby ordered to remove the confidential designation from CR File 296034. Plaintiff's Motion for Leave to File Motion and Response Under Seal Pending Resolution of Confidentiality Dispute 240, which was noticed before Judge Lee, is granted in part and denied in part, and the Court orders as follows: discovery is extended by 45 days; Plaintiff's request for expedited discovery responses is denied; but the City is ordered to either contact potential witnesses responsive to Plaintiff's additional discovery or provide their contact information to Plaintiff within two weeks. Lastly, Plaintiff's Motion to Compel Defendant City of Chicago to Produce Personnel Records of Defendant Officers and Certain General Progress Reports of Defendant Roberts 220 is entered and continued. The City's response is due tomorrow, and, after reviewing it, the Court will determine whether a further motion hearing is necessary. Status hearing set for 7/14/15 at 10:00am in Courtroom 1041Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.