# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Carl Chatman

                        Plaintiff,

v.                                              Case No.: 1:14–cv–02945

                                                  Honorable John Z. Lee

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2015:

      MINUTE entry before the Honorable John Z. Lee: On 6/23/15, Magistrate Judge Valdez denied Defendant Kato's motion for a protective order and ordered the Clerk's Office to lift the seal on docket entries [230] – [237]. Defendant subsequently filed a motion for leave to file a Rule 72 objection to that order under seal [252]. Accordingly, the Court stays the unsealing of docket entries [230] – [237] pending resolution of that motion and the corresponding Rule 72 objection.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.