**COMMAND CHANNEL REVIEW**
**COMPLAINT REGISTER INVESTIGATION NO.:** 296034
CHICAGO POLICE DEPARTMENT

DATE COMMAND CHANNEL
REVIEW INITIATED
OCT 2 9 2004

---

### INVESTIGATOR SECTION

TO: **COMMANDING OFFICER**          UNIT: 640

PLEASE SUBMIT THIS COMMAND CHANNEL REVIEW FORM THROUGH CHANNELS WITH THE CASE FILE TO:

☐ INTERNAL AFFAIRS DIVISION          ☒ OFFICE OF PROFESSIONAL STANDARDS

---

DATE RECEIVED BY UNIT: 29 Oct 04

☒ I CONCUR          ☐ RECOMMEND OPTIONS BE GRANTED
☐ I DO NOT CONCUR*          ☐ RECOMMEND OPTIONS NOT BE GRANTED

REVIEWED BY: Steve Peterson          TITLE: COMMANDER
UNIT: 640          DATE FORWARDED BY UNIT: 1 Nov 04

---

DATE RECEIVED BY UNIT: 2 NOV 04

☒ I CONCUR          ☐ RECOMMEND OPTIONS BE GRANTED
☐ I DO NOT CONCUR*          ☐ RECOMMEND OPTIONS NOT BE GRANTED

REVIEWED BY: Richard Kobel          TITLE: Deputy Chief
UNIT: 601          DATE FORWARDED BY UNIT: 2 NOV 04

---

DATE RECEIVED BY UNIT:

☐ I CONCUR          ☐ RECOMMEND OPTIONS BE GRANTED
☐ I DO NOT CONCUR*          ☐ RECOMMEND OPTIONS NOT BE GRANTED

REVIEWED BY:          TITLE:
UNIT:          DATE FORWARDED BY UNIT:

---

DATE RECEIVED BY UNIT:

☐ I CONCUR          ☐ RECOMMEND OPTIONS BE GRANTED
☐ I DO NOT CONCUR*          ☐ RECOMMEND OPTIONS NOT BE GRANTED

REVIEWED BY:          TITLE:
UNIT:          DATE FORWARDED BY UNIT:

---

DATE RECEIVED BY UNIT:

☐ I CONCUR          ☐ RECOMMEND OPTIONS BE GRANTED
☐ I DO NOT CONCUR*          ☐ RECOMMEND OPTIONS NOT BE GRANTED

REVIEWED BY:          TITLE:
UNIT:          DATE FORWARDED BY UNIT:

---

* A SEPARATE REPORT PROPOSING ALTERNATE FINDINGS AND/OR AN ALTERNATE
RECOMMENDATION IS REQUIRED WHEN "I DO NOT CONCUR" HAS BEEN CHECKED.

C.R. NO. 296034

CPD-44.113 (REV. 8/01)

EXHIBIT 2

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012440

| SUMMARY REPORT DIGEST-<br>COMPLAINT REGISTER INVESTIGATION NO.:<br>CHICAGO POLICE DEPARTMENT | 296034 | DATE OF REPORT (DAY-MO.-YEAR)<br>01 OCT 2004 |
|---|---|---|

To be used in all cases that are to be classified as either EXONERATED, UNFOUNDED, NOT SUSTAINED cases where
the Disciplinary Recommendation does not exceed FIVE (5) DAYS SUSPENSION.

SUBMIT ORIGINAL AND 3 COPIES IF ASSIGNED TO SAME UNIT AS ACCUSED.
SUBMIT ORIGINAL AND 4 COPIES IF NOT ASSIGNED TO SAME UNIT AS ACCUSED.

TO: SUPERINTENDENT OF POLICE
ATTENTION     [x] ADMINISTRATOR IN CHARGE, OFFICE OF PROFESSIONAL STANDARDS
              [ ] ASSISTANT DEPUTY SUPERINTENDENT, INTERNAL AFFAIRS DIVISION

| FROM - INVESTIGATOR'S NAME<br>Karen Wojtczak | RANK<br>INV. | STAR NO.<br>268 | SOCIAL SEC. NO | EMPLOYEE NO. | UNIT ASSIGN.<br>113 |
|---|---|---|---|---|---|

| ADDRESS OF INCIDENT<br>3151 W. Harrison, 011th District station | DATE OF INCIDENT - TIME<br>25 MAY 02, 0001 hours | BEAT OF INCIDENT<br>1134 | LOCATION CODE<br>04 |
|---|---|---|---|

**ACCUSED**

| NAME<br>1. KATO, Kriston Y. | RANK<br>640 | STAR NO.<br>20200 | SOCIAL SEC.NO. | EMPLOYEE NO. | UNIT ASSIGN.<br>640 |
|---|---|---|---|---|---|
| 2. | | | | | |

| SEX/RACE<br>M/O | D.O.B. | DATE OF APPOINTMENT<br>26 APR 76 | DUTY STATUS (TIME OF INCIDENT)<br>[X] ON DUTY   [ ] OFF DUTY | [X] SWORN<br>[ ] CIVILIAN | PHYS.<br>COND.<br>CODE   01 |
|---|---|---|---|---|---|
| 2. | | | [ ] ON DUTY   [ ] OFF DUTY | [ ] SWORN<br>[ ] CIVILIAN | |

| IF APPLICABLE - DATE ARRESTED/INDICATED<br>1. | CHARGES | COURT BRANCH | DISPOSITION & DATE |
|---|---|---|---|
| 2 | | | |

**COMPLAINANTS**

| NAME<br>Anonymous | ADDRESS | CITY | STATE | TELEPHONE | SEX/RACE | D.O.B./AGE | PHYS.<br>COND.<br>CODE |
|---|---|---|---|---|---|---|---|

**VICTIMS**

| NAME<br>Unidentified Homeless Man-<br>CHATMAN, Carl | ADDRESS<br>1345 N. Massasoit | CITY   STATE<br>Chicago IL | TELEPHONE<br>921-1844 | SEX/RACE<br>M/B | D.O.B./AGE<br>29 OCT 54 | PHYS.<br>COND.<br>CODE<br>01 |
|---|---|---|---|---|---|---|

**WITNESSES**

| NAME | ADDRESS | CITY | STATE | TELEPHONE | SEX/RACE | D.O.B./AGE | PHYS.<br>COND.<br>CODE |
|---|---|---|---|---|---|---|---|

[ ] SEE ATTACHED SHEET FOR ADDITIONAL ACCUSED, COMPLAINTS, VICTIMS, WITNESSES.

**ALLEGATIONS**

On 23 FEB 04, at 1054 hours, Sgt. Matthew Brown, #2378, Unit 121, contacted the Office of Professional Standards ("OPS") via Pax and registered a complaint with Intake Aide Larvette Butts, Employee# ███ Unit 113, on behalf of an anonymous complainant. It is alleged that on 25 MAY 02, at approximately 0001 hours, at the location of 3151 W. Harrison, the 011th District station, **Detective Kriston Y. Kato**, (1) beat an unidentified homeless man until he confessed to the assault/rape of a woman that had occurred at the Daley Center.

| I.A.D. LOCATION CODES | | I.A.D. PHYSICAL CONDITION CODES | |
|---|---|---|---|
| 01 Food Sales/Restaurant | 11 Public Transportation Veh./Facility | 01 No Visible Injury - Apparently Normal | |
| 02 Tavern/Liquor Store | 12 Park District Property | 02 No Visible Injury - Under Influence | |
| 03 Other Business Establishment | 13 Airport | 03 Injured, Not Hospitalized | |
| 04 Police Building | 14 Public Property - Other | 04 Injured, Not Hospitalized - Under Influence | |
| 05 Lockup Facility | 15 Other Private Premise | 05 Injured, Hospitalized | |
| 06 Police Maintenance Facility | 16 Expressway/Interstate System | 06 Injured, Hospitalized - Under Influence | |
| 07 CPD Automotive Pound Facility | 17 Public Way - Other | 07 Injured, Refused Medical Aid | |
| 08 Other Police Property | 18 Waterway, Incl. Park District | 08 Injured, Refused Medical Aid - Under Influence | |
| 09 Police Communications System | 19 Private Residence | 09 Deceased | |
| 10 Court Room | | 10 Deceased - Under Influence | |

** IF CPD MEMBER, LIST RANK, STAR, SOCIAL SECURITY, EMPLOYEE NOS. IN ADDRESS BOX, PAX/BELL IN TELEPHONE BOX.

CPD-44.112a (1/84)     C.R. No.   296034

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def CC 012441

Briefly summarize the investigation describing your efforts to prove or disprove the allegation(s). Indicate whether witnesses or evidence support or do not support the allegations(s).
In sustained cases ONLY, copies of the accused member's Summary of Previous Disciplinary Actions and Record of Previous Complimentary History will be included as attachments.

This case concerns the contact Det. Kato had with an unidentified homeless man, who was later identified as Carl Chatman.

The following investigative steps were taken in an effort to prove or disprove the allegations:

In his initiation report dated 23 FEB 04, Sgt. Brown stated that the Internal Affairs Division received a letter from an anonymous person. The allegation made by this person is stated in the "Allegations" section of the Summary Report. The letter further states that Det. Kato was aware that the homeless man did not commit the crime he had confessed to. (ATTS.2,3).

The letter from the anonymous complainant dated 27 MAY 02 is written in first person. The complainant stated that he/she is an "officer/detective" assigned to the 011th District. The author states that the homeless man denied committing the rape and that he was nowhere near the Daley Center. The author further states that Det. Kato hit the homeless man and shouted, "Tell me you did it!" The homeless man denied the allegation that he committed the rape and Det. Kato struck the homeless man "with such a blow that last time" that the man groaned and gasped for air. When the man then asked Det. Kato what he wanted him to say, Det. Kato stated, "I want you to say you raped that woman." Det. Kato, who had the rape victim's complete account of the incident, then "laid it out for the homeless suspect to sign." The letter states that the homeless man did not read the statement and that he did not know what he was signing. Finally, it is stated in the letter, "It is a well-known fact from questioning and the suspect's condition that he did not commit this assault [the rape]." (ATT.4).

Department reports indicate that Carl Chatman was arrested on 24 MAY 02 at 0834 hours at 151 W. Van Buren and charged with Aggravated Criminal Sexual Assault after officers monitored a flash message of a wanted offender for a criminal sexual assault that had occurred at 50 W. Washington. Officers observed Chatman, who matched the given description of the wanted offender, at the address of arrest. Chatman's lockup screening record indicates that he entered the lockup with no obvious sign of pain or injury. Chatman provided a vivid account of the rape he was convicted of committing, which included an explanation as to how he sought a victim and his self-described reasons for his actions. Chatman was interviewed by the Assistant State's Attorney ("A.S.A."), as well, and provided detectives and the A.S.A. with a reenactment of events leading up to and including the rape he had confessed to committing. It should be noted that Det. Kato's name does not appear on any of the Department reports relative to the criminal sexual assault at the Daley Center. (ATTS. 7,8,9,13,14,17,18).

(Continued on Page 2)

| INVESTIGATIVE REPORTS-SUPPORTING ALLEGATION LIST ATTACHMENT NUMBERS: | INVESTIGATIVE REPORTS-SUPPORTING ACCUSED MEMBER(S) LIST ATTACHMENT NUMBERS: | PHYSICAL EVIDENCE LIST ATTACHMENT NUMBERS: | TOTAL NUMBER OF ATTACHMENTS SUBMITTED WITH THIS FILE: |
|---|---|---|---|
| 4,12 | | 10,10A | 19 |

Summarize the findings and recommendations. Rule violations will be cited by number only. One overall recommendation for Disciplinary Action will be made by the investigator. The recommendation will be made for ALL sustained findings; recommendations will NOT be made for each sustained allegation. Example: 1. Violation noted, no disciplinary action warranted. 2. That the accused member be reprimanded. 3. That the accused member be suspended for .... days (not to exceed 5 days).

FINDINGS:

ACCUSED #1      **Detective Kriston Kato, #20200, Unit 640**
ALLEGATION #1      **Unfounded**

Supervisor, OPS

| DATE INITIATED (DATE COMPLAINT WAS RECEIVED FOR INVESTIGATION) | DATE COMPLETED (DATE OF THIS REPORT) | ELAPSED TIME (TOTAL TIME, EXPRESSED IN DAYS) |
|---|---|---|
| 23 FEB 04 | 01 OCT 04 | 221 |

Investigator will initiate the Command Channel Review for by completing the Investigator's Section.

INVESTIGATOR'S SIGNATURE   # 268

IF NECESSARY, USE AN 8½" X 11" SHEET OF WHITE PAPER TO CONTINUE ANY ITEM.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012442

OFFICE OF PROFESSIONAL STANDARDS          CR# 296034
                                                        Page 2

**INVESTIGATION:**

In an authenticated interview dated 16 MAR 04, Chatman [incarcerated at Cook County Jail at the time of the interview] stated that he was in the area of Van Buren and Wells talking to an unknown person for approximately 10 to 15 minutes. Chatman was then arrested by plainclothes officers who took him to Harrison and Kedzie. Chatman stated that he was questioned by officers about a rape, which he said he knew nothing about and that he did not commit. Chatman related that he was then put in a line-up and was "picked out" by the "complainer." Chatman related that, while seated in a room, an officer whose name might have been "Kato" threatened him saying, "I know you are the one. I am going to beat your butt." This officer then struck Chatman, who was using pain medication and Depakote, on the left side of his temple, one time. Chatman stated that he then told this officer that he committed the rape because he did not want to get hit, again. Chatman related that the officer told him what to say in his statement and this was how he knew all of the details of the rape. Chatman related that he did not sustain any injuries as a result of this alleged incident. (ATT.12).


Chatman's booking photographs show him with no obvious sign of visible injury. (ATTS.10,10A).

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945      City Def CC 012443

OFFICE OF PROFESSIONAL STANDARDS                           CR# 296034
                                                           Page 3

**CONCLUSION:**

**Detective Kriston Kato, #20200, Unit 640**

**Allegation #1:  UNFOUNDED –** Other than a letter from an anonymous person and

Chatman's statement, there is no evidence to support the allegation.  Whereas the letter

states that the homeless man endured a "beating," Chatman himself stated that he was

struck one time on the head and did not sustain any injuries.  There are no medical records

or photographs that support an allegation that Chatman was "beaten."  Furthermore, the

alleged incident occurred on 25 MAY 02 and this complaint was not initiated until 23 FEB

04.  Until the OPS questioned Chatman about his arrest, no allegations of excessive force

had surfaced.  Most important, Det. Kato's name does not appear in any of the Department

Reports relative to Chatman's arrest.  Based on this evidence, the allegation against Det.

Kato is UNFOUNDED and no further Department reports are required in accordance with

General Order 93-3-3.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012444

**COMPLAINT AGAINST DEPARTMENT MEMBER**
**CHICAGO POLICE DEPARTMENT**

| INITIAL COMPLAINT CATEGORY | C.R.NO. |
|---|---|
| 05-A | 296034 |

| TO COMMANDING OFFICER INVESTIGATING UNIT | UNIT | MANNER COMPLAINT RECEIVED |
|---|---|---|
| | | ☐ BELL ☒ PAX ☐ LETTER ☐ IN PERSON |

| RECEIVED FROM COMPLAINANT BY-NAME | RANK | STAR/EMPL. NO | UNIT NO. | DAY OF WK. | DATE | TIME |
|---|---|---|---|---|---|---|
| BROWN, Matthew | Sgt. | ▮▮▮ | 121 | Mon | 23 Feb 04 | 10:54 |

| REGISTERED WITH O.P.S. BY-NAME | RANK | STAR/EMPL. NO | UNIT NO. | DAY OF WK. | DATE | TIME |
|---|---|---|---|---|---|---|
| BUTTS, Larvette | I/A | ▮▮▮ | 113 | SAME | AS ABOVE | |

**ACCUSED**

| | NAME | RANK | STAR NO. | UNIT NO. | SOCIAL SECURITY NO. | DUTY STATUS |
|---|---|---|---|---|---|---|
| 1. | KATO, Kriston Y. (D.O.A. 26 APR 76) | Det. | 20200 | 640 | Emp ▮▮▮ | ☒ ON ☐ OFF |
| 2. | | | | | | ☐ ON ☐ OFF |
| 3. | | | | | | ☐ ON ☐ OFF |
| 4. | | | | | | ☐ ON ☐ OFF |
| 5. | | | | | | ☐ ON ☐ OFF |

| LOCATION OF INCIDENT | DAY OF - | DATE | TIME | TOTAL ACCUSED | TOTAL COMPL. | TOTAL WIT. |
|---|---|---|---|---|---|---|
| 3151 W. Harrison - 011 District | SAT. | 25 May 02 | 00:01 | | | |

**COMPLAINANT**

| NAME | *ADDRESS (STREET, APT. NO., CITY, STATE) | ZIP CODE |
|---|---|---|
| ANONYMOUS | UNKNOWN | |

| HOME PHONE NO. | CONTACT AT | TIME | PHONE NO. |
|---|---|---|---|
| UNKNOWN | | | |

**ADDITIONAL COMPLAINANT/VICTIM/WITNESS**

| C | V | W | NAME | * ADDRESS (STREET, APT. NO., CITY, STATE) | PHONE NO. |
|---|---|---|---|---|---|
| | X | | Unidentified Homeless Man | | |
| | | | CHATMAN, Carl (M/B, 29 OCT 54) | 1345 N. Massasoit | 921-1844 |
| | | | | | |
| | | | | | |

FOR ADDITIONAL ACCUSED, COMPLAINANTS (C), VICTIMS (V), WITNESSES (W), USE ANOTHER FORMSET.
* IF CPID MEMBER, LIST RANK, STAR/EMPLOYEE, SOCIAL SECURITY NOS. IN ADDRESS, PAX/BELL IN PHONE NO. BOX.

**NARRATIVE OF ALLEGATIONS**

It is reported that the accused officer beat the victim until he confessed to the assault/rape of a woman in the Daley Center.

SEE ATTACHMENT

| INVESTIGATOR ASSIGNED | RANK | STAR/EMPL. NO. | UNIT NO. | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| 1. CARMODY, Elizabeth | Inv. | ▮▮▮ | 113 | |
| 2. WOJTCZAK, KAREN | INV | | | |

| DATE ASSIGNED – TIME | DAY OF WK. | DATE ASSIGNED - TIME | DAY OF WK. |
|---|---|---|---|
| 1. 24 Feb 04 | Tues | 2. 16 APR 04 | Fri |

CPD-44.202 (Rev. 11/84) INVESTIGATOR'S UNIT COMMANDING OFFICER COPY | ATTACHMENT 1 | C.R. NO.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945

CITY OF CHICAGO 012445

## Complaint Register Investigation Conflict Certification
## Chicago Police Department

CR#: _296034_

     I hereby certify that to the best of my knowledge, neither I, nor my spouse or domestic partner, my parent, my sibling or my child (hereinafter my household or immediate family), has a personal, professional or financial relationship with the victim(s), complainant(s), accused department member(s), witness department member(s), or civilian witness(es).

     I further certify that to the best of my knowledge, the resolution of the matter under investigation will not positively or negatively affect my financial interests or the financial interest of any member of my household or immediate family.

     I acknowledge that I must disclose to the Assistant Deputy Superintendent, Internal Affairs Division or the Chief Administrator, Office of Professional Standards, in writing, the acquisition of any financial interest or the development or the discovery of any personal interest that would directly affect my ability to conduct an impartial objective investigation and render unbiased decisions concerning the matter under investigation.

     I acknowledge that I must disclose to the Assistant Deputy Superintendent, Internal Affairs Division or the Chief Administrator, Office of Professional Standards, in writing, the discovery that a member of my household or immediate family has a personal, professional or financial relationship with the victim(s), complainant(s), accused department member(s), witness department member(s), or civilian witness(es) or if a member of my household or immediate family will be positively or negatively affected by the resolution of the matter under investigation.

| | |
|---|---|
| _Elizabeth A. Carmody #208_ | _Michl Duffy_ |
| Signature | Signature |
| _Elizabeth A. Carmody #208_ | _Michael Duffy_ |
| Investigator | Supervisor |
| _24 FEB 04_ | _24 FEB 04_ |
| Date | Date |

CPD-44.201 (Rev. 1/04)

**Attachment 1 A**
CR# **296034** _____

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012446

Office of the Superintendent                                          23 February 2004
Internal Affairs Division

TO:            Karen Rowan
               Assistant Deputy Superintendent
               Internal Affairs Division

FROM:          Sergeant Matthew Brown #2378
               Administrative Section
               Internal Affairs Division

SUBJECT:       Initiation Report

ACCUSED:       Detective Kriston Y. Kato #20200 - Unit 640
               DOA:  26 Apr 1976   Emp# ███████

COMPLAINANT:   Anonymous

WITNESS:       Unknown

VICTIM:        Unidentified Homeless Man

DATE/LOCATION: On or about 25 May 2002 - Area 4 Detective Division, 3151 West
               Harrison

REFERENCE:     Complaint Register Number 296034

        An anonymous letter received by the Internal Affairs Division alleges the accused beat
the victim until he confessed to the assault/rape of a woman in the Daley Center.  The letter
further alleges that the accused was aware the victim did not commit the crime to which he
confessed.

        The Office of Professional Standards (BUTTS) was contacted at 1054 hours and
complaint register number 296034 was initiated.

                                        _Sgt. Matthew Brown #2378_

                                        Sergeant Matthew Brown #2378
                                        Administrative Section
                                        Internal Affairs Division

                                                          C.R. 296034
                                                                    2

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945         City Def CC 012447

TO:      Internal Affairs
             Office of Professional Standards/Melissa Willis

FROM:    Anonymous Officer/Detective

RE:      Misconduct

DATE:    May 27, 2002


I would like to remain anonymous.  I too am an officer/detective at the 11th District Harrison/Kedzie Station, so it would not be in my best interests to reveal my identity.  Majority of the officers and detectives are knowledgeable about Detective Kato's brutality towards suspects held in custody.  The complaints alleged against Kato are numerous, however, what I am about to tell you is not a district norm.

On or about May 25, 2002, Detective Kato beat a suspect into signing a confession.  The suspect is homeless and was apprehended for the assault/rape of a woman in the Daley Center.  The suspect denied the rape and said he was no way near the Daley Center.  Detective Kato hit the suspect and shouted "tell me you did it!"  The homeless suspect said one last time "did what?  I didn't do nothing.  I don't, don't, don't know what you are talking about."  Detective Kato hit the suspect with such a blow that last time that the suspect groaned from sheer pain and doubled over grasping for air.  That blow I thought would kill him for sure.  The suspect then said "what—what—what—what do you want me to say?  Kato said "I want you to say you raped that woman."  By this time, Kato had the assault/rape victim's total account of the assault.  Kato took the victims account of the assault, word for word and laid it out for the homeless suspect to sign.  The suspect didn't even read it and didn't know what he was signing.  The suspect was denied a phone call, instead Kato told the suspect  "you are homeless.  Who are you going to call, the other homeless people at the Gardens?

It is a well known fact from questioning and the suspects condition that he did not commit this assault.  However Kato stated that "they wanted someone to be accountable, so I gave them someone.  He's homeless anyway, at least now (laughingly) he'll get three meals a day.  That's my contribution to help feed the homeless."

296034
4

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945        City Def CC 012448

OFFICE OF PROFESSIONAL STANDARDS                    CR# 296034

INTERNAL AFFAIRS
ATTN: KAREN ROWAN
3510 S. MICHIGAN
CHICAGO, il 60604



296034
3

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012449

As you can see, I initially sent this report via interoffice mail, but to no avail.

296034
4

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012450



# INTER-DEPARTMENTAL CORRESPONDENCE
## DO NOT DESTROY
### CANCEL LAST NAME AND USE NEXT SPACE

| To: OPS Unit 113/Melissa Willis | To: | To: |
|---|---|---|
| Address | Address | Address |
| From: Anonymous | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |
| To: | To: | To: |
| Address | Address | Address |
| From: | From: | From: |

296034

ATTACHMENT # 5

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945

City Def CC 012451

# TEAM TRANSFER OF INVESTIGATION

CR. # _296034_

FROM: _Supervisor Carmody, #108_

TO: _Inv. Wojtczak, #268_

DATE: _16 Apr 04_

PER SUPERVISOR: _Carmody_

296034
6

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012452

CHICAGO POLICE
**ARREST REPORT**
CPD-11.420 (REV. 3/02)

| 1. NAME (LAST - FIRST - MIDDLE) | 2. SEX | 3. RACE | 4. AGE | 5. DATE OF BIRTH |
|---|---|---|---|---|
| CHATMAN, Carl (N.M.I.) | M | 1 | 47 | 29 OCT 54 |

| 6. C.B. NO. | 7. ALIAS OR NICKNAME | 8. DIST./RES. | 9. HEIGHT | 10. WEIGHT | 11. HAIR | 12. HAIR STYLE | 13. EYES | 14. COMPLEXION |
|---|---|---|---|---|---|---|---|---|
| 13 0692 | NONE | 001 | 511 | 200 | B&P | MED | BRO | MED |

15. I.R. NO. 389.174
16. RESIDENCE ADDRESS: 646 S. State
17. OUTING, MARKS, SCARS, DISABILITIES, ETC. scar on forehead
18. SOCIAL SECURITY NO. 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

16A. CITY, STATE: Chicago, Il.
ZIP CODE: 60605
HOME TELEPHONE: NONE

19. F.B.I. NO.
20. DRIVER'S LICENSE NO.

21. RD. NO. HH-392724
22. OCCUPATION: Unemployed
23. BUSINESS/SCHOOL ADDRESS: NONE

24. ADDRESS OF ARREST: 151 W. Van Buren
29. LOCATION CODE FOR NATURE OF PREMISES
31. BEAT OF ARREST: 304
DAY: 131  MONTH: 24 MAY  YEAR: 02  TIME: 0834  UNIT: 001  BEAT: 123  TIME: 0845

32. PROPERTY INVENTORY NO(S).
33. FOR NARCOTIC CHARGES
34. APPROX. VALUE

30. HOW WAS ARREST: ON FOOT
31. WEAPON: GUN

35. PERSON INVESTIGATING UNIT NOTIFIED: Mischke #21126  UNIT NOTIFIED: A4/VC  TIME: 0855
37. DO WE ARREST HAVE: HOLDER  TIME: 1315

38. VICTIM NAME: Riccio, Susan  SEX: F  RACE: 2  AGE: 51  HOME ADDRESS: 910 Elm St. Western Springs Il.  TELEPHONE NO: 708-246-5416
VICTIM INJURED: YES — Head & Dramatic Trauma  TAKEN TO A RELEASE: Northwestern Hospital

| 40. REFERENCES (CH.-PAR.) | 41. OFFENSES | 42. DISPOSITIONS |
|---|---|---|
| 720 ILCS 12-14 | Criminal Sexual Assault | 5 |
| 720 ILCS 5/8 Agg Crim Sex | 6 | |
| 12-13(a) | Asslt | 7 |
| | | 8 |

43. NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

This is a 001st District Arrest By BT#123 & 3306A EV#03473
In Summary: BT#3306A was monitoring O.E.C. flash message of an offender for Criminal
Sexual Assault described as a M/1/50's 507ht 200# wearing a Blackhawk's jacket with
Salt & Pepper hair. R/O's observed the above subject matching the said description at
151 W. VanBuren where he was placed into custody and transported into A/4 for further
investigation.

Vehicle Impounded
(Refer to Box #35)
Yes _____ No ____
W/C Initial: ____

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

44. FIRST ARRESTING/APPEARING OFFICER - PRINT NAME: R. Griffin  STAR NO: 17708  UNIT: 053  BEAT/NO: 123  FUND: —  MED. GRP: S/S  MED. KEY: U
46. SECOND ARRESTING OFFICER - PRINT NAME - STAR NO: M. Karczewski  15101  UNIT: 001

DEPUTY CLERK / ORIGINAL SIGNATURE
STAR/EMPL. NO: 2328011

48. APPROVAL OF PROBABLE CAUSE
49. RESULTS OF RIOGRAM: CHECK WANTED BY SIG. STAR: RI Hart w 688  DATE: ___  TIME: ___
WAS THE OFFENDER RELEASED WITHOUT CHARGING? NO

50. ARRESTEE SEARCHED BY: WOODSON W  STAR/EMPL. NO: 1830  UNIT: 911  51. DATE RECEIVED - LOCKUP: 24 May 02  TIME: 2136  52. PERS. PROPERTY ACCEPTED BY: NONE
53. BOOKING OFFICER: WOODSON W  STAR/EMPL. NO: 1830  UNIT: 911  55. TIME FINGERPRINTED: 2147  56. TIME PHOTOGRAPHED: 2170  57. TIME FED: ___

COURT INFORMATION
58. ARR. DATE: 28 May 02  BRANCH-CALL: 66  COURT DGT. TO HANDLE: YES/NO  90. INITIAL COURT DATE: 26 May 02 66 CBC1  BRANCH-CALL
59. BONDED - DATE: ___  TIME: ___  BLIND RELIEF NO: TO COURT  91. COURT DOCKET NO: ___  FINAL JUDGE'S NAME

PERMANENT RECORD — RECORDS DIV.

296034
7

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012453

## MOVING OF ARRESTEE OUT OF & INTO ARREST/DETENTION FACILITY

| | DATE | TIME | TURNED OVER TO/ RECEIVED FROM | STAR/ EMPL. NO. | REASON | LOCKUP KEEPER/ OTHER DEPT. MEMBER | STAR/ EMPL. NO. |
|---|---|---|---|---|---|---|---|
| OUT | 24MAY | 2155 | WALSH | 1934 | (INTERVIEW) | WOODSON | 18352 |
| IN | 25MAY | 1415 | MIDONO | 2105 | | | |
| OUT | | | | | | | |
| IN | | | | | | | |

### RECORD OF INTERVIEWS IN LOCKUP

| DATE | TIME | INTERVIEWER | STAR NO. | REASON | LOCKUP KEEPER/ OTHER DEPT. MEMBER | STAR/ EMPL. NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

### RECORD OF VISITORS TO ARRESTEE

| DATE | TIME IN | TIME OUT | VISITOR'S NAME | ADDRESS | TELEPHONE | RELATIONSHIP | W. C.'S APPROVAL (SIGNATURE) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**RECEIVING SCREENING RECORD FOR ARRESTEE TO BE HELD IN LOCKUP** — REFER TO GUIDELINES FOR ARRESTEE SCREENING, CPD-11.5.3. NOTE: ALL "YES" ANSWERS REQUIRE ACTION — DATE — TIME

ARRESTEE'S NAME — C.B. NO. — LOCKUP KEEPER'S NAME (PRINT) — STAR NO.

| LOCKUP KEEPER'S VISUAL CHECK | YES | NO | | LOCKUP KEEPER'S ARRESTEE QUESTIONNAIRE | YES | NO | REFUSED |
|---|---|---|---|---|---|---|---|
| 1. DOES ARRESTEE HAVE OBVIOUS PAIN OR INJURY? | ☐ | ☒ | 8. | ARE YOU PRESENTLY TAKING ANY MEDICATION? (For what) DEPRESSION | ☒ | ☐ | ☐ |
| 2. IS THERE OBVIOUS SIGN OF INFECTION? | ☐ | ☒ | 9. | (IF FEMALE) ARE YOU PREGNANT? | ☐ | ☐ | ☐ |
| 3. APPEARS TO BE UNDER THE INFLUENCE OF ALCOHOL/DRUGS | ☐ | ☒ | 10. | IS THIS THE FIRST TIME YOU HAVE EVER BEEN ARRESTED? | ☐ | ☒ | ☐ |
| 4. ARE THERE VISIBLE SIGNS OF ALCOHOL AND/OR DRUG WITHDRAWAL? | ☐ | ☒ | 11. | HAVE YOU EVER TRIED TO KILL YOURSELF OR DONE SERIOUS HARM TO YOURSELF? | ☒ | ☐ | ☐ |
| 5. DOES ARRESTEE APPEAR TO BE DESPONDENT? | ☐ | ☒ | 12.A. | DO YOU HAVE ANY SERIOUS MEDICAL OR MENTAL PROBLEMS? (IF YES, specify problem under REMARKS) | ☒ | ☐ | ☐ |
| 6. DOES ARRESTEE APPEAR TO BE IRRATIONAL? | ☐ | ☒ | 12.B. | ARE YOU RECEIVING ANY TREATMENT? (IF YES, specify under REMARKS) | ☒ | ☐ | ☐ |
| 7. IS ARRESTEE CARRYING MEDICATION? | ☐ | ☒ | | | | | |

PERSON TO BE NOTIFIED IN CASE OF EMERGENCY - NAME CHAPMAN, THERESA — ADDRESS 1345 W. 33345 — TELEPHONE 773 821-0119 — RELATIONSHIP SISTER

REMARKS RECEIVES TREATMENT FOR DEPRESSION

### SPECIAL DISPOSITION
COMPLETE ONLY FOR ARRESTEES REFERRED OUT OR TO BE MONITORED

| REFERRED TO (Specify) | PLACED IN ONE-PERSON CELL NO. (for communicable disease cases) | PLACED IN TWO OR MORE PERSON CELL NO. UNDER SPECIAL/CLOSE OBSERVATION (potential suicides) |
|---|---|---|
| NOTE: LOCKUP KEEPER MUST SIGN IN ALL INSTANCES | LOCKUP KEEPER'S SIGNATURE | |

### RELEASE OF ARRESTEE FROM CUSTODY

FOR THE FOLLOWING REASON(S), I HAVE DETERMINED THERE IS NOT SUFFICIENT CAUSE TO FURTHER DETAIN/CHARGE THE ARRESTEE:

| SIGNATURE - ARR. OFF./DETECTIVE | STAR NO. UNIT | APPROVED - W/C - DETENTION FAC. - STAR NO. | DATE-TIME RELEASED FROM CUSTODY |
|---|---|---|---|
| | | | |

296034
8

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012454



Chicago Police Department

Home »Arrest Report Search/Print

This is a Paper Report

CB No. **015130642** IR No. **389174**      RD No.  Arrest Date 24-MAY-2002 08:30

District of
Initial Approval      Holding Facility DISTRICT 011 MALE LOCKUP

Status Ident. Cleared

## Offender Information

| | | | | |
|---|---|---|---|---|
| Last Name | CHATMAN | First Name | CARL | Middle Name |
| Name Suffix | | Nickname | | SSN 330504834 |
| Alias Last Name | | Alias First Name | | |
| FBI No | | SID No | | |
| Drivers License No. | | Issuing State | | |
| Resisted Arrest ? | NO | TRR Completed? | NO | |
| Dependent Children? | NO | DCFS Ward? | NO | |

## Offender Description

| | | | | | | |
|---|---|---|---|---|---|---|
| Birth Place | ILLINOIS | Birth Date | 29-OCT-1954 | Age | 47 (Yrs) |
| Sex | MALE | Race | BLACK | Eye Color | BROWN |
| Hair Color | GREY/PART GREY | Hair Style | MEDIUM | Complexion | MEDIUM |
| Height | 511 | Weight | 200 | | |
| Occupation | | Employer / School | | | |

## Offender Scar Marks

| Name | Type | Scars | Location | Photographed ? |
|---|---|---|---|---|
| CHATMAN Carl | Other | Scar On Forehead | Other | NO |

Row(s) 1 - 1

## Offender Identifications

## Arrest / Offender Address

| Type | Location | Address | County | Beat | Phone |
|---|---|---|---|---|---|
| Arrest | Street | 151 West Van Buren St Chicago IL | | 131 | |
| Residence | | 646 South State St Chicago IL | | 132 | |

Row(s) 1 - 2

*296034 9*

## Non Offender Information

| Role | Name | Sex | Race | Birth Date | Age Approx? | Deceased? | Hospitalized? | Hospital | Tr Re |
|---|---|---|---|---|---|---|---|---|---|
| Emergency Contact | CHATMAN, Theresa | | | | NO | NO | NO | | |

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14-C-2945   City_Def_CC012455

Case: 1:14-cv-02945 Document #: 264-3 Filed: 06/26/15 Page 17 of 92 PageID #:2723

## Non Offender Addresses

| Role | Name | Type | Street No. | Dir | Street Name | Apt | City | ST | Zip | Be |
|------|------|------|-----------|-----|-------------|-----|------|-----|-----|-----|
| Emergency Contact | CHATMAN, Theresa | Non-Offender | 1345 | | North Massasort | | Chicago | IL | | |

## Non Offender Additional Contact Numbers

No Records Found.

## Non Offender Injuries

No Records Found

## ASA Felony /ADS / Detective Information

No Records Found

## Offense

| Line | IUCR | Statute | C | T | Inchoate Code | Domestic Violence | Victim |
|------|------|---------|---|---|---------------|-------------------|--------|
| 1 | 0281 | 720 ILCS 5.0/12-13-A-1 Csa - Criml Sex Assault - Force/Threat | 1 | F | | | |

## Recovered Narcotics

No Records Found

## Arrestee Questionaire

| Question | Response |
|----------|----------|
| 1. Presently Taking Medication? | Yes |
| 2. (If Female)Are You Pregnant? | |
| 3. First Time Ever Been Arrested? | No |
| 4. Attempted Suicide/Serious Harm? | Yes |
| 5. Serious Medical Or Mental Problems? | Yes |
| 6. Are You Receiving Treatment? | Yes |

Row(s) 1 - 6

## Visual Check Questionaire

| Question | Response |
|----------|----------|
| 1. Is There Obvious Pain Or Injury? | No |
| 2. Is There Obvious Signs Of Infection? | No |
| 3. Under The Influence Of Alcohol/Drugs? | No |
| 4. Signs Of Alcohol/Drug Withdrawal? | No |
| 5. Appears To Be Despondent? | No |
| 6. Appears To Be Irrational? | No |
| 7. Carrying Medication? | No |

Row(s) 1 - 7

C.R. *296034*

ATTACHMENT # *9*

CONFIDENTIAL - Produced Pursuant to Protective Order Entered in 14 C 2945_City Def CO012456

## Lockup Keeper Remarks

Lockup Keeper Response    RECEICESW TREATMENT FOR DEPRESSION AND TRIED TO KILL HIMSELF ONCE

Referred To

Placed in one person cell ? NO  Placed under close observation? NO

## Warrants Information

No Records Found.

## Associated Incidents

No Records Found.

## Associated Arrests

No Record Found.

## Associated Cases

| RD Number |
|-----------|
| HH392724 |

Row(s) 1 - 1

## Dispersal Events

Dispersal Event No.  Arrest Event No.

## Arrestee Vehicle Information

Year

| Model | Make | Type |
|-------|------|------|
| Style | Top Color | Bottom Color |
| Vin No | Inventory No | |

## Vehicle License Information

| License No | License State | Expiry Date |
|------------|---------------|-------------|
| Used as Weapons? NO | Disposition | |

Vehicle Impounded? NO  Vehicle Pound

## Involved Employees Information

| Employee Role | Last Name | First Name | Employee No. | Star No. | Agency Name | Beat |
|---------------|-----------|------------|--------------|----------|-------------|------|
| 1st Arresting Officer | GRIFFIN | Richard | ▮ | 17708 | | 5410 |
| 2nd Arresting Officer | KARCZEWSKI | Michael | ▮ | 15101 | | 5410 |

Row(s) 1 - 2

## Approval Information

No Record Found.

## Booking Information

Finger Prints Taken ? Yes

CR 296034
9

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def/CC042457

Time Printed          24-MAY-2002 21:41   Time Photographed     Time Fed
Cell No.                                  Phone Number Called   Time Called
  Received In Lockup

## Court Information
Court Sergeant ?    NO  Released from custody.
Desired Court Date      Desired Branch Call          Room No.  Address
Intial Court Date       Initial Court Branch      Initial Room No.  Address

## Bond Information
Bond Date       Bond Type
Bond Amount     Bond Receipt No.

## Narratives

## Watch Commander Comments
No Record Found.

Copyright © 2002. All rights reserved.

296 034
9

ATTACHMENT # 9

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945_City Def 042458

# CLEAR Data Warehouse

Arrest Date = 24-MAY-2002

Address of Arrest = 151 W VAN BUREN ST

Last Name = CHATMAN

First Name = CARL

LKA = 646 S STATE ST

City = CHICAGO

CB Number = 15130642

IR Number = 389174

DOB= 29-OCT-1954

REPORT DATE= 8-March-2004 10:12:33 AM
REQUESTED BY= █████
FOR OFFICIAL POLICE USE ONLY!
NOT FOR DISSEMINATION!



CLICK HERE TO ENLARGE

C.R. 296034
ATTACHMENT # 10

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def 012459

# CLEAR Data Warehouse

Arrest Date = 24-MAY-2002

Address of Arrest = 151 W VAN BUREN ST

Last Name = CHATMAN

First Name = CARL

LKA = 646 S STATE ST

City = CHICAGO

CB Number = 15130642

IR Number = 389174

DOB= 29-OCT-1954

REPORT DATE= 8-March-2004  10:13:01 AM
REQUESTED BY= █████
FOR OFFICIAL POLICE USE ONLY!
NOT FOR DISSEMINATION!



CLICK HERE TO ENLARGE

C.R. 296034
10A

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CO 012460

STATEMENT OF ☐ ACCUSED ☒ WITNESS ☐ COMPLAINANT ☒ VICTIM

CHICAGO POLICE DEPARTMENT

DATE OF STATEMENT 16 MAR 04

NAME OF PERSON INTERVIEWED Carl Chatman

SEX M  RACE B  DATE OF BIRTH 10/29/5?  AGE

ADDRESS 1345 N. Mascot

TELEPHONE NO.  OCCUPATION

E DEPARTMENT MEMBER –
TAR NO.  EMPLOYEE NO.  SOCIAL SECURITY NO.  DATE OF APPOINTMENT UNIT/ASSIGNMT.  NO. OF MONTHS IN PRESENT ASSIGNMT.

LACE OF INTERVIEW Cook County Jail

TIME OF INTERVIEW 0900

INVESTIGATORS Traction

THER PERSONS PRESENT

---

Q. Do you understand that you have a right to remain silent?

A. Yes

Q. Do you understand that anything you say can and may be used against you in court, or other proceedings?

A. Yes

Q. Do you understand that you have a right to talk to a lawyer before we ask you any questions, and to have him with you during questioning?

A. Yes

Q. If you decide to answer now with or without a lawyer, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting a lawyer.

A. Yes

Q. You may waive the right to advise of counsel and your right to remain silent, and you may answer questions or make a statement without consulting a lawyer, if you so desire.

A. Yes

Q. Do you understand each of these rights?

A. Yes

Q. Do you wish to answer questions at this time?

A. No I want to talk.

C.R 296034

Con't.

SIGNATURE OF PERSON INTERVIEWED Carl Chatman

INVESTIGATOR'S INITIALS

C.R. NO.

D-44-118-A (Rev. 5/84)

ATTACHMENT NO.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945

City Def CC 012461

**OFFICE OF PROFESSIONAL STANDARDS**
**CHICAGO POLICE DEPARTMENT**
Date 16 Mar 04
Citizen Interview Report

CR / U / EO# 296034

___Complainant X Victim ___Witness (check one)     ___Telephone     X In-Person

| Name of Person Interviewed | SS#/Form of ID | Sex | Race | Date of Birth |
|---|---|---|---|---|
| Carl Chatman | 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 | M | B | 10/29/54 |

| Address | Telephone No. | Work or Other Contact No. |
|---|---|---|
| 1345 N. Massort | 921-1844 | (Sister Theresa Chatman) |

| Location of Incident | Date of Incident | Time of Incident |
|---|---|---|
| | | |

| Location of Interview | Time of Interview |
|---|---|
| Cook County Jail | 0900 hrs |

| Investigator | Other Person(s) present |
|---|---|
| Nichelle Fraction | |

The following is in essence but not verbatim a summary statement taken of the above named person relative to allegation(s) of misconduct by a Chicago Police Department member.

I was at Van Buren and Wells talking to another man who I don't know he was asking me questions about Pacific Mission Garden. I was in the area for 10-15 minutes before the police came.

2 officers in an unmarked car drove up I don't remember the color of the car. I think they were both white officers. One was a female and one was a man I believe. They said that I was under arrest, they put me in handcuffs and took me to Harrison and Kedzie.

I was put in a room then a man and a woman. I don't know if they were the same people who arrested me were C.C. (N)

CR 296034
12

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def CC 012462

**OFFICE OF PROFESSIONAL STANDARDS**

Page 2 of 3

Statement of _C. Chatman_

CR / U / EO 296034

asking me about a rape that I don't know nothing about. I kept telling them that I was not the one, I didn't do it.

They, the two of them kept asking me the same questions for about two hours until they put me in the line-up. They put me in the line-up with two other people then they said the complainer said I was the one. I don't know how true that was.

They let the other two guys in the line-up go. I think the same man and women officers took me back to the room, but I can't be sure.

I sat down for a while they kept asking me about the rape, but I didn't know nothing about no rape.

I was sitting in the room and a Chinese looking officer came in the room that I was, I think they called him Officer Kato. I think it was a nickname. I don't know his name. The Chinese Officer said I know you are the one. I am going to beat your butt. Then he hit me on my left side of my temple. I was on medication (Depakote, Seriquil and pain pills) so I went numb for about a minute. I was just looking at him. C.C.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945

City Def CC 012463

**OFFICE OF PROFESSIONAL STANDARDS**

Statement of C. Chatman

Page 3 of 3

CR / U / EO 296034

He only hit me once and I told him that I did it because I thought he would keep hitting me if I did not tell him I did it. C.C.

Then someone called some attorney. Then two more officers came up and they took my statement and started joking and saying was I just looking for someone to get my freak on.

I forgot to tell you that the chinese officer coereced me through the statement by telling me what to say. This was while nobody was in the room. C.C.

After he coerced me that is how I knew everything about the rape. Then two officers took me to the Daly Center.

I didn't have any injuries from the incident. They just arrested me and stuck the charge on me. I did not do this crime C.C.

After reading this statement of 3 pages and being provided with the oppertunity to make additions, deletions and corrections I find it to be a true and accurrate summary of what I said

X Carl Chatman

296034

12

They also deprived me of my lawer and Medication

Carl Chatman

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945

**CHICAGO POLICE DEPARTMENT**　　　　　　　　　　　　　**29-APR-2004　　PAGE　　1**
**EVENT QUERY**

Event #　0214403403

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|------|----------|------|-----|-----|----------|------|
| BATJO | DALEY CENTER @ 50 W WASHINGTON ST -21 | 24-MAY-2002 07:40:17 | 1A | 001 | 0113 | 0291 |

| Source | Response Level | Caller | Phone |
|--------|----------------|--------|-------|
| E | 1 | | 312-603-5911 |

Address of Occurrence　　　　　　　　　　　　　　　　　　　Occ Beat
DALEY CENTER @ 50 W WASHINGTON ST　　　　　　　　　0113

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 24-MAY-2002 07:37:52 | REC | | | |
| 24-MAY-2002 07:40:17 | ENTRY | PCT49 | C558502 | Priority: 2A-> 1A |
| 24-MAY-2002 07:41:16 | DSP | PD31 | D311760 | 113 |
| 24-MAY-2002 07:46:51 | ASST | PD30 | D304058 | 110 |
| 24-MAY-2002 07:47:04 | ASST | PD30 | D304058 | 106 |
| 24-MAY-2002 07:47:15 | XREF | PD30 | D304058 | #CPD0214403477 by PD30, Unit 106, Unit 106 |
| 24-MAY-2002 07:47:50 | SUPP | PD30 | D304058 | Remarks Added |
| 24-MAY-2002 07:52:44 | CHNG | PD31 | D311760 | Remarks Entered; |
| 24-MAY-2002 07:53:55 | CHNG | PD31 | D311760 | Remarks Entered; |
| 24-MAY-2002 07:54:16 | DSP | PD30 | D304058 | 111 |
| 24-MAY-2002 07:54:54 | CHNG | PD31 | D311760 | Remarks Entered; |
| 24-MAY-2002 08:00:50 | COPYT | PD30 | D304058 | Copied To Event(s): CPD0214403654 |
| 24-MAY-2002 08:04:18 | COPYT | PD30 | D304058 | Copied To Event(s): CPD0214403697 |
| 24-MAY-2002 08:04:29 | SUPP | PD30 | D304058 | Remarks Added |
| 24-MAY-2002 08:04:46 | SUPP | PD30 | D304058 | Remarks Added |
| 24-MAY-2002 08:07:56 | DSP | PD31 | D304055 | 131 |
| 24-MAY-2002 08:08:55 | SUPP | PD30 | D304058 | Remarks Added |
| 24-MAY-2002 08:09:11 | CLOC | PD30 | D304058 | 131 [NORTHWESTERN] |
| 24-MAY-2002 08:09:36 | SUPP | PD31 | D304055 | Remarks Added |
| 24-MAY-2002 08:14:36 | SUPP | PD31 | D304055 | Remarks Added |
| 24-MAY-2002 08:17:18 | SUPP | PD31 | D304055 | Remarks Added |
| 24-MAY-2002 08:19:10 | XREF | PDTS103 | D393941 | #CPD0214403654 by PDTS103 |
| 24-MAY-2002 08:19:51 | CASERD | PD30 | D304058 | RDG Report Number 113 $CPDHH392724 D/0291 By: D304058 |
| 24-MAY-2002 08:26:28 | SUPP | PDT97 | D378065 | Remarks Added |
| 24-MAY-2002 08:37:34 | CLOC | PD30 | D304058 | 113 [NORTHWESTERN] |
| 24-MAY-2002 08:38:00 | CLOC | PD30 | D304058 | 111 [DALEY CTR - CRIME SCENE] |
| 24-MAY-2002 08:38:26 | ASST | PD30 | D304058 | 120 |
| 24-MAY-2002 08:38:36 | CLOC | PD30 | D304058 | 120 [NORTHWESTERN W/199] |
| 24-MAY-2002 08:43:56 | SUPP | PD30 | D304058 | Remarks Added |
| 24-MAY-2002 08:46:39 | SUPP | PD30 | D304058 | Remarks Added |
| 24-MAY-2002 08:55:50 | SUPP | PD31 | D304055 | Remarks Added |
| 24-MAY-2002 09:00:36 | CLOC | PD31 | D311760 | 120 [NWH] |
| 24-MAY-2002 09:00:39 | CHNG | PDT97 | D192159 | Remarks Entered; |

_296034_
_13_

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945　　　City Def CC 012465

**CHICAGO POLICE DEPARTMENT**                                    **29-APR-2004    PAGE    2**
**EVENT QUERY**

Event #    0214403403

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 24-MAY-2002 09:00:46 | SUPP | PD30 | D304058 | Remarks Added |
| 24-MAY-2002 09:04:46 | COPYT | PDTS103 | D393941 | Copied To Event(s): CPD0214404564 |
| 24-MAY-2002 09:07:57 | CHNG | PD31 | D311760 | Remarks Entered; |
| 24-MAY-2002 09:51:28 | CLEAR | MDTP0405 | PC0V104 | 106 |
| 24-MAY-2002 10:04:43 | CLOC | PD30 | D304055 | 113 [001] |
| 24-MAY-2002 10:11:23 | CLOC | PD31 | D311760 | 120 [001] |
| 24-MAY-2002 10:16:20 | CLOC | PD30 | D304058 | 110 [NORTHWESTERN] |
| 24-MAY-2002 10:34:16 | CLEAR | PD31 | D311760 | 131 |
| 24-MAY-2002 10:37:55 | CLEAR | PD31 | D311760 | 120 |
| 24-MAY-2002 10:38:23 | CLEAR | MDTP0495 | PC0J072 | 110 |
| 24-MAY-2002 11:24:58 | CLEAR | MDTP0019 | PC0V043 | 111 |
| 24-MAY-2002 11:57:51 | CLOC | PD30 | D304058 | 113 [AREA4] |
| 24-MAY-2002 14:48:42 | AUTPRE | PD31 | D541441 | 113 |
| 24-MAY-2002 14:48:42 | EXCH | PD31 | D541441 | X113 |
| 24-MAY-2002 14:48:59 | ONS | PD31 | D541441 | X113 [A/4 @ PAPER] |
| 24-MAY-2002 14:53:31 | SCHOFF | PD31 | D541441 | Unit X113 scheduled for Logoff. |
| 24-MAY-2002 16:08:36 | CLOC | PD31 | D541441 | X113 [001 @ PAPER] |
| 24-MAY-2002 16:30:09 | CLEAR | PD31 | D541441 | X113 |
| 24-MAY-2002 16:30:09 | CLOSE | PD31 | D541441 | |
| | RMKS | | | FEMALE NOT CONSCIOUS APPEARS TO BE INJURED POSSIBLE CRIME VICTIM |
| | RMKS | | | SECOND TICKET CSAJO NO INFO ON OFFENDER OR VICTIM ON TICKET |
| | RMKS | | | MB 50 Y/O IN  BLKHAWK'S JKT--NFI AT THIS TIME |
| | RMKS | | | OFF'S HT 5'11--OCC IN RM 2101, 50 W WASHINGTON |
| | RMKS | | | OCC 730 HOURS--MB  5'11 200 LBS  RED BLKHAWK'S JKT |
| | RMKS | | | ET REQUESTED |
| | RMKS | | | NO INFO ON VICTIM YET |
| | RMKS | | | AMB 42 TO NORTHWESTERN |
| | RMKS | | | AMBULANCE 42 TO NORTHWESTERN |
| | RMKS | | | MSG TO 113 , TO CALL 5402 |
| | RMKS | | | OFFENDER 507 200 , HAIR GRY/BLK SHORT CUT, SPEAKS VERY SLOWLY |
| | RMKS | | | OEC  W/M GRIEGEL  NOTIFIED AT  0806 HRS |

296034
13

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012466

| CHICAGO POLICE DEPARTMENT | 29-APR-2004 | PAGE | 3 |
|---|---|---|---|
| EVENT QUERY | | | |

Event #    0214403403

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| | | | | AREA  4 / HSGCU   RICHARD #21224 NOTIFIED AT 0807 HRS(113 CALL ASAP. |
| | | | | OPS CMND #6592  NOTIFIED AT  0809 HRS |
| | | | | 0ò1 DIST DURKIN #13542  NOTIFIED  AT 0812 HRS |
| | | | | NEW AFFAIR GONZALES #301818 NOTIFIED AT  0813  HRS |
| | | | | MAYOR SEC DETAIL #17693  NOTIFIED AT 0814 HRS |
| | | | | SUPT  HILLARD NOTIFIED AT 0816 HRS BY  CLAUSELL |
| | | | | OEC  CMND DAVIS  NOTIFIED AT 0820 HRS  BY  ACOSTA |
| | | | | OEC DIR TROTTER NOTIFIED AT   0822 HRS BY ANNASTASIA |
| | | | | OEC PUBLIC REL LANGFORD  NOTIFIED AT 0823 HRS |
| | | | | CW7 PCO2 DISMUKES |
| | RMKS | | | PER 110 WILL CALL FIRST DEP AND YES FEMALE IS EMPLOYEE |
| | RMKS | | | REFER TO EVENT 0214404080 IN REGARDS TO POSS OFFENDER |
| | RMKS | | | 5410 REQ CRIME LAB, MSG SENT TO FRONT DESK |
| | RMKS | | | CRIME LAB KULAK  NOTIFIED AT 0856 HRS---9602 RESPONDING |
| | RMKS | | | PER MSG 278565403 FROM 113 , F WHT. 51AGE |
| | RMKS | | | COMMAND POST IN ROOM 2101A PER 110-- PHONE # 312-603-5905 |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|---|---|---|---|---|---|---|---|
| 113 | 07:41:16 | 08:37:34 | | | | | 14:48:42 |
| 110 | 07:46:51 | 10:16:20 | | | | | 10:38:23 |
| 106 | 07:47:04 | | | | | | 09:51:28 |
| 111 | 07:54:16 | 08:38:00 | | | | | 11:24:58 |
| 131 | 08:07:56 | 08:09:11 | | | | | 10:34:16 |
| 120 | 08:38:26 | 08:38:36 | | | | | 10:37:55 |
| X113 | 14:48:42 | 16:08:36 | 14:48:59 | | | | 16:30:09 |



C.R. 296034
ATTACHMENT # 13

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012467

**CHICAGO POLICE DEPARTMENT**          **29-APR-2004**     **PAGE**     **1**
**EVENT QUERY**

Event #   0214403477

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|------|----------|------|-----|----|----------|------|
| CSAJO | 50 W WASHINGTON ST (DALEY CENTER) | 24-MAY-2002·07:46:00 | 1A | 001 | 0113 | |

| Source | Response Level | Caller | | Phone |
|--------|----------------|--------|--|-------|
| E | 1 | COURT ROOM 2101 | | 312-603-5911 |

Address of Occurrence                                       Occ Beat
50 W WASHINGTON ST (DALEY CENTER)                  0113

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 24-MAY-2002 07:43:55 | REC | | | |
| 24-MAY-2002 07:46:00 | ENTRY | PCT47 | C558500 | |
| 24-MAY-2002 07:47:15 | XREF | PD30 | D304058 | #CPD0214403403 by PD30, Unit 106, Unit 106 |
| 24-MAY-2002 07:47:15 | DUP | PD30 | D304058 | |
| | RMKS | · | | WOMAN WAS ATTACKED BY DALEY CENTER |
| | | | | GO TO COURT ROOM 2101 DEPUTY WILL ESCORT POLICE TO WOMAN |
| | | | | NFI |

*(handwritten)* 296034
13

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945      City Def CC 012468

**CHICAGO POLICE DEPARTMENT**
**EVENT QUERY**

29-APR-2004     **PAGE**     1

Event #   0214403621

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|------|----------|------|-----|-----|----------|------|
| SEXO | DALEY CENTER @ 50 W WASHINGTON ST | 24-MAY-2002 07:58:41 | 3D | 001 | 0113 | 19P |

| Source | Response Level | Caller | | Phone |
|--------|----------------|--------|---|-------|
| R | 1 | | | -- |

Address of Occurrence      Occ Beat

DALEY CENTER @ 50 W WASHINGTON ST      0113

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 24-MAY-2002 07:58:41 | OUTSER , | PDT100 | D306728 | Type: SEXO, M//B 50 5'11 200 RED BLACKHAWKS JKT |
| 24-MAY-2002 07:58:41 | DOS | PDT100 | D306728 | 4193B |
| 24-MAY-2002 08:14:50 | CLOC | PDT100 | D306728 | 4193B [ NORTHWESTER ASSITING 106] |
| 24-MAY-2002 08:15:09 | CLOC | PDT100 | D306728 | 4193B [ NORTHWESTRN ASSISTING 106] |
| 24-MAY-2002 08:46:34 | SUPP | PDT100 | D306728 | Remarks Added |
| 24-MAY-2002 09:58:29 | CHNG | PDT100 | D306728 | Remarks Entered;ARP: YES ==> NO;Other Notified: YES ==> NO; |
| 24-MAY-2002 11:50:27 | CLEAR | PDT100 | D306728 | 4193B D/19P , 123 AND 106 HANDLING D/19P |
| 24-MAY-2002 11:50:27 | CLOSE | PDT100 | D306728 | D/19P |
| 28-MAY-2002 07:49:31 | CHNG | OEC20 | VERONICA | Location: DALEY CENTER ==> DALEY CENTER @ 50 W WASHINGTON ST;X Streets: <empty>/<empty> ==> 101 BL N CLARK ST/40 BL N DEARBORN ST;ServLoc: DALEY CENTER ==> DALEY CENTER @ 50 W WASHINGTON ST;Contact: <empty> ==> N;Atom: <empty> ==> 1131;RespArea: <empty> ==> 113;DispGroup: CW1 ==> 001;SrvcArea: <empty> ==> 113;RespGroup: <empty> ==> 1131; |
| | | RMKS | | M//B 50 5'11 200 RED BLACKHAWKS JKT |
| | | RMKS | | DOES NOT APPEAR TO BE HOMELESS VERY SHINY BELT BUCKLE ALCOHOL POSSIBLY BEER ON HIS BREATHE IN HIS 50-60 YOA |
| | | RMKS | | 123 TAKING FIRST SUSPECT TO AREA 4 |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|------|----------|---------|---------|---|----|----|-------|
| 4193B | 07:58:41 | 08:14:50 | 07:58:41 | | | | 11:50:27 |



CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945      City Def CC 012469

| **CHICAGO POLICE DEPARTMENT** | | | | **29-APR-2004** | | **PAGE** | **1** |
| **EVENT QUERY** | | | | | | | |

Event #   0214403654

| Type | Location | | Date | Pri | DG | Svc Beat | Disp |
|------|----------|--|------|-----|-----|----------|------|
| NFY | DALEY CENTER @ 50 W WASHINGTON ST -21 | | 24-MAY-2002 08:00:50 | 3D | FD | 0113 | |

| Source | Response Level | Caller | | Phone |
|--------|----------------|--------|--|-------|
| S | 1 | | | 312-603-5911 |

Address of Occurrence

| | Occ Beat |
|--|----------|
| DALEY CENTER @ 50 W WASHINGTON ST | 0113 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 24-MAY-2002 08:00:50 | ENTRY | PD30 | D304058 | |
| 24-MAY-2002 08:00:50 | COPYF | PD30 | D304058 | Copied From Event# CPD0214403403 |
| 24-MAY-2002 08:00:50 | COPYF | PD30 | D304058 | Copied 5 remarks from Event# CPD0214403403 |
| 24-MAY-2002 08:19:10 | XREF | PDTS103 | D393941 | #CPD0214403403 by PDTS103 |
| 24-MAY-2002 08:28:04 | CANC | PDT97 | D378065 | Event Canceled: FILE |
| | RMKS | | | FEMALE NOT CONSCIOUS APPEARS TO BE INJURED |
| | | | | POSSIBLE CRIME VICTIM |
| | RMKS | | | SECOND TICKET CSAJO NO INFO ON OFFENDER OR VICTIM ON TICKET |
| | RMKS | | | MB 50 Y/O IN  BLKHAWK'S JKT--NFI AT THIS TIME |
| | RMKS | | | OFF'S HT 5'11--OCC IN RM 2101, 50 W WASHINGTON |
| | RMKS | | | OCC 730 HOURS--MB  5'11 200 LBS  RED BLKHAWK'S JKT |
| | RMKS | | | *** Copy from CPD0214403403 to CPD0214403654 *** |
| | | | | No RD Records copied |
| | | | | No disposition copied from event CPD0214403403 |
| | RMKS | | | CSA |
| | | | | 113 PAPER/110 ON SCENE |
| | | | | NO RD ISSUED YET |
| | | | | NO INFO ON VICTIM |
| | | | | CSA OCCURED IN ROOM 2101 OF DALEY CTR |



296034
13

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012470

| CHICAGO POLICE DEPARTMENT | | 29-APR-2004 | PAGE | 1 |
| EVENT QUERY | | | | |

**Event #** 0214403697

| Type | Location | | Date | Pri | DG | Svc Beat | Disp |
|------|----------|--|------|-----|----|---------|----|
| ETECH1 | DALEY CENTER @ 50 W WASHINGTON ST -21 | | 24-MAY-2002 08:04:18 | 1B | CW2 | 0113 | |

| Source | Response Level | Caller | Phone |
|--------|---------------|--------|-------|
| S | | | 312-603-5911 |

| Address of Occurrence | Occ Beat |
|----------------------|----------|
| DALEY CENTER @ 50 W WASHINGTON ST | 0113 |

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|------|----------|-------|--------|------|
| 24-MAY-2002 08:04:18 | ENTRY | PD30 | D304058 | |
| 24-MAY-2002 08:04:18 | COPYF | PD30 | D304058 | Copied From Event# CPD0214403403 |
| 24-MAY-2002 08:04:18 | COPYF | PD30 | D304058 | Copied 5 remarks from Event# CPD0214403403 |
| 24-MAY-2002 08:05:30 | DSP | PDT102 | D192159 | 9651 |
| 24-MAY-2002 08:08:42 | ACK | MDTP0316 | PC0Q347 | 9651 |
| 24-MAY-2002 08:09:16 | ENR | MDTP0316 | PC0Q347 | 9651 |
| 24-MAY-2002 08:40:01 | ONS | MDTP0316 | PC0Q347 | 9651 |
| 24-MAY-2002 10:10:01 | CLOC | MDTP0316 | PC0Q347 | 9651 [N/W MEM. HOSP] |
| 24-MAY-2002 10:33:56 | CLEAR | PDT102 | D192159 | 9651 |
| 24-MAY-2002 10:33:56 | CLOSE | PDT102 | D192159 | |
| | RMKS | | | FEMALE NOT CONSCIOUS APPEARS TO BE INJURED |
| | | | | POSSIBLE CRIME VICTIM |
| | RMKS | | | SECOND TICKET CSAJO NO INFO ON OFFENDER OR VICTIM ON TICKET |
| | RMKS | | | MB 50 Y/O IN  BLKHAWK'S JKT--NFI AT THIS TIME |
| | RMKS | | | OFF'S HT 5'11--OCC IN RM 2101, 50 W WASHINGTON |
| | RMKS | | | OCC 730 HOURS--MB  5'11 200 LBS  RED BLKHAWK'S JKT |
| | RMKS | | | *** Copy from CPD0214403403 to CPD0214403697 *** |
| | | | | No RD Records copied |
| | | | | No disposition copied from event CPD0214403403 |
| | RMKS | | | CSA |
| | | | | 113 REQ/110 ON SCENE |
| | | | | ROOM 2101 OF DALEY CTR |
| | | | | NO OFFENDER IN CUSTODY |
| | | | | HAPPENED AT 0730 HRS |
| | | | | NO RD ISSUED YET |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|------|----------|---------|---------|---|----|----|----|
| | | | | | | 296034 | |

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945       City Def CC 012471

**CHICAGO POLICE DEPARTMENT**             **29-APR-2004**     **PAGE**     **2**
**EVENT QUERY**

Event #    0214403697

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|------|----------|---------|---------|---|----|----|-------|
| 9651 | 08:05:30 | 08:09:16 | 08:40:01 | | | | 10:33:56 |

296034
13

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945       City Def CC 012472

**CHICAGO POLICE DEPARTMENT**
# ORIGINAL CASE INCIDENT REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

**RD #:** HH392724

**EVENT #:** 0214403403

Case ID:  2148281  CASR229

This Document is not an official copy. It is a computerized version of data entered from an original case report. A copy of the original case report can be obtained from the Records Division

| INCIDENT | **CLEARED CLOSED (ARREST AND PROSECUTION)** |
|---|---|

**IUCR:** 0291 - Crim Sexual Assault - Attempt Non-Aggravated

**Occurrence Location:** 50 W Washington St
Chicago IL
292 - Government Building/Property

**Beat:** 0113

**Unit Assigned:** 0113
**RO Arrival Date:** 24 May 2002 07:45

**# Offenders:** 1

**Occurrence Date:** 24 May 2002 07:20 - 24 May 2002 07:30

---

**VICTIM**

**Name:** RIGGIO, Susan

**Res:** 910 Elm St
Western Springs IL
708 - 246 - 5416

**Beat:** 3100

**Beat:** 4100

**Demographics**

Female
White

**Age:** 51 Years

**Other Communications and Availability**

**Business:** 312-603-5916

**PERSON DISCOVERING**

**Name:** MOKSTAD, Maria

**Res:** 50 W Washington St
Chicago IL
773 - 693 - 6579

**Beat:** 0113

**Beat:** 4100

**Demographics**

Female
White

**Other Communications and Availability**

**Business:** 312-693-6579

**PERSON DISCOVERING**

**Name:** NEIBAUER, Jeannette

**Res:** 3451 N Kedvale Ave
Chicago IL
773 - 794 - 0630

**Beat:** 1731

**Beat:** 4100

**Demographics**

Female
White

**Other Communications and Availability**

**Business:** 312-603-5910

---

**INJURIES**

**Injury Info (RIGGIO,Susan   - Victim )**

**Type**
Blunt Trauma

---

**SUSPECTS**

**RD #: HH392724**

*296034*

ATTACHMENT # 74

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945            City Def CC 012473

**Chicago Police Department - Incident Report**

RD #:   HH392724

| SUSPECTS | | | |
|---|---|---|---|
| **Suspect # 1** | | | |
| **Name:**   UNKNOWN, Unknown | **Demographics** | | |
| | Male | **Age:** | 50 years  - 60 years |
| | Black | | |
| | 5'07-6'00 | | |
| | 200 lbs | | |
| | Brown Eyes | | |
| | **Scar Marks Descr:**   Other on Other | | |
| **Other Communications and Availability** | **Descriptions** | | |
| | **Clothing Description:** | Black Knit Cap/Large Shiny Belt&Silver Buckle/Black Hawk Jacket | |

| PERSONNEL | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Assisting Detective/Youth Inv. | 20387 | | ROBERTS, John, E | | 17 Jul 2002 18:07 | 640 | 5438 |
| Detective/Youth Investigator | 21126 | | MISCHKA, Rita, M | | 27 May 2002 16:20 | 640 | |
| Reporting Officer | 8559 | | KOZIEL, Anthony, R | | 25 May 2002 08:43 | 001 | 0113 |

*296034*
*14*

| Print Generated By: | SMITH,MARY | | Page 2 of 2 | 14-MAY-2004 10:32 |
|---|---|---|---|---|

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def CC 012474

**CHICAGO POLICE DEPARTMENT**

## CASE SUPPLEMENTARY REPORT

| | | **HH392724** |
|---|---|---|

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 2148281
Sup Id : 1451035      CASR339

| METHOD/CAU CODE | | **DETECTIVE SUP. APPROVAL COMPLETE** | |
|---|---|---|---|
| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
| **CRIM SEXUAL ASSAULT / Attempt Non-Aggravated** | **0291** | CRIM SEXUAL ASSAULT / Attempt Non-Aggravated | 0291 |
| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
| **50 W WASHINGTON ST** | **113** | 1 | 1 | 0 | |
| Location Type | Location Code | Secondary Location | | | Hate Crime |
| Government Building/Property | 292 | | | | No |
| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
| **24-MAY-2002 07:20 - 24-MAY-2002 07:30** | **0113** | 24-MAY-2002 07:45 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| MIGLORE, Thomas | 21127 | MIGLORE, Thomas | 21127 | MISCHKA, Rita | 21126 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 27-MAY-2002 16:20 | | 27-MAY-2002 16:22 | | FIELD | |

### THIS IS A FIELD INVESTIGATION METHOD/CAU CODE REPORT

| | | |
|---|---|---|
| **VICTIM(S):** | **RIGGIO, Susan** | |
| | Female / White / 51 Years | |
| | **RES:** | 910 Elm St |
| | | Western Springs  IL |
| | | 708-246-5416 |

**OTHER COMMUNICATIONS:**
Business:     312-603-5916

| | | |
|---|---|---|
| **SUSPECT(S):** | **UNKNOWN, Unknown** | |
| | Male / Black / 50-60 Years | |
| | **DESCRIPTION:** | 5'07-6'00, 200, BROWNBrown Eyes |
| | **SCAR MARKS:** | Slow Speaking Other on Other |
| | **WEARING:** | Black Knit Cap/Large Shiny Belt&Silver Buckle/Black Hawk Jacket |

**VICTIM INJURIES**     **RIGGIO, Susan**

**Type**
Blunt Trauma

**LOCATION OF INCIDENT:**     50 W Washington St
Chicago IL
292 - Government Building/Property

**DATE & TIME OF INCIDENT:**     24-MAY-2002 07:20 - 24-MAY-2002 07:30

**METHOD CODE(S):**     Dna

**CAU CODE(S):**     Rape Incident

C.R. *296034*
ATTACHMENT # *14*

HH392724

---

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012475

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

| | | | |
|---|---|---|---|
| **PERSONNEL ASSIGNED:** | <u>Assisting Detective/Youth Inv.</u> | | |
| | ROBERTS, John E | # 20387 | **BEAT:** 5438 |
| | <u>Detective/Youth Investigator</u> | | |
| | MISCHKA, Rita M | # 21126 | |
| | <u>Reporting Officer</u> | | |
| | KOZIEL, Anthony R | # 8559 | **BEAT:** 0113 |

**OTHER INDIVIDUALS INVOLVED:**

### MOKSTAD, Maria                                        (Person Discovering)

Female / White

**RES:**    50 W Washington St
            Chicago  IL
            773-693-6579

OTHER COMMUNICATIONS:
            Business:    312-693-6579

### NEIBAUER, Jeannette                                  (Person Discovering)

Female / White

**RES:**    3451 N Kedvale Ave
            Chicago  IL
            773-794-0630

OTHER COMMUNICATIONS:
            Business:    312-603-5910

**CRIME CODE SUMMARY:**         0291 - Crim Sexual Assault - Attempt Non-Aggravated

**REPORT DISTRIBUTIONS:**       No Distribution

**INVESTIGATION:**

C.R. *296034*

ATTACHMENT # *14*

---

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012476

**CHICAGO POLICE DEPARTMENT**
## CASE SUPPLEMENTARY REPORT

**HH392724**

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 2148281
Sup id : 1500797    CASR339

| PROGRESS | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| CRIM SEXUAL ASSAULT / Attempt Non-Aggravated | 0291 | CRIM SEXUAL ASSAULT / Attempt Non-Aggravated | 0291 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 50 W WASHINGTON ST | 113 | 1 | 1 | 0 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| Government Building/Property | 292 | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 24-MAY-2002 07:20 - 24-MAY-2002 07:30 | 0113 | 24-MAY-2002 07:45 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| KUKULKA, Leonard | 20138 | STAPLES, Melissa | 1778 | MISCHKA, Rita | 21126 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 17-JUN-2002 08:35 | 22-JUN-2002 09:56 | FIELD |

## THIS IS A FIELD INVESTIGATION PROGRESS REPORT

**VICTIM(S):**    **RIGGIO, Susan**

Female / White / 51 Years
**RES:**   910 Elm St
Western Springs IL
708-246-5416

OTHER COMMUNICATIONS:
Business:   312-603-5916

**SUSPECT(S):**    **UNKNOWN, Unknown**

Male / Black / 50-60 Years
**DESCRIPTION:**   5'07-6'00, 200, BROWNBrown Eyes
**SCAR MARKS:**   Slow Speaking Other on Other
**WEARING:**   Black Knit Cap/Large Shiny Belt&Silver Buckle/Black Hawk Jacket

**VICTIM INJURIES**    **RIGGIO, Susan**

**Type**
Blunt Trauma

**LOCATION OF INCIDENT:**   50 W Washington St
Chicago IL
292 - Government Building/Property

**DATE & TIME OF INCIDENT:**   24-MAY-2002 07:20 - 24-MAY-2002 07:30

**METHOD CODE(S):**   Dna

**CAU CODE(S):**   Rape Incident

*296034*
*14*
ATTACHMENT #

HH392724

---

Printed on:  14-MAY-2004 10:44    Page:    1 of 3    Printed By: BROWN, Pamela

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012477

HH392724

DETECTIVE SUP. APPROVAL COMPLETE

| **PERSONNEL ASSIGNED:** | **Assisting Detective/Youth Inv.** | | |
| --- | --- | --- | --- |
| | ROBERTS, John E | # 20387 | **BEAT:** 5438 |
| | **Detective/Youth Investigator** | | |
| | MISCHKA, Rita M | # 21126 | |
| | **Reporting Officer** | | |
| | KOZIEL, Anthony R | # 8559 | **BEAT:** 0113 |

**OTHER INDIVIDUALS INVOLVED:**

**MOKSTAD, Maria**                                                      (Person Discovering)

Female / White

**RES:**   50 W Washington St
                Chicago  IL
                773-693-6579

OTHER COMMUNICATIONS:
          Business:   312-693-6579

**NEIBAUER, Jeannette**                                         (Person Discovering)

Female / White

**RES:**   3451 N Kedvale Ave
                Chicago  IL
                773-794-0630

OTHER COMMUNICATIONS:
          Business:   312-603-5910

**CRIME CODE SUMMARY:**          0291 - Crim Sexual Assault - Attempt Non-Aggravated

**IUCR ASSOCIATIONS:**

<u>0291 -  Crim Sexual Assault -  Attempt Non-Aggravated</u>

RIGGIO,  Susan                                      ( Victim )
     UNKNOWN, Unknown                                            ( Suspect )

**REPORT DISTRIBUTIONS:**          No Distribution

**INVESTIGATION:**

     EVIDENCE:

     Inv. # 269896 - Videos & still photos.                        *296034*
                                                                                        *14*

     INVESTIGATION:

     On 25 May 02, in furtherance of this investigation, R/D's went to the Veterans Administration Building at 536 S. Clark in an attempt to ascertain if they had  any security video cameras that show the front entrance and possibly the offender, Carl CHATMAN, entering the facility.  R/D's determined that they did have security video cameras at the front entrance.

     R/D's then requested the videos from 24 May 02.  R/D's then met Off. George Gandara #1249, U.S. Federal Protective Services, (312)848-0018, who then made arrangements for R/D's to receive the

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012478

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

security tape from the morning of 24 May 02.

On 29 May 02, R/D's took the tape to the Chicago Police Academy, Video Services Section, 1300 W. Jackson. Off. Dave Heppner #19907 then viewed the tape, along with R/D's. The offender was not noted on the tape at this time. R/D's then left the tape with Off. Heppner for additional viewing.

On 14 Jun 02, R/D's were contacted by Off. Heppner, who then told R/D's that he had worked on the tape some more and was able to locate the offender on the tape. Off. Heppner also told R/D's that he had made an additional copy of the tape as well as 24 still photos showing the offender entering and exiting the Veterans Administration Building.

R/D's then returned to the Police Academy Video Services Section to retrieve the tapes and still photos, which were subsequently inventoried.

This investigation remains in PROGRESS.


Det. Leonard Kukulka #20138
Det. Terry O'Connor #20467
Det. Joseph McCarthy #20131
A/4 Detective Division

C.R. *296034*

ATTACHMENT # *14*

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def CC 012479

**CHICAGO POLICE DEPARTMENT**
## CASE SUPPLEMENTARY REPORT

| | |
|---|---|
| **HH392724** | |

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 2148281
Sup Id : 1501159    CASR339

| PROGRESS-LINE UP | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| CRIM SEXUAL ASSAULT / Aggravated: Knife/Cut Instr | 0263 | CRIM SEXUAL ASSAULT / Attempt Non-Aggravated | 0291 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 50 W WASHINGTON ST | 113 | 1 | 1 | 1 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| Government Building/Property | 292 | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 24-MAY-2002 07:20 - 24-MAY-2002 07:30 | 0113 | 24-MAY-2002 07:45 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| MIDONA, Barbara | 21175 | STAPLES, Melissa | 1778 | MISCHKA, Rita | 21126 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 18-JUN-2002 15:21 | | 22-JUN-2002 09:57 | | FIELD | |

## THIS IS A FIELD INVESTIGATION PROGRESS-LINE UP REPORT

**VICTIM(S):**    **RIGGIO, Susan**

Female / White / 51 Years

**DOB:** 30-MAY-1951

**RES:** 910 Elm St
Western Springs  IL
708-246-5416

**EMPLOYMENT:** Cook County Case Coordinatoar

**OTHER COMMUNICATIONS:**
Business:    312-603-5916

**OFFENDER(S):**    **CHATMAN, Carl**    -- In Custody--

Male / Black / 47 Years

**DOB:** 29-OCT-1954

**DESCRIPTION:** 5'10, 180, Grey/Part Grey Hair, Short Hair Style, Brown Eyes, Medium Complexion

**SCAR MARKS:** Slow Speaking Other on Other

**RES:** 646 S State St
Chicago IL

**IR#:** 389174    **CB #:** 15130642
**SID#:** 22719560    **FBI #:** 317445M7

**WEARING:** Black Hawk Jacket

**RELATIONSHIP OF VICTIM TO OFFENDER:**
RIGGIO, Susan    - No Relationship

**VICTIM INJURIES**    **RIGGIO, Susan**

**Type**

Blunt Trauma

HH392724

C.R. 296034
ATTACHMENT # 14

| Printed on: 14-MAY-2004 10:49 | Page: 1 of 4 | Printed By: BROWN, Pamela |
|---|---|---|

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012480

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

---

**HOSPITAL:** Northwestern Memorial

| | |
|---|---|
| **TRANSPORTED TO:** | **RIGGIO, Susan** (Victim) |
| | Transported To Northwestern Memorial |
| **LOCATION OF INCIDENT:** | 50 W Washington St<br>Chicago IL<br>292 - Government Building/Property |
| **DATE & TIME OF INCIDENT:** | 24-MAY-2002 07:20 - 24-MAY-2002 07:30 |
| **METHOD CODE(S):** | Dna |
| **CAU CODE(S):** | Rape Incident |

**PERSONNEL ASSIGNED:**

Assisting Detective/Youth Inv.
ROBERTS, John E     # 20387     **BEAT:** 5438
Detective/Youth Investigator
MISCHKA, Rita M     # 21126
Reporting Officer
KOZIEL, Anthony R     # 8559     **BEAT:** 0113

**OTHER INDIVIDUALS INVOLVED:**

**MOKSTAD, Maria**          (Person Discovering)

Female / White
**RES:** 50 W Washington St
Chicago  IL
773-693-6579

OTHER COMMUNICATIONS:
Business:   312-693-6579

**NEIBAUER, Jeannette**          (Person Discovering)

Female / White
**RES:** 3451 N Kedvale Ave
Chicago  IL
773-794-0630

OTHER COMMUNICATIONS:
Business:   312-603-5910

**CRIME CODE SUMMARY:**     0263 - Crim Sexual Assault - Aggravated: Knife/Cut Instr

**IUCR ASSOCIATIONS:**

0263 -  Crim Sexual Assault -  Aggravated: Knife/Cut Instr
RIGGIO,  Susan          ( Victim )
CHATMAN, Carl          ( Offender )

**ASSOCIATED ARRESTS:**     15130642          C.R. *296034*
ATTACHMENT # *14*

---

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012481

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

**REPORT DISTRIBUTIONS:**      No Distribution

**INVESTIGATION:**

    THIS IS A PROGRESS LINE-UP REPORT:

    DATE & TIME ASSIGNED:
    24 May 2002, 0830 hours

    DATE, TIME & LOCATION OF LINE-UP:
    24 May 2002, 1200 hours, Area Four Violent Crimes
    Interview Room "D"

    LINEUP PHOTOS TAKEN BY:
    PFI M. COSGROVE #16281, Beat 9602, 177

    PHOTOS TAKEN UNDER R.D.:
    HH-392724

    PERSONS CONDUCTING LINEUP:
    DET. J. BOOCK #20522, 640
    DET. L. KUKULKA #20138, 640

    PERSONS PRESENT AT LINEUP:
    DET. B. MIDONA #21175,640
    DET. R. MISCHKA #21126, 640

    PERSON VIEWING LINEUP:
    Susan RIGGIO F/W/51, 910 Elm Street, Western Springs

    PERSONS PARTICIPATING IN LINE-UP:

    1. WILKERSON, Nathaniel, M/B/44, DOB 11-Jan-1958, 522 N. Lavergne, CB #1513-0040

    2. OWENS, Jesse M/B/43, DOB 19-Dec-1959, 1023 N. Pulaski,, CB #1513-0023

    3. SUGGS, Willie M/B/54, DOB 09-Sep-1947, 1016 N. Hamlin, CB #1512-9231

    4. MCHENRY, Douglas M/B/37, DOB 25-Jun-1964, 4259 W. Hirsch, CB #1513-0063

    5. CHATMAN, Carl M/B/47, DOB 29-Oct-1954, 646 S. State, IR #389174

    PERSON IDENTIFIED:
    6. CHATMAN, Carl M/B/47

*296034*
*14*

    INVESTIGATION:
    On 24 May 2002, a line-up was conducted in Area 4 Violent Crimes regarding the Aggravated Criminal Sexual Assault that occurred on 24 May 2002 at 50 W. Washington, Courtroom #2101.

    The victim, Susan RIGGIO, viewed the line-up and stated that she believed Carl CHATMAN IR

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945      City Def CC 012482

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

#389174 was the person who sexually assaulted her earlier that same date.


REPORT OF:
DET. B. MIDONA #21175, Beat 5415, 640
DET. R. MISCHKA #21126, Beat 5415, 640

296034

ATTACHMENT # 14

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945        City Def CC 012483

**CHICAGO POLICE DEPARTMENT**
## CASE SUPPLEMENTARY REPORT

| | |
|---|---|
| 3510 S. Michigan Avenue, Chicago, Illinois 60653<br>(For use by Chicago Police - Bureau of Investigative Services Personnel Only) | **HH392724**<br>Case id : 2148281<br>Sup id : 1501177    CASR339 |

| PROGRESS-LINE UP | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| CRIM SEXUAL ASSAULT / Aggravated: Knife/Cut Instr | 0263 | CRIM SEXUAL ASSAULT / Attempt Non-Aggravated | 0291 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 50 W WASHINGTON ST | 113 | 1 | 1 | 1 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| Government Building/Property | 292 | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 24-MAY-2002 07:20 - 24-MAY-2002 07:30 | 0113 | 24-MAY-2002 07:45 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| MIDONA, Barbara | 21175 | STAPLES, Melissa | 1778 | MISCHKA, Rita | 21126 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 18-JUN-2002 15:23 | 22-JUN-2002 09:57 | FIELD |

### THIS IS A FIELD INVESTIGATION PROGRESS-LINE UP REPORT

**VICTIM(S):**  **RIGGIO, Susan**

Female / White / 51 Years

**DOB:** 30-MAY-1951

**RES:** 910 Elm St
Western Springs  IL
708-246-5416

**EMPLOYMENT:** Cook County Case Coordinatoar

**OTHER COMMUNICATIONS:**
Business:      312-603-5916

**OFFENDER(S):**  **CHATMAN, Carl**          -- In Custody--

Male / Black / 47 Years

**DOB:** 29-OCT-1954

**DESCRIPTION:** 5'10, 180, Grey/Part Grey Hair, Short Hair Style, Brown Eyes, Medium Complexion

**SCAR MARKS:** Slow Speaking Other on Other

**RES:** 646 S State St
Chicago Il

**IR#:** 389174      **CB #:** 15130642
**SID#:** 22719560   **FBI #:** 317445M7

**WEARING:** Black Hawk Jacket

**RELATIONSHIP OF VICTIM TO OFFENDER:**
RIGGIO, Susan                - No Relationship

**VICTIM INJURIES**  **RIGGIO, Susan**

**Type**

Blunt Trauma

*296034*
*14*

HH392724

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012484

HH392724

DETECTIVE SUP. APPROVAL COMPLETE

| | | |
|---|---|---|
| **HOSPITAL:** | Northwestern Memorial | |
| **TRANSPORTED TO:** | **RIGGIO, Susan** | (Victim) |
| | Transported To Northwestern Memorial | |
| **LOCATION OF INCIDENT:** | 50 W Washington St<br>Chicago IL<br>292 - Government Building/Property | |
| **DATE & TIME OF INCIDENT:** | 24-MAY-2002 07:20 - 24-MAY-2002 07:30 | |
| **METHOD CODE(S):** | Dna | |
| **CAU CODE(S):** | Rape Incident | |

**PERSONNEL ASSIGNED:**

Assisting Detective/Youth Inv.
   ROBERTS, John E    # 20387    **BEAT:** 5438
Detective/Youth Investigator
   MISCHKA, Rita M    # 21126
Reporting Officer
   KOZIEL, Anthony R    # 8559    **BEAT:** 0113

**OTHER INDIVIDUALS INVOLVED:**

**MOKSTAD, Maria**    (Person Discovering)

Female / White
**RES:**  50 W Washington St
       Chicago  IL
       773-693-6579

OTHER COMMUNICATIONS:
    Business:  312-693-6579

**NEIBAUER, Jeannette**    (Person Discovering)

Female / White
**RES:**  3451 N Kedvale Ave
       Chicago  IL
       773-794-0630

OTHER COMMUNICATIONS:
    Business:  312-603-5910

**CRIME CODE SUMMARY:**    0263 - Crim Sexual Assault - Aggravated: Knife/Cut Instr

**IUCR ASSOCIATIONS:**

0263 -  Crim Sexual Assault -  Aggravated: Knife/Cut Instr
RIGGIO, Susan    ( Victim )
   CHATMAN, Carl    ( Offender )

**ASSOCIATED ARRESTS:**    15130642

C.R. *296034*
ATTACHMENT # *14*

---

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012485

**HH392724**

**DETECTIVE SUP. APPROVAL COMPLETE**

**REPORT DISTRIBUTIONS:**     No Distribution

**INVESTIGATION:**

THIS IS A PROGRESS LINE-UP REPORT:

DATE & TIME ASSIGNED:
24 May 2002, 0830 hours

DATE, TIME & LOCATION OF LINE-UP:
24 May 2002, 1230 hours, Area Four Violent Crimes
Interview Room "D"

LINEUP PHOTOS TAKEN BY:
PFI M. COSGROVE #16281, Beat 9602, 177

PHOTOS TAKEN UNDER R.D.:
HH-392724

PERSONS CONDUCTING LINEUP:
DET. J. BOOCK #20522, 640
DET. L. KUKULKA #20138, 640

PERSONS PRESENT AT LINEUP:
DET. B. MIDONA #21175,640

PERSON VIEWING LINEUP:
Virginia CERNICK F/2/46, 8924 W. 31st Street, Brookfield, IL

PERSONS PARTICIPATING IN LINE-UP:

1. WILKERSON, Nathaniel, M/B/44, DOB 11-Jan-1958, 522 N. Lavergne, CB #1513-0040

2. OWENS, Jesse M/B/43, DOB 19-Dec-1959, 1023 N. Pulaski,, CB #1513-0023

3. SUGGS, Willie M/B/54, DOB 09-Sep-1947, 1016 N. Hamlin, CB #1512-9231

4. MCHENRY, Douglas M/B/37, DOB 25-Jun-1964, 4259 W. Hirsch, CB #1513-0063

5. CHATMAN, Carl M/B/47, DOB 29-Oct-1954, 646 S. State, IR #389174

*296034*
*14*
ATTACHMENT #

INVESTIGATION:
On 24 May 2002, a line-up was conducted in Area 4 Violent Crimes regarding the Aggravated Criminal Sexual Assault that occurred on 24 May 2002 at 50 W. Washington, Courtroom #2101.

Virginia CERNICK, court stenographer, stated that Carl CHATMAN resembled the man who was in Courtroom #2101 on Monday, 20 June 2002, inquiring about psychiatric treatment and social security.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012486

**HH392724**
DETECTIVE SUP. APPROVAL COMPLETE

REPORT OF:
DET. B. MIDONA #21175, Beat 5415, 640
DET. R. MISCHKA #21126, Beat 5415, 640

C.R. 296034
ATTACHMENT # 14

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945      City Def CC 012487

**CHICAGO POLICE DEPARTMENT**
## CASE SUPPLEMENTARY REPORT

**HH392724**

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 2148281
Sup id : 1501178    CASR339

| PROGRESS-LINE UP | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| CRIM SEXUAL ASSAULT / Aggravated: Knife/Cut Instr | 0263 | CRIM SEXUAL ASSAULT / Attempt Non-Aggravated | 0291 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 50 W WASHINGTON ST | 113 | 1 | 1 | 1 | |

| Location Type | Location Code | Secondary Location | | Hate Crime |
|---|---|---|---|---|
| Government Building/Property | 292 | | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 24-MAY-2002 07:20 - 24-MAY-2002 07:30 | 0113 | 24-MAY-2002 07:45 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| MIDONA, Barbara | 21175 | STAPLES, Melissa | 1778 | MISCHKA, Rita | 21126 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 18-JUN-2002 15:24 | 22-JUN-2002 09:57 | FIELD |

## THIS IS A FIELD INVESTIGATION PROGRESS-LINE UP REPORT

**VICTIM(S):**   **RIGGIO, Susan**

Female / White / 51 Years

**DOB:** 30-MAY-1951

**RES:** 910 Elm St
Western Springs  IL
708-246-5416

**EMPLOYMENT:** Cook County Case Coordinatoar

**OTHER COMMUNICATIONS:**
Business:   312-603-5916

**OFFENDER(S):**   **CHATMAN, Carl**      -- In Custody--

Male / Black / 47 Years

**DOB:** 29-OCT-1954

**DESCRIPTION:** 5'10, 180, Grey/Part Grey Hair, Short Hair Style, Brown Eyes, Medium Complexion

**SCAR MARKS:** Slow Speaking Other on Other

**RES:** 646 S State St
Chicago Il

**IR#:** 389174    **CB #:** 15130642
**SID#:** 22719560    **FBI #:** 317445M7

**WEARING:** Black Hawk Jacket

**RELATIONSHIP OF VICTIM TO OFFENDER:**
RIGGIO, Susan

- No Relationship

296034
14

**VICTIM INJURIES**   **RIGGIO, Susan**

**Type**

Blunt Trauma

---

Printed on: 14-MAY-2004 11:00    Page:   1 of 4    Printed By: BROWN, Pamela

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012488

HH392724

DETECTIVE SUP. APPROVAL COMPLETE

**HOSPITAL:**   Northwestern Memorial

| | | |
|---|---|---|
| **TRANSPORTED TO:** | **RIGGIO, Susan** | (Victim) |

Transported To Northwestern Memorial

**LOCATION OF INCIDENT:**    50 W Washington St
Chicago IL
292 - Government Building/Property

**DATE & TIME OF INCIDENT:**    24-MAY-2002 07:20 - 24-MAY-2002 07:30

**METHOD CODE(S):**    Dna

**CAU CODE(S):**    Rape Incident

**PERSONNEL ASSIGNED:**

**Assisting Detective/Youth Inv.**
ROBERTS, John E          # 20387          **BEAT:** 5438
**Detective/Youth Investigator**
MISCHKA, Rita M          # 21126
**Reporting Officer**
KOZIEL, Anthony R          # 8559          **BEAT:** 0113

**OTHER INDIVIDUALS INVOLVED:**

**MOKSTAD, Maria**          (Person Discovering)

Female / White
**RES:**   50 W Washington St
Chicago  IL
773-693-6579

OTHER COMMUNICATIONS:
Business:   312-693-6579

**NEIBAUER, Jeannette**          (Person Discovering)

Female / White
**RES:**   3451 N Kedvale Ave
Chicago  IL
773-794-0630

OTHER COMMUNICATIONS:
Business:   312-603-5910

**CRIME CODE SUMMARY:**    0263 - Crim Sexual Assault - Aggravated: Knife/Cut Instr

**IUCR ASSOCIATIONS:**

0263 -  Crim Sexual Assault -  Aggravated: Knife/Cut Instr
RIGGIO,  Susan          ( Victim )
CHATMAN, Carl          ( Offender )

**ASSOCIATED ARRESTS:**    15130642          C.R. *296034*
*14*

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012489

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**

THIS IS A PROGRESS LINE-UP REPORT:

DATE & TIME ASSIGNED:
24 May 2002, 0830 hours

DATE, TIME & LOCATION OF LINE-UP:
24 May 2002, 1215 hours, Area Four Violent Crimes
Interview Room "D"

LINEUP PHOTOS TAKEN BY:
PFI M. COSGROVE #16281, Beat 9602, 177

PHOTOS TAKEN UNDER R.D.:
HH-392724

PERSONS CONDUCTING LINEUP:
DET. J. BOOCK #20522, 640
DET. L. KUKULKA #20138, 640

PERSONS PRESENT AT LINEUP:
DET. B. MIDONA #21175,640

PERSON VIEWING LINEUP:
Jeannette NEIBAUER F/W/37, 3451 N. Kedvale, Chicago, IL

PERSONS PARTICIPATING IN LINE-UP:

1. WILKERSON, Nathaniel, M/B/44, DOB 11-Jan-1958, 522 N. Lavergne, CB #1513-0040

2. OWENS, Jesse M/B/43, DOB 19-Dec-1959, 1023 N. Pulaski, CB #1513-0023

3. SUGGS, Willie M/B/54, DOB 09-Sep-1947, 1016 N. Hamlin, CB #1512-9231

4. MCHENRY, Douglas M/B/37, DOB 25-Jun-1964, 4259 W. Hirsch, CB #1513-0063

5. CHATMAN, Carl M/B/47, DOB 29-Oct-1954, 646 S. State, IR #389174


INVESTIGATION:
On 24 May 2002, a line-up was conducted in Area 4 Violent Crimes regarding the Aggravated Criminal Sexual Assault that occurred on 24 May 2002 at 50 W. Washington, Courtroom #2101.

Jeannette NEIBAUER, a clerk in Court Room 2101, could not identify any of the participants as the person who was in Courtroom 2101 on 20 May 2001 inquiring about psychiatric treatment and social security.

C.R. 296034
ATTACHMENT # 14

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945        City Def CC 012490

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

REPORT OF:
DET. B. MIDONA #21175, Beat 5415, 640



C.R. 296034

ATTACHMENT # 14

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012491

**CHICAGO POLICE DEPARTMENT**
## CASE SUPPLEMENTARY REPORT

**HH392724**

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 2148281
Sup id : 1523463    CASR339

| PROGRESS-VIOLENT(SCENE) | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| CRIM SEXUAL ASSAULT / Aggravated: Knife/Cut Instr | 0263 | CRIM SEXUAL ASSAULT / Attempt Non-Aggravated | 0291 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 50 W WASHINGTON ST | 113 | 1 | 1 | 1 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| Government Building/Property | 292 | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 24-MAY-2002 07:20 - 24-MAY-2002 07:30 | 0113 | 24-MAY-2002 07:45 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| MC GREAL, Thomas | 20567 | STAPLES, Melissa | 1778 | MISCHKA, Rita | 21126 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 26-JUN-2002 17:49 | | 27-JUN-2002 11:54 | | FIELD | |

## THIS IS A FIELD INVESTIGATION PROGRESS-VIOLENT(SCENE) REPORT

**VICTIM(S):**    **RIGGIO, Susan**

Female / White / 51 Years

**DOB:** 30-MAY-1951
**RES:** 910 Elm St
Western Springs  IL
708-246-5416

**EMPLOYMENT:** Cook County Case Coordinatoar

**OTHER COMMUNICATIONS:**
Business:    312-603-5916

**OFFENDER(S):**    **CHATMAN, Carl**    -- In Custody--

Male / Black / 47 Years

**DOB:** 29-OCT-1954
**DESCRIPTION:** 5'10, 180, Grey/Part Grey Hair, Short Hair Style, Brown Eyes, Medium Complexion

**SCAR MARKS:** Slow Speaking Other on Other
**RES:** 646 S State St
Chicago IL
**IR#:** 389174    **CB #:** 15130642
**SID#:** 22719560    **FBI #:** 317445M7
**WEARING:** Black Hawk Jacket
**RELATIONSHIP OF VICTIM TO OFFENDER:**
RIGGIO, Susan    - No Relationship

**VICTIM INJURIES**    **RIGGIO, Susan**

**Type**
Blunt Trauma

HH392724

C. R. *296034*
ATTACHMENT # *14*

| Printed on:  14-MAY-2004 11:03 | Page:    1 of 14 | Printed By: BROWN, Pamela |
|---|---|---|

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012492

HH392724

DETECTIVE SUP. APPROVAL COMPLETE

**HOSPITAL:** Northwestern Memorial

| | | |
|---|---|---|
| **TRANSPORTED TO:** | **RIGGIO, Susan** | (Victim) |
| | Transported To Northwestern Memorial | |
| **LOCATION OF INCIDENT:** | 50 W Washington St Chicago IL 292 - Government Building/Property | |
| **DATE & TIME OF INCIDENT:** | 24-MAY-2002 07:20 - 24-MAY-2002 07:30 | |
| **METHOD CODE(S):** | Dna | |
| **CAU CODE(S):** | Rape Incident | |

**PERSONNEL ASSIGNED:**

Assisting Detective/Youth Inv.
ROBERTS, John E     # 20387     **BEAT:** 5438

Detective/Youth Investigator
MISCHKA, Rita M     # 21126

Reporting Officer
KOZIEL, Anthony R     # 8559     **BEAT:** 0113

**OTHER INDIVIDUALS INVOLVED:**

**MOKSTAD, Maria**        (Person Discovering)

Female / White
**RES:** 50 W Washington St
      Chicago IL
      773-693-6579

OTHER COMMUNICATIONS:
    Business: 312-693-6579

**NEIBAUER, Jeannette**        (Person Discovering)

Female / White
**RES:** 3451 N Kedvale Ave
      Chicago IL
      773-794-0630

OTHER COMMUNICATIONS:
    Business: 312-603-5910

**CRIME CODE SUMMARY:**     0263 - Crim Sexual Assault - Aggravated: Knife/Cut Instr

**IUCR ASSOCIATIONS:**

0263 - Crim Sexual Assault - Aggravated: Knife/Cut Instr
RIGGIO, Susan       ( Victim )
    CHATMAN, Carl         ( Offender )

**ASSOCIATED ARRESTS:**     15130642

C.R. *296034*

ATTACHMENT # *14*

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def CC 012493

HH392724

DETECTIVE SUP. APPROVAL COMPLETE

**REPORT DISTRIBUTIONS:**     No Distribution

**INVESTIGATION:**

This is an Area Four Detective Division Progress Report.

DATE AND TIME ASSIGNED:
Friday, 24 May 2002, 0830 hrs.

EVIDENCE:

Photographs of crime scene and surrounding area of occurrence taken by Forensic Investigators assigned to beat 9602
O/A victim's office
O/A victim's desk
O/A pretzels on floor by desk
C/U papers on floor by desk
C/U bathrooms and hallways
O/A courtroom

Inventory 2691945:
Two (2) swabs of clear liquid from desk top: two (2) swabs of clear liquid recovered from floor of Room 2101, 50 W. Washington (scene)

Inventory 2691946:
One (1) black and silver metal scissors recovered from scene

Inventory 2691949:
One (1) plastic container of pretzels from floor by desk in room 2101

PERSONNEL ASSIGNED:
Commander John RISLEY Beat 100

Lt. Joseph Joria #385, Beat 9690
Sgt. Daniel SOPCAK #2267

P.O. Arthur JABLONSKI #11194, Beat 166C
P.O. Joseph BRADY #5330, Beat 111

P.O. Casimir STADNICKI #15282, Beat 0106,
P.O. Anthony SIRISCEVICH Jr. #18387

Lt. Thomas KEOUGH #267, Beat 5405, Unit 640
Sgt. Bryan HOLY #.2525, Beat 5420, Unit 640

Det. Thermon. ROYSTER #21003, Beat 5112, Unit 610
Det. Eugene JACKSON #21250, Beat 5112, Unit 610
Det. David LUNSFORD #21258, Beat 5542, Unit 650

Det. D. BARRETT #20331, Beat, 5324, Unit 630

C.R. *296034*
*14*

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012494

**HH392724**
DETECTIVE SUP. APPROVAL COMPLETE

Det. R. O'LEARY #20156, Beat 5324, Unit 630

Det. Barbara HEALY #21103, Beat 5532

Det. Leonard KUKULKA #20138, Beat 5425, Unit 640
Det. Terrance O'CONNOR #20467, Beat 5425, Unit 640
Det. Joseph McCarthy #20131, Beat 5425, Unit 640

Det. Thomas F. McGREAL #20567, Beat 5412, Unit 640
Det. Maria PENA #20792, Beat 5412, Unit 640

F.I. Mary COSGROVE #16281, Beat 9602, Unit 177.
F.I. Zbigniew NIEWDACH #17629, Beat 9602, Unit 177

INTERVIEWED:

NEIBAUER, Jeanette  F/B, 37 yrs., 23 December 1964, of 3451 N. Kedvale Ave. - 1st. floor, home phone: (773) 794-0630, work phone: (312) 603-5401, employed: Richard J. Daley Center, 50 West Washington Street, Court Clerk (Rm. 2101)
OUTCRY WITNESS

BRYANT, Pearl  F/B, 56 yrs., 01 September 1945, of 12906 S. Normal, phone: (773) 928-8402, employed: Richard J. Daley Center - Court Clerk (Rm. 2103),
phone: (312) 603-4183 OUTCRY WITNESS

COKELEY, Michael, P. M/W, 28 yrs., 20 June 1973, of 2617 Central Street -  Apt. 3, Evanston, Ill., phone: (847) 866-2813, employed: Cook County Sheriff Dept., Richard J. Daley Center,  50 West Washington Street, phone: (312) 603-2701, SS# 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, working hours: Monday through Friday - 0730hrs. - 1530hrs.
(OUTCRY WITNESS)

MOKSTAD, Maria  F/W, 55 yrs., 07 August 1946, of 8625 W. Catherine - 1st. floor, phone: (773) 693-6579, employed: Cook County Sheriff Dept., Richard J. Daley Center, 50 West Washington Street, phone: (312) 603-2701, working hours: Monday through Friday - 0730hrs. - 1530 hrs.
(OUTCRY WITNESS)

McDOWELL, James  33 yrs., 18 Oct 68, Lt. # 10, employed: Daley Center, 50 W. Washington, Medical Team Response, phone: (312) 603-3471

PRINCE, Joseph  M/W, 38 yrs. 29 May 1964, of 3346 N. Pioneer, Chicago, Ill.
phone: (773) 589-0686, employed: Cook County Deputy Sheriff's Office, as Sheriff, assigned to Richard J. Daley Center, 50 W. Washington, phone: (312) 603 - 6439

ROE, Charles  M/W, 39 yrs., 31 August 1962, of 1009 W. Grace, Chicago, Ill., phone: (773) 525-8861, employed: Richard J. Daley Center, 50 W. Washington,
(phone) (312) 603-5493  Security Manager

C.R. *296034*
ATTACHMENT # *14*

MORRO, Kathleen, A. F/W, 33 yrs., 14 July 1968, of 1722 Elm Avenue, Northbrook, Illinois, employed: Richard J Daley Center, Building General Manager,

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012495

HH392724
DETECTIVE SUP. APPROVAL COMPLETE

phone: (312) 603-7980

NALIWKO, Hartwig  M/W, 29 April 1941, of 3827 N. Bell, phone: (773) 871-5675, employed: Richard J. Daley Center, 50 W. Washington, Carpenter Forman, phone: (302) 603-7980,

CERNICK, Virginia  F/W, 46 yrs., 27 September 1955, of 8924 W. 31st. Street - 1st. floor, Brookfield, Ill., phone: (708) 485-2437, employed: Richard J. Daley Center, Room 2101, on Monday 20 may 2002, phone: (312) 603-4299

COOK COUNTY SHERIFF PERSONNEL
Post #1 Randolph and Clark Entrance
O'GRADY, Kevin - star #4072, 25 April 1965, of 545 Briar Cliff Lane (Hoffman Estates, Ill.)
KENNEALY, Kate - star 2424 28 February 1974, of 10519 S. Artesian 2E

Post #2 Clark and Washington Entrance
TURNER, Barbara star #991, , 26 June 1946 of 3023 W. Jackson - 2E

Post #3 Clark and Dearborn Entrance
MARTIN, Colleen star #4283, 12 December 1970, of 5179 Courlter (Oak Forest, Ill.)
ROBINSON, Charles #3464, 02 June 1942, of 5344 W. Kenzie

Post #4 Dearborn and Washington
D/S  GIERKE, Gerald   01 December 1943, of 4225 N. Kildare

Post #10 Lower Level
D/S McCLAIN, Louis 26 July 1953, of 4241 W. Augusta - 1

Post #13 Lower Level
D/S MORIN, Frank 26, May 1943 of 10715 Ave. C.
D/S LOVE, Latonda 16 Apr 1966, of 5117 W. Potomac

Outside Security - Dearborn Side
D/S  ZAMARRON, Humberto  M/4 18 Jul 1972 of 4919 W. Montana

GRIFFIN, Richard, C. 06 September 1967, employed: Chicago Police Dept. Wacker Drive Repair Detail, working hours: 0600 hrs. - 1430 hrs., star# 17708, employee #312031, Date of Appt: 05 Feb 2001, Beat 3306A
ARRESTING OFFICER

KARCZEWSKI, Michael, T. M/W, 29 yrs., 08 May 1973, employed: Chicago Police Dept,. working hours 0700 hrs. - 1530 hrs., star #15101, employee # 305951, Date of Appt: 23 Oct 95, Beat 123
ASSISTED ARRESTING OFFICER

CARTRETTE, Burrough  M/W, 54 yrs., 16 November 1946, of 1401 Sanders Road, Northbrook, Ill., phone: (847) 272-6148, employed: Lt., Cook County Sheriff's Office, Court Services Section, hours: 0830 hrs.-1630 hrs.

C.R. *296034*
ATTACHMENT # 14

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012496

HH392724

DETECTIVE SUP. APPROVAL COMPLETE

## INVESTIGATION

On Friday, 24 May 2002, 0830 hrs., Area Four Homicide/Sex Sgt. Bryan Holy #2525 assigned the reporting detectives to investigate the sexual assault which occurred on 24 May 2002, approximately 0730 hrs., at the Richard J. Daley Center, 50 W. Washington Street. The victim had been transported to Northwestern Hospital. Area Four Detectives Barbara Midona #21175 and Rita Mischka #21126 responded to the hospital. Detectives Thomas McGreal #20567, Maria Pena #20792, Terry O'Connor #20467, Leonard Kukulka #20138, and Joseph McCarthy #20131 responded to the crime scene.

Due to the location of the crime scene and the large amount of interviews to be conducted, Detectives Thermon Royster #21003, Eugene Jackson #21250, David Lunsford #21258, D. Barrett #20331, R. O'Leary #20156, and Barbara Healy #21103 were assigned to assist in the investigation.

The Richard J. Daley Center is a 31 story building located at 50 West Washington Street, consisting of court rooms, hearing rooms and office space. Upon arrival at the Richard J. Daley Center, the reporting detectives saw that a large crowd was congregating of the first floor. Cook County Sheriff Personnel were not allowing public access to the upper floors of the building.
The reporting detectives boarded an elevator bank used exclusively for access to the 17th. through 23rd. floors.

Upon reaching the 21st. floor, the reporting detectives noticed that court rooms extend in a north/south direction at the east side of the 21st. floor. A second series of court rooms extends in a north/south direction at the west side of the 21st. floor. A large public corridor allows access between the courtrooms.

A closer inspection revealed that an employees only hallway connects all the courtrooms and hearing rooms on the 21st. floor. There are four locked doors to the passageway for the employees. The passageway is also accesible at the rear of all the courtrooms.

Court Room 2101, assigned to Circuit Judge Ronald F. Bartkowicz, is located at the southwestern corner of the 21st. floor. Upon approaching the court room, the reporting detectives were met by 1st. District Commander John Risley who directed the reporting detectives to nearby Cook County employees who were available for interview.

The reporting detectives saw First district police officer Joseph Brady #5330 standing at the entranceway to court room 2101. Officer Brady said that he had been assigned to guard the crime scene.

On 24 May 2002, 0910 hrs. Detective Thomas McGreal #20567 conducted the following interview. Michael Cokeley is a Cook County Deputy Sheriff assigned to the Richard J. Daley Center.

Michael COKELEY

C.R. *296034*

ATTACHMENT # *14*

Michael Cokeley, in summary, said that he is a Cook County Deputy Sheriff assigned to the Richard J. Daley Center. His working hours are from 0730 hrs. until 1530 hrs. On Friday, 24 May 2002, Michael arrived to work at 0710 hrs. He reported to the lock-up, located in the lower

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945        City Def CC 012497

HH392724

DETECTIVE SUP. APPROVAL COMPLETE

level concourse, room 150, between 0730 hrs. and 0735 hrs. The telephone rang and Michael answered. A female clerk said that she was calling from the judges chambers in room 2101. She said that she had previously called 911 because something was wrong with the judges coordinator. She told Michael that she needed him now. Michael Cokeley verified with her that she had called 911. She said "Yes". He then proceeded to Court Room 2101, accompanied by Cook County Deputy Sgt. Maria Mokstad. Deputy Sheriff Joseph Prince rode with them on the elevator.

Upon arrival, Michael Cokely and Maria Mokstad went to the judges reception entrance in the center hallway. They entered through the general hallway allowing rear access to the courtrooms. Cokely and Mokstad then went to the hearing room to room 2101. Michael Cokely saw the victim laying, on her back, across a desk in the hearing room. The desk was immediately north of the door of entry. Her head was at the northeast corner of the table. Her legs were extended across a key board on the desk, and her feet extended to the northwest corner of the table. The victim's skirt was pulled up to her waist. Her nylons were torn on the front and back of her right leg. Her left nylon was also torn. Silver colored scissors, approximately 9" in length, with black handles were piercing the front of her skirt, between her upper thighs. Cokely did not see any blood. The desk was wet and the smell of urine was noticeable. The victim was gasping, coughing, and crying. Michael and Maria Mokstad asked her if she was all right. She continued to cough and gasp as if choking. Sgt. Maria Mokstad removed the scissors from the victim's skirt. Both Cokely and Mokstad turned the victim to her side to help her breath, because they thought that she would vomit. Sgt. Mokstad asked her, what happened? and who did it". The victim said "fucked the Judge" She was incoherant. As she attempted to talk she became more upset. Michael Cokely asked her, What did he look like? She said "Black Hawks Jacket". Michael asked, "Was it a man"?. She said "Yes". Mike asked, "Black or White"? She said "Black". Michael asked, "Was he in here before, in court"? The victim said, "Fucked the judge". And "He was here before in the week".

Sgt. Maria Mokstad used her radio to contact Cook County Sheriff Lt. Burrough Cartrette, giving him the partial description of the offender. Building security then arrived with first aid kits. No first aid was administered because the paramedics arrived. Lt. Burrough Cartrette arrived behind the paramedics. The paramedics removed the victim from the desk. She was weak and her legs buckled. She was not speaking, but weeping quietly. The paramedics placed her on a gurney and took her to Northwestern Hospital.

Lt. Burrough Cartrette radioed the wanted offender's description to the Cook County Sheriff front door security team. Lt. Cartrette ordered that all persons be stopped from entering the upper floors of the Richard J. Daley Center. Michael remained in the conference room of occurrence with Sgt. Maria Mokstad. Michael noticed that a black leather coat was hanging, in the hearing room, behind the desk of occurrence. A tan colored, wooven fabric purse was in the coat pocket. Michael Cokely looked inside the purse for a form of identification. He saw an unknown amount of cash (United States Currency), cigarettes and eye glasses. He saw no identification. Michael Cokely did not remove anything from the purse. He returned the purse to the coat pocket. Michael said that he did not see Sergeant Mokstad touch anything but the scissors that she removed from the area between her upper thighs.

C.R. 296034

ATTACHMENT # 14

Michael Cokely described the condition of the room of ocurrence: As Michael entered the room he saw the desk phone on the floor in front of the desk of occurrence. A clear plastic pretzel canister was on the floor. Pretzels were scattered about the floor. A desk chair was knocked over. Papers were scattered about the floor. Chicago Police Officers arrived on the scene and took control of the crime scene. Michael Cokely then searched the 21st. floor area of occurrence, but found nothing.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012498

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

On 24 May 2002, 0930 hrs. Forensic Investigators Mary Cosgrove #16281 and Zbigniew Niewdach responded to the scene of occurrence. The Crime Scene and area of occurrence was photographed and processed as recorded in the Crime Scene Processing Report prepared and submitted by Investigators Consgrove and Niewdach. A copy of their report will be submitted with this report to become part of the case file.

The crime scene is located in an office to the rear of the Court Room 2101 of Judge Ronald F. Bartkowicz. One can access the office of occurrence from the rear northwest corner of the court room. the office of occurrence is immediately northwest of the rear courtroom door. Entry to the office of occurrence can also be made if one gains entry to the common employee hallway which connects all the courtrooms and hearing rooms on the 21st. floor.

The room of occurrence is rectangular in shape. The room is approximately 13' from south to north and approximately 27' from west to east. Entry is made, northward, into the room of occurrence. The doorway, marked "2101 Hearing Room" was open, inward. The west wall of the room is immediately left of the entranceway.

File folders are seen lying on a black colored chair. The chair is located at the west wall of the room, immediately north of the open door. The desk of occurrence is seen immediately north of the black chair, extending in an east west direction. The desk is bordered on the west end by the west wall. A computer is placed on the northwest corner of the desk. A keyboard is on the approximate center of the desk. A notepad and paper is bordering the east corner of the desk. A pair of silver colored scissors, with black handles are lying on the desk. A black backed chair on the north side of the desk was turned over. A pair of woman's shoes were seen on the floor at the north side of the desk. A black leather coat was on a hook at the north wall. A second desk and two cabinets are located at the east end of the room.

Pretzels and a pretzel canister are scattered about the floor between the door of entry and the desk of occurrence. Wet papers are seen at the north side of the desk. The northern edge of the desk was wet with liquid. The smell of urine was apparent.

On 24 May 2002, at 0930 hrs., Detective Maria Pena #20792 conducted the following interview at the Richard J. Daley Center. Jeannette Neibauer is a Court Clerk in Court Room #2101

Jeannette NEIBAUER

C.R. *296034*

ATTACHMENT # *14*

Jeanette Neibauer, in summary, said that she arrived at work (Daley Center) at approximately 7:30 A.M. Jeannette entered through the side hallway with "Pearl". The doors were all locked when she arrived to work. She unlocked the doors with a key. Jeanette said that she walked into the Chambers and dropped off her purse. She then continued to walk towards the courtroom. Jeannette said that while passing by the coordinators office, she saw "Sue" (the victim) laying on the desk with her skirt pushed up. A pair of scissors were sticking out of her skirt. She also saw that Sue's nylons were ripped. Jeannette saw papers on the ground, the phone hanging from the desk, and pretzels on the floor. Jeannette asked the victim what happened. Jeannette said that the victim did not respond immediately. Her eyes were moving fast. Jeannette stated that she ran to Pearl, yelling out that something had happened to Sue (the victim). Jeannette called 911, telling the operator that a woman had been attacked at the Daley Center. Jeannette then went back to Sue (victim) and began to apply wet towels on her forhead. Jeannette said that Sue (victim) was crying, coughing, and her voice was hoarse. Jeannette said that Sue (victim) did say something about a black man, but she could not understand what she said.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012499

Jeannette said that on Monday, 20 May 2002, she remembers that a Male/Black person entered the court room and was asking for a phsychiatrist. Jeannette described the man as a Male/Black, 40 - 50 y.o.a., approximately 5'7", 200 lbs., dark complected, black hair, with some gray, wearing casual attire. Jeannette said that the man seemed slow. Jeannette said that "Virginia" and "Sue" spoke to the man and then he left.

Detective Maria Pena conducted the following interview on Friday, 24 May 2002, 0950 hrs., on the 21st. floor of the Richard J. Daley Center. Pearl Bryant is a Court Clerk in Court Room 2103.

Pearl BRYANT

Pearl Bryant, in summary, said that she arrived to work at the Daley Center at approximately 7:35 A.M. Pearl said that she entered through the side hallway with Jeannette. Pearl said that she walked to her courtroom and Jeannette went to hers. Pearl said that Jeannette came running, telling her there was something wrong with Sue (victim). Pearl walked to Sue's office and saw that Sue was laying on the desk with her skirt pushed up. Her nylons were ripped. Pearl said that she immediately called the Sheriff and her supervisor. Jeannette called the police. Pearl said that Sue (victim) was gasping for air, coughing, and was saying something that sounded like "a man", but Pearl did not understand what being said about the man. Pearl said that she stayed with Sue until the Sheriff came. Pearl said that the door was locked when she arrived at work. Pearl said that Jeannette unlocked the door with her key.

The following interview was conducted by Detective Barbara Healy #21103 on 24 May 2002, 1015 hrs., at the Richard J. Daley Center. James McDowell  is a Security Team member at the Richard J. Daley Center.

James McDOWELL

James McDowell, in summary, said that he received a call via his radio that an ambulance was in route to room 2101. James McDowell went to that location and met Chicago Police Officers and Sheriff Deputy Joe Prince. McDowell entered the rear office and saw the victim laying on a desk with her legs up. Her dress was pulled upward. Her panty hose were torn up to her upper thigh. 911 was called. James McDowell tried to calm the victim. She ws screaming, gasping for air. The victim said "Jeannette knows who it is".  McDowell asked the victim, who is Jeannette?  McDowell then walked to the rear corridor looking for Jeannette. He brought "Jeannette to the victim. The victim then said "You know who it is". The victim said, "The guy who was here a couple of days ago, with the blackhawks jacket".  Jeannette said that she knew who it was. Jeannette said that it was a guy who was there a couple of days ago.  McDowell said that the victim was upset and he told other persons to leave the room.. The paramedics arrived.  McDowell explained the situation to the paramedics. He then received a radio assignment  to secure and search  building

C.R. 296034/14

ATTACHMENT # 14

The following interview was  conducted by Detective Maria Pena #20792 on 24 May 2002, 1015 hrs., at the 21st floor of the Richard J. Daley Center. Maria Mokstad is a Sergeant with the Cook County Deputy Sherrif's Office, assigned to the Richard J. Daley Center.

Maria MOKSTAD, in summary, said that on 24 May 2002, approximately 7:40 A.M she responded to Court Room 2101.  Maria Mokstad said that, upon arriving, she saw the victim laying on the desk on her back. Her head was toward the door and her feet were hanging off the desk. Maria said that the victim's skirt was pushed up. She was wearing a blouse and a blazer. Maria said that she saw that

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012500

HH392724
DETECTIVE SUP. APPROVAL COMPLETE

the side of the victim's nylons were ripped. Her shoes were on the floor. Maria said that the victim's pubic hair was sticking out of the side of her panties. Maria said that the victim was gasping for air. Maria said that she saw a pair of scissors in between the victim's leg, on her pelvic bone. Maria said that she (Maria Mokstad) pulled the scissors out and layed them on the desk. Maria said that she rolled the victim over to her side so she could breath. Maria said that she then saw urine on the desk and floor. Maria said that she asked the victim,  What Happened? The victim replied "Fuck the Judge". Maria said that the victim's voice was hoarse and she was coughing a lot. Maria said that the victim then said that "He was here during the week and the judge fuck him" Maria said that the paramedics then arrived on the scene.

The following interviews were separately conducted by Detective Maria Pena on 24 May 2002, 1100 hrs. Joseph Prince is Cook County Deputy Sheriff assigned to the Richard J. Daley Center.  Charles Roe is a security manager at the Richard J. Daley Center.

Joseph PRINCE, in summary said, on 24 May 2002, at approximately 7:40 A,M, he  responded to assist the paramedics responding to the scene of the sexual assault. He glanced in the office and saw the victim laying on the desk.

Charles ROE, in summary said, on 24 May 2002, approximately 7:40 A.M., he received a call of a medical emergency in court room 2101. Upon arriving, Charles Roe saw the victim laying on the desk, crying. She was in a fetal position. Charles gave surgical gloves to the Sheriffs and immediately searched the buiding.

Area 3 Detectives Susan Barrett #20331 and Rita O'Leary also met with Daley Center Director of Security Charles Roe and viewed Digital Security Camera images from four exterior Daley Center locations. These locations were the dock guard shack, Northeast exterior, Southwest exterior, and Southeast exterior. The viewed images were relating to 24 may 2002, from 0630hrs to  0820 hrs. Detectives Barrett and O'Leary did not observe any person matching the offender's description during the time frame.

On 24 May 2002, 1105 hrs., Detective Thomas McGreal #20567 spoke with Kathleen Morro, the General Manager of the Daley Center building.

Kathleen MORRO, in summary, said that she was aware of a work order by an employee from an unidentified employee from the 21st. floor. A door lock was jammed on the door to the back hallway by room 2101. The work order was submitted on 23 May 2002.  On 24 May 2002, at approximately 10:30 A.M., Daley Center carpenter Hartwig Naliwcki told Kathleen Moro that tape was removed from the lock area of the door. Kathleen Moro gave the reporting detective a copy of the submitted work order and arranged for an interview of Daley Center Carpenter Hartwig Nalwicki.

Crime Laboratory personnel assigned to beat 9602 processed the hallway door as documented in the crime scene proccessing report they prepared and submitted. A copy of the report will be submitted with this report to become part of the case file.

On 24 May 2002, 1120 hrs., Detective Thomas McGreal #20567 spoke with Daley Center, building carpenter Naliwko Hartwig.

Naliwko HARTWIG, in summary, said that he received a work assignment, via a work order on 23 May 2002, 1600 hrs. The assignment related to a jamming lock on the side door by room 2101.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012501

HH392724
DETECTIVE SUP. APPROVAL COMPLETE

Hartwig responded to the assignment on 24 May 2002, 0830 hrs. Hartwig removed a small amount of tape was removed from the inside latch strike. He also removed a small amount of tape that was obstructing the inside strike plate.

Area Five Detective Andrew Perostianis spoke with Cook County Personnel assigned to Security Post Numbers 1, 2 and 3 (see format of this report). The security officers at these locations did not recall observing any person matching the offender's description.

Area One Detectives Thermon Royster #21003 and Eugene Jackson #21250 spoke with Cook County Door Security personnel Mary Kate Kennealy and Kevin O'Grady assigned to Post number 1 at Randolph and Clark Street.

Mary Kate KENNEALY
Kevin O'GRADY, in summary, said that they relieve Daley Center security officers at their security location at 0700 hrs. They check everyones identification, prior to entry, between 0700 hrs. and 0800 hrs. The Daley Center is open to the public at 0800 hrs.

Area One Detectives Thermon Royser #21003 and Eugene Jackson #21250 spoke with Daley Center Security Officer Barbara Turner at Post Number 2 at Washington and Clark Street.

Barbara TURNER, in summary said, only judges and police officers, and some attorneys enter at her security location between 0700 hrs. and 0800 hrs. Barbara Turner added that this post number 2 is closed between the hours of 1730 hrs. and 0700 hrs.

Area One Detectives Thermon Royser #21003 and Eugene Jackson #21250 spoke with Daley Center Security Officers Charles Robinson at Post Number 3, Dearborn and Randolph Street.

Charles ROBINSON, in summary, said that only county employees and police officers are allowed to enter at his post between 0700 hrs. and 0800 hrs. These persons must show a form of identification. Lawyers and the General Public are allowed entry after 0800 hrs.

Area One Detectives Thermon Royser #21003 and Eugene Jackson #21250 spoke with Daley Center Security Officer Gerald Gierke at Post Number 4 at Dearborn and Washington Streets.

Gerald GIERKE, in summary, said that Post Number 4 is closed until 0700 hrs. The assigned Sgt. opens the doors and activates the esculators. Judges, on-duty police officers, attorneys and other authorized persons are allowed to enter There is normally very light traffic between 0700 hrs. and 0730 hrs.. Only a small amount of people passed on this date (24 May 2002). Gerald Gierke saw nothing unusual.

Detectives Royster and Jackson also spoke to Louis McClain assigned to Post Number 10, lower Level. Louis McLAIN saw nothing unusual on this date.

Area One Detectives Thermon Royster #21003 and Eugene Jackson #21250 spoke with Lower Level Daley Center Security Officers Frank Morin and Latonda Love at Post Number 13.
Frank MARIN and Latonda LOVE saw nothing unusual.

Area One Detectives Thermon Royster #21003 and Eugene Jackson #21250 spoke with Dearborn Side, Daley Center Outside Security Officr Humberto Zameron.

*296034* 14
ATTACHMENT #

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012502

HH392724
DETECTIVE SUP. APPROVAL COMPLETE

Humberto ZAMERON saw nothing unusual.

On 24 May 2002, 1330 hrs., Detectives Thomas McGreal #20567 and Maria Pena #20792 spoke with First District Officers Casey Stadnicki #15282

Officer Casey STADNICKI, in summary, said that he and his partner Anthony Siriscevich #18387 responded to a Sexual Assault victim at the Daley Center. Officer Stadnicki attempted to talk to the victim as she was being placed in the ambulance. The victim was very upset and appeared to be "in and out" of awareness. The victim said that the offender told her that the Judge fucked me and now I am going to fuck you. The victim said that offender was in the office before and "Jeanette" would know about him. Officer Stadnicki told Detective's McGreal and Pena that Jeanette was a co-worker who worked with the victim. Officer Stadnicki said that he talked to Jeanette (Neibauer) who gave him a description of the person who had come to their office earlier in the week. The description given was M/B, approximately 40yrs.- 50 yrs., 5'7", 200lbs., dark compected, "salt and pepper" hair (graying black hair). Officer Stadnicki told Detectives McGreal and Pena that he sent a flash message, searching for the offender, over the police radio.

The reporting detectives were aware that an apparently homeless person Carl Chatman (IR# 389174) had been placed under arrest for the sexual assault of Susan Riggio. Upon exiting the Daley Center, the reporting detectives went to the First Police District and obtained a computer generated (I-Cam) photograph of Chatman.

On 24 May 2002, 1400 hrs., Detectives Thomas McGreal #20567 and Maria Pena #20792 spoke with Mark Pharr Director of Security at Pacific Garden Mission

Mark PHARR, in summary, said that he recognizes the computer generated photograph of Carl Chatman as that of one of the persons who frequents the mission. Mark Pharr said that he has not seen Carl Chatman for a couple of months. He added that Mark did not sign in on Thursday night (23 May 02) but it does not mean that he was not there. Mark Pharr said that it is possible that Carl could have entered after 10:00 P.M.

The reporting detectives returned to Area Four Detective Division for the continuing investigation. On 24 May 2002, 1415 hrs., Detective Thomas McGreal #20567 spoke with 1st. District Police Officer Michael Karczewski #15101. Officer assisted in the arrest of Carl Chatman IR# 389174.

Michael KARCZEWSKI in summary said, on Friday morning, 24 May 2002, between 0730 hrs. and 0735 hrs., he was alone and assigned to Beat 123. Officer Karczewski was in uniform and assigned to a marked Chicago Police car. He monitored a flash message on the zone 4 radio, searching for a Male/Black person wearing a red colored "Blackhawks" jacket. The wanted offender,approximately 5'7", 200 lbs., "salt and pepper" hair was wanted for a Criminal Sexual Assault which occurred at the Daley Center.

C. R. *296034*
ATTACHMENT # *14*

On 24 May 2002, at approximately 0830 hrs., Officer Karczewski heard Beat 3A calling for a better description of the wanted offender. Beat 3A (3306A) was at the intersection of Clark and Van Buren. The radio dispatcher repeated the same description as previously given. Beat 3A (3306A) asked for an assist car, saying that he had a possible suspect matching the description of the wanted offender.

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012503

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

Officer Karczewski responded to 151 W. Van Buren where he saw Police Officer Richard Griffin and an unknown/unidentified police officer on a bicycle. Karczewski and the other officers approached a Male/Black person wearing a red colored Blackhawk jacket and matching the description of the wanted offender. The suspect placed his hands on a nearby wall. Karczewski approached and assisted in the arrest. The suspect said that he was coming from the Daley Center where he was picking up a "Rules of the Road" book for a court case. Officer Griffin and Karczewski transported the suspect to the 1st. police district.

On 24 May 2002, 1430 hrs., Detective Thomas McGreal #20567 spoke with 1st. District Police Officer Richard Griffin #17708.

Officer Richard GRIFFIN, in summary said, On 24 May 2002, between 0730 hrs. and 0735 hrs., he heard a police radio flash message looking for a person wanted for a criminal sexual assault which occurred at the Daley Center. The offender was described as a Male/Black, approximately 50 yrs., 5'7", 200 lbs. "salt and pepper", short hair, wearing a red colored "Blackhawk" jacket.
At approximately 0830 hrs., on the same date, Officer Griffin was in the center of the street at the intersection of Clark and Congress streets. He was directing traffic. Officer Griffin saw a person on the West side of Clark Street, walking southbound from Van Buren, towards Congress. The person stopped, looked around, and appeared to be avoiding eye contact with Officer Griffin. The person then turned around and began walking northbound on Clark Street. He turned, walking into a storefront, but exited after approximately one minute. He looked out of the door of entry, saw Officer Griffin, then returned into the store. It was at this time that Officer Griffin called the radio dispatcher to get a better description of the offender wanted for the criminal sexual assault. The same, previous message was confirmed. Officer Griffin told the dispatcher that he had a possible offender from the Daley Center. The dispatcher requested that an additional unit respond to assist. The suspect exited the store and walked northbound on Clark Street. He turned westbound on Van Buren. Richard caught up with the person at 151 W. Van Buren. He asked the person to stand against the wall. The person complied and Officer Griffin patted his person for weapons. When Officer Griffin turned he saw another police officer, now known as Michael Karczewski. An unknown/unidentified police officer assigned to bike patrol was also on the scene. The suspect, identified as Carl Chatman was taken into police custody. Carl Chatman said that he was coming from the Daley Center where he was getting a "Rules of the Road" book. He said that he was at the Daley Center, earlier in the week. He had a "D.U.I." (Driving Under the Influence) and wanted to get his licence back. The suspect also told Officer Griffin that he had to get his Social Security and Public Aid check. The suspect was transported to the 1st. Police District. Officer Richard Griffin said that the suspect did not have a Rules of the Road book in his possession.

On 24 May 2002, 1640 hrs., Detective Thomas McGreal #20567 spoke with Cook County Sheriff Lt. Burrough Cartrette at Area Four Detective Division.

C. R. **296034**
ATTACHMENT # **14**

Burrough CARTRETTE, in summary said, on 24 May 2002, approximately 0740 hrs., Lt. Burrough Cartrette was notified, via radio, by Sgt. Maria Mockstod, that there was an emergency in Daley Center court room 2103 and he should respond to that location. Lt. Burrough went to the 21st. floor. Upon arrival, Lt. Burrough saw Sgt. Mockstad and Deputy Sheriff Cokeley. Deputy Sheriff Joe Prince may also have been in the hallway outside the courtroom. In room 2101A, Burrough saw the victim laying across the table, on her left side, in a semi-fetal position. the right leg nylon was torn. Her skirt was pulled up towards her waist. The victim was very upset, crying, coughing, and had a hard time

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012504

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

cathing her breath. Pretzels and a clear plastic pretzel cotainer were scattered about the floor. A black backed chair, on the opposite side of the desk, was turned over. A pair of silver colored scissors with black handles was laying on the desk. Lt. Cartrette said that Sgt. Mokstad and Deputy Sheriff Cokeley were also in the room. Lt. Cartrette said that he tried to get a description of the offender from the victim. She said something about being "fucked by the judge". She spoke of a red Blackhawk jacket. She said that the offender was a Male/Black.  Cartrette added that the victim was upset and had a hard time talking. She said that the offender had wanted to speak with a psychiatrist which led Lt. Cartrette to believe that the offender may have had a prior court case in the building. Upon further questionig, the victim said that the offender had a case, but she did not say where the case was located. The victim spoke of "Jeanette" when Cartrette questioned the victim regarding the offenders prior case in the building. "Jeanette" is a clerk in the building. Lt. Cartrette spoke with Jeanette (NEIBAUER) who also believed that the offender had a prior case in the building although she did not know of a specific date. After obtaining a description of the offender, Lt. Burrough Cartrette transmitted the description over his security radio (M/B wearing a red colored Blackhawk jacket) and told first floor security personnel to prevent entry and exit for the building. Paramedics and Police Officers arrived on the scene. Lt. Burrough then conducted a floor by floor search for the offender, assisted by building security.

THIS INVESTIGATION REMAINS IN PROGRESS

Report of:

Det. Thomas F. McGreal #20567
Det. Maria Pena #20792
Det. Leonard Kukulka #20138
Det. Terrance O'Connor #20467
Det. Joseph McCarthy #20131

C. R. 296034
ATTACHMENT # 14

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012505

CHICAGO POLICE DEPARTMENT

# CASE SUPPLEMENTARY REPORT

**HH392724**

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 2148281
Sup ID : 1584157 CASR301

| CLEARED CLOSED (ARREST AND PROSECUTION) | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| **CRIM SEXUAL ASSAULT / Aggravated: Knife/Cut Instr** | **0263** | **CRIM SEXUAL ASSAULT / Attempt Non-Aggravated** | **0291** |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| **50 W WASHINGTON ST** | **113** | **1** | **1** | **1** | |

| Location Type | Location Code | Secondary Location | Hate Crime? |
|---|---|---|---|
| **Government Building/Property** | **292** | | **NO** |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| **24-MAY-2002 07:20 - 24-MAY-2002 07:30** | **0113** | **24-MAY-2002 07:45** | **NO** | **NO** | **NO** |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| ROBERTS, John | 20387 | DE YOUNG, Debra | 1256 | MISCHKA, Rita | 21126 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 27-JUL-2002 16:46 | 01-AUG-2002 21:11 | FIELD |

## THIS IS A FIELD INVESTIGATION CLEARED CLOSED (ARREST AND PROSECUTION) REPORT

**VICTIM(S) :**   **RIGGIO, Susan**

Female / White / 51  Years

**DOB:**  30-MAY-1951

**RES:**  910  Elm St
Western Springs IL
708-246-5416

**EMPLOYMENT:**   Cook County Case Coordinatoar

**OTHER COMMUNICATIONS:**

Business : 312-603-5916

**OFFENDER(S):**   **CHATMAN, Carl**            -- In Custody --

Male / Black / 47 Years

**DOB:**  29-OCT-1954

**RES:**   646 S State St
Chicago IL

**DESCRIPTION:**   5'10,180,Grey/Part Grey Hair, Short Hair Style, Brown Eyes, Medium Complexion

**SCAR MARKS:**   Slow Speaking Other on Other

**IR #:**  389174      **CB #:**  15130642

**SID #:**  22719560      **FBI #:**  317445M7

**WEARING:**  Black Hawk Jacket

**RELATIONSHIP OF VICTIM TO OFFENDER:**

RIGGIO,  Susan    No Relationship

C. R. *296034*
ATTACHMENT # *14*

**VICTIM INJURIES**   **RIGGIO, Susan**

HH392724

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945        City Def CC 012506

**Type**
Blunt Trauma
**HOSPITAL:** Northwestern Memorial

**TRANSPORTED TO:** **RIGGIO, Susan** ( Victim )
Transported to Northwestern Memorial

**LOCATION OF INCIDENT:** 50 W Washington St
Chicago IL
292 - Government Building/Property

**DATE & TIME OF INCIDENT:** 24-MAY-2002 07:20 - 24-MAY-2002 07:30
**METHOD CODE(S):** DNA

**CAU CODE(S):** Rape Incident

**PERSONNEL ASSIGNED:** **Assisting Detective/Youth Inv.**

| | | | |
|---|---|---|---|
| ROBERTS, John E | # 20387 | BEAT: 5438 | |

**Detective/Youth Investigator**

| | | |
|---|---|---|
| MISCHKA, Rita M | # 21126 | |

**Reporting Officer**

| | | |
|---|---|---|
| KOZIEL, Anthony R | # 8559 | BEAT: 0113 |

**OTHER INDIVIDUALS INVOLVED:** **MOKSTAD, Maria** ( Person Discovering )
Female / White
**RES:** 50 W Washington St
Chicago IL
773-693-6579

OTHER COMMUNICATIONS:
Business : 312-693-6579

**NEIBAUER, Jeannette** ( Person Discovering )
Female / White
**RES:** 3451 N Kedvale Ave
Chicago IL
773-794-0630

OTHER COMMUNICATIONS:
Business : 312-603-5910

**CRIME CODE SUMMARY:** 0263 - Crim Sexual Assault - Aggravated: Knife/Cut Instr
**IUCR ASSOCIATIONS:** 0263 - Crim Sexual Assault - Aggravated: Knife/Cut Instr

RIGGIO, Susan ( Victim )
CHATMAN, Carl ( Offender )

**ASSOCIATED ARRESTS:** 15130642

**REPORT DISTRIBUTIONS:** No Distribution

C.R. *296034*
ATTACHMENT # *14*

**INVESTIGATION:**

CLEARED CLOSED (ARREST AND PROSECUTION) SUPPLEMENT CASE REPORT

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945            City Def CC 012507

HH392724
DETECTIVE SUP. APPROVAL COMPLETE

The reporting detective was assigned to the continuance of this investigation on Friday 24 May 02 @ 2200 hours by Sgt. D. Walsh Area Four Detective Division. The r/d was advised of the progress of the investigation and interviewed Carl Chatman.

Carl Chatman was in interview room A. The r/d entered the room and introduced himself to Chatman. Chatman was seated on a bench with one hand cuffed to an iron ring that was attached to the wall. The r/d removed the handcuffs and advised Chatman of his Miranda warnings on Friday 24 May 02 @ 2230 hours. Carl Chatman said that he understood his rights and would speak to the detective.

Chatman was informed of the status of the investigation and requested a cigarette to smoke. Chatman was provided with a cigarette and related the following in summary.

Carl Chatman
said that he has not had sex in over six months. He said that on Monday, 20 May 02 he went to the Daley Center to look for a women to "get his freak on." Chatman said that "get his freak on" meant to have sexual intercourse. He said that he entered the Daley Center under the ruse of filing a lawsuit against J. C. Cleaners. Chatman said that after entering the Daley Center he began to roam the halls in search of a women. Chatman said that he eventually wandered into court room 2101 and saw a women sitting at the Judge's bench. He said that he approached the women and began talking to her about Social Security payments. Chatman said that he was then directed to a side room. He said that he entered the side room and saw two women seated at desks. Chatman said that he took a look at one of the women and decided that she was the one he was going to have sex with.

Chatman said that he left the Daley Center and began planning how he would go back to the Daley Center and have sex with the women. Chatman said that the plan was to sneak into the Daley Center and stay there until he could be alone with the women.

Chatman said that on Thursday, 23 May 02 sometime between 1600 hours and 1630 hours he returned to the Daley Center. He said that he walked up to the information booth and inquired about where he could file a lawsuit against the cleaners. Chatman said that he was directed to the sixth floor room 602. He said that he went through the metal detectors and rode an elevator to the sixth floor. He said that he went to room 602 and spoke with a person regarding his lawsuit and was informed that he would have to pay a fee.

Chatman said that he left room 602 and went to a washroom on the sixth floor. He said that he hid in the washroom in a handicap stall for several hours. He said that he listened for the sounds of people on the floor. He said that when he heard no sounds of people he looked out of the washroom into the sixth floor. He said that he did not see anyone and felt that it was safe for him to go to the twenty first floor. Chatman said that he walked up a set of escalators to the seventh floor and rode an elevator to the twenty first floor.

C. R. *296034* 14
ATTACHMENT #

Chatman said that when he got off the elevator on the twenty first floor he walked directly to court room 2101. He said that he pulled on the door and it opened. He said that he entered the court room and noticed that the lights were on. Chatman said that he hid behind a small wall and thought it was where the Judge sits. He said that after a while the lights were turned off and he

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012508

HH392724

DETECTIVE SUP. APPROVAL COMPLETE

then moved to under a bench in the back of the court room near the doors he entered.

Chatman said that while he was lying under the benches, he started to think about being alone with the women. Chatman said that his penis became "hard" thinking about the women.

Chatman said that he fell asleep and was awoken by the sounds of someone opening a door. Chatman said that he got up and observed a women opening up a door to a room that was on the side of the court room. Chatman said that he recognized the women as being the same women he talked with when he was in the court room on Monday.

Chatman said that he jumped up and ran into the room. He said that he entered the room and the women was facing him. He said that he began to struggle with the women and picked her up and placed her on a desk. Chatman said that he began to hit the women's head on the desk approximately five times and she eventually passed out.

Chatman said that he ripped the women's panty hose and lifted her skirt. Chatman said that he was "hard as a horse", meaning that his penis was erect. Chatman said that he pulled the women's panties to the side and "got his freak on", meaning that he placed his penis into her vagina. Chatman said that he "felt like a new man", meaning that he felt good because he had not had sexual intercourse in some time. He said that he wanted to suck on the women's "titties" but said that he did not have enough time. Chatman said that once he put his penis into the women's vagina he "got his grind on", meaning that he thrust his penis into the women's vagina several times.

Chatman said that the women began to gasp for air. He said that he grabbed a pair of scissors from the desk and told the women "Don't make me use these." Chatman said that he finished his "grind" but did not ejaculate in the women because he thought that would be rude. Chatman said that he zipped up his tan shorts and then his blue pants. He said that the women "pissed" on the desk, meaning urinated. Chatman said that he "pissed on himself a little bit and continued to "piss" into a cup that he found in the office. He said that he threw the cup out into a garbage can. Chatman said that he placed the scissors near the women's crotch and then picked up some money that he found on the office floor. He said that he did not know if the money was his and fell out of his pocket or if it was the women's.

Chatman said that he then left the office through a side door and took the elevators to the first floor and exited the building. Chatman said that he began to walk away from the building and wanted to "get as far away from the scene of the crime as he could."

C.R.# 296034

ATTACHMENT # 14

Chatman said that he then walked to Cal's Liquors located at Van Buren and Wells. He said that he wanted to buy some Gin with the money he took. He said that when he got to Cal's Liquors he could not buy any gin. He said that he then walked to a Veteran's Administration building located on Clark Street and used the bathroom. He said that he cleaned himself up and washed some of the "piss" off of his shorts. Chatman said that he returned to Cal's Liquors and purchased a half pint of gin.

Chatman said that he poured the gin into a cup and began to walk across the street past a Radio Shack and a Burger King restaurant. He said that he went into the Burger King and "cut" the gin

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012509

HH392724
DETECTIVE SUP. APPROVAL COMPLETE

with some water because it was to strong.

Chatman said that he began to walk around the Board of Options building and saw a police officer. He said that the police officer saw him and told him to stop. Chatman said that he turned around and continued to walk. Chatman said that he was eventually stopped and arrested.

Chatman was given an opportunity to view a copy of the victim's employee identification. Chatman positively identified the photograph by saying "That's her, that's her, I love her." Chatman also viewed Polaroid photographs of the victim's office and he positively identified the office as the one he sexually assaulted the victim in.

Cook County Felony Review was contacted and A.S.A. Brian Holmes responded to Area Four Detective Headquarters. A.S.A. Holmes was advised of the progress of the investigation and conducted his own interview. A.S.A. Holmes identified himself to Carl Chatman and explained his role. Chatman informed the A.S.A. that he understood. A.S.A. Holmes then read Carl Chatman his Miranda warnings. Chatman informed A.S.A. Holmes that he understood his rights and would speak with the A.S.A. Carl Chatman then related essentially the same account as reported.

On Saturday, 25 May 02 at 0200 hours arrangements were made and detectives Roberts, Midona, Sgt. Walsh, A.S.A. Holmes, and Carl Chatman went to the Daley Center where Chatman reenacted the events. Chatman began by showing the detectives the streets he walked when he left the Daley Center. Chatman directed the detectives to Van Buren and Wells which was the location of Cal's Liquors. He then directed the detectives to 536 S. Clark which was the Veteran's Administration building and back to Cal's Liquors.

On Saturday, 25 May 02 at 0300 hours Chatman directed the detectives to the lobby of the Daley Center. He showed the detectives the doors he entered, the information booth in the lobby where he asked for instructions about filing a law suit. Chatman then directed the detectives to the elevators and then to the sixth floor where he directed the detectives to room 602 which was the room he inquired about filing a law suit. Chatman then directed the detectives to a sixth floor bath room and demonstrated how he hid in it. Chatman then walked up an escalator and to a bank of elevators. The elevators were boarded and Chatman directed the detectives to the twenty first floor. Chatman approached room 2101 and entered. He then reenacted how he hid behind the Judge's bench and under a row of benches. Chatman then demonstrated how he ran to a side office and sexually assaulted the victim.

Carl Chatman was allowed to use the bath room when ever he wanted and was given White Castle Hamburgers, French fries, Hi-C beverage, Pepsi Cola, water, Honey Buns, and McDonald's to eat. He was provided with cigarettes to smoke upon his request.

Upon returning to Area Four detective Headquarters Carl Chatman informed the detectives he was tired and wanted to sleep. Chatman was allowed to sleep and the investigation continued.

On Saturday, 25 May 02 at 1000 hours the investigation continued and A.S.A Holmes explained to Chatman different methods of recording his statement if he wished to do so. Chatman thought about the options and elected to have his statement handwritten by the A.S.A. which was subsequently completed.

C. R. 296034

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012510

**HH392724**

DETECTIVE SUP. APPROVAL COMPLETE

A.S.A. Holmes approved charges of Aggravated Criminal Sexual assault and Carl Chatman is to appear in Branch 66 on 28 May 02.

It is requested that this investigation be considered cleared and closed by arrest and prosecution.

REPORT OF
Det. J. Roberts #20387
Area Four Detective Division

C. R. *296034*

ATTACHMENT # *14*

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def CC 012511

| REQUEST FOR TIME EXTENSION - COMPLAINT REGISTER INVESTIGATION NO.: CHICAGO POLICE DEPARTMENT | 296034 | DATE OF REQUEST 15 MAY 04 |
|---|---|---|

TO:  SUPERINTENDENT OF POLICE
ATTENTION:  ☒ ADMINISTRATOR IN CHARGE, OFFICE OF PROFESSIONAL STANDARDS
ASSISTANT DEPUTY SUPERINTENDENT, INTERNAL AFFAIRS DIVISION

| FROM - INVESTIGATOR'S NAME Karen Wojtczak | RANK INV. | STAR NO. 368 | UNIT 113 |
|---|---|---|---|

AN EXTENSION OF 30 DAYS IS REQUESTED TO COMPLETE THIS COMPLAINT REGISTER INVESTIGATION FOR REASON(S) INDICATED BELOW:

☐ ACCUSED UNAVAILABLE FOR INTERVIEW (GIVE REASON AND EXPECTED DATE OF RETURN)

☐ COMPLAINANT/WITNESS UNAVAILABLE FOR INTERVIEW (GIVE NAME AND REASON)

☐ REPORTS, RECORDS, STATEMENTS, LABORATORY TESTS UNAVAILABLE (SPECIFY)    DATE CERTIFIED LETTER SENT: _____

☒ OTHER (DESCRIBE) Further attempts being made to identify the accused.
 positively

| DATE CASE ASSIGNED 16 APR 04 | ELAPSED TIME OF INVESTIGATION 30 DAYS | NO. OF PRIOR REQUESTS 0 |
|---|---|---|

| INVESTIGATOR'S SIGNATURE Inv. Karen Wojtczak, #368 | APPROVED - UNIT COMMANDING OFFICER E.F. Cmg #008 |
|---|---|

**ADDITIONAL REQUEST FOR TIME EXTENSION**    DATE OF REQUEST 14 JUN 04

| FROM - INVESTIGATOR'S NAME Karen Wojtczak | RANK INV. | STAR NO. 368 | UNIT 113 |
|---|---|---|---|

AN EXTENSION OF 30 DAYS IS REQUESTED TO COMPLETE THIS COMPLAINT REGISTER INVESTIGATION FOR REASON(S) INDICATED BELOW:

☐ ACCUSED UNAVAILABLE FOR INTERVIEW (GIVE REASON AND EXPECTED DATE OF RETURN)

☐ COMPLAINANT/WITNESS UNAVAILABLE FOR INTERVIEW (GIVE NAME AND REASON)

☐ REPORTS, RECORDS, STATEMENTS, LABORATORY TESTS UNAVAILABLE (SPECIFY)    DATE CERTIFIED LETTER SENT: _____

☒ OTHER (DESCRIBE) Further attempts being made to positively identify the accused

| DATE CASE ASSIGNED 16 APR 04 | ELAPSED TIME OF INVESTIGATION 60 DAYS | NO. OF PRIOR REQUESTS |
|---|---|---|

| INVESTIGATOR'S SIGNATURE Inv. Karen Wojtczak, #368 | APPROVED - UNIT COMMANDING OFFICER E.R.A.C. #008 |
|---|---|

**ADDITIONAL REQUEST FOR TIME EXTENSION**    DATE OF REQUEST 14 JUL 04

| FROM - INVESTIGATOR'S NAME Karen Wojtczak | RANK INV. | STAR NO. 368 | UNIT 113 |
|---|---|---|---|

AN EXTENSION OF 30 DAYS IS REQUESTED TO COMPLETE THIS COMPLAINT REGISTER INVESTIGATION FOR REASON(S) INDICATED BELOW:

☐ ACCUSED UNAVAILABLE FOR INTERVIEW (GIVE REASON AND EXPECTED DATE OF RETURN)

☐ COMPLAINANT/WITNESS UNAVAILABLE FOR INTERVIEW (GIVE NAME AND REASON)

☐ REPORTS, RECORDS, STATEMENTS, LABORATORY TESTS UNAVAILABLE (SPECIFY)    DATE CERTIFIED LETTER SENT: _____

☒ OTHER (DESCRIBE) Further attempts being made to positively identify accused

| DATE CASE ASSIGNED 16 APR 04 | ELAPSED TIME OF INVESTIGATION 90 DAYS | NO. OF PRIOR REQUESTS 2 |
|---|---|---|

| INVESTIGATOR'S SIGNATURE Inv. Karen Wojtczak, #368 | APPROVED - UNIT COMMANDING OFFICER JSuhan #473, (acting) |
|---|---|

| ATTACHMENT NO. 15 | C.R. NO 296034 |
|---|---|

CPD-44 .114 (REV. 2/04)

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012512

# ATTENDANCE & ASSIGNMENT RECORD — CHICAGO POLICE DEPARTMENT

**UNIT:** 640 DET DIV AREA 4, 3151 W HARRISON  
**PAYROLL NO.** 1180 **DATE** 24 MAY 02 **PAGE** 08

| WATCH | STAR NO. | NAME | PRESENT FOR DUTY | TITLE CODE | ABSENCE/DAY OFF | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH / ASSIGNMENT / ADDITIONAL ASSIGNMENT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 00267 | KEDUGH THOMAS | | 917 | | FIELD LIEUT | | | DETAIL FR 189 |
| 3 | 02017 | ARTEAGA JR ROBERT | | 917 | X | SUPV SERGEANT | | | |
| 3 | 02515 | GORMAN JOSEPH | X | 917 | | SUPV SERGEANT | 4699 | 5740 | |
| 3 | 01732 | JOHNSON EDDIE | X | 917 | | SUPV SERGEANT | 5743 | 5450 | |
| 3 | 02612 | PALLOHUSKY JOHN | X | 917 | | SUPV SERGEANT | 2743 | 5920 | |
| 3 | 02140 | ROSE WILLIAM | | 917 | X | SUPV SERGEANT | | | |
| 3 | 01934 | WALSH DENIS | | 917 | | SUPV SERGEANT | 4699 | 5740 | |
| 3 | 00874 | VAIL MARK | X | 917 | X | 2 MAN/CAR | | | |
| 3 | 20269 | AMATO STEVEN | | 9165 | X | DETECTIVE | | | |
| 3 | 21264 | AUGUSTIN YVENS | X | 9165 | X | DETECTIVE | 4428 | 5440 | |
| 3 | 20082 | BUSH GARY | | 9165 | X | DETECTIVE | | | |
| 3 | 20368 | CARLSON GLENN | X | 9165 | 91 | DETECTIVE | 3750 | 5433 | DETAIL FR 610 |
| 3 | 20218 | CHRISTOFORAKIS JENNY | | 9165 | | DETECTIVE | | | |
| 3 | 05941 | CIRONE SAM | X | 9165 | | DETECTIVE | 4730 | 5731 | |
| 3 | 20213 | CRAIN THOMAS | | 9165 | X | DETECTIVE | | | |
| 3 | 20390 | CROWELL DAVID | | 9165 | | DETECTIVE | | | |
| 3 | 21109 | DE LUCIA JENNIFER | X | 9165 | | DETECTIVE | 4831 | 5724 | |
| 3 | 21146 | DEACY THOMAS | X | 9165 | | DETECTIVE | 8780 | 5781 | |
| 3 | 20739 | DEENIHAN PATRICK | | 9165 | | DETECTIVE | | | |
| 3 | 20534 | DIAMOND JAY | X | 9165 | X | DETECTIVE | 4497 | 5738 | |
| 3 | 20035 | DOWNES TERRENCE | | 9165 | | DETECTIVE | | | |
| 3 | 20140 | ESPARZA SALVADOR | | 9165 | X | DETECTIVE | | | |

ATTENDANCE & ASSIGNMENT RECORD
CHICAGO POLICE DEPARTMENT

UNIT: 640 DET DIV AREA 4  3151 W HARR...

PAYROLL NO. 1180 | DATE 24 MAY 02 | PAGE 09

| WATCH | STAR NO. | NAME | TITLE CODE | SOCIAL SECURITY | PRESENT FOR DUTY | DAY OFF / ABSENCE | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 21158 | EVANS JAMES | 9165 | ▮ | | | DETECTIVE | | | NO WATCH |
| 3 | 20168 | FARRELL PAUL | 9165 | ▮ | | | DETECTIVE | | | |
| 3 | 20520 | FINUCANE PATRICK | 9165 | ▮ | X | | DETECTIVE | | | |
| 3 | 20808 | FITZSIMMONS JOHN | 9165 | ▮ | X | | DETECTIVE | | | |
| 3 | 20942 | FLAHERTY THOMAS | 9165 | ▮ | X | | DETECTIVE | 3280-5733 | | 1300-2130 |
| 3 | 20163 | FREED CHARLES | 9165 | ▮ | | 83 | DETECTIVE | | | |
| 3 | 20569 | GANN RONALD | 9165 | ▮ | X | | DETECTIVE | 3393-5753 | | |
| 3 | 20517 | GARCIA ADRIAN | 9165 | ▮ | | | DETECTIVE | | | |
| 3 | 21288 | GOERLICH ROBERT | 9165 | ▮ | X | | DETECTIVE | 4423-5396 | | |
| 3 | 21013 | HAMMOND MICHAEL | 9165 | ▮ | X | | DETECTIVE | | | |
| 3 | 20499 | HARTMANN ROBERT | 9165 | ▮ | X | | DETECTIVE | | | |
| 3 | 21115 | HENNIGAN JAMES | 9165 | ▮ | X | | DETECTIVE | 3280-5733 | | 1300-2130 |
| 3 | 21170 | KAIZER EDWARD | 9165 | ▮ | | | DETECTIVE | 4402-5349 | | |
| 3 | 21230 | KARPINSKI THOMAS | 9165 | ▮ | | 81 | DETECTIVE | | | |
| 3 | 20200 | KATO KRISTON | 9165 | ▮ | X | | DETECTIVE | 4765-3733 | | |
| 3 | 20169 | KEATING BETTY | 9165 | ▮ | X | | DETECTIVE | | | |
| 3 | 20411 | KOSTKA JAMES | 9165 | ▮ | X | | DETECTIVE | 3280-5733 | | 1300-2130 |
| 3 | 20519 | KUPCZYK DAVID | 9165 | ▮ | X | | DETECTIVE | | | Desk P.O. |
| 3 | 21275 | LI ANDY | 9165 | ▮ | X | | DETECTIVE | | | |
| 3 | 20890 | LOPEZ JOSE | 9165 | ▮ | X | | DETECTIVE | | | |
| 3 | 20729 | MALIK JEFFREY | 9165 | ▮ | X | | DETECTIVE | | | |
| 3 | 21271 | MANTO SAMUEL | 9165 | ▮ | X | | DETECTIVE | | | |

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945

City Def CC 012514

CPD 11.605 (REV. 6/93)

**ATTENDANCE & ASSIGNMENT RECORD — CHICAGO POLICE DEPARTMENT**

UNIT: 640 DET DIV AREA 4 — 3151 W HARRISON
PAYROLL NO. 1180 — DATE 24 MAY 02 — PAGE 10

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF 80 | 82 | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 20563 | MARCH | DAVID | | 9165 | ▮ | X | | | | DETECTIVE | | | |
| 3 | 21127 | MIGLORE | THOMAS | X | 9165 | ▮ | | | | | DETECTIVE | 1822-22220 | | CLPED |
| 3 | 20574 | MILLER | MICHAEL | X | 9165 | ▮ | | | | | DETECTIVE | 4200 5341 | | |
| 3 | 20844 | MORGAN | CHARLES | | 9165 | ▮ | X | | | | DETECTIVE | | | |
| 3 | 20234 | O DONOVAN | PATRICK | X | 9165 | ▮ | | | | | DETECTIVE | 4217P 5392 | | |
| 3 | 20328 | PEDROZA | PATRICIA | | 9165 | ▮ | X | | | | DETECTIVE | | | |
| 3 | 21209 | PIETRYLA | MICHAEL | | 9165 | ▮ | X | | | | DETECTIVE | | | |
| 3 | 20180 | PADDATZ | JANE | | 9165 | ▮ | | | | | DETECTIVE | | | 2ND WATCH |
| 3 | 21314 | RASCHKE | WAYNE | | 9165 | ▮ | | 84 | | | DETECTIVE | | | |
| 3 | 21234 | REBHOLZ | THOMAS | | 9165 | ▮ | | | | | DETECTIVE | | | DETAIL TO 703 |
| 3 | 20387 | ROBERTS | JOHN | X | 9165 | ▮ | | | | | DETECTIVE | 4482 5358 | | |
| 3 | 21322 | ROLEWICZ | CATHERINE | | 9165 | ▮ | X | | | | DETECTIVE | | | |
| 3 | 20989 | RUCK | WILLIAM | | 9165 | ▮ | | | | | DETECTIVE | | | |
| 3 | 21207 | SCALISE | JOHN | | 9165 | ▮ | | 81 | | | DETECTIVE | | | |
| 3 | 20911 | SCHNOOR | RAYMOND | | 9165 | ▮ | X | | | | DETECTIVE | | | |
| 3 | 20193 | SOBON | MICHAEL | X | 9165 | ▮ | | | | | DETECTIVE | 4200 5344 | | |
| 3 | 20186 | SORAGHAN JR | WILLIAM | X | 9165 | ▮ | | | | | DETECTIVE | 4403 5392 | | |
| 3 | 20130 | SWIDEREK | GREGORY | X | 9165 | ▮ | | | | | DETECTIVE | 4403P 5392 | | |
| 3 | 20141 | VASILOPOULOS | GUS | X | 9165 | ▮ | | | | | DETECTIVE | 4200 5344 | | |
| 3 | 20325 | VOIGHT | ROBERT | | 9165 | ▮ | X | | | | DETECTIVE | | | |
| 3 | 21343 | WIBERG | WAYNE | X | 9165 | ▮ | | | | | DETECTIVE | | | OH9 TRAINING |
| 3 | 20603 | WILLIAMS | ROY | X | 9165 | ▮ | | | | | DETECTIVE | | | |

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012515

**ATTENDANCE & ASSIGNMENT RECORD**
**CHICAGO POLICE DEPARTMENT**

UNIT: **640 DET DIV AREA 4**
3151 W HARRISON

PAYROLL NO. 1180 — DATE **24 MAY 02** — PAGE **11**

| WATCH | STAR NO. | NAME | TITLE CODE | SOCIAL SECURITY | DAY OFF / ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 11970 | PIERUCCINI GLENN | 9161 | | X | | CLERICAL | | | |
| 3 | 08447 | PARKER GEORGE | 9161 | | X | | P.O. DISTACT | | | DETAIL FR 011 |
| 3 | 60115 | BOCARDO MICHAEL | 9162 | | X | | PO AS G.C. SPEC. | 4789-5785 | | |
| 3 | 60090 | CRONIN MICHAEL | 9162 | | X | | PO AS G.C. SPEC. | 482-5-591 | | |
| 3 | 60035 | DORNAN CAROLE | 9162 | | X | | PO AS G.C. SPEC. | | | |
| 3 | 60121 | DYRA MICHAEL | 9162 | | X | | PO AS G.C. SPEC. | 4789-5785 | | |
| 3 | 60090 | KORZENIEWSKI RONALD | 9162 | | X | | PO AS G.C. SPEC. | | | |
| 3 | 60055 | ORTIZ BRADUL | 9162 | | X | | PO AS G.C. SPEC. | 5/2/-59/ | 5/2/-59/ | 1800-2030 |

WATCH TOTL 0074

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945        City Def CC 012516

**CHICAGO POLICE DEPARTMENT — ATTENDANCE & ASSIGNMENT RECORD**

UNIT: 640 DET DIV AREA 4, 3151 W HARRISON
PAYROLL NO. 1180 — DATE 25 MAY 02 — PAGE 08

| WATCH | STAR NO. | NAME | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF 8082 | OTHER ABSENCE | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF ASSIGNMENT OR ADDITIONAL ASSIGNMT, EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 00267 | KEOUGH THOMAS | | 9173 | | X | | FIELD LIEUT | | | DETAIL FR 189 |
| 3 | 02017 | ARTEAGA JR ROBERT | | 9171 | | X | | SUPV SERGEANT | | | |
| 3 | 02515 | GORMAN JOSEPH | X | 9171 | | | | SUPV SERGEANT | 4699 | 5430 | |
| 3 | 01732 | JOHNSON EDDIE | X | 9171 | | | | SUPV SERGEANT | 2911 | 5450 | |
| 3 | 02612 | PALLOHUSKY JOHN | X | 9171 | | | | SUPV SERGEANT | 2943 | 5470 | |
| 3 | 02140 | ROSE WILLIAM | | 9171 | | X | | SUPV SERGEANT | | | C.A. Furl. |
| 3 | 01934 | WALSH DENIS | X | 9171 | | | | SUPV SERGEANT | 4699 | 5470 | |
| 3 | 00874 | VAIL MARK | X | 9171 | | X | 81 | 2 MAN/CAR | | | 8.C.L. |
| 3 | 20269 | AMATO STEVEN | | 9165 | | X | | DETECTIVE | | | |
| 3 | 21264 | AUGUSTIN YVENS | X | 9165 | | | | DETECTIVE | 4428 | 5488 | |
| 3 | 20082 | BUSH GARY | X | 9165 | | | | DETECTIVE | | | |
| 3 | 20368 | CARLSON GLENN | X | 9165 | | | | DETECTIVE | 3280 | 5433 | DETAIL FR 610 |
| 3 | 20218 | CHRISTOFORAKIS JENNY | X | 9165 | | | | DETECTIVE | 2666 | 5439 | |
| 3 | 20941 | CIRONE SAM | X | 9165 | | | | DETECTIVE | | | DESK-1500/0330 |
| 3 | 20213 | CRAIN THOMAS | | 9165 | | X | | DETECTIVE | | | |
| 3 | 20380 | CROWELL DAVID | X | 9165 | | | | DETECTIVE | | | |
| 3 | 21109 | DE LUCIA JENNIFER | X | 9165 | | | | DETECTIVE | 4231 | 5426 | |
| 3 | 21146 | DEACY THOMAS | X | 9165 | | | | DETECTIVE | 4782 | 5491 | |
| 3 | 20739 | DEENIHAN PATRICK | | 9165 | | X | | DETECTIVE | | | |
| 3 | 20534 | DIAMOND JAY | X | 9165 | | | | DETECTIVE | 4497 | 5448 | C.A. Furl. |
| 3 | 20035 | DOWNES TERRENCE | | 9165 | | X | | DETECTIVE | | | |
| 3 | 20140 | ESPARZA SALVADOR | | 9165 | | X | | DETECTIVE | | | |

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012517

**ATTENDANCE & ASSIGNMENT RECORD**
**CHICAGO POLICE DEPARTMENT**

UNIT: 640 DET DIV AREA 4 · 3151 W HARRISON
PAYROLL NO. 1180 · DATE 25 MAY 02 · PAGE 09

| WATCH | STAR NO. | NAME | | TITLE CODE | ABSENCE OTHER 808 | DAY OFF ABSENCE | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF ASSIGNMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 21158 | EVANS | JAMES | 9165 | X | | DETECTIVE | | | |
| 3 | 20168 | FARRELL | PAUL | 9165 | | 81 | DETECTIVE | | | |
| 3 | 20520 | FINUCANE | PATRICK | 9165 | | | DETECTIVE | | | |
| 3 | 20806 | FITZSIMMONS | JOHN | 9165 | X | | DETECTIVE | | | |
| 3 | 20942 | FLAHERTY | THOMAS | 9165 | | | DETECTIVE | 3280 | 5433 | Ext. Medical |
| 3 | 20163 | FREED | CHARLES | 9165 | | 83 | DETECTIVE | | | |
| 3 | 20569 | GANN | RONALD | 9165 | | | DETECTIVE | 3363 | 5453 | |
| 3 | 20517 | GARCIA | ADRIAN | 9165 | | | DETECTIVE | | | |
| 3 | 21288 | GR...GH | ROBERT | 9165 | | | DETECTIVE | 4698 | 5496 | P-DAY |
| 3 | 21013 | HAMMOND | MICHAEL | 9165 | | | DETECTIVE | 218? | 5435 | |
| 3 | 20499 | HARTMANN | ROBERT | 9165 | | | DETECTIVE | | | |
| 3 | 21115 | HENNIGAN | JAMES | 9165 | | 91 | DETECTIVE | | | |
| 3 | 21170 | KAIZER | EDWARD | 9165 | | | DETECTIVE | 4402 | 5449 | S-O-FUR EXC |
| 3 | 21230 | KARPINSKI | THOMAS | 9165 | | | DETECTIVE | | | |
| 3 | 20200 | KATO | KRISTON | 9165 | | | DETECTIVE | 4355 | 5431 | |
| 3 | 20169 | KEATING | BETTY | 9165 | | | DETECTIVE | | | |
| 3 | 20411 | KOSTKA | JAMES | 9165 | | | DETECTIVE | | | |
| 3 | 20519 | KUPCZYK | DAVID | 9165 | | | DETECTIVE | 4763 | 5495 | |
| 3 | 21275 | LI | ANDY | 9165 | | | DETECTIVE | 4228 | 5497 | E-A-FUR |
| 3 | 20890 | LOPEZ | JOSE | 9165 | | | DETECTIVE | 4420 | 5493 | S-C-U |
| 3 | 20729 | MALIK | JEFFREY | 9165 | | 81 | DETECTIVE | | | |
| 3 | 21271 | MANTO | SAMUEL | 9165 | | | DETECTIVE | | | |

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945 · City Def CC 012518

**ATTENDANCE & ASSIGNMENT RECORD — CHICAGO POLICE DEPARTMENT**

UNIT: 640 DET DIV AREA 4, 3151 W HARRISON  
PAYROLL NO. 1180 — DATE 25 MAY 02 — PAGE 10

| WATCH | STAR NO. | NAME | TITLE CODE | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE / ADDITIONAL ASSIGNMENT |
|---|---|---|---|---|---|---|---|
| 3 | 20563 | MARCH DAVID | 9165 | DETECTIVE | | | |
| 3 | 21127 | MIGLORE THOMAS | 9165 | DETECTIVE | | | |
| 3 | 20574 | MILLER MICHAEL | 9165 | DETECTIVE | | | |
| 3 | 20384 | MORGAN CHARLES | 9165 | DETECTIVE | 4263 | 5405 | |
| 3 | 20234 | O DONOVAN PATRICK | 9165 | DETECTIVE | | | |
| 3 | 20328 | PEDROZA PATRICIA | 9165 | DETECTIVE | 4703 | 5428 | |
| 3 | 21209 | PIETRYLA MICHAEL | 9165 | DETECTIVE | 4596 | 5434 | |
| 3 | 20180 | RADDATZ JANE | 9165 | DETECTIVE | | | |
| 3 | 21314 | RASCHKE WAYNE | 9165 | DETECTIVE | | | I.O.D |
| 3 | 22144 | REBHOLZ THOMAS | 9165 | DETECTIVE | | | DETAIL TO 703 |
| 3 | 20387 | ROBERTS JOHN | 9165 | DETECTIVE | | | |
| 3 | 21322 | ROLEWICZ CATHERINE | 9165 | DETECTIVE | | | |
| 3 | 20989 | RUCK WILLIAM | 9165 | DETECTIVE | | | |
| 3 | 21207 | SCALISE JOHN | 9165 | DETECTIVE | | | |
| 3 | 20911 | SCHNOOR RAYMOND | 9165 | DETECTIVE | 2181 | 5435 | |
| 3 | 20193 | SOBON MICHAEL | 9155 | DETECTIVE | | | |
| 3 | 20186 | SORAGHAN JR WILLIAM | 9165 | DETECTIVE | 4558 | 5442 | |
| 3 | 20130 | SWIDEREK GREGORY | 9165 | DETECTIVE | 4858 | 5494 | |
| 3 | 20141 | VASILOPOULOS GUS | 9165 | DETECTIVE | 4536 | 5494 | |
| 3 | 20325 | VOIGHT ROBERT | 9155 | DETECTIVE | | | |
| 3 | 21343 | WIBERG WAYNE | 9165 | DETECTIVE | | | |
| 3 | 20603 | WILLIAMS ROY | 9165 | DETECTIVE | | | In lieu of 2/DAY |

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945 — City Def CC 012519

**ATTENDANCE & ASSIGNMENT RECORD**
**CHICAGO POLICE DEPARTMENT**

UNIT **640 DET DIV AREA 4**
3151 W HARRISON

PAYROLL NO. 1180   DATE **25 MAY 02**   PAGE **11**

| WATCH | STAR NO. | NAME | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF 80 | 82 | 81 | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF ASSIGNMENT AND/OR ADDITIONAL ASSIGNMT. EXP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 11970 | PIERUCCINI GLENN | | 9161 | ▮▮▮ | | | X | | | CLERICAL | | | |
| 3 | 06447 | PARKER GEORGE | X | 9161 | ▮▮▮ | | | | | | P.O. DIST TACT | 45-72 | 5445 | DETAIL FR 041 |
| 3 | 60115 | BOCARDO MICHAEL | X | 9162 | ▮▮▮ | | | | | | PO AS G.C. SPEC. | 4589 | 5443 | |
| 3 | 60090 | CRONIN MICHAEL | X | 9162 | ▮▮▮ | | | | | | PO AS G.C. SPEC. | 4762 | 5441 | |
| 3 | 60035 | DORNAN CAROLE | | 9162 | ▮▮▮ | | | X | | | PO AS G.C. SPEC. | | | |
| 3 | 60121 | DYRA MICHAEL | X | 9162 | ▮▮▮ | | | | | | PO AS G.C. SPEC. | 4589 | 5443 | P-DAY |
| 3 | 60096 | KORZENIEWSKI RONALD | | 9162 | ▮▮▮ | | | | 91 | | PO AS G.C. SPEC. | 3109 | 5421 | 1400-2030 |
| 3 | 60055 | ORTIZ BRADUL | X | 9162 | ▮▮▮ | | | | | | PO AS G.C. SPEC. | | | |
| 3 | 60025 | PINKIEWICZ GEORGE | | 9162 | ▮▮▮ | | | | | | PO AS G.C. SPEC. | | | DETAIL TO 650 |

WATCH TOTL 0075

DISCIPLINARY CODES: 75=SUSPENSION W/O PAY / 76=SUSPENDED ON DUTY WORKING REGULAR D.O. / 76=EXCUSED FROM DUTY W/O PAY (A.O.) / 77=EXCUSED FROM DUTY W/O PAY (A.W.) / 78=SUMMARY PUNISHMENT W/O PAY MAY W — / 79=ABSENT WITHOUT PERMISSION W/O PAY

ABSENCE CODES: 80=DAY OFF W/O PAY / 81=DAY OFF COMP TIME / 82=ANNUAL VACATION / 83=SICKNESS INJURED NOT ON DUTY / 84=INJURED ON DUTY

85=SICKNESS IN FAMILY (SWORN MEMBERS ONLY) / 86=DEATH IN FAMILY / 87=MILITARY LEAVE / 88=JURY DUTY / 89=EXCUSED FROM DUTY NON DISCIPLINARY / 90=BABY FURLOUGH DAY

91=PERSONAL DAY / 92=LEAVE OF ABSENCE FROM DUTY NO SUPV. APPROVAL / 93=MARRIAGE LEAVE / 94=DAY OFF HOLIDAY WITH PAY / 99=LEAVE OF ABSENCE

96=RETIREMENT / 97=RESIGNATION / 98=DISCHARGED / 99=DEATH

TERMINATION CODES

SIGNATURE _____ WATCHCOMMANDER OR UNIT HEAD

CPD-11.605 (REV. 6/93)

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012520

**ATTENDANCE & ASSIGNMENT RECORD**
**CHICAGO POLICE DEPARTMENT**

UNIT: **640 DET DIV DIV AREA 4**
3151 W HARRISON

PAYROLL NO. 1180 — DATE 26 MAY 02 — PAGE 08

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF 808? | OTHER 808? | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF ASSIGNMENT / ADDITIONAL ASSIGNMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 00267 | KEOUGH | THOMAS | | 9173 | | | | | FIELD LIEUT | | | DETAIL FR 189 |
| 3 | 02017 | ARTEAGA, JR | ROBERT | X | 9171 | | | | | SUPV SERGEANT | | | |
| 3 | 02515 | GORMAN | JOSEPH | | 9171 | | | | | SUPV SERGEANT | 4699 | 5420 | |
| 3 | 01732 | JOHNSON | EDDIE | X | 9171 | | | | | SUPV SERGEANT | 2911 | 5450 | |
| 3 | 02612 | PALLOHUSKY | JOHN | X | 9171 | | | | | SUPV SERGEANT | 2943 | 5470 | C.A. Fuel |
| 3 | 02140 | ROSE | WILLIAM | | 9171 | | | | | SUPV SERGEANT | | | |
| 3 | 01934 | WALSH | DENIS | X | 9171 | | | | | SUPV SERGEANT | 4699 | 5410 | |
| 3 | 00874 | VAIL | MARK | X | 9171 | | | | | 2 MAN/CAR | 3261 | 5490 | |
| 3 | 20269 | AMATO | STEVEN | | 9165 | | | 81 | | DETECTIVE | | | 8-C.A. |
| 3 | 21264 | AUGUSTIN | YVENS | X | 9165 | | | | | DETECTIVE | 4428 | 5488 | In lieu of 28 MAY 02 DETAIL FR 610 |
| 3 | 20082 | BUSH | GARY | | 9165 | | | | | DETECTIVE | | 5433 | |
| 3 | 20388 | CARLSON | GLENN | X | 9165 | | | | | DETECTIVE | 3280 | 5439 | |
| 3 | 20218 | CHRISTOFORAKIS | JENNY | | 9165 | | | | | DETECTIVE | 2666 | 5431 | |
| 3 | 20941 | CIRONE | SAM | X | 9165 | | | | | DETECTIVE | 4255 | | |
| 3 | 20213 | CRAIN | THOMAS | | 9165 | | | | | DETECTIVE | | | |
| 3 | 20380 | CROWELL | DAVID | X | 9165 | | | | | DETECTIVE | | | |
| 3 | 21109 | DE LUCIA | JENNIFER | | 9165 | | | | | DETECTIVE | 4231 | 5426 | |
| 3 | 21146 | DEACY | THOMAS | X | 9165 | | | 81 | | DETECTIVE | | | 8-C.A. |
| 3 | 20739 | DEENIHAN | PATRICK | | 9165 | | | | | DETECTIVE | | | |
| 3 | 20534 | DIAMOND | JAY | X | 9165 | | | | | DETECTIVE | 4490 | 5488 | |
| 3 | 20035 | DOWNES | TERRENCE | | 9165 | | | | | DETECTIVE | | | C.A. Fuel |
| 3 | 20140 | ESPARZA | SALVADOR | X | 9165 | | | | | DETECTIVE | | | |

SIGNATURE OF WATCH COMMANDER

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def CC 012521

**ATTENDANCE & ASSIGNMENT RECORD**
**CHICAGO POLICE DEPARTMENT**

UNIT **640 DET DIV AREA 4** 3151 W HARRISON

PAYROLL NO. 1180 — DATE 26 MAY 02 — PAGE 09

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF / OTHER ABSENCE | ABSENCE EXPL. | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE / ADDITIONAL ASSIGNMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 21158 | EVANS | JAMES | | 9165 | ▐ | X(80) | | DETECTIVE | | | |
| 3 | 20168 | FARRELL | PAUL | | 9165 | ▐ | X(82) | | DETECTIVE | | | |
| 3 | 20520 | FINUCANE | PATRICK | | 9165 | ▐ | X | | DETECTIVE | | | |
| 3 | 20808 | FITZSIMMONS | JOHN | X | 9155 | ▐ | X | | DETECTIVE | | | |
| 3 | 20942 | FLAHERTY | THOMAS | X | 9165 | ▐ | | | DETECTIVE | 3280 | 5Y33 | |
| 3 | 20163 | FREED | CHARLES | | 9165 | ▐ | 83 | | DETECTIVE | | | Fgt Medical |
| 3 | 20569 | GANN | RONALD | | 9165 | ▐ | | | DETECTIVE | 3393 | 5Y53 | |
| 3 | 20517 | GARCIA | ADRIAN | | 9165 | ▐ | | | DETECTIVE | | | |
| 3 | 21288 | GOERLICH | ROBERT | | 9165 | ▐ | 81 | | DETECTIVE | | | B.C.U. |
| 3 | 21013 | HAMMOND | MICHAEL | X | 9165 | ▐ | | | DETECTIVE | 2181 | 5Y35 | |
| 3 | 20499 | HARTMANN | ROBERT | | 9165 | ▐ | | | DETECTIVE | | | |
| 3 | 21115 | HENNIGAN | JAMES | | 9165 | ▐ | 90 | | DETECTIVE | | | B.F.O |
| 3 | 21170 | KAIZER | EDWARD | | 9165 | ▐ | | | DETECTIVE | 4402 | 5Y49 | |
| 3 | 21230 | KARPINSKI | THOMAS | | 9165 | ▐ | X | | DETECTIVE | | | Furn |
| 3 | 20200 | KATO | KRISTON | X | 9165 | ▐ | | | DETECTIVE | 4Y55 | 5Y31 | |
| 3 | 20169 | KEATING | BETTY | X | 9165 | ▐ | | | DETECTIVE | | | |
| 3 | 20411 | KOSTKA | JAMES | | 9165 | ▐ | | | DETECTIVE | | | |
| 3 | 20519 | KUPCZYK | DAVID | X | 9165 | ▐ | | | DETECTIVE | 4Y63 | 5Y35 | |
| 3 | 21275 | LI | ANDY | | 9165 | ▐ | | | DETECTIVE | 4Y28 | 5Y92 | |
| 3 | 20890 | LOPEZ | JOSE | | 9165 | ▐ | X | | DETECTIVE | 4Y02 | 5Y23 | GA-Func |
| 3 | 20729 | MALIK | JEFFREY | | 9165 | ▐ | 81 | | DETECTIVE | | | B.C.U. |
| 3 | 21271 | MANTO | SAMUEL | | 9165 | ▐ | | | DETECTIVE | | | |

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945          City Def CC 012522

ATTENDANCE & ASSIGNMENT RECORD
CHICAGO POLICE DEPARTMENT

UNIT **640 DET DIV DIV AREA 4** 3151 W HARRISON

PAYROLL NO. 1180 · DATE 26 MAY 02 · PAGE 10

| WATCH | STAR NO. | NAME | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | 8DO | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF ASSIGNMENT / ADDITIONAL ASSIGNMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 20563 | MARCH DAVID | | 9165 | | X | | | DETECTIVE | | | |
| 3 | 21127 | MIGLORE THOMAS | | 9165 | | X | | | DETECTIVE | | | |
| 3 | 20574 | MILLER MICHAEL | | 9165 | | X | | | DETECTIVE | | | |
| 3 | 20341 | MORGAN CHARLES | X | 9165 | | | | | DETECTIVE | 4903 | 5435 | |
| 3 | 20234 | O DONOVAN PATRICK | | 9165 | | X | | | DETECTIVE | | | |
| 3 | 20328 | PEDROZA PATRICIA | X | 9165 | | | | | DETECTIVE | 4903 | 5498 | |
| 3 | 21209 | PIETRYLA MICHAEL | | 9165 | | | | | DETECTIVE | 4596 | 5134 | |
| 3 | 20180 | RADDATZ JANE | | 9165 | | X | | | DETECTIVE | | | Z.O.B |
| 3 | 21314 | RASCHKE WAYNE | | 9165 | | | 84 | | DETECTIVE | | | |
| 3 | 21244 | REBHOLZ THOMAS | X | 9165 | | | | | DETECTIVE | | | DETAIL TO 703 |
| 3 | 20387 | ROBERTS JOHN | | 9165 | | | | | DETECTIVE | | | |
| 3 | 21322 | ROLEWICZ CATHERINE | | 9165 | | | | | DETECTIVE | | | |
| 3 | 20989 | RUCK WILLIAM | | 9165 | | | | | DETECTIVE | | | GA-Surv |
| 3 | 21207 | SCALISE JOHN | | 9165 | | | | | DETECTIVE | | | |
| 3 | 20911 | SCHNOOR RAYMOND | X | 9165 | | | | | DETECTIVE | 2081 | 5435 | |
| 3 | 20193 | SOBON MICHAEL | | 9165 | | | | | DETECTIVE | | | |
| 3 | 20186 | SORAGHAN JR WILLIAM | X | 9165 | | | | | DETECTIVE | 4858 | 5442 | |
| 3 | 20130 | SWIDEREK GREGORY | X | 9165 | | | | | DETECTIVE | 4858 | 5442 | |
| 3 | 20141 | VASILOPOULOS GUS | | 9165 | | | | | DETECTIVE | 4536 | 5494 | |
| 3 | 20325 | VOIGHT ROBERT | | 9165 | | X | | | DETECTIVE | | | |
| 3 | 21343 | WIBERG WAYNE | X | 9165 | | | | | DETECTIVE | 4925 | 5444 | |
| 3 | 20603 | WILLIAMS ROY | | 9165 | | X | | | DETECTIVE | | | |

DISCIPLINARY CODES: 75-SUSPENSION W/O PAY · 76-PENSION OPTION W/O PAY WORKING REGULAR D.O. · 77-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I.A.D.) · 78-SUMMARY PUNISHMENT W/O PAY INCL. SUMMARY PUNISHMENT (WORKING IN LIEU OF D.O.) · 79-ABSENT WITHOUT PERMISSION W/O PAY

ABSENCE CODES: 80-DAY OFF · 81-DAY OFF COMP TIME · 82-ANNUAL VACATION · 83-BABY FURLOUGH DAY · 84-INJURED ON DUTY · 85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY) · 86-SICKNESS IN FAMILY · 87-MILITARY LEAVE · 88-EXCUSED FROM DUTY NON DISCIPLINARY · 89-EXCUSED FROM DUTY WITH PAY · 90-BABY FURLOUGH PAY · 91-PERSONAL DAY · 92-RELATED WITH PAY W/O SUPV APPROVAL · 93-MARRIAGE LEAVE · 94-ORDERED WORK WITH PAY · 95-LEAVE OF ABSENCE

TERMINATION CODES: 96-RETIREMENT · 97-RESIGNATION · 98-DISCHARGED · 99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD

CPD-11.465 (REV. 6/91)

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945 · City Def CC 012523

**ATTENDANCE & ASSIGNMENT RECORD**
**CHICAGO POLICE DEPARTMENT**

UNIT | 640 DET DIV AREA 4 — 3151 W HARRISON | PAYROLL NO. 1180 | DATE 26 MAY 02 | PAGE 11

| WATCH | STAR NO. | NAME | | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF 8082 | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH, ASSIGNMENT OR ADDITIONAL ASSIGNMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 11970 | PIERUCCINI | GLENN | | 9161 | ▓ | X | | | CLERICAL | | | |
| 3 | 08647 | PARKER | GEORGE | X | 9161 | ▓ | | | | P.O. DIST TACT | 4593 | 5455 | DETAIL FR 011 |
| 3 | 60115 | BOCARDO | MICHAEL | X | 9162 | ▓ | | | | PO AS G.C. SPEC. | 4584 | 5493 | |
| 3 | 60090 | CRONIN | MICHAEL | X | 9162 | ▓ | | | | PO AS G.C. SPEC. | 4782 | 5491 | |
| 3 | 60035 | DORNAN | CAROLE | | 9162 | ▓ | X | | | PO AS G.C. SPEC. | | | |
| 3 | 60121 | DYRA | MICHAEL | X | 9162 | ▓ | | | | PO AS G.C. SPEC. | 4589 | 5493 | |
| 3 | 60096 | KORZENIEWSKI | RONALD | | 9162 | ▓ | | | | PO AS G.C. SPEC. | 4555 | 5493 | 8 - C.U. |
| 3 | 60055 | ORTIZ | BRADUL | | 9162 | ▓ | | 81 | | PO AS G.C. SPEC. | | | |
| 3 | 60025 | PINKIEWICZ | GEORGE | | 9162 | ▓ | | | WATCH TOTL 0075 | PO AS G.C. SPEC. | | | DETAIL TO 650 |

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945     City Def CC 012524

PAGE 1 OF 2

**GENERAL OFFENSE / CASE REPORT / CHICAGO POLICE**

1. OFFENSE/INCIDENT—PRIMARY CLASSIFICATION: CRIM. SEX. ASSAULT

UCR OR OCA CODE: 02.91 SECONDARY CLASSIFICATION: ATTEMPT NON-AGGR.

3. R.D. NO.: HH - 397724

4. ADDRESS OF OCCURRENCE: 5301 W. WASHINGTON

5. FIRE RELATED: ☐ YES ☒ NO

6. DATE OF OCCUR.: 24 MAY 02 0730

7. BEAT OF OCCUR.: 1/3

8. BEAT/UNIT ASSIGN.: 1/13

9. TYPE OF LOCATION: GOV. BUILDING / HALEY CENTER

10. LOCATION CODE: 2101

11. DATE/TIME ASSIGNED: 24 MAY 02 0745

26. TIME AVAIL.

27. OCCUPATION: CITY COORDINATOR

---

31. NAME (LAST—FIRST—M.I.): BIGGIO, SUSAN

SEX-RACE-AGE: F 51

41. OFFENDER'S NAME: NELBALES, JEANNETTE

MOKSTRA, MARIA

---

51. OBJECT/REASON: ALL IN/OUT CARD, LARGE SHINY BELT SWIPE, PURPLE BAG, HAINES STREET

71. DESCRIBE PROPERTY IN NARRATIVE

NARRATIVE EVALUATION 03610 IN SUMMARY: WITH (CITY AW) CIVIL OVER SPEAKING TO RIO THAT SHE DISCOVERED VICTIM LYING ON HER BACK SEMI-CONSCIOUS, VICTIMS SKIRT HAD BEEN PULLED UP TO WAIST, NYLONS HAD BEEN RIPPED. THIGH TO INNER THIGH, UNDER WEAR IN TACT, WAIT #1 CONTACTS W/C SGT COOK @ UNIT SERGEANT, WHO ALSO OBSERVES VICTIM AND CALLS FOR A AMB. AMB #11 ON SCENE AND REMOVES VICTIM TO NORTHWESTERN.

90. REPORTING OFFICER'S NAME (PRINT): R. KOZIEL  STAR NO. #859

92. R.O.: R. KOZIEL

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945

R.D. NO.
144 - 393704

HE00760

DATE (DAY-MO-YR.)
24 MAY 02

HOSP.. No while on scene observed urine on shoulder. Victim did not know if she was

Victim's desk. I am I.T. appeared that a struggle sexually perpetrated. Victim A/A state to

had ensured. Chair had been knocked over. Officer's behavior on. That the (Cofc.) removed HS

had items on the desk disturbed. with it's aware. wsis from his part. Victim states that Ofr

that a mass of scissors were observed on the top of victim's legs. Kept touching her head on the desk.

No spoke to Victim (Cook County Employee.) who No spoke to Reg. nurse Massuelli who reported

related that she was sitting at her desk when female who attended to victim. They state A/A No

Ofr. walked in to her office (door open) and abrasions were observed. No semen collected.

states that the judges FUCKED him, so he was

going to fuck her. Ofr. proceeded to push Victim Also advised No that Ofr. had been

Victim onto desk. at which time victim states in the closet room monk. of tues on A/A a.m.

that she pushed the FUCKED off as well as bit his

# GENERAL OFFENSE CASE REPORT
## CHICAGO POLICE

1. OFFENSE/INCIDENT – PRIMARY CLASSIFICATION
CRIM. SEX ASSAULT

2. SECONDARY CLASSIFICATION
ATTEMPT NON-AGGR.

UCR OFF. CODE 0291

R.D. NO. HH-392794

4. ADDRESS OF OCCURRENCE  STREET
SOUU WASHINGTON

5. FIRE RELATED ☐ YES ☒ NO

6. DATE OF OCCURRENCE 24 MAY 02 0720

7. BEAT OF OCCUR. 113

8. BEAT/UNIT ASSIGN. 113

9. TYPE OF LOCATION OR PREMISE WHERE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE)
GOV. BUHANS "NAVY CENTER"

10. LOCATION CODE

23. DATE & TIME ARRIVED – TIME 24 MAY 02 0730

24. DATE & TIME ARRIVED – TIME 24 MAY 02 0745

All information, descriptions and statements in this entire report are explanations or summarizations unless indicated otherwise.

PAGE 2 OF 3

DATA ENTERED
DD AREA 4

CPD-11.380 (Rev. 8/96)

NOTIFICATIONS: BT-110 ON SCENE BT-RO-199,100. ET-9651 AK WALLIS CRIME LAB. VIC AT MEDINA 2812
AVA MISCHUF BN1316 ARRESTED ON SCENE AT NORTHWESTERN HOSPL. ET-41926 ON SCENE.
REMANDERED HM.

STAR NO. #8559
REPORTING OFFICER'S NAME (PRINT) KOZEL

CONTINUATION OF NARRATIVE

R.D. NO.

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.  SUPERVISOR'S SIGNATURE

(DATE (DAY-MO-YR.))

INVESTIGATIVE FILE  ☐ 1 YES

REASSIGNED  ☐ 1 YES

☐ 1 ADULT  ☐ 1 JUV.

OFFICER ASSIGNED  STAR NO.

SUPV. STAR NO.  DATE ASSIGNED  MAY 2 7 2002

CASE IS CLEARED, HOW CLEARED, USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST)

☐ 1 ARREST  ☐ 2 DIRECTED TO FAMILY COURT  ☐ 3 COMPL. REFUSED TO PROSECUTE  ☐ 4 COMMUNITY ADJUSTMENT  ☐ 5 OTHER EXCEPTIONAL

☐ 2 NO

REVISED PHONE NO.  ☐ HOME  ☐ BUSINESS

REVISED ADDRESS

REVISED NAME

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE. THE NARRATIVE OR A SUPPLEMENTARY REPORT.

LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

UCR OFFENSE CODE  REV. CODE

☐ 1 CORRECT  ☐ 2 REVISED

METHOD ASSIGNED  UCR METHOD CODE
☐ 1 FIELD  ☐ 2 ADMIN.  ☐ 3 SUMMARY

UNIT NO.  640

OFFICER REASSIGNED  STAR NO.  DATE

STATUS  ☐ 0 IN PROGRESS  ☐ 1 SUSPENDED  ☐ 2 UNFOUNDED
☐ 3 CLEARED CLOSED  ☐ 4 CLEARED OPEN  ☐ 5 EXC. CLRD. CLOSED
☐ 6 EXC. CLEARED OPEN  ☐ 7 CLOSED—NON-CRIMINAL

VICTIM IDENTIFIERS  ☐ 1 CORRECT  ☐ 2 REVISED

VICTIM CDE. NO.  REVISED NAME

VALUE OF PROPERTY TAKEN/RECOVERED

☐ 1 DNA  ☐ 2 VERIFIED  ☐ 3 CORRECTED

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 5 OFFICE EQUIP. | 6 TV, RADIO, STEREO | 7 CONSUM. GOODS | 8 HOUSEHOLD GOODS | 9 FIREARMS | 10 NARC/DANG. DRUGS | 11 OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R |

☐ 1 DNA  ☐ 2 VERIFIED  ☐ 3 CORRECTED

SERIAL NOS. OR IDENTIFICATION NOS.

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY – SIGNATURE  STAR NO.  (DATE (DAY-MO-YR.))

APPROVED BY – SIGNATURE  STAR NO.  (DATE (DAY-MO-YR.))

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945  City Def CC 012528

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO | RD NO |
|---|---|---|---|
| 02 144 03403 | Criminal Sexual Assault | 0281 | | HH 392 724 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST -BEAT OCCUR |
|---|---|---|---|
| 50 W. Washington    Room 2101 | Riggio, Susan | F/2/51 | 004   001   113 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Crime Scene | Beat 5410 | 24 May 02   0905 | 9602 |

**PHOTOGRAPHY**

| | | |
|---|---|---|
| A  O/A Scene & surrounding area Room2101 | D  O/A Pretzels on floor by desk | G  O/A Courtroom |
| B  O/A Victim's office | E  C/U Papers on floor by desk | H  O/A Line-up photos See page 2 |
| C  O/A Victim's desk | F  C/U Bathrooms & Hallways | I |

| FINGERPRINTS | ELIM PRINTS ☐ YES ☒ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) Chatman, Carl | SEX-RACE M/B | D.O.B 29 Oct 54 | C.B.NO. | I R. NO |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | | LOCATION FOUND | F.N. | MED NEG LIFT | | LOCATION FOUND | F N |
|---|---|---|---|---|---|---|---|
| 1 | W | Glass int. court room exit door | | 3 | W | Glass on desk top | |
| 1 | W | Push bar int. court room exit door | | | | | |
| 1 | W | Computer screen on desk | | | | | |

| POSSIBLE SUSPECT INFORMATION ☒ MALE ☐ FEMALE ☒ ADULT ☐ JUVENILE | RACE Black | TOTAL NO. OF LIFTS 6 | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL D | COLOR | STATE LICENSE NO. N | V.I.N. A |
|---|---|---|---|---|

**PHYSICAL EVIDENCE**

| PROP INVENT NO · UNIT | | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 2691944 | 177 | 1 Sealed Buccal Swab Kit collected from Carl Chatman at A/4 VC. | SE |
| 2691945 | 177 | 2 Swabs of clear liquid from desk top, 2 swabs of clear liquid from floor by desk recovered from office in Room 2101 50 W. Washington. | SE |
| 2691946 | 177 | 1 Black & silver metal scissors from desk in office of Room 2101 | LA TR SE |
| 2691947 | 177 | 1 Black & Red "Blackhawk " Jacket, 1 Black sweatshirt, 1 pair of Black shoes recovered from offender at A/4 VC. | TR SE |
| 2691948 | 177 | 1 Pair of blue jean pants, 1 pair black sox recovered from offender at A/4 VC. | TR SE |
| 2691949 | 177 | 1 Plastic container of pretzels from floor by desk Room 2101. | LA TR SE |

**DETAILS OF CASE**

Victim was found by her co-workers lying on her back on her desk with her panty hose pulled down in a semi consious state, a scissors was found in her crotch area.  Victim was not on scene but at Northwestern Hosp. where she was being examined.   PFI's learned from beat officer that offender entered victim's office, grabbed victim threw her on her desk, pulled down her panty hose, exposed himself and started beating victim's head against the desk.  Scene was photographed and evidence collected with above listed results. PFI's went to A/4 VC and administered Buccal Swab Test to offender & recovered offender's clothing.  Line-up was conducted, offender was identified by victim and Line-up photos were taken.

| INVESTIGATING OFFICER'S NAME · STAR NO      UNIT | BEAT OFFICER'S NAME - STAR NO      UNIT |
|---|---|
| Det. Midona 21175 & Mischka 21126      640 | P.O. A. Koziel    8559         001 |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO · UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|
| PFI's M. Cosgrove 16281 & Z. Niewdach 17629      177 | 24 May 02 | 0930 | 1900 |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|---|
| *M Cosgrove  Z Niewdach* | 24 May 02 | SUPERVISOR'S SIGNATURE |

CPD 21 949 (REV 10-92)

HH 392 724

**REQUEST FOR TIME EXTENSION -**
**COMPLAINT REGISTER INVESTIGATION NO.:**  | 296034 |
**CHICAGO POLICE DEPARTMENT**

DATE OF REQUEST
13 AUG 04

TO:  SUPERINTENDENT OF POLICE
     ATTENTION:  X ADMINISTRATOR IN CHARGE, OFFICE OF PROFESSIONAL STANDARDS
                 ASSISTANT DEPUTY SUPERINTENDENT, INTERNAL AFFAIRS DIVISION

FROM - INVESTIGATOR'S NAME Karen Wojtczak   | RANK INV | STAR NO. 368 | UNIT 113

AN EXTENSION OF 30 DAYS IS REQUESTED TO COMPLETE THIS COMPLAINT REGISTER INVESTIGATION FOR REASON(S) INDICATED BELOW:

☐ ACCUSED UNAVAILABLE FOR INTERVIEW (GIVE REASON AND EXPECTED DATE OF RETURN)

☐ COMPLAINANT/WITNESS UNAVAILABLE FOR INTERVIEW (GIVE NAME AND REASON)

☐ REPORTS, RECORDS, STATEMENTS, LABORATORY TESTS UNAVAILABLE (SPECIFY)    DATE CERTIFIED LETTER SENT: ____

☒ OTHER (DESCRIBE) Schedule accused for statement

| DATE CASE ASSIGNED 16 APR 04 | ELAPSED TIME OF INVESTIGATION 120 DAYS | NO. OF PRIOR REQUESTS 3 |

INVESTIGATOR'S SIGNATURE Inv Karen Wojtczak, #368    APPROVED - UNIT COMMANDING OFFICER Sgt Eng #108

**ADDITIONAL REQUEST FOR TIME EXTENSION**    DATE OF REQUEST 12 SEP 04

FROM - INVESTIGATOR'S NAME Karen Wojtczak   | RANK INV. | STAR NO. 368 | UNIT 113

AN EXTENSION OF 30 DAYS IS REQUESTED TO COMPLETE THIS COMPLAINT REGISTER INVESTIGATION FOR REASON(S) INDICATED BELOW:

☐ ACCUSED UNAVAILABLE FOR INTERVIEW (GIVE REASON AND EXPECTED DATE OF RETURN)

☐ COMPLAINANT/WITNESS UNAVAILABLE FOR INTERVIEW (GIVE NAME AND REASON)

☐ REPORTS, RECORDS, STATEMENTS, LABORATORY TESTS UNAVAILABLE (SPECIFY)    DATE CERTIFIED LETTER SENT: ____

☒ OTHER (DESCRIBE) Schedule Accused for statement

| DATE CASE ASSIGNED 16 APR 04 | ELAPSED TIME OF INVESTIGATION 150 DAYS | NO. OF PRIOR REQUESTS 4 |

INVESTIGATOR'S SIGNATURE Inv. Karen Wojtczak, #368    APPROVED - UNIT COMMANDING OFFICER Eng #108

**ADDITIONAL REQUEST FOR TIME EXTENSION**    DATE OF REQUEST

FROM - INVESTIGATOR'S NAME    | RANK | STAR NO. | UNIT

AN EXTENSION OF 30 DAYS IS REQUESTED TO COMPLETE THIS COMPLAINT REGISTER INVESTIGATION FOR REASON(S) INDICATED BELOW:

☐ ACCUSED UNAVAILABLE FOR INTERVIEW (GIVE REASON AND EXPECTED DATE OF RETURN)

☐ COMPLAINANT/WITNESS UNAVAILABLE FOR INTERVIEW (GIVE NAME AND REASON)

☐ REPORTS, RECORDS, STATEMENTS, LABORATORY TESTS UNAVAILABLE (SPECIFY)    DATE CERTIFIED LETTER SENT: ____

☐ OTHER (DESCRIBE)

| DATE CASE ASSIGNED | ELAPSED TIME OF INVESTIGATION DAYS | NO. OF PRIOR REQUESTS |

INVESTIGATOR'S SIGNATURE    APPROVED - UNIT COMMANDING OFFICER

| ATTACHMENT NO. 18 A | C.R. NO. 296034 |

CPD-44 .114 (REV. 2/04)

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945    City Def CC 012530

| | | | |
|---|---|---|---|
| **INVESTIGATOR'S CASE LOG**<br>OFFICE OF PROFESSIONAL STANDARDS/CHICAGO POLICE | | C.R. NO.<br>296034 | DATE OF INCIDENT<br>25 MAY 02 | PAGE 1<br>NO. |

| DATE | TIME | ACTIVITY | INVESTIGATOR |
|---|---|---|---|
| 24 FEB 04 | | CASE ASSIGNED + REC'D | |
| 16 Mar | | Interviewed victim | NF |
| 16 APR 04 | | Received CR Investigation (Transfer) with... | Wojtyga |
| | | • Conflict Certification • Inter-Dept. mail/envelope copy | Wojt |
| | | • Initiation Rpt. • Chatman's Arrest Rpt., lockup record, CB Photos | |
| | | • letter envelope • CLEAR Print out | Wojt |
| | | • T/F of Anonymous (2pg.) • Signed Miranda • Interview of Chatman | |
| 19 APR 04 | | OEC pulled | Wojt |
| 14 MAY 04 | | Obtained Det. Supps. | Wojt |
| 27 JUL 04 | | Obtained A/A's | Wojt |
| 16 AUG 04 | 0900 | Obtained case rpt. + C.S.P.R. | Wojt |
| 4 OCT 04 | | Completed CR Investigation | Wojtyga |

C.R. 296034
19

CONFIDENTIAL: Produced Pursuant to Protective Order Entered in 14 C 2945      City Def CC 012531
CPD-44.278 (10/81)