6/15/2015 Loevy & Loevy Mail - Chatman v. City of Chicago, et. al. Plaintiff's discovery requests

Case: 1:14-cv-02945 Document #: 264-6 Filed: 06/26/15 Page 1 of 1 PageID #:2812



Elizabeth Wang <elizabethw@loevy.com>

## Chatman v. City of Chicago, et. al. Plaintiff's discovery requests

**Russell Ainsworth** <russell@loevy.com>   Wed, Jun 10, 2015 at 8:59 AM
To: Krista Stalf <kstalf@borkanscahill.com>
Cc: "Lisa.Meador@cookcountyil.gov" <Lisa.Meador@cookcountyil.gov>, "Thomas.Nowinski@cookcountyil.gov" <Thomas.Nowinski@cookcountyil.gov>, Steven Borkan <sborkan@borkanscahill.com>, Tim Scahill <tscahill@borkanscahill.com>, Graham Miller <Gmiller@borkanscahill.com>, Misha Itchhaporia <MItchhaporia@borkanscahill.com>, "bbensinger@hinshawlaw.com" <bbensinger@hinshawlaw.com>, Terry Burns <TBurns@dykema.com>, "Michalik, Paul A." <PMichalik@dykema.com>, "Noland, Daniel M." <DNoland@dykema.com>, Molly Thompson <methompson@dykema.com>, "Barhorst, Heather" <HBarhorst@dykema.com>, Maria Avitia <MAvitia@dykema.com>, "jconnolly@bollingertrials.com" <jconnolly@bollingertrials.com>, "rkiley@bollingertrials.com" <rkiley@bollingertrials.com>, Daria Porta <dporta@bollingertrials.com>, Sue Chrabaszcz <schrabaszcz@bollingertrials.com>, "jon@loevy.com" <jon@loevy.com>, "joel@loevy.com" <joel@loevy.com>, "lauren@loevy.com" <lauren@loevy.com>, "elizabethw@loevy.com" <elizabethw@loevy.com>

Krista,

I set forth the reasons for why the CR is not confidential in my letter to you sent Monday. As I also stated in that same letter:

"[S]ecrecy hampers Plaintiff's litigation because it prevents him from showing the CR file to any number of people with knowledge of CPD practices to help develop strategies to identify the anonymous detective complainant."

If the Complaint Register file truly merits confidential status under the language of the protective order, it should not be difficult for Defendants to explain why it must be kept secret. Please provide your basis for your contention that CR #296034 must be confidential.

Our letter set forth several time-sensitive issues related to the recent disclosure of CR #296034. Now that we know we have a dispute that must be brought to the Court's attention for resolution, we can all agree that it is preferable to have that dispute resolved sooner rather later. Delay for delay's sake serves no purpose. Judge Lee would certainly appreciate our efforts to speed resolution of our dispute.

Kindly provide the basis for your objection, as well as your position regarding the remainder of the points raised in my June 8 letter, by the end of the day.

Best,

Russell

[Quoted text hidden]

EXHIBIT 16