# APPENDIX OF ALLEGATIONS OF KATO'S USE OF EXCESSIVE FORCE DURING INTERROGATIONS

## CR Allegations

1. Larry Jones alleged that on March 11, 1988, Officer Kato and other officers did not give Jones his constitutional rights/warnings during interrogation, denied him a telephone call, food, and cigarettes, and coerced him with threats and actual physical violence into falsely confessing he was guilty of several armed robberies. He further alleged that he was handcuffed to a wall in the interrogation room and forced to stand for five days. *See* Exhibit A at City Def CC 009736-009737.

2. Auby Christian alleged that on September 2, 1988, Officers Kato and Vucko slapped him in the face and punched him in the chest during interrogation, and he was coerced by Kato and Vucko to falsely confess to a robbery. *See* Exhibit B at City Def CC 009866.

3. Frederick Seaton alleged that on October 21, 1988, Officers Kato, Vucko, Summerville, and Lewis arrested Seaton without probable cause and abused him at Area Four. Specifically, Seaton alleged that he was handcuffed to a wall where Kato slapped him across his face when he would not answer a question satisfactorily and threatened him with further physical abuse. Additionally, Seaton alleged that Kato and Vucko unlawfully searched his vehicle and illegally seized a jacket. Seaton also alleged that he was left chained to a wall all night. He also alleged that he was taken to police headquarters, and then returned to Area Four, where he was again kicked, slapped and beat until he finally gave a statement where he falsely stated he shot the victim in self-defense. He was then falsely charged with murder and alleged that the officers falsified police reports to claim that Seaton gave his statement voluntarily. *See* Exhibit C at City Def CC 011150, 011152-011153.

4. On behalf of Tony Bey (a.k.a. Tony Seward), his sister Francine Griffin alleged that on December 2, 1988, Officers Kato and Summerville struck Bey in the back with a metal object after arrest. Bey further alleged that Kato beat him during interrogation. *See* Exhibit D at City Def CC 009975-009977.

5. Jerry Butler alleged that on December 27, 1988, Officer Kato physically abused him by pulling the middle chain between his handcuffs, kicked him on various parts of his body, kicked a chair from underneath him, and karate chopped him in the chest and solar plexus during interrogation. Butler was charged with murder. *See* Exhibit E at City Def CC 010569.

6. Keith Washington's mother alleged that on February 8, 1989, Officers Kato and Vucko punched her son in the face during interrogation. *See* Exhibit F at City Def CC 010063.

7. Miller Holston alleged that on April 1, 1989, Officers Kato and Summerville arrested Holston without probable cause, struck and kicked him during interrogation, deprived him of sleep for over 20 hours along with other officers, refused him his right to legal counsel, and forced him into falsely confessing to murder. *See* Exhibit G at City Def CC 010752.

8. Harold Lucas alleged that on May 14, 1989, Officer Kato during interrogation punched his minor son in the stomach and the chest, stepped on his son's groin, threatened his son with 30-40 years in jail, and coerced him to falsely confess to murder. *See* Exhibit H at City Def CC 010303-05.

9. Marilyn Hardy on behalf of Shawn Hardy alleged that on September 30, 1989, Officer Kato punched and kicked Shawn Hardy in the chest during interrogation after he would not confess to murder. *See* Exhibit I at City Def CC 010357.

10. Chris Haywood alleged that on April 9, 1990, Officer Kato during interrogation punched Chris Haywood, kicked him, struck him in the face, and used Karate punches on him. *See* Exhibit J at City Def CC 010487.

11. Randall Haywood alleged that on April 9, 1990, Officer Kato during interrogation kicked him, punched him, grabbed him by the collar and threw him back into a chair. *See* Exhibit J at City Def CC 010487.

12. Willie Smith alleged that on December 28, 1992, Officer Kato coerced Smith into signing a statement implicating himself in a murder, even though Smith cannot read or write, and refused him insulin for a diabetic condition until he signed the statement. *See* Exhibit K at City Def CC 011006.

13. Aaron Douglas alleged that on February 17 and February 18, 1993, Officer Kato physically abused Douglas, after failing a polygraph test, on an elevator by striking him on the jaw several times with his fist. He further alleged that Kato changed the contents of a signed statement regarding an alleged crime without Douglas's permission. *See* Exhibit L at City Def CC 010971.

14. Andre Wallace alleged that on January 20, 1994, Officer Kato and Eugene Roy unlawfully arrested Wallace and coerced him into a false murder confession. *See* Exhibit M at City Def CC 012396 and Exhibit N at City Def CC 011126.

15. Paula Daniels, on behalf of her son Devon Daniels, alleged that on February 17, 1996, Officers Kato, Montilla and Troken abused Devon while questioning him about a murder in an Area Five interrogation room. Devon alleged that Kato tightened his handcuffs and jerked him around by them, knocked his hat off and slapped his head, kneed him in the groin, kicked him on the legs and chin, and, with Montilla and Troken, beat his body,

    pulled his hair, and choked him until he confessed to the murder. *See* Exhibit O at City Def CC 011580.

16. Tonia Richard, on behalf of her son Anthony Hands, alleged that on January 30, 1997, Officer Kato physically abused Hands at Area Four while questioning him about a murder. *See* Exhibit P at City Def CC 011823.

17. Keith Mitchell alleged that on March 2, 1997, Officers Kato and Kaizer forced Mitchell to sign a witness statement about a murder even though he did not witness the murder. Specifically, Mitchell alleged that the officers threatened to "lock him up" and told him that if he did not sign it, the officers would accuse Mitchell of setting up the murder victim. Mitchell further alleged that Kato handcuffed him to the wall, elbowed him in the head, kneed him in the groin, and held him for three days until he signed the statement. *See* Exhibit Q at City Def CC 011856.

18. James Guyton alleged that on August 3, 1997, Officers Kato and Longstreet entered Guyton's home and arrested him, after which he was taken to Area Four and questioned. The records variously note that he was questioned for three hours, three days, or 30 hours. *See* Exhibit R at City Def CC 012023, 012027, 012026, 012041.

19. Mary Sanders alleged on behalf of her son, Shawnta Sanders, that on October 16, 1997, the police came to their home while Shawnta was sleeping, and dragged him down the stairs while handcuffed, before taking him to Area Four. There, Shawnta alleges that Officers Kato and Cirone beat him inside an interview room by beating his body, groin and head while he was handcuffed to a wall, and coerced him to admit to a crime he did not commit. *See* Exhibit S at City Def CC 011889, 011928-011929.

20. Monica Johnson alleged on behalf of her son, Xavier Johnson, that on October 16, 1997, Kato and Cirone beat Xavier inside an interview room at Area Four by slapping him on his face several times, striking and kicking his body and groin while he was handcuffed to a wall, pushing him into a wall, and coerced him to admit to a crime he did not commit. *See* Exhibit S at City Def CC 011889.

21. Deborah McGowan on behalf of her son Cleveland McGowan alleged that on February 2, 1998, Kato arrested Cleveland, took him to Area Four, and physically abused him "in that he tightened the handcuffs on his wrists, hit and/or slapped him and kicked him in the genital area." *See* Exhibit T at City Def CC 011955.

22. Alejandro Alvarez that on August 28, 1999, Officers Kato, Chambers, Perez, Bautista, Lopez, Vasilopoulus, and Cirone struck Alvarez on his body while he was handcuffed inside Area Four, and refused to allow Alvarez to contact his attorney. *See* Exhibit U at City Def CC 012175.

3

23. Deunsha Woods alleged that on February 19, 2003 at Area Four, Officer Kato repeatedly punched him on his face and head, forcibly pushed him against a chair without justification and choked him at the throat. Furthermore, Woods alleged that in a room at Area Four, Kato played a tape recorded answering machine that made threatening remarks toward an officer, and then told Woods that the voice on the machine was Woods'. Woods alleged that he was held at Area Four for three days before being taken to Cook County Jail. *See* Exhibit V at City Def CC 012264-012265.

### Non-CR allegations

24. Michael Waslewski alleged that on March 28, 1990, Officers Kato and McKenna beat Waslewski during an interrogation after arresting him without a warrant or probable cause. Waslewski further alleged that he was struck and kicked and kept awake without sleep for about twenty hours until he was forced to sign a false confession to murder, which also implicated someone who was in jail at the time of the offense. Waslewski alleged that Kato chopped him in the throat, kicked him in the groin and calves, and slapped him all during interrogation. *See* Exhibit W at Plaintiff 028287; *see also* Exhibit 5 at 29.

25. Gregory Shelton alleged that on September 8 and September 9, 1998, Officers Kato and Vucko locked Shelton in an interrogation room, refused him food, did not let him use a washroom, and beat him to elicit a false confession. This beating included being kicked in the groin and having his head slammed against a wall. Shelton further alleges that Officers Kato and Vucko threatened him with worse physical abuse if he were to mention the beatings to the Assistant State Attorney, who took his murder confession. *See* Exhibit X at Plaintiff 028274.

26. Justin Porter alleged that on August 12, 2002, Porter was coerced into making a confession during an interrogation with Officer Kato. Porter alleged he was kept in a holding cell for more than 12 hours and was not allowed to have his parents present. *See* Exhibit Y at Plaintiff 028291.