Carl Chatman
                              Plaintiff,

v.                                                 Case No.: 1:14−cv−02945
                                                               Honorable John Z. Lee

City of Chicago, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2015:

       MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 7/7/15. For the reasons stated on the record, Defendant Kriston Kato's Rule 72 objections to Magistrate Judge Valdez's order and motion for leave to file Rule 72 objections under seal [252] [256] are denied. Status hearing set for 9/3/15 at 9:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.