# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division


Carl Chatman

                                    Plaintiff,

v.                                                    Case No.: 1:14–cv–02945
                                                      Honorable John Z. Lee

City of Chicago, et al.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, October 6, 2015:


      MINUTE entry before the Honorable Maria Valdez: Motion hearings held. Defendant's Motion for Extension of Time for Limited Purpose [Doc. No. [293]] is withdrawn. As stated in open court, Defendants' Motion to Compel Plaintiff's Compliance with Written Discovery [Doc. No. [295]] is denied with respect to interrogatories and granted in part and denied in part with respect to requests for admission. Plaintiff's Motion for Extension of Time to Complete Discovery [Doc. No. [298]] is granted, and the parties' agreement with respect to the extension of discovery was accepted by the Court. The parties are directed to continue to meet and confer with regard to the outstanding discovery issues. Motions were also made in open court. Defendants' motion to bar Plaintiff's Rule 404(b) witnesses for whom contact information has not been provided is granted; the witnesses to be barred will be specified at the next status hearing. With regard to Plaintiff&#039;s motion to bar Defendant's Rule 404(b) witnesses, Sheriff's Defendants are granted a two–week extension to provide contact information on the recently disclosed witnesses. A further status hearing is set for 10/27/15. Mailed notice(lp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.