UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Carl Chatman
                      Plaintiff,

v.                                                      Case No.: 1:14–cv–02945
                                                      Honorable John Z. Lee

City of Chicago, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2015:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge Status hearing held on 10/27/2015. Plaintiff's counsel was not present. Pursuant to Defendants' oral motion to bar Plaintiff's rule 404(b) witnesses as previously granted in open court, [304], Plaintiff's witnesses Keith Washington, Andra (a/k/a Andre) Wallace, Anthony Steward Bey, Angelo Rogers, and Miller Holston are barred from testifying at trial. Status hearing set for 12/1/15 at 10:00 AM. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.