IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 14 CV 2945 |
| | ) | |
| CITY OF CHICAGO, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ADDENDUM OF EXHIBITS IN SUPPORT OF THEIR
MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COME Defendants, John Roberts, Thomas McGreal, Maria Pena, Jack Boock, Rita Mischka, Barbara Midona, Denis Walsh, Michael Karczewski, Richard Griffin, Kriston Kato, and Bryan Holy (collectively "Chicago Police Officers"), by and through their attorneys, Steven B. Borkan, Timothy P. Scahill, Misha Itchhaporia, Graham P. Miller, and Krista E. Stalf of BORKAN & SCAHILL, LTD., and set forth their Addendum of Exhibits in Support of their Motion for Partial Summary Judgment:[1]

1. Deposition of John Roberts

2. Deposition of Thomas McGreal

3. Deposition of Maria Pena

4. Deposition of Jack Boock

5. Deposition of Rita Mischka[2]

---

[1] Defendant Officers have submitted complete transcripts and records except where otherwise noted.

[2] Defendant Officers have submitted only the portions of the transcript of the deposition of Rita Mischka that are cited to in their Memorandum of Law in Support of their Motion For Partial Summary Judgment as the parties agreed at the time of the deposition that portions of the transcript are of a sensitive, confidential nature and subject to a protective order.

6.     Deposition of Barbara Midona

7.     Deposition of Kriston Kato

8.     Deposition of Lieutenant Denis Walsh

9.     Deposition of Bryan Holy

10.     Deposition of Michael Karczewski

11.     Arrest Report

12.     Deposition of Richard Griffin

13.     Deposition of Brian Holmes[3]

14.     Deposition of Michael Cokeley

15.     Deposition of Joseph Prince

16.     Deposition of Maria Mokstad

17.     Deposition of Burrough Cartrette

18.     Deposition of Michael Copeland

19.     Deposition of Jeannette Neibauer

20.     Deposition of Virginia Cernick

21.     Deposition of Pearl Bryant

22.     Deposition of Thomas Brandstrader

23.     Deposition of Carl Chatman Part 1[4]

24.     Deposition of Carl Cahtman Part 2

---

[3] Defendant Officers have submitted only the portions of the transcripts of the deposition of Carl Chatman that are cited to in their Memorandum of Law in Support of their Motion For Partial Summary Judgment as portions of the transcripts are of a sensitive, confidential nature and subject to a protective order.

[4] Defendant Officers have submitted only the portions of the transcripts of the deposition of Carl Chatman that are cited to in their Memorandum of Law in Support of their Motion For Partial Summary Judgment as portions of the transcripts are of a sensitive, confidential nature and subject to a protective order.

25. CPD Event Query

26. Trial Transcript Part 1

27. Pena General Progress Report re: Mokstad

28. Copeland Handwritten Statement

29. Copeland Investigation

30. Confession

31. McGreal Case Supplemental Report

32. Trial Transcript Part 2

33. Motion to Suppress

34. Memo in Support Motion to Suppress

35. Plaintiff's Response to Interrogatories

                                        Respectfully submitted,

                                        BORKAN & SCAHILL, LTD.

                                        By: /s/ Krista E. Stalf
                                                Krista E. Stalf

Timothy P. Scahill (6287296)
Steven B. Borkan (6193463)
Krista E. Stalf (6287032)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030