**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARL CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 2945 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge John Z. Lee |
| | ) | |
| Defendants. | ) | Magistrate Judge Maria Valdez |

**OPS DEFENDANTS' LOCAL RULE 56.1(a)(1) COMPENDIUM OF MATERIALS
RELIED ON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**TABLE OF CONTENTS**

| Exhibit No. | Description |
|---|---|
| 1 | Plaintiff's Second Amended Complaint (Corrected), Dkt. 324 |
| 2 | Lori Lightfoot Affidavit dated 3/2/17 |
| 3 | Tisa Morris Deposition: 8, 30, 43, 45-46, 52-53, 55, 82-83, 126-130, 132-136 |
| 4 | Millicent Willis Deposition: 20-23, 57-62, 99-102, 116-119, 121-122 |
| 5 | Karen Wojtczak Deposition: 11, 22-23, 27-28, 32-34, 45-46, 49, 67-68, 73-78, 103-104, 139-140, 148, 157, 185-186 |
| 6 | Anthony Koziel Deposition: 38-41 |
| 7 | Barbara Midona Deposition: 170-171 |
| 8 | Brian Holmes Deposition: 71-72, 277, 335, 341-346 and Holmes Deposition Exhibit 6 |
| 9 | 1/29/04 Report of Proceedings, *People v. Chatman* |
| 10 | Post-Conviction Ruling by Judge Toomin in *People v. Chatman*, May 6, 2008 |
| 11 | Chicago Police Department General Order 93-3-3 |
| 12 | Matthew Brown Deposition: 10, 12-15, 24, 30, 32-33, 55 |
| 13 | Complaint Register #296034 |
| 14 | Nichelle Fraction Deposition: 42, 45-52, 57-59, 64-66 |
| 15 | Plaintiff's Amended Responses to City's Request to Admit |
| 16 | Richard Kobel Deposition: 14, 32, 35-36 |

| Exhibit No. | Description |
|---|---|
| 17 | Thomas Brandstrader Deposition: 13, 18, 56, 90-94 |
| 18 | Geneva Penson Deposition: 23-25, 29-31 |
| 19 | John Roberts Deposition: 69-70, 149-50 |
| 20 | Chicago Police Department General Order 93-3-4 |

Respectfully submitted,

By: s/ Paul A. Michalik
One of the Attorneys for Defendants,
Lori Lightfoot, Tisa Morris, Millicent Willis,
Karen Wojtczak and City of Chicago

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700 (telephone)
(312) 876-1155 (facsimile)