IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL CHATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14 C 2945 |
| | ) |
| CITY OF CHICAGO, et al., | ) Judge John Z. Lee |
| | ) |
| Defendants. | ) Magistrate Judge Maria Valdez |

**AFFIDAVIT OF LORI E. LIGHTFOOT**

I, Lori E. Lightfoot, being duly sworn on oath, affirm and attest that if called as a witness, I would testify that the following facts are true and correct and based on my personal knowledge:

1. From July 2002 through July 2004, I served as Chief Administrator of the Chicago Police Department's Office of Professional Standards ("OPS"). After July 2004, I no longer had any role or affiliation with OPS or any of its investigations.

2. As Chief Administrator of OPS, I would not have personal involvement in or knowledge of each investigation of alleged police officer misconduct being investigated by OPS.

3. I have no recollection of having any knowledge of an individual named Carl Chatman or Complaint Register No. 296034 (hereinafter, "CR #296034") during the time I served as Chief Administrator of OPS.

4. I have no recollection of the so-called "anonymous letter" at issue in CR #296034. In addition, I have no recollection of ever becoming aware of the allegations contained in the anonymous letter while I served as Chief Administrator of OPS.

5. To my knowledge, I did not become aware of CR #296034, the anonymous letter, or the allegations contained in the anonymous letter until after I was named as a defendant in this lawsuit in plaintiff's Second Amended Complaint (Corrected).

**EXHIBIT 2**

6. During the time I served as Chief Administrator of OPS, I had no knowledge of or involvement in the criminal proceedings against Carl Chatman.

7. During the time I served as Chief Administrator of OPS, and thereafter, I have not knowingly concealed or withheld from Carl Chatman, his criminal defense attorneys, or prosecutors from the Cook County State's Attorney's Office (hereinafter, "CCSAO") the existence of CR #296034, the OPS investigation of CR #296034, or the anonymous letter that triggered CR #296034.

8. As Chief Administrator of OPS, I had no knowledge of any subordinate or OPS investigator who concealed or withheld from Carl Chatman, his attorneys, or CCSAO prosecutors the existence of CR #296034, the OPS investigation of CR #296034, or the anonymous letter.

9. As Chief Administrator of OPS, I did not direct, approve, or deliberately ignore the actions of any subordinate who withheld or concealed the anonymous letter from Carl Chatman, his attorneys, or CCSAO prosecutors.

10. During the time I served as Chief Administrator of OPS, and thereafter, I did not enter into an agreement with Millicent Willis, Tisa Morris, Karen Wojtczak, or anyone else to conceal CR #296034 or the anonymous letter from Carl Chatman, his attorneys, or CCSAO prosecutors.

11. I have no knowledge of any agreement by anyone to conceal CR #296034, the OPS investigation of CR #296034, or the anonymous letter from Carl Chatman, his attorneys, or CCSAO prosecutors.

12. At no time when I served as Chief Administrator of OPS, or any other time, have I taken any actions or engaged in any conduct with the intent to inflict emotional distress on Carl

Chatman. At no time when I served as Chief administrator of OPS, or any other time, have I acted in a manner or engaged in any conduct in which I knew there was a high probability that emotional distress would be inflicted on Carl Chatman.

FURTHER AFFIANT SAYETH NAUGHT.

Signed and sworn before me on this 2nd day of March, 2017.

_____
Notary Public

_____  3/2/17
LORI E. LIGHTFOOT

OFFICIAL SEAL
SHEILA QUALIZZA
Notary Public - State of Illinois
My Commission Expires 8/05/2019