IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Carl Chatman, | ) | |
| | ) | |
| Plaintiff | ) | No. 14 CV 2945 |
| | ) | |
| v. | ) | Judge John Z. Lee |
| | ) | |
| City of Chicago, *et al.*, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO SUMMARY JUDGMENT MOTIONS

Now comes Plaintiff, Carl Chatman, by and through his attorneys, Loevy & Loevy, and hereby respectfully moves this Court for an unopposed extension of time of 21 days to file responses to the Defendants' summary judgment motions.

1. On March 3, 2017, all of the Defendants except the State's Attorney's Office ("SAO") Defendants filed their motions for summary judgment. Dkts. 453-455, 457-459, 461-463, 465-467.

2. On March 10, 2017, the SAO Defendants filed their motion for summary judgment. Dkts. 477-479.

3. Plaintiff's responses to the motions are currently due on April 7, 2017. Dkt. 425.

4. Combined, Defendants' five memoranda in support of summary judgment total 92 pages and cover numerous different issues of law, and the Defendants' statements of fact total 391 paragraphs. In addition, the Defendants filed 108 total exhibits.

1

5. In addition, there were over 100 depositions taken in this case and tens of thousands of pages of documents produced in this litigation.

6. Due to the extensive amount of material to which to respond, Plaintiff's counsel will be unable to complete Plaintiff's responses to the five summary judgment motions by April 7, 2017, despite counsel's best efforts.

7. Plaintiff requests a 21-day extension, to April 28, 2017, to respond to all of the Defendants' motions for summary judgment.

8. Plaintiff's counsel also requests this extension because of other obligations that make it difficult to complete the responses to summary judgment earlier, including: a week-long jury trial from April 17-26, 2017 in *Hernandez v. City of Chicago*, No. 2013 L 7077 (Cook Cnty. Cir. Ct.); an appeal brief due on April 12, 2017 in *Winfrey v. San Jacinto County, et al.*, No. 16-20702 (5th Cir.); a response due on April 7, 2017 to Rule 72 objections filed by defendants in *Frasier v. Evans, et al.*, No. 15-CV-1759 (D. Colo.); a response brief due on April 20, 2017 to a motion to dismiss filed in *Wheatt v. City of East Cleveland*, No. 17-CV-377 (N.D. Ohio). In addition, both of the counsel responsible for the summary judgment response briefs, Russell Ainsworth and Elizabeth Wang, will be out of town on their family vacations during the week of March 26-31, 2017, which was planned months in advance.

9. Pursuant to Local Rule 37.2, Plaintiff's counsel conferred with defense counsel prior to the filing of this motion, and defense counsel have no objection, as

long as the deadline for their reply briefs is correspondingly extended to May 19, 2017.

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension to April 28, 2017 to file response briefs to the Defendants' motions for summary judgment, and to May 19, 2017 for Defendants' reply briefs.

Respectfully submitted,

/s/ Elizabeth Wang
Attorney for Plaintiff

Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
(720) 328-5642

CERTIFICATE OF SERVICE

I, Elizabeth Wang, an attorney, hereby certify that on September 2, 2016, I served the foregoing Plaintiff's Unopposed Motion for Extension of Time on all counsel of record via the Court's ECF electronic filing system.

/s/ Elizabeth Wang