IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Carl Chatman, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 14 CV 2945 |
| City of Chicago, *et al.*, | ) | |
| | ) | Judge John Z. Lee |
| Defendants | ) | |

## NOTICE OF MOTION

To: Counsel of Record

    Please take notice that on Tuesday, April 4, 2017 at 9:00 am, counsel for Plaintiff shall appear before Judge Lee in the courtroom usually occupied by him at 219 South Dearborn St., Chicago, Illinois, and then and there present Plaintiff's Unopposed Motion for Extension of Time to File Responses to Summary Judgment Motions.

                                         Respectfully submitted,

                                         /s/ Elizabeth Wang

Arthur Loevy                                Elizabeth Wang
Jon Loevy                                    LOEVY & LOEVY
Russell Ainsworth                     2060 Broadway, Ste. 460
LOEVY & LOEVY                       Boulder, CO 80302
312 N. May St., Ste. 100              (720) 328-5642
Chicago, IL 60607
(312) 243-5900
*Counsel for Plaintiff*