UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Carl Chatman
                        Plaintiff,

v.                                               Case No.: 1:14–cv–02945
                                                Honorable John Z. Lee

City of Chicago, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 24, 2017:

      MINUTE entry before the Honorable John Z. Lee:Plaintiff's unopposed motion for extension of time to file responses to summary judgment motions [481] is granted. Plaintiff's responses are due by 4/28/17; Defendants' reply shall be due by 5/19/17. No appearance is required on the motion.Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.