IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Carl Chatman, | ) | |
| | ) | |
| Plaintiff | ) | No. 14 CV 2945 |
| | ) | |
| v. | ) | Judge John Z. Lee |
| | ) | |
| City of Chicago, *et al.*, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME OF ONE WEEK TO FILE RESPONSES TO SUMMARY JUDGMENT MOTIONS**

Now comes Plaintiff, Carl Chatman, by and through his attorneys, Loevy & Loevy, and hereby respectfully moves this Court for an unopposed second extension of time of seven (7) days to file responses to the Defendants' summary judgment motions.

1. Plaintiff's responses to the five pending motions for summary judgment are currently due on April 28, 2017. Dkt. 483. The Court previously granted Plaintiff one 21-day extension of time. *Id.*

2. Undersigned counsel is primarily responsible for Plaintiff's responses to the summary judgment motions. Despite diligent work on Plaintiff's responses, the amount of material needed to be reviewed (e.g., 92 pages of defense briefing, 391 paragraphs of fact filed by the defense, 100+ depositions, and tens of thousands of pages of documents) is making it difficult for counsel to complete Plaintiff's responses to summary judgment by April 28, 2017. This is especially the case since the other attorneys representing Plaintiff have been occupied with trials.

3. Plaintiff does not intend to cause delay through the filing of this motion.

4. Pursuant to Local Rule 37.2, Plaintiff's counsel conferred with defense counsel prior to the filing of this motion, and defense counsel have no objection, as long as the deadline for their reply briefs is correspondingly extended to June 2, 2017.

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension to May 5, 2017 to file response briefs to the Defendants' motions for summary judgment, and to June 2, 2017 for Defendants' reply briefs.

Respectfully submitted,

/s/ Elizabeth Wang
Attorney for Plaintiff

Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
(720) 328-5642