IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Carl Chatman, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 14 CV 2945 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| City of Chicago, *et al.*, | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendants | ) | |

## NOTICE OF UNOPPOSED MOTION

To: Counsel of Record

    Please take notice that on Tuesday, April 25, 2017 at 9:00 a.m., counsel for Plaintiff shall appear before Judge Lee in the courtroom usually occupied by him at 219 South Dearborn St., Chicago, Illinois, and then and there present Plaintiff's Unopposed Second Motion for Extension of Time of One Week to File Responses to Summary Judgment Motions.

                                      Respectfully submitted,

                                      /s/ Elizabeth Wang

Jon Loevy                                   Elizabeth Wang
Russell Ainsworth                     LOEVY & LOEVY
LOEVY & LOEVY                      2060 Broadway, Ste. 460
311 N. Aberdeen St., 3rd Fl.         Boulder, CO 80302
Chicago, IL 60607                    (720) 328-5642
(312) 243-5900
*Counsel for Plaintiff*