UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Carl Chatman
                        Plaintiff,

v.                                                   Case No.: 1:14–cv–02945
                                                      Honorable John Z. Lee

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 21, 2017:

      MINUTE entry before the Honorable John Z. Lee:Plaintiff's unopposed motion for an extension of time is granted. Plaintiff's responses will be due May 5, 2017. Defendants' reply briefs will be due June 2, 2017. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.