IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| Carl Chatman, | ) | |
|---|---|---|
| Plaintiff | ) | No. 14 CV 2945 |
| v. | ) | Judge John Z. Lee |
| City of Chicago, *et al.*, | ) | Magistrate Judge Maria Valdez |
| Defendants | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE COMBINED RESPONSE BRIEF AND ADDITIONAL STATEMENT OF FACTS**

Now comes Plaintiff, Carl Chatman, by and through his attorneys, Loevy & Loevy, and hereby respectfully moves this Court for leave to file a single, combined response brief to the Defendants' summary judgment motions and a single, combined additional statement of disputed material facts.

1. Plaintiff's responses to the five pending motions for summary judgment are currently due on May 5, 2017. Dkt. 486.

2. The Defendants filed five separate sets of briefs and five sets of statements of undisputed material fact. Combined, the Defendants' briefs total 92 pages and 391 paragraphs in their statements of undisputed material fact.

3. Under the Local Rules, Plaintiff would be allowed to file 40 paragraphs to each of the five statements of fact for his additional statement of material fact, totaling 200 paragraphs of additional fact. *See* LR 56.1(b)(3)(C). Given that some of the relevant facts against the different Defendants overlap, and in order to

streamline the facts, Plaintiff seeks leave to file a single, combined statement of additional material, disputed facts that includes no more than 175 paragraphs.

4. Similarly, given that some of the issues raised by the Defendants overlap, Plaintiff seeks leave to file a single, combined response brief to the summary judgment motions, totaling no more than 75 pages.

5. Pursuant to Local Rule 37.2, Plaintiff's counsel conferred with defense counsel prior to the filing of this motion, and Defendants have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant his motion to file a single, combined statement of additional material facts of no more than 175 paragraphs and a single, combined response brief of no more than 75 pages.

Respectfully submitted,

/s/ Elizabeth Wang
Attorney for Plaintiff

Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
(720) 328-5642