IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Carl Chatman, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 14 CV 2945 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| City of Chicago, *et al.*, | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendants | ) | |

## NOTICE OF UNOPPOSED MOTION

To: Counsel of Record

    Please take notice that on Tuesday, May 9, 2017 at 9:00 a.m., counsel for Plaintiff shall appear before Judge Lee in the courtroom usually occupied by him at 219 South Dearborn St., Chicago, Illinois, and then and there present Plaintiff's Unopposed Motion for Leave to File Combined Response Brief and Additional Statement of Facts.

                              Respectfully submitted,

                              /s/ Elizabeth Wang

| | |
|---|---|
| Jon Loevy | Elizabeth Wang |
| Russell Ainsworth | LOEVY & LOEVY |
| LOEVY & LOEVY | 2060 Broadway, Ste. 460 |
| 311 N. Aberdeen St., 3rd Fl. | Boulder, CO 80302 |
| Chicago, IL 60607 | (720) 328-5642 |
| (312) 243-5900 | |
| *Counsel for Plaintiff* | |