IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| Carl Chatman, | ) | |
|---|---|---|
| Plaintiff | ) ) ) | |
| | ) | No. 14 CV 2945 |
| v. | ) ) | |
| | ) | Judge John Z. Lee |
| City of Chicago, *et al.*, | ) ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendants | ) | |

## PLAINTIFF'S LIST OF EXHIBITS FOR
## RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT

| Exhibit # | Description |
|---|---|
| 1 | Carl Chatman Deposition, part 2 (5/7/15)[1] |
| 2 | Carl Chatman Video Deposition, part 2 (5/7/15) (on disc, synced with transcript) |
| 3 | Carl Chatman Deposition, part 1 (2/26/15) |
| 4 | Carl Chatman Video Deposition, part 1 (2/26/15) (on disc, synced with transcript) |
| 5 | Map of 21st floor of Daley Center (Cartrette Dep. Ex. 1) |
| 6 | Maria Mokstad Deposition from *Doe v. Public Building Commission* (excerpts) |
| 7 | Case Supplementary Report (City Def CC 0008) |
| 8 | General Offense Case Report (City Def CC 00001–04) |
| 9 | Anthony Koziel Deposition (excerpts) |
| 10 | Carl Chatman Declaration with Exhibit 1 (anonymous memo) |
| 11 | Dr. Philip Pan Deposition (excerpts) |

---

[1] Plaintiff has included condensed versions of deposition transcripts but has full-page versions available (for most of the transcripts) if the Court prefers.

|    |    |
|----|----|
| 12 | Testimony from Motion to Suppress Hearing (excerpts) (Plaintiff 8822, 8824, 8826, Plaintiff 8896 (Dr. Pan); Plaintiff 8928, 8956–9004, 9034, 9036, 9038, 9088, 9090 (Dr. Stone); Plaintiff 9096, 9098, 9102, 9104 (Holmes)). |
| 13 | Medical Records from Cermak Health Services dated May 2002 (Plaintiff 22162, 25773–76, 25807, 22194) |
| 14 | Dr. Erick Neu Deposition |
| 15 | Charles Roe Deposition (excerpts) |
| 16 | Charles Roe Memo (SAO 13–16) |
| 17 | Donald Anders Report, CV, Declaration |
| 18 | Photo of Room 2103A taken in 2015 |
| 19 | Brian Holmes Deposition |
| 20 | Tracey Gleason Deposition (excerpts) |
| 21 | Thomas Brandstrader Declaration |
| 22 | Reports and notes from Illinois State Police (Plaintiff 20868–21016) |
| 23 | Rita Mischka Deposition (excerpts) |
| 24 | Nichelle Fraction Deposition (excerpts) |
| 25 | Dr. Michael Stone Report dated June 20, 2003 (Plaintiff 3588–94) |
| 26 | Melissa Russano Report, CV, Declaration |
| 27 | Melissa Russano Rodriguez Deposition (excerpts) |
| 28 | Marla Kaplan (nee Fiorelli) Deposition (excerpts) |
| 29 | McGreal's GPR of Cartrette interview (Plaintiff 920–22) |
| 30 | McGreal's GPR of Cokeley interview (Plaintiff 897–900) |
| 31 | Susan Riggio Deposition (excerpts) |

|    |    |
|----|----|
| 32 | 1979 Police Reports (Plaintiff 17518, 520, 522) |
| 33 | Letter from Attorney Balkin to Szymczak dated 11/6/79 (Plaintiff 6827) |
| 34 | Riggio's 1981 Complaint (SAO 3746–52) |
| 35 | Docket sheet in *Doe v. Public Building Commission* (Plaintiff 12354–56) |
| 36 | Map of 1st floor of Daley Center (Roe Dep. Ex. 7) |
| 37 | Riggio's victim impact statement (excerpt) (SAO 2073) |
| 38 | SERI Report dated 12/9/15 |
| 39 | Karen Wojtczak Deposition |
| 40 | Letter from City's counsel dated June 4, 2015, producing CR # 296034 |
| 41 | Letter from Szymczak with translation and translator's affidavit (Plaintiff 6817–19) |
| 42 | Order in *People v. Prince*, dated April 26, 2017 |
| 43 | April 29, 2002 Letter from IRS to Riggios (Plaintiff 15714–19) |
| 44 | Criminal Trial Tr. (excerpts) (Plaintiff 9948, 9972, 9974, 9976, 9980, 10102–26, 10100, 10158, 10186, 10442, 010484, 10514–16, 10566–86) |
| 45 | Letters from N. Berlin to IRS, dated 12/17/02 and 8/26/02 (SAO 8328–29) |
| 46 | Norma Berlin Deposition (excerpts) |
| 47 | Lisa Kaufman Affidavit (Jungman Dep. Ex. 1) |
| 48 | Lisa Jungman (nee Kaufman) Deposition (excerpts) |
| 49 | September 10, 2013 Order vacating conviction and dismissing charges (Plaintiff 11064) |
| 50 | September 10, 2013 Petition for Relief from Judgment filed by the State (Plaintiff 11063) |

| | |
|---|---|
| 51 | November 19, 2013 Order granting Certificate of Innocence (Plaintiff 3920) |
| 52 | James Papa Deposition (excerpts) |
| 53 | Dr. Karl Reich Report, CV, Declaration |
| 54 | Susan Riggio Dep. from *Doe v. Public Building Commission* (excerpts) |
| 55 | Pena's GPR of Bryant interview (Plaintiff 923) |
| 56 | Royster & Jackson's GPR of interview with Sheriff's Deputies at the entry posts (Plaintiff 13616–20) |
| 57 | Barbara Turner Deposition (excerpts) |
| 58 | Susan Barrett Deposition (excerpts) |
| 59 | Barrett's GPR of interview of viewing of security camera video of Daley Center exits (City Def CC 171) |
| 60 | Pena's GPR of Neibauer interview (Plaintiff 924–25) |
| 61 | Burrough Cartrette Deposition from *Doe v. Public Building Commission* (excerpts) |
| 62 | Kriston Kato Deposition (excerpts) |
| 63 | Mary Cosgrove Deposition (excerpts) |
| 64 | Brendan Williams Deposition from *Doe v. Public Building Commission* (excerpts) |
| 65 | Janina Papierz Deposition from *Doe v. Public Building Commission* (excerpts) |
| 66 | Donald Anders Deposition (excerpts) |
| 67 | Dr. Brigham Temple Deposition (excerpts) |
| 68 | Dr. Jacqueline Walker Deposition (excerpts) |
| 69 | Riggio's Answers to Interrogatories in *Doe v. Public Building Commission* (PRS 2692–2708) |

        Respectfully submitted,

        /s/ Elizabeth Wang
        Attorney for Plaintiff

| | |
|---|---|
| Arthur Loevy | Elizabeth Wang |
| Jon Loevy | LOEVY & LOEVY |
| Russell Ainsworth | 2060 Broadway, Ste. 460 |
| LOEVY & LOEVY | Boulder, CO 80302 |
| 311 N. Aberdeen St., 3rd Fl. | O: (720) 328-5642 |
| Chicago, IL 60607 | |
| O: (312) 243-5900 | |