UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Carl Chatman
                                    Plaintiff,

v.                                                                            Case No.: 1:14–cv–02945
                                                                           Honorable John Z. Lee

City of Chicago, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2017:

      MINUTE entry before the Honorable John Z. Lee:Defendants' response to plaintiff's motion to reinstate Count III of the second amended complaint [498] shall be due by 5/30/17; reply due by 6/6/17. No appearance is required on the motion. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.