# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CARL CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 14 CV 2945 |
| | ) | |
| vs. | ) | |
| | ) | Hon. Judge John Z. Lee |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF THEIR SUMMARY JUDGMENT MOTIONS**

Defendants, by and through their respective counsel and for their Joint Unopposed Motion for Extension of Time to File Replies in in support of their Summary Judgment Motions, Responses to Plaintiff's Statement of Additional Facts and supporting documents, state as follows:

1. Plaintiff filed a thirteen count Second Amended Complaint on November 25, 2015, alleging claims of civil rights violations and various state law causes of action against Defendants (Dkt. 324).

2. This Court set in place a briefing schedule for summary judgment motions on December 7, 2016, requiring summary judgment motions to be filed on or before February 10, 2017. (Dkt. No. 413).

3. On February 2, 2017, Defendants jointly filed an opposed motion for an extension of time to file summary judgment motions; which the Court granted on February 7, 2017 (Dkts 419-421).

4. On March 23, 2017, Plaintiff requested his first extension of time to file a Response in opposition to Defendants' Motions for Summary Judgment, which was unopposed by Defendants. (Dkt. No. 481).

5. On April 20, 2017, Plaintiff moved for a second unopposed extension of time to file his Reply. (Dkt. No. 484).

6. In light of the upcoming holiday weekend, and in order to streamline a joint response to Plaintiff's statement of additional facts for the convenience of this Court and the parties, Defendants jointly request a *one week extension* to file their Replies in support of their Motions for Summary Judgment, Responses to Plaintiff's Statement of Additional Facts, and supporting documents in support of their Motions for Summary Judgment.

7. Pursuant to Local Rule 37.2, the undersigned counsel for the Cook County State's Attorney's Office Defendants ("SAO Defendants"), conferred with counsel for Plaintiff, Elizabeth Wang, on May 24, 2017 regarding the requested extension. Ms. Wang agreed to a one week extension for the filing of Defendants' Replies in Support of their Motions for Summary Judgments.

8. This brief extension of time will not cause any undue burden or prejudice to any of the parties involved.

WHEREFORE, Defendants, jointly, pray that this Court grant them *an extension of one week to June 9, 2017* to file their Replies in support of their Motions for Summary Judgment, Responses to Plaintiff's Statement of Additional Facts, and supporting documents in support of their Motions for Summary Judgment.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

/s/ Anna Gonis O'Connor
Counsel for SAO Defendants Brian Holmes,
Anita Alvarez, Former State's Attorney of Cook County,
and Cook County

500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5440
anna.oconnor@cookcountyil.gov

/s/ Krista E. Stalf
Counsel for Defendants: John Roberts, Thomas McGreal,
Maria Pena, Jack Boock, Rita Mischka, Barbara Midona,
Kriston Kato, Denis Walsh, Bryan Holy, Michael Karczewski,
and Richard Griffin
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030
kstalf@borkanscahill.com

/s/ Paul Michalik
Counsel for Defendants: City of Chicago, Karen Wojtczak,
Millicent Willis, Lori Lightfoot, and Tisa Morris
DYKEMA GOSSETT PLLC
10 South Wacker Dr., #2300
Chicago, IL 60606
(312) 627-2100
pmichalik@dykema.com

/s/ Rachel D. Kiley
Counsel for Defendant Susan Riggio
BOLLINGER CONNOLLY KRAUSE LLC
500 West Madison, Suite 2430
Chicago, IL 60601
(312) 253-6200
rkiley@bollingertrials.com

/s/ V. Brette Bensinger
Counsel for Defendants: Michael Cokeley, Burrough Cartrette,
Maria Mokstad, and Thomas Dart
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
(312) 704-3027
bbensinger@hinshawlaw.com