Carl Chatman
                        Plaintiff,

v.                                            Case No.: 1:14–cv–02945
                                                   Honorable John Z. Lee

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 4, 2017:

      MINUTE entry before the Honorable John Z. Lee: The Clerk of Court has notified the Court that Joel Feldman has not renewed his membership in the Court's Trial Bar as required under Local Rule 83.11(i). Joel Feldman is given 14 days from the date of this order to renew his membership or be subject to removal as lead counsel from this matter. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.