# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CARL CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 2945 |
| | ) | |
| v. | ) | Honorable Judge John Z. Lee |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Cook County, Anita Alvarez in her official capacity as State's Attorney of Cook County and Assistant State's Attorney Brian Holmes (collectively, the "State's Attorney's Office Defendants"), by and through their attorney, Kimberly M. Foxx, State's Attorney of Cook County, through Assistant State's Attorney Scott A. Golden, respectfully request that this Court grant Scott A. Golden leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, the State's Attorney Defendants state as follows:

1. The State's Attorney's Office Defendants are represented in this matter by the Cook County State's Attorney's Office.

2. Scott A. Golden is a Cook County Assistant State's Attorney ("ASA") and an attorney of record for the State's Attorney's Office Defendants in the above-captioned matter.

3. Recently, Mr. Golden gave notice of his resignation to the Cook County State's Attorney's Office.

4. As a result, Mr. Golden will no longer be involved in the litigation of this matter.

5. Assistant State's Attorneys James E. Hanlon, Jr. and Anthony E. Zecchin, who are attorneys of record for the State's Attorney's Office Defendants, will continue in that capacity and will handle all further litigation in this case on behalf of the State's Attorney's Office Defendants.

6. Accordingly, the State's Attorney's Office Defendants seek to withdraw the appearance of Scott A. Golden.

WHEREFORE, Cook County, Anita Alvarez in her official capacity as State's Attorney of Cook County and Assistant State's Attorney Brian Holmes respectfully request that this Court enter an order terminating the appearance of Scott A. Golden in this action and to terminate notifications to him in this matter.

Respectfully submitted,

KIMBERLY M. FOXX
Cook County State's Attorney

/s/ *Scott A. Golden*
Scott A. Golden
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-1902