**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARL CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 2945 |
| | ) | |
| v. | ) | Honorable Judge John Z. Lee |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   All counsel of record

PLEASE TAKE NOTICE that I will appear on November 7, 2017, at 9:00 a.m. before the Honorable John Z. Lee in the courtroom usually occupied by him in Room 1225 of the United States District Court, Northern District of Illinois, Eastern Division, and present *Motion to Withdraw Counsel*.

                                        Respectfully Submitted,

                                        KIMBERLY M. FOXX
                                        State's Attorney of Cook County

By:     /s/*Scott A. Golden*
        Scott A. Golden
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-1902

## CERTIFICATE OF SERVICE

I, Scott A. Golden, Assistant State's Attorney, hereby certify that on November 1, 2017, I filed the *Motion to Withdraw Counsel* and that all counsel of record were served via Electronic Case Filing (ECF).

                                        /s/ *Scott A. Golden*
                                        Scott A. Golden