# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARL CHATMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14 C 2945 |
| CITY OF CHICAGO, et al., | ) ) Judge John Z. Lee |
| Defendants. | ) ) Magistrate Judge Maria Valdez |

## MOTION TO WITHDRAW AS COUNSEL

Molly E. Thompson hereby moves to withdraw as counsel for Defendants, City of Chicago, Lori Lightfoot, Tisa Morris, Karen Wojtczak and Millicent Willis (the "City Defendants"), in this matter for the following reasons:

1. As of January 2, 2018, Terrence M. Burns, Daniel M. Noland and Paul A. Michalik, counsel for the City Defendants, moved from Dykema Gossett PLLC to a new law firm, Reiter Burns LLP.

2. The City Defendants will continue to be represented by Mr. Burns, Mr. Noland, and Mr. Michalik, who have filed notices of change of address.

3. Molly E. Thompson, of Dykema Gossett PLLC, now seeks to withdraw her appearance in this matter for the City Defendants.

WHEREFORE, Molly E. Thompson requests that this Court enter an order permitting Molly E. Thompson's withdrawal as counsel and terminating the appearance of Molly E. Thompson in this action.

Respectfully submitted,

By: /s/ Molly E. Thompson

One of the Attorneys for Defendants, City of Chicago, Lori Lightfoot, Tisa Morris, Karen Wojtczak and Millicent Willis

Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2018, I electronically filed the foregoing **Motion to Withdraw** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record.

/s/ Molly E. Thompson