**IN THE UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF ILLINOIS  
EASTERN DIVISION**

| | | |
|---|---|---|
| CARL CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 2945 |
| | ) | |
| CITY OF CHICAGO, et al. | ) | Judge John Z. Lee |
| | ) | |
| Defendants. | ) | Magistrate Judge Maria Valdez |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Wednesday, January 10, 2018** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable John Z. Lee** in **Room 1225** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion To Withdraw As Counsel.**

Dated: January 4, 2018

Respectfully submitted,

s/ Molly E. Thompson
One of the Attorneys for Defendants,
Lori Lightfoot, Tisa Morris, Millicent
Willis, and Karen Wojtczak

Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700 (telephone)
312.627.2302 (facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **January 4, 2018** I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to counsel of record.


                                                  s/ Molly E. Thompson