# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Carl Chatman

                Plaintiff,

v.                                          Case No.: 1:14–cv–02945
                                              Honorable John Z. Lee

John Roberts, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 14, 2018:

      MINUTE entry before the Honorable John Z. Lee: The Court construes Plaintiff's motion to reinstate his section 1983 Fourth Amendment claim (Count III) [498] as a motion to reconsider its interlocutory order and grants the motion. Under Fed. R. Civ. P. 54(b), this Court has inherent authority to reconsider its own orders entered prior to final judgment. See Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp., 460 U.S. 1, 12 (1983) ("[E]very order short of a final decree is subject to reopening at the discretion of the district judge.") In light of Manuel v. City of Joliet, __ U.S. ____, 137 S.Ct. 911, 918–19 (2017), as well as Hurt v. Wise, Nos. 17–1771 & 17–1777, ___ F.3d ____, 2018 WL 507595, at *8 (7th Cir. Jan. 23, 2018), Plaintiff can assert a claim under the Fourth Amendment for an arrest and continued detention in the absence of probable cause. Count III is hereby reinstated. Defendants shall answer or otherwise respond to the allegations in Count III of the Second Amended Complaint on or before March 7, 2018.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.