UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Carl Chatman
                            Plaintiff,

v.                                                   Case No.: 1:14–cv–02945
                                                        Honorable John Z. Lee

John Roberts, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 14, 2018:

      MINUTE entry before the Honorable John Z. Lee: Defendant Susan Riggio has moved for partial summary judgment as to Counts V (§ 1983 conspiracy), X (state law conspiracy), and XI (defamation) of the Second Amended Complaint. Plaintiff indicates that he has no objection, see Pl.'s Combined Resp. Opp'n Defs.' Mots. Summ. J. at 75 n.19, ECF No. 491, and accordingly, the Court grants the motion [453]. Plaintiff's malicious prosecution claim under Illinois law against Defendant Riggio (Count VIII) remains for trial. Plaintiff properly reserves the right to contest any and all facts at trial. See Brown v. Navarro, No. 09 C 3814, 2012 WL 3987427, at *3 (N.D. Ill. Sept. 11, 2012) ("[N]othing in Rule 56 or Local Rule 56.1 provides that facts deemed admitted for purposes of evaluating a pending summary judgment motion are also deemed admitted for other purposes, such as another party's later motion for summary judgment, or trial.") Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.