IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Carl Chatman, | ) |
| Plaintiff, | ) ) ) ) Case No. 14 C 2945 |
| v. | ) ) Judge: John Z. Lee |
| City of Chicago, et al., | ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF SHERIFF'S DEFENDANTS AS TO COUNT III AND COUNT VIII OF PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Federal Rule Civil Procedure 41(a), Plaintiff Carl Chatman and the Sheriff Defendants stipulate and agree that Count III, federal malicious prosecution claim, and Count VIII, state malicious prosecution claim, of Plaintiff's Second Amended Complaint are hereby dismissed with prejudice against Burrough Cartrette; Michael Cokeley; and Maria Mokstad ("Individual Sheriff Defendants"). The only remaining counts against the Individual Sheriff Defendants are: Count IV (42 U.S.C. §1983 – Due Process), Count V (42 U.S.C. §1983 – Conspiracy to Deprive Constitutional Rights), and Count X (State Law Civil Conspiracy).[1] Plaintiff also has alleged two derivative claims against Cook County Sheriff's Office/Sheriff in his Official Capacity: Count XII (Respondeat Superior), and Count XIII (Indemnification). All remaining aforementioned claims against the Sheriff Defendants are subject to a dispositive Motion for Summary Judgment, currently pending before this Honorable Court. (Dkt. No. 465).

---

[1] Plaintiff's Count IX, state law claim of intentional infliction of emotional distress, was dismissed by this Court on March 10, 2015. *See* March 10, 2015 Minute Entry, Docket Number ("Dkt. No.") 174.

Respectfully submitted,

*For the Plaintiff:*

/s/ Russell R. Ainsworth
  Russell R. Ainsworth

Russell R Ainsworth
Jonathan I. Loevy
Arthur R. Loevy
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607

Joel H. Feldman
Law Offices of Joel H. Feldman
311 North Aberdeen, 3rd Floor
Chicago, IL 60607-1200

Elizabeth C. Wang
Loevy & Loevy
2060 Broadway. Suite 460
Boulder, CO 80302

*For the Sheriff Defendants:*

HINSHAW & CULBERTSON LLP

/s/ Brette Bensinger
Brette Bensinger

V. Brette Bensinger
Robert T. Shannon
James M. Lydon
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
Facsimile: 312-704-3001
bbensinger@hinshawlaw.com