UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Carl Chatman, et al.
                    Plaintiff,

v.                                    Case No.: 1:14–cv–02945
                                      Honorable John Z. Lee

John Roberts, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 6, 2018:

MINUTE entry before the Honorable John Z. Lee: Pursuant to the parties' stipulation of dismissal [526], Count III and Count VIII of Plaintiff's Second Amended Complaint are dismissed with prejudice as to Defendants Burrough Cartrette, Michael Cokeley, and Maria Mokstad (Individual Sheriff's Defendants). The parties represent that the only counts remaining against the Individual Sheriff's Defendants are Count IV, Count V, and Count X. In addition, Count XII and Count XIII against the Cook County Sheriff in his official capacity remain. The remaining counts, however, are subject to the Sheriff's Defendants' dispositive motion pending before the Court.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.