IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 2945 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge John Z. Lee |
| | ) | |
| Defendants. | ) | Magistrate Judge Maria Valdez |

## OPS DEFENDANTS' MOTION TO REVISE JUDGMENT

Defendants, Lori Lightfoot, Tisa Morris, Millicent Willis, and Karen Wojtczak (jointly, the "OPS Defendants"), pursuant to F.R.C.P. 54(b), for their motion to revise this Court's Memorandum Opinion and Order entered March 28, 2018 (Dkt. #538), state as follows:

1. On March 28, 2018, this Court entered a Memorandum Opinion and Order ruling on various defendants' motion for summary judgment. Included within the scope of the Court's ruling was the motion for summary judgment brought by the OPS Defendants. (*See* Dkt. ## 461, 462, 508). The OPS Defendants now bring this motion under Federal Rule of Civil Procedure 54(b) to request correction of this Court's March 28, 2018 Memorandum Opinion and Order.

2. The OPS Defendants' motion was titled as one for summary judgment. (Dkt. #461). However, the Court mistakenly believed it was a motion for partial summary judgment, twice noting the OPS Defendants did not move for summary judgment as to Count VIII of the second amended complaint. (Mem. Op. & Order, at 2-3, fn. 3; 39, fn. 15). The basis for the Court's misapprehension was its apparent belief that Count VIII, a state law malicious prosecution claim, was asserted against the OPS Defendants. However, count VIII was not asserted against the OPS Defendants, and for that reason, they did not move for summary judgment on that count.

3.	Plaintiff's second amended complaint asserted various §1983 claims against the OPS Defendants, as well as two state law claims: intentional infliction of emotional distress (IIED) in count IX, and state law conspiracy in count X. (*See* Dkt. #324). By its express language, Count VIII, the state law malicious prosecution claim, was *not* asserted against Defendant Kato, the OPS Defendants, or the official capacity defendants. (*Id*. at ¶215) ("In the manner described above, the individual Defendants, *excepting Defendant Kato, the O.P.S. Defendants, and those sued in their official capacity* . . .) (emphasis added). Following motion practice on the pleadings, this Court dismissed the federal claims against the OPS Defendants, while declining to dismiss the state law claims for IIED and conspiracy. (Dkt. #399). Pursuant to that ruling, only the two state law claims in counts IX and X remained pending against the OPS Defendants.

4.	The OPS Defendants subsequently moved for summary judgment on the two remaining state law claims. (Dkt. #461). In his response to the OPS Defendants' motion for summary judgment, plaintiff conceded he did not oppose the motion as to Defendants Lightfoot, Morris, or Willis. (Combined Response, Dkt. #491, at 66, fn. 15; Mem. Op. & Order, at 39). Plaintiff further acknowledged he did not oppose the motion as to the conspiracy claim against Defendant Wojtczak. (*Id*.) Accordingly, the only claim in this case that remains pending against any OPS Defendant is the IIED claim in count IX against Defendant Wojtczak.[1]

5.	As count VIII of the second amended complaint was not asserted against the OPS Defendants, there are no remaining claims pending against Defendants Lightfoot, Morris, and Willis. For that reason, judgment should be entered in favor of Defendants Lightfoot, Morris, and Willis, and they should be dismissed with prejudice from this entire matter. To the extent

---

[1] This Court's denial of Defendant Wojtczak's motion for summary judgment as to count IX will be the subject of a separately filed motion to reconsider.

necessary, Defendant Wojtczak requests that the record be corrected to reflect count VIII is *not* directed against her.

WHEREFORE, the OPS Defendants respectfully request that this Court's Memorandum Opinion and Order entered on March 28, 2018, be corrected to reflect that count VIII of plaintiff's second amended complaint is not directed against them; that judgment is entered in favor of Defendants Lightfoot, Morris, and Willis in this action; that Defendants Lightfoot, Morris, and Willis are dismissed with prejudice from this entire matter; and, for any further relief this Court deems necessary and/or appropriate.

Date: April 11, 2018	Respectfully submitted,

	s/ Paul A. Michalik
	One of the Attorneys for Defendants,
	Lori Lightfoot, Tisa Morris, Millicent
	Willis, and Karen Wojtczak

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, Illinois 60606
312.982.0090 (telephone)
312.429.0644 (facsimile)

## CERTIFICATE OF SERVICE

       I hereby certify that on April 11, 2018, I electronically filed the foregoing **OPS Defendants' Motion to Revise Judgment** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Arthur Loevy
Jon Loevy
Russell Ainsworth
Joel Feldman
Loevy & Loevy (Chicago Office)
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
russell@loevy.com
joel@loevy.com

and

Elizabeth Wang
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302
(720) 328-5642
elizabethw@loevy.com

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Misha Itchhaporia
Krista E. Stalf
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
gmiller@borkanscahill.com
mitchhaporia@borkanscahill.com
kstalf@borkanscahill.com

Virginia B. Bensinger
Robert T. Shannon
James M. Lydon
Gretchen H. Sperry
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000
bbensinger@hinshawlaw.com
rshannon@hinshawlaw.com
jlydon@hinshawlaw.com
gsperry@hinshawlaw.com

Jeremiah L. Connolly
Rachel D. Kiley
Andrew S. Chesnut
Bollinger Connolly Krause LLC
500 W. Madison St., Suite 2430
Chicago, IL 60661
(312) 253-6200
jconnolly@bollingertrials.com
rkiley@bollingertrials.com
achesnut@bollingertrials.com

James Hanlon, Jr.
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3369
james.hanlon@cookcountyil.gov

                                                    s/ Paul A. Michalik