UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Carl Chatman, et al.
          Plaintiff,

v.                                                            Case No.: 1:14−cv−02945
                                                              Honorable John Z. Lee

John Roberts, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 12, 2018:

  MINUTE entry before the Honorable John Z. Lee: Status hearing held on 4/12/18. OPS Defendants' motion to revised judgment [539] is granted without objectino; Defendants Lightfoot, Morris and Willis and they are dismissed with prejudice. Any motions to reconsider the Court's ruling shall be due by 4/30/18. Plaintiff's oral motion to dismiss the Monell claim is granted. Daubert motions are due by 5/10/18; responses due by 6/7/18; reply due by 6/21/18. Jury trial is set for 11/26/18 at 9:00 a.m. Pretrial conference is set for 9/14/18 at 1:30 p.m. Motion in limine shall be due July 27, 2018; responses are due by 8/10/18. A proposed final pretrial order is due by 8/2/18 and should be submitted to the Court's proposed order mailbox and not filed on the docket. The parties must comply with the Court's standing order regarding the preparation and submission of proposed final pretrial orders; it is available on the Court's website. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.