

SEROLOGICAL RESEARCH INSTITUTE

March 21, 2016

Rachel Kiley, Attorney at Law
Bollinger Connolly Krause LLC
500 West Madison Street, Suite 2430
Chicago, IL 60061

Russell Ainsworth
Elizabeth Wang
Loevy & Loevy
312 May Street, Suite 100
Chicago, IL 60607

SERI Case No. R'7131'06
Court Case No. 14 CV 2945
(Northern District of Illinois)
Carl Chatman v. Susan Riggio, et. al.
Chicago P.D. No. 2672890

## SIXTH ANALYTICAL REPORT

On November 17th 2006, five items were received at the Serological Research Institute (SERI) from Robert Hovey via Federal Express (825408993021). On December 13th 2006, three additional items were received at SERI from Robert Hovey via Federal Express (859437515454). Serological and DNA analysis was reported on May 18th 2007. Subsequently, additional analysis was reported on October 12, 2007. On September 21st 2007, two items were received at SERI from Robert Hovey via Federal Express (862007243036). On December 4th 2007 a Third Analytical Report was produced on these findings.

On October 2nd 2007, SERI items 1 through 8 and on December 10th 2007, SERI items 9 and 10 were returned to Robert Hovey of the Cook County State Attorney's Office via DHL (237 6887 2853 and 3193 070 3011).

On August 25th 2015, SERI item 9 was returned and three new items were all received at SERI from Richard Lombard of the Cook County State Attorney's Office via Federal Express (8055 5535 0680). On November 13th 2015 a reference sample was received from Sean Tyler of Loevy and Loevy via United Parcel Service (1Z 731 RV8 02 9948 4353). A forensic DNA analysis and comparison were requested on designated items utilizing the Polymerase Chain Reaction (PCR) for male specific short tandem repeats (YSTRs). On December 9th 2015, a Fourth Analytical Report was produced on these findings.

A request to was made analyze the submitted reference sample labeled Carl Chatman (item 14) for autosomal Short Tandem Repeats (STRs) and to compare the results to a previously submitted autosomal STR profile submitted to SERI in 2007. On January 8th 2016, a Fifth Analytical Report was produced on these findings.

EXHIBIT G

Rachel Kiley, Attorney at Law
Russell Ainsworth
Elizabeth Wang
SERI Case No. R'7131'06
March 21, 2016
Page 2 of 6

On February 16th 2016, a reference sample from Frank Riggio was received at SERI from Sean Tyler of the Loevy and Loevy Law Firm in Chicago, IL via USPS (9500 1137 0657 6042 2638 16). A request was made to test this reference sample for YSTRs and compare the results to the evidentiary YSTR results from the Fourth Analytical Report dated December 9th 2015.

For a description of these items please refer to the Fourth Analytical Report dated December 9th 2015.

**ITEM 11  SEXUAL ASSAULT KIT FROM SUSAN RIGGIO (*INV# 2672891*)**
**ITEM 12  CLOTHING FROM SUSAN RIGGIO (STEP 4)**
**ITEM 14  REFERENCE ORAL SWABS FROM CARL CHATMAN**

**ITEM 15  REFERENCE ORAL SWABS FROM FRANK RIGGIO**

This item consists of two oral swabs. A portion of one of the swabs was sampled and extracted for DNA content. The extract was quantified, amplified by PCR and subjected to YSTR genetic marker analysis. The results are tabulated below.

Plaintiff 030180

Rachel Kiley, Attorney at Law
Russell Ainsworth
Elizabeth Wang
SERI Case No. R1713106
March 21, 2016
Page 3 of 6

## YSTR TABLE OF RESULTS

| ITEM | DESCRIPTION | DYS456 | DYS389I | DYS390 | DYS389II | DYS458 | DYS19 | DYS385 a/b | DYS393 | DYS391 | DYS439 | DYS635 | DYS392 | Y GATA H4 | DYS437 | DYS438 | DYS448 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14* | Reference from Carl Chatman | 16 | 15 | 21 | 33 | 17 | 15 | 18 | 13 | 10 | 12 | 21 | 12 | 12 | 14 | 11 | 21 |
| * | Reference Extraction Blank | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 15 | Reference from Frank Riggio | 15 | 12 | 23 | 28 | 17 | 14 | 11,16 | 14 | 11 | 12 | 24 | 13 | 12 | 15 | 12 | 19 |
| | Reference Extraction Blank | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 11B-1* | Vaginal Swabs | NA | NA | NA | NA | [15] | NA | NA | NA | NA | NA | [22] | NA | NA | NA | NA | NA |
| * | Vaginal Swabs Extraction Blank Control | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 11C-1* | Rectal Swabs | NA | NA | NA | NA | [16] | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| * | Rectal Swabs Extraction Blank Control | NA | NA | NA | NA | NA | NA | NA | [11] | NA | NA | NA | NA | NA | NA | NA |
| 12A-1* | Panties Swabs | NA | NA | NA | NA | [16] | NA | NA | NA | NA | NA | 24 | [11] | NA | NA | [14] | NA |
| * | Panties Swabs Extraction Blank Control | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 12A-2* | M-Vac of Panties | 14,15 | 12[13] | INC | NA | 17 | NA | 11 | 14[13] | [10] | [12] | 24 | [13] | 11,12 | [16] | [12] | [19] |
| | M-Vac Extraction Blank Control | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

NA = No activity.
[ ] = Alleles in brackets are between 50 and 149 RFU. Because of the low activity of these alleles, it may not be possible to determine all of the genotypes at this locus.
INC = Inconclusive (activity present, but type not clear).
* = Data from Fourth Analytical Report dated December 9th 2015.

Plaintiff 030181

Rachel Kiley, Attorney at Law
Russell Ainsworth
Elizabeth Wang
SERI Case No. R'7131'06
March 21, 2016
Page 4 of 6

**EXPLANATIONS**

Human DNA consists of a number of genetic marker systems. Nuclear DNA is stored as chromosomes found only in the nucleus of the cell. In the nuclear DNA there are Short Tandem Repeats (STR's) found scattered throughout the human genome in specific locations (loci) and on the pairs of chromosomes. The biological parents contribute one set of chromosomes each to make up a unique genetic profile for the offspring. Included in the set of chromosomes are the sex chromosomes X and Y. The Y-chromosome specific STR loci (Y-STRs) are an inherited consistent group of linked genetic marker types (haplotype). The Y-STR haplotype is located in the non-recombining region of the Y chromosome and the same haplotype is passed on to the male offspring from the male parent. Therefore, a result consistent with an individual for Y-STRs also does not exclude any paternally related male individual. These Y-STR genetic markers can be amplified using the Polymerase Chain Reaction (PCR) process and the PCR products are then analyzed by capillary electrophoresis (CE) to separate the amplified products according to size and by the color emitted from fluorescent dye labeling. The following are Y-STR genetic markers: DYS456, DYS389I, DYS390, DYS389II, DYS458, DYS19, DYS385 a/b, DYS393, DYS391, DYS439, DYS635, DYS392, YGATAH4, DYS437, DYS438, and DYS448.

It is not uncommon to find DNA in clothing (e.g. hats, underwear, shoes) that is worn next to the skin. If the clothing is not washed (e.g. hats) DNA from perspiration and abrasions can build up on the item where it is in contact with the body. If the article is worn by more than one person, mixtures of DNA are detected.

Foe YSTRs a maximum of one allele per marker is expressed in any one male individual; therefore, the detection of two or more alleles in any YSTR genetic marker indicates a mixture of DNA from more than one male individual. Due to the presence of weak typing results at some loci, it is possible that minor components of the mixture have dropped out in the larger loci.

The YSTR frequency calculations are based upon the number of times a mixture of haplotypes is observed in a given database search. The database maintained by the National Center for Forensic Science (www.usystrdatabase.org). The number of times the mixture haplotype is observed out of the total number in the database is reported.

It is possible to obtain a profile from DNA deposited by touching an item. An individual may, at any time, contain biological material on his or her hands. This can originate from saliva, perspiration; trace amounts of blood, tears, etc. These DNA-containing fluids can be potentially transferred to an object (i.e. gun grip, steering wheel, tools, clothing) when handling or touching the object. Items can be swabbed, cut, or scraped to obtain the biological material left behind. The DNA can be extracted, and the amount obtained is proportional to the number of DNA-containing cells present.

Rachel Kiley, Attorney at Law
Russell Ainsworth
Elizabeth Wang
SERI Case No. R'7131'06
March 21, 2016
Page 5 of 6

## EXPLANATIONS (continued)

Because the PCR method can amplify very small amounts of DNA, contamination of the samples is always an important concern. Consequently, the reagents used in the extraction are themselves subjected to the entire extraction, amplification, and typing process without adding any DNA. This blank control should show no activity at the typing stage, thereby strongly indicating that contamination has **not** occurred. If any typing result is obtained, contamination could have occurred in the evidence samples.

In this case there was a trace allele detected in one of the extraction blank controls. The source of this allele could not be determined. This result was taken into account when formulating the conclusions below.

## CONCLUSIONS

1. The trace amount of DNA recovered from the vaginal swabs (item 11B-1) resulted in weak and incomplete YSTR results. This partial profile could not have originated from Carl Chatman (item 14) or from Frank Riggio (item 15).

2. The trace amount of DNA recovered from the rectal swabs (item 11C-1) resulted in a single allele. No further interpretations could be made.

3. The trace amount of DNA recovered from the panties swabbing (item 12A-1) resulted in weak and incomplete YSTR results. This partial profile could not have originated from Carl Chatman or from Frank Riggio.

4. The trace amount of DNA recovered from the panties M-Vac sampling (item 12A-2) resulted in a weak and incomplete mixture from at least two unrelated male individuals. Frank Riggio could be a contributor to the YSTR mixture profile from this item. This partial YSTR mixture was searched against a database and was not observed in 25,643 male profiles. Utilizing the 95% upper confidence calculation, then approximately one in 8560 males could be a contributor to this partial YSTR profile. Carl Chatman is not a contributor to this mixture.

Plaintiff 030183

Rachel Kiley, Attorney at Law
Russell Ainsworth
Elizabeth Wang
SERI Case No. R'7131'06
March 21, 2016
Page 6 of 6

**EVIDENCE DISPOSITION**

The reference sample from the victim (item 9) and the sexual assault kit (item 11) were returned to Richard Lombard of the Cook County State Attorney's Office via UPS (1Z 893 040 03 6641 6127) on November 16th 2015. The clothing (items 12 & 13) were sent to Microtrace, LLC in Elgin, IL via UPS (1Z 893 040 03 6618 6911) on November 16th 2015. The reference sample from Carl Chatman (item 14) and Frank Riggio (item 15) will be retained until further instructions are received.

SEROLOGICAL RESEARCH INSTITUTE

REPORT REVIEWED
DATE 3/21/16

Gary C. Harmor
Chief Forensic Serologist