# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CARL CHATMAN,                )
         Plaintiff,          )
  vs.                        ) Case No. 14-CV-02945
CITY OF CHICAGO, et al.,     )
         Defendant.          )


    The video recorded discovery deposition of CARL CHATMAN, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before MICHELLE L. BARTA, a certified shorthand reporter for the State of Illinois, at 500 West Madison Street, Illinois, on the 26th day of February, 2015, at the hour of 10:27 a.m.


Reported by:  Michelle L. Barta, C.S.R., R.P.R.

License No:  084-004033

1

**Page 278**

1 room at the time that he came in?
2    A. Yes, ma'am, and that's when the
3 physical abuse occurred.
4    Q. What is the physical abuse that you're
5 referring to?
6    A. He hit me side my head a couple times.
7 I mean, he almost -- almost -- almost let him
8 hit me in a couple -- side my head a couple
9 times, almost let him hit me in the head a
10 couple times on the left side of my face with
11 his open -- open hand.
12    Q. Did this officer speak to you before
13 this abuse occurred?
14    A. Yes, ma'am. He was verbally threaten
15 me, intimidating me, physical abused me and I
16 was a nervous and afraid.
17    Q. What did he say --
18    A. Plus I was handcuffed.
19    Q. What did he say to verbally threaten
20 you?
21    A. He told me you know you did the crime
22 raping Susan Riggio and don't tell me that you
23 didn't because I know you did it. He was
24 positive that I did it.

**Page 279**

1    Q. Did he say anything else to you that
2 you felt was threatening?
3    A. After I -- After I wouldn't -- After I
4 wouldn't -- After I wouldn't -- How would I put
5 it? After I wouldn't say --- say what he wanted
6 me to say as far as the lie that I did it he
7 used physical abuse to me.
8    Q. Did he say anything else that was
9 verbally threatening?
10    A. That you pulled the woman panties down
11 and you bammed her head on the desk and woo,
12 woo, woo. You know, everything -- everything
13 that supposedly took place in the rape case he
14 was saying it and there it is.
15    Q. Did he say anything else that you felt
16 was verbally threatening?
17    A. Huh?
18    Q. Did he say anything else that you felt
19 was verbally threatening?
20    A. That he coached me all through the --
21 through the process. After he -- After he hit
22 me -- After he almost hit me a couple of times I
23 stopped him because I didn't want him to beat my
24 brains out.

**Page 280**

1    Q. What was the first thing that this
2 person did -- did to you physically?
3    A. Well, first off he was verbally
4 abusive.
5    Q. What did --
6    A. And then threatening.
7    Q. How did he threaten you?
8    A. Telling me that you know you did the
9 crime of rape of Susan Scissero (phonetic) and
10 pulled her panties down, bumped her head all
11 against the desk, woo, woo, woo, and he was very
12 angry at me and I wouldn't -- I wouldn't go
13 along with what he was saying. That's when he
14 struck me almost twice.
15    Q. What do you mean --
16    A. So that way -- way before Holmes and
17 the rest of the officer got to me next I was
18 like a marshmallow.
19    Q. You were a what?
20    A. About the time Holmes got to me he had
21 coached me and everything and told me what to
22 say and it was life threatening, um-hum.
23    Q. What do you mean when you say that he
24 almost struck you?

**Page 281**

1    A. He almost struck me twice.
2    Q. What do you mean by almost struck you?
3    A. I stopped him. I stopped him when he
4 came with the second blow, that I agreed to tell
5 Holmes and them that I did it.
6    Q. Did that officer ever strike you?
7    A. Yes, he did.
8    Q. What part of his body did he use to
9 strike you?
10    A. (Indicating.)
11    Q. And for the record you're pointing to
12 the bottom part of your left hand, is that
13 correct?
14    A. Yeah, but okay if -- I am sitting here
15 handcuffed he must have used his -- What hand
16 would you say he used to strike me left side of
17 my temple?
18    Q. I can't say, sir.
19       Can you tell me which hand he used to
20 strike you?
21    A. Okay. If I am sitting in this
22 position, he standing over me, he had to use his
23 right hand to strike me in the left side of my
24 temple. He used his right hand to strike me the

1 left side of my temple.
2 Q. Was his hand open or closed?
3 A. Open.
4 Q. How many times did he strike you?
5 A. He struck me one good time. He hauled
6 back to strike me a second time and that's when
7 he told me -- he told me that -- he coached
8 me -- he coached me into everything and he told
9 me to tell -- tell them that -- he had me to the
10 point where I was telling on myself that I did
11 the crime of rape.
12 Q. When he struck you the one good time
13 did you lose consciousness?
14 A. Yeah. My whole body went numb, numb
15 for -- for a moment -- momentarily, and then
16 when my body went numb -- my body went numb
17 where to the point it looked like -- like I was
18 falling out or something, fainting, almost
19 fainting.
20 Q. Were you sitting in a chair when he
21 struck you?
22 A. I was sitting on the bench.
23 Q. Did you fall over?
24 A. I slumped over. You know, I -- I

282

1 braced myself. When he hit me, you see what I
2 am saying, I couldn't move because I was
3 handcuffed and my head and back was against the
4 wall.
5 Q. Did you lose consciousness?
6 A. Almost lost consciousness.
7 Q. What do you mean by "almost lost
8 consciousness"?
9 A. In other words, almost like fainted on
10 the floor.
11 Q. Was it just the one time that the
12 officer struck you?
13 A. Yeah, plus I am a sick personnel.
14 Q. I am sorry?
15 A. I am a sick personnel, bipolar and
16 schizophrenic.
17 Q. Other than this one officer striking
18 you on the left temple, were you struck at any
19 other time by any other officers at the
20 Chicago Police Department on May 24, 2002?
21 A. No, I wasn't.
22 Q. What happened --
23 MR. AINSWORTH: When you come to a good
24 breaking point if you would just let me know,

283

1 Krista.
2 BY MS. STALF:
3 Q. What happened after you were struck by
4 this officer?
5 A. He -- He coached me into the
6 confession, told me everything that supposedly
7 took place. He told me everything that
8 supposedly took place. He coached me into the
9 confession, and plus when he got through beating
10 me I was telling Holmes and them that I did the
11 crime of rape.
12 Q. How did he coach you into the
13 confession?
14 A. He physically abused me.
15 Q. When you say --
16 A. And verbally abuse.
17 Q. When you say he physically abused you,
18 are you talking about when he struck you on the
19 left temple?
20 A. Yes, ma'am. No mean a love tap.
21 MS. STALF: Could you read back the
22 answer?
23 (Whereupon, the record was read
24 as requested.)

284

1 THE WITNESS: Yes, ma'am. No
2 mean -- I don't mean -- I don't mean a love tap.
3 MS. STALF: We can take a break,
4 Russell.
5 THE VIDEOGRAPHER: Off the record. The
6 time is 5:05 p.m.
7 (Whereupon, a short break was
8 taken.)
9 THE VIDEOGRAPHER: We are back on the
10 record. The time is 5:24 p.m.
11 MS. STALF: Could you read back the
12 last question and the last answer please?
13 (Whereupon, the record was read
14 as requested.)
15 BY MS. STALF:
16 Q. Mr. Chatman, on May 24, 2002, did you
17 confess to any Chicago police detectives to
18 rapping Ms. Riggio?
19 A. When -- When Chinese-looking police
20 struck me in my face.
21 Q. Did you confess to raping Ms. Riggio on
22 May 24, 2002?
23 A. No, I didn't.
24 Q. Did you tell any Chicago police

285

72 (Pages 282 to 285)

CARL CHATMAN

```
 1  detectives that you raped Ms. Riggio?
 2     A.  No, I didn't.
 3     Q.  Did you tell a state's attorney at the
 4  police station that you raped Ms. Riggio?
 5     A.  No, I didn't.
 6     Q.  After speaking to the Chinese-looking
 7  officer did you speak to any additional police
 8  officers or police detectives at the department
 9  that day?
10     A.  That's when they were pretty sure --
11  That's when -- Well, all -- All the police was
12  pretty sure that I did the crime and with the
13  Chinese policeman bringing it out with the
14  physical abuse they just jumped on the phone and
15  called Holmes back to Harrison and Kedzie police
16  station and they went from there.
17     Q.  How do you know the all the police were
18  pretty sure that you did it?
19     A.  Yes, ma'am.
20     Q.  How do you know that?
21     A.  Because they -- they -- the way they
22  were wording it.  They were -- nothing negative
23  about it.
24         MS. STALF:  Could you read that back
                                              286
```

```
 1  please?
 2         (Whereupon, the record was read
 3          as requested.)
 4         THE WITNESS:  The way they word it it
 5  was nothing negative about it.  You know, the
 6  now -- when I first went to the police station
 7  the first two man -- man, lady cop was something
 8  like you, just wanted to know what took place.
 9  BY MS. STALF:
10     Q.  Did you speak to any additional police
11  officers or police detectives after you spoke to
12  the Chinese-looking officer?
13     A.  Well, after -- after police officer
14  did -- did what he did to me they was even
15  more sure that I did the crime because the
16  Chinese-looking police officer had me to the
17  point -- he had told me to let them know that I
18  did the crime of rape.
19         MS. STALF:  Could you read back my
20  question please?
21         (Whereupon, the record was read
22          as requested.)
23         THE WITNESS:  No, I didn't.
24
                                              287
```

```
 1  BY MS. STALF:
 2     Q.  After speaking to the Chinese-looking
 3  officer you didn't speak to any other police
 4  detectives or police --
 5     A.  No, I didn't.  They just took all --
 6  all the matters into their hands.
 7         MS. STALF:  Could you read --
 8         MS. MEADOR:  Could you read the answer
 9  back please?
10         (Whereupon, the record was read
11          as requested.)
12         MS. MEADOR:  Thank you.
13  BY MS. STALF:
14     Q.  What do you mean by they took all the
15  matters into their hands?
16     A.  They -- They went through the necessary
17  steps of getting me convicted.
18     Q.  What were the necessary steps that they
19  took to get you convicted?
20     A.  Had me to say -- to say in they
21  words -- had me to say what they wanted me to
22  say, that I did the crime of rape.
23     Q.  How did they have you say that you did
24  the crime?
                                              288
```

```
 1     A.  The physical abuse by the Chinese
 2  police looking police.
 3     Q.  Who had you say that you did the crime?
 4     A.  The Chinese-looking police.
 5     Q.  Did the Chinese-looking officer take a
 6  statement from you?
 7     A.  Holmes did.
 8     Q.  Was --
 9     A.  When they called him back from -- got
10  him out of bed.
11     Q.  Who called him back and got him out of
12  bed?
13     A.  I don't know the officer's name.
14     Q.  Who was Holmes?
15     A.  All I know -- All I know that's what
16  they said over the phone.
17     Q.  Was the phone call made in your
18  presence?
19     A.  It was a phone call made after
20  Holmes -- Holmes -- Holmes was at home in bed.
21  They called Holmes from the police station and
22  told Holmes that he -- he admitted to the crime
23  of rape and Holmes jumped up out of bed and came
24  back to the police station.
                                              289
```

73 (Pages 286 to 289)