# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CARL CHATMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 14-CV-02945 |
| CITY OF CHICAGO, et al., | ) |
| Defendant. | ) |

The continued video recorded discovery deposition of CARL CHATMAN, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before MICHELLE L. BARTA, a certified shorthand reporter for the State of Illinois, at 500 West Madison Street, Chicago, Illinois, on the 7th day of May, 2015, at the hour of 10:10 a.m.

Reported by: Michelle L. Barta, C.S.R., R.P.R.

License No: 084-004033

# CARL CHATMAN

**Page 70**

1  Q.  Did you ever see the written confession
2  that you talked about a little earlier?
3  A.  Only when he had me to sign it.
4      MS. STALF:  Okay.  I am going to
5  mark -- I think we are on Exhibit No. 5.  Is
6  that right?  I think.
7      MR. AINSWORTH:  Yes.
8      MS. STALF:  I am going to have
9  Exhibit No. 5 marked.
10         (Whereupon, Chatman Deposition
11          Exhibit No. 5 was marked for
12          identification.)
13 BY MS. STALF:
14  Q.  All right.  Mr. Chatman, I am showing
15 you what the court reporter has marked as
16 Exhibit No. 5 to your deposition.  Do you
17 recognize this document?
18  A.  Yes, ma'am.
19  Q.  Do you recognize this document to be
20 the handwritten confession that you saw when you
21 were at the police station?
22      MS. STALF:  One second, Ms. Stalf.
23      Do you have your glasses with you,
24 Carl?

**Page 71**

1      THE WITNESS:  No, I don't.
2      MS. STALF:  Rachel said she has got
3  some readers.
4      THE WITNESS:  Oh, okay.  Thank you.
5      MS. KILEY:  Sure.
6  BY MS. STALF:
7   Q.  Do those glasses help you?
8   A.  Yes, ma'am.
9   Q.  Okay, great.
10      Do you recognize this to be the
11 handwritten confession that you saw at the
12 police station?
13  A.  Yes, ma'am.
14  Q.  Could you go through each page and just
15 make sure that this is the complete confession
16 that you remember seeing at the police station?
17  A.  Yes, ma'am.
18  Q.  Okay.  Do you see your signature on
19 each page of this nine-page document?
20  A.  Yes, ma'am.
21  Q.  And do you see on some of the pages
22 your initials appear, is that correct?
23  A.  On some pages?
24  Q.  Yeah.  Feel free to flip through it if

**Page 72**

1  you need to.
2      For example, on the first page do you
3  see your initials about halfway down that large
4  paragraph?
5   A.  Right here?
6   Q.  Yes.
7   A.  Yes, ma'am.
8   Q.  Okay.  Do you remember signing each
9  page of this handwritten confession?
10  A.  Permission to speak, ma'am?
11  Q.  Yeah, you can speak.
12  A.  It was -- It was a little bit confusing
13 to me where to the point I didn't know -- I
14 really didn't understand word for word, but I
15 did sign it though.
16  Q.  Okay.  Did you watch as somebody wrote
17 out this confession?
18  A.  No, I did not.  I was asleep.
19  Q.  Where were you when you first saw this
20 confession?
21  A.  Going to -- to lockup cell.
22  Q.  You were in the lockup cell when you
23 saw the confession?
24  A.  Yeah, being shipped to 26th and

**Page 73**

1  California.
2   Q.  Was anyone else present when you first
3  saw the confession?
4   A.  Only seen but Holmes.
5   Q.  Did Holmes read this confession out
6  loud to you?
7   A.  Yes, he did, ma'am.
8   Q.  Did Holmes inform you that you could
9  make corrections to this confession?
10  A.  Yeah.  I told him wasn't even
11 necessary.
12  Q.  I am sorry, what was that?
13  A.  I told him wasn't even necessary.
14  Q.  Why did you tell him it wasn't
15 necessary?
16  A.  Because what he said goes.  You know,
17 what he says goes, but what I am saying here I
18 just signed it but I didn't understand the --
19 the confession as far as breaking down words and
20 syllables.
21  Q.  Did you tell Holmes that you didn't
22 understand the confession?
23  A.  Yeah.  At first I told him that it
24 was -- my eyesight was blurry because I wore

# CARL CHATMAN

| | |
|---|---|
| 1   A.   But I did tell him that it was<br>2   confusion and blurry.<br>3   Q.   Okay.  And the next sentence says,<br>4   "Carl states that he has been given the chance<br>5   to make any additions, corrections or changes he<br>6   wished."<br>7       Do you see that?  That's the next<br>8   sentence?<br>9   A.   Yeah, I see it.<br>10  Q.   Okay.  And was that read to you as well<br>11  by Mr. Holmes?<br>12  A.   What changes would I have made?<br>13  Q.   That's not my question, Mr. Chatman.<br>14      My question is was that read to you by<br>15  Mr. Holmes, that sentence?<br>16  A.   It must -- must words because my<br>17  initials and signature are on it.<br>18  Q.   Okay.  And your initials and signature<br>19  are in various portions of your statement where<br>20  corrections or changes were made as you went<br>21  through previously, correct?<br>22  A.   Correct.<br>23  Q.   Okay.  The next line says, "Carl states<br>24  that ASA Holmes has read the entire statement<br>154 | 1   signature is on it.<br>2   Q.   Okay.  The next sentence says, "Carl<br>3   states that the cut or scab on the right side of<br>4   his head was made by a young guy who tried<br>5   to" --<br>6       MR. AINSWORTH:  Rob.<br>7       MS. MEADOR:  What?<br>8       MR. AINSWORTH:  Rob I believe.<br>9       MS. MEADOR:  Thank you.<br>10      MR. AINSWORTH:  Rob him a few weeks<br>11  ago.<br>12      THE WITNESS:  Okay.<br>13  BY MS. MEADOR:<br>14  Q.   Do you see that sentence?<br>15  A.   Yes, ma'am.<br>16  Q.   Did Mr. Holmes read that as part of<br>17  your statement out loud to you?<br>18  A.   Yes, ma'am.<br>19  Q.   And is that true that you had a cut or<br>20  scab on the right side of your head --<br>21  A.   Yes, ma'am.<br>22  Q.   -- on May 25, 2002?<br>23  A.   Yes, ma'am.<br>24  Q.   And is it true that you had that cut or<br>156 |
| 1   out loud word for word, line for line and that<br>2   he followed along with the ASA."<br>3       Did Brian -- Mr. Holmes also read you<br>4   that line of your statement?<br>5   A.   I believe he did.<br>6   Q.   And was that true?<br>7   A.   I agree.<br>8   Q.   Okay.  The next line says, "Carl has<br>9   also signed photos of himself, People's No. 3<br>10  and No. 4."<br>11      MR. AINSWORTH:  Do you see that?<br>12      THE WITNESS:  Yeah.<br>13      MR. AINSWORTH:  It's right here.<br>14      THE WITNESS:  Okay.<br>15  BY MS. MEADOR:<br>16  Q.   Do you see that, Mr. Chatman?<br>17  A.   Yes, ma'am.<br>18  Q.   Were there photographs taken of you at<br>19  the police station?<br>20  A.   I believe only when they were going to<br>21  lock -- lock me up into the cell.<br>22  Q.   Okay.  Was that sentence of your<br>23  statement read to you by Mr. Holmes?<br>24  A.   Yeah, I believe it was because I -- my<br>155 | 1   scab on the side of your head as a result of a<br>2   guy who had tried to rob you a few weeks<br>3   earlier?<br>4   A.   Yes, ma'am.<br>5   Q.   It wasn't as a result of a fight that<br>6   you had gotten into with a man over a woman?<br>7   A.   Well, a little bit of both.  Woman --<br>8   Woman and money.<br>9   Q.   What was -- Can you tell me what -- who<br>10  this individual was --<br>11  A.   He was --<br>12  Q.   -- that you got in fight with?<br>13  A.   All I know he was a black -- black -- a<br>14  stocky guy heavier than me.  I couldn't do<br>15  nothing with him.<br>16  Q.   Did you know him before that day?<br>17  A.   Hmm?<br>18  Q.   Did you know him --<br>19  A.   No, I didn't know him.<br>20  Q.   -- before that day of the fight?<br>21  A.   No, I didn't know him.  He is a totally<br>22  stranger.<br>23  Q.   Total stranger.<br>24      How did the -- What gave rise to the<br>157 |