# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARL CHATMAN, | ) |
| Plaintiff, | ) No.: 14 cv 2945 |
| vs. | ) Judge John Z. Lee |
| CITY OF CHICAGO, et. al., | ) Magistrate Judge Maria Valdez |
| Defendants. | ) |

### DEFENDANTS JOHN ROBERTS, THOMAS MCGREAL, MARIA PENA, JACK BOOCK, RITA MISCHKA, BARBARA MIDONA, DENIS WALSH, MICHAEL KARCZEWSKI, RICHARD GRIFFIN, KRISTON KATO, AND BRYAN HOLY'S MOTION TO JOIN RIGGIO'S MOTION IN LIMINE NOS. 2, 3, 4, and 1, IN PART

NOW COME the Defendants, JOHN ROBERTS, THOMAS MCGREAL, MARIA PENA, JACK BOOCK, RITA MISCHKA, BARBARA MIDONA, DENIS WALSH, MICHAEL KARCZEWSKI, RICHARD GRIFFIN, KRISTON KATO and BRYAN HOLY (collectively "Defendant Officers"), by and through their attorneys, Steven B. Borkan, Timothy P. Scahill, Misha Itchhaporia, Graham P. Miller, and Krista E. Stalf, of BORKAN & SCAHILL, LTD., and for their Motion to Join Riggio's Motion in Limine Nos. 2, 3, 4, and 1, in Part, state as follows:

1. On August 30, 2018 Defendant Riggio filed her Motion in Limine nos. 1, 2, 3, and 4. Dkt. ## 631, 632, 633, 634.

2. The Defendant Officers hereby join and adopt in full Defendant Riggio's Motion in Limine nos. 2, 3, and 4. Dkt. ## 632, 633, 634.

3. The Defendant Officers hereby join and adopt in part Defendant Riggio's Motion in Limine no. 1. Dkt. # 631. Specifically, Defendant Officers join all of the arguments made therein with the exception of Defendant Riggio's argument no. 3, which asserts that the Certificate of Innocence is Unconstitutional as applied to Defendant Riggio if allowed into evidence.

1

WHEREFORE, Defendants JOHN ROBERTS, THOMAS MCGREAL, MARIA PENA, JACK BOOCK, RITA MISCHKA, BARBARA MIDONA, DENIS WALSH, MICHAEL KARCZEWSKI, RICHARD GRIFFIN, KRISTON KATO and BRYAN HOLY pray that this Court grant their motion and allow them to join Defendant Riggio's Motion in Limine nos. 1, 2, 3, and 4 as described herein.

| | |
|---|---|
| Timothy P. Scahill (6287296) | Respectfully submitted, |
| Steven B. Borkan (6193463) | BORKAN & SCAHILL, LTD. |
| Krista E. Stalf (6287032) | |
| 20 South Clark Street | |
| Suite 1700 | By: /s/Krista E. Stalf |
| Chicago, Illinois 60603 | Krista E. Stalf |