IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL CHATMAN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 14 C 2945 |
| v. | ) |
| | ) Judge John Z. Lee |
| THE CITY OF CHICAGO; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT KAREN WOJTCZAK'S MOTION *IN LIMINE* NO. 3: BAR ANY INFERENCE OR ARGUMENT BASED ON THE DATE OF PRODUCTION OF COMPLAINT REGISTER NO. 296034**

Defendant, Karen Wojtczak, by her attorneys, Terrence M. Burns of Reiter Burns LLP, for her motion *in limine* No. 3, moves to bar any inference or argument based on the date of the City's production of Complaint Register ("CR") No. 296034. The parties have met and conferred on this motion, and plaintiff stated his intention to offer the evidence Ms. Wojtczak seeks to exclude.

1. The claim against Ms. Wojtczak in this case asserts that her alleged failure to provide an anonymous letter to plaintiff or his criminal defense counsel rose to the level of extreme and outrageous conduct to support a claim for intentional infliction of emotional distress ("IIED"). The anonymous letter led OPS to open a 2004 investigation (CR No. 296034) into the alleged police misconduct described in the letter. In April 2004, Ms. Wojtczak, a civilian investigator with OPS, was assigned to take over the investigation in CR No. 296034. Ms. Wojtczak completed her investigation by October 1, 2004, and submitted the file and her completed reports for review and approval by her supervisor and Command Channel Review. Ms. Wojtczak had no further involvement with the file or the investigation, and she left OPS in December 2004.

1

2. After plaintiff's complaint was amended in April 2015 to add Defendant Kato as a party (Dkt. #196), plaintiff requested that the City produce CRs involving Kato. In early June 2015, the City produced Kato CRs, which included the file for CR No. 296034. That file was not located in response to earlier discovery requests seeking any CRs involving plaintiff.

3. Ms. Wojtczak seeks to preclude plaintiff from making any argument or seeking any inference against her at trial based on any alleged delay in the production of the file for CR No. 296034 during discovery in this case. She has had no involvement with the file since October 2004, and she has been gone from OPS since December 2004. Any delay in the production of the file cannot be attributed to Ms. Wojtczak. Because plaintiff's claim against Ms. Wojtczak is based on her alleged failure to provide the anonymous letter from CR. No. 296034 to plaintiff or his attorneys, it would be improper and prejudicial to argue or attempt to imply a negative inference against Ms. Wojtczak based upon an allegedly delayed disclosure of the file. Any such argument has no probative value as against Ms. Wojtczak, and the danger of unfair prejudice to Ms. Wojtczak is extreme. Rule 403.

For the foregoing reasons, Ms. Wojtczak moves to bar any inference or argument based on the date of the City's production of CR No. 296034 against her.

Date: August 31, 2018

Respectfully submitted,

s/ Paul A. Michalik
One of the Attorneys for Defendant,
Karen Wojtczak

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Reiter Burns LLP
311 South Wacker Dr., Suite 5200
Chicago, Illinois 60606
312-982-0090
312-429-0644 (facsimile)