IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL CHATMAN, | ) |
| Plaintiffs, | ) |
| | ) Case No. 14 C 2945 |
| v. | ) |
| | ) Judge John Z. Lee |
| THE CITY OF CHICAGO; *et al.*, | ) |
| Defendants. | ) |

**DEFENDANT KAREN WOJTCZAK'S MOTION *IN LIMINE* NO. 5: JOIN CERTAIN MOTIONS *IN LIMINE* FILED BY CO-DEFENDANTS**

Defendant, Karen Wojtczak, by her attorneys, Terrence M. Burns of Reiter Burns LLP, for her motion *in limine* No. 5 to join certain motions *in limine* filed by co-defendants, states:

1. On August 30, 2018, Defendant Riggio filed her Motion *in Limine* Nos. 1, 2, 3, and 4. (Dkt. ## 631, 632, 633, 634).

2. Defendant Wojtczak hereby joins and adopts in part Defendant Riggio's Motion *in Limine* No. 1. Dkt. # 631. Specifically, Ms. Wojtczak joins the arguments made therein with the exception of Defendant Riggio's argument No. 3, which asserts that the Certificate of Innocence ("COI") is unconstitutional as applied to Defendant Riggio if allowed into evidence, and argument No. 2 (admission of the COI would violated Riggio's due process rights), which are inapplicable to the claim against Ms. Wojtczak.

3. On August 30, 2018, Defendant Officers filed their Motions in Limine Nos. 1, 2, 3, 4, 5, 6, 7, 8, and 9. Dkt. ## 639, 640, 641, 642, 643, 644, 645, 646, 647.

4. Defendant Wojtczak hereby joins and adopts in full Defendant Officers' Motions *in Limine* nos. 2, 4, 6, 7, 8, and 9 (Dkt. ## 640, 642, 644, 645, 646, and 647), and requests that the relief sought in those motions be granted to her as well.

For the foregoing reasons, Defendant Karen Wojtczak asks that this Court grant this motion, and for any other relief this Court deems appropriate.

Date:  August 31, 2018                                   Respectfully submitted,

                                                         s/ Paul A. Michalik
Terrence M. Burns                                        One of the Attorneys for Defendant,
Paul A. Michalik                                         Karen Wojtczak
Daniel M. Noland
Reiter Burns LLP
311 South Wacker Dr., Suite 5200
Chicago, Illinois 60606
312.982-0090
312.429-0644 (facsimile)