IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL CHATMAN, | ) | |
| Plaintiff, | ) | |
| | ) | NO. 1:14-CV-02945 |
| -vs- | ) | |
| | ) | Honorable Judge John Z. Lee |
| CITY OF CHICAGO, *ET AL.*, | ) | |
| Defendants. | ) | Magistrate Judge Maria Valdez |

### SUSAN RIGGIO'S MOTION TO JOIN AND ADOPT VARIOUS MOTIONS *IN LIMINE* OF CO-DEFENDANTS, KAREN WOJTCZAK AND POLICE DETECTIVES

Defendant, SUSAN RIGGIO, by her attorneys, BOLLINGER CONNOLLY KRAUSE, LLC, and for her Motion to Join and Adopt various Motions *in Limine* of Co-Defendants, hereby states as follows:

1. On August 31, 2018, Co-Defendant, Karen Wojtczak filed her Motion *in Limine* Number 4 to bar any evidence or reference to the results of police involved shootings, bearing docket # 655.

2. On August 31, 2018, Police Detective Co-Defendants', John Roberts, Thomas McGreal, Maria Pena, Jack Boock, Rita Mischka, Barbara Midona, Denis Walsh, Michael Karczewski, Richard Griffin, Kriston Kato and Bryan Holy filed the following Motions *in Limine*:

   a. Defendant Officers' Motion *in Limine* No. 1 to Bar Reference to the "Anonymous Memorandum" or Any Investigation/Investigation File Related Thereto – Docket #639;
   b. Defendant Officers' Motion *in Limine* No. 2 to Bar Reference to Specific Instances of Alleged Misconduct – Docket #640;
   c. Defendant Officers' Motion *in Limine* No. 3 to Bar Reference to Any Alleged Deviation from Chicago Police Department Internal Policies and to Bar Officer Training Records and Reference to Any Insufficiency in Training – Docket #641;
   d. Defendant Officers' Motion *in Limine* No. 4 to Bar Any Reference to a "Code of Silence" or Like Terms Relating to Generalized Police Misconduct – Docket #642;
   e. Defendant Officers' Motion *in Limine* No. 5 to Bar Plaintiff's Expert Witness, Dr. Deryn Strange – Docket #643;

  f.  Defendant Officers' Motion *in Limine* No. 6 to Bar Reference to Other Events or Litigation Concerning Police Misconduct in Any Other Forum – Docket #644;
  g.  Defendant Officers' Motion *in Limine* No. 7 to Bar Reference Implying That Defendants Will Be Indemnified – Docket #645; and
  h.  Defendant Officers' Motion *in Limine* No. 8 to Bar Evidence of the Fourth, Fifth, and Sixth SERI Reports – Docket #646.

  2.  Defendant, SUSAN RIGGIO, hereby joins and adopts in full said Motions *in Limine* and incorporates those arguments herein as if her own.

  WHEREFORE, Defendant, Susan Riggio, prays that this Court grant her Motion to Join and Adopt Various Motions *in Limine* of Co-Defendants.

              Respectfully Submitted,

              /s/ Jeremiah P. Connolly
              One of the Attorneys for the Defendant,
              SUSAN RIGGIO

Jeremiah P. Connolly, #03124158
Rachel D. Kiley, #6283247
Margaret M. Molloy, #6317096
BOLLINGER CONNOLLY KRAUSE LLC
500 West Madison Street, Suite 2430
Chicago, Illinois 60661
Tel: (312) 253-6200
Fax: (312) 253-6201

# **CERTIFICATE OF SERVICE**

  I, Jeremiah P. Connolly, hereby certify that I electronically filed the foregoing Defendant's Notice of Motion with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing this 31st day of August, 2018.

                    /s/ Jeremiah P. Connolly