IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CARL CHATMAN,                    )

             Plaintiff,      )

  vs.                            ) Case No. 14-CV-02945

CITY OF CHICAGO, et al.,    )

            Defendant.      )


        The video recorded discovery deposition of CARL CHATMAN, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before MICHELLE L. BARTA, a certified shorthand reporter for the State of Illinois, at 500 West Madison Street, Illinois, on the 26th day of February, 2015, at the hour of 10:27 a.m.


Reported by:  Michelle L. Barta, C.S.R., R.P.R.

License No:  084-004033

1

EXHIBIT 1

**CARL CHATMAN**

1       A.    My sister.

2       Q.    Anyone else?

3       A.    No.

4       Q.    Okay.  Does your sister's daughter live

5    there?

6       A.    Yeah.

7       Q.    Okay.

8       A.    But I don't talk to her or I don't talk

9    to her or I don't have anything to say.  I just

10   be number one quiet day, night, day.

11      Q.    Okay.  And the sister you leave with is

12   Theresa Chatman?

13      A.    Correct.

14      Q.    And what is her daughter's name?

15      A.    Monica Lofton.

16      Q.    Why don't you talk to Monica Lofton?

17      A.    Because the women -- the womens know

18   the rest.

19      Q.    What do you mean by that, sir?

20      A.    The women's society know the rest.  No

21   comment.

22      Q.    Do you not like women?

23      A.    Do women like men being around their

24   daughter?

14

**CARL CHATMAN**

1  you --

2          THE WITNESS:  Well, what if they --

3  they think I am going to talk like a --

4          MR. AINSWORTH:  Carl?

5          THE WITNESS:  -- like a sissy though.

6  Okay, forget it.

7          MR. AINSWORTH:  Wait for her -- Wait

8  for the question to be asked.

9  BY MS. KILEY:

10     Q.   Do you think you're a sissy, Carl?

11          MR. AINSWORTH:  Object to the form of

12  the question and relevance.

13          Are you trying to harass the person?

14          MS. KILEY:  He just made that comment.

15  BY MS. KILEY:

16     Q.   Do you think you're a sissy?

17     A.   Well, I am a man.  It's a man's world.

18     Q.   What do you mean by that, sir?

19     A.   It's just a man's world and not a sissy

20  world.

21     Q.   Okay.  You think man are -- men are in

22  control?

23          MR. AINSWORTH:  Object to the form of

24  the question.

                                                17

**CARL CHATMAN**

1    Q.   How so?

2         MR. AINSWORTH:  Object to the form of

3    the question.

4         THE WITNESS:  You know the rest.  You

5    know better than I know.

6    BY MS. KILEY:

7    Q.   Have you had any problems living with

8    your sister Theresa?

9    A.   Yeah, being -- just being a man.

10   Q.   When you say "just being a man," do you

11   mean when you threatened to kill Theresa?

12   A.   When --

13        MR. AINSWORTH:  Object to the form of

14   the question.

15        THE WITNESS:  When women -- When women

16   think -- think how they think about men it's not

17   too pleasant.

18   BY MS. KILEY:

19   Q.   How do women think about men?

20   A.   You know better than I do because I am

21   a man and you're a female.

22   Q.   Do you try to punish women because you

23   don't like their thoughts?

24   A.   No.  Womens try to punish me.

19

**CARL CHATMAN**

1      A.    I prefer living by myself.

2      Q.    Do women upset you?

3      A.    No.  I upset women.  I bug women.  I

4   bug women just the sight of me.

5      Q.    Is that why you threaten to kill women?

6           MR. AINSWORTH:  Object to the form of

7   the question, mis -- assumes facts not in

8   evidence.

9           THE WITNESS:  I don't even be in a

10  woman's company.  Only time I be in a woman's

11  company is when my sister drive me to the

12  grocery store and back in the house.

13  BY MS. KILEY:

14     Q.    Okay.

15     A.    I stay in the house day, night, day.

16     Q.    Do you recall the police coming to

17  Theresa's house in October of 2014?

18     A.    For the MacNeal Hospital?  Yes, I

19  remember.

20     Q.    Do you know why they came?

21     A.    Yeah, because she was harassing me and

22  when she got my money she threatened to put me

23  out.  After she got what she want she threatened

24  to put me out.

**CARL CHATMAN**

```
 1    I am scared of women.
 2    BY MS. KILEY:
 3        Q.   Okay.  Do you remember telling -- I am
 4    sorry.  Strike that.
 5             Do you -- Did you threaten your sister
 6    Theresa by saying you're going to kill her?
 7        A.   She threatened me first because I -- I
 8    never -- All I do is speak to her, the rest of
 9    the day I am quiet.  I speak to her in the
10    morning time, then I am quiet from day to
11    daybreak again.
12        Q.   How did she threaten you?
13        A.   Like -- She said I got -- I got what
14    the mens want.  I said well, that's your -- your
15    issue.
16        Q.   Okay.  Did she say she was going to
17    hurt you?
18        A.   Yeah.
19        Q.   Did she say she was going to kill you?
20        A.   No.  She didn't say she was going to
21    kill me, but she doing a pretty good job of
22    making me suicidal, yeah.
23        Q.   Okay.
24        A.   Um-hum.
```

**CARL CHATMAN**

```
 1    BY MS. KILEY:
 2         Q.   Okay.  So you did threaten Theresa?
 3         A.   Yeah, because I was on the suicide
 4    attempt.  She pushed me to suicidal.
 5         Q.   All right.  And that's why you
 6    threatened to kill her?
 7         A.   Right.
 8              MR. AINSWORTH:  Object to the form --
 9              THE WITNESS:  Got to come out of the
10    corner some kind of way to defend yourself.
11    BY MS. KILEY:
12         Q.   I got it.  And did you accuse your
13    sister on that day of trying to take your money?
14         A.   She -- She said that out of her own
15    mouth.
16         Q.   Okay.  Did you think that your
17    sister was conspiring with your attorney
18    Russell Ainsworth to take your money?
19         A.   No, no, because what it was she was
20    telling me that she was scared of the lawyer so.
21         Q.   Okay.  Did you --
22         A.   She wasn't scared of me but she was
23    scared of everybody else.
24         Q.   Did you hear voices that your lawyer
```

**CARL CHATMAN**

```
 1   you were hearing voices that your lawyer was
 2   talking to your sister and thinking that she was
 3   trying to take your money, would those MacNeal
 4   records be inaccurate?
 5           MR. AINSWORTH:  Same objection.
 6           THE WITNESS:  What do inaccurate mean?
 7   BY MS. KILEY:
 8       Q.   If the MacNeal --
 9       A.   Falsified?
10       Q.   You think that those records were
11   falsified?
12           MR. AINSWORTH:  No.  He is trying to
13   ask you what --
14           THE WITNESS:  Yes, ma'am.
15           MR. AINSWORTH:  Hang on.
16           He is trying to ask you what does
17   inaccurate mean and he asked you if it means
18   falsified.
19           MS. KILEY:  Okay.  Are you testifying,
20   Russell?  Let's move on.
21           MR. AINSWORTH:  Listen.  Miss Kiley, in
22   this deposition I would appreciate if you would
23   extend the courtesy to Mr. Chatman to not try
24   and put words in his mouth and simply just ask
```

**CARL CHATMAN**

1    the questions.

2    BY MS. KILEY:

3        Q.    Do you think that the MacNeal records

4    were falsified?

5        A.    Yes, ma'am.

6        Q.    Okay.  Thank you.

7              THE VIDEOGRAPHER:  Ms. Kiley, I am

8    getting some rustling from your microphone.

9    Just make sure it's out and not covered by

10   anything.  If you clip it to the lapel.  Thank

11   you.

12   BY MS. KILEY:

13       Q.    Do you think all women are evil?

14       A.    Now, that's something that I never did

15   research.  I never did research or -- or try to

16   figure out the woman's mind, but I know men have

17   a one-track mind.  I know men have a one-track

18   mind because I have got a one-track mind and

19   that's to work and make money.

20       Q.    Do men have a one-track mind to have

21   sex?

22       A.    No.

23       Q.    Okay.

24       A.    I don't think about sex period.

30

**CARL CHATMAN**

```
 1        Q.    Have you ever thought about sex?

 2        A.    No.

 3        Q.    Have you ever masturbated, sir?

 4        A.    No.

 5        Q.    If the MacNeal Hospital records

 6   indicate that you said all women are evil, would

 7   those records be inaccurate?

 8             MR. AINSWORTH:  Object to the form of

 9   the question and he's having trouble with the

10   word inaccurate.  Perhaps you can rephrase.

11   BY MS. KILEY:

12        Q.    Would those records be false?

13             MR. AINSWORTH:  Object to the form of

14   the question, calls for speculation.

15             THE WITNESS:  Well -- Well, what do

16   the -- What do the word evil mean?

17   BY MS. KILEY:

18        Q.    That all women are bad.

19        A.    I don't -- That don't what evil means.

20        Q.    Yeah.  What do you understand the word

21   evil to mean?

22        A.    Evil -- I thin evil is like wicked in

23   the mind.

24        Q.    Okay.
```

CARL CHATMAN

```
 1        A.   I mean, you know, maneuver -- maneuver,
 2   stuff like that.  That's what evil means.
 3        Q.   Do you think all --
 4        A.   Evil don't mean bad.
 5        Q.   Okay.
 6        A.   Not in my dictionary.
 7        Q.   Okay.  That's fine.  We will use your
 8   dictionary.
 9             Do you think all women are evil going
10   by your definition?
11        A.   Well, I don't know because I don't be
12   around women.
13        Q.   Okay.  Did you tell the staff at
14   MacNeal Hospital that you did not want to speak
15   to any women?
16        A.   Yes, ma'am.
17        Q.   Okay.  Did you threaten medical
18   personnel at MacNeal Hospital?
19        A.   No, I didn't, ma'am.
20        Q.   If the MacNeal records indicate that
21   you threatened medical personnel, would those
22   records be false?
23             MR. AINSWORTH:  Objection, calls for
24   speculation.
```

32

**CARL CHATMAN**

```
 1    BY MS. KILEY:
 2        Q.   Were you physically aggressive while
 3    you were at --
 4        A.   He was.
 5        Q.   Okay.  Someone at MacNeal Hospital
 6    tried to be physically aggressive with you?
 7        A.   Yes, ma'am.  All of them.
 8        Q.   Okay.  People at MacNeal Hospital tried
 9    to beat you?
10        A.   Well, they was having female issue.
11    They was having female issue.  I was having
12    money issues.
13        Q.   Did you throw objects around your room
14    at MacNeal Hospital?
15        A.   No, I didn't.
16        Q.   If the MacNeal records indicate that
17    you threw objects around your room, would those
18    records be false?
19             MR. AINSWORTH:  Objection --
20             THE WITNESS:  Yes, ma'am.
21             MR. AINSWORTH:  -- calls for
22    speculation.
23    BY MS. KILEY:
24        Q.   Did you flirt with your case manager at
```

1    weirdo, you are a rapist?

2         A.    That's what I told them.

3         Q.    Did you threaten staff at MacNeal on

4    October 24, 2014, and state, "Fuck you lazy ass

5    staff and I am going to attack staff and I hope

6    I go to jail"?

7         A.    I didn't say lazy because what it was

8    they just -- they just -- How would I put it?

9    They -- They -- They was maneuvering where to

10   the point they didn't -- they didn't pay me no

11   attention until they -- they made me angry.  So

12   in other words, they ignored me for a reason and

13   I don't mean because I was mad.  They ignored me

14   where to the point where I would get mad.  You

15   know, no service, no -- no medication,

16   et cetera, et cetera, et cetera.  I mean, in

17   other words, they wouldn't help me period

18   until -- until I got mad.

19        Q.    Okay.  Why did you want to go back to

20   jail?

21             MR. AINSWORTH:  Object to the form of

22   the question.  It assumes facts not in evidence.

23             THE WITNESS:  I don't even come outside

24   so I am not worried about going to jail.

36

**CARL CHATMAN**

1　the house every day until I die.

2　BY MS. KILEY:

3　　　Q.　Do you mind going back to jail?

4　　　A.　I don't want -- If I wanted to go to

5　jail I would come outside.

6　　　Q.　Do you think if you go outside you will

7　do something wrong and you will go back to jail?

8　　　A.　If I go outside because I deal with

9　ignorant peoples in the public.

10　　　Q.　And do those ignorant people make you

11　upset and you want to hurt them?

12　　　A.　No, they don't.

13　　　　　MR. AINSWORTH:　Objection.

14　　　　　THE WITNESS:　I just don't want to be

15　in their company.

16　　　　　MR. AINSWORTH:　Let me get out an

17　objection, Carl.

18　　　　　Miss Kiley, if you can give it a pause

19　so I can make my objection --

20　　　　　MS. KILEY:　Okay.

21　　　　　MR. AINSWORTH:　-- I appreciate it.

22　　　　　MS. KILEY:　All right.

23　BY MS. KILEY:

24　　　Q.　So the staff at MacNeal were ignoring

38

**CARL CHATMAN**

```
1    you so you had to get upset with them, is that
2    right?
3         A.   Right.  Right, to get -- to get cared
4    for.
5         Q.   Okay.  So when people ignore you you
6    get upset?
7         A.   No, I don't.
8              MR. AINSWORTH:  Object to the form of
9    the question.
10             THE WITNESS:  They do me a favor.
11   Like with -- Like with if you would ignore me in
12   the room you would do me a favor.
13   BY MS. KILEY:
14        Q.   Are you currently on medications?
15        A.   Yes, ma'am.  Risperdal, Trazodone
16   and -- Trazodone and -- and Fluoxetine.
17        Q.   Were you taking your medications in the
18   week or so before you went to MacNeal Hospital?
19        A.   Yeah.  Yeah, I was constantly taking my
20   medication because I realize the fact that I
21   need my medications.
22        Q.   Why do you think you need your
23   medications?
24        A.   To sleep.  Sleep all day and all night.
```

39

CARL CHATMAN

1    objection before you answer, okay?

2                    (Whereupon, the record was read

3                    as requested.)

4            MR. AINSWORTH:  Objection, form of the

5    question, assumes facts not in evidence.

6            You can answer the question if you

7    understand it.

8            THE WITNESS:  Yeah, I wasn't four years

9    old.

10   BY MS. KILEY:

11       Q.   Do you not understand that question,

12   sir?

13       A.   Yeah.  You asked me why would my sister

14   and attorney object to me going to my friend's

15   house.  I am telling you.  I was saying I am

16   close to 62 years old.

17       Q.   Okay.  Do you think you can go live

18   with Ron if you want to?

19       A.   I can go live with my wife now on the

20   south side.

21       Q.   Is that what you're going to do?

22       A.   Exactly, because I don't like the west

23   side period.

24       Q.   I saw in your MacNeal records that you

43

**CARL CHATMAN**

1    used the term you west side black bitches.  Do

2    you remember saying that?

3         A.   Well -- Well, if -- If I call her lady

4    that sound corny.

5              MS. KILEY:  Can you read back the

6    question please?

7                   (Whereupon, the record was read

8                    as requested.)

9              THE WITNESS:  Who says that?

10   BY MS. KILEY:

11        Q.   Have you said that before?

12        A.   Well, all mens have said that.

13        Q.   All men call women bitches?

14        A.   And women said it, too, because I heard

15   womens calling each other that and I heard mens

16   also say that, too.

17        Q.   And you call women bitches?

18        A.   Women call each other that.

19             MS. KILEY:  Can you read back the

20   question please?

21             THE WITNESS:  No, I didn't say that.

22   BY MS. KILEY:

23        Q.   So if the MacNeal records indicate that

24   you say --

44

**CARL CHATMAN**

```
 1              MR. AINSWORTH:  Yes, Carl.
 2              THE WITNESS:  Okay.
 3              MR. AINSWORTH:  Would you please read
 4    back the question?
 5                   (Whereupon, the record was read
 6                    as requested.)
 7              THE WITNESS:  Is mens with mentality
 8    are the boss?  Do mens with -- Is women with
 9    mentality are the boss?  Womens?  That's what
10    you asked me?  Because I didn't quite understand
11    the conversation.
12    BY MS. KILEY:
13        Q.   Okay.  Do you think women that act like
14    men are the boss?
15        A.   Yes, I do.
16        Q.   Okay.  Do you feel like Theresa
17    emotionally neglects you?
18        A.   No.  She do me a favor when she don't
19    talk.
20        Q.   Are there any other females at the
21    hospitals that you have been to that have
22    flirted with you other than the one at MacNeal?
23        A.   No, because I ain't been at no other
24    hospital.
```

48

**CARL CHATMAN**

1    Q.   Do you remember being at

2    Loretto Hospital?

3    A.   When?

4    Q.   Do you remember being at

5    Loretto Hospital in 1974?

6    A.   Vaguely.

7    Q.   Okay.  Did you attempt to molest your

8    sister?

9    A.   Well, everybody have -- have a problem

10   about my south side wife.  Even the males.  They

11   block me from my wife, even the males.  They

12   think my wife is -- They think my wife is they

13   woman.

14   Q.   What do you mean by --

15   A.   Any time I talk about my wife look like

16   they try to upset me, keep me upset.  Any time I

17   speak on my wife look like they be trying to

18   keep me upset for some apparent reason.

19   Q.   Do you know why people try to keep you

20   away from your wife?

21   A.   Nothing but they can answer that

22   question where to the point I stopped seeing my

23   wife because of west side.

24   Q.   Have you ever --

**CARL CHATMAN**

1      A.    Their business.

2      Q.    Have you ever hit your wife?

3      A.    No, I haven't.  I never hit Theresa

4    neither.  I stopped seeing my wife on the south

5    side because of west side.

6      Q.    Sir, did you attempt to sexually molest

7    your sister?

8      A.    Well, no, because my sister would --

9    would -- My sister treats -- My sister treat me

10   back in '74 like she do today.

11     Q.    Okay.

12     A.    Ain't nothing changed about my sister.

13   Nothing but her age, that's all.

14     Q.    Do you remember telling medical

15   personnel at Chicago Reed on October 9, 1974,

16   that you attempted to molest your sister?

17     A.    Well, my wife came over and my sister

18   always disapproved of that.  In other words, my

19   sister stopped me from seeing my wife and --

20   Yeah.  My sister stopped me from seeing my wife.

21   My sister stopped me from seeing women because I

22   put my clothes in the cleaners and I told my

23   sister go pick up the clothes and I stayed home

24   while she pick up the clothes.

**CARL CHATMAN**

1     Q.   That's evil right there?

2     A.   (No audible response.)

3     Q.   If the Chicago Reed records indicate

4   that you attempted to sexually molest your

5   sister, would those records be false?

6        MR. AINSWORTH:  Objection, that

7   mischaracterizes the evidence and objection,

8   speculation.

9        You can answer.

10       THE WITNESS:  Do I have to answer?

11       MR. AINSWORTH:  Yes, sir.

12       THE WITNESS:  Okay.  What it was, what

13  my sister -- my sister really -- Well, my sister

14  really don't want woman into my life period

15  white or black.

16  BY MS. KILEY:

17     Q.   Have you ever tried to touch your

18  sister?

19     A.   No.  I won't touch her -- I wouldn't

20  touch her if you paid me a million dollars.

21     Q.   Have you ever tried to have sex with

22  your sister?

23     A.   No, I haven't.  She -- She always

24  tried -- You know women -- You know how women

52

**CARL CHATMAN**

1    Well -- Well, just put it this way, that I

2    ignore womens when they feel friendly.

3    BY MS. KILEY:

4        Q.    Do women -- Excuse me.  Do women --

5        A.    In other words -- In other words, women

6    do throw their self at man.

7        Q.    Do women throw themselves at you?

8        A.    No, because I don't be around.

9        Q.    Okay.  When you were around women did

10   they throw themselves at you?

11            MR. AINSWORTH:  Object to the form of

12   the question.

13            THE WITNESS:  I was never around.  When

14   I go to the store I stay in the car while my

15   sister go in the store.

16   BY MS. KILEY:

17       Q.    Before you went to prison did women

18   throw themselves at you?

19       A.    Well, I didn't have nothing to do with

20   womens before I went to prison.

21       Q.    You have never had anything to do with

22   women?

23       A.    I never -- I never had a woman on the

24   west side and hope -- hope in the near future

                                                    54

1    not to have a woman on the west side.

2        Q.   Did you expose yourself to the public?

3            MR. AINSWORTH:  Object to the form of

4    the question.

5            THE WITNESS:  Like today?

6    BY MS. KILEY:

7        Q.   Okay.  Have you ever taken your penis

8    out of your pants in public?

9        A.   No.  I always go to a private washroom.

10       Q.   Do you know why the Chicago Reed

11   records from 1974 would say that you exposed

12   yourself to the public?

13       A.   Well, I wouldn't expose myself to the

14   public, but -- How would I put it?  At the time

15   the world was upside down back in '74.

16       Q.   Okay.  If the MacNeal -- I am sorry.

17   If the Chicago Reed records from October of 1974

18   indicate that you exposed yourself to the

19   public, would those records be false?

20           MR. AINSWORTH:  Objection --

21           THE WITNESS:  Could you be more

22   specific?

23   BY MS. KILEY:

24       Q.   If the Chicago Reed records from

## CARL CHATMAN

```
 1    what it is, I really don't like to get serious
 2    period.
 3         Q.   Have you threatened to kill any family
 4    members besides your sister Theresa?
 5         A.   No, because I am not serious at all.
 6         Q.   Have you tried to kill women in the
 7    past?
 8         A.   No.  I figure all women had a right to
 9    walk up and down the street.
10         Q.   Have you tried to kill women in the
11    past because you could not --
12         A.   No.
13         Q.   -- make love to them?
14         A.   No.  I -- Like I said, I don't have no
15    feelings for love.  I lost the feeling for love.
16         Q.   Do you know why the Chicago Reed
17    records from 1983 would say that you tried to
18    kill women in the past because you could not
19    make love to them?
20              MR. AINSWORTH:  Objection, calls for
21    speculation.
22              THE WITNESS:  Okay.  I -- I don't -- I
23    don't even know what they're talking about.
24
```

## CARL CHATMAN

1     A.   No, I haven't.

2     Q.   Why would you have told Dr. Justiano at

3 Chicago Reed on January 4, 1986, that you had

4 raped women and the police --

5     A.   1986?  Thought you said '74.

6     Q.   No.  We are on 1986 now.

7     A.   I didn't say that.

8     Q.   So if the Chicago Reed records from

9 1986 indicate that you told Dr. Justiano that

10 you had raped women and the police had not

11 caught you, those records would be false?

12     A.   Correct, because from -- from 1971

13 ain't had no sex urges for womens and still

14 don't have -- still don't have sex urges for

15 womens.

16        MS. MEADOR:  Can you read the answer

17 back please?

18            (Whereupon, the record was read

19              as requested.)

20        THE WITNESS:  Correct.

21        MS. MEADOR:  Thank you.

22 BY MS. KILEY:

23     Q.   Are you saying that you had not had sex

24 with any women after 1971?

## CARL CHATMAN

```
 1        A.    Yes, ma'am.

 2        Q.    When was your son Dupree born?

 3        A.    My son Dupree was born on the south

 4   side of town where me and my wife live.

 5        Q.    What year was he born?

 6        A.    He was born back in '74.

 7        Q.    Do you remember --

 8        A.    The only woman that I had a

 9   relationship with is nothing but my wife and no

10   other woman.

11        Q.    Why then would you tell medical

12   personnel at Dixon that you had slept with

13   prostitutes?

14             MR. AINSWORTH:  Objection to the form

15   of the question.

16             THE WITNESS:  I didn't tell them that

17   because I never did sleep with a prostitute

18   because the prostitute have nothing but

19   diseases.

20   BY MS. KILEY:

21        Q.    So if the Dixon records indicate that

22   you reported sleeping with prostitutes, those

23   Dixon records would be false?

24        A.    False, correct.  Like I said, when I
```

**CARL CHATMAN**

1      Q.   Did you ever have sex with Pam?

2      A.   Sometime off and on because she lived

3   on the south side.

4      Q.   Would you take out the garbage for her?

5      A.   No, because we was at a nursing home.

6      Q.   What nursing home were you at?

7      A.   I was at Columbus -- Columber [sic]

8   Manor.

9      Q.   When you would have sex with Pam would

10  you cum inside of her?

11           MR. AINSWORTH:  Objection, relevance.

12           THE WITNESS:  When I had sex with Pam

13  she was satisfied and I was satisfied.

14  BY MS. KILEY:

15      Q.   Okay.

16      A.   By silent night, Holy night.

17      Q.   Would you cum inside of her or would

18  that be rude?

19           MR. AINSWORTH:  Objection.

20           THE WITNESS:  That would be -- That

21  would be, how would I put it, a breakage --

22  breakage of my -- of my wedding vows.

23  BY MS. KILEY:

24      Q.   So you would not cum inside of Pam?

**CARL CHATMAN**

1  hallucinations?

2      A.   Yeah.  Yeah, I probably admitted myself

3  in the hospital to keep from hurting my -- my

4  own -- my own -- own kind, black man.

5      Q.   Have you --

6      A.   I mean, because I don't -- I don't get

7  no pleasure out of trying to hurt men period.

8  It's a reason why because the women in our

9  society.

10          MS. KILEY:  I am sorry, could you -- I

11  am having a hard time hearing.  Can you read

12  back the answer please?

13                  (Whereupon, the record was read

14                   as requested.)

15          THE WITNESS:  I mean, you know -- I

16  wouldn't try to play a police part.

17  BY MS. KILEY:

18      Q.   Do you get pleasure out of hurting

19  women?

20      A.   No.  Those -- Those are the ones I care

21  for first and then came men.  I put women before

22  men because I don't have no hatred toward

23  women's society, but that's her right to be --

24  be as a woman, as a woman.  Okay, yeah.

71

CARL CHATMAN

1    trying to get back at him.

2        Q.   Okay.

3        A.   Black guy.  Because, you know, in my

4    neighborhood, you know, the -- I might have a

5    dollar more than what he have, the way I dress,

6    the way I carry myself.  I carry myself with --

7    Yeah, I carry myself like Mr. Universe where to

8    the point the -- he had hatred and jealousy

9    towards me.  Yeah.

10       Q.   Were you afraid that you were going

11   to --

12       A.   Yes, I was afraid -- I am afraid of

13   being hurt.

14       Q.   Okay.  You have got to let me answer --

15   or ask the questions, okay?

16       A.   Okay.

17            MR. AINSWORTH:  So give it a pause,

18   Carl, and just wait for the question.

19   BY MS. KILEY:

20       Q.   Do you remember telling medical

21   personnel at Loretto Hospital in November of

22   1992 that you were not getting sex and you

23   wanted to improve your love life?

24       A.   You got to be kidding, but I don't

76

CARL CHATMAN

1    remember saying anything like that.

2        Q.   Okay.  So if the records indicate that,

3    would those records --

4        A.   To improve my love life I don't -- Like

5    I said, I don't even think about sex.

6        Q.   Okay.  If the records from

7    Loretto Hospital --

8        A.   That's an ugly word to say.

9        Q.   You have to let me ask the question,

10   okay, please?

11       A.   Yeah.

12       Q.   If the records from Loretto Hospital

13   indicate in 1992 that you were not getting

14   enough sex and wanting to improve your love

15   life, those records would be false?

16       A.   Yes.

17            MR. AINSWORTH:  Objection, calls for

18   speculation.

19            THE WITNESS:  Okay.

20   BY MS. KILEY:

21       Q.   Do you remember your sister calling the

22   police on you in November of 1992?

23       A.   I vaguely remember.  In other words, I

24   don't remember.

77

**CARL CHATMAN**

1      Q.   Okay.

2      A.   I don't recall.

3      Q.   Well, has Theresa called the police on

4  you on any occasion other than just this last

5  October 2014 when you threatened her life?

6           MR. AINSWORTH:  Objection to form.

7           THE WITNESS:  Because really she out to

8  hurt me.

9  BY MS. KILEY:

10     Q.   Okay.  How many times has Theresa

11 called the police on you?

12     A.   Because she out to hurt me.

13     Q.   How many times has she called the

14 police on you?

15     A.   Numerous times because she out to hurt

16 me.

17     Q.   More than five?

18     A.   She out to hurt me.  Five times or

19 more.  She out to hurt me.  Well, womens on the

20 west side is out to hurt me, yeah.

21     Q.   Do you not like women from the west

22 side?

23     A.   No, I don't.

24     Q.   Why not?

**CARL CHATMAN**

```
 1    the question.
 2            THE WITNESS:  My south side wife have
 3    more experience.
 4    BY MS. KILEY:
 5        Q.   What type of experience?
 6        A.   Knowledge and communication that
 7    doesn't leave me mad anything the way she talk
 8    to me.  Me and my wife always have a -- I lock
 9    up in the room and have a friendly conversation
10    with my wife.
11        Q.   Are you attracted to women with
12    knowledge?
13            MR. AINSWORTH:  Object to form of the
14    question.
15            THE WITNESS:  No, I am not.
16    BY MS. KILEY:
17        Q.   What type of woman are you attracted
18    to?
19        A.   My wife.
20        Q.   Do you remember -- or strike that.
21            Did you voluntarily admit yourself to
22    Loretto Hospital on May 29, 1994?
23        A.   I vaguely remember admitting myself.
24        Q.   You did?
```

80

**CARL CHATMAN**

```
1              MS. KILEY:  I am sorry, can you read
2    that back please?
3                   (Whereupon, the record was read
4                    as requested.)
5    BY MS. KILEY:
6        Q.   Who raised you?
7        A.   My father.
8        Q.   When did your parents divorce?
9        A.   When I was a young boy.
10       Q.   About how old were you?
11       A.   I had to be close to about 18 or 19,
12   um-hum.
13       Q.   Why didn't your mom want you?
14            MR. AINSWORTH:  Object to the form of
15   the question.
16            THE WITNESS:  Because my mother died.
17   BY MS. KILEY:
18       Q.   Okay.  Why is it that your father
19   raised you?
20       A.   My father -- My father raised me into a
21   man.
22       Q.   Why didn't your mother raise you?
23       A.   Because a woman cannot raise a man but
24   a woman can raise a daughter.
```

**CARL CHATMAN**

1      Q.   Did you live with your mother at any

2   period of time?

3      A.   Yeah.  I stayed with her off and on.  I

4   left my mother and married my wife.

5      Q.   Did you ever hit your mother?

6      A.   No.

7      Q.   Did your mother ever call the police on

8   you?

9      A.   No, not really, but the family members

10   was maneuvering in the house where to the point

11   I really didn't want to stay there.  So I left

12   home when I was -- When I graduated from high

13   school I left home.

14      Q.   Do you remember your mother

15   calling the police on you in May of 1994 when

16   you voluntarily admitted yourself to

17   Loretto Hospital?

18      A.   Could you be more specific because I

19   vaguely remember?

20      Q.   Did you tell the doctors at

21   Loretto Hospital in May of 1994 that your mother

22   called the police on you?

23      A.   Well, that's nothing new.  It doesn't

24   surprise me.

**CARL CHATMAN**

1     Q.   Would your mom call the police on you

2  frequently?

3     A.   No, she wouldn't because -- No, she

4  wouldn't because I wasn't -- what you call it --

5  a violent child.

6         MS. KILEY:  Can you read that back?

7            (Whereupon, the record was read

8             as requested.)

9  BY MS. KILEY:

10    Q.   If the records from Loretto Hospital

11  from May 29, 1994, indicate that your mother

12  called the police on you, would those records be

13  false?

14         MR. AINSWORTH:  Objection, calls for

15  speculation.

16         THE WITNESS:  Well -- Well, if my

17  mother called the police on me what can I do

18  about it but go along -- go along with the

19  program like any other -- any other male do.

20  BY MS. KILEY:

21    Q.   Do you remember threatening your mother

22  around May of 1994?

23    A.   Well, I really wouldn't say threat

24  because I wouldn't threaten no one.  I would

84

```
 1   only try to talk to -- to society and I find it
 2   hopeless just talking to society.
 3        Q.   Do you remember kicking in a door at
 4   your mother's home in May of 1994?
 5        A.   On Gladys?  On Gladys?
 6        Q.   Wherever your mother was living at that
 7   time.
 8        A.   When she was living on Gladys the door
 9   never was kicked in.
10        Q.   Okay.  So if the records from Loretto
11   in 1994, May of 1994, indicate that you kicked
12   in your mother's door, are those records false?
13             MR. AINSWORTH:  Object to the form of
14   the question.
15             THE WITNESS:  Yeah, they are false
16   because none of the doors are damaged at my
17   mother's house before she died.  Everything in
18   the house there is in perfectly condition.
19   BY MS. KILEY:
20        Q.   In May of 1994 did you threaten your
21   nieces and nephews?
22        A.   Well, my niece and nephews ignorant to
23   the fact that -- that I am a man.
24        Q.   Did you have to teach your nieces and
```

85

CARL CHATMAN

1    nephews in 19 -- in May of 1994 that you were a

2    man by threatening them?

3         A.    I wouldn't give them the time of day.

4              MS. KILEY:  Could you read my question

5    back please?

6                   (Whereupon, the record was read

7                    as requested.)

8              THE WITNESS:  I didn't threaten them.

9    I just wouldn't give them the time of day.

10   BY MS. KILEY:

11        Q.    Okay.  So if the records from

12   Loretto Hospital in May of 1994 indicate that

13   you threatened your nieces and nephews, those

14   records would be false?

15        A.    Correct.

16        Q.    Okay.  Do you remember telling a female

17   medical provider at Loretto Hospital in May of

18   1994 you ain't shit you white bitch, you better

19   not touch me?

20        A.    Well, I don't remember.  Like I say

21   calling a lady is corny; but, you know, I tried

22   to stay dry mouthed and consider her as -- as a

23   lady.  But, you know, they always seem to try

24   their evil ways and try to hurt me in some kind

86

1   of way.  You know, as long as they -- As long as

2   a woman hurt me they get pleasure out of it.

3       Q.   So if a woman hurts you then you call

4   her a bitch?

5           MR. AINSWORTH:  Object to the form of

6   the question.

7           THE WITNESS:  No, I don't.  What it is

8   that sure means that -- that she thinking evil

9   towards me and she hate to see me -- see the way

10  I am like today.

11  BY MS. KILEY:

12      Q.   If the Loretto records indicate from

13  May of 1994 that you said to a female medical

14  provider you ain't shit you white bitch, you

15  better not touch me, would those records be

16  false?

17      A.   Yes, they would because now I -- I

18  consider her being -- being -- being a -- being

19  a mother I think very highly of her, but she

20  have low self-esteem.

21      Q.   Who has low self-esteem?

22      A.   A woman in general, you know.  I mean,

23  you know, evidently she must don't feel good

24  about herself.

1    one on one.  My wife don't be in female company

2    all the time.  My wife and I is private people.

3    My wife talk to me, but she might talk to a

4    female off and on, but not often.  In other

5    words, the female don't have to protect my wife

6    because I am not abusive to my wife.

7    BY MS. KILEY:

8        Q.   You just threaten other women?

9            MR. AINSWORTH:  Object to the form of

10   the question.

11           THE WITNESS:  How can I threaten other

12   women when I am in the house every day?

13   BY MS. KILEY:

14       Q.   When you're on the streets do you

15   threaten other women?

16       A.   No, because when I am on the streets

17   I -- I feel like womens -- to tell you the God

18   heaven truth.

19       Q.   I am sorry, sir.  I didn't hear you.

20   What did you say?

21       A.   When I be on the streets it's like

22   womens not even on the streets.  I mean, you

23   know, in other words, I don't pay women no

24   attention when I be -- I be about my business

91

**CARL CHATMAN**

1    when I be on the street.  I be focusing on my

2    business and she -- she -- she go her way and I

3    go my way, something like that.  She do what she

4    have to do and I do what I have to do when I be

5    on the streets.

6        Q.   Do you remember verbally and physically

7    threatening the staff at Loretto Hospital in

8    October of 1994?

9        A.   No.  I vaguely remember.  In other

10   words, no -- no thought entered my mind.

11       Q.   Did you physically threaten the staff

12   at Loretto Hospital in October of 1994?

13       A.   No.  See what it was -- Excuse me.

14   Excuse my tongue.  What it was she -- you know,

15   she would always try to cater to other peoples

16   and treat -- treat me like zero weather.

17       Q.   Who tried to treat you like zero?

18       A.   Well, in other words, she would

19   cater -- cater to other peoples and treat me

20   like I was s-h-i-t.

21       Q.   Who would treat you like --

22       A.   Womens.

23       Q.   Which woman?

24       A.   Women would just treat me -- treat me

92

CARL CHATMAN

1      A.    I may spit up on -- I may be a

2    little -- when I drink alcohol and I stopped

3    drinking alcohol because of aftereffect of the

4    alcohol I spit up.  So I stop using alcohol

5    period.

6      Q.    Have you --

7      A.    All I do now is just eat, drink pop,

8    coffee and water.

9      Q.    Okay.  Back in --

10     A.    And that would upgrade my -- my

11   mentality.

12     Q.    Back in 1994 did you think your

13   personality changed when you used drugs and

14   alcohol?

15     A.    When I be using alcohol it just -- When

16   I be using alcohol womens thought less of me.

17     Q.    Do you remember telling staff at

18   Loretto Hospital in November of 1994 that your

19   personality changes when you use drugs and

20   alcohol?

21     A.    No, it doesn't change it because I am

22   always positive thinker.

23     Q.    Okay.  So if the Loretto Hospital

24   records indicate that, those records would be

                                              94

**CARL CHATMAN**

```
 1              THE WITNESS:  Well, I don't understand
 2   the question.
 3   BY MS. KILEY:
 4        Q.   Okay.
 5        A.   And no comment.  I am really not here
 6   to be down on women's society.  You know, I try
 7   to accept women's society as a -- as a public.
 8        Q.   As a puppet?
 9              MR. AINSWORTH:  Public.
10              THE WITNESS:  As public, yeah.
11   BY MS. KILEY:
12        Q.   Okay.  Do you remember telling medical
13   personnel from Cermak Health Services on May 27,
14   2002, that all women have bad thoughts?
15        A.   Well, because -- because maybe the
16   thought is the way just -- just the way men been
17   coming up through the years and what she seen
18   about men maybe -- maybe affected her great
19   dearly and this why, you know, I don't like to
20   really mess with the women's society because
21   when she was coming up and seen Channel 7 News
22   and et cetera, et cetera, et cetera, and malice
23   on TV, you know, that might have affected her
24   mind.  But, you know, so therefore I try not to
```
96

**CARL CHATMAN**

```
 1   hurt -- hurt women in no kind of form, fit or
 2   fashion.
 3       Q.   I saw in your --
 4       A.   In other words, just give women a
 5   chance in life.
 6       Q.   Okay.  I saw in your medical records
 7   currently that you enjoy watching the news.  Is
 8   that right?
 9       A.   Yeah, Channel 7 News because I want to
10   see as a man -- maybe keep -- keep mature mind
11   for years to come.
12       Q.   Do you remember telling the medical
13   professionals at Cermak Health Services that all
14   women have bad thoughts?
15       A.   Well, what bring about the bad thoughts
16   is men have weapons, men's love life, the way
17   men live and condition.
18       Q.   And I think you already said that you
19   believe that all women have bad thoughts, so
20   that's something that you would likely say?
21           MR. AINSWORTH:  Object to the form of
22   the question.
23           THE WITNESS:  No, no.  I wouldn't
24   likely say.  I would stay quiet and do what I
```

97

1      A.   Well, like I said, the reason why women

2   would have bad thoughts because violence and --

3   and what males did to children.

4      Q.   Just like you molested your sister?

5           MR. AINSWORTH:  Object to the form.

6   Counsel -- Hold on.  Counsel, that's totally

7   inappropriate.  He has answered that question.

8   You can't then try and feed in questions like

9   that particularly when you have a witness who

10  has, you know, the ability to answer your

11  questions.  It's just not fair to try and

12  feed stuff --

13          MS. KILEY:  Okay.

14          MR. AINSWORTH:  -- to him.

15          MS. KILEY:  All right.

16          MR. AINSWORTH:  So please watch

17  yourself.

18          MS. KILEY:  And please let's not make

19  speaking objections.

20          MR. AINSWORTH:  Well, the objection is

21  harassment and if you're going to keep asking

22  those kind of questions then I am going to move

23  for a protective order.  So we are making a

24  record of everything that is said here and if

99

**CARL CHATMAN**

```
 1    I -- if we get to the point of being harassment
 2    then I will bring a motion before the Court to
 3    prevent you from being harassing.  So --
 4    BY MS. KILEY:
 5         Q.   Are you a misogynist?
 6         A.   Hmm?
 7         Q.   Are you a misogynist?
 8         A.   No, ma'am.
 9         Q.   Do you know why the Cermak Health
10    Services records would refer you to as a
11    misogynist?
12         A.   What is that?
13         Q.   Someone that hates women.
14         A.   Well, I don't hate all women.  I just
15    don't want -- just don't want to be in a
16    woman's -- woman relationship.
17         Q.   Do you know why the Cermak records
18    would say that you hate women?
19         A.   Because that's the way they think is --
20    They -- They -- They judge -- They judged me
21    before I got there.
22         Q.   Do you know why female medical staff at
23    Cermak had to be cautioned around you?
24              MR. AINSWORTH:  Object to the form of
```

100

**CARL CHATMAN**

1    the question.

2            THE WITNESS:  Well, see what -- what it

3    was was just being a man, just being a man

4    that's why I lock myself in the house every day.

5            MR. AINSWORTH:  And I will enter a

6    foundation objection to that last question.

7            THE WITNESS:  So, therefore, I let the

8    womens and children have the streets and I get

9    off the streets.

10   BY MS. KILEY:

11       Q.   Do you think you're going to hurt

12   children if you're on the streets?

13       A.   No, because I don't have time for

14   children.  If I wanted children me and my wife

15   would have some.

16       Q.   Did you threaten Dr. Neu at

17   Cermak Health Services on May 28, 2002?

18       A.   What hospital was that?

19       Q.   Cermak.

20       A.   Cermak?

21           MR. AINSWORTH:  Do you know what

22   Cermak Hospital is?

23           THE WITNESS:  That's up there on --

24   somewhere.  I don't know.  Evidently Theresa had

**CARL CHATMAN**

1      A.   Well, where -- Well -- Where if I

2  jumped to the phone first everybody be locked

3  up.

4      Q.   Is that because you think everyone is

5  out to get you?

6      A.   No.  I just don't call the police on --

7  on society to give them a fair shake in the

8  world because I hate to see people locked up in

9  jail like a zoo.

10      Q.   Do you have a preoccupation with women?

11           MR. AINSWORTH:  Object to the form of

12  the question.

13           THE WITNESS:  No, I don't.

14  BY MS. KILEY:

15      Q.   Do you know --

16      A.   I wouldn't want (inaudible).

17           MS. KILEY:  Can you read that back

18  please?

19           THE COURT REPORTER:  I didn't

20  understand what he said.

21           THE WITNESS:  I am glad -- I am glad

22  that I am not working.  More than happy.

23  BY MS. KILEY:

24      Q.   Do you know why the Dixon correctional

103

**CARL CHATMAN**

```
 1    records indicate that you have a preoccupation

 2    with women?

 3        A.    Hmm?

 4        Q.    Do you know why the Dixon records would

 5    say that you were preoccupied with women?

 6        A.    What they mean preoccupied?

 7        Q.    That you think about them all the time.

 8        A.    I didn't think about womens in Dixon,

 9    not really.  I was just trying to be friendly

10    toward her, that's all, friendly toward her and

11    have a -- not a -- not a hate -- a hate mind

12    toward women.  You know, my mind would be hatred

13    toward a black man as far as -- to hurt him, you

14    know.  That was my hatred would be to hate a

15    black man to hurt him.

16        Q.    Is it your testimony --

17        A.    Ordinarily I wouldn't hate -- I

18    wouldn't hate a man at the left and I wouldn't

19    hate a woman at the left.  I wouldn't hate a

20    woman at the right.  I would hate the black man

21    because he more closer to me and plus, too, he

22    is -- he might be dangerous to my health --

23        Q.    Is it --

24        A.    -- like a cigarette.
```

CARL CHATMAN

1  favor.  She said don't talk to women.  But she
2  ain't going to stop me from talking to my wife
3  though.  She (inaudible) that one.
4  BY MS. KILEY:
5       Q.   Does she stop you from talking to women
6  other than your wife?
7       A.   She -- She used to stop me from talking
8  to my wife and her friend Sue as well because my
9  wife is well built and she real pretty and they
10  can't have what I got.  So the other -- In order
11  to have what I got man would hurt me, you see
12  what I am saying, about my own wife.
13       Q.   What do you mean by well built?
14       A.   Well, she -- Well, she is pretty
15  well -- well -- well shaped.
16       Q.   Does she have big boobs?
17       A.   Well -- Well, I keep it to myself, but
18  I understand what you saying and she -- I would
19  say to describe her she very attractive, she
20  real pretty and she have -- a heavenly
21  personality like her mother, um-hum.
22       Q.   Do you enjoy sucking your woman's --
23  wife's boobs?
24            MR. AINSWORTH:  Object to the -- I

**CARL CHATMAN**

```
 1        Q.   Okay.

 2        A.   But if my wife had a million dollars

 3   she could have me because my brother was talking

 4   to my wife, just make me and my wife laugh, you

 5   know.

 6        Q.   Do you think Willie thinks it's a

 7   good --

 8        A.   He's jealous of me.

 9        Q.   Willie is jealous of you?

10        A.   Yes, ma'am.

11        Q.   Okay.  Has he ever told you that he

12   thinks you're dangerous to women?

13        A.   Well, he -- He -- He dangerous where to

14   the point I wouldn't even go around him period,

15   you know.  I wouldn't go around the woman

16   because the woman might messed up, too.  See --

17   See, the way -- The way they deal, the way

18   society got them on the west side they mind all

19   twisted and messed up, you know.  See, they mind

20   all twisted and messed up, west side.

21        Q.   Do you know why --

22        A.   And I can't deal with it.

23        Q.   Do you know why your sister

24   Detra Miller wants you to be hospitalized?
```

113

**CARL CHATMAN**

```
 1        Q.   Well, you tell me.  How many times have

 2   you been arrested?

 3        A.   I know -- I know I was arrested on

 4   Sheridan and Irving Park Road.

 5        Q.   For what?

 6        A.   The man had interest in my girlfriend

 7   and he wanted me out the -- out the way.

 8        Q.   Okay.  Who was your girlfriend?

 9        A.   Vera Sibbicks.

10        Q.   When did you date Vera Sibby?

11        A.   What precise day I really couldn't say.

12        Q.   Did you date her around 2000?

13        A.   Yes, ma'am.

14        Q.   Okay.

15        A.   Um-hum.

16        Q.   Do you know where she lives?

17        A.   No, I don't, and I don't care to know.

18        Q.   Okay.  Did you punch her in the chest

19   during an argument?

20        A.    No, I didn't.  She told a lie like the

21   lady in my case.

22        Q.   Okay.  So Vera Sibby lied to the police

23   so that you could go to jail?

24        A.   Yes, ma'am, because she wanted to see
```

118

**CARL CHATMAN**

1   another man.

2        Q.   Do you remember being arrested in

3   June -- June 13, 2000, for violating an order of

4   protection that Vera Sibby had obtained against

5   you?

6        A.   She came to court and dropped all the

7   charges.

8        Q.   Do you remember entering a plea of

9   guilty to violating the order of protection?

10       A.   I didn't -- I didn't violate it.  What

11  it was I spent three months in 26th and

12  California and then got released and never

13  returned -- never went back to Sheridan and

14  Irving Park Road place of business.

15       Q.   Do you remember being arrested in 1981

16  for battery?

17       A.   '81?  Could you be more specific where

18  and when?

19       Q.   Sure.

20            MR. AINSWORTH:  Counsel, you're

21  reviewing what looks like police reports.  Have

22  those been produced in discovery?

23            MS. KILEY:  They have got your Bates

24  numbers on them.

## CARL CHATMAN

1    A.   I really couldn't say because I

2  didn't -- not being smart or anything like that,

3  but I really didn't examine or search to see

4  certain parts like that.

5    Q.   Do you remember the lining of your

6  jacket hanging out at all before you were

7  arrested?

8    A.   No, I don't remember seeing that.

9    Q.   Do you remember seeing any rips to the

10  lining of your jacket before you were arrested?

11    MR. AINSWORTH:  Objection, asked and

12  answered.

13  BY MS. KILEY:

14    Q.   You can answer the question.

15    A.   Okay.  I really -- I really couldn't

16  say that I had tear inside -- inside the lining

17  of the coat.

18    Q.   Okay.  You don't remember having any

19  tears inside the lining of the coat?

20    A.   No, I don't.

21    MR. AINSWORTH:  Objection, asked and

22  answered.

23    THE WITNESS:  Because do -- the way I

24  got it from -- The way I got the coat from

146

CARL CHATMAN

1            MR. AINSWORTH:  Object to the form of

2     the question.

3     BY MS. KILEY:

4         Q.   You can answer it.

5         A.   Okay.  I'm not saying that she lying

6     and I am not saying -- implying.  I am just

7     merely pointing out that I had a reason to be in

8     the Daley building, that's all.

9         Q.   Okay.  Well, you're telling me that you

10    weren't in Courtroom 2101; right?

11        A.    Well, what reason why I had to go there

12    when I was in lone -- lone bench, lone desk like

13    this here applying for small closing lawsuit in

14    the office part?

15        Q.   It's your testimony that on May 20,

16    2002, you weren't in Courtroom 2101?

17        A.    Not that I know of.  Why would I go to

18    court?  I ain't got no money and who there going

19    to -- what purpose would I go in court?  I am

20    not -- I am dumb, but I am not that dumb.

21        Q.   Okay.  So I recognize you're saying

22    that you were not in Courtroom 2101 on May 20th.

23        A.    Correct.

24        Q.   If Janet Neibauer said that you were in

                                              153

**CARL CHATMAN**

```
 1    Courtroom 2101 on May 20th, would she be lying?
 2             MR. AINSWORTH:  It's totally improper
 3    to ask that question.  Objection to the form of
 4    the question.  You can't ask somebody if
 5    somebody else's testimony if they are lying in
 6    their testimony.  Would you do that in open
 7    court?  Then why are you doing it here?
 8    BY MS. KILEY:
 9        Q.   You can answer the question.
10             MR. AINSWORTH:  And asked and answered
11    as well.
12             THE WITNESS:  Like I said, ma'am, I
13    wouldn't -- I -- I went in the Daley building --
14    Okay.  How about step one?  Okay.  To file for a
15    small closing lawsuit, permission to speak,
16    wouldn't it have been on another floor and not
17    21?
18    BY MS. KILEY:
19        Q.   If Virginia Cernak testified at your
20    criminal trial that she encountered you in
21    Courtroom 2101 on May 20, 2002, would that
22    testimony be incorrect?
23             MR. AINSWORTH:  Object to the form of
24    the question.
```