CONFIDENTIAL

**DISCHARGE/TRANSFER SUMMARY (Page three)**

Recipient's Name: Last: CHATMAN  First: CARL  Middle:  DMHDD ID#: [redacted]

| | |
|---|---|
| 1. Reason for admission | Client signed himself in voluntarily. According to him, he was "raping women and the police have not caught him — says he feels like killing women because they won't have sex with him". He says he is superman. Appearance is unkempt. He is alert, oriented in three spheres, cooperative, suspecious, guarded, hears voices. When he talked to the doctor on the unit, he was just "playing with some women, he grabbed their hands, and told them to bring him to the hospital". He denied raping them. Denied drinking prior to admission. Denied any other problems. Denied insomnia, suicidal ideation. |
| 2. Pertinent History<br>  a. Current Admission<br>  b. Past History<br>  c. Medical History | |
| 3. Condition on Admission<br>  a. Mental Status Examination<br>  b. Physical Examination<br>  c. Laboratory Results | He lives alone and has a child who's living with mother. Drinks about a quart of wine once a week. Denied street drugs. |
| 4. Hospital Course —<br>Treatment/Habilitation (including medication) tried and response | The psychiatric evaluation revealed: Medium-built black male, of stated age, dressed appropriately with fair hygiene, cooperative, normoactve. Mood appeared elated, inappropriate at at times. Has no formal thought disorder. No delusion noted. Denied hallucinations. No perceptual disturbances. Alert, oriented in three spheres. Intellect is average. Memory is intact. Concentration is fair. Judgment and insight is fair. Denied suicidal and homicidal ideation. |
| 5. Reason for Discharge | |
| 6. Condition on Discharge<br>  a. Mental<br>  b. Physical<br>  c. Psycho-social/Behavioral<br>  d. Prognosis | I. Schizophrenia, Undiff. subchronic  295.91<br>II. none      III. none |
| 7. Diagnosis<br>  a. For Mental Illness: DSMIII Axes I, II, III Required; Axes IV, V optional<br>  b. For Developmental Disabilities: AAMD<br>  c. For medical illness not included above: ICD-9-CM | On the unit, client presented no behavior problem. He is very cooperative.<br><br>Client is alert, cooperative, coherent, and oriented in three spheres. He appears to be in good physical condition and his mental condition has stabilized. There is no evidence of psychotic process and he denies suicidal and homicidal thought. He can take care of self and ADL. |
| 8. Aftercare Plans and Recommendations | Client signed a 5 day release, and he is not court committable. He is no longer in need of this psychiatric hospital. Referr to Loretto out-patient. |

Illinois Department of Mental Health & Development Disabilities
Discharge Summary (DMHDD-20-3) Rev. 7/85

Summarized by: [signature]  Title: [signature]

I certify that the narrative descriptions of the principal and secondary diagnosis and the major procedures performed are accurate and complete to the best of my knowledge

Physician's Signature: [signature] R.G. Palacio, M.D.

EXHIBIT 2
Plaintiff 022624
4

# DISCHARGE/TRANSFER SUMMARY (Page two)

H001-0885

| Recipient's Name: Last | First | Middle | DMHDD ID # | Soc. Sec. # |
|---|---|---|---|---|
| CHATMAN | CARL | | | |

**Living Arrangement After Separation (Enter Code):** A

**MENTALLY ILL:**
Independent Living:
- A – Living Alone
- B – Living in Household with Relative
- C – Living in Household with Non-Relative
- D – Boarding House
- E – Hotel
- F – Other Indep. Living Arr.
- J – Crisis Care

Community Residence:
- G – Family Care Home
- H – Supported Residential
- I – Supervised Residential
- K – Other Community Residence

**DEVELOPMENTALLY DISABLED:**
- L – Residential School
- M – Special Home Placement
- N – Children's Group Home
- O – Community Living Facility (CLF)
- P – Community Residential Alternative (CRA)
- Q – Family Home Maintenance
- R – Home/Individual Program (HIP)

**LICENSED LONG TERM CARE (MANDATED FOLLOW—UP) — MI or DD:**
- S – Shelter Care Facility
- T – Intermediate Care Facility (ICF)
- U – Skilled Nursing Care Facility (SNF)
- V – ICF-DD/Specialized Living Center
- W – ICF-DD/15 and Under
- X – SNF-Pediatric/Under 22

**OTHER:** Y – Other

HOME: Home Code (7 Digit): _____ Name: _____

**ENTER FUNDING SOURCE BELOW (You may indicate multiple funding sources):**
- ___ – Social Sec/Retirement
- ___ – Social Sec/Disability
- ✓ – Supplemental Secur Incm
- ___ – Social Service Funds
- ___ – Medicare
- ___ – Medicaid
- ___ – VA
- ___ – CHAMPUS
- ___ – Grant/No Fee Payment
- ___ – DMHDD Purchase Care
- ___ – Public Aid/Other Public Resources
- ___ – Health Insurance
- ___ – Other Personal Resources

IS FOLLOW-UP MANDATED FOR THIS RECIPIENT? ___ Yes ✓ No
IF YES, WERE RESPONSIBLE STAFF NOTIFIED? ___ Yes ___ No

**Problem Area:** (M = MI) D = DD  B = Dual (MI & DD)  O = Other

IF YOU HAVE INDICATED REFERRAL TYPE OF 'A', 'B', or 'C' (on page 1), COMPLETE THE FOLLOWING:

**1. Agency Responsible for Planning/Providing and/or Monitoring Services**
Loretto

FACILITY: 258  UNIT: ___
CONTACT PERSON AT AGENCY: Ms. Alexum
RECIPIENT'S ID AT AGENCY: ___
DATE/TIME OF APPOINTMENT: 1/20/86  5:45P
PRE-DISCHARGE LINKAGE ACTIVITY: 3
(Pre-discharge linkage activity codes:
1 = Face-to-face; not at facility; 2 = Face-to-face at facility; 3 = Phone consultation, 9 = Not linked)
ENTER DATE OF LINKAGE ACTIVITY: 1/8/86
DID RECIPIENT REFUSE TO KEEP APPOINTMENT AFTER DISCHARGE? ___ Yes ___ No

**2. Agency Responsible for Providing Services** (If different from "1" above)

FACILITY: ___  UNIT: ___
CONTACT PERSON AT AGENCY: ___
RECIPIENT'S ID AT AGENCY: ___
DATE/TIME OF APPOINTMENT: __/__/__
PRE-DISCHARGE LINKAGE ACTIVITY: ___
(Pre-discharge linkage activity codes:
1 = Face-to-face; not at facility; 2 = Face-to-face at facility; 3 = Phone consultation; 9 = Not linked)
ENTER DATE OF LINKAGE ACTIVITY: __/__/__
DID RECIPIENT REFUSE TO KEEP APPOINTMENT AFTER DISCHARGE? ___ Yes ___ No

**3. Agency Responsible for Providing Services** (If different from "1" and "2" above)

FACILITY: ___  UNIT: ___
CONTACT PERSON AT AGENCY: ___
RECIPIENT'S ID AT AGENCY: ___
DATE/TIME OF APPOINTMENT: __/__/__
PRE-DISCHARGE LINKAGE ACTIVITY: ___
(Pre-discharge linkage activity codes:
1 = Face-to-face; not at facility; 2 = Face-to-face at facility; 3 = Phone consultation; 9 = Not linked)
ENTER DATE OF LINKAGE ACTIVITY: __/__/__
DID RECIPIENT REFUSE TO KEEP APPOINTMENT AFTER DISCHARGE? ___ Yes ___ No

**Illinois Department of Mental Health & Developmental Disabilities**

Discharge Summary
(DMHDD-20-2)
7/85

CONFIDENTIAL

## CERMAK HEALTH SERVICES / CHICAGO-READ MENTAL HEALTH CENTER
### PSYCHIATRIC EXAMINATION & PRELIMINARY TREATMENT PLAN

Date: 11/3/86

NAME: Chatman, Carl    Physician: JUSTINIANO

**PRESENTING PROBLEMS:** a 32 y/o BMS signed himself in voluntarily stating he rapes a woman and wanted to kill.

**MENTAL STATUS EXAMINATION:** WDWN drowsy, could hardly open his eyes, incoherent & demonstrate hitting me on the face more than a couple of times. Medicated. I don't know if he is showing off or intoxicated. Sleepily preoccupied. Mood alternating anger & elation very indifferent. There are also tears rolling down his cheeks. Could have been supported by a lady + became delusional about killing + raping woman. Affect inappropriate. Cannot elicit association but could surmise he did for he knows how to come to Cermak. Flow of thought mildly circumstantial with sexual innuendo's. Speech slurred. Homicidal thoughts could be delusional or real which posed a danger to others. Hospitalization is needed.

**DIAGNOSIS:**
AXIS I: Schizophrenia paranoid type     Code No: 295-30
        Alcohol abuse                    305.0
AXIS II: deferred                        Code No: 799-90
AXIS III: none                           Code No: ___

**PRELIMINARY TREATMENT PLAN/REFERRAL RECOMMENDATIONS:**
Haldol to minimize delusional & homicidal ideation
Laboratory
Psych consult
Psychiatric nursing care

Signature: [signature] Justiniano    M.D.

C-R --2 Rev. 11/83

Plaintiff 022626