

Elizabeth Wang <elizabethw@loevy.com>

## Chatman v. City of Chicago, Plaintiff's Discovery Request

**Russell Ainsworth** <russell@loevy.com>  Thu, Aug 16, 2018 at 10:57 AM
To: Krista Stalf <kstalf@borkanscahill.com>
Cc: Elizabeth Wang <elizabethw@loevy.com>, "CHRISTINA CHOJNACKI (States Attorney)" <CHRISTINA.CHOJNACKI@cookcountyil.gov>, Steven Borkan <sborkan@borkanscahill.com>, Tim Scahill <tscahill@borkanscahill.com>, Lauren Stanczak <lauren@loevy.com>, Rachel Kiley <rkiley@bollingertrials.com>

Krista,

Plaintiff's position is that Defendants have waived both their objections to Plaintiff's punitive damages discovery requests and their right to affirmatively present evidence of their financial condition as a defense to a punitive damages award. Plaintiff still requires that Defendants respond to the punitive damages discovery so that he may determine if he wishes to present evidence of their financial condition himself.
Please respond to these requests by Monday, August 20. If Defendants do not respond by then, we will assume they are unwilling to respond and will act accordingly.

Best,

Russell

On Wed, Aug 8, 2018 at 7:30 PM, Russell Ainsworth <russell@loevy.com> wrote:
> Krista,
>
> So long as Defendants reserve the option of presenting evidence regarding their financial condition, evidence concerning their finances is potentially relevant and thus admissible. Moreover, Plaintiff might want to introduce affirmative evidence of their finances to demonstrate the need for a large punitive damages award as a deterrent.
>
> Defendants' refusal to respond to this discovery has deprived Plaintiff of evidence to which he is entitled. If you do not provide responses by the end of the day tomorrow (when Plaintiff must provide his portion of the FPTO to Defendants), Plaintiff will move *in limine* to bar Defendants from affirmatively presenting evidence of their financial condition.
>
> Best,
>
> Russell
>
> On Tue, Aug 7, 2018 at 9:45 AM, Krista Stalf <kstalf@borkanscahill.com> wrote:
>> Russell,
>>
>> As you know, the information you seek in your supplementary discovery requests is neither relevant nor discoverable until such time the defendant officers elect to raise the inability to pay defense. If and when they decide to make that election, we will respond to your discovery to the extent that you are entitled to the information you seek.
>>
>>
>> *Krista E. Stalf*
>>
>> *Borkan & Scahill, Ltd.*
>>
>> *Two First National Plaza*
>>
>> 20 South Clark Street
>>
>> Suite 1700

EXHIBIT 3

Chicago, Illinois 60603

Tel: 312-580-1030

Fax: 312-263-0128

kstalf@borkanscahill.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without reading, copying or disclosing the contents. Your receipt of this message is not intended to waive any applicable privilege.

**From:** Russell Ainsworth [mailto:russell@loevy.com]
**Sent:** Monday, August 6, 2018 1:36 PM
**To:** Krista Stalf <kstalf@borkanscahill.com>
**Cc:** Elizabeth Wang <elizabethw@loevy.com>; CHRISTINA CHOJNACKI (States Attorney) <CHRISTINA.CHOJNACKI@cookcountyil.gov>; Anna OConnor (States Attorney) <anna.oconnor@cookcountyil.gov>; Thomas Nowinski (States Attorney) <thomas.nowinski@cookcountyil.gov>; Steven Borkan <sborkan@borkanscahill.com>; Tim Scahill <tscahill@BorkanScahill.com>; JAMES HANLON (States Attorney) <JAMES.HANLON@cookcountyil.gov>; Lauren Stanczak <lauren@loevy.com>

**Subject:** Re: Chatman v. City of Chicago, Plaintiff's Discovery Request

Krista,

Given that the responses were due on July 1, "as soon as possible" is insufficient to ensure that we will have responses not just to the interrogatories but also to the requests for production in time to incorporate the information in the FPTO.

Our position is that Defendants have waived their objections, and if responses are not provided by the end of the day today, our position is that Defendants should be barred from raising an inability to pay as a defense to an award of punitive damages. We still want the information, however, because we may want to admit some of the defendants' financial condition.

So, when can we have responses to this discovery from the Defendant Officers?

On Mon, Aug 6, 2018 at 12:38 PM, Krista Stalf <kstalf@borkanscahill.com> wrote:

> Russell/Liz,
>
> If by "Monday" you mean today, August 6, 2018, that is not possible. You will have Defendant Officers' answers to the subject interrogatories as soon as possible. Also, we disagree with Liz's previous representation that the Defendant Officers have waived any objections to the subject interrogatories.

*Krista E. Stalf*

*Borkan & Scahill, Ltd.*

*Two First National Plaza*

20 South Clark Street

Suite 1700

Chicago, Illinois 60603

*Tel: 312-580-1030*

*Fax: 312-263-0128*

kstalf@borkanscahill.com


NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without reading, copying or disclosing the contents. Your receipt of this message is not intended to waive any applicable privilege.


**From:** Russell Ainsworth [mailto:russell@loevy.com]
**Sent:** Sunday, August 05, 2018 11:27 PM
**To:** Elizabeth Wang
**Cc:** CHRISTINA CHOJNACKI (States Attorney); Anna OConnor (States Attorney); Thomas Nowinski (States Attorney); Steven Borkan; Tim Scahill; JAMES HANLON (States Attorney); Krista Stalf; Lauren Stanczak
**Subject:** Re: Chatman v. City of Chicago, Plaintiff's Discovery Request


Counsel,


We have not received a response from any of the Defendant Officers. Please provide responses by the end of the day Monday, or we will move to compel responses.

We need Defendants' responses in order to submit the final pre-trial order.


Best,


Russell


On Mon, Jul 30, 2018 at 12:37 PM, Elizabeth Wang <elizabethw@loevy.com> wrote:

Dear Counsel,

Plaintiff has not received a response to the below discovery request relating to punitive damages, which the Plaintiff had agreed to postpone until after the SJ decision.

Since Defendants have not provided any responses or any objections within 30 days, as required by the Federal Rules, we deem any objections waived. Please provide responses to the requested discovery by Thursday, 8/2/18 at 3:00 p.m., in advance of the mediation on 8/3.

Thank you,

Liz

Elizabeth Wang

Loevy & Loevy

2060 Broadway | Ste. 460

Boulder | CO 80302

T 720.328.5642

F 312.243.5902

www.loevy.com

On Wed, May 30, 2018 at 8:45 AM, Lauren Lebata <lauren@loevy.com> wrote:

Counsel,

Please see the attached discovery relating to punitive damages.

Thank you

--

Lauren Stanczak Lebata
Paralegal
Loevy & Loevy
p 312 243 5900
f 312 243 5902
lauren@loevy.com