

**Elizabeth Wang <elizabethw@loevy.com>**

---

### Re: Chatman v. City of Chicago, et. al. - Daubert motions - motion for extension

---

**Jerry Connolly** <jconnolly@bollingertrials.com>   Tue, May 8, 2018 at 1:38 PM
To: "elizabethw@loevy.com" <elizabethw@loevy.com>, "russell@loevy.com" <russell@loevy.com>, "sborkan@borkanscahill.com" <sborkan@borkanscahill.com>, "tscahill@BorkanScahill.com" <tscahill@borkanscahill.com>, "Gmiller@borkanscahill.com" <Gmiller@borkanscahill.com>, "anthony.zecchin@cookcountyil.gov" <anthony.zecchin@cookcountyil.gov>, "james.hanlon@cookcountyil.gov" <james.hanlon@cookcountyil.gov>, "Bensinger, V. Brette" <bbensinger@hinshawlaw.com>, "rshannon@hinshawlaw.com" <rshannon@hinshawlaw.com>, "pmichalik@reiterburns.com" <pmichalik@reiterburns.com>, Rachel Kiley <rkiley@bollingertrials.com>, "tburns@reiterburns.com" <tburns@reiterburns.com>

Russell & Liz,

This will confirm my conversation this morning with Russell in which I advised that in order to avoid the time and energy on Daubert motions related to our expert, Ann Burgess, and your rebuttals, we have voluntarily agreed to withdraw Burgess. After reading through the testimony and disclosures related to methodology etc., it is our belief that you would likely be successful, at least on a number of issues, in a Daubert motion. Accordingly, please consider this as our formal withdrawal of Ann Burgess as an expert.

Plaintiff has disclosed two rebuttal experts, Strange and Frazier, which we believe are no longer necessary or appropriate, and it is my understanding that with our withdrawal of Burgess, both Strange and Frazier will also be withdrawn.

I still think your previously expressed estimate of a 'two week' trial is overly optimistic, but we are getting closer.

Jerry

Jeremiah P. Connolly

Attorney at Law

**BOLLINGER**

BOLLINGER CONNOLLY KRAUSE LLC

500 W. Madison Street

Suite 2430

Chicago, Illinois 60661

(312) 466-7235

jconnolly@bollingertrials.com

EXHIBIT 6

CONFIDENTIALITY NOTICE: This e-mail is intended only for the use of the recipient named and may contain information that is confidential, privileged, and exempt from disclosure under applicable laws. If you are not the named recipient, you may have received this transmission in error. We ask that you please immediately notify us by email at: postmaster@bollingertrials.com and remove this and all attached file(s) from your system. You are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in this transmission if you are not the intended recipient is prohibited and may expose you to liability.

Begin forwarded message:

> **From:** Elizabeth Wang < >
> **Date:** May 4, 2018 at 7:22:40 PM CDT
> **To:** Krista Stalf <kstalf@borkanscahill.com>
> **Cc:** Russell Ainsworth < >, Sue Chrabaszcz <schrabaszcz@bollingertrials.com>, Steven Borkan < >
> **Subject: Re: Chatman v. City of Chicago, et. al. - Daubert motions - motion for extension**

[Quoted text hidden]