

Deryn Strange
Associate Professor
Psychology Department
524 W. 59th Street
10th Floor
New York, NY 10019
T. 212.484.1345
F. 212-237-8930
dstrange@jjay.cuny.edu

October 4th, 2016

My name is Deryn Strange, PhD. I have been asked by counsel to address the science of traumatic memory, particularly as it relates to this case and the ways it was addressed in an expert report provided by Ann Burgess.

My qualifications are as follows:

I am an Associate Professor of Psychology at John Jay College of Criminal Justice and the Graduate Center of the City University of New York, where I teach courses at the undergraduate (Cognitive Psychology) and graduate levels (Memory, Trauma and the Law) and conduct research. My particular research focus is on memory distortion, particularly as it relates to traumatic memory. Indeed my research has been published in two of the leading Clinical Science journals: *Clinical Psychological Science* and *Journal of Anxiety Disorders*. Prior to my academic appointments, I received extensive training (in both teaching and research) in the study of human memory, at Victoria University of Wellington (New Zealand), where I completed both my PhD and undergraduate degrees and at the University of Otago (New Zealand) where I completed my postdoctoral training. Specifically, I received my PhD in 2005, my BSc (Hons) in Psychology in 2001, and BA in Psychology and Education in 2000. To date, I have 34 published scientific papers concerning the topic of human memory in peer-reviewed psychology journals. I have received grants to fund my research, including a current *Australian Research Council* grant titled, "How we remember and misremember traumatic events." I have also served as an ad hoc reviewer for prestigious psychology journals and I was elected to the board of the Society of Applied Research in Memory and Cognition after a vote of the international membership (I am on my second consecutive term). I routinely present the results of my research at scientific conferences both nationally and internationally, and am a member of several professional scientific organizations including the *Association for Psychological Science*, the *Society for Applied Research in Memory and Cognition* and *Women in Cognitive Science*. Thus, I have access to the latest research in my field. My curriculum vita is attached to this report.

In the following sections I will address two particular claims.

<h2 style="text-align:center"><strong>Claim I: Memory for trauma is permanent.</strong></h2>

On page 12 of her report Burgess writes the following:

"SR stated that CC is burned in her brain. This statement matches rape research findings on the permanency of memory Carretta and colleagues 2013 study on rape trauma symptom science, found no differences in respondents with PTSD over a five year period relative to delayed onset, symptom duration or severity of symptoms suggesting the permanency of the trauma narrative that is encoded and stored in memory. Zinzow et al. (2010) also found in their sample of 2,000 college women that forcible rape, but not incapacitated rape or drug-alcohol facilitated rape, was positively associated with remembering the event well over time (Zinzow et al., 2010). Research on the psychobiology of trauma speaks to the memory dynamics of rape trauma. (Gaffney, 2011).

Simply put, this statement is neither a complete or accurate presentation of the literature.

Memory—even traumatic memory—is not permanent. First, people can forget details of a traumatic experience (e.g., Southwick et al., 1997; Talarico & Rubin, 2003). Second, memories can become distorted with the addition of new



EXHIBIT 8

information (Giosan et al., 2009; King et al., 2000; Roemet et al., 1998; Strange & Takarangi, 2012; 2015; Southwick et al. 1997). Both streams of research illustrate that traumatic memory is far from permanent.

To illustrate, despite its intuitive appeal as a metaphor, memory does not function like a digital video recorder. We do not remember everything that ever happened to us, we are unable to pinpoint a particular point in time and play that moment back unedited, even when the event is especially important and/or traumatic. Instead, retrieving a memory is a *reconstructive* process of putting together traces, which can involve components of the original experience, but also assumptions and new information we learned after the event that fill the gaps in our memory (see for reviews, Lindsay & Read, 1994; Loftus & Bernstein, 2005; Schacter, 2001).

Historically, some clinicians and theorists have argued that the process of remembering emotionally significant events—that are typically negative or traumatic—is different to that of ordinary, everyday experiences; in particular, some have argued that memory for emotional experiences involves a "special" memorial mechanism (e.g., "flashbulb memories"; Brown & Kulik, 1977; Shobe & Kihlstrom, 1997) or an absence of certain elements of normal memory processing. The science, however, does not back that claim (McNally, 2003). In fact, converging evidence demonstrates that personal experiences of trauma are vulnerable to memory distortion.

Memory deteriorates over time. Importantly, this is true for all events, even those we swear we will "never forget," such as 9/11. For example, On September 12, Talarico & Rubin (2003) researchers at Duke University, asked students to write down all the details they could remember concerning where they were and what they were doing when they learned of the terrorist attacks on 9/11. Those students were asked to do the same task at later time points. After 32 weeks, the number of details they could recall had reduced and they were surprisingly inconsistent in the details they reported (e.g., the order of events, who they were with, what they did) and the language they used to describe the event. In addition, Southwick et al. (1997) asked Gulf War veterans one month and two years following their deployment whether they had been exposed to several war-related stressors (e.g., seeing others killed or wounded). At the follow up, 46% of the veterans changed a response from "yes" to "no." We also have case study examples where, for example, people have forgotten being the victim of car accidents that required hospital admission (Cash & Moss, 1972; Usher & Neisser, 1993). Taken together then, decades of memory research teach us that the most accurate memory report will be what was given immediately after an event, before any deterioration occurs.

## Claim II: General Overview of Eyewitness Memory Research

On page 29 of her report Burgess writes the following:

> Second, the research on the neurobiology of trauma and the neuroscience of sexual assault tells us a great deal about the tendency of trauma to fragment memory *(Burgess, 1999, Campbell, 2015)*. It is not uncommon for trauma survivors to have very fragmented recollections and difficulty with details. The victim is trying to make coherence out of an incredibly disorganized set of pieces (Lisak).
>
> Rape research is now helping us to understand the way the brain is wired to respond to trauma. The intense fear that comes from experiencing a traumatic event suggests to a victim's body that she is experiencing a threat to her survival, activating the amygdala -- an area of the reptilian brain involved in both fear processing and stress response. When the amygdala starts sending out ale1is, a victim goes into survival mode, putting the brain and body on high alert.
>
> In response to the amygdala's alerts, the adrenal glands, which are chiefly involved in stress response, secrete a flood of opioid-boosting hormones. These hormones, as well as the stress hormone cortisol, are meant to help the individual to cope with the physical and emotional pain of the traumatic situation.
>
> The brain is trying to lay down a memory of the trauma. The problem is that those hormones interfere with the brain's capacity to lay down a picture perfect representation of the trauma. What's more, when a person is in this state of high stress, it's natural to focus her attention on the most immediate aspect of the threat -- at the expense of other details (Campbell, 2015). There is nothing that I have reviewed that suggests that SR's ability

to recount more details as time progressed was due to anything other than the typical responses of a rape victim.

There is no empirical evidence that trauma fragments memory.

Valid clinical research on traumatic memory with appropriate control conditions was rare in the early days of the field. Unfortunately, that led to a number of mistaken claims and beliefs about the nature of traumatic memory. On the issue of "fragmented narratives", for example, Halligan et al. (2002) asked participants to process a film depicting a compilation of traffic accidents, either in a data-driven manner—focusing on sights, sounds, and sensations—or in a conceptual manner—focusing on what was happening in each scene and why. Their proposal (based on Ehlers & Clark's 2000 theory) was that data-driven processing would produce memory fragmentation and increased symptoms of PTSD. Indeed, they reported that participants in the data-driven condition recalled fewer details. However, data-driven processing did not produce more PTSD symptoms than conceptual processing. Unfortunately, the study lacked a control group that received no processing instruction. Hence, we do not know whether data-driven participants remembered less than what would be expected with no instruction or whether conceptual participants remembered more. Moreover, Halligan et al. operationalized disorganization by obtaining independent ratings of coherence in participants' free recall narratives of the film. However, compilation footage, which is typically disorganized with no clear story, is not a good proxy; the 'event' has no clear meaning for participants to extract and create a coherent story.

Subsequent research that has employed objective measures of narrative disorganization, or included appropriate comparison memories (e.g., most important memory, most positive memory) and groups (e.g., a diagnosis of PTSD vs. No PTSD), have failed to demonstrate that disorganization or fragmentation actually exists in people's trauma narratives. For example, recent research by Berntsen and Rubin (2014) contradicts the assumption that people with PTSD exhibit difficulty intentionally recalling some aspect of the event, that is, that their recall is fragmented. They found that people rated the frequency of voluntary and involuntary recall of their most important event whether extremely positive or negative as similar, and that negative voluntary and involuntary memories were recalled slightly more often than more mundane memories (see also, Berntsen & Rubin, 2008; Ferree & Cahill, 2009; Hall & Berntsen, 2008; Rubin, Boals, & Berntsen, 2008; Rubin, Dennis, & Beckham, 2011). Most importantly, they found that it is having trouble forgetting, rather than remembering, that is more important to PTSD. This is particularly important in this case: the empirical research suggests it is highly unlikely that someone would forget the most traumatic elements of a traumatic experience.

Finally, in addition to the above, I would be prepared to testify at trial about the workings of human memory, the effects of suggestion on memory, the mechanism underlying the creation of false memories, and the characteristics of false memories. Critically, some of these memory phenomena are outside, and indeed may run counter to, the knowledge and understanding of the common juror or layperson (Benton, Ross, Bradshaw, Thomas, & Bradshaw, 2006; Kassin, Tubb, Hosch, & Memon, 2001; Simons & Chabris, 2011).

Regards,

Deryn Strange, Ph.D.

# References

Benton, T. R., Ross, D. F., Bradshaw, E., Thomas, W. N., & Bradshaw, G. S. (2006). Eyewitness memory is still not common sense: comparing jurors, judges, and law enforcement to eyewitness experts. *Applied Cognitive Psychology, 20,* 115-129.

Berntsen, D., & Rubin, D. C. (2008). The reappearance hypothesis revisited: recur- rent involuntary memories after traumatic events and in everyday life. *Memory & Cognition, 36,* 449-460.

Berntsen, D., & Rubin, D. C. (2014). Involuntary memories and dissociative amnesia assessing key assumptions in posttraumatic stress disorder research. *Clinical Psychological Science, 2,* 174-186

Brown, R., & Kulik, J. (1977). Flashbulb memories. *Cognition,* 5, 73-99.

Cash, W. S., & Moss, A, J . Optimum recall period for reporting person injured in motor vehicle accidents. (U.S. Public Health Service, DHEW-HSM Publication No. 72- 1050). Washington, D.C.: U.S. Government Printing Office, April 1972.

Ehlers, A., & Clark, D. M. (2000). A cognitive model of posttraumatic stress disorder. *Behaviour Research and Therapy, 38,* 319-345.

Ferree, N. K., & Cahill, L. (2009). Post-event spontaneous intrusive recollections and strength of memory for emotional events in men and women. *Consciousness and Cognition: An International Journal, 18,* 126-134.

Giosan, C., Malta, L., Jayasinghe, N., Spielman, L., & Difede, J. (2009). Relationships between memory inconsistency for traumatic events following 9/11 and PTSD in disaster restoration workers. *Journal of Anxiety Disorders, 23,* 557-561.

Hall, N. M., & Berntsen, D. (2008). The effect of emotional stress on involuntary and voluntary conscious memories. *Memory, 16,* 48-57.

Halligan, S. L., Clark, D. M., & Ehlers, A. (2002). Cognitive processing, memory, and the development of PTSD symptoms: two experimental analogue studies. *Journal of Behavior Therapy and Experimental Psychiatry, 33,* 73-89.

Kassin, S. M., Tubb, V. A., Hosch, H. M., & Memon, A. (2001). On the "General Acceptance" of eyewitness testimony research: A new survey of the experts. *American Psychologist, 56,* 405-416.

King, D. W., King, L. A., Erickson, D. J., Huang, M. T., Sharkansky, E. J., & Wolfe, J. (2000). Posttraumatic stress disorder and retrospectively reported stressor exposure: a longitudinal prediction model. *Journal of Abnormal Psychology, 109,* 624–633.

Lindsay, D.S., & Read, J.D. (1994). Psychotherapy and memories of childhood sexual abuse: A cognitive perspective. *Applied Cognitive Psychology, 8,* 281–338.

Loftus, E. F. & Bernstein, D. M. (2005). Rich false memories: The royal road to success. In. *Experimental cognitive psychology and its applications.* Healy, A. F. (Ed). DC: APA).

McNally, R. J. (2003). *Remembering Trauma*. MA: Harvard University Press

Roemer, L., Litz, B. T., Orsillo, S. M., Ehlich, P. J., & Friedman, M. J. (1998). Increases in retrospective accounts of war-zone exposure over time: the role of PTSD symptom severity. *Journal of Traumatic Stress, 11*, 597–605.

Rubin, D. C., Boals, A., & Berntsen, D. (2008). Memory in posttraumatic stress dis- order: properties of voluntary and involuntary, traumatic and nontraumatic autobiographical memories in people with and without posttraumatic stress disorder symptoms. *Journal of Experimental Psychology: General, 137*, 591-614.

Rubin, D. C., Dennis, M. F., & Beckham, J. C. (2011). Autobiographical memory for stressful events: the role of autobiographical memory in posttraumatic stress disorder. *Consciousness and Cognition: An International Journal, 20*, 840-856.

Schacter, D.L. (2001). *The seven sins of memory: How the mind forgets and remembers.* Boston: Houghton Mifflin.

Shobe, K. K., & Kihlstrom, J. F. (1997). Is traumatic memory special? *Current Directions in Psychological Science, 6*(3), 70-74.

Simons, D. J. and Chabris, C. F. (2011). What people believe about how memory works: A representative survey of the U. S. population. *PLoS ONE*, 6.

Southwick, S. M., Morgan, C. A. I., Nicolaou, A. L., & Charney, D. S. (1997). Consistency of memory for combat-related traumatic events in veterans of Operation Desert Storm. *The American Journal of Psychiatry, 154*, 173-177.

Strange, D., & Takarangi, M. K. (2012). T. False memories for missing aspects of traumatic events. *Acta Psychologica*, *141*, 322–326.

Strange, D., & Takarangi, M. K. T. (2015). Investigating the variability of memory distortion for an analogue trauma. *Memory, 23*, 991–1000

Talarico, J. M., & Rubin, D. C. (2003). Confidence, not consistency, characterizes flashbulb memories. *Psychological Science*, *14*, 455–461.

Usher, J. A. & Neisser, U. (1993). Childhood amnesia and the beginnings of memory for four early life events. *Journal of Experimental Psychology: General, 122*, 155-164.

# Curriculum Vita
## DERYN STRANGE

John Jay College of Criminal Justice
Department of Psychology
524 West 59th St
Office: 10.65.14
New York, NY, 10019

Email: dstrange@jjay.cuny.edu
Twitter: @derynstrange
DD: 212 484 1345
Fax: 212 237 8930

## Academic Posts

| | |
|---|---|
| Associate Professor | John Jay College of Criminal Justice, CUNY<br>January 2012 – Present |
| Doctoral Faculty | The Graduate Center, CUNY<br>September 2009 – Present |
| Assistant Professor | John Jay College of Criminal Justice, CUNY<br>September 2008 – 2011 |
| Post-doctoral Fellow | University of Otago, New Zealand<br>February 2006 – September 2008 |
| Research Scientist | Victoria University of Wellington, New Zealand<br>June 2005 – January 2006 |

## Education

| | |
|---|---|
| BA | Psychology & Education, Victoria University of Wellington, 2000. |
| BSc Hons | Psychology, Victoria University of Wellington, 2001. |
| PhD | Psychology, Victoria University of Wellington, 2005<br>Thesis: *Factors that influence children's false memories.*<br>*Advisors: Dr Maryanne Garry (1st), Dr Todd Jones (2nd)* |
| PostDoc | University of Otago, Psychology, 2006-2008<br>*Advisor: Professor Harlene Hayne* |

## Research interests

How we remember and misremember traumatic events; how we promote and maintain memory distortions and whether we can correct those distortions; memory distortions in the courtroom; the development and maintenance of false memories in children and adults.

## Grants & Awards

***Under Review:***

*National Science foundation (LSS;* $273,944). *"*Memory Errors in Police Interviews: The Bait Question as a Source of Misinformation*" (PI)*

***Awarded:***

### *Federal & Foundation Grants*

*Charles Koch Foundation* ($49,000): The Potential for Bias with Body Worn Cameras: Memory and the Interpretation of BWC Evidence (PI)

*Australian Research Council* ($284,000): "How we remember and misremember traumatic experiences" (with Melanie Takarangi and Reg Nixon; DP14102661; 2014 - 2016)

*British Academy Small Grant* (£7,372): "Distinguishing Between True and False Autobiographical Memories Using the Autobiographical Implicit Association Test (aIAT)." (Co-PI with Melanie Takarangi; March 2010 – May 2011).

*Foundation for Research in Science and Technology, New Zealand, Post-doctoral Fellowship* ($241,297). "Are False Memories More Likely to Occur in Some Situations Rather Than Others?" (August 2006 – August 2008).

### *Internal Grants*

*Forensic Psychology Research Institute* ($4273): "Body-Worn Cameras in Legal Proceedings: Investigating the Biases that Shape Perceptions of Culpability." (PI)

*John Jay College OAR Seed Money Program* ($2052)*:* "Bait Questions and the Misinformation Manager" *(PI; July 2016)*

*PSC CUNY* ($3,500): "The role of pre-traumatic intrusions in memory amplification for trauma." *(PI; July 2016 – June 2017).*

*PSC CUNY* ($3,500): "External Sources of Suggestion in Memory Distortion for Trauma." *(PI; July 2015 – June 2016).*

*PSC CUNY* ($5,807): "The role of post-traumatic intrusions in memory distortion for trauma." *(PI; July 2014 – June 2015).*

*PSC CUNY* ($3,500): "Cognitive Processing Style and the Development of Post-Traumatic Stress Disorder." *(PI; July 2012 – June 2013).*

*Forensic Psychology Research Institute* ($4900): "Testing the role of hypothesized cognitive factors in the development of intrusive thoughts and avoidance." (PI)

*Flinders University Faculty Research Grant* ($9,630): Mind the gap(s): Do people's perceptions of gaps in traumatic memory affect the accuracy of their memory for a traumatic event? (Co-PI with Melanie Takarangi)

*Psychology Department Research Fund* ($3000): "Testing the Role of Cognitive Factors in the Development of Post Traumatic Stress Disorder." (PI; February, 2011 – February 2012).

*John Jay College Research Assistance Program* ($1985): "The Role of Social Influence in Memory for Trauma." (PI; September 2010 – June 2011).

*John Jay College of Criminal Justice Special Research Fund* ($2000): "Alcohol and Eyewitness Memory." (PI; July 2010 – June 2011).

*PSC CUNY* ($4,400): "Memory Reinterpretation and Consistency for Autobiographical Events."  (PI; July 2009 – June 2010).

*John Jay College Research Assistance Program* ($750; September 2009 – June 30 2010).

***Grants to Fund Student Research***

### *Federal, Foundation & Society Grants*

Jones, K: *AP-LS Grant-in-Aid* ($925)*:* "Examining the implications of reviewing body-worn camera footage on judgments of officer memory"

Segovia, D: *American Psychological Association Dissertation Research Award* ($2700)*.* "The Legal System and Memory for Analogue Traumatic Experiences."

Segovia, D: *NSF EAPSI Program* ($14,335). "Filling in the gaps of our traumatic memories: The role of thought suppression and working memory capacity." (Host Institution: Victoria University of Wellington, New Zealand; Host Advisor: Professor Maryanne Garry).

Austin, J: *AP-LS Grant-in-Aid* ($650)*:* "The Influence of Misinformation in Closing Arguments: How Jurors Remember Evidence."

### *Internal Grants*

Crozier, W: *Doctoral Student Research Grant* ($1375). "The Misinformation Effect in Police Interrogations."

Crozier, W: *Forensic Psychology Research Institute* ($1500). "Automatically Guilty: Associations between Evidence and Guilt."

Lawson, V: *Forensic Psychology Research Institute* ($1496). "Using the Media to Correct Pretrial Misconceptions about Forensic Science"

Rodriguez, D: *CUNY Doctoral Award 2010* ($800). "False Memories for Dissonance-Inducing Events"

Austin, J: *CUNY Doctoral Award 2010* ($1500): "Misinformation Errors in the Courtroom."

***Awards & Honors:***

City University of New York "Salute to Scholars" Award (2014)

John Jay College of Criminal Justice's Scholarly Excellence Award (2014)

Certificate of Appreciation for Advising Dean's List Students (2014, 2013, 2012, 2011, 2010)

Flinders University International Visiting Research Fellowship ($4,333; July - August 2012)

Stewart Travel Award ($350; June 2009)

Memory Theme Travel Award, University of Otago, ($1500; 2006, 2007, 2008)

# Teaching

***Undergraduate Courses***

| | |
|---|---|
| 100 level | Popular Psychology |
| 200 level | Cognition |
| 300 level | Psychology & the Law |
| 300 level | Memory & Cognition |
| 300 level | Psychology, Crime, & Law |

***Graduate Courses***
Memory, Trauma and the Law
Cognitive and Affective Aspects of Behavior
Memory
Traumatic Memories & Repression

## Graduate Supervision

***Current Doctoral Students***
William Crozier
Kristyn Jones
Stephanie Cardenas

***Graduated Doctoral Students***
Dario Rodriquez; *False memories for dissonance-inducing events*. (Chair of Dissertation Committee)

Victoria Lawson; *The role of naive and media-induced prior beliefs about forensic evidence on juror judgments in a criminal trial.* (Chair of Dissertation Committee)

Daisy Segovia; *PTSD in the courtroom: The impact of PTSD on testimony and juror decision making.* (Chair of Dissertation Committee)

***Graduated Masters Students***
Derek Bixby; *Reflective vs. Directive Limiting Instructions: Increasing the Effectiveness of Instructions to the Jury,* 2011, Masters, John Jay College of Criminal Justice.

Heleen Hoynck Van Papendrecht; *The Use of Object Size, Expertise & Drawing Ability in Interpreting Children's Drawings of Emotionally Significant Events*. Masters, University of Otago

Annelies Vredeveldt; *Violent False Memories for News About Crime: The Effects of Photographs and Personal Relevance.* Masters, University of Otago.

## Publications

† *Indicates that the author was a student at the time of publication.*

† Nayda, D., Takarangi, M. K. T. Nixon, R., & **Strange, D**. (in press). Do metacognitive beliefs affect meta-awareness of intrusive thoughts about trauma? *Journal of Behavior Therapy and Experimental Psychiatry*

†Smith, R., Takarangi, M. K. T., **Strange, D.,** & Flowe, H. D. (in press). Metacogntiive and meta-memory beliefs in the development and maintenance of Postraumatic Stress Disorder. *Clinical Psychological Science*

†Colloff, M. F., Wade, K. A. & **Strange, D.** (in press). Unfair lineups don't just make witnesses more willing to choose the suspect, they also make them more likely to confuse innocent and guilty suspects. *Psychological Science.*

†Oulton, J., **Strange, D**. & Takarangi, M. K. T. (in press). False memories for an analogue trauma: Does thought suppression help or hinder memory accuracy? *Applied Cognitive Psychology*

†Green, D. M., **Strange, D**., Lindsay, D. S. & Takarangi, M. K. T. (2016). Trauma-related versus Positive Intrusive Thoughts With and Without Awareness. *Consciousness and Cognition,* 46, 163-172.

†Oulton, J., Takarangi, M. K. T. & **Strange, D** (2016). Memory Amplification for Trauma: Investigating the role of PTSD symptoms in the laboratory. *Journal of Anxiety Disorders,* 42, 60-70.

Takarangi, M. K. T., †Green, D. M., †Oulton, J. M. & **Strange, D.** (2016). Boundary restriction for negative emotional images is an example of memory amplification *Clinical Psychological Science, 4,* 82-95. DOI: 10.1177/2167702615569912

†Segovia, D., **Strange, D.,** & Takarangi, M. K. T. (2016). Encoding disorganized memories of an analogue trauma does not increase memory distortion or PTSD symptoms. *Journal of Behavioral Therapy & Experimental Psychiatry, 50,* 127-134. DOI:10.1016/j.jbtep.2015.07.003

†Segovia, D., **Strange, D.,** & Takarangi, M. K. T. (2015). Trauma memories on trial: Does cross-examination help or hurt people's accuracy? *Memory* DOI: 10.1080/09658211.2015.1126608

**Strange, D.,** & Takarangi, M. K. T. (2015). Investigating the variability of memory distortion for an analogue trauma. *Memory*, 23, 991-1000. DOI: 10.1080/09658211.2014.945461

**Strange, D.,** & Takarangi, M. K. T. (2015). Memory distortion for traumatic events: The role of mental imagery. *Frontiers in Psychiatry*: *Special Issue on Mental Imagery in Clinical Disorders.* DOI: 10.3389/fpsyt.2015.00027

Takarangi, M. K. T., **Strange, D.,** & †Houghton, E. (2015). Event familiarity influences memory detection using the aIAT. *Memory*, 23, 453-461. DOI: 10.1080/09658211.2014.902467

†Rodriguez, D. & **Strange, D** (2015). False memories for dissonance-inducing events. *Memory*, *23*, 203-212. DOI: 10.1080/09658211.2014.881501

†Lawson, V. Z., & **Strange, D.** (2015). News as (hazardous) entertainment: Exaggerated reporting leads to more memory distortion for news stories. *Psychology of Popular Media Culture,* 4, 188-198*,* DOI: 10.1037/ppm0000015

†Rodriguez, D. & **Strange, D** (2014). Dissonance-induced false memories: Evidence from a free-choice paradigm. *Journal of Cognitive Psychology, 26,* 571-579, DOI:10.1080/20445911.2014.925459.

Takarangi, M. K. T., **Strange, D.,** & Lindsay. D. S. (2014). Self-report underestimates trauma intrusions. *Consciousness & Cognition*, 27, 297-305.

Takarangi, M. K. T., Lindsay. D. S., & **Strange, D.** (2015). Meta-awareness and the Involuntary Memory Spectrum: Reply to Meyer, Otgaar, and Smeets (2015). *Consciousness & Cognition,* 34, 1-3.

**Strange, D.,** Dysart, J., & Loftus, E. F. (2014). "Oops, I guess I made a mistake": Why alibi errors are not necessarily evidence of guilt. *Zeitschrift fur Psychologie,* 222, 82-89. DOI: 10.1027/2151-2604/a000169

Takarangi, M. K. T., †Segovia, D., †Dawson, E. & **Strange, D.,** & (2014). Emotional impact feedback affects how people remember an analogue trauma event. *Memory,* 22, 1041-1051, DOI: 10.1080/09658211.2013.865238

Takarangi, M. K. T., **Strange, D.,** †Shortland, A. E., & †James, H. E. (2013). Source confusion influences the effectiveness of the autobiographical IAT *Psychonomic Bulletin & Review,* 20, 1232-1238. DOI: 10.3758/s13423-013-0430-3

**Strange, D., &** Hayne, H. (2013). The Devil is in the Detail: Children's Recollection of Details about their Prior Experiences. *Memory,* 21, 431-443, DOI: 10.1080/09658211.2012.732722

**Strange, D.,** & Takarangi, M. (2012). False memories for missing aspects of traumatic events. *Acta Psychologica,* 141, 322-326. DOI: 10.1016/j.actpsy.2012.08.005

†Austin, J., & **Strange, D.** (2012). Television produces more false recognition for news than newspapers. *Psychology of Popular Media Culture,* 3, 167-175. DOI: 10.1037/a0028322

Dysart, J., & **Strange, D.** (2012). Beliefs about alibis and alibi investigations: A survey of law enforcement. *Psychology, Crime and Law,* 18, 11-25. DOI: 10.1080/1068316X.2011.562867

**Strange, D.,** Garry, M., Bernstein, D., & Lindsay, D. S. (2011). Photographs cause false memories for the news. *Acta Psychologica*, 136, 90-94. DOI: 10.1016/j.actpsy.2010.10.006.

Takarangi., M., & **Strange, D.** (2010). Emotional impact feedback changes how we remember negative autobiographical experiences. *Experimental Psychology, 57,* 354-359. DOI: 10.1027/1618-3169/a000042.

**Strange, D.,** †Hoynck Van Papendrecht, H., Crawford, E., Candel, I., & Hayne, H. (2010). Size doesn't matter: Emotional content does not determine the size of objects in children's drawings. *Psychology, Crime, & Law, 16,* 459-476. DOI: 10.1080/10683160902862213.

†Sugrue, K., **Strange, D.,** & Hayne, H. (2009). False memories in the DRM paradigm: Age-related differences in lure activation and source monitoring. *Experimental Psychology,* 56, 354-360. DOI: 10.1027/1618-3169.56.5.354.

Candel, I., Hayne, H., **Strange, D.,** & †Prevoo, E. (2009). The effect of suggestion on children's recognition memory for seen and unseen details. *Psychology, Crime, & Law, 15,* 29-39. DOI: 10.1080/10683160802084850.

**Strange,** D., Wade, K. A., & Hayne, H. (2008). Creating false memories for events that occurred before versus after the onset of childhood amnesia. *Memory, 16*, 475-484. DOI: 10.1080/09658210802059049.

**Strange, D.,** Hayne, H., & Garry, M. (2008). A photo, a suggestion, a false memory. *Applied Cognitive Psychology,* 22, 587-603. DOI: 10.1002/acp.1390

Garry, M., **Strange, D.,** Bernstein, D., & Kinzett, T. (2007). Photographs can distort memory for the news. *Applied Cognitive Psychology*, 21, 995-1004. DOI: 10.1002/acp.1362.

**Strange, D.,** & Garry, M. (2007). On cognition and the media. *Applied Cognitive Psychology,* 21, 979-980. DOI: 10.1002/acp.1392

**Strange, D.,** Sutherland, R., & Garry, M. (2006). Event plausibility does not affect children's false memories. *Memory*, 14, 937-951. DOI: 10.1080/09658210600896105.

**Strange, D.,** Gerrie, M., & Garry, M. (2005). A few seemingly harmless routes to a false memory. *Cognitive Processing*, 6, 237-242. DOI: 10.1007/s10339-005-0009-7.

**Strange, D.,** Garry, M., & Sutherland, R. (2003). Drawing out children's false memories. *Applied Cognitive Psychology*, 17, 607-619. DOI: 10.1002/acp.911.

*Non-Peer Reviewed Publications*

**Strange, D.** & Lents, N. (2015). Why does trauma promote false memory formation? http://thehumanevolutionblog.com/2015/10/13/why-does-trauma-cause-memory-distortion/

Also posted to: http://www.jjay.cuny.edu/research-blog

Also posted to: http://www.psychologytoday.com

**Strange, D.,** Clifasefi, S. L., & Garry, M. (2007). False Memories. p. 137-170. In M. Garry & H. Hayne (Eds.), *Do justice and let the sky fall: Elizabeth Loftus and her contributions to science, law, and academic freedom.* Hillsdale NJ: Lawrence Erlbaum Associates.

Sutherland, R., **Strange, D.,** & Garry, M. (2007). We've got the whole child witness thing figured out. Or do we? p. 91-104. In Della Sala, S. (Ed.), *Tall tales about the brain: Separating fact from fiction.* UK: John Wiley & Sons.

*Under Review*

†Crozier, W. E., **Strange, D**. & Loftus, E. F. (under review, R + R). Memory errors in alibi generation: How an alibi can turn against us. *Behavioral Sciences and the Law.*

Luke, T., †Crozier, W. E. & **Strange, D**. (under review, R + R). Memory errors in police interviews: The bait question as a source of misinformation. *Journal of Applied Research in Memory and Cognition*

Scoboria, A., Wade, K. A., Lindsay, D. S., Azad, T., **Strange, D**., Hyman, I., Ost, J. (under review, R + R). A mega-analysis of memory reports from eight peer-reviewed published familial informant false memory studies. *Memory*

† Skurray, R., Foster, J. L., **Strange, D.** & Takarangi, M. K. T. (under review). Failures in monitoring and noticing thoughts of traumatic experiences: Meta-awareness and the role of working memory capacity.

†Lawson, V. Z. & **Strange, D.** (under review). Using the Media to Correct Misconceptions about the Validity of Forensic Science Evidence.

Nahleen, S., Takarangi, M. K. T., **Strange, D.** & Nixon, R. (under review). Improving source-monitoring ability after post-event information exposure reduces trauma memory amplification.

*In preparation*

Crozier, W. & **Strange, D.** (in prep). Correcting the Misinformation Effect.

†Oulton, J., Takarangi, M. K. T. & **Strange, D**. (in prep), "Non-memories" and their role in memory amplification.

†Sanson, M., **Strange, D.** & Garry, M. (in prep). Trigger warnings have a trivial effect on outcomes.

# Invited Colloquia & Workshops

Strange, D. (January, 2017). *Memory failures: Why we can forget significant event details and remember things that never happened.* Invited Address, Criminal Law: Illinois Institute for Continuing Legal Education, Illinois.

Strange, D. (September, 2016). *Can we handle the truth about witness memory?* Invited Address, International Court of Arbitration, International Chamber of Commerce, New York.

Strange, D. (March, 2016). *Memory Distortion for Traumatic Events.* Public Colloquium at Lehman College, New York.

Strange, D. (September, 2015). *Memory Distortion for Traumatic Events: Causes and Consequences.* Public Colloquium at The City College of New York, New York.

Strange, D. (June, 2015) *Women in Cognitive Science: Time Management.* Panel at the biannual meeting of the Society for Applied Research in Memory and Cognition, Victoria, Canada

Strange, D. (June, 2013) *Women in Cognitive Science: Negotiating early career challenges.* Panel at the biannual meeting of the Society for Applied Research in Memory and Cognition, Rotterdam, Netherlands

Strange, D. (November, 2012) *Undergraduate Research in the Social Sciences.* CUNY Honors Opportunities Conference, Macaulay Honors College.

Strange, D. (June, 2012). *False memories for analogue trauma.* Seminar Series, Victoria University of Wellington, New Zealand.

Strange, D. (November, 2007). *Reinterpretation of Negative Autobiographical Events.* Departmental Brown Bag Seminar, John Jay College of Criminal Justice.

Strange, D. (November, 2007). *False memories: How we come to remember events that never happened.* Memory on Trial: The role of memory in the courtroom, Dunedin, New Zealand.

Strange. D. (November, 2007). *False memories: How we come to remember events that never happened.* Australian False Memory Association, Sydney, Australia.

Strange. D. (November, 2007). *Who "remembers" and what happens when they do.* Australian False Memory Association, Sydney, Australia.

Strange, D. (May, 2004). *Children's perceptions of event plausibility determine false memories.* Invited Talk, presented at the annual meeting of the American Psychological Society, Chicago, USA.

## Papers Presented at Scientific Meetings

Crozier, W. & Strange, D. (July, 2016). *Automatically guilty: Associations between evidence and guilt.* Paper presented at the International Conference on Memory, Budapest, Hungary.

Luke, T. J., Crozier, W. & Strange, D. (July, 2016). *Memory errors in police interviews: The bait question as a source of misinformation.* Paper presented at the International Conference on Memory, Budapest, Hungary.

Takarangi, M. K. T., †Green, D., Strange, D. & Lindsay, D. S. (June, 2015). *Measuring meta-awareness of intrusive thoughts about emotional events.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Victoria, Canada.

†Crozier, W. E. & Strange, D. (June, 2015). *Correcting the Misinformation Effect.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Victoria, Canada.

†Colloff, M. F., Wade, K. A. & Strange, D. (June, 2015). *Lineup composition: Accommodating suspects with distinctive features.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Victoria, Canada.

Garry, M., Strange, D. & Scharling Rasmussen, A. (June, 2015). What memory would you save? What memory would you erase? Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Victoria, Canada.

Takarangi, M. K. T., †Oulton, J. M., Strange, D., & †Quayum, S. (April, 2015). *Memory amplification for traumatic experiences: A laboratory analogue.* Paper presented at the 42nd Australasian Experimental Psychology Conference, Sydney, Australia.

Segovia, D., Strange, D., & Takarangi, M. K. T. (August, 2013). *Data-driven processing at encoding promotes memory distortion for traumatic events.* Paper presented at the annual convention of the American Psychological Association, Honolulu, HI.

Strange, D. & Takarangi, M. K. T. (June, 2013). *Manipulations at encoding affect error rates for a traumatic film.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Rotterdam, Netherlands.

Segovia, D., Strange, D. & Takarangi, M. K. T. (June, 2013). *Disorganized memories of a traumatic event promote intrusions.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Rotterdam, Netherlands.

Takarangi, M. K. T., Strange, D., & Lindsay, D. S. (June, 2013). *Approaches to measuring intrusive thoughts about trauma.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Rotterdam, Netherlands.

Takarangi, M. K. T., Strange, D., & Lindsay, D. S. (April, 2013). *Measuring trauma-related mind wandering and intrusive cognition.* Paper presented at the annual Experimental Psychology Conference, Adelaide, Australia.

Strange, D., & Takarangi, M. K. T. (June, 2011). *False memories for missing aspects of traumatic events.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, New York, New York.

Takarangi, M. K. T., †Segovia D., †Dawson, E., & Strange, D. (June, 2011). *Emotional impact feedback affects the development of intrusive memories for trauma.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, New York, New York.

†Austin, J. L., †Zimmerman, D. M., & Strange, D. (March, 2011). *The influence of misinformation in closing arguments: How jurors remember and misremember evidence.* Paper presented at the annual convention of the American Psychology-Law Society, Miami, Florida.

†Houghton, E., Takarangi, M. K. T., & Strange, D. (June, 2010). *Distinguishing between true and false autobiographical memories using the autobiographical implicit association test (aIAT).* Paper presented at the 20th Conference of the European Association of Psychology and Law, Gothenburg, Sweden.

Strange, D., Dysart, J., & Loftus, E. (March, 2010). *Where were you? Alibi generation, accuracy and consistency.* Paper presented at the annual convention of the American Psychology-Law Society, Vancouver, Canada.

Dysart, J. & Strange, D. (March, 2010). *A survey of police officers' beliefs about alibis and alibi investigations.* Paper presented at the annual convention of the American Psychology-Law Society, Vancouver, Canada.

Strange, D. & Takarangi, M. (July, 2009). *Reinterpretation of negative autobiographical events.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Kyoto, Japan.

Takarangi, M. & Strange, D. (July 2009). *For better or worse: External feedback affects autobiographical memory for positive events.* Paper presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Kyoto, Japan.

Strange, D. (May, 2009). *Feedback affects memory for negative events.* Poster presented at the annual convention of the Association for Psychological Science, San Francisco.

Garry, M., Strange, D., & Bernstein, D. (July, 2008). *Innocuous photographs cause people to remember news events that never happened.* Paper presented at the annual convention of the European Association of Psychology and Law, Maastricht, The Netherlands.

†Hoynck Van Papendrecht, H., Strange, D., Candel, I., & Hayne, H. (July, 2008). *Children's drawings of emotionally significant events: Object size, expertise, and drawing ability.* Paper presented at the annual convention of the European Association of Psychology and Law, Maastricht, The Netherlands.

Takarangi, M., Strange, D., & Garry, M. (July, 2007). *The role of schema-relevant information in memory for crime.* Paper presented at the biannual meeting of the Society for Applied Research in Memory and Cognition, Maine, USA.

Strange, D., Wade, K., & Hayne, H. (July, 2007). *The dark side of the moon: Childhood amnesia enhances suggestibility to false memories.* Paper presented at the biannual meeting of the Society for Applied Research in Memory and Cognition, Maine, USA.

Strange, D., Hayne, H., & Garry, M. (July, 2006). *A photo and a simple suggestion is enough to create a false memory.* Paper presented at the 4th International Conference on Memory, Sydney, Australia.

Strange, D., Bernstein, D. M., †Kinzett, T., & Garry, M. (July, 2006). *Photos affect memory for newspaper stories.* Paper presented at the 4th International Conference on Memory, Sydney, Australia.

Takarangi, M., Strange, D., & Garry, M. (July, 2006). *Photos influence memory for crime-related newspaper stories.* Paper presented at the 4th International Conference on Memory, Sydney, Australia.

†Parker, S., Garry, M., Strange, D., & Cahill, L. (July, 2006). *Physiologically-induced cortisol increases modulate misinformation effects.* Paper presented at the 4th International Conference on Memory, Sydney, Australia.

Strange, D., Sutherland, R., & Garry, M. (January, 2005). *False photos and plausibility: children's perceptions of event plausibility determine false memories.* Paper presented at the Society for Applied Research in Memory & Cognition, Wellington, New Zealand.

Strange, D., Bernstein, D., †Kinzett, T., & Garry, M. (April, 2005*). Photos affect memory for newspaper stories.* Paper presented at the 32nd Australasian Experimental Psychology Conference, Melbourne, Australia

Strange, D., Sutherland, R. & Garry, M. (April, 2004). *How to interview your way to a false memory*. Paper presented at the Australian & New Zealand Forensics Society conference, Wellington, New Zealand.

Strange, D., Sutherland, R. & Garry, M. (April, 2004). *The role of plausibility in the development of children's false memories.* Paper presented at the 31st Australasian Experimental Psychology conference, Dunedin, New Zealand.

Garry, M., Strange, D., Wade, K.A., French, L. & Sutherland, R. (November-December, 2004). *Digital technologies and personal memory*. Workshop on memory, mind and media, Sydney, Australia.

Strange, D., Sutherland, R., Garry, M. & Hayne, H. (July, 2003). *A right royal road to a false childhood memory.* Society for Applied Research in Memory & Cognition, Aberdeen, Scotland.

Strange, D., Sutherland, R. & Garry, M. (September, 2003). *How to interview your way to a false memory*. Paper presented at the meeting of the Skeptics Society of New Zealand, Wellington, New Zealand.

Strange, D. (August, 2002). *Drawing out Children's False Memories.* Paper presented at the meeting of the New Zealand Psychological Society, Christchurch, New Zealand.

## Posters Presented at Scientific Meetings

†Oulton, J., Takarangi, M. K. T., Strange, D. & †Quayum, S. (June, 2015). *Memory amplification for traumatic experiences: Investigating the relationship between memory distortion and PTSD symptoms in the laboratory*. Poster presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Victoria, Canada.

†Quayum, S., Takarangi, M. K. T., Strange, D., Nixon, R. & †Oulton, J. (June, 2015). *Memory amplification for traumatic experiences: Are people susceptible to post-event information about trauma?* Poster presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Victoria, Canada.

†Skurray, R., Takarangi, M. K. T., Strange, D. & Foster, J. (June, 2015*). Failures in meta-awareness for traumatic experiences: The role of working memory capacity.* Poster presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Victoria, Canada.

†Sanson, M., Garry, M. & Strange, D. (June, 2015). *The effect of "trigger warnings" on involuntary memories.* Poster presented at the biannual convention of the Society for Applied Research in Memory and Cognition, Victoria, Canada.

Takarangi, M. K. T., †Nayda, D., Nixon, R. & Strange, D. (June, 2014). *Metacognitive beliefs and meta-awareness of intrusive thoughts among trauma victims.* Poster presented at the biennial conference of the International Society for Justice Research in New York, NY.

†Rodriguez, D. N., Strange, D., †Bonomo, N., & †Salwierz, M. (May, 2014). *Dissonance-induced false memories: Evidence from an induced-compliance paradigm*. Poster presented at the annual meeting of the Association for Psychological Science, San Diego, CA.

†Rodriguez, D. N., Strange, D., †Salwierz, M., & †Bonomo, N. (May, 2014). *Dissonance-induced false memories: Evidence from a free-choice paradigm*. Poster presented at the annual meeting of the Association for Psychological Science, San Diego, CA.

†Lawson, V. Z., †Lee, A., & Strange, D. (2014, March). *The effect of handcuffs and unbiased instructions on showup identification decisions.* Poster presented at the annual conference of the American Psychology-Law Society in New Orleans, LA.

Takarangi, M. K. T., Strange, D., & Lindsay, D. S. (November, 2012). *Meta-Awareness of intrusive thoughts about trauma.* Poster presented at the 53rd Annual General Meeting of the Psychonomic Society, Minneapolis, Minnesota, USA.

Takarangi, M. K. T., †Segovia, D., †Dawson, E. & Strange, D., & (May, 2012*). Emotional impact feedback affects the development of Post-Traumatic Stress symptoms for an analogue traumatic event*. Poster presented at the 24th Annual Convention of the Association for Psychological Science, Chicago, USA.

†Lawson, V. Z., & Strange, D. (June, 2011). *Media and memory: The effects of a warning and story enhancement on memory for written and televised news reports.* Poster presented at the biannual convention of the Society for Applied Research in Memory and Cognition, New York, New York.

†Austin, J. L., †Zimmerman, D. M., & Strange, D. (June, 2011). *Misinformation in closing arguments: How jurors remember and misremember evidence.* Poster presented at the

biannual convention of the Society for Applied Research in Memory and Cognition, New York, New York.

Takarangi, M. K. T., [†]Houghton, E., & Strange, D. (2010, May). *Distinguishing between true and false autobiographical events using the autobiographical implicit association test (aIAT).* Poster presented at the 22nd Annual Convention of the Association for Psychological Science, Boston, USA.

[†]Austin, J., [†]Pereira, I, & Strange, D. (May, 2010). *Television produces more false memories for news content than newspapers.* Poster presented at the 22nd Annual Convention of the Association for Psychological Science, Boston, USA.

Takarangi, M. & Strange, D. (May, 2008)*. Memory reinterpretation for positive and negative autobiographical events.* Poster presented at the 20th annual convention of the American Psychological Society, Chicago, USA.

Strange, D., Garry, M., & Bernstein, D. (May, 2008). *Photographs cause people to remember news events that never happened.* Poster presented at the 20th annual convention of the American Psychological Society, Chicago, USA.

Strange, D., Wade, K., & Hayne, H. (May, 2007). *The dark side of the moon: Childhood amnesia enhances suggestibility to false memories.* Poster presented at the 19th annual convention of the American Psychological Society, Washington DC, USA.

Strange, D., Bernstein, D., [†]Kinzett, T. & Garry, M. (May, 2005). *Photo Content Affects What Is Remembered From News Stories.* Poster presented at the 17th annual convention of the American Psychological Society, Los Angeles, USA.

## Professional Affiliations

Association for Psychological Science
Society for Applied Research in Memory and Cognition
Psychonomic Society
American Psychology and Law Society
Women in Cognitive Science

## Professional Service

Governing Board, *Society for Applied Research in Memory and Cognition* (SARMAC, 2012 - Present)

Program Committee Co-Chair, *Society for Applied Research in Memory and Cognition, Conference X,* Rotterdam 2013

Program Committee Chair & Co-Chair of Organizing Committee, *Society for Applied Research in Memory and Cognition, Conference IX,* New York City 2011

Ad hoc reviewer for *Psychological Science, Acta Psychologica, Applied Cognitive Psychology, Child Development, Consciousness & Cognition, Journal of Experimental Psychology: Applied, Experimental Psychology, Law and Human Behavior, Memory, Memory &*

*Cognition, Psychonomic Bulletin and Review, New Zealand Journal of Psychology, Social Cognition, Quarterly Journal of Experimental Psychology*

Coordinator, Memory Theme Symposium, University of Otago, November 2006

Coordinator, Biannual International SARMAC Conference, Wellington 2005

Guest Editor, *Applied Cognitive Psychology*

Grant Reviewer, *PSC CUNY*

Advisory Board, 2008 – 2010, *Innocence Project New Zealand*

Textbook Reviewer, *Cognition and Introduction to Psychology Textbooks* (Pearson, Oxford University Press)

### College/University Level

Department Personnel and Budget Committee (Psychology; 2015 – Present).

Undergraduate Major Coordinator (Psychology), John Jay College of Criminal Justice, (2011 – Present).

Deputy Chair for Assessment (Psychology), John Jay College of Criminal Justice, (2011 – Present)

Co-Director, Office of Undergraduate Research, John Jay College of Criminal Justice (2013 – 2016).

Assistant Director, Office of Undergraduate Research, John Jay College of Criminal Justice (2012 – 2013).

Advisory Board, Office of Undergraduate Research, John Jay College of Criminal Justice (2012 – Present).

Graduate Council, The Graduate Center, CUNY, (2010 – 2015).

Departmental Curriculum Committee, John Jay College of Criminal Justice, (2009-2015).

Planning Committee, Transformations in Teaching and Learning: Research and Evidence Based Practices at CUNY, 2013.

Delegate to the *Council on Undergraduate Research*'s workshop on "Institutionalizing Undergraduate Research," City College, CUNY, April 2012 and November 2013

Scholarships Committee, John Jay College of Criminal Justice, 2011 - 2012

---

## Trial Consulting

Expert testimony provided in state and federal courts on memory issues (e.g., the accuracy of eyewitness identifications, memory distortion, recovered and false memories).

---

**Updated October 2016**

**List of Cases I have consulted on or testified in.**

|  | Case | County, State | Court | Lawyer | Issue |  |
|---|---|---|---|---|---|---|
| 1 | People v. Travone Norris | Cook County, IL | Circuit Court of Cook County | Adair Crosley; Office of the Cook County Public Defender | Eyewitness Identification | Testified in pre-trial hearing; ongoing |
| 2 | State of Connecticut v. Dadrian Burchell | Hartford, CT | Hartford Superior Court | Teri Bayer; Bayer, Odlum & Hyde, LLC | Eyewitness Identification | Testified |
| 3 | Commonwealth of Kentucky v. Ernest Mannery | Newport, KY | Newport Circuit Court | Sheena Baylon, Commonwealth of Kentucky's Department of Public Advocacy | False Memories, Delayed Disclosure of Sexual Assault | Testified |
| 4 | Commonwealth of Kentucky v. Michael White | Campbell, KY | Campbell Circuit Court | Ray Ibarra; Commonwealth of Kentucky's Department of Public Advocacy | False Memories, Delayed Disclosure of Sexual Assault | Testified |
| 5 | Commonwealth of Masssachusetts v. Robert F LeCuyer | Northampton, MA | Hampshire Superior Court | Jonah Goldsmith; Massachusetts Public Defender's Office | False Memories, Delayed Disclosure of Sexual Assault | Provided Report; Settled prior to testifying. |
| 6 | Patrick F. McGrogan and Barbara A. McGrogan vs. First Commonwealth Bank | Allegheny County, PA | Court of Common Pleas | Bradley Tupi; Tucker Arensberg Attorneys | Memory | Provided Report; Settled prior to testifying. |
| 7 | State of Ohio v. De Leonte Butler | Cuyahoga County, OH | Court of Common Pleas | Mary Jo Tipping; Marein & Bradley | Eyewitness Identification | Provided Report; Settled prior to testifying. |
| 8 | Todd and Kelli | Cabell County, | Circuit Court of | Cheryl Lynne | Child Suggestibility | Provided Report; |

|  | Mullens, on behalf of GM, an infant, et al. v. Cabell County Board of Education, et al. | West Virginia | Cabell County | Connelly; Campbell Woods |  | Settled prior to testifying. |
|---|---|---|---|---|---|---|
| 9 | State of New Hampshire v. Daniel Desmarais | Marrimack, NH | Superior Court | Paul Maggiotto; Maggiotto & Belobrow, PLLC | False Memories, Delayed Disclosure of Sexual Assault | Provided Report; Settled prior to testifying. |
| 10 | USA v. Antoine Chambers | Bronx, NY | Southern District of New York | Joshua L. Dratel, P.C | Eyewitness Identification | Provided Report; Eyewitness retracted prior to me being called. |
| 11 | The people of the State of New York v. Ronald F. Bausche | County of Kings, NY | Criminal Court of the City of New York | Julia Lum; The Legal Aid Society | False Memories, Delayed Disclosure of Sexual Assault | Provided Report; Settled prior to testifying. |
| 12 | People v. Kevin Culverson | Cook County, IL | Circuit Court of Cook County | William Bolan; Office of the Cook County Public Defender | Eyewitness Identification | Ongoing |
| 13 | US v Epstein et al. | NJ | District of New Jersey | Henry Mazurek | Eyewitness Identification | Testified |
| 14 | US v Lewis | DC |  | Chantaye Redmond-Reid | Eyewitness Identification | Testified |
| 15 | Commonwealth of Virginia v Charles Severance | Fairfax, VA | Fairfax County Court House | Megan Thomas and Joe King | Eyewitness Identification | Testified |
| 16 | State of North Carolina v Marte J. Edwards | Mecklenburg County, NC | Superior Court | Charlena Harvell | Eyewitness Identification | Closed, Court accepted Plea. |
| 17 | Hazel-Huff v City | Cook County, | District Court, | Arlene Martin | Stress and Memory | Provided Report; |

| | | | | | |
|---|---|---|---|---|---|
| | of Chicago | IL | Northern District of Illinois, Eastern Division | | Distortion | Settled prior to testifying. |
| 18 | The people of the State of New York v Haim Boukris | Sullivan County, NY | County Court | Deborah Loewenberg | False Memories, Delayed Disclosure of Sexual Assault | Testified |
| 19 | State of Texas v. Woodrow Wilson Baker | Travis County, TX | County Court | Robb Shepherd (via The Capital Area Private Defender Service) | False Memories, Delayed Disclosure of Sexual Assault | Testified |
| 20 | The people of the State of New York v Kareem Santiago | New York County, New York | Supreme Court | Richard Siracusa | Eyewitness Testimony | Testified |
| 21. | People v Lisa Elner | Cook County, IL | Circuit Court | Thomas Glasgow | Eyewitness Testimony | Testified |
| 22. | USA v Robert Fitzpatrick | Boston, MA | United States District Court | Robert Goldstein | Memory Errors | Ongoing |
| 23. | State of Colorado v Gaines | El Paso County, CO | District Court | Jennifer Cox | Child Suggestibility | Testified |
| 24. | ACS – NY v Madelan Beltran | Kings County, New York | Family Court | Lance Aduba, Davis Polk, & Emma Alpert, Brooklyn Defender Services | Child Suggestibility | Testified |
| 25. | People v Roberto Almodovar | Cook County, Illinois | County Department, Criminal Division | Jennifer Bonjean, Bonjean Law Group, LLLC & Russell Ainsworth | Eyewitness Testimony | Testified at Post-Conviction Innocence Hearing |
| 26. | USA v Jescell Whittle | Western District of Kentucky | District Court | R. Kenyon Meyer and Felix Sharpe, Dinsore & Shohl, LLP | Eyewitness Testimony | Testified |

| | | Louisville Division, Kentucky | | | | |
|---|---|---|---|---|---|---|

# Fee Schedule

## Deryn Strange

John Jay College of Criminal Justice
Department of Psychology
524 West 59th St
Office: 10.65.14
New York, NY, 10019

Email: dstrange@jjay.cuny.edu
Twitter: @derynstrange
DD: 212 484 1345
Cell: 347 237 2161

---

*Hourly rate*: $350

*Includes*: reviewing case materials, report writing, testifying (hearings, direct and cross-examination)

*Does not include*: travel and associated expenses