IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION


| | |
|---|---|
| CARL CHATMAN, | ) |
| Plaintiff, | ) |
| vs. | ) No. 14-CV-02945 |
| CITY OF CHICAGO; CHICAGO POLICE | ) |
| DETECTIVE JOHN ROBERTS; CHICAGO | ) |
| POLICE DETECTIVE THOMAS MCGREAL; | ) |
| CHICAGO POLICE DETECTIVE MARIA | ) |
| PENA; CHICAGO POLICE DETECTIVE | ) |
| JACK BOOCK, CHICAGO POLICE | ) |
| DETECTIVE RITA MISCHKA; CHICAGO | ) |
| POLICE DETECTIVE BARBARA MIDONA; | ) |
| CHICAGO POLICE SERGEANT DENNIS | ) |
| WALSH; CHICAGO POLICE OFFICER | ) |
| MICHAEL KARCZEWSKI; CHICAGO | ) |
| POLICE OFFICER RICHARD GRIFFIN; | ) |
| CHICAGO POLICE LIEUTENANT JOSEPH | ) |
| JORIA; CHICAGO POLICE SERGEANT | ) |
| BRYAN HOLY; COOK COUNTY SHERIFF'S | ) |
| DEPUTY MICHAEL COKELEY; COOK | ) |
| COUNTY SHERIFF'S DEPUTY JOSEPH | ) |
| PRINCE; COOK COUNTY SHERIFF'S | ) |
| DEPUTY SERGEANT MARIA MOKSTAD; | ) |
| COOK COUNTY SHERIFF'S DEPUTY | ) |
| LIEUTENANT BURROUGH CARTRETTE; | ) |
| ASSISTANT STATE'S ATTORNEY | ) |
| BRIAN HOLMES and UNKNOWN | ) |
| CHICAGO POLICE OFFICERS and | ) |
| UNKNOWN COOK COUNTY SHERIFF'S | ) |
| DEPUTIES; THE COUNTY OF COOK; | ) |
| THOMAS DART, in his official | ) |
| Capacity as COOK COUNTY STATE'S | ) |
| ATTORNEY; and SUSAN RIGGIO, | ) |
| Defendants. | ) |

1

EXHIBIT 9

### DIANELLA V. DIZON, M.D.

**Page 2**

1       The deposition of DIANELLA V. DIZON, M.D.,
2   called for examination pursuant to the Rules of
3   Civil Procedure for the United States District
4   Courts pertaining to the taking of depositions,
5   taken before Phyllis MacKenzie, a Certified
6   Shorthand reporter within and for the County of
7   Cook and State of Illinois, at Advanced Psychiatric
8   Services, 6555 West North Avenue, Suite 102, Oak
9   Park, Illinois, on March 24, 2015, at the hour
10   of 10:08 a.m. pursuant to notice.
11
12
13
14
15
16
17
18
19
20
21
22       (Deposition completed at 12:10 p.m.)
23   Reported By:  Phyllis MacKenzie, CSR, RPR
24   License No.:  084-004266

**Page 3**

APPEARANCES:
LOEVY & LOEVY, by
    MR. RUSSELL AINSWORTH
    312 North May Street, Suite 100
    Chicago, Illinois 60607
    312.243.5900
    russell@loevy.com
        Representing the Plaintiff:
BOLLINGER CONNOLLY KRAUSE, LLC, by
    MR. JEREMIAH P. CONNOLLY
    500 West Madison Street, Suite 2430
    Chicago, Illinois 60661
    312.466.0040
    rkiley@bollingertrials.com
        On behalf of Susan Riggio:
DYKEMA GOSSETT, PLLC, by
    MR. PAUL A. MICHALIK
    10 South Wacker Drive, Suite 2300
    Chicago, Illinois 60606
    312.627.2102
    pmichalik@dykema.com
        On behalf of the City of Chicago:
BORKAN & SCAHILL, LTD., by
    MS. KRISTA E. STALF
    20 South Clark Street, Suite 1700
    Chicago, Illinois 60603
    312.580.1030
    kstalf@borkansscahill.com
        On behalf of the Chicago Police
        officers, lieutenants and sergeants:

HINSHAW & CULBERTSON, LLP, by
    MS. LEIGH C. BONSALL
    222 North LaSalle Street, Suite 300
    Chicago, Illinois 60601-1081
    312.704.3000
    lbonsall@hinshawlaw.com
        On behalf of Cook County Sheriff's
        deputies, lieutenants and sergeants.
Also present:
    Officer Richard Griffin

**Page 4**

I N D E X

WITNESS                          PAGE

DIANELLA V. DIZON, M.D.
EXAMINATION
    By Mr. Connolly.......................5
    By Mr. Ainsworth......................43
    By Mr. Michalik.......................93
FURTHER EXAMINATION
    By Mr. Connolly.......................94, 97,
                                         101
    By Mr. Ainsworth......................97


E X H I B I T S

NUMBER                            PAGE


DEPOSITION EXHIBIT

    Group No. 1.......................... 5
    Group No. 2.......................... 15
                                         s

**Page 5**

1       (Whereupon, Deposition Group
2       Exhibit No. 1 was marked for
3       identification.)
4   MR. CONNOLLY:  Good morning.  My name is Jerry
5   Connolly.  I represent Sue Riggio.
6       State your full name for the record,
7   please.
8   THE WITNESS:  Dianella Dizon Menezes or
9   Dianella Dizon is my professional name.
10   MR. CONNOLLY:  For today's purposes, would it
11   be appropriate if I refer to you as Dr. Dizon?
12   THE WITNESS:  Yes.
13       DIANELLA DIZON, M.D.,
14   called as a witness herein, having been first duly
15   sworn, was examined and testified as follows:
16       EXAMINATION
17   BY MR. CONNOLLY:
18   Q.  Dr. Dizon, I am going to show you what
19   I've had marked as Group Exhibit No. 1 which is a
20   curriculum vitae that our office obtained from your
21   office.  Can you look at Group Exhibit 1 and tell
22   us whether or not that is a true and accurate copy
23   of your curriculum vitae?
24   A.  Yes.  There is just one error in here.

## DIANELLA V. DIZON, M.D.

1 Private practice of psychiatry should have been
2 1996 instead of 1986. The rest are good.
3   Q. All right. Thank you. The status
4 reflected on your curriculum vitae indicates that
5 you are currently retired and have been retired
6 since 2005; is that accurate?
7   A. That's right.
8   Q. Are you still licensed as a psychiatrist
9 today or have you had or allowed your license to
10 expire?
11   A. I am licensed.
12   Q. Okay.
13   A. Yes.
14   Q. All right. I would like to take just a
15 few moments to go through a little bit of your
16 medical history in terms of your training and your
17 experience. Am I correct that from your CV, you
18 graduated from what we would refer to as your
19 undergraduate degree in 1969?
20   A. Yes.
21   Q. Is it correct then that you went to
22 medical school, performed an internship, and then a
23 residency in psychiatry over the following eight or
24 night years?

6

1 you served as the medical director of Forest
2 Hospital Day Hospital in Chicago; is that accurate?
3   A. Yes.
4   Q. What were your responsibilities and what
5 was your practice, what did it consist of at the
6 time?
7   A. I was in charge of the day hospital.
8 Seeing, evaluating the patients, in charge of the
9 therapists, social workers, and my main job was
10 really to do the medication for the patients.
11   Q. Okay. Your CV indicates that in 1996, you
12 changed positions and became a consulting
13 psychiatrist at Chicago Reach Day Hospital; is that
14 accurate?
15   A. Yes.
16   Q. Can you tell us more specifically what it
17 is that you did during that time period at Chicago
18 Reach Day Hospital?
19   A. Chicago Reach was a day hospital for
20 adults, geriatric mostly. And, again, I was a
21 psychiatrist there in charge of medication
22 management.
23   Q. Okay. Then, finally, on the second page
24 of your CV, it indicates that you worked in private

8

1   A. Yes.
2   Q. Ultimately, in 1978, you were licensed to
3 practice medicine as a psychiatrist?
4   A. Yes.
5   Q. Were you licensed to practice medicine as
6 of 1973 generally?
7   A. Not here but in the Philippines.
8   Q. Your CV indicates that you, in terms of
9 your work history, practiced psychiatry and
10 practiced medicine in Chicago, Illinois, beginning
11 in 1980; is that accurate?
12   A. Yes.
13   Q. All right. In terms of your practice,
14 your CV indicates that you worked initially as a
15 consulting psychiatrist for Counseling Associates
16 in the second half of the 80s?
17   A. Yes.
18   Q. What type of work did you do there?
19   A. Mitigation management mainly.
20   Q. Did you see patients?
21   A. I saw patients for medication management.
22 I have therapist who referred patient for me for
23 medication.
24   Q. Your CV indicates that from 1990 to 1996,

7

1 practice of psychiatry in Oakbrook from 1996, as
2 you've corrected it, through 2005; isn't that
3 accurate?
4   A. That's right.
5   Q. What did your private practice of
6 psychiatry consist of during that time period?
7   A. Basically, medication management. There
8 were four or five therapists who refer their
9 patients to me for medication management.
10   Q. Did you see patients with psychiatric
11 issues or problems?
12   A. Yes.
13   Q. Okay. Did you, during that time period,
14 treat those patients?
15   A. Yes.
16   Q. Did you, during that time period, make
17 diagnoses related to those patients?
18   A. Yes.
19   Q. Of course, as you indicated, then by way
20 of treatment, sometimes you would be involved in
21 the actual medical management and prescribe
22 medications for those patients that it was
23 appropriate for?
24   A. Yes.

9

**DIANELLA V. DIZON, M.D.**

1    Q.   Okay.  Then I think we've already covered
2   then at 2005, that's when you retired and went to
3   the good life?
4    A.   Yes.
5    Q.   Other than occasional depositions?
6    A.   Yes.
7    Q.   Okay.  During the course of your practice
8   in treating patients in the field of psychiatry, in
9   your specialty, have you had occasion to treat and
10  diagnose patients with posttraumatic stress
11  disorder?
12   A.   Yes.
13   Q.   Is that sometimes referred to as PTSD in
14  short form?
15   A.   Yes.
16   Q.   Can you tell us generally what is
17  posttraumatic stress disorder?
18   A.   Posttraumatic stress disorder is
19  categorized by four things.  First, the patient
20  experiences severe trauma.  Secondary is he or she
21  is experiencing persistent reexperiencing of the
22  traumatic event.  The third one is persistent
23  avoidance of stimuli that reminds her of the
24  traumatic event.  The fourth is the increase in

10

1   hyperarousal of symptoms.  Fifth, if the symptoms
2   are persistent for more than one month.  And last,
3   if it affects her socially and her day-to-day
4   activities to a significant degree.
5    Q.   Thank you.
6         Have you also, over the course of your
7   psychiatric practice, treated and diagnosed
8   patients with depression?
9    A.   Yes.
10   Q.   Okay.  I take it there are many types or
11  levels of depression?
12   A.   Yes.
13   Q.   You have sometimes treated patients with
14  depression with medication?
15   A.   Yes.  That was mainly my job is treating
16  patients with medication.
17   Q.   Okay.  Have you treated patients over the
18  course of your experience and your medical practice
19  that suffered from both posttraumatic stress
20  disorder and depression?
21   A.   Yes.
22   Q.   Is it in any way unusual for the two to be
23  connected?
24   MR. AINSWORTH:  I object to the form of the

11

1   question.
2    THE WITNESS:  No.  No.
3   BY MR. CONNOLLY:
4    Q.   Is there -- have you found in your
5   practice sometimes that there is or can be any
6   relationship between posttraumatic stress disorder
7   and depression?
8    A.   Yes.
9    Q.   And what have you found in terms of a
10  relationship between the two?
11   A.   Well, sometimes patients who have a
12  history of depression in the past are more
13  predisposed to posttraumatic stress disorder or
14  posttraumatic stress disorder in itself can lead to
15  depression.
16   Q.   Okay.  Have any of your patients over the
17  course of your experience as a psychiatrist come to
18  you for treatment and indicated to you a history of
19  being a rape victim?
20   A.   Yes.
21   Q.   When you make a diagnosis of posttraumatic
22  stress disorder or depression, do you rely simply
23  on what a patient tells you or are there any other
24  factors that go into making that diagnosis that you

12

1   were trained over the course of your nine years in
2   medical school, internship, and residency to look
3   for?
4    A.   Mainly about a patient, but I also ask
5   because most of the time I'm referred these
6   patients by the therapist.  I'm usually in
7   consultation with the therapist and with family
8   members.
9    Q.   Doctor, would you prescribe medications
10  for a patient if you were uncertain about the
11  diagnosis?
12   A.   No.
13   Q.   Would you ever prescribe medications for a
14  patient if you didn't think the patient was being
15  truthful to you?
16   A.   Say that again, please.
17   Q.   Would you ever prescribe medications for a
18  patient if you thought that the patient was being
19  untruthful to you about the key elements of their
20  symptoms?
21   MR. AINSWORTH:  I object to the form of the
22  question.
23   MR. CONNOLLY:  You can answer.
24   THE WITNESS:  Well, that's part of the

13

**DIANELLA V. DIZON, M.D.**

1  diagnosis and part of the evaluation. If I believe
2  that the patient is not truthful to me but the
3  therapist is telling me otherwise, then I usually
4  consult with family members and then derive my
5  conclusions from that.
6  BY MR. CONNOLLY:
7      Q.  Ultimately, would it be fair to say that
8  you need to be reassured that the patient in your
9  mind is being truthful before you would prescribe
10  medication?
11      A.  Yes.
12      Q.  Okay.  Do you remember, as you sit here
13  today, Sue Riggio?
14      A.  Yes.
15      Q.  Okay.  Do you recall how she was referred
16  to you for treatment?
17      A.  She was referred to me by the therapist
18  for PTSD.
19      Q.  Okay.  And where were you working at the
20  time that Sue Riggio was referred to you for
21  treatment?
22      A.  In Oakbrook.
23      Q.  That was your private practice at that
24  time?

14

1      Q.  Do your records reveal the first day that
2  Sue Riggio was referred to you for evaluation?
3      A.  Yes.
4      Q.  That was June 7th, 2002?
5      A.  Yes.
6      Q.  At that time, did you take down a history
7  from her of symptoms or complaints?
8      A.  Yes.
9      Q.  And can you indicate to us in terms of her
10  complaints at that time, or symptoms -- can you
11  either recall or reference in your notes, informed
12  us as to what all complaints Sue Riggio expressed
13  to you at that time?
14      A.  She complains of palpitations, headaches,
15  nausea, gags on food, anxiety attacks, afraid to
16  drive, confused, disoriented, afraid to go out,
17  sleeping during the day, awake at night, and having
18  nightmares.
19      Q.  Okay.  Do your records reflect in any way
20  how she appeared during the course of your session
21  with her?
22      A.  Yes.  On mental status examination, I
23  said, "The patient was neatly dressed, small, slim,
24  extremely anxious, tremulous, teary-eyed."

16

1      A.  Yes.
2          (Whereupon, Deposition
3          Exhibit No. 2 was marked for
4          identification.)
5  BY MR. CONNOLLY:
6      Q.  Okay.  I am going to show you what I've
7  had marked as Group Exhibit Number 2 for
8  identification.  This is a grouping of records or
9  documents that we received from your office in
10  response to our subpoena for your records.
11      You take a look at this and just confirm
12  that Group Exhibit 2 reflects your office records
13  relative to Sue Riggio and in response to that
14  subpoena?
15      A.  Yes.
16      Q.  I am going to be asking you some questions
17  about your care, treatment, and diagnosis related
18  to Sue Riggio.  I see that you have your own
19  original copy of what we've had marked as Group 2.
20  To the extent that you need to refresh your memory
21  or to review your own records or notes in order to
22  assist you in responding to any of my questions,
23  please feel free to do so, okay, Doctor?
24      A.  Okay.

15

1      Q.  Teary-eyed?
2      A.  Teary-eyed.
3      Q.  That was her reporting some history, that
4  was during your session with her?
5      A.  Yes.
6      Q.  Okay.  In addition to the complaints or
7  the description of her symptoms to you, did
8  Ms. Riggio indicate to you or were you made aware
9  in some other fashion of a history of a recent
10  sexual assault?
11      A.  She had told me.
12      Q.  What did she tell you about that?
13      A.  Patient was treated in the past by
14  psychiatrist after she was sexually assaulted at
15  age 29.
16      Q.  She told you in 2002, in your first
17  session, that she had been sexually assaulted
18  previously?
19      A.  Yes.
20      Q.  At the age of 29?
21      A.  Yes.
22      Q.  Okay.  Were you also aware of the fact
23  that she was seeing you at that time following a
24  more recent sexual assault in 2002?

17

**DIANELLA V. DIZON, M.D.**

1   A.  Are you talking about this current --
2   Q.  Yes.
3   A.  Yes.  Yes.
4   Q.  All right.  Do you recall or do your notes
5   reflect what she told you, if anything, about that
6   assault, the one in 2002?
7   A.  I was basically -- she was -- from my
8   mental status examination, you could see that I was
9   not able to talk to her that much because she was
10  very anxious.  "Her memory could not be tested.
11  Patient was extremely anxious but oriented to time
12  and place."
13      I got most of my history from the
14  therapist.
15  Q.  Okay.
16  A.  At that time -- on 6/7/02.
17  Q.  Okay.  Do your notes reflect whether or
18  not Ms. Riggio's husband was with her at the first
19  visit?
20  A.  He was present.
21  Q.  Did you make any assessment or notes at
22  that time as to whether or not he was supportive or
23  helpful or was something else?
24  A.  From my notes on that day, 6/7/02, I said

18

1   that -- "Reassured the husband about the patient's
2   condition and appears very supportive."
3   Q.  Did you make a diagnosis with respect to
4   Sue Riggio on June 7th, 2002, Doctor?
5   A.  Yes.
6   Q.  What was that diagnosis?
7   A.  Posttraumatic stress disorder.
8   Q.  Did you relate that diagnosis of
9   posttraumatic stress disorder to the history of
10  recent rape within a couple of weeks of your visit
11  with her?
12  A.  Yes.
13  Q.  Did you prescribe -- did you make any
14  other diagnosis at that time?
15  A.  At that time, no.
16  Q.  Okay.  Did you prescribe any medication
17  for her?
18  A.  Yes.
19  Q.  What did you prescribe?
20  A.  I started her on Celexa, 20 milligrams, a
21  day to start, ten in the morning for four days and
22  then 20 afterwards.  And I prescribed her Ativan,
23  .5 milligrams, twice a day or two times a day.
24  Q.  Just so that we, as laypeople, have --

19

1   what is Celexa intended to help with?
2   A.  Celexa is an antidepressant and sometimes,
3   too, does help with anxiety, too.  And Ativan is an
4   anti-anxiety agent.
5   Q.  Okay.  Did you do anything else during
6   that first session with regard to Ms. Riggio?
7   A.  I had advised her to take a dietary
8   supplement.  She apparently told me that she was
9   not eating well and she was nauseated.  And I
10  advised her to continue individual therapy with her
11  therapist twice a week.
12  Q.  Okay.  Did you have an opinion within a
13  reasonable degree of psychiatric certainty as to
14  whether Sue Riggio suffered from posttraumatic
15  stress disorder as a result of a recent sexual
16  assault at the time you saw her on June 7th?
17  A.  I believe she was suffering from
18  posttraumatic stress disorder.
19  Q.  Thank you, Doctor.
20      When did you next see her?
21  A.  The next session was on 6/25/02.
22  Q.  Was that a planned session, that is, was
23  she asked to come back or scheduled to come back?
24  A.  Yes, yes, yes.  I usually see them between

20

1   two to four weeks.
2   Q.  Okay.  When you say, "You usually see
3   them," you mean posttraumatic stress disorder
4   referrals?
5   A.  That and also people who are started on
6   medication.  I want to see them two weeks to four
7   weeks afterwards.
8   Q.  After being on the medications you
9   prescribed, did Ms. Riggio report to you any
10  benefit from those medications when she came back
11  on June 25th, 2002?
12  A.  There were some improvements in her
13  symptoms.  Anxiety attacks were moderately
14  decreased in frequency and intensity.  But aside
15  from that, the symptoms were pretty much the same.
16  Q.  Did your records reflect whether or not it
17  appeared that Ms. Riggio was continuing to lose
18  weight or not?
19  A.  Yes.
20  Q.  What did it indicate?
21  A.  It said, "Lost weight."
22      I didn't have a weighing scale.  I'm
23  sorry.  But she claims -- I was also concerned that
24  she might be purging.  Because with weight loss, I

21

**DIANELLA V. DIZON, M.D.**

1  always ask that to everybody, whether they were
2  purging or not.
3      And my note specifically says, "She lost
4  weight but claims that she was not purging."
5      Q.  With regard to losing weight and not
6  purging, was there anything else in the history of
7  that visit that Ms. Riggio conveyed to you that
8  would have suggested any episodes of throwing up?
9      A.  Yes.  My notes says, "Throwing up,
10  especially since she saw the TV of her attack."
11      Q.  She reported to you that that caused her
12  to throw up?
13      A.  Yes.
14      Q.  With regard to outside social contact, did
15  your records of June 25th indicate whether or not
16  there was any improvement in that regard?
17      A.  Well, according to the therapist, she was
18  still isolating herself and rarely goes out.
19      Q.  Okay.  Doctor, with respect to all of the
20  symptoms that you reported to us from the first
21  visit with Ms. Riggio on June 7th as well as how
22  she appeared to you on June 25th, are the symptoms
23  that are being reported and those of which you
24  observed consistent or inconsistent with

**22**

1  posttraumatic stress?
2      A.  Consistent with posttraumatic stress.
3      Q.  Your medications are, were they continued
4  at that time?
5      A.  Yes.
6      Q.  When did you next see her?
7      A.  7/23/02.
8      Q.  At that time, was there any improvement in
9  her condition?
10      A.  Yes.  Her hypersomnia, "Not sleeping too
11  much during the day.  She is sleeping better at
12  night but still very restless.  Gagging only when
13  she eats.  But she's able to keep the food down and
14  not throwing up."
15      I also had recommended for her to drink
16  Ensure light once a day.
17      Q.  And Ensure, that's with an E-N, Ensure?
18      A.  Yes.
19      Q.  Is that a good supplement?
20      A.  Yes.
21      Q.  Was that to try to help put weight on?
22      A.  Put the weight on.
23      Q.  You were concerned that she was continuing
24  to lose weight?

**23**

1      A.  Yes.
2      Q.  The next time you saw her, was that on
3  August 20th, 2002?
4      A.  Yes.
5      Q.  At that time, was she still anxious or
6  not?
7      A.  Still anxious.  Not as restless.
8      Q.  What about her ability to sleep at night,
9  was there any change in that condition?
10      A.  She was continuing to wake up two to three
11  times a night.  But she said, "It was a deeper and
12  better sleep."
13      Q.  Did you keep her on prescription
14  medication at that time or no?
15      A.  Yes.  I actually increased her Ativan to
16  one milligram at night to help with the sleep.
17      Q.  You prescribed an increase in Ativan to
18  aid with her anxiety to allow her to sleep better?
19      A.  Yes.
20      Q.  You next saw her on September 17th, 2002?
21      A.  Yes.
22      Q.  Okay.  Did you note her weight at that
23  time?
24      A.  Yes.

**24**

1      Q.  And what does your record indicate?
2      A.  "No weight loss noted.  Weight was
3  104 pounds."
4      Q.  Was there any indication or information
5  she gave you with respect to any other issues
6  relating to her interaction with outside people
7  including her own doctors?
8      A.  Yes.  She had seen an OB/GYN.
9      Q.  What, if anything, was important about
10  that?
11      A.  From my records, it says, "She saw OB/GYN
12  and she was having problems with a yeast infection
13  and was very anxious about that."
14      Q.  Did she express to you about why she was
15  anxious about the presence of a yeast infection at
16  that time?
17      A.  I don't recall.  It's not in my notes.
18      Q.  Did you keep her on medications at that
19  time?
20      A.  Yes.
21      Q.  You next saw her on October 22nd, 2002; is
22  that right?
23      A.  Yes.
24      Q.  At that time, did she express whether or

**25**

**DIANELLA V. DIZON, M.D.**

1  not she was still anxious or fearful or whether she
2  was doing better?
3      A.  From my notes, "It says that she drives
4  only when extremely necessary, was fearful of going
5  places."
6      Q.  Do you continue her on her medications at
7  that time?
8      A.  Yes.  Continued her on medication.
9      Q.  You next saw her on November 26, 2002?
10     A.  Yes.
11     Q.  At that time, were there any changes in
12  her reported condition?
13     A.  Yes.  "Her nightmares have increased.  Her
14  anxiety in the morning has increased.  She was
15  tired in the morning."
16         And I believe that was due to the coming
17  holidays and what her family will ask and say about
18  her rape.
19     Q.  With regard to the last number of visits
20  dating back to the first visit in June, are the
21  symptoms that she reported and your observations of
22  her, did they remain consistent with your diagnosis
23  of posttraumatic stress or inconsistent?
24         MR. AINSWORTH:  Objection to form.

26

1      THE WITNESS:  Consistent.
2  BY MR. CONNOLLY:
3      Q.  Had you made any new or additional
4  diagnoses up to this point in time?
5      A.  No.
6      Q.  Doctor, you continued her on medications
7  at that time in November of 2002?
8      A.  Yes.
9      Q.  You next saw her on January 7th, 2003;
10  correct?
11     A.  Yes.
12     Q.  Did she have any changes or reported
13  changes in her condition at that time?
14     A.  "Her sleep was better.  Nightmares have
15  decreased.  She was still tired during the day.
16  There was no gagging, able to keep the food down."
17     Q.  Okay.  Did she report anything of
18  significance to you as her psychiatrist with
19  respect to her relationship with her husband at
20  that time?
21     A.  Yes.
22     Q.  What did she report?
23     A.  She was concerned that she could not let
24  her husband touch her.  And she was worried about

27

1  him, although she claims that he was very
2  supportive.
3      Q.  Do you recall, as you sit here today, or
4  do your notes reflect anything additional about why
5  she was unable to let her husband touch her at that
6  time?
7      A.  I do not have that in my notes.
8      Q.  Do you know -- as you sit here today, do
9  you recall whether or not this is something new or
10  whether she was reporting a continuing issue with
11  that?
12     A.  I believe that was a continuing issue from
13  the very beginning.  I do not recall if it was in
14  my notes earlier.
15     Q.  Is that type of statement -- is that type
16  of situation that she's conveying to you, her not
17  allowing her husband to touch her, is that
18  consistent with your diagnosis of posttraumatic
19  stress disorder with a sexual assault victim or
20  inconsistent?
21     A.  Consistent.
22     Q.  Did you keep her on medications at that
23  time or change them?
24     A.  I decreased her medication.

28

1      Q.  Because she was sleeping better and the
2  nightmares decreased?
3      A.  Yes.
4      Q.  You next saw her on March 18th, 2003; is
5  that correct?
6      A.  Yes -- no.  March 18th?
7      Q.  March 18th, 2003.
8      A.  It's May.  I believe it is May 13th, '03.
9      Q.  Give me a second.
10     A.  May 13, '03 and then May 19, '03.
11     Q.  Okay.  See if you can find that.  What is
12  on our page -- well, it says "ten" up in the right
13  hand corner, and it is "ten" in the numbered right
14  lower column.  No.  I see the May 3rd.
15         What I'm wondering is, who saw her on
16  March 18th, if you know?  Do you have that record?
17     A.  Yes, sir.
18     Q.  Okay.  Can you pull that up?
19         All right.  Thanks.  You have a record in
20  front of you now dated March 18th, 2003?
21     A.  Yes.
22     Q.  Is that your writing?
23     A.  Yes.
24     Q.  And that reflects as a visit that you had

29

8 (Pages 26 to 29)

**DIANELLA V. DIZON, M.D.**

1  with Sue Riggio?
2      Q.  Yes.
3      Q.  Great.  With regard to March 18th, did
4  Ms. Riggio report any changes with regard to her
5  ability to sleep or the nightmares?
6      A.  "The nightmares are much less.  Sleep is
7  better.  Driving a little bit farther."
8      Q.  So is this an indiction that she's getting
9  better?
10     A.  Yes.
11     Q.  Handling the posttraumatic stress better?
12     A.  Yes.
13     Q.  How does posttraumatic stress in terms of
14 the treatment work?  Just so we have an
15 understanding, is that something that gradually
16 gets better over time or does it vary from patient
17 to patient?
18     A.  It varies from patient to patient.  The
19 symptoms may wax and wane.  They can stay stable.
20 It really depends upon the individual patients.
21 The symptoms may be exacerbated from cues from the
22 external environment.
23     Q.  Now, still on this March 18th, 2003,
24 visit, did Ms. Riggio indicate to you anything with

30

1      Q.  Were her medications changed at that time?
2      A.  I decrease her Celexa.  Ativan stayed the
3  same.
4      Q.  All right.  And you next saw her on
5  August 19th, 2003; is that correct?
6      A.  Yes.
7      Q.  Did she indicate any change in her
8  condition at that time?
9      A.  She was a little bit nervous about going
10 to the trial, but she said she was determined to
11 go.  I had advised her about running through the
12 trial with her therapist.
13     Q.  Okay.  You next saw her on October 21st,
14 2003; is that correct?
15     A.  Yes.
16     Q.  Her sleep was better at that time?
17     A.  Yes.
18     Q.  Did you change her medications?
19 MR. AINSWORTH:  What was the date?
20 MR. CONNOLLY:  October 21st, 2003.
21 MR. AINSWORTH:  Okay.
22 BY MR. CONNOLLY:
23     Q.  Did you change her medication at that
24 time?

32

1  regard to her physical relationship status with her
2  husband?
3      A.  Yes.  My note says that she's worried
4  about her husband because she was unable to allow
5  him to touch her.
6      Q.  Okay.  Let me ask you, does your note
7  reflect whether or not you kept her on medications
8  or do you recall?
9      A.  Yes.  Continue same medication.
10     Q.  All right.  Thank you.  Your next visit,
11 now we will go to the May 13, 2003, one; is that
12 correct?
13     A.  Yes.
14     Q.  How was she doing at that time?
15     A.  She was doing better.  She was not
16 gagging.  She had gained weight.  Weight was the
17 same as before the accident.
18     Q.  What about social situations, any change
19 there?
20     A.  Yeah.  Social situations, she was still
21 fearful of social situations.  Afraid of what
22 people will ask.  She was smoking a lot.  Says that
23 it helps her with her anxiety, and I had advised
24 her against it.

31

1      A.  Yes, I did.  I increased her Ativan to one
2  half tab in the morning and one tab at night.
3      Q.  Doctor, if -- if you have seen Ms. Riggio for
4  a span of time almost a year and a half or year and
5  three months at this point; right?
6      A.  Yes.
7      Q.  If you had any question in your mind as to
8  whether or not Ms. Riggio was being truthful in
9  conveying her symptoms, would you have continued to
10 prescribe medication as you had been over that
11 period of time?
12     A.  Would you say that again, please.
13     Q.  If, over this year and a half period of
14 time, if you had developed any question in your
15 mind about Ms. Riggio's truthfulness in reporting
16 her symptoms, would you have continued to prescribe
17 her medication?
18     A.  No.
19     Q.  Okay.  The next visit you saw her was
20 December 16th, 2003; correct?
21     A.  Yes.
22     Q.  Your records report that she was stable,
23 doing better at that time?
24     A.  Yes.

33

**DIANELLA V. DIZON, M.D.**

1    Q.   So the next time you saw her was almost
2  six months later on May 18th, 2004; correct?
3    A.   Yes.
4    Q.   Okay.  What did she report to you with
5  regard to any changes in her condition at that
6  time?
7    A.   Well, she said she was smoking three packs
8  a day because of the anxiety due to the upcoming
9  trial in March.
10   Q.   Was it a trial or trial sentencing?
11   A.   Trial sentencing in March.  And there was
12 also an increased anxiety secondary to the
13 anniversary of the trauma in May.  Although her
14 sleep was okay.
15   Q.   Did you change any medications for her at
16 that time?
17   A.   Yes.  I decreased her Celexa, and I
18 started her -- I tried to start her on Wellbutrin
19 XR because there was an indication or scientific
20 evidence that Wellbutrin is good for smoking
21 cessation.  So I thought I would switch her to
22 Wellbutrin gradually.  And I increased her Ativan
23 to three times a day because of the increased
24 anxiety.

34

1    Q.   Doctor, can you tell us whether or not an
2  increase in anxiety that occurs around an
3  anniversary of a trauma is something that is
4  consistent or inconsistent with posttraumatic
5  stress related to a trauma?
6    A.   Consistent.
7    Q.   All right.  Your next visit with her was
8  on June 2004; correct?
9    A.   Yes.
10   Q.   Okay.  Now, at that time, she reported to
11 you she didn't use the Wellbutrin; correct?
12   A.   Yes.
13   Q.   Do you remember why?
14   A.   She says she wasn't ready to quit smoking.
15   Q.   She reported to you she wasn't having
16 nightmares at that time; true?
17   A.   No nightmares.  Yes.
18   Q.   So she's getting better in that respect?
19   A.   Getting better.
20   Q.   Those are all good signs; right?
21   A.   Yes.
22   Q.   What about her physical relationship with
23 her husband, was there any report at that time?
24   A.   I don't have it in my notes.  Oh, yes, I'm

35

1  sorry.  She said she moved back to the bedroom with
2  her husband but no touching.
3    Q.   But no touching?
4    A.   Yes.
5    Q.   Is this -- can you tell us, Doctor, in
6  your experience and education and training, is this
7  an unusual occurrence with regard to a post sexual
8  assault victim in terms of her relationship with a
9  boyfriend or husband?
10   A.   No.
11   Q.   The next time you saw Ms. Riggio was on
12 July 20th, 2004?
13   A.   Yes.
14   Q.   What did she report to you with regard to
15 her teeth?
16   A.   She told me that she wanted to pull out
17 all of her teeth because she still feels him inside
18 her mouth.  And she is repulsed by the thought.
19 And that she smells him in her mouth.
20   Q.   Okay.  Is this an unusual description, you
21 know, a year after an event for a victim of a
22 sexual assault to describe, you know, smelling the
23 attacker and having these kind of sensations?  Is
24 that unusual or is that consistent with the event

36

1  as she described it to you?
2    A.   It's consistent.  And I believe that was
3  triggered by the upcoming sentencing and whatever.
4  It is very consistent.  Because, as I said, the
5  symptoms wax and wane.
6    Q.   Your next visit with her was on
7  August 17th, 2004; is that correct?
8    A.   Yes.
9    Q.   Did she report to you any difficulty or
10 upsetness because of a recent doctor visit?
11   A.   Yes.
12   Q.   What did she tell you?
13   A.   She was upset because the OB/GYN told her
14 that she might not be able to have sexual
15 intercourse because she's uncomfortable with the
16 exam.  She had refused -- no Pap smear was done.
17 She had refused.  And the patient was prescribed
18 Premarin vaginal cream for dryness, but she told me
19 that she feels very anxious about applying the
20 cream.
21   Q.   Was fear at all an expressed factor with
22 regard to her uncomfortableness with having a Pap
23 smear done?
24   A.   Yes.

37

**10 (Pages 34 to 37)**

**DIANELLA V. DIZON, M.D.**

1    MR. AINSWORTH:  I'll object to the form of that
2  last question.
3  BY MR. CONNOLLY:
4    Q.   Let me re-ask, was there anything else by
5  way of history that she indicated as to why a Pap
6  smear was uncomfortable for her other than being
7  physically uncomfortable?
8    A.   I do not recall.
9    Q.   Okay.  Let me take a look at that note.
10  Give me a second.  The next time you saw her was on
11  November 16th, 2004?
12    A.   Yes.
13    Q.   Okay.  She mentioned something about a
14  tooth issue at that time?
15    A.   Yes.  She had all her teeth pulled out.
16    Q.   She was still on Wellbutrin and Ativan?
17    A.   Yes.
18    Q.   You next saw her on January 11, 2005; is
19  that correct?
20    A.   Yes.
21    Q.   Was there any reported change in her
22  condition relative to the posttraumatic stress?
23    A.   She said flashbacks have decreased.  Her
24  anxiety obviously was much better because she got

38

1  cut back to one pack of cigarettes a day instead of
2  the three.
3    Q.   So she's showing improvements?
4    A.   Yes.
5    Q.   Is that consistent with posttraumatic
6  stress in a patient?
7    A.   Yes.
8    Q.   Time heals to some degree?
9    A.   Yes.
10    Q.   When is the next visit, April 19th?
11    A.   Yes.
12    Q.   Did you see her at that time or your
13  husband?
14    A.   Yes, I saw her.
15    Q.   April 19th, 2005, what did she report to
16  you at that time?
17    A.   There were no new changes in her other
18  symptoms.  She is not as anxious.  No side effects
19  from the medication.
20    Q.   Were you in practice with your husband
21  around that time?
22    A.   No.  I quit in I believe May or June of
23  2005.
24    Q.   Okay.  Did you at that time refer your

39

1  patients to your husband or someone else once you
2  retired?
3    A.   To my husband.
4    Q.   Okay.  And what is his name?
5    A.   Dr. Ralph Menezes.
6    Q.   M-E-N-E-Z-E-S?
7    A.   Yes.
8    Q.   And he's a psychiatrist as well?
9    A.   Yes.
10    Q.   Did you see or treat Ms. Riggio after
11  April 19th, 2005?
12    A.   No.
13    Q.   Did your husband ever consult with you
14  with regard to Ms. Riggio after April 19th, 2005?
15    A.   Yes.
16    Q.   Okay.  What did you recall in that regard?
17    A.   Well, he had my notes so pretty much he
18  knew about Sue Riggio.  I was just talking to him
19  about how she responded to the medication.
20    Q.   Okay.  Did he ever tell you -- Strike
21  that.
22        With regard to your diagnoses of
23  posttraumatic stress disorder, did you ever add to
24  that or change that diagnosis during the course of

40

1  your entire treatment of Ms. Riggio?
2    A.   I don't believe so.  It's not in my notes.
3    Q.   Okay.  Do you recall whether or not your
4  husband ever reported to you that he changed or
5  added a diagnosis during the course of his
6  treatment of Ms. Riggio?
7    A.   No.
8    Q.   You don't recall?
9    A.   I don't recall.
10    Q.   If your husband had diagnosed Sue Riggio
11  with posttraumatic stress disorder and major
12  depression, would you have any medical psychiatric
13  objection to that based on your treatment of
14  Ms. Riggio?
15    A.   No.
16    Q.   In all of your visits with Ms. Riggio, I
17  think there are about 15 or 20 visits; weren't
18  there?
19    A.   Whatever they were.
20    Q.   Over the course of all of your visits with
21  Ms. Riggio, can you describe her tone, that is, was
22  she a loud person?  Was she an aggressive person?
23  Was she a soft talking person?  Was she normal
24  talking?

41

**DIANELLA V. DIZON, M.D.**

1    MR. AINSWORTH:  Objection to the form of the
2  question and object to the foundation.
3  BY MR. CONNOLLY:
4    Q.  If you recall?
5    A.  Can I answer?
6    Q.  Yes.
7    A.  Soft talking person.
8    Q.  Okay.  In any moment of your discussions
9  with Ms. Riggio over the course of the -- we'll
10  call it three years of treating her, in any of the
11  discussions you had with her, whether she was
12  discussing her upsetness or talking about the rape
13  or anything like that, do you ever recall her
14  raising the tone of her voice beyond soft?
15    A.  Yes.
16    Q.  Okay.  On what occasion?
17    A.  When she was anxious.  She was restless.
18    Q.  And how loud did she get at that time?
19    A.  Do you have a scale?
20    Q.  Yes.  I don't know.  You're not able to
21  give me a sense of it?
22    A.  No.  This was in 2005.
23    Q.  Okay.  With regard to your diagnosis of
24  posttraumatic stress disorder, you made that

42

1  diagnosis and you hold it to a reasonable degree of
2  psychiatric certainty?
3    A.  Yes.
4    Q.  And you relate it to the sexual assault in
5  May of 2002 within a reasonable degree of
6  psychiatric certainty?
7    A.  Yes.
8    MR. CONNOLLY:  Okay.  I think that's all I
9  have.  Thank you, Doctor.
10        EXAMINATION
11  BY MR. AINSWORTH:
12    Q.  Good morning, Doctor, well, can you
13  explain how it works when you receive -- when you
14  went to medical school in the Philippines, did you
15  perform a residency in the Philippines?
16    A.  No.  Here in Chicago, Chicago Medical
17  School.
18    Q.  Chicago Medical School is the only
19  residency that you completed?
20    A.  Yes.
21    Q.  And you -- on your CV, you list a rotating
22  internship in the Philippines?
23    A.  Yes.
24    Q.  Was that rotating internship in different

43

1  disciplines?
2    A.  Yes.  General, yes.
3    Q.  Did you do any focus in psychiatry in that
4  rotating internship?
5    A.  No.
6    Q.  What is the Chicago Medical School?
7    A.  It's not there anymore.
8    Q.  Where was it?
9    A.  On Ogden.  They had a residency at that
10  time.
11    Q.  Was it affiliated with a hospital?
12    A.  It was affiliated with several hospitals.
13    Q.  Was there -- when you were performing your
14  residency, did you have privileges at a particular
15  hospital?
16    A.  Yes.  My first year was at -- what's the
17  name of the hospital?  The one next to Weiss
18  Hospital.
19    Q.  On the north side?
20    A.  Yes.  Aspire (phonetic) Psychiatric
21  Hospital.  And my second and third year residency
22  were at Cook County.
23    Q.  And that hospital in your first year, did
24  that hospital still exist?

44

1    A.  Yeah, I think it's called Barclay.
2    Q.  Barclay?
3    A.  Yes.  It was called London Memorial at
4  that time.
5    Q.  So when were you first licensed to
6  practice medicine?
7    A.  19 -- when I came to the states, beginning
8  1975.
9    Q.  What did you do between 1975 and '78?
10    A.  I was in residency.
11    Q.  Three years?
12    A.  Yeah.
13    Q.  I thought it was '78 to '81.
14      Were you ever board-certified?
15    A.  No.
16    Q.  Did you ever sit for your boards?
17    A.  Yes.  Once.
18    Q.  When was that?
19    A.  I believe it was five years after my
20  residence so.  Since I stopped for a while, I had
21  babies.
22    Q.  2005, have you had any employment?
23    A.  I manage my husband's practice.
24    Q.  What does that entail?

45

**12 (Pages 42 to 45)**

**DIANELLA V. DIZON, M.D.**

1     A.   He is a psychiatrist.
2     Q.   So what does it mean to manage his
3   practice?
4     A.   Mainly managerial.
5     Q.   Do you do the billing?
6     A.   I do the billing.
7     Q.   Did you used to do the billing for your
8   own practice?
9     A.   No -- Oh, yes I did.  Sorry.  Oh, yes, I
10   did.
11     Q.   When you were in private practice?
12     A.   Yes, I did.
13     Q.   Who did you bill for Susan Riggio's care?
14     A.   I believe it was the County.
15     Q.   The County was paying you to treat
16   Ms. Riggio?
17     A.   Yes.
18     Q.   And how would I bill them?
19     A.   May I look at my notes?
20     Q.   Sure.
21     A.   I have a summary of my bills.  I think
22   it's Page 35.  Invoice 172006.
23        I have a bill on Page 28, May 18, 2006;
24   May 28, 2007, Page 26; May 18th, 2006.  Okay.  So
                                                        46

1     Q.   Yes.
2     A.   She said two weeks ago.
3     Q.   And on June 7th, 2002, were you aware that
4   according to the DSM-IV, symptoms of PTSD had to be
5   in existence for over a month before you could
6   reach that diagnosis; correct?
7     A.   For over a month.  You can also have
8   symptoms prior to that, but the symptoms have to be
9   present for a month.
10     Q.   So if the symptoms had to be present for a
11   month, how were you able to diagnose Ms. Riggio
12   with PTSD two weeks after the accident?
13     A.   Because of her symptoms.
14     Q.   Do you have any other explanation?
15     A.   For diagnosing her?
16     Q.   Yes, ma'am.  Because of the symptoms and
17   because of the rape.
18     A.   Because of the stressor.
19     Q.   You believed Ms. Riggio; right?
20     A.   Yes.
21     Q.   Tell me, on June 7th, 2002, the sources of
22   information that you had to reach your
23   determination that Ms. Riggio was suffering from
24   PTSD?
                                                        48

1   that's how I would bill her.
2     Q.   Did Ms. Riggio ever have to pay for any of
3   the services that you provided to her?
4     A.   No.
5     Q.   You first saw Ms. Riggio on June 7th;
6   correct?
7     A.   Yes.
8     Q.   And that's when you diagnosed that she had
9   PTSD?
10     A.   Yes.
11     Q.   You reached that decision to a reasonable
12   degree of psychiatric certainty?
13     A.   Yes.
14     Q.   Did you use the criteria, the DSM-IV to
15   make that diagnosis?
16     A.   Yes.
17     Q.   DSM-IV, that was the version in place at
18   the time; right?
19     A.   DSM-IV-R.
20     Q.   You followed that criteria; correct?
21     A.   Yes.
22     Q.   Did Ms. Riggio tell you when the most
23   recent sexual assault had occurred?
24     A.   If you're pertaining to this event?
                                                        47

1     A.   The therapist.
2     Q.   Who was the therapist?
3     A.   Norma Berlin, the husband.
4     Q.   And Ms. Riggio?
5     A.   And Ms. Riggio.
6     Q.   Did you know Norma Berlin prior to
7   June 7th, 2002?
8     A.   Yes.
9     Q.   How did you know her?
10     A.   I have worked with her on and off for the
11   last 15 years before I retired.
12     Q.   So going 15 years prior to 2005, do you
13   mean?
14     A.   I believe so.
15     Q.   Okay.  When you say, "You worked with
16   her," what does that mean that you worked with her?
17     A.   She was a therapist and she would refer
18   patients to me for medication.
19     Q.   And where was her office located at the
20   time back in 2002?
21     A.   Oakbrook.
22     Q.   Was she in the same building as you?
23     A.   Yes.
24     Q.   Was she in the same office space as you?
                                                        49

**13 (Pages 46 to 49)**

**DIANELLA V. DIZON, M.D.**

1    A.   No.
2    Q.   Where was her office in relation to your
3  office back in June of 2002?
4    A.   Next to my office.
5    Q.   Would you have to go out in the hallway to
6  get to her office?
7    A.   It was a room.  And there were separate
8  rooms.  And she was in this room.  And I have was
9  in this room.
10   Q.   You share a waiting area?
11   A.   Yes.
12   Q.   Did you share billing personnel?
13   A.   No.
14   Q.   Did you share -- have any common staff
15  with Norma Berlin?
16   A.   No.
17   Q.   Did you have any staff at the time?
18   A.   No.
19   Q.   Were you a solo practitioner?
20   A.   Yes.
21   Q.   Did you do your own scheduling?
22   A.   Yes.
23   Q.   And did you do your own reception work?
24   A.   Yes.

50

1  that time?
2    A.   I was doing medical exams.
3    Q.   Not psychiatric exams?
4    A.   Not psychiatric exams.
5    Q.   Who were you working for then?
6    A.   I do not remember.  I am sorry.  I took
7  the job because it was the only part-time job that
8  I could have that had flexible hours.
9    Q.   Then you became a consulting psychiatrist
10  at Counseling Associates?
11   A.   Yes.
12   Q.   What population of people were you seeing
13  then?
14   A.   Majority of the diagnoses were depression,
15  anxiety disorder, adjustment disorder.
16   Q.   All right.  In the time that you were
17  working at consulting -- Counseling Associates --
18  well, strike that.
19        At Counseling Associates, were there other
20  psychiatrists who worked there?
21   A.   Me and my husband.
22   Q.   And did you have any staff members?
23   A.   There were staff members there but not my
24  staff.

52

1    Q.   It's not easy to wear all those hats.
2    A.   I'm part-time.  I was part-time.  And my
3  practice was small.  I had babies.  They take a lot
4  of time.  You know how hard that is.
5    Q.   When you were working part-time, that was
6  while from '96 to 2005?
7    A.   Yes.
8    Q.   How many hours would you actually spend
9  seeing patients during that time?
10   A.   Twice a week.
11   Q.   For how many hours twice a week?
12   A.   From 9:00 -- I started at 8:00, 8:00 to
13  5:00.
14   Q.   When you were -- you have listed in your
15  CV, general practice of medicine from 1980 to 1986,
16  where were you practicing medicine at that time?
17   A.   I was working for a general practitioner
18  on the south side.
19   Q.   Was that a part-time position?
20   A.   Part-time position.
21   Q.   And when you say, "general practitioner,"
22  does that mean an internist?
23   A.   Internist.
24   Q.   What kind of exams were you performing at

51

1    Q.   Were they your husband's?
2    A.   He was an independent -- I wish I was an
3  independent practitioner.
4    Q.   Were you working part time then as well?
5    A.   Yes.
6    Q.   Did your husband have staff members?
7    A.   No.
8    Q.   Who did the staff members work for?
9    A.   For the owner of Counseling Associates.
10   Q.   And were there other psychiatrists apart
11  from yourself and your husband?
12   A.   No.
13   Q.   Were there other therapists who worked in
14  that --
15   A.   Yes.
16   Q.   Was Norma Berlin one of those?
17   A.   Yes.
18   Q.   Was Norma Berlin working there when you
19  first started working at Counseling Associates?
20   A.   Yes.
21   Q.   Had you met with her before then or was
22  that when you first met her?
23   A.   First met her.  I first met her at
24  Counseling Associates.  Yes.

53

## DIANELLA V. DIZON, M.D.

1    Q.  Why did you leave Counseling Associates?
2    A.  It was partly because I couldn't find the
3  time anymore to do the part-time job.  I don't know
4  what I did after that.  And then my husband was
5  medical director at Forest Hospital.  He offered me
6  the job of house staff.
7    Q.  That was a pretty good in.  What does it
8  mean to be the house staff at Forest Hospital?
9    A.  I'm on call.  I'm on call for several
10  hours of the day four days of the week.
11    Q.  When you're on call, you're on call to
12  perform what kind of services?
13    A.  To do psychiatric evaluations, medication.
14  In case the attendings were not available, I would
15  go to the units and see if I could, you know, fix
16  the problem.
17    Q.  And then your husband left his position as
18  the medical director; is that right?
19    A.  Yes.  Because Forest Hospital closed.
20    Q.  Well, did you become the medical director?
21    A.  I became the medical director.  It was a
22  day hospital.  This was in Chicago.  The main
23  hospital was in Des Plaines.
24    Q.  Okay.  And so when you were the medical --

54

1  so you were the medical director of the day
2  hospital and your husband was the medical director
3  of the Oak Forest one?
4    A.  Forest Hospital.
5    Q.  I see.  And did your husband get you the
6  job as the medical director of the day hospital?
7    A.  Do I have to answer that?
8    Q.  Unfortunately, yes.
9    A.  I was qualified.
10    Q.  I understand.
11    A.  I was qualified.  And of course, he gave
12  me the job.
13    Q.  And your husband hired you to be the
14  medical director of the day hospital?
15    A.  Yes.
16    Q.  And --
17    A.  But he wasn't the only one who hired me,
18  of course.  There was a board of governors so I got
19  through.
20    Q.  What was the population of the day
21  hospital?
22    A.  About 30 people a day.
23    Q.  And so was this a day treatment center?
24    A.  Yes.

55

1    Q.  There is no inpatient ward?
2    A.  No.
3    Q.  That's correct?
4    A.  Yes.
5    Q.  And what kind of issues did the people
6  coming to the hospital present with at that time?
7    A.  Depression, anxiety, occasionally
8  substance abuse.
9    Q.  Was it a private pay hospital?
10    A.  Yes.
11    Q.  Did you also accept Medicaid?
12    A.  Yes.
13    Q.  Then you went to work at the Chicago Reach
14  Day Hospital; correct?
15    A.  Yes.
16    Q.  And that was mostly the geriatric
17  population?
18    A.  Yes.
19    Q.  In that time from 1986 to 1996, did you
20  treat any people who had been victims of a sexual
21  assault?
22    A.  Yes.
23    Q.  How many people did you treat during that
24  time period who would have been victims of a sexual

56

1  assault?
2    A.  I do not remember.
3    Q.  Was it so many that you can't count them?
4    A.  No.  Not a lot.
5    Q.  What does "Not a lot" mean?  Can you give
6  us an estimate?
7    A.  Ten, 15 maybe.
8    Q.  How about in the time period when you were
9  engaged in the private practice of psychiatrist
10  between '96 and 2005 and including the time that
11  you were at the Chicago Reach Day Hospital, how
12  many victims of sexual assault did you treat in
13  that time period?
14    A.  Not a lot.  I cannot remember.
15    Q.  Less than ten?
16    A.  Maybe more.
17    Q.  Maybe more than ten.  Somewhere between
18  ten and 20?
19    A.  Ten and twenty.
20    Q.  What did you do to prepare for this
21  deposition?
22    A.  I went over my notes.  I went over -- I
23  reviewed my DSM-IV-R because, you know, I have been
24  out of practice for the last -- since 2005.

57

DIANELLA V. DIZON, M.D.

Page 58

```
 1    Q.  Did you speak with Mr. Connolly?
 2    A.  Yes.
 3    Q.  Did you speak with anyone else in
 4  preparation for your deposition?
 5    A.  My husband.
 6    Q.  What did you and your husband talk about?
 7    A.  About Ms. Riggio and that's basically it.
 8    Q.  What did your husband tell you about Sue
 9  Riggio?
10    A.  Well, I asked him, "How did she terminate
11  with you?"
12        He said, "She just stopped coming."
13        And I asked, "How did she do with the
14  medication?"
15        He said,
16  "She did well with the medication."
17        And that was about it.
18    Q.  And when did you speak with Mr. Connolly?
19    A.  Today and yesterday.  Right?
20    MR. CONNOLLY:  Uh-huh.
21  BY AINSWORTH:
22    Q.  Yesterday you spoke to Mr. Connolly in
23  person or over the phone?
24    A.  Over the phone.
```

Page 59

```
 1    Q.  What did he say to you and what did you
 2  say to him in that conversation?
 3    A.  I just asked him about the case.  I wanted
 4  a clear understanding of what was happening.  And I
 5  wanted to find out how big a room I have to
 6  prepare.
 7    Q.  Did you talk about snacks?
 8    A.  See, you guys, I didn't want you to stay
 9  too long so no snacks.
10    Q.  What did Mr. Connolly say to you when you
11  asked him about what this case was?
12    A.  He just told me about the case in general.
13    Q.  Did he say anything else?
14    A.  The case in general.
15    Q.  What did he say to you about the case in
16  general?
17    A.  That the claimant was Sue Riggio for
18  saying that he was coerced into making the
19  confession.  I think that's what he said.
20    Q.  Did he say whether the claimant had a good
21  claim or not a good claim?
22    A.  No.  I don't recall.
23    Q.  Did he tell you why the person was suing
24  Sue Riggio?
```

Page 60

```
 1    A.  No.  I didn't want to know.
 2    Q.  Why didn't you want to know about the
 3  case?
 4    A.  Because I wanted to be very objective.
 5  You know, I wanted to just focus on my notes and
 6  not be influenced by either side.
 7    Q.  So did Mr. Connolly tell you that Carl
 8  Chatman, the person who supposedly raped Sue
 9  Riggio, had been released from prison in 2013?
10    A.  Yes.
11    Q.  What did he tell you about that?
12    A.  That he was released.
13    Q.  Did he tell you that the prosecutors
14  dismissed all charges against Carl Chatman and
15  released him from prison?
16    A.  No.
17    Q.  Did Mr. Connolly tell you that he was
18  paroled from prison?
19    A.  No.
20    Q.  Did he have any understanding as to how
21  Carl Chatman came to be released?
22    A.  I know that he was released.
23    Q.  How did you know that he was released?
24    A.  When they gave me the subpoena, I kind of
```

Page 61

```
 1  asked, "Is he out?"
 2        They said, "Yes."
 3    Q.  And who was it that you asked whether he
 4  was out?
 5    A.  I believe it was Ms. Kylie?
 6    Q.  And that was at the time that you received
 7  the subpoena about the deposition?
 8    A.  Yes.
 9    Q.  You had to set up a date for it?
10    A.  Yes.
11    Q.  Did Ms. Kylie tell you how Carl Chatman
12  came to be released?
13    A.  No.
14    Q.  Did you know who Carl Chatman was when you
15  received the subpoena?
16    A.  Yes.
17    Q.  How did you know who he was?
18    A.  From the subpoena.
19    Q.  What in the subpoena told you who he was?
20    A.  The claimant.
21    Q.  Did you know that this subpoena pertained
22  to the rape?
23    A.  Because it is claimant versus Sue Riggio.
24    Q.  All right.  Did Mr. Connolly tell you that
```

**DIANELLA V. DIZON, M.D.**

1  Carl Chatman had received a certificate of
2  innocence?
3      A.  No.
4      Q.  In your treatment of Ms. Riggio, you
5  relied on the fact that she was telling you the
6  truth; correct?
7      A.  Yes.
8      Q.  If you had learned during your treatment
9  of Ms. Riggio that she had fabricated the whole
10  account of the rape, then that would have caused
11  you to reevaluate your treatment of Ms. Riggio;
12  correct?
13      A.  Yes.
14      Q.  In conducting your treatment of Ms. Riggio
15  and following the criteria of the DSM-IV-R to reach
16  your diagnoses, did you look for signs of
17  persistent recurrence of her of the assault?
18      A.  Yes.
19      Q.  So what persistent recurrences of the
20  event did you observe?
21      A.  Nightmares, intrusive thoughts, the
22  psychological symptoms of the anxiety,
23  hypervigilance.  The fact that she's isolating
24  herself, numbing of sensation, she's unable to get
                                                    62

1  the husband to touch her, sleeping during the day,
2  and not sleeping at night, nausea.
3      Q.  Just so I'm clear, Doctor, I'm referring
4  to just the symptoms of recurrence of the sexual
5  assault?
6      A.  Yes.
7      Q.  But please check your notes to see if that
8  refreshes your recollection as to any others?
9      A.  In one of my notes -- I don't know where
10  it is -- but she had mentioned that she has to make
11  a conscious effort to forget the rape.
12      Q.  Is that -- I'll direct you to -- it is cut
13  off on mine.  I think it is October of 2003.
14      A.  Yes.
15      Q.  Would you please read that note to us?
16      A.  10/21/03, is that the one?
17      Q.  Yes.
18      A.  Sleep is good.  Wait -- no weight loss
19  noted.  No gagging.  But claims that she can still
20  feel him in her mouth and have to make a conscious
21  effort to forget.
22      Q.  And there are several references to
23  gagging in your notes?
24      A.  Yes.  Yes.  Yes.
                                                    63

1      Q.  We have to be kind to be court reporter or
2  none of this will ever happen.  She looks very
3  nice.
4      A.  I'm sorry.
5      Q.  So these are your notes of what Ms. Riggio
6  told you; correct?
7      A.  Yes.
8      Q.  So when Ms. Riggio told you that she still
9  feels him in her mouth, was she referencing how
10  Mr. Chatman had placed his penis in her mouth?
11      A.  I believe she smells him.  I think she's
12  kind of inferring that she can feel him in her
13  mouth but the main thing is that she smells him.
14      Q.  That was in a different note where she
15  talks about smelling him.  In this note, she says,
16  "She still feels him in her mouth;" right?
17      A.  That's what she told me.
18      Q.  Was that a reference to Ms. Riggio saying
19  that she -- strike that.
20          Was that a reference by Ms. Riggio to when
21  the assailant placed his penis in her mouth during
22  the assault?
23      A.  I would assume that, but she never told me
24  that.
                                                    64

1      Q.  Why would you assume that?
2      A.  Because she said that she feels him in her
3  mouth.  She was tremulous.  And most of the time,
4  she was very confused.
5      Q.  So this was a significant statement that
6  she still feels him in her mouth; right?
7      A.  Yes.
8      Q.  Clinically, it was significant; right?
9      A.  Yes.
10      Q.  That's because this was a hallucination
11  that she was having?
12      A.  Could be, yes.
13      Q.  Because she wasn't -- there wasn't
14  actually someone in her mouth at the time; right?
15      A.  (Nodding head.)
16      Q.  Did you explore what she meant by, "She
17  still feels him in her mouth?"
18      MR. CONNOLLY:  Objection.  Asked and answered.
19  BY MR. AINSWORTH:
20      Q.  You can answer.
21      A.  You know, I left it at that.  Because I
22  didn't -- she had a therapist.  And I believe the
23  therapist was the one to adequately deal with that
24  situation.
                                                    65

**17 (Pages 62 to 65)**

**DIANELLA V. DIZON, M.D.**

1    Q.   Why did you leave it at that?
2    A.   Because I felt that the therapist had
3    dealt with that situation in terms of the therapy.
4    Q.   How did you know that the therapist was
5    dealing with that situation?
6    A.   I was in constant -- we were next to each
7    other.  I would talk to her.  She would talk to me
8    at this particular time.
9    Q.   About Ms. Riggio?
10   A.   About Ms. Riggio.
11   Q.   On June 7th, 2002, your first visit with
12   Ms. Riggio, her husband came with her; right?
13   A.   Yes.
14   Q.   Did her husband come with her on any
15   subsequent occasion?
16   A.   I believe so.  I do not remember.  I don't
17   have it in my notes, but I think some of the times,
18   the husband would be driving her.
19   Q.   And sometimes she would come herself?
20   A.   Sometimes she would come herself.
21   Q.   In your notes, do you indicate where the
22   source of information that you receive -- that's a
23   terrible question.  Let me try it again.
24        Is it important to you to know who is

66

1    consistent with whatever Sue was telling me.
2    Q.   Why didn't you note that you would check
3    with her husband and her husband was corroborating
4    what Sue was telling you?
5    A.   Why wouldn't I check?  It is part of my
6    public relations.
7    Q.   Why wouldn't you note it?
8    A.   Most probably it was consistent with what
9    Sue was telling me.
10   Q.   Why wouldn't you note that the husband was
11   telling you something that was consistent with what
12   Sue was telling you?
13   A.   Sometimes we don't write notes all of the
14   time.  I'm sorry to say that.  But we do not.
15   MR. CONNOLLY:  No court reporter there?
16   THE WITNESS:  No court reporter there.  This is
17   part of my bedside manner.  You talk to the family.
18   BY MR. AINSWORTH:
19   Q.   How many times did Sue Riggio's husband
20   accompany her to your office?
21   A.   I do not remember.  I have a note that he
22   was there the first time.
23   Q.   Can you give us any estimate as to how
24   many times after that first day?

68

1    telling you what?
2    A.   Yes.
3    Q.   Why is it important to know who is telling
4    you what?
5    A.   To determine whether the patient was
6    telling the truth or not, whether her symptoms were
7    real or not.
8    Q.   And if you know that you're getting the
9    same information from different sources, that helps
10   you to try to triangulate --
11   A.   Yes.
12   Q.   -- and triangulate?
13   A.   Yes.
14   Q.   After June 7th, 2002, did you receive any
15   information about Ms. Riggio's symptoms or
16   treatment or progress from any of her family
17   members?
18   A.   The husband.
19   Q.   And when did you receive information from
20   him?
21   A.   Whenever he would come to drive her, I
22   would just in passing say, "How is she doing?"
23   Q.   And what did he tell you?
24   A.   I really do not remember.  But it would be

67

1    A.   I cannot really honestly say.  I don't
2    want to guess.  Remember, this is in 2005, guys,
3    2002.  I am 66 years old, you guys.
4    Q.   You're doing just fine.
5        So, in your treatment of Ms. Riggio, you
6    never asked for somebody to provide her with a
7    psychological battery of tests to assess her; is
8    that right?
9    A.   I believe I had recommended that to the
10   therapist.
11   Q.   Who was the therapist that you recommended
12   that to?
13   A.   Norma Berlin.
14   Q.   And what did you recommend to Norma
15   Berlin?
16   A.   A psychological test.
17   Q.   Did you suggest a psychological test?
18   A.   No.  I left that up to her.
19   Q.   Why did you ask Norma to administer a
20   psychological test?
21   A.   I usually do that for all of the patients
22   as part of a complete evaluation.
23   Q.   Why do you usually do that as part of a
24   complete evaluation?

69

DIANELLA V. DIZON, M.D.

1    A.  Just -- it helps in the treatment.
2    Q.  Does it sometimes give you a baseline and
3  then you can figure out how the person is doing
4  later?
5    A.  Yes.
6    Q.  Do some of the measures that are
7  administered have forensic significance or test for
8  malingering?
9    A.  Yes.
10   Q.  To your knowledge, was Ms. Riggio
11  administered any tests for malingering?
12   A.  I was not aware of it.
13   Q.  Did Ms. Riggio tell you that she was suing
14  based on the sexual assault?
15   A.  Yes.
16   Q.  When did she tell you that?
17   A.  That was at the beginning of the session.
18   Q.  Beginning of which session?
19   A.  The very first time I saw her.  I do not
20  remember whether she was the one who told me or it
21  was the therapist who told me.
22   Q.  And what did either Ms. Riggio or Norma
23  Berlin tell you about the lawsuit?
24   A.  That she just said that there was a

                                                    70

1  lawsuit.  I did not know exactly what it was about.
2  We basically talked about the treatment and what
3  she felt was the psychological problems.
4    Q.  Did you talk about the lawsuit again after
5  that first session with Ms. Riggio if you did speak
6  to her about it at that first session?
7    A.  I believe there was a time wherein she was
8  very anxious because of the upcoming trial.  I
9  think that was the only time I spoke to her about
10  it.
11   Q.  That was the upcoming criminal trial of
12  Mr. Chatman?
13   A.  About the upcoming criminal trial and
14  about the sentencing.
15   Q.  In that time when Ms. Riggio was
16  expressing anxiety about Mr. Chatman's trial and
17  having to testify at that trial, did she say
18  anything about her lawsuit?
19   A.  No.
20   Q.  After that -- is it fair to say that after
21  the June 7th, 2002, initial meeting with
22  Ms. Riggio, she never brought up the lawsuit again
23  to you?
24   A.  No.

                                                    71

1    Q.  Is that correct?
2    MR. CONNOLLY:  I object to the form of the
3  question.  The lawsuit, again, I think it's --
4    MR. AINSWORTH:  You can just --
5    THE WITNESS:  Say that again.
6  BY MR. AINSWORTH:
7    Q.  We had a double negative.  I was trying to
8  fix it.
9        After June 7th, 2002, Ms. Riggio didn't
10  bring up the lawsuit to you; is that correct?
11   A.  No.
12   Q.  Is that correct?
13   A.  Yes, that is correct.
14   Q.  Are you aware that that lawsuit settled in
15  2007?
16   A.  I might have been aware at that time.  I
17  do not remember.
18   Q.  When did Ms. Riggio stop treating with
19  your husband?
20   A.  I do not have the notes with me for that.
21   Q.  Why don't you check and see if Group
22  Exhibit 2 might refresh or allow you to determine
23  that.
24   A.  2007.

                                                    72

1    Q.  In 2007?
2    A.  Yeah.  2007.
3    Q.  The same year that her case settled?
4    A.  If you say so.
5    Q.  You don't know the date?
6    A.  I do not know the date.
7    Q.  Fair enough.  When was the first time that
8  Ms. Riggio raised a concern about not being
9  intimate with her husband?
10   MR. CONNOLLY:  Just for clarification, are you
11  asking what is the first note reflection of that or
12  her recollection?
13   MR. AINSWORTH:  Counsel, you know, you're not
14  supposed to do that.  Don't make speaking
15  objections.
16   MR. CONNOLLY:  She's looking at her notes.  I'm
17  trying to figure it out.
18   MR. AINSWORTH:  You know exactly what you're
19  doing.  Don't cue the witness.  That's all I am
20  going to ask you to do.
21   THE WITNESS:  I have a note on 1/7/03.
22  BY MR. AINSWORTH:
23   Q.  Was it significant that Ms. Riggio was --
24  I mean, clinically significant to you that

                                                    73

**DIANELLA V. DIZON, M.D.**

1 Ms. Riggio was unable to touch her husband or have
2 her husband touch her?
3   A.  Yes.
4   Q.  Why was it clinically significant?
5   A.  Because it's part of her symptoms.  And I
6 was hoping that with the treatment, symptoms would
7 improve.
8   Q.  Prior to January 7th, 2003, did Ms. Riggio
9 say anything to you about being unable to touch her
10 husband or him unable to turn --
11   A.  I do not remember.  I'm just going by
12 my -- I do not see any note in here about that.
13   Q.  If Ms. Riggio had told you that she was
14 having trouble either with intimacy with her
15 husband or allowing him to touch her prior to
16 January 7th, 2003, is that the kind of thing that
17 you would record in your notes?
18   A.  Most probably.  Although I have a note on
19 1/7 when I first saw her.
20   MR. CONNOLLY:  1/7?
21   THE WITNESS:  I mean, 6/7/02 that I reassured
22 the husband about the patient's condition and that
23 the husband appears very supportive.
24 BY MR. AINSWORTH:

74

1   Q.  Okay.  What did you tell her husband to
2 reassure him?
3   A.  I do not exactly remember.  But I would
4 have said that the symptoms will eventually get
5 better, and that she's getting enough medication to
6 help her deal with her current symptoms at this
7 time.
8   Q.  You testified earlier that the prognosis
9 for people with PTSD can vary from person to
10 person; right?
11   A.  Yes.
12   Q.  Some people get better quicker; some
13 people take longer to get better?
14   A.  Yes.
15   Q.  Some people get better and then have a
16 relapse and get worse?
17   A.  Yes.
18   Q.  So if somebody's symptoms of PTSD are
19 improving, that's consistent with them having PTSD?
20   A.  Yes.
21   Q.  If their symptoms are worsening, that's
22 consistent with PTSD; correct?
23   A.  Yes.
24   Q.  Did Ms. Riggio tell you that she had had

75

1 any previous periods of abstinence with her husband
2 where she was not having sex?
3   A.  I did not know that.
4   Q.  Did you obtain any of Ms. Riggio's medical
5 records?
6   A.  No.
7   Q.  Did you obtain any records from June of
8 2000 wherein Ms. Riggio reported to a physician
9 that she had not had sex with her husband for over
10 a year?
11   A.  No.  I did not have that record.
12   Q.  How much did Ms. Riggio weigh prior to
13 your -- or prior to the alleged sexual assault that
14 occurred on May 24th, 2002, do you know?
15   A.  No, I don't.
16   Q.  Do you know how much weight she lost when
17 she was reporting weight loss?
18   A.  No, I don't.
19   Q.  Do you have any estimate as to weight she
20 was losing or any ability to tell from either your
21 records or your memory as to how much weight she
22 was losing?
23   A.  No.
24   Q.  I've seen referencing in your notes that

76

1 Ms. Riggio was not experiencing side effects from
2 the medication; correct?
3   A.  Yes.
4   Q.  Was that true, Ms. Riggio reported to you
5 not experiencing any side effects from the
6 medication?
7   A.  Yes.
8   Q.  Did Ms. Riggio report having tremors or
9 hand shaking or anything like that?
10   A.  Well, she has -- according to her, she had
11 a history of.  Parkinson's she was diagnosed with
12 Parkinson's several years ago.  And she was treated
13 with Sinemet for one year.  By that time when I saw
14 her -- she stopped Sinemet treatment for
15 Parkinson's in 2000.  So that could explain -- that
16 was the history.  But, apparently, she told me
17 that, by 2000, she was okay.  And that she was
18 treated with Sinemet.  But when I saw her on
19 6/7/02, as I said, I noted that she was very
20 tremulous.
21   Q.  Right.  After that day of June 7th, 2002,
22 did you notice any tremors?
23   A.  I don't have it in my notes.
24   Q.  Did she complain of tremors?

77

**DIANELLA V. DIZON, M.D.**

1      A.   Anxiety.
2      Q.   Did she complain of tremors where her
3   hands are shaking or her extremities are shaking?
4      A.   I don't have it in my notes.
5      Q.   If she had been complaining -- some
6   psychiatric medication can cause shaking; right?
7      A.   Yes.
8      Q.   What is the clinical term for that
9   shaking?
10     A.   Is it shaking or feeling of restlessness?
11     Q.   Actual hand tremors where the hands are
12   moving involuntarily?
13     A.   That's pill-rolling.  Pill-rolling.
14     Q.   Usually it is with antipsychotic
15   medication not usually with antidepressant
16   medication.  If you had observed pill-rolling in
17   Ms. Riggio, that's something that you would have
18   noted; correct?
19     A.   Yes.
20     Q.   If she had complained about pill-rolling,
21   you would have noted that in your notes; correct?
22     A.   Yes.
23     Q.   That's a fairly significant potential side
24   effect of medication; right?
                                                    78

1      A.   Well, not Celexa or not Ativan.
2      Q.   You would want to know why it was that she
3   was experiencing pill-rolling; right?
4      A.   Yes.  Yes.
5      Q.   To rule out either the medication or if
6   something else is causing it?
7      A.   Yes.
8      Q.   Do you know of other people who have been
9   cured of Parkinson's?
10     A.   No.
11     Q.   Do you know how Ms. Riggio was able to be
12   cured of Parkinson's?
13     A.   I don't know.  I specifically asked her.
14   And that's why I specifically put down there, "No
15   symptoms at this time.  No meds."  And I put down,
16   "in 2000."
17     Q.   As of 2000, she was no longer having
18   symptoms?
19     A.   No longer symptoms.
20     Q.   Did Ms. Riggio tell you that the history
21   of Parkinson's was as a result of a car crash where
22   she sued the other driver?
23     A.   I was not aware of that.
24     Q.   And that after she settled that case she
                                                    79

1   no longer had symptoms?
2      A.   I was not aware of that.
3      Q.   What was the reason that Ms. Riggio told
4   you or provided to you for why she had all of her
5   teeth pulled?
6      A.   The reason was she said she could smell
7   him.  And I believe that's why she's not able to
8   eat.  And she throws up.
9      Q.   Did she describe the smell to you?
10     A.   No.  Just a smell.
11     Q.   Did you ask her to describe the smell?
12     A.   No.
13     Q.   Why not?
14     A.   I can't answer that.  I just didn't ask
15   her to describe it.
16     Q.   Did you counsel Ms. Riggio with regard to
17   her plan to have all of her teeth removed?
18     A.   Yes.
19     Q.   What did you counsel her on that?
20     A.   I told her that that is an extensive
21   surgical procedure.  And, actually, in my notes, I
22   told her to ask for a second opinion.
23     Q.   Did you know that Ms. Riggio was
24   complaining that the violence of the assault caused
                                                    80

1   her to have injuries to her teeth that required her
2   to have all of her teeth pulled?
3         MR. CONNOLLY:  Objection to the form of the
4   question.
5         THE WITNESS:  She did not tell me that.
6   BY MR. AINSWORTH:
7      Q.   Did Ms. Riggio tell you she had any tooth
8   pain whatsoever as a result of the attack?
9      A.   I do not have it in my notes.
10     Q.   If she had told you that she was having a
11   medical complication from her assault, would you
12   have noted that in your results such as tooth pain?
13     A.   Yes.
14     Q.   I want to go to the next visit that you
15   had with Ms. Riggio, the second visit I should say,
16   on June 25th, 2002?
17     A.   Yes.
18     Q.   Earlier you testified that the therapist
19   related that Ms. Riggio was still isolated?
20     A.   Uh-huh.
21     Q.   Or something to that effect?
22     A.   Yes.
23     Q.   Did Ms. Riggio tell you that or anything
24   about that?
                                                    81

**DIANELLA V. DIZON, M.D.**

1  A. I don't have it in my notes, but I have it
2  as according to the therapist.
3  Q. Can you read the second line of your notes
4  starting with anxiety attack?
5  A. Anxiety attacks moderately decreased in
6  frequency and intensity.
7  Q. Thank you. You didn't diagnose Ms. Riggio
8  with depression; correct?
9  A. No.
10  Q. And why didn't you diagnose her with
11  depression?
12  A. I didn't diagnose her with depression
13  because her symptoms of PTSD were overshadowing all
14  of the other symptoms. I felt that if I could
15  treat her with the PTSD, then the underlying
16  depression would come up.
17  Q. On September 17, 2002 --
18  A. Yes.
19  Q. -- there is a note here where it says,
20  "Able to talk about some things that happened to
21  her during the assault".
22  Do you see that?
23  A. Yes.
24  Q. What did Ms. Riggio say about things that

82

1  happened during the assault?
2  A. I do not remember.
3  Q. How do you know that someone told you
4  about the lawsuit on the first visit with
5  Ms. Riggio?
6  A. I believe it was the therapist.
7  Q. And is there a notation or how is it that
8  you remember that that happened on the first visit?
9  A. I do not remember very well, but I'm
10  assuming that that was what happened.
11  Q. Why are you assuming that that is what
12  happened?
13  A. Because of all this. Because I have no
14  actual recollection. It's not in my notes. But
15  I'm assuming that.
16  Q. As you sit here today, do you know whether
17  or not one way or the other Ms. Riggio ever told
18  you about the lawsuit?
19  MR. CONNOLLY: Objection to the form. I don't
20  understand the word "lawsuit."
21  BY MR. AINSWORTH:
22  Q. You can answer.
23  A. Ask it again.
24  Q. As you sit here today, do you recall one

83

1  way or the other whether Ms. Riggio ever told you
2  about filing a lawsuit in regard to her alleged
3  sexual assault?
4  A. I do not recall. It is not in my notes.
5  Q. As you sit here today, do you recall
6  anybody ever telling you about Ms. Riggio filing a
7  lawsuit in regard to her alleged sexual assault?
8  A. As I said, it is not in my notes, but I'm
9  assuming that the therapist would have told me.
10  Q. Why are you assuming that the therapist
11  would have told you?
12  A. When she refers patients to me, she
13  usually tells me, "This is what happened," blah,
14  blah, blah. I can give you a hard time.
15  Q. I just don't want to screw up the
16  question.
17  MR. CONNOLLY: Too late.
18  BY MR. AINSWORTH:
19  Q. General laughter.
20  Doctor, if somebody is bringing a lawsuit
21  in regard to a psychiatric injury that they may
22  have recovered, they may have a financial motive to
23  fabricate their symptoms; is that right?
24  A. Yes.

84

1  MR. MICHALIK: Object to the form.
2  MS. STALF: Join.
3  BY MR. AINSWORTH:
4  Q. As a clinician, well -- strike that.
5  Did you have a referral agreement with
6  Ms. Berlin?
7  A. What do you mean by "referral agreement"?
8  Q. Did you have an agreement with Ms. Berlin
9  that patients that came to see you who needed
10  therapy, you would refer to Ms. Berlin and patients
11  who came to Ms. Berlin for therapist who needed
12  psychiatric consults would come see you?
13  A. No.
14  Q. How many other therapists worked in your
15  office?
16  A. There were four or five.
17  Q. Would you refer patients to all four or
18  five of those therapists?
19  A. Yes. Because they were very good
20  therapists.
21  Q. Did you ever -- during the time that you
22  worked at Oakbrook, did you ever refer a patient to
23  a therapist that was outside of the four or five
24  that were in your office?

85

22 (Pages 82 to 85)

**DIANELLA V. DIZON, M.D.**

1    A.   Yes.  Depending on the location.  If the
2  patient was closer.
3    Q.   If somebody was driving a long ways to
4  come and see you, you wouldn't necessarily make
5  them come back for a therapy session in the same
6  location?
7    A.   Yes.
8    Q.   If Ms. Berlin referred a patient to you,
9  would there be compensation provided to Ms. Berlin?
10   A.   No.
11   Q.   I didn't think that's how it worked, but I
12 needed to ask.
13   A.   No.  No.  No.
14   Q.   Did you talk to any members of
15 Ms. Riggio's family apart from her husband?
16   A.   Just the husband.
17   Q.   Did you ever speak to Ms. Riggio's
18 attorneys?
19   A.   No.
20   Q.   Back in the time that you were treating
21 her?
22   A.   No.
23   Q.   Would you kindly turn to Page 9 of your
24 notes.

86

1    A.   Can you give me the date?
2    Q.   I believe it is August 19th, 2003.
3    A.   Okay.
4    Q.   Could you please read the first two notes
5  there.
6    A.   "She was doing okay although nervous with
7  upcoming trial but determined to go.  Advised about
8  running through the trial with the therapist."
9    Q.   Gotcha.  Okay.  Thank you.
10       Could you read the next note as well.
11   A.   "Reassured her that stress of upcoming
12 trial will decrease problems with sleep and
13 decrease with anxiety."
14   Q.   Decrease or increase?
15   A.   Decrease.  "Decrease the problems with
16 sleep and decrease anxiety."
17   Q.   So when you have the arrow pointing up?
18   A.   I'm sorry.  I'm sorry.  That's right.
19 That's right.  "Will increase the problems with
20 sleep and increase anxiety," meaning that her
21 symptoms may increase because of the stress.  I'm
22 sorry.  Thank you.
23   Q.   Then, can you go back to March 18th of
24 '03.

87

1    A.   Okay.
2    Q.   What is the last word?
3    A.   Last word, "advised."
4    Q.   And what does that refer to?
5    A.   A lot of things.  Advised -- either
6  advising her about how to take the medication.  I
7  really do not recall, but that might be what it
8  was.
9    Q.   When Ms. Riggio talked about the presence
10 or absence of the gagging symptoms that she was
11 having, did you talk to her about why she was
12 having those symptoms?
13   A.   I do not recall if it's not in my notes.
14 You know, I don't want to -- I don't have any
15 independent recollection of whether I did talk to
16 her about it.  But my notes just said that she
17 talked about it because I was assuming that the
18 therapist would have dealt with that.
19   Q.   Can you tell me what Ms. Berlin told you
20 about Ms. Riggio apart from that she was isolating
21 herself in that one note we previously discussed
22 and your assumption that Ms. Berlin told you about
23 the lawsuit?
24       Is there anything else?  What else did

88

1  Norma Berlin tell you about Sue Riggio?
2    A.   This is 2002.  I do not remember.  I
3  really do not remember.
4    Q.   Was there anything that you learned from
5  Norma Berlin apart from those two potential facts
6  that was clinically significant for you?
7    A.   Really the thing that upset me the most
8  was that she wanted to pull her teeth out.  That is
9  what we talked about mainly.
10   Q.   What did you tell her?
11   A.   We were trying to discourage her from
12 doing it.
13   Q.   Did you talk about a plan on how to
14 discourage her?
15   A.   No.  I left it to Ms. Berlin.
16   Q.   Did you ask Ms. Berlin to address the
17 upcoming teeth pulling with Ms. Riggio?
18   A.   Yes.  Yes.
19   Q.   I forgot to ask you -- I'm sorry.  If you
20 go back to the June 7th, the initial --
21   A.   Evaluation?
22   Q.   Yes.  I'm sorry for making you go back.
23   A.   Okay.
24   Q.   There was a reference to Ms. Riggio living

89

**23 (Pages 86 to 89)**

**DIANELLA V. DIZON, M.D.**

1  with a foster family since she was age 5?
2      A.   Yes.
3      Q.   Is that what Ms. Riggio told you?
4      A.   Yes.
5      Q.   Then in the mental status exam --
6      A.   Yes.
7      Q.   -- after you note that she's oriented
8  times three, you have insight in tact, judgment in
9  tact.
10         Can you read the remainder of that?
11     A.   "Patient claims occasional disorientation
12 especially when driving."
13     Q.   When Ms. Riggio was reporting her level of
14 anxiety, that's a self-report; correct?
15     A.   Yes.
16     Q.   When you would meet with Ms. Riggio after
17 the initial session, how long would those meetings
18 last?
19     A.   20 minutes, 30 minutes.
20     Q.   And was there a -- can you tell us how a
21 typical visit would go?  Would you first ask her
22 about her symptoms or how would it work?
23     A.   I would ask -- first ask her about her
24 symptoms and then she would talk, tell me about her
                                                          90

1  symptoms.  Then we go into the medication.
2      Q.   And when you say, "You go into the
3  medication," how would that work?
4      A.   To determine whether the medication was
5  working, whether we need to increase it, whether
6  there were any side effects of the medication.
7      Q.   You would ask her for her perception of
8  how the medication was helping her?
9      A.   Yes.
10     Q.   And you would ask her perception of the
11 side effects?
12     A.   Yes.
13     Q.   And you would discuss a plan of whether to
14 keep the meds the same or whether to change them?
15     A.   Yes.
16     Q.   And kind of give her an idea of where
17 you're going with the medication?
18     A.   Yes.
19     Q.   "We'll try it this way for three more
20 months.  If you're still complaining, we'll step it
21 down then?"
22     A.   Yes.
23     Q.   Was Ms. Riggio pleased with having her
24 teeth pulled after they were all pulled?
                                                          91

1      A.   Let me see.  I think they were all pulled
2  as of January 11th, 2005.  Yeah.  Well, I have a
3  note down here where that says she feels better.
4          "Had all her teeth pulled.  Full dentures.
5  Feels better."
6      Q.   Where it says, "decreased flashbacks and
7  then especially oral" --
8      A.   Yes.
9      Q.   Then what does it say below especially
10 oral?
11     A.   Sell Christmas cards.
12     Q.   Then same meds?
13     A.   Same meds.
14     Q.   Would you take your notes while you were
15 speaking with Ms. Riggio?
16     A.   Say that again.
17     Q.   Would you take your notes
18 contemporaneously with speaking to Ms. Riggio?
19     A.   No.
20     Q.   Would you wait until she was gone and then
21 write it down?
22     A.   Yes.
23     Q.   Was there an order to how you would take
24 your notes, like would you talk about her symptoms
                                                          92

1  first, then her medication and then your plan?
2      A.   Yes.
3      Q.   Would you do that for each of your notes?
4      A.   Yes.
5      Q.   That was your practice between 2002 and
6  2005?
7      A.   Yes.
8      MR. AINSWORTH:  All right.  I don't believe I
9  have any further questions for you.  Other lawyers
10 may.
11     MS. BONSALL:  I have no questions.  Thank you,
12 Doctor.
13     MR. MICHALIK:  My name is Paul Michalik.  I
14 represent the City.  I just wanted to follow-up on
15 one area of your testimony.
16             EXAMINATION
17 BY MR. MICHALIK:
18     Q.   You were asked about your diagnosis of
19 PTSD and whether or not you used the DSM-IV-R in
20 reaching that diagnosis.
21         Do you remember those questions?
22     A.   Yes.
23     Q.   One of the questions was, "How could you
24 make that diagnosis if the symptoms didn't last for
                                                          93

**DIANELLA V. DIZON, M.D.**

1 at least one month?"
2     Do you remember that question?
3     A.  Yes.
4     Q.  All right.  Did you continue to have the
5 opinion based upon a reasonable degree of
6 psychiatric certainty that this patient was
7 suffering from posttraumatic stress distress based
8 on the DSM-IV-R after you had been seeing her for
9 over a month?
10     A.  Yes.
11     MR. MICHALIK:  No further questions.
12     MS. STALF:  No questions.
13         FURTHER EXAMINATION
14 BY MR. CONNOLLY:
15     Q.  You were asked some questions about a
16 lawsuit.  I think initially you indicated that you
17 may have gotten information about that from Norma
18 Berlin when you first saw the patient.  And then
19 you mentioned that lawsuit in relation to Sue
20 Riggio expressing fear about the upcoming trial.
21     Do you remember that?
22     A.  Yes.
23     Q.  Okay.  If I told you that the trial that
24 she was referring to was a criminal trial, not a

94

1 civil trial --
2     A.  Okay.
3     Q.  -- does that make sense to you that she
4 was concerned about the criminal trial with
5 Mr. Chatman?
6     MR. AINSWORTH:  I object to the form of the
7 question.
8     THE WITNESS:  Yes.
9 BY MR. CONNOLLY:
10     Q.  When you said that Ms. Berlin may have
11 told you about the lawsuit, were you talking about
12 the criminal case against Mr. Chatman that
13 Ms. Riggio was involved in or some other civil
14 suit?
15     A.  I really don't know.  She said "lawsuit".
16 And that's part of her referral to me, and I left
17 it at that.
18     Q.  Okay.  With regard to your residency,
19 counsel asked you about your medical school and
20 your work.  I just want to make sure it is clear,
21 the residency that you performed that was not
22 general.  That was specific to psychiatry?
23     A.  Yes.
24     Q.  And that was a three-year program?

95

1     A.  Three-year program.
2     Q.  And that was here in Chicago?
3     A.  Yes.
4     MR. CONNOLLY:  Thank you.  That's all I have.
5         FURTHER EXAMINATION
6 BY MR. AINSWORTH:
7     Q.  People who are victims of sexual assault,
8 they present with many different potential
9 symptoms; correct?
10     A.  Yes.
11     Q.  And are you able to tell just by looking
12 at somebody's symptoms whether they're actually a
13 sexual assault victim or not?
14     A.  Just mainly by the symptoms?
15     Q.  Correct.
16     A.  No.
17     Q.  Are you aware of any clinical measure that
18 can determine whether somebody's been a victim of
19 sexual assault solely by their psychological or
20 psychiatric symptoms?
21     A.  No.
22     MR. AINSWORTH:  I don't have any further
23 questions.
24     Everybody done?

96

1         FURTHER EXAMINATION
2 BY MR. CONNOLLY:
3     Q.  With regard to your diagnosis of
4 posttraumatic stress disorder, that was made based
5 on the symptoms that were provided to you and the
6 fact that you assessed that there was a trauma that
7 had occurred?
8     A.  Yes.
9     Q.  And did it matter to you in terms of your
10 diagnosis what that trauma was?
11     A.  Yes.
12     Q.  Okay.  And the symptoms that were noted in
13 the coming multiple years, were those symptoms
14 consistent with that specific described trauma?
15     A.  Yes.
16     MR. CONNOLLY:  That's all I have.  Thanks.
17         FURTHER EXAMINATION
18 BY MR. AINSWORTH:
19     Q.  Lots of symptoms like we said before,
20 sexual assault victims, can present in many
21 different ways; right?
22     MR. CONNOLLY:  Objection.  Asked and answered.
23     THE WITNESS:  Yes.
24

97

**DIANELLA V. DIZON, M.D.**

BY MR. AINSWORTH:

Q.  Simply being consistent -- what do you mean by that Ms. Riggio's symptoms were consistent with a rape victim?

A.  With a rape?

Q.  Yes.

A.  Her symptoms were consistent I would say with PTSD.

Q.  Okay.  You can't say they were consistent with her being a rape victim; correct?

A.  I cannot say that for sure.

Q.  There is no DSM-IV either "R" or regular criteria for a sexual assault victim; correct?

A.  No.

Q.  And you're not aware of any criteria that would allow you to determine whether Ms. Riggio is or is not exhibiting symptoms consistent with a sexual assault victim?

A.  No.

Q.  That is correct?

A.  Yes.

You're done, right?

Q.  Now it got cool in here.

A.  Close the door.

98

Q.  One other thing I wanted to ask you -- I can't remember what it is.

Have you ever testified as an expert in court?

A.  No.  I don't want to.

Q.  Have you ever testified in court?

A.  No.  I don't want to.

Q.  Have you ever been deposed before?

A.  One time.  Yes.

Q.  When was that?

A.  I do not remember.

Q.  Was it since you retired?

A.  No.

Q.  What was the circumstances that led you to be deposed?

MR. MICHALIK:  I want to point out to protect the witness, there might be some HIPAA regarding what her testimony might be.  I think you need to ask that question very broadly so there is no issue with respect to any patient's privacy regarding that other matter.

THE WITNESS:  Thank you.

BY MR. AINSWORTH:

Q.  I'm not asking for the person's name.  I'm

99

asking for the circumstances that led you to be testifying in a deposition?

A.  Do I have to answer that?

Q.  Just what the circumstances are.  Was it a civil lawsuit or what was it, workman's comp?

A.  No.  It was a civil lawsuit.

Q.  And was somebody suing on the basis that they had sustained a psychiatric injury?

A.  Yes.

Q.  Were you the treating psychiatrist of that person?

A.  I was one of the treating psychiatrists.

Q.  Did you testify as to the causation of that psychiatric injury?

A.  Yes.

Q.  Did you testify that the injury was caused by the occurrence that led to the lawsuit?

A.  Yes.

Q.  What was the diagnosis in that case?

A.  I can't tell you.

MR. AINSWORTH:  All right.  Subject to no one else having any questions --

100

FURTHER EXAMINATION

BY MR. CONNOLLY:

Q.  Are you aware of any other trauma other than the sexual assault that was described to you by Sue Riggio as being the source of her postraumatic stress disorder that you diagnosed?

A.  No.

MR. CONNOLLY:  That's all I have.

You've been asked a number of questions and the court reporter has kindly recorded both the questions and the answers.  You now have the choice of whether to accept that the court reporter has taken down all of the answers that you gave accurately and waive your right to review the transcript or you can reserve the right to review the transcript.  You just have to tell us now.

THE WITNESS:  I waive the right.

(FURTHER DEPONENT SAITH NOT.)

101

DIANELLA V. DIZON, M.D.

```
 1   STATE OF ILLINOIS )
 2                     ) SS:
 3   COUNTY OF C O O K )
 4       I, Phyllis MacKenzie, CSR, RPR, do hereby
 5   certify that heretofore, to-wit, on the 24th day of
 6   March, 2015, personally appeared before me, at
 7   Advanced Psychiatric Services, 6555 West North
 8   Avenue, Suite 102, Oak Park, Illinois, DIANELLA
 9   DIZON, M.D., in a cause now pending and
10   undetermined in the United States District Court
11   for the Northern District of Illinois, wherein CARL
12   CHATMAN, is the Plaintiff, and CITY OF CHICAGO,
13   ET AL., Advanced Psychiatric Services, 6555 West
14   North Avenue, Suite 102, Oak Park, Illinois, are
15   the Defendants.
16       I further certify that the said witness was
17   first duly sworn to testify the truth, the whole
18   truth and nothing but the truth in the cause
19   aforesaid: that the testimony then given by said
20   witness was reported stenographically by me in the
21   presence of the said witness, and afterwards
22   reduced to typewriting by Computer-Aided
23   Transcription, and the foregoing is a true and
24   correct transcript of the testimony so given by
                                                  102
```

```
 1   said witness as aforesaid.
 2       I further certify that the signature to the
 3   foregoing deposition was waived by counsel for the
 4   respective parties.
 5       I further certify that the taking of this
 6   deposition was pursuant to Notice, and that there
 7   were present at the deposition the attorneys
 8   hereinbefore mentioned.
 9       I further certify that I am not counsel for nor
10   in any way related to the parties to this suit, nor
11   am I in any way interested in the outcome thereof.
12       IN TESTIMONY WHEREOF:  I have hereunto set my
13   hand and affixed my notarial seal this 31st day
14   of March, 2015.
15
16
17
18
19
20
21
22       _____
23          NOTARY PUBLIC, COOK COUNTY, ILLINOIS
24
                                                  103
```

27 (Pages 102 to 103)

DIANELLA V. DIZON, M.D.

**A**

**ability** 24:8 30:5
  76:20
**able** 18:9 23:13 27:16
  37:14 42:20 48:11
  79:11 80:7 82:20
  96:11
**absence** 88:10
**abstinence** 76:1
**abuse** 56:8
**accept** 56:11 101:12
**accident** 31:17 48:12
**accompany** 68:20
**account** 62:10
**accurate** 5:22 6:6
  7:11 8:2,14 9:3
**accurately** 101:14
**activities** 11:4
**actual** 9:21 78:11
  83:14
**add** 40:23
**added** 41:5
**addition** 17:6
**additional** 27:3 28:4
**address** 89:16
**adequately** 65:23
**adjustment** 52:15
**administer** 69:19
**administered** 70:7,11
**adults** 8:20
**Advanced** 2:7 102:7
  102:13
**advised** 20:7,10
  31:23 32:11 87:7
  88:3,5
**advising** 88:6
**affiliated** 44:11,12
**affixed** 103:13
**aforesaid** 102:19
  103:1
**afraid** 16:15,16 31:21
**age** 17:15,20 90:1
**agent** 20:4
**aggressive** 41:22
**ago** 48:2 77:12
**agreement** 85:5,7,8
**aid** 24:18
**Ainsworth** 3:2 4:7,11

11:24 13:21 26:24
  32:19,21 38:1 42:1
  43:11 58:21 65:19
  68:18 72:4,6 73:13
  73:18,22 74:24 81:6
  83:21 84:18 85:3
  93:8 95:6 96:6,22
  97:18 98:1 99:23
  100:21
**AL** 102:13
**alleged** 76:13 84:2,7
**allow** 24:18 31:4
  72:22 98:16
**allowed** 6:9
**allowing** 28:17 74:15
**anniversary** 34:13
  35:3
**answer** 13:23 42:5
  55:7 65:20 80:14
  83:22 100:3
**answered** 65:18
  97:22
**answers** 101:11,13
**antidepressant** 20:2
  78:15
**antipsychotic** 78:14
**anti-anxiety** 20:4
**anxiety** 16:15 20:3
  21:13 24:18 26:14
  31:23 34:8,12,24
  35:2 38:24 52:15
  56:7 62:22 71:16
  78:1 82:4,5 87:13
  87:16,20 90:14
**anxious** 16:24 18:10
  18:11 24:5,7 25:13
  25:15 26:1 37:19
  39:18 42:17 71:8
**anybody** 84:6
**anymore** 44:7 54:3
**apart** 53:10 86:15
  88:20 89:5
**apparently** 20:8
  77:16
**APPEARANCES** 3:1
**appeared** 16:20
  21:17 22:22 102:6
**appears** 19:2 74:23

**applying** 37:19
**appropriate** 5:11
  9:23
**April** 39:10,15 40:11
  40:14
**area** 50:10 93:15
**arrow** 87:17
**aside** 21:14
**asked** 20:23 58:10,13
  59:3,11 61:1,3
  65:18 69:6 79:13
  93:18 94:15 95:19
  97:22 101:9
**asking** 15:16 73:11
  99:24 100:1
**Aspire** 44:20
**assailant** 64:21
**assault** 17:10,24 18:6
  20:16 28:19 36:8,22
  43:4 47:23 56:21
  57:1,12 62:17 63:5
  64:22 70:14 76:13
  80:24 81:11 82:21
  83:1 84:3,7 96:7,13
  96:19 97:20 98:13
  98:18 101:4
**assaulted** 17:14,17
**assess** 69:7
**assessed** 97:6
**assessment** 18:21
**assist** 15:22
**ASSISTANT** 1:18
**Associates** 7:15 52:10
  52:17,19 53:9,19,24
  54:1
**assume** 64:23 65:1
**assuming** 83:11,17
  83:15 84:9,10 88:17
**assumption** 88:22
**Ativan** 19:22 20:3
  24:15,17 32:2 33:1
  34:22 38:16 79:1
**attack** 22:10 81:8
  82:4
**attacker** 36:23
**attacks** 16:15 21:13
  82:5
**attendings** 54:14

**ATTORNEY** 1:18,21
**attorneys** 86:18
  103:7
**August** 24:3 32:5
  37:7 87:2
**available** 54:14
**Avenue** 2:8 102:8,14
**avoidance** 10:23
**awake** 16:17
**aware** 17:8,22 48:3
  70:12 72:14,16
  79:23 80:2 96:17
  98:15 101:3
**a.m** 2:10

**B**

**B** 4:13
**babies** 45:21 51:3
**back** 20:23,23 21:10
  26:20 36:1 39:1
  49:20 50:3 86:5,20
  87:23 89:20,22
**BARBARA** 1:11
**Barclay** 45:1,2
**based** 41:13 70:14
  94:5,7 97:4
**baseline** 70:2
**basically** 9:7 18:7
  58:7 71:2
**basis** 100:7
**battery** 69:7
**bedroom** 36:1
**bedside** 68:17
**beginning** 7:10 28:13
  45:7 70:17,18
**behalf** 3:9,13,17,21
**believe** 14:1 20:17
  26:16 28:12 29:8
  37:2 39:22 41:2
  45:19 46:14 49:14
  61:5 64:11 65:22
  66:16 69:9 71:7
  80:7 83:6 87:2 93:8
**believed** 48:19
**benefit** 21:10
**Berlin** 49:3,6 50:15
  53:16,18 69:13,15
  70:23 85:6,8,10,11
  86:8,9 88:19,22

DIANELLA V. DIZON, M.D.

89:1,5,15,16 94:18
95:10
**better** 23:11 24:12,18
26:2 27:14 29:1
30:7,9,11,16 31:15
32:16 33:23 35:18
35:19 38:24 75:5,12
75:13,15 92:3,5
**beyond** 42:14
**big** 59:5
**bill** 46:13,18,23 47:1
**billing** 46:5,6,7 50:12
**bills** 46:21
**bit** 6:15 30:7 32:9
**blah** 84:13,14,14
**board** 55:18
**boards** 45:16
**board-certified**
45:14
**BOLLINGER** 3:6
**BONSALL** 3:19
93:11
**BOOCK** 1:10
**BORKAN** 3:14
**boyfriend** 36:9
**BRIAN** 1:18
**bring** 72:10
**bringing** 84:20
**broadly** 99:19
**brought** 71:22
**BRYAN** 1:14
**building** 49:22
**BURROUGH** 1:17

**C**

**C** 3:19 102:3
**call** 42:10 54:9,9,11
54:11
**called** 2:2 5:14 45:1,3
**Capacity** 1:21
**car** 79:21
**cards** 92:11
**care** 15:17 46:13
**Carl** 1:6 60:7,14,21
61:11,14 62:1
102:11
**CARTRETTE** 1:17
**case** 54:14 59:3,11,12
59:14,15 60:3 73:3

79:24 95:12 100:19
**categorized** 10:19
**causation** 100:13
**cause** 78:6 102:9,18
**caused** 22:11 62:10
80:24 100:16
**causing** 79:6
**Celexa** 19:20 20:1,2
32:2 34:17 79:1
**center** 55:23
**certainty** 20:13 43:2
43:6 47:12 94:6
**certificate** 62:1
**Certified** 2:5
**certify** 102:5,16
103:2,5,9
**cessation** 34:21
**change** 24:9 28:23
31:18 32:7,18,23
34:15 38:21 40:24
91:14
**changed** 8:12 32:1
41:4
**changes** 26:11 27:12
27:13 30:4 34:5
39:17
**charge** 8:7,8,21
**charges** 60:14
**Chatman** 1:6 60:8,14
60:21 61:11,14 62:1
64:10 71:12 95:5,12
102:12
**Chatman's** 71:16
**check** 63:7 68:2,5
72:21
**Chicago** 1:7,7,8,9,9
1:10,10,11,12,12,13
1:14,19 3:3,7,11,13
3:15,17,20 7:10 8:2
8:13,17,19 43:16,16
43:18 44:6 54:22
56:13 57:11 96:2
102:12
**choice** 101:11
**Christmas** 92:11
**cigarettes** 39:1
**circumstances** 99:14
100:1,4

**City** 1:7 3:13 93:14
102:12
**civil** 2:3 95:1,13
100:5,6
**claim** 59:21,21
**claimant** 59:17,20
61:20,23
**claims** 21:23 22:4
28:1 63:19 90:11
**clarification** 73:10
**Clark** 3:15
**clear** 59:4 63:3 95:20
**clinical** 78:8 96:17
**clinically** 65:8 73:24
74:4 89:6
**clinician** 85:4
**Close** 98:24
**closed** 54:19
**closer** 86:2
**coerced** 59:18
**COKELEY** 1:15
**column** 29:14
**come** 12:17 20:23,23
66:14,19,20 67:21
82:16 85:12 86:4,5
**coming** 26:16 56:6
58:12 97:13
**common** 50:14
**comp** 100:5
**compensation** 86:9
**complain** 77:24 78:2
**complained** 78:20
**complaining** 78:5
80:24 91:20
**complains** 16:14
**complaints** 16:7,10
16:12 17:6
**complete** 69:22,24
**completed** 2:22 43:19
**complication** 81:11
**Computer-Aided**
102:22
**concern** 73:8
**concerned** 21:23
23:23 27:23 95:4
**conclusions** 14:5
**condition** 19:2 23:9
24:9 26:12 27:13

32:8 34:5 38:22
74:22
**conducting** 62:14
**confession** 59:19
**confirm** 15:11
**confused** 16:16 65:4
**connected** 11:23
**Connolly** 3:6,6 4:7,10
5:4,5,10,17 12:3
13:23 14:6 15:5
27:2 32:20,22 38:3
42:3 43:8 58:1,18
58:20,22 59:10 60:7
60:17 61:24 65:18
68:15 72:2 73:10,16
74:20 81:3 83:19
84:17 94:14 95:9
96:4 97:2,16,22
101:2,8
**conscious** 63:11,20
**consist** 8:5 9:6
**consistent** 22:24 23:2
26:22 27:1 28:18,21
35:4,6 36:24 37:2,4
39:5 68:1,8,11
75:19,22 97:14 98:2
98:3,7,9,17
**constant** 66:6
**consult** 14:4 40:13
**consultation** 13:7
**consulting** 7:15 8:12
52:9,17
**consults** 85:12
**contact** 22:14
**contemporaneously**
92:18
**continue** 20:10 26:6
31:9 94:4
**continued** 23:3 26:8
27:6 33:9,16
**continuing** 21:17
23:23 24:10 28:10
28:12
**conversation** 59:2
**conveyed** 22:7
**conveying** 28:16 33:9
**Cook** 1:14,15,16,17
1:19,20,21 2:7 3:21

44:22 103:23
**cool** 98:23
**copy** 5:22 15:19
**corner** 29:13
**correct** 6:17,21 27:10
  29:5 31:12 32:5,14
  33:20 34:2 35:8,11
  37:7 38:19 47:6,20
  48:6 56:3,14 62:6
  62:12 64:6 72:1,10
  72:12,13 75:22 77:2
  78:18,21 82:8 90:14
  96:9,15 98:10,13,20
  102:24
**corrected** 9:2
**corroborating** 68:3
**counsel** 73:13 80:16
  80:19 95:19 103:3,9
**Counseling** 7:15
  52:10,17,19 53:9,19
  53:24 54:1
**count** 57:3
**County** 1:14,15,16,17
  1:19,20,21 2:6 3:21
  44:22 46:14,15
  102:3 103:23
**couple** 19:10
**course** 9:19 10:7 11:6
  11:18 12:17 13:1
  16:20 40:24 41:5,20
  42:9 55:11,18
**court** 1:1 64:1 68:15
  68:16 99:4,6 101:10
  101:12 102:10
**Courts** 2:4
**covered** 10:1
**crash** 79:21
**cream** 37:18,20
**criminal** 71:11,13
  94:24 95:4,12
**criteria** 47:14,20
  62:15 98:13,15
**CSR** 2:23 102:4
**cue** 73:19
**cues** 30:21
**CULBERTSON** 3:18
**cured** 79:9,12
**current** 18:1 75:6

**currently** 6:5
**curriculum** 5:20,23
  6:4
**cut** 39:1 63:12
**CV** 6:17 7:8,14,24
  8:11,24 43:21 51:15

---

## D

**D** 4:1
**DART** 1:20
**date** 32:19 61:9 73:5
  73:6 87:1
**dated** 29:20
**dating** 26:20
**day** 8:2,7,13,18,19
  16:1,17 18:24 19:21
  19:23,23 23:11,16
  27:15 34:8,23 39:1
  54:10,22 55:1,6,14
  55:20,22,23 56:14
  57:11 63:1 68:24
  77:21 102:5 103:13
**days** 19:21 54:10
**day-to-day** 11:3
**deal** 65:23 75:6
**dealing** 66:5
**dealt** 66:3 88:18
**December** 33:20
**decision** 47:11
**decrease** 32:2 87:12
  87:13,14,15,15,16
**decreased** 21:14
  27:15 28:24 29:2
  34:17 38:23 82:5
  92:6
**deeper** 24:11
**Defendants** 1:22
  102:15
**degree** 6:19 11:4
  20:13 39:8 43:1,5
  47:12 94:5
**DENNIS** 1:11
**dentures** 92:4
**Depending** 86:1
**depends** 30:20
**DEPONENT** 101:18
**deposed** 99:8,15
**deposition** 2:1,22
  4:17 5:1 15:2 57:21

58:4 61:7 100:2
  103:3,6,7
**depositions** 2:4 10:5
**depression** 11:8,11
  11:14,20 12:7,12,15
  12:22 41:12 52:14
  56:7 82:8,11,12,16
**deputies** 1:20 3:22
**DEPUTY** 1:15,15,16
  1:17
**derive** 14:4
**Des** 54:23
**describe** 36:22 41:21
  80:9,11,15
**described** 37:1 97:14
  101:4
**description** 17:7
  36:20
**DETECTIVE** 1:8,8,9
  1:9,10,11
**determination** 48:23
**determine** 67:5 72:22
  91:4 96:18 98:16
**determined** 32:10
  87:7
**developed** 33:14
**diagnose** 10:10 48:11
  82:7,10,12
**diagnosed** 11:7 41:10
  47:8 77:11 101:6
**diagnoses** 9:17 27:4
  40:22 52:14 62:16
**diagnosing** 48:15
**diagnosis** 12:21,24
  13:11 14:1 15:17
  19:3,6,8,14 26:22
  28:18 40:24 41:5
  42:23 43:1 47:15
  48:6 93:18,20,24
  97:3,10 100:19
**Dianella** 2:1 4:5 5:8,9
  5:13 102:8
**dietary** 20:7
**different** 43:24 64:14
  67:9 96:8 97:21
**difficulty** 37:9
**direct** 63:12
**director** 8:1 54:5,18

54:20,21 55:1,2,6
  55:14
**disciplines** 44:1
**discourage** 89:11,14
**discuss** 91:13
**discussed** 88:21
**discussing** 42:12
**discussions** 42:8,11
**dismissed** 60:14
**disorder** 10:11,17,18
  11:20 12:6,13,14,22
  19:7,9 20:15,18
  21:3 28:19 40:23
  41:11 42:24 52:15
  52:15 97:4 101:6
**disorientation** 90:11
**disoriented** 16:16
**distress** 94:7
**District** 1:1,2 2:3
  102:10,11
**DIVISION** 1:2
**Dizon** 2:1 4:5 5:8,9
  5:11,13,18 102:9
**doctor** 13:9 15:23
  19:4 20:19 22:19
  27:6 33:3 35:1 36:5
  37:10 43:9,12 63:3
  84:20 93:12
**doctors** 25:7
**documents** 15:9
**doing** 26:2 31:14,15
  33:23 52:2 67:22
  69:4 70:3 73:19
  87:6 89:12
**door** 98:24
**double** 72:7
**Dr** 5:11,18 40:5
**dressed** 16:23
**drink** 23:15
**drive** 3:11 16:16
  67:21
**driver** 79:22
**drives** 26:3
**driving** 30:7 66:18
  86:3 90:12
**dryness** 37:18
**DSM-IV** 47:14,17
  48:4 98:12

DIANELLA V. DIZON, M.D.

**DSM-IV-R** 47:19
  57:23 62:15 93:19
  94:8
**due** 26:16 34:8
**duly** 5:14 102:17
**DYKEMA** 3:10

**E**

**E** 3:14 4:1,13
**earlier** 28:14 75:8
  81:18
**EASTERN** 1:2
**easy** 51:1
**eat** 80:8
**eating** 20:9
**eats** 23:13
**education** 36:6
**effect** 78:24 81:21
**effects** 39:18 77:1,5
  91:6,11
**effort** 63:11,21
**eight** 6:23
**either** 16:11 60:6
  70:22 74:14 76:20
  79:5 88:5 98:12
**elements** 13:19
**employment** 45:22
**engaged** 57:9
**Ensure** 23:16,17,17
**entail** 45:24
**entire** 41:1
**environment** 30:22
**episodes** 22:8
**error** 5:24
**especially** 22:10
  90:12 92:7,9
**estimate** 57:6 68:23
  76:19
**ET** 102:13
**evaluating** 8:8
**evaluation** 14:1 16:2
  69:22,24 89:21
**evaluations** 54:13
**event** 10:22,24 36:21
  36:24 47:24 62:20
**eventually** 75:4
**everybody** 22:1
  96:24

**evidence** 34:20
**exacerbated** 30:21
**exactly** 71:1 73:18
  75:3
**exam** 37:16 90:5
**examination** 2:2 4:6
  4:9 5:16 16:22 18:8
  43:10 93:16 94:13
  96:5 97:1,17 101:1
**examined** 5:15
**exams** 51:24 52:2,3,4
**Exhibit** 4:17 5:2,19
  5:21 15:3,7,12
  72:22
**exhibiting** 98:17
**exist** 44:24
**existence** 48:5
**experience** 6:17
  11:18 12:17 36:6
**experiences** 10:20
**experiencing** 10:21
  77:1,5 79:3
**expert** 99:3
**expire** 6:10
**explain** 43:13 77:15
**explanation** 48:14
**explore** 65:16
**express** 25:14,24
**expressed** 16:12
  37:21
**expressing** 71:16
  94:20
**extensive** 80:20
**extent** 15:20
**external** 30:22
**extremely** 16:24
  18:11 26:4
**extremities** 78:3
**E-N** 23:17

**F**

**fabricate** 84:23
**fabricated** 62:9
**fact** 17:22 62:5,23
  97:6
**factor** 37:21
**factors** 12:24
**facts** 89:5

**fair** 14:7 71:20 73:7
**fairly** 78:23
**family** 13:7 14:4
  26:17 67:16 68:17
  86:15 90:1
**farther** 30:7
**fashion** 17:9
**fear** 37:21 94:20
**fearful** 26:1,4 31:21
**feel** 15:23 63:20
  64:12
**feeling** 78:10
**feels** 36:17 37:19
  64:9,16 65:2,6,17
  92:3,5
**felt** 66:2 71:3 82:14
**field** 10:8
**Fifth** 11:1
**figure** 70:3 73:17
**filing** 84:2,6
**finally** 8:23
**financial** 84:22
**find** 29:11 54:2 59:5
**fine** 69:4
**first** 5:14 10:19 16:1
  17:16 18:18 20:6
  22:20 26:20 44:16
  44:23 45:5 47:5
  53:19,22,23,23
  66:11 68:22,24
  70:19 71:5,6 73:7
  73:11 74:19 83:4,8
  87:4 90:21,23 93:1
  94:18 102:17
**five** 9:8 45:19 85:16
  85:18,23
**fix** 54:15 72:8
**flashbacks** 38:23
  92:6
**flexible** 52:8
**focus** 44:3 60:5
**followed** 47:20
**following** 6:23 17:23
  62:15
**follows** 5:15
**follow-up** 93:14
**food** 16:15 23:13
  27:16

**foregoing** 102:23
  103:3
**forensic** 70:7
**Forest** 8:1 54:5,8,19
  55:3,4
**forget** 63:11,21
**forgot** 89:19
**form** 10:14 11:24
  13:21 26:24 38:1
  42:1 72:2 81:3
  83:19 85:1 95:6
**foster** 90:1
**found** 12:4,9
**foundation** 42:2
**four** 9:8 10:19 19:21
  21:1,6 54:10 85:16
  85:17,23
**fourth** 10:24
**free** 15:23
**frequency** 21:14 82:6
**front** 29:20
**full** 5:6 92:4
**further** 4:9 93:9
  94:11,13 96:5,22
  97:1,17 101:1,18
  102:16 103:2,5,9

**G**

**gagging** 23:12 27:16
  31:16 63:19,23
  88:10
**gags** 16:15
**gained** 31:16
**general** 44:2 51:15
  51:17,21 59:12,14
  59:16 84:19 95:22
**generally** 7:6 10:16
**geriatric** 8:20 56:16
**getting** 30:8 35:18,19
  67:8 75:5
**give** 29:9 38:10 42:21
  57:5 68:23 70:2
  84:14 87:1 91:16
**given** 102:19,24
**go** 6:15 12:24 16:16
  31:11 32:11 50:5
  54:15 81:14 87:7,23
  89:20,22 90:21 91:1
  91:2

DIANELLA V. DIZON, M.D.

108

**goes** 22:18
**going** 5:18 15:6,16
  26:4 32:9 49:12
  73:20 74:11 91:17
**good** 5:4 6:2 10:3
  23:19 34:20 35:20
  43:12 54:7 59:20,21
  63:18 85:19
**GOSSETT** 3:10
**Gotcha** 87:9
**gotten** 94:17
**governors** 55:18
**gradually** 30:15
  34:22
**graduated** 6:18
**Great** 30:3
**Griffin** 1:13 3:23
**Group** 4:18,19 5:1,19
  5:21 15:7,12,19
  72:21
**grouping** 15:8
**guess** 69:2
**guys** 59:8 69:2,3

**H**
**H** 4:13
**half** 7:16 33:2,4,13
**hallucination** 65:10
**hallway** 50:5
**hand** 29:13 77:9
  78:11 103:13
**Handling** 30:11
**hands** 78:3,11
**happen** 64:2
**happened** 82:20 83:1
  83:8,10,12 84:13
**happening** 59:4
**hard** 51:4 84:14
**hats** 51:1
**head** 65:15
**headaches** 16:14
**heals** 39:8
**help** 20:1,3 23:21
  24:16 75:6
**helpful** 18:23
**helping** 91:8
**helps** 31:23 67:9 70:1
**hereinbefore** 103:8

**heretofore** 102:5
**hereunto** 103:12
**HINSHAW** 3:18
**HIPAA** 99:17
**hired** 55:13,17
**history** 6:16 7:9
  12:12,18 16:6 17:3
  17:9 18:13 19:9
  22:6 38:5 77:11,16
  79:20
**hold** 43:1
**holidays** 26:17
**HOLMES** 1:18
**HOLY** 1:14
**honestly** 69:1
**hoping** 74:6
**hospital** 8:2,2,7,13,18
  8:19 44:11,15,17,18
  44:21,23,24 54:5,8
  54:19,22,23 55:2,4
  55:6,14,21 56:6,9
  56:14 57:11
**hospitals** 44:12
**hour** 2:9
**hours** 51:8,11 52:8
  54:10
**house** 54:6,8
**husband** 18:18 19:1
  27:19,24 28:5,17
  31:2,4 35:23 36:2,9
  39:13,20 40:1,3,13
  41:4,10 49:3 52:21
  53:6,11 54:4,17
  55:2,5,13 58:5,6,8
  63:1 66:12,14,18
  67:18 68:3,3,10,19
  72:19 73:9 74:1,2
  74:10,15,22,23 75:1
  76:1,9 86:15,16
**husband's** 45:23 53:1
**hyperarousal** 11:1
**hypersomnia** 23:10
**hypervigilance** 62:23

**I**
**idea** 91:16
**identification** 5:3
  15:4,8

**Illinois** 1:2 2:7,9 3:3
  3:7,11,15,20 7:10
  102:1,8,11,14
  103:23
**important** 25:9 66:24
  67:3
**improve** 74:7
**improvement** 22:16
  23:8
**improvements** 21:12
  39:3
**improving** 75:19
**including** 25:7 57:10
**inconsistent** 22:24
  26:23 28:20 35:4
**increase** 10:24 24:17
  35:2 87:14,19,20,21
  91:5
**increased** 24:15
  26:13,14 33:1 34:12
  34:22,23
**independent** 53:2,3
  88:15
**indicate** 16:9 17:8
  21:20 22:15 25:1
  30:24 32:7 66:21
**indicated** 9:19 12:18
  38:5 94:16
**indicates** 6:4 7:8,14
  7:24 8:11,24
**indication** 25:4 34:19
**indiction** 30:8
**individual** 20:10
  30:20
**infection** 25:12,15
**inferring** 64:12
**influenced** 60:6
**information** 25:4
  48:22 66:22 67:9,15
  67:19 94:17
**informed** 16:11
**initial** 71:21 89:20
  90:17
**initially** 7:14 94:16
**injuries** 81:1
**injury** 84:21 100:8
  100:14,16
**innocence** 62:2

**inpatient** 56:1
**inside** 36:17
**insight** 90:8
**intended** 20:1
**intensity** 21:14 82:6
**interaction** 25:6
**intercourse** 37:15
**interested** 103:11
**internist** 51:22,23
**internship** 6:22 13:2
  43:22,24 44:4
**intimacy** 74:14
**intimate** 73:9
**intrusive** 62:21
**Invoice** 46:22
**involuntarily** 78:12
**involved** 9:20 95:13
**isolated** 81:19
**isolating** 22:18 62:23
  88:20
**issue** 28:10,12 38:14
  99:19
**issues** 9:11 25:5 56:5

**J**
**JACK** 1:10
**January** 27:9 38:18
  74:8,16 92:2
**JEREMIAH** 3:6
**Jerry** 5:4
**job** 8:9 11:15 52:7,7
  54:3,6 55:6,12
**JOHN** 1:8
**Join** 85:2
**JORIA** 1:14
**JOSEPH** 1:13,15
**judgment** 90:8
**July** 36:12
**June** 16:4 19:4 20:16
  21:11 22:15,21,22
  26:20 35:8 39:22
  47:5 48:3,21 49:7
  50:3 66:11 67:14
  71:21 72:9 76:7
  77:21 81:16 89:20

**K**
**K** 102:3
**KARCZEWSKI**

1:12
**keep** 23:13 24:13
25:18 27:16 28:22
91:14
**kept** 31:7
**key** 13:19
**kind** 36:23 51:24
54:12 56:5 60:24
64:1,12 74:16 91:16
**kindly** 86:23 101:10
**knew** 40:18
**know** 28:8 29:16
36:21,22 42:20 49:6
49:9 51:4 54:3,15
57:23 60:1,2,5,22
60:23 61:14,17,21
63:9 65:21 66:4,24
67:3,8 71:1 73:5,6
73:13,18 76:3,14,16
79:2,8,11,13 80:23
83:3,16 88:14 95:15
**knowledge** 70:10
**KRAUSE** 3:6
**KRISTA** 3:14
**kstalf@borkanssc...**
3:16
**Kylie** 61:5,11

———————
**L**
**LaSalle** 3:19
**late** 84:17
**laughter** 84:19
**lawsuit** 70:23 71:1,4
71:18,22 72:3,10,14
83:4,18,20 84:2,7
84:20 88:23 94:16
94:19 95:11,15
100:5,6,17
**lawyers** 93:9
**laypeople** 19:24
**lbonsall@hinshawl...**
3:21
**lead** 12:14
**learned** 62:8 89:4
**leave** 54:1 66:1
**led** 99:14 100:1,17
**left** 54:17 65:21
69:18 89:15 95:16

**LEIGH** 3:19
**level** 90:13
**levels** 11:11
**license** 2:24 6:9
**licensed** 6:8,11 7:2,5
45:5
**LIEUTENANT** 1:13
1:17
**lieutenants** 3:17,22
**life** 10:3
**light** 23:16
**line** 82:3
**list** 43:21
**listed** 51:14
**little** 6:15 30:7 32:9
**living** 89:24
**LLC** 3:6
**LLP** 3:18
**located** 49:19
**location** 86:1,6
**LOEVY** 3:2,2
**London** 45:3
**long** 59:9 86:3 90:17
**longer** 75:13 79:17
79:19 80:1
**look** 5:21 13:2 15:11
38:9 46:19 62:16
**looking** 73:16 96:11
**looks** 64:2
**lose** 21:17 23:24
**losing** 22:5 76:20,22
**loss** 21:24 25:2 63:18
76:17
**lost** 21:21 22:3 76:16
**lot** 31:22 51:3 57:4,5
57:14 88:5
**Lots** 97:19
**loud** 41:22 42:18
**lower** 29:14

———————
**M**
**MacKenzie** 2:5,23
102:4
**Madison** 3:7
**main** 8:9 54:22 64:13
**major** 41:11
**Majority** 52:14
**making** 12:24 59:18
89:22

**malingering** 70:8,11
**manage** 45:23 46:2
**management** 7:19,21
8:22 9:7,9,21
**managerial** 46:4
**manner** 68:17
**March** 2:9 29:4,6,7
29:16,20 30:3,23
34:9,11 87:23 102:6
103:14
**MARIA** 1:9,16
**marked** 5:2,19 15:3,7
15:19
**matter** 97:9 99:21
**ma'am** 48:16
**MCGREAL** 1:8
**mean** 21:3 46:2 49:13
49:16 51:22 54:8
57:5 73:24 74:21
85:7 98:3
**meaning** 87:20
**meant** 65:16
**measure** 96:17
**measures** 70:6
**Medicaid** 56:11
**medical** 6:16,22 8:1
9:21 11:18 13:2
41:12 43:14,16,18
44:6 52:2 54:5,18
54:20,21,24 55:1,2
55:6,14 76:4 81:11
95:19
**medication** 7:21,23
8:10,21 9:7,9 11:14
11:16 14:10 19:16
21:6 24:14 26:8
28:24 31:9 32:23
33:10,17 39:19
40:19 49:18 54:13
58:14,16 75:5 77:2
77:6 78:6,15,16,24
79:5 88:6 91:1,3,4,6
91:8,17 93:1
**medications** 9:22
13:9,13,17 21:8,10
23:3 25:18 26:6
27:6 28:22 31:7
32:1,18 34:15

**medicine** 7:3,5,10
45:6 51:15,16
**meds** 79:15 91:14
92:12,13
**meet** 90:16
**meeting** 71:21
**meetings** 90:17
**members** 13:8 14:4
52:22,23 53:6,8
67:17 86:14
**Memorial** 45:3
**memory** 15:20 18:10
76:21
**Menezes** 5:8 40:5
**mental** 16:22 18:8
90:5
**mentioned** 38:13
63:10 94:19 103:8
**met** 53:21,22,23,23
**MICHAEL** 1:12,15
**Michalik** 3:10 4:8
85:1 93:13,13,17
94:11 99:16
**MIDONA** 1:11
**milligram** 24:16
**milligrams** 19:20,23
**mind** 14:9 33:7,15
**mine** 63:13
**minutes** 90:19,19
**MISCHKA** 1:10
**Mitigation** 7:19
**moderately** 21:13
82:5
**MOKSTAD** 1:16
**moment** 42:8
**moments** 6:15
**month** 11:2 48:5,7,9
48:11 94:1,9
**months** 33:5 34:2
91:20
**morning** 5:4 19:21
26:14,15 33:2 43:12
**motive** 84:22
**mouth** 36:18,19
63:20 64:9,10,13,16
64:21 65:3,6,14,17
**moved** 36:1
**moving** 78:12

DIANELLA V. DIZON, M.D.

multiple 97:13
M-E-N-E-Z-E-S 40:6
M.D 2:1 4:5 5:13
  102:9

**N**

N 4:1
name 5:4,6,9 40:4
  44:17 93:13 99:24
nausea 16:15 63:2
nauseated 20:9
neatly 16:23
necessarily 86:4
necessary 26:4
need 14:8 15:20 91:5
  99:18
needed 85:9,11 86:12
negative 72:7
nervous 32:9 87:6
never 64:23 69:6
  71:22
new 27:3 28:9 39:17
nice 64:3
night 6:24 16:17
  23:12 24:8,11,16
  33:2 63:2
nightmares 16:18
  26:13 27:14 29:2
  30:5,6 35:16,17
  62:21
nine 13:1
Nodding 65:15
Norma 49:3,6 50:15
  53:16,18 69:13,14
  69:19 70:22 89:1,5
  94:17
normal 41:23
north 2:8 3:3,19
  44:19 102:7,14
Northern 1:2 102:11
notarial 103:13
NOTARY 103:23
notation 83:7
note 22:3 24:22 31:3
  31:6 38:9 63:15
  64:14,15 68:2,7,10
  68:21 73:11,21
  74:12,18 82:19
  87:10 88:21 90:7

92:3
noted 25:2 63:19
  77:19 78:18,21
  81:12 97:12
notes 15:21 16:11
  18:4,17,21,24 22:9
  25:17 26:3 28:4,7
  28:14 35:24 40:17
  41:2 46:19 57:22
  60:5 63:7,9,23 64:5
  66:17,21 68:13
  72:20 73:16 74:17
  76:24 77:23 78:4,21
  80:21 81:9 82:1,3
  83:14 84:4,8 86:24
  87:4 88:13,16 92:14
  92:17,24 93:3
notice 2:10 77:22
  103:6
November 26:9 27:7
  38:11
number 4:15 15:7
  26:19 101:9
numbered 29:13
numbing 62:24

**O**

O 102:3,3
Oak 2:8 55:3 102:8
  102:14
Oakbrook 9:1 14:22
  49:21 85:22
object 11:24 13:21
  38:1 42:2 72:2 85:1
  95:6
objection 26:24
  41:13 42:1 65:18
  81:3 83:19 97:22
objections 73:15
objective 60:4
observations 26:21
observe 62:20
observed 22:24 78:16
obtain 76:4,7
obtained 5:20
obviously 38:24
OB/GYN 25:8,11
  37:13

occasion 10:9 42:16
  66:15
occasional 10:5 90:11
occasionally 56:7
occurred 47:23 76:14
  97:7
occurrence 36:7
  100:17
occurs 35:2
October 25:21 32:13
  32:20 63:13
offered 54:5
office 5:20,21 15:9,12
  49:19,24 50:2,3,4,6
  68:20 85:15,24
Officer 1:12,13 3:23
officers 1:19 3:17
official 1:20
Ogden 44:9
Oh 35:24 46:9,9
okay 6:12 8:11,23
  9:13 10:1,7 11:10
  11:17 12:16 14:12
  14:15,19 15:6,23,24
  16:19 17:6,22 18:15
  18:17 19:16 20:5,12
  21:2 22:19 24:22
  27:17 29:11,18 31:6
  32:13,21 33:19 34:4
  34:14 35:10 36:20
  38:9,13 39:24 40:4
  40:16,20 41:3 42:8
  42:16,23 43:8 46:24
  49:15 54:24 75:1
  77:17 87:3,6,9 88:1
  89:23 94:23 95:2,18
  97:12 98:9
old 69:3
once 23:16 40:1
  45:17
opinion 20:12 80:22
  94:5
oral 92:7,10
order 15:21 92:23
oriented 18:11 90:7
original 15:19
outcome 103:11
outside 22:14 25:6

85:23
overshadowing
  82:13
owner 53:9

**P**

P 3:6
pack 39:1
packs 34:7
page 4:3,15 8:23
  29:12 46:22,23,24
  86:23
pain 81:8,12
palpitations 16:14
Pap 37:16,22 38:5
Park 2:9 102:8,14
Parkinson's 77:11,12
  77:15 79:9,12,21
paroled 60:18
part 13:24 14:1 53:4
  68:5,17 69:22,23
  74:5 95:16
particular 44:14 66:8
parties 103:4,10
partly 54:2
part-time 51:2,2,5,19
  51:20 52:7 54:3
passing 67:22
patient 7:22 10:19
  12:23 13:4,10,14,14
  13:18,18 14:2,8
  16:23 17:13 18:11
  30:16,17,18,18
  37:17 39:6 67:5
  85:22 86:2,8 90:11
  94:6,18
patients 7:20,21 8:8
  8:10 9:9,10,14,17
  9:22 10:8,10 11:8
  11:13,16,17 12:11
  12:16 13:6 30:20
  40:1 49:18 51:9
  69:21 84:12 85:9,10
  85:17
patient's 19:1 74:22
  99:20
Paul 3:10 93:13
pay 47:2 56:9

DIANELLA V. DIZON, M.D.

paying 46:15
PENA 1:9
pending 102:9
penis 64:10,21
people 21:5 25:6
  31:22 52:12 55:22
  56:5,20,23 75:9,12
  75:13,15 79:8 96:7
perception 91:7,10
perform 43:15 54:12
performed 6:22
  95:21
performing 44:13
  51:24
period 8:17 9:6,13,16
  33:11,13 56:24 57:8
  57:13
periods 76:1
persistent 10:21,22
  11:2 62:17,19
person 41:22,22,23
  42:7 58:23 59:23
  60:8 70:3 75:9,10
  100:11
personally 102:6
personnel 50:12
person's 99:24
pertained 61:21
pertaining 2:4 47:24
Philippines 7:7 43:14
  43:15,22
phone 58:23,24
phonetic 44:20
Phyllis 2:5,23 102:4
physical 31:1 35:22
physically 38:7
physician 76:8
pill-rolling 78:13,13
  78:16,20 79:3
place 18:12 47:17
placed 64:10,21
places 26:5
Plaines 54:23
Plaintiff 1:6 3:5
  102:12
plan 80:17 89:13
  91:13 93:1
planned 20:22

please 5:7 13:16
  15:23 33:12 63:7,15
  87:4
pleased 91:23
PLLC 3:10
pmichalik@dykem...
  3:12
point 27:4 33:5 99:16
pointing 87:17
Police 1:7,8,9,9,10,11
  1:11,12,13,13,14,19
  3:17
population 52:12
  55:20 56:17
position 51:19,20
  54:17
positions 8:12
post 36:7
postraumatic 101:6
posttraumatic 10:10
  10:17,18 11:19 12:6
  12:13,14,21 19:7,9
  20:14,18 21:3 23:1
  23:2 26:23 28:18
  30:11,13 35:4 38:22
  39:5 40:23 41:11
  42:24 94:7 97:4
potential 78:23 89:5
  96:8
pounds 25:3
practice 6:1 7:3,5,13
  8:5 9:1,5 10:7 11:7
  11:18 12:5 14:23
  39:20 45:6,23 46:3
  46:8,11 51:3,15
  57:9,24 93:5
practiced 7:9,10
practicing 51:16
practitioner 50:19
  51:17,21 53:3
predisposed 12:13
Premarin 37:18
preparation 58:4
prepare 57:20 59:6
prescribe 9:21 13:9
  13:13,17 14:9 19:13
  19:16,19 33:10,16
prescribed 19:22

21:9 24:17 37:17
prescription 24:13
presence 25:15 88:9
  102:21
present 3:23 18:20
  48:9,10 56:6 96:8
  97:20 103:7
pretty 21:15 40:17
  54:7
previous 76:1
previously 17:18
  88:21
PRINCE 1:16
prior 48:8 49:6,12
  74:8,15 76:12,13
prison 60:9,15,18
privacy 99:20
private 6:1 8:24 9:5
  14:23 46:11 56:9
  57:9
privileges 44:14
probably 68:8 74:18
problem 54:16
problems 9:11 25:12
  71:3 87:12,15,19
procedure 2:3 80:21
professional 5:9
prognosis 75:8
program 95:24 96:1
progress 67:16
prosecutors 60:13
protect 99:16
provide 69:6
provided 47:3 80:4
  86:9 97:5
psychiatric 2:7 9:10
  11:7 20:13 41:12
  43:2,6 44:20 47:12
  52:3,4 54:13 78:6
  84:21 85:12 94:6
  96:20 100:8,14
  102:7,13
psychiatrist 6:8 7:3
  7:15 8:13,21 12:17
  17:14 27:18 40:8
  46:1 52:9 57:9
  100:10
psychiatrists 52:20

53:10 100:12
psychiatry 6:1,23 7:9
  9:1,6 10:8 44:3
  95:22
psychological 62:22
  69:7,16,17,20 71:3
  96:19
PTSD 10:13 14:18
  47:9 48:4,12,24
  75:9,18,19,22 82:13
  82:15 93:19 98:8
public 68:6 103:23
pull 29:18 36:16 89:8
pulled 38:15 80:5
  81:2 91:24,24 92:1
  92:4
pulling 89:17
purging 21:24 22:2,4
  22:6
purposes 5:10
pursuant 2:2,10
  103:6
put 23:21,22 79:14
  79:15
p.m 2:22

**Q**

qualified 55:9,11
question 12:1 13:22
  33:7,14 38:2 42:2
  66:23 72:3 81:4
  84:16 94:2 95:7
  99:19
questions 15:16,22
  93:9,11,21,23 94:11
  94:12,15 96:23
  100:22 101:9,11
quicker 75:12
quit 35:14 39:22

**R**

R 98:12
raised 73:8
raising 42:14
Ralph 40:5
rape 12:19 19:10
  26:18 42:12 48:17
  61:22 62:10 63:11
  98:4,5,10

**DIANELLA V. DIZON, M.D.**

**raped** 60:8
**rarely** 22:18
**reach** 8:13,18,19 48:6
  48:22 56:13 57:11
  62:15
**reached** 47:11
**reaching** 93:20
**read** 63:15 82:3 87:4
  87:10 90:10
**ready** 35:14
**real** 67:7
**really** 8:10 30:20
  67:24 69:1 88:7
  89:3,7 95:15
**reason** 80:3,6
**reasonable** 20:13
  43:1,5 47:11 94:5
**reassure** 75:2
**reassured** 14:8 19:1
  74:21 87:11
**recall** 14:15 16:11
  18:4 25:17 28:3,9
  28:13 31:8 38:8
  40:16 41:3,8,9 42:4
  42:13 59:22 83:24
  84:4,5 88:7,13
**receive** 43:13 66:22
  67:14,19
**received** 15:9 61:6,15
  62:1
**reception** 50:23
**recollection** 63:8
  73:12 83:14 88:15
**recommend** 69:14
**recommended** 23:15
  69:9,11
**record** 5:6 25:1 29:16
  29:19 74:17 76:11
**recorded** 101:10
**records** 15:8,10,12
  15:21 16:1,19 21:16
  22:15 25:11 33:22
  76:5,7,21
**recovered** 84:22
**recurrence** 62:17
  63:4
**recurrences** 62:19
**reduced** 102:22

**reevaluate** 62:11
**reexperiencing** 10:21
**refer** 5:11 6:18 9:8
  39:24 49:17 85:10
  85:17,22 88:4
**reference** 16:11
  64:18,20 89:24
**references** 63:22
**referencing** 64:9
  76:24
**referral** 85:5,7 95:16
**referrals** 21:4
**referred** 7:22 10:13
  13:5 14:15,17,20
  16:2 86:8
**referring** 63:3 94:24
**refers** 84:12
**reflect** 16:19 18:5,17
  21:16 28:4 31:7
**reflected** 6:4
**reflection** 73:11
**reflects** 15:12 29:24
**refresh** 15:20 72:22
**refreshes** 63:8
**refused** 37:16,17
**regard** 20:6 22:5,14
  22:16 26:19 30:3,4
  31:1 34:5 36:7,14
  37:22 40:14,16,22
  42:23 80:16 84:2,7
  84:21 95:18 97:3
**regarding** 99:17,20
**regular** 98:12
**relapse** 75:16
**relate** 19:8 43:4
**related** 9:17 15:17
  35:5 81:19 103:10
**relating** 25:6
**relation** 50:2 94:19
**relations** 68:6
**relationship** 12:6,10
  27:19 31:1 35:22
  36:8
**relative** 15:13 38:22
**released** 60:9,12,15
  60:21,22,23 61:12
**relied** 62:5
**rely** 12:22

**remain** 26:22
**remainder** 90:10
**remember** 14:12
  35:13 52:6 57:2,14
  66:16 67:24 68:21
  69:2 70:20 72:17
  74:11 75:3 83:2,8,9
  89:2,3 93:21 94:2
  94:21 99:2,11
**reminds** 10:23
**removed** 80:17
**report** 21:9 27:17,22
  30:4 33:22 34:4
  35:23 36:14 37:9
  39:15 77:8
**reported** 2:23 22:11
  22:20,23 26:12,21
  27:12 35:10,15
  38:21 41:4 76:8
  77:4 102:20
**reporter** 2:6 64:1
  68:15,16 101:10,12
**reporting** 17:3 28:10
  33:15 76:17 90:13
**represent** 5:5 93:14
**Representing** 3:5
**repulsed** 36:18
**required** 81:1
**reserve** 101:15
**residence** 45:20
**residency** 6:23 13:2
  43:15,19 44:9,14,21
  45:10 95:18,21
**respect** 19:3 22:19
  25:5 27:19 35:18
  99:20
**respective** 103:4
**responded** 40:19
**responding** 15:22
**response** 15:10,13
**responsibilities** 8:4
**rest** 6:2
**restless** 23:12 24:7
  42:17
**restlessness** 78:10
**result** 20:15 79:21
  81:8
**results** 81:12

**retired** 6:5,5 10:2
  40:2 49:11 99:12
**reveal** 16:1
**review** 15:21 101:14
  101:15
**reviewed** 57:23
**re-ask** 38:4
**Richard** 1:13 3:23
**Riggio** 1:21 3:9 5:5
  14:13,20 15:13,18
  16:2,12 17:8 19:4
  20:6,14 21:9,17
  22:7,21 30:1,4,24
  33:3,8 36:11 40:10
  40:14,18 41:1,6,10
  41:14,16,21 42:9
  46:16 47:2,5,22
  48:11,19,23 49:4,5
  58:7,9 59:17,24
  60:9 61:23 62:4,9
  62:11,14 64:5,8,18
  64:20 66:9,10,12
  69:5 70:10,13,22
  71:5,15,22 72:9,18
  73:8,23 74:1,8,13
  75:24 76:8,12 77:1
  77:4,8 78:17 79:11
  79:20 80:3,16,23
  81:7,15,19,23 82:7
  82:24 83:5,17 84:1
  84:6 88:9,20 89:1
  89:17,24 90:3,13,16
  91:23 92:15,18
  94:20 95:13 98:16
  101:5
**Riggio's** 18:18 33:15
  46:13 67:15 68:19
  76:4 86:15,17 98:3
**right** 6:3,7,14 7:13
  9:4 18:4 25:22
  29:12,13,19 31:10
  32:4 33:5 35:7,20
  47:18 48:19 52:16
  54:18 58:19 61:24
  64:16 65:6,8,14
  66:12 69:8 75:10
  77:21 78:6,24 79:3
  84:23 87:18,19 93:8

94:4 97:21 98:22
100:21 101:14,15
101:17
**RITA** 1:10
**rkiley@bollingertr...**
3:8
**ROBERTS** 1:8
**room** 50:7,8,9 59:5
**rooms** 50:8
**rotating** 43:21,24
44:4
**RPR** 2:23 102:4
**rule** 79:5
**Rules** 2:2
**running** 32:11 87:8
**RUSSELL** 3:2
**russell@loevy.com**
3:4

**S**

**s** 4:13,20
**SAITH** 101:18
**saw** 7:21 20:16 22:10
24:2,20 25:11,21
26:9 27:9 29:4,15
32:4,13 33:19 34:1
36:11 38:10,18
39:14 47:5 70:19
74:19 77:13,18
94:18
**saying** 59:18 64:18
**says** 22:3,9 25:11
26:3 29:12 31:3,22
35:14 64:15 82:19
92:3,6
**SCAHILL** 3:14
**scale** 21:22 42:19
**scheduled** 20:23
**scheduling** 50:21
**school** 6:22 13:2
43:14,17,18 44:6
95:19
**scientific** 34:19
**screw** 84:15
**seal** 103:13
**second** 7:16 8:23
29:9 38:10 44:21
80:22 81:15 82:3

**secondary** 10:20
34:12
**see** 7:20 9:10 15:18
18:8 20:20,24 21:2
21:6 23:6 29:11,14
39:12 40:10 54:15
55:5 59:8 63:7
72:21 74:12 82:22
85:9,12 86:4 92:1
**seeing** 8:8 17:23 51:9
52:12 94:8
**seen** 25:8 33:3 76:24
**self-report** 90:14
**Sell** 92:11
**sensation** 62:24
**sensations** 36:23
**sense** 42:21 95:3
**sentencing** 34:10,11
37:3 71:14
**separate** 50:7
**September** 24:20
82:17
**SERGEANT** 1:11,14
1:16
**sergeants** 3:17,22
**served** 8:1
**services** 2:8 47:3
54:12 102:7,13
**session** 16:20 17:4,17
20:6,21,22 70:17,18
71:5,6 86:5 90:17
**set** 61:9 103:12
**settled** 72:14 73:3
79:24
**severe** 10:20
**sex** 76:2,9
**sexual** 17:10,24
20:15 28:19 36:7,22
37:14 43:4 47:23
56:20,24 57:12 63:4
70:14 76:13 84:3,7
96:7,13,19 97:20
98:13,18 101:4
**sexually** 17:14,17
**shaking** 77:9 78:3,3,6
78:9,10
**share** 50:10,12,14
**Sheriff's** 1:14,15,16

1:17,19 3:21
**short** 10:14
**Shorthand** 2:6
**show** 5:18 15:6
**showing** 39:3
**side** 39:18 44:19
51:18 60:6 77:1,5
78:23 91:6,11
**signature** 103:2
**significance** 27:18
70:7
**significant** 11:4 65:5
65:8 73:23,24 74:4
78:23 89:6
**signs** 35:20 62:16
**simply** 12:22 98:2
**Sinemet** 77:13,14,18
**sir** 29:17
**sit** 14:12 28:3,8 45:16
83:16,24 84:5
**situation** 28:16 65:24
66:3,5
**situations** 31:18,20
31:21
**six** 34:2
**sleep** 24:8,12,16,18
27:14 30:5,6 32:16
34:14 63:18 87:12
87:16,20
**sleeping** 16:17 23:10
23:11 29:1 63:1,2
**slim** 16:23
**small** 16:23 51:3
**smear** 37:16,23 38:6
**smell** 80:6,9,10,11
**smelling** 36:22 64:15
**smells** 36:19 64:11,13
**smoking** 31:22 34:7
34:20 35:14
**snacks** 59:7,9
**social** 8:9 22:14
31:18,20,21
**socially** 11:3
**soft** 41:23 42:7,14
**solely** 96:19
**solo** 50:19
**somebody** 69:6 84:20
86:3 100:7

**somebody's** 75:18
96:12,18
**sorry** 21:23 36:1 46:9
52:6 64:4 68:14
87:18,18,22 89:19
89:22
**source** 66:22 101:5
**sources** 48:21 67:9
**south** 3:11,15 51:18
**space** 49:24
**span** 33:4
**speak** 58:1,3,18 71:5
86:17
**speaking** 73:14 92:15
92:18
**specialty** 10:9
**specific** 95:22 97:14
**specifically** 8:16 22:3
79:13,14
**spend** 51:8
**spoke** 58:22 71:9
**SS** 102:2
**stable** 30:19 33:22
**staff** 50:14,17 52:22
52:23,24 53:6,8
54:6,8
**STALF** 3:14 85:2
94:12
**start** 19:21 34:18
**started** 19:20 21:5
34:18 51:12 53:19
**starting** 82:4
**State** 2:7 5:6 102:1
**statement** 28:15 65:5
**states** 1:1 2:3 45:7
102:10
**STATE'S** 1:18,21
**status** 6:3 16:22 18:8
31:1 90:5
**stay** 30:19 59:8
**stayed** 32:2
**stenographically**
102:20
**step** 91:20
**stimuli** 10:23
**stop** 72:18
**stopped** 45:20 58:12
77:14

DIANELLA V. DIZON, M.D.

**Street** 3:3,7,15,19
**stress** 10:10,17,18
 11:19 12:6,13,14,22
 19:7,9 20:15,18
 21:3 23:1,2 26:23
 28:19 30:11,13 35:5
 38:22 39:6 40:23
 41:11 42:24 87:11
 87:21 94:7 97:4
 101:6
**stressor** 48:18
**strike** 40:20 52:18
 64:19 85:4
**Subject** 100:21
**subpoena** 15:10,14
 60:24 61:7,15,18,19
 61:21
**subsequent** 66:15
**substance** 56:8
**Sue** 5:5 14:13,20
 15:13,18 16:2,12
 19:4 20:14 30:1
 40:18 41:10 58:8
 59:17,24 60:8 61:23
 68:1,4,9,12,19 89:1
 94:19 101:5
**sued** 79:22
**suffered** 11:19 20:14
**suffering** 20:17 48:23
 94:7
**suggest** 69:17
**suggested** 22:8
**suing** 59:23 70:13
 100:7
**suit** 95:14 103:10
**Suite** 2:8 3:3,7,11,15
 3:19 102:8,14
**summary** 46:21
**supplement** 20:8
 23:19
**supportive** 18:22
 19:2 28:2 74:23
**supposed** 73:14
**supposedly** 60:8
**sure** 46:20 95:20
 98:11
**surgical** 80:21
**Susan** 1:21 3:9 46:13

**sustained** 100:8
**switch** 34:21
**sworn** 5:15 102:17
**symptoms** 11:1,1
 13:20 16:7,10 17:7
 21:13,15 22:20,22
 26:21 30:19,21 33:9
 33:16 37:5 39:18
 48:4,8,8,10,13,16
 62:22 63:4 67:6,15
 74:5,6 75:4,6,18,21
 79:15,18,19 80:1
 82:13,14 84:23
 87:21 88:10,12
 90:22,24 91:1 92:24
 93:24 96:9,12,14,20
 97:5,12,13,19 98:3
 98:7,17

**T**

**T** 4:13
**tab** 33:2,2
**tact** 90:8,9
**take** 6:14 11:10 15:11
 16:6 20:7 38:9 51:3
 75:13 88:6 92:14,17
 92:23
**taken** 2:5 101:13
**talk** 18:9 58:6 59:7
 66:7,7 68:17 71:4
 82:20 86:14 88:11
 88:15 89:13 90:24
 92:24
**talked** 71:2 88:9,17
 89:9
**talking** 18:1 40:18
 41:23,24 42:7,12
 95:11
**talks** 64:15
**teary-eyed** 16:24
**teeth** 36:15,17 38:15
 80:5,17 81:1,2 89:8
 89:17 91:24 92:4
**tell** 5:21 8:16 10:16
 17:12 35:1 36:5
 37:12 40:20 47:22
 48:21 58:8 59:23
 60:7,11,13,17 61:11

61:24 67:23 70:13
 70:16,23 75:1,24
 76:20 79:20 81:5,7
 81:23 88:19 89:1,10
 90:20,24 96:11
 100:20 101:16
**telling** 14:3 62:5 67:1
 67:3,6 68:1,4,9,11
 68:12 84:6
**tells** 12:23 84:13
**ten** 19:21 29:12,13
 57:7,15,17,18,19
**term** 78:8
**terminate** 58:10
**terms** 6:16 7:8,13
 12:9 16:9 30:13
 36:8 66:3 97:9
**terrible** 66:23
**test** 69:16,17,20 70:7
**tested** 18:10
**testified** 5:15 75:8
 81:18 99:3,6
**testify** 71:17 100:13
 100:16 102:17
**testifying** 100:2
**testimony** 93:15
 99:18 102:19,24
 103:12
**tests** 69:7 70:11
**Thank** 6:3 11:5 20:19
 31:10 43:9 82:7
 87:9,22 93:11 96:4
 99:22
**Thanks** 29:19 97:16
**therapist** 7:22 13:6,7
 14:3,17 18:14 20:11
 22:17 32:12 49:1,2
 49:17 65:22,23 66:2
 66:4 69:10,11 70:21
 81:18 82:2 83:6
 84:9,10 85:11,23
 87:8 88:18
**therapists** 8:9 9:8
 53:13 85:14,18,20
**therapy** 20:10 66:3
 85:10 86:5
**thereof** 103:11
**thing** 64:13 74:16

89:7 99:1
**things** 10:19 82:20,24
 88:5
**think** 10:1 13:14
 41:17 43:8 45:1
 46:21 59:19 63:13
 64:11 66:17 71:9
 72:3 86:11 92:1
 94:16 99:18
**third** 10:22 44:21
**THOMAS** 1:8,20
**thought** 13:18 34:21
 36:18 45:13
**thoughts** 62:21
**three** 24:10 33:5 34:7
 34:23 39:2 42:10
 45:11 90:8 91:19
**three-year** 95:24
 96:1
**throw** 22:12
**throwing** 22:8,9
 23:14
**throws** 80:8
**time** 8:6,17 9:6,13,16
 13:5 14:20,24 16:6
 16:10,13 17:23
 18:11,16,22 19:14
 19:15 20:16 23:4,8
 24:2,5,14,23 25:16
 25:19,24 26:7,11
 27:4,7,13,20 28:6
 28:23 30:16 31:14
 32:1,8,16,24 33:4
 33:11,14,23 34:1,6
 34:16 35:10,16,23
 36:11 38:10,14 39:8
 39:12,16,21,24
 42:18 44:10 45:4
 47:18 49:20 50:17
 51:4,9,16 52:1,16
 53:4 54:3 56:6,19
 56:24 57:8,10,13
 61:6 65:3,14 66:8
 68:14,22 70:19 71:7
 71:9,15 72:16 73:7
 75:7 77:13 79:15
 84:14 85:21 86:20
 99:9

DIANELLA V. DIZON, M.D.

**times** 19:23 24:11
  34:23 66:17 68:19
  68:24 90:8
**tired** 26:15 27:15
**today** 6:9 14:13 28:3
  28:8 58:19 83:16,24
  84:5
**today's** 5:10
**told** 17:11,16 18:5
  20:8 36:16 37:13,18
  59:12 61:19 64:6,8
  64:17,23 70:20,21
  74:13 77:16 80:3,20
  80:22 81:10 83:3,17
  84:1,9,11 88:19,22
  90:3 94:23 95:11
**tone** 41:21 42:14
**tooth** 38:14 81:7,12
**touch** 27:24 28:5,17
  31:5 63:1 74:1,2,9
  74:15
**touching** 36:2,3
**to-wit** 102:5
**trained** 13:1
**training** 6:16 36:6
**transcript** 101:15,16
  102:24
**Transcription**
  102:23
**trauma** 10:20 34:13
  35:3,5 97:6,10,14
  101:3
**traumatic** 10:22,24
**treat** 9:14 10:9 40:10
  46:15 56:20,23
  57:12 82:15
**treated** 11:7,13,17
  17:13 77:12,18
**treating** 10:8 11:15
  42:10 72:18 86:20
  100:10,12
**treatment** 9:20 12:18
  14:16,21 15:17
  30:14 41:1,6,13
  55:23 62:4,8,11,14
  67:16 69:5 70:1
  71:2 74:6 77:14
**tremors** 77:8,22,24

78:2,11
**tremulous** 16:24 65:3
  77:20
**trial** 32:10,12 34:9,10
  34:10,11 71:8,11,13
  71:16,17 87:7,8,12
  94:20,23,24 95:1,4
**triangulate** 67:10,12
**tried** 34:18
**triggered** 37:3
**trouble** 74:14
**true** 5:22 35:16 77:4
  102:23
**truth** 62:6 67:6
  102:17,18,18
**truthful** 13:15 14:2,9
  33:8
**truthfulness** 33:15
**try** 23:21 66:23 67:10
  91:19
**trying** 72:7 73:17
  89:11
**turn** 74:10 86:23
**TV** 22:10
**twenty** 57:19
**twice** 19:23 20:11
  51:10,11
**two** 11:22 12:10
  19:23 21:1,6 24:10
  48:2,12 87:4 89:5
**type** 7:18 28:15,15
**types** 11:10
**typewriting** 102:22
**typical** 90:21

**U**

**Uh-huh** 58:20 81:20
**Ultimately** 7:2 14:7
**unable** 28:5 31:4
  62:24 74:1,9,10
**uncertain** 13:10
**uncomfortable** 37:15
  38:6,7
**uncomfortableness**
  37:22
**undergraduate** 6:19
**underlying** 82:15
**understand** 55:10
  83:20

**understanding** 30:15
  59:4 60:20
**undetermined**
  102:10
**Unfortunately** 55:8
**United** 1:1 2:3
  102:10
**units** 54:15
**UNKNOWN** 1:18,19
**untruthful** 13:19
**unusual** 11:22 36:7
  36:20,24
**upcoming** 34:8 37:3
  71:8,11,13 87:7,11
  89:17 94:20
**upset** 37:13 89:7
**upsetness** 37:10
  42:12
**use** 35:11 47:14
**usually** 13:6 14:3
  20:24 21:2 69:21,23
  78:14,15 84:13

**V**

**V** 2:1 4:5
**vaginal** 37:18
**varies** 30:18
**vary** 30:16 75:9
**version** 47:17
**versus** 61:23
**victim** 12:19 28:19
  36:8,21 96:13,18
  98:4,10,13,18
**victims** 56:20,24
  57:12 96:7 97:20
**violence** 80:24
**visit** 18:19 19:10 22:7
  22:21 26:20 29:24
  30:24 31:10 33:19
  35:7 37:6,10 39:10
  66:11 81:14,15 83:4
  83:8 90:21
**visits** 26:19 41:16,17
  41:20
**vitae** 5:20,23 6:4
**voice** 42:14
**vs** 1:7

**W**

**Wacker** 3:11
**wait** 63:18 92:20
**waiting** 50:10
**waive** 101:14,17
**waived** 103:3
**wake** 24:10
**WALSH** 1:12
**wane** 30:19 37:5
**want** 21:6 59:8 60:1,2
  69:2 79:2 81:14
  84:15 88:14 95:20
  99:5,7,16
**wanted** 36:16 59:3,5
  60:4,5 89:8 93:14
  99:1
**ward** 56:1
**wasn't** 35:14,15
  55:17 65:13,13
**wax** 30:19 37:5
**way** 9:19 11:22 16:19
  38:5 83:17 84:1
  91:19 103:10,11
**ways** 86:3 97:21
**wear** 51:1
**week** 20:11 51:10,11
  54:10
**weeks** 19:10 21:1,6,7
  48:2,12
**weigh** 76:12
**weighing** 21:22
**weight** 21:18,21,24
  22:4,5 23:21,22,24
  24:22 25:2,2 31:16
  31:16 63:18 76:16
  76:17,19,21
**Weiss** 44:17
**Wellbutrin** 34:18,20
  34:22 35:11 38:16
**went** 6:21 10:2 43:14
  56:13 57:22,22
**weren't** 41:17
**West** 2:8 3:7 102:7
  102:13
**we'll** 42:9 91:19,20
**we've** 10:1 15:19
**whatsoever** 81:8
**WHEREOF** 103:12
**wish** 53:2

**DIANELLA V. DIZON, M.D.**

**witness** 4:3 5:8,12,14
12:2 13:24 27:1
68:16 72:5 73:19,21
74:21 81:5 95:8
97:23 99:17,22
101:17 102:16,20
102:21 103:1
**wondering** 29:15
**word** 83:20 88:2,3
**work** 7:9,18 30:14
50:23 53:8 56:13
90:22 91:3 95:20
**worked** 7:14 8:24
49:10,15,16 52:20
53:13 85:14,22
86:11
**workers** 8:9
**working** 14:19 51:5
51:17 52:5,17 53:4
53:18,19 91:5
**workman's** 100:5
**works** 43:13
**worried** 27:24 31:3
**worse** 75:16
**worsening** 75:21
**wouldn't** 68:5,7,10
86:4
**write** 68:13 92:21
**writing** 29:22

**X**

**X** 4:1,13
**XR** 34:19

**Y**

**Yeah** 31:20 45:1,12
73:2 92:2
**year** 33:4,4,13 36:21
44:16,21,23 73:3
76:10 77:13
**years** 6:24 13:1 42:10
45:11,19 49:11,12
69:3 77:12 97:13
**yeast** 25:12,15
**yesterday** 58:19,22

**0**

**03** 29:8,10,10 87:24
**084-004266** 2:24

**1**

**1** 4:18 5:2,19,21
**1/7** 74:19,20
**1/7/03** 73:21
**10** 3:11
**10/21/03** 63:16
**10:08** 2:10
**100** 3:3
**101** 4:10
**102** 2:8 102:8,14
**104** 25:3
**11** 38:18
**11th** 92:2
**12:10** 2:22
**13** 29:10 31:11
**13th** 29:8
**14-CV-02945** 1:7
**15** 4:19 41:17 49:11
49:12 57:7
**16th** 33:20 38:11
**17** 82:17
**17th** 24:20 37:7
**1700** 3:15
**172006** 46:22
**18** 46:23
**18th** 29:4,6,7,16,20
30:3,23 34:2 46:24
87:23
**19** 29:10 45:7
**19th** 32:5 39:10,15
40:11,14 87:2
**1969** 6:19
**1973** 7:6
**1975** 45:8,9
**1978** 7:2
**1980** 7:11 51:15
**1986** 6:2 51:15 56:19
**1990** 7:24
**1996** 6:2 7:24 8:11
9:1 56:19

**2**

**2** 4:19 15:3,7,12,19
72:22
**20** 3:15 19:20,22
41:17 57:18 90:19
**20th** 24:3 36:12
**2000** 76:8 77:15,17

**79:16,17**
**2002** 16:4 17:16,24
18:6 19:4 21:11
24:3,20 25:21 26:9
27:7 43:5 48:3,21
49:7,20 50:3 66:11
67:14 69:3 71:21
72:9 76:14 77:21
81:16 82:17 89:2
93:5
**2003** 27:9 29:4,7,20
30:23 31:11 32:5,14
32:20 33:20 63:13
74:8,16 87:2
**2004** 34:2 35:8 36:12
37:7 38:11
**2005** 6:6 9:2 10:2
38:18 39:15,23
40:11,14 42:22
45:22 49:12 51:6
57:10,24 69:2 92:2
93:6
**2006** 46:23,24
**2007** 46:24 72:15,24
73:1,2
**2013** 60:9
**2015** 2:9 102:6
103:14
**21st** 32:13,20
**22nd** 25:21
**222** 3:19
**2300** 3:11
**24** 2:9
**24th** 76:14 102:5
**2430** 3:7
**25th** 21:11 22:15,22
81:16
**26** 26:9 46:24
**28** 46:23,24
**29** 17:15,20

**3**

**3rd** 29:14
**30** 55:22 90:19
**300** 3:19
**31st** 103:13
**312** 3:3
**312.243.5900** 3:4

**312.466.0040** 3:8
**312.580.1030** 3:16
**312.627.2102** 3:12
**312.704.3000** 3:20
**35** 46:22

**4**

**43** 4:7

**5**

**5** 4:7,18 19:23 90:1
**5:00** 51:13
**500** 3:7

**6**

**6/25/02** 20:21
**6/7/02** 18:16,24 74:21
77:19
**60601-1081** 3:20
**60603** 3:15
**60606** 3:11
**60607** 3:3
**60661** 3:7
**6555** 2:8 102:7,13
**66** 69:3

**7**

**7th** 16:4 19:4 20:16
22:21 27:9 47:5
48:3,21 49:7 66:11
67:14 71:21 72:9
74:8,16 77:21 89:20
**7/23/02** 23:7
**78** 45:9,13

**8**

**8:00** 51:12,12
**80s** 7:16
**81** 45:13

**9**

**9** 86:23
**9:00** 51:12
**93** 4:8
**94** 4:10
**96** 51:6 57:10
**97** 4:10,11