| OFFICE VISITS | | | | | | | | Formedic |
|---|---|---|---|---|---|---|---|---|
| NAME | Sue Reggi | | MARITAL STATUS S M W D SEP | DATE OF BIRTH | | | | |
| ADDRESS | | | | PHONE (H) | | (O) | | |
| OCCUPATION / EMPLOYER | | | | REFERRED BY | | | | |
| MEDICATIONS | | | | INSURANCE | | | | |
| | | | | DRUG ALLERGIES | | | | |

| DATE DIAGNOSIS CPT CODE | HISTORY & PHYSICAL | HT | WT | BP | P | T |
|---|---|---|---|---|---|---|
| cont'd 6/7/0y | ④ Reassured husband about pt's condition. appears very supportive. | | | | | |

*Advanced Psychiatric Services*
TIN: 36-3818457
BC/BS# - 1619085
Mailing Address
P.O. Box 5800
River Forest, IL 60305

☐ 484 Lee St., Des Plaines, IL 60016
☐ 8311 W Roosevelt Rd., Forest Park, IL 60130
☒ 6431 W. North Ave., Oak Park, IL 60302
☐ 210 W 22nd St. Ste. 120, Oak Brook, IL 60521

Dianella V Dizon, MD ☒
(708) 715-6888
Ralph C. Menezes, MD ☐
(708) 771-7000 X4191

Outpatient Services

EXHIBIT 10

## OFFICE VISITS — CONFIDENTIAL

**NAME:** Susan Riggs
**MARITAL STATUS:** S M W D SEP
**DATE OF BIRTH:**
**ADDRESS:**
**PHONE (H):** (O)
**OCCUPATION / EMPLOYER:**
**REFERRED BY:**
**MEDICATIONS:**
**INSURANCE:**
**DRUG ALLERGIES:**

**Formedic**

| DATE / DIAGNOSIS / CPT CODE | HISTORY & PHYSICAL    HT    WT    BP    P    T |
|---|---|

Cont'd 8/7/02

- pt has 2 children – ages 17, 24 – no problems at this time.

- pt's father was alcoholic; mom died of brain aneurysm when pt was 2 y/o. She has been living w/ foster families since age 5. There is 1 biologic sister (55 y/o).

- education: High School.

**Mental Status Exam:**
neatly dressed, small, slim, extremely anxious, tremulous, teary-eyed. Pt states "I feel a little bit like – why did I let myself live?" & "I'm glad I'm here." No perceptual disturbance noted (-auditory, -visual). Memory could not be tested – pt extremely anxious – but oriented to time & place & person. Insight is intact; judgment is intact. Pt denies excessive dissociation esp. when driving.

**Impression:** PTSD

**Rx:**
1. Continue indiv. therapy 2x/week
2. Celexa 20 q day (start w/ 10 x 4 days) advised about actions / side effects.
3. Floor out of bed rest
4. advised pt to take dietary supplement like Ensure Lite.

**Advanced Psychiatric Services**
TIN: 36-3818457
BC/BS# - 1619085
Mailing Address
P.O. Box 5800
River Forest, IL 60305

☐ 484 Lee St., Des Plaines, IL 60016
☐ 8311 W Roosevelt Rd., Forest Park, IL 60130
☒ 6555 W. North Ave., Oak Park, IL 60302
☐ 210 W 22nd St. Ste. 120, Oak Brook, IL 60521

Dianella V Dizon, MD ☒
(708) 715-6888
Ralph C. Menezes, MD ☐
(708) 771-7000 X4191

Outpatient Services

Plaintiff 027832

R3

**CONFIDENTIAL**

| OFFICE VISITS | | | | Formedic |
|---|---|---|---|---|
| NAME Susan Riggio | MARITAL STATUS S M W D SEP | DATE OF BIRTH | | |
| ADDRESS | | PHONE (H) | (O) | |
| OCCUPATION / EMPLOYER | | REFERRED BY | | |
| MEDICATIONS | | INSURANCE | | |
| | | DRUG ALLERGIES | | |

| DATE DIAGNOSIS CPT CODE | HISTORY & PHYSICAL | HT | WT | BP | P | T | ° |
|---|---|---|---|---|---|---|---|

6/7/02    Initial Psychiatric Eval.

50 y/o Caucasian female, married, referred by her therapist for "PTSD" after pt was sexually assaulted 2 weeks PTE.

Pt complains of palpitations, headaches, nausea "gags on food", anxiety attacks, afraid to drive, confused, drowsiness, afraid to go out, sleeps during the day, awake at night, "nightmares".

Pt was treated in the past by psychiatrist — after she was sexually assaulted at age 29. No medication was given. No history of psychiatric hospitalization. Pt claims she was functioning well until 2 weeks PTE.

She is seeing a therapist 2x/week for the past week.

Med Hx: ① dx w/ Parkinson's — w/ h/o hand tremors & treated w/ Sinemet x 1 year. no sx at this time, no meds (2000)
② dx w/ autoimmune skin problems — "skin blisters" — tx w/ steroids
③ hysterectomy — 34 y/o.

Personal & Family Hx:
Pt married x 31 yrs., husband (52 y/o) president of printing co; very supportive; denies marital problems at this time.

---

**Advanced Psychiatric Services**
TIN: 36-3818457
BC/BS# - 1619085
Mailing Address
P.O. Box 5800
River Forest, IL 60305

☐ 484 Lee St., Des Plaines, IL 60016
☐ 8311 W Roosevelt Rd., Forest Park, IL 60130
☐ 6415 W North Ave., Oak Park, IL 60302
☒ 210 W 22nd St. Ste. 120, Oak Brook, IL 60521

Dianella V Dizon, MD
(708) 715-6888
Ralph C. Menezes, MD
(708) 771-7000 X4191

Outpatient Services

Riggio 027835

K2