Patricia A. Frazier, Ph.D., LP
Distinguished McKnight University Professor
Department of Psychology
University of Minnesota
Minneapolis, MN 55455
Email: pfraz@umn.edu
Phone: 612/625-6863

Re: *Carl Chatman v. City of Chicago et al.*, No. 14-CV-2945

## Scope and Purpose of Report

I have been asked to provide my professional opinion regarding the methods used by Dr. Burgess in her evaluation of Susan Riggio ("SR"), one of the defendants in the above-referenced case. In particular, I have been asked to provide my opinion regarding the quality of the methods used by Dr. Burgess in forming her opinions. One of the primary objectives of her report was to review research on rape to establish that SR's symptoms are consistent with the research. This involves both a review of the research and a thorough assessment of SR's symptoms. Thus, I will provide my opinion about the quality of Dr. Burgess' review of the research literature, particularly with regard to rape trauma as well as the methods used to assess SR's symptoms. I was also asked to review the section of Dr. Burgess' report on false rape allegations. This report expresses no opinion about whether an assault actually occurred or whether Mr. Chatman committed the assault if it did occur. That would be a question for the fact-finder. A list of documents reviewed for this report is included in Appendix A.

## Professional Qualifications

I am qualified by education, training, and professional experience to provide these opinions. I have B.A., M.A., and Ph.D. degrees in psychology. I am a Distinguished McKnight University Professor and Associate Chair for Research in the Department of Psychology at the University of Minnesota. (My complete curriculum vitae is attached to this report as Appendix B). My research interests include sexual victimization and victim responses to trauma and stress. I have been the principal investigator on research grants involving these subjects and have published numerous peer-reviewed articles on the subject of sexual victimization and other traumas over the past 30 years. As of this date (October 31, 2016), my publications have been cited more than 12,000 times. I have taught courses on research methods to doctoral students for more than 25 years as well as courses with content related to sexual victimization. I have supervised 30 doctoral dissertations and served as Associate Editor of several journals. Additionally, I am a Licensed Psychologist and have worked with victims of sexual assault and other traumas. The opinions in this report are based on my own research, and my knowledge of research and assessment standards.

EXHIBIT 11

**Summary of Opinions**

In my opinion, Dr. Burgess' report does not meet generally accepted research or forensic assessment practices.

A.  Dr. Burgess' review of research on patterns that sexual assault victims generally exhibit contains many serious errors, including the citation of studies completely irrelevant to the topic of rape trauma and fabricated statistics. These erroneous citations and fabricated statistics also appear in Dr. Burgess' own published work. Some conclusions are based solely on Burgess and Holmstrom's study from the 1970s rather than on a thorough review of the research literature. In addition, the report does not adequately establish the long-term effects of rape because the research review does not take time since the assault into account. In other words, the research review should focus on long-term symptoms in order to be relevant to this case in which the alleged assault occurred 13 years prior to the assessment. Because Dr. Burgess did not accurately or adequately review the research, it is impossible to determine whether SR's symptoms and behaviors are or are not consistent with the research literature.

B.  The assessment of SR's symptoms does not follow generally accepted practices. Dr. Burgess did not use standardized procedures specifically designed to assess current PTSD symptoms, relying instead on old reports from previous providers to establish current symptoms. No measures were used that contained any assessment of the validity of the responses which is essential in a forensic setting in which there is motivation to exaggerate symptoms. Her report and deposition reveal a lack of knowledge about psychological testing. Dr. Burgess also did not review prior medical records or conduct a thorough assessment of potentially traumatic events in SR's life prior to and following the alleged assault. As a result, she did not adequately address the extent to which SR's symptoms were a direct result of the alleged 2002 sexual assault versus other stressful and traumatic events in SR's life.

C.  The research section on false allegations also contains inaccuracies in terms of the research findings. In other words, Dr. Burgess' description of the research does not match the actual conclusions and findings of the research articles. Thus, the facts of the case are applied to data that do not appear in the articles she cites.

The bases for these opinions are described below.

## A.  Dr. Burgess' Review of Research Patterns that Sexual Assault Victims Generally Exhibit

One of Dr. Burgess' key opinions is that "SR exhibits signs and symptoms consistent with a rape victim" (p. 7 of Burgess report). To support that claim, Dr. Burgess provides a summary of research on "patterns that sexual assault victims generally exhibit" (p. 9 of Burgess report). Specifically, she states that "Rape victims typically suffer from depression, anxiety, and post-traumatic stress disorder (PTSD). These psychological

sequelae are collectively known as rape trauma (RT). Estimates of post rape symptoms of adult women's depression range from 12% to 87% (Brook, 1976; Lawrence, Chau, & Lennon, 2004; Miller, 1979; Shipley, Butt, & Horwitz, 1979), anxiety range from 28% to 90% (Brook, 1976; Gorsuch & Spielberger, 1966; Miller, 1979; Pico-Alfonso et al., 2006; Winfield, George, Swartz, & Blazer, 1990), and from 50% to 95% for PTSD (Bownes, O'Gorman, & Sayers, 1991a; Breslau, Chilcoat, Kessler, & Davis, 1999; Breslau et al., 1998; Darves-Bornoz, 1997; Shipley et al., 1979)."

It is unclear how a victim's reaction to rape could be *inconsistent* with the signs and symptoms of rape described here given the wide range of prevalence rates (e.g., 12% to 87% for depression). For example, if a victim was not depressed it would be consistent with studies showing low rates (12%) of depression and if she was depressed it would be consistent with studies showing high rates (87%) of depression. Differences across studies could owe to differences in the measures of depression, anxiety, and PTSD used in these studies, and whether the studies assessed full criteria for diagnoses of depression, anxiety and PTSD or just symptom levels. To examine whether these differences across studies could explain the differences in prevalence rates, I read the studies cited by Dr. Burgess.

*Depression.* When I read the studies Dr. Burgess cited as evidence for the prevalence of depression in rape victims I discovered that *NONE of the studies actually assessed depression in rape victims and most were completely irrelevant.* For example, the Brook (1976) study "explores the stress experienced by young adolescents who are undergoing a complete psychological assessment and psychodiagnostic evaluation" (p. 565). There was no mention of rape or depression in the study. The Miller (1979) study also had nothing to do with rape or depression. Rather, the purpose was to assess whether subjects would choose to distract themselves by listening to Muzak or to monitor cues predicting shock when faced with threat of shock. The Shipley et al. (1979) study also had nothing to do with depression in rape victims; rather it was a study of preparing to undergo a stressful endoscopy. The Lawrence et al. (2004) paper is a brief summary by the National Center for Children in Poverty on the "co-occurrence of depression, domestic violence, and substance abuse among low-income women, particularly those on welfare" (p. 3). It does not report statistics on the prevalence of depression among rape victims.

**Thus, these studies do not support Dr. Burgess' conclusion that 12% to 87% of rape victims suffer from depression.**

*Anxiety.* Dr. Burgess cited five studies regarding rates of anxiety in rape victims, with rates from 28% to 90% reported. The Brook (1976) and Miller (1979) studies were also cited for depression and, as mentioned previously, are completely irrelevant. The report cites Gorsuch and Spielberger (1966); however, I cannot find the citation online or on Dr. Spielberger's Curriculum Vitae. It appears to be an unpublished report. Because it is unpublished, I cannot determine whether it contains information about the prevalence of anxiety among rape victims. It does not seem likely given the title (i.e., The

Development of the State Trait Anxiety Inventory). The two remaining studies are described below.

Pico-Alfonso et al. (2006) is a Spanish study of intimate partner violence (which is not the type of rape alleged) and does not appear to report a prevalence estimate of anxiety for women who have experienced sexual intimate partner violence. The authors did state that there were *no differences in anxiety* between those who had and had not experienced sexual abuse (among those who had also experienced physical/ psychological abuse).

The Winfield et al. (1990) study is relevant, although they used a broad definition of sexual assault ("Have you ever been in a situation in which you were pressured into doing more sexually than you wanted to do, that is, a situation in which someone pressured you against your will into forced contact with the sexual parts of your body or their body?"). Even using this broad definition, only 6% of the sample reported a sexual assault which is much lower than most estimates. They used a diagnostic interview to assess the prevalence of various mental disorders using the diagnostic criteria from the third edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM). The prevalence rate for Generalized Anxiety Disorder (GAD) was 12% for women who reported a sexual assault, the prevalence for panic disorder (all of which developed *prior* to the assault) was 3%, the prevalence rate for PTSD was 4%, and the prevalence rate for Obsessive Compulsive Disorder (OCD) was 7%. The GAD prevalence rate was *not* higher for women with a sexual assault history compared to those without a sexual assault history. This one relevant citation suggests that rates of anxiety disorders are quite low among rape victims and that the most common one (GAD) is no higher for rape victims than nonvictims.

**In summary, the studies Dr. Burgess cited regarding the prevalence of anxiety indicate rates of various anxiety disorders of 3% to 12%; the 12% rate for rape victims (for GAD) is not higher than the rate for nonvictims (9%). These prevalence rates do not match the conclusion in her report that 28% to 90% of rape victims have anxiety. In addition, these anxiety disorders (except for PTSD) were not assessed by Dr. Burgess.**

*PTSD.* Dr. Burgess cited five studies to support her claim that 50% to 95% of rape victims have PTSD. One of the cited studies (Shipley et al., 1979) was completely irrelevant (see above, study of preparing for an endoscopy). Two studies by Breslau were cited; both used the same sample but one did not provide prevalence rates for rape victims (Breslau et al., 1999). The PTSD prevalence rates in the other three studies ranged from 49% to 71% (Bownes et al., 1991; Breslau et al. 1998; Darves-Bonoz, 1997). The higher rates were for recent assaults. For example, in the Darves-Bonoz (1997) study, which was done in France, 65%-71% of the rape victims (most of whom had been recently assaulted) had PTSD. In the Bownes et al. (1991) study, the sample was women in Ireland seeking compensation following a sexual assault. Of the 51 rape victims studied, 70% had PTSD as defined by DSM-III criteria. The average time post assault was 9 months [vs. 13 years in SR's case]. In the Breslau et al. (1998)

study, the probability of PTSD following rape was 49%. The time since the rape was not reported. The median duration of PTSD for women was 48 months.

**Thus, the actual PTSD prevalence rates in the three studies cited that provided relevant data were 49% to 71%. None of these studies reported a 95% prevalence rate and none specifically assessed the prevalence of PTSD many years postrape.**

On p. 12, Dr. Burgess cited a 2013 study by "Carretta and colleagues." This article was not included in the list of references provided. When I looked up the Carretta and colleagues paper, I discovered that it was actually authored by Carretta and Burgess (2013). **The first paragraph of that paper is virtually identical to the first two paragraphs on p. 9 of the report with all the *same incorrect and inaccurate references*. It is basically just a cut and paste from this paper.** The only word different is "While" in the report versus "Although" in the Caretta and Burgess (2013) paper.

When asked about these inaccurate citations at her deposition, Dr. Burgess could not explain how it happened (pp. 52, 79), but thought maybe it was a "glitch in the computer" (p. 56).  Dr. Burgess went on to say they she would "absolutely" have picked up the errors before publication and that if the errors appeared in an article she published, she would have an obligation to correct them (p. 59 of deposition). She stated that she would be embarrassed if the inaccuracies were in a publication but not if they were in a report (p. 80). When confronted with the inaccuracies in the Caretta and Burgess (2013) paper, she again had no explanation other than that she did not have a research assistant check it and assumed it was okay and didn't check herself (p. 98).

When asked about the findings of specific studies in the deposition, Dr. Burgess' responses also were inaccurate. For example, on pp. 82-92 of the deposition, there is a discussion of the Pico-Alfonso et al. (2006) study which was cited to support the conclusion that 28%-90% of rape victims have anxiety. When asked if the women who were raped closer to the 28 percent figure or closer to the 90 percent figure, Dr. Burgess stated "90 percent.· It would be higher.· It was - the level of significance was pretty high in comparison to …. the control group (p. 90-91). However, in this study the comparison was not between the group who were sexually abused by their partners and a control group; it was between those who had and had not experienced sexual abuse (among those who had also experienced physical/ psychological abuse) (see p. 604 of Pico-Alfonso et al. article). It is also not appropriate to say that the estimate of anxiety is closer to 90% because no percentages regarding the prevalence of anxiety were reported. Moreover, the sample of women who experienced intimate partner sexual abuse in conjunction with psychological and/or physical abuse is very different from SR's alleged stranger rape. Dr. Burgess also did not adequately explain why the 12% prevalence rate for Generalized Anxiety Disorder in the Winfield et al. (1990) study is appropriate to support her conclusion that 28% to 90% of rape victims suffer from anxiety (pp. 93-94 of deposition).

On p. 9, Dr. Burgess then cited a review article on the "state of the science of rape trauma" by Resnick (1993). However, the actual article, according to the list of references provided by Dr. Burgess, was authored by Resnick, Kilpatrick, Dansky, Saunders and Best (1993). This is a study of the prevalence of trauma and PTSD in a representative national sample of women. Although it does report the prevalence of PTSD following rape (lifetime 32%, current 12%) the paper is not specifically about rape and does not review the other topics mentioned by Dr. Burgess (i.e., fear and anxiety, depression, poor self-esteem, social adjustment issues, and sexual dysfunction). Dr. Resnick does not list a 1993 review article on her Curriculum Vitae.

On pages 10-11 of her report, Dr. Burgess includes a "Table of reported rape trauma symptoms." This table does not include enough detail to evaluate whether these symptoms are in fact common. No prevalence rates are provided and there are no citations. In particular, it is not clear how common these symptoms are 13 years postrape.

In her deposition (p. 99), Dr. Burgess stated that the information in this table came from her 1974 article (Burgess & Holmstrom, 1974). I have pasted in below the full Method section of that article on p. 982:

"Interview Method
The counselors (the coauthors of this paper) were telephoned when a rape victim was admitted to the emergency department of Boston City Hospital; we arrived at the hospital within 30 minutes. We interviewed all the victims admitted during the one-year period regardless of time of day or night. Follow-up was conducted by use of telephone counseling or home visits. This method of study provided an 85-percent rate of direct follow-up. An additional 5 percent of the victims were followed indirectly through their families or reports by the police or other service agencies who knew them. Detailed notes of the interviews, telephone calls, and visits were then analyzed in terms of the symptoms reported as well as changes in thoughts, feelings, and behavior. We accompanied those victims who pressed charges to court and took detailed notes of all court proceedings and recorded the victims' reactions to this process. Contact with the families and other members of the victims' social network was part of the assessment and follow-up procedure."

No details were provided regarding what questions were asked in the interviews, how many times each women was interviewed, how long after the assault they were interviewed, whether both Burgess and Holmstrom were at all interviews, how the data were analyzed, who did the analysis, and so on. The information provided in the paper about the "analysis" was also very vague. For example, with regard to "Gastrointestinal irritability" Burgess and Holmstrom state: "Women might complain of stomach pains. The appetite might be affected, and the victim might state that she did not eat, food had no taste, or she felt nauseated from the antipregnancy medication. Victims described feeling nauseated just thinking of the rape (p. 982)". No information was provided regarding how many women reported these symptoms or for how long.

To establish the physical, behavioral, psychological, and social/sexual symptoms of rape trauma, it is not sufficient to rely on one research study published more than 40 years ago. Hundreds of articles have been published on this topic since 1974. Dr. Burgess' opinions were not based on the current state of the research literature.

**Given these inaccuracies and inadequacies in the research review, Dr. Burgess has not established the scientific foundation for opinions regarding "the patterns that sexual assault victims generally exhibit."** The statistics on the prevalence of depression, anxiety, and PTSD seem to have been fabricated because they do not correspond to information in the cited studies, many of which have nothing to do with sexual assault. Moreover, these fabricated statistics appear in Dr. Burgess' own published work. Not enough information was provided in the table of physical, behavioral, psychological, and social/sexual symptoms to determine whether or not they are "generally" exhibited by rape victims. Moreover, several conclusions are based on one 40 year study conducted by Burgess and Holmstrom and not on the totality of the research literature.

A section of the report on "Patterns and Symptoms that SR Exhibits" is on pages 11-13 of the report. Dr. Burgess begins this section with this statement, "Based on the empirical research, SR exhibits patterns and symptoms common to and consistent with a rape victim and this section of my report applies the empirical research to the specific facts of this case." **However, it is impossible to determine whether SR exhibits patterns and symptoms that are common to and consistent with a rape victim because Dr. Burgess did not previously establish what those patterns and symptoms are.**

Some additional research is cited in the section on "dealing with the rape" (p. 11-12 of report). Specifically, this section cites Burgess and Holmstrom (1976) but does not describe any specific behaviors to which SR's behavior could be compared with the exception of "resisting the oral penetration." According to the Burgess and Holmstrom (1976) paper, 26% of the rape victims reported "physical action" during the attack. This would appear to indicate that SR's behavior was not consistent with what the majority of victims do because most victims do not engage in "physical action". Again, opinions regarding coping behaviors of rape victims should be based on the totality of the literature and not one study from the 1970s.

The section on "how SR was found" also contain vagaries and inaccuracies that undermine Dr. Burgess' claim that SR's behavior was consistent with/common to research on rape victims. In this section (p. 12), Dr. Burgess states: "Carretta et al study of 243 adult females revealed that there was a statistically significant difference among type of sexual trauma groups for depression (p = .013), PTSD (p = .044) but not for anxiety (p = .183)." Although it is not clear from the report, Caretta and Burgess compared groups of women who had experienced rape, pressured sex, sexual stress or multiple types of victimization. It is not clear how this relates to how SR was found.

Dr. Burgess goes on to note that "SR stated that CC is burned in her brain" and notes that this matches "rape research findings on the permanency of memory. Carretta and colleagues 2013 study on rape trauma symptom science, found no differences in respondents with PTSD over a five year period relative to delayed onset, symptom duration or severity of symptoms suggesting the permanency of the trauma narrative that is encoded and stored in memory." This statement is another direct quote from the Carretta and Burgess (2013) paper. However, this conclusion does not accurately reflect the methods and results of this study. As mentioned, in this study, Carretta and Burgess (2013) compared groups of women who had experienced rape, pressured sex, sexual stress or multiple types of victimization. Results indicated that, "Among those with PTSD, there were no statistically significant differences among the type of sexual trauma group for delayed onset, symptom duration, severity score, or level of impairment" (p. 252). These findings are not relevant to claims about the permanency of memory.

In addition, whereas Dr. Burgess here refers to the "permanency of memory", Dr. Burgess later describes research on how traumatic events "impair" and "fragment" memory (see pp. 28-29 of deposition).

In the next section (p. 13), Dr. Burgess states that other providers diagnosed SR with PTSD and that she that concurs with those diagnoses. There is no evaluation of the methods used by the other providers in making the PTSD diagnoses or whether any of the providers accurately assessed PTSD.

The symptoms listed in the records from Michael Sullivan (p. 17) do not meet the criteria for a diagnosis of PTSD. According to Dr. Burgess' report Mr. Sullivan's "notes reflect that she appeared shaken, nervous, embarrassed, guilty of not being more aware of her surroundings - vic. clearly appeared to be suffering from acute PTSD." These symptoms in and of themselves would not meet the criteria for a diagnosis of PTSD. Mr. Sullivan referred SR to Norma Berlin for therapy because SR preferred to see a woman.

SR was also seen by Dr. Dizon who also diagnosed SR with PTSD. The symptoms reported in the intake note which apparently formed the basis of this diagnosis were "palpitations, headaches, nausea, gags on food, anxiety attacks, afraid to drive, confused, disoriented, afraid to go out, sleeping during the day, awake at night, and having nightmares (p. 16 Dizon deposition). These symptoms in and of themselves also would not meet the criteria for a diagnosis of PTSD.

Dr. Burgess' report also states that Dr. Menezes also diagnosed SR with PTSD although it does not appear from the notes that Dr. Menezes assessed all of the symptoms required for a diagnosis of PTSD.

On page 18 of her report, Dr. Burgess also mentions records from SR's primary care physician. Dr. Walker. "SR's medical records from her primary care physician, Dr. Walker, indicate the following since the May 2002 incident: stress, lack of sleep, panic attacks, claustrophobia, excessive amounts of caffeine (8 cups a day), cigarette

smoking, weight loss, feelings of depression and hopelessness, and lack of intimacy/ sexual relations.  SR has consistently refused Pap Smears, Rectal exams and mammograms." These symptoms in and of themselves also would not meet the criteria for a diagnosis of PTSD.

## B.  Dr. Burgess' Assessment of SR's Symptoms

On p. 18, Dr. Burgess describes the testing she did with SR. Dr. Burgess states that the measures she used were "developed to help quantify the symptoms of PTSD." That is not an accurate description of the Beck Depression Inventory (BDI), which is a measure of general depressive symptoms, or the SCL-90R which is a measure of nine psychiatric symptoms (e.g., depression, anxiety). Neither was developed to assess PTSD - or trauma related - symptoms. The Impact of Event Scale (IES) assesses the avoidance and arousal symptoms associated with PTSD but not all symptoms required for a diagnosis of PTSD. Thus, none of these measures were specifically designed to assess PTSD. No information was provided regarding how SR's scores compare to those of rape victims in general or several years postrape in particular.

In a previous section of the report (p. 9), Dr. Burgess (inaccurately) reviewed research on three postrape symptoms: depression, anxiety, and PTSD. However, only depressive symptoms were specifically assessed (via the BDI). The SCl-90R does have anxiety and depression subscales but the scores on these subscales were not specifically mentioned in Dr. Burgess' report.

According to the web site of the American Psychiatric Nurses Association, unlike psychologists, psychiatric nurses are not trained to do psychological testing (http://www.apna.org/i4a/pages/index.cfm?pageid=3292). Dr. Burgess' description of the testing she performed does reveal several errors and misunderstandings.

*SCl-90R.* On p. 18, Dr. Burgess' report states that "On the *SCL-90R,* SR's positive symptom profile reveals a pattern and magnitude to be considered in the clinical range (n=71)." In scientific terminology, "n" refers to the number of people in a study, not to a score on a measure. The SCl-90R yields three overall distress scores - the Global Severity Index, the Positive Symptom Distress Index, and the Positive Symptom Total - and scores on nine separate symptom scales. SR's Positive Symptom Total raw score on the SCl-90R is 71. I assume that is what Dr. Burgess is referring to by "positive symptom profile." The Positive Symptom Total score is the number of items with non-zero (i.e., not at all) responses. The Global Severity Index is much more commonly used severity score. On p. 290 of her deposition, Dr. Burgess states the SCl-90R doesn't specifically have a PTSD scale. The scoring printout does not provide a PTSD scale score but a PTSD scale can be scored from the SCL-90R items (Saunders, Arata, & Kilpatrick, 1990).

*BDI/BDI-II.* Although Dr. Burgess stated in her report that she used the BDI, the testing materials she provided revealed that she actually used the BDI-II. Because the majority of the items were changed from the BDI to the BDI-II, it is important to accurately

identify the version used in an assessment. A score of 32 (again, inaccurately referred to as "n") on the BDI-II indicates severe depression which Dr. Burgess refers to as "clinical" depression.

*IES/IES-R.* The report describes results from the IES but Dr. Burgess actually administered the IES-R according to the testing materials provided. The IES assessed the intrusion and avoidance symptoms of PTSD whereas the IES-R assesses intrusion, avoidance, and hyperarousal. In the report (p. 19), Dr. Burgess states: "Testing on the *Impact of Event Scale* indicates moderate intrusion (n=27) and avoidance coping (n=12) and moderate hyperarousal (n=14). Again, "n" does not refer to a score but to a sample size. Dr. Burgess further noted that "Symptoms marked "quite a bit" include the following: reminders bring it back, has trouble staying asleep, other things make her think about it, thought about it when didn't mean to, and feels watchful and on guard." Actually, SR marked all of these symptoms as bothering her "extremely" (corresponding to a 4 on the response scale) rather than "quite a bit" (corresponding to a 3 on the response scale). I was not able to verify that the scores on each subscale correspond with established cutoffs for "moderate" symptoms because the manual is not publicly available.

There are at least two alternative explanations for SR's high scores on the three self-report measures that Dr. Burgess administered other than the claim that they are solely due to the 2002 rape. They could be elevated (1) because SR was exaggerating her symptoms in the context of this legal case, or (2) because of other events in SR's life.

With regard to the first alternative explanation, Dr. Burgess did not make any attempt to rule out the possibility that scores were elevated due to symptom exaggeration. This is recommended practice in professional guidelines for forensic evaluation. The American Academy of Psychiatry and the Law Practice [AAPL] Guideline for the Forensic Assessment (2015) includes a specific section on *Malingered Posttraumatic Stress Disorder (Section 10.5.4).* Quoting from those guidelines:

"Resnick pointed out that malingering should be considered in all claimants who are seeking damages after personal injury. In his experience, supported by research in this area, feigning symptoms of PTSD is not difficult. Even in naïve subjects presented with a checklist of symptoms, close to 90 percent can accurately endorse PTSD symptoms. In the real world, evaluees can easily research the diagnostic symptoms before an evaluation and in some circumstances may be coached to give the desired answers. In addition, in some claims of PTSD the evaluee may have symptoms of the disorder but exaggerate them for the purposes of the evaluation, making detection even more difficult" (p. S44).

Polusny and Arbisi (2006) address this issue in a chapter on the forensic assessment of sexual assault victims:

"The base rate for symptom exaggeration or malingering is higher in forensic settings than in general clinical practice and is estimated to be between 14% and 30% by

surveyed forensic experts (Lees-Haley, 1992, 1997; Rogers, 1997; Rogers et al., 1994). Further, some have argued that PTSD is a particularly easy condition to feign for a number of reasons … Consequently, given the expected base rate of malingering of PTSD and the ease with which symptoms are feigned, it is critical that the examiner utilize a valid and reliable measure of symptom magnification and malingering when assessing PTSD in order to identify those individuals who are likely to be feigning the disorder. The consequence of the failure to detect feigned PTSD within the context of sexual assault is perhaps more dire than with other traumas that elicit PTSD because individuals who need to report sexual assaults frequently have difficulty disclosing this information and are reluctant to do so for fear that their complaints will not be validated. Consequently, great care must be used in assessing for symptom exaggeration or minimization to avoid false positives or false negatives (i.e., accusing someone of malingering who is in fact reporting genuine symptoms of PTSD stemming from a sexual trauma)" (p. 111).

In her deposition, Dr. Burgess said that all three measures she used had "validity scales" (p. 120). This is not accurate. None of them have validity scales. Dr. Burgess goes on to describe the psychometric properties of the measures she used, which confuses evidence for the validity of scores on the measures (i.e., do they measure what they purport to measure) and validity scales (i.e., scales on measures that assess the validity of responses including whether respondents were exaggerating their symptoms). When asked at her deposition why she didn't give SR a measure that assessed malingering, she said: "I didn't feel that she had malingered. I didn't -- I felt that she was -- I had so much data to look at, I didn't think it was important." (Burgess Deposition at 121.)

In addition, Polusny and Arbisi (2006) recommended against using the IES as a measure of PTSD in forensic settings because scores have been shown to be easily faked (e.g., McGuire, 2002) or to reflect the cognitive accessibility of the trauma in addition to distress (Lees-Haley et al., 2001). Similarly, McGuire concluded: "The IES appears to be vulnerable to symptom magnification and manipulation and caution is urged in using the scale in medicolegal or forensic assessments" (p. 165).

Dr. Burgess also did not sufficiently rule out the possibility that SR's distress may be due to other difficulties SR has had throughout her life. Again, this is the consensus guideline in forensic evaluations that attempt to link a diagnosis of PTSD to a specific event (AAPL, 2015; Polusny & Arbisi, 2006). The background section of Dr. Burgess' report (p. 14) did not include any information on prior mental or physical health symptoms or treatment. Comprehensive evaluations should use structured or semistructured diagnostic interviews to gather information about a range of pre-existing and current psychological disorders and social and occupational functioning. Dr. Burgess' report also did not include a comprehensive assessment of events that may have happened either prior to or following the alleged 2002 assault. This is particularly important in cases involving PTSD following a traumatic event because it is necessary to link the symptoms to the relevant trauma (in this case, the 2002 assault). SR's current distress could be due to any of the difficult events in her life (e.g., death of

Mother at age 2, living in an orphanage and several foster homes, sexual abuse by her father, the prior rape). According to the deposition (p. 184), Dr. Burgess was unaware of information from the medical records such as that SR claimed to have had Parkinson's after a car accident and that SR told her doctor that she hadn't had with sex with her husband for over a year as of 2000 (prior to the alleged 2002 assault). The role of these other events in explaining SR's distress is also important to evaluate because according to Dr. Burgess' deposition (p. 120), the BDI measures "mood" and the SCL-90-R is a "general symptom checklist". Scores on both of these general mood and symptom measures in 2015 could be affected by many factors other than the alleged 2002 assault. As mentioned, above the IES (IES-R) can easily be faked and the assessment of PTSD did not follow accepted standards (as described below).

Both alternative explanations (i.e., malingering and current distress being due to other events) are plausible in this case and undermine the validity of Dr. Burgess' conclusion that SR's symptoms are solely due to the 2002 rape.

On pages 19-22 of the report, Dr. Burgess reviewed the criteria for a diagnosis of PTSD in the DSM-5 and stated that "It is my opinion that SR continues to meet the criterion for Chronic Post-Traumatic Stress Disorder with depressive features. Her **current** [emphasis added] PTSD symptoms include, but are not limited to the following (p. 19)." She then lists the criteria for PTSD and indicates places in the medical records where there is evidence that SR meets the various diagnostic criteria.

Dr. Burgess' methodology does not meet recommended practice for the assessment of current PTSD. First, forensic experts (e.g., Polusny & Arbisi, 2006) recommend using a structured clinical interview to assess PTSD. Both the National Center for PTSD and the International Society for Traumatic Stress Studies describe the Clinician-Administered PTSD Scale for DSM-5 (CAPS) as the "gold standard" for PTSD assessment. Much effort goes into establishing the reliability and validity of scores on such measures in making diagnoses. It is not sufficient to pick and choose statements from other providers in making a diagnosis of PTSD. Second, Dr. Burgess' conclusion is that SR *currently* meets the criteria for PTSD. However, most of the symptoms are from many years ago (i.e., 2002-2006). For example, none of the Criterion B (intrusion) symptoms are recent. Dr. Burgess mentions some current symptoms for Criterion C (avoidance) on p. 20 of the report: ("I can't work anymore" and "Other things make her think about it, thought about it when didn't mean to" (*Impact of Event scale on 12115 Burgess interview*). However, "I can't work anymore" is not on the IES-R and the items "Other things make her think about it, thought about it when didn't mean to" are on the Intrusion (corresponding to Criterion B) not the Avoidance (corresponding to Criterion C) subscale. The other references to Criterion C symptoms are from 2005/2006. Thus, neither Criterion B nor C are met with regard to current symptoms. The report also assumes the existence of the sexual assault which is the first criterion for assessing PTSD (Criterion A). My understanding of Federal Rule of Evidence 702 is that the role of the expert is to "help the trier of fact to understand the evidence or to determine a fact in issue" but not to directly determine the fact at issue (e.g., to state that the sexual assault did in fact occur).

Further, Dr. Burgess' deposition (p. 72-73) reveals some confusion regarding the criteria for PTSD. Specifically, she stated that the symptoms duration criterion "Used to be a year, then it went to six months, and now it's back to a month." My review of the PTSD diagnostic criteria in the DSM-III, DSM-III-R, DSM-IV, and DSM-V reveals that it has always been one month.

On p. 23 of her report, Dr. Burgess cites one source (Burgess & Holmstrom, 1986) to provide the foundation for the claim that there are three groups of victims and that "For all three groups of victims, their lives are never the same due to the psychological scarring experienced. (Burgess & Holmstrom, 1986)." I was not able to find this book. Dr. Burgess does not provide sufficient research support for the claim of permanent psychological scarring and indeed that claim would be difficult to verify scientifically unless victims were followed throughout their lives. Dr. Burgess goes on to state that "In SR's case, the records, my clinical observations of her and the testing results demonstrate that she falls into the third category" (i.e., the group that "will not cope adequately nor return to any degree of pre-crime functioning and they are markedly handicapped essentially living their lives in a withdrawn, phobic, fearful existence oftentimes self-medicated on drugs and alcohol", p. 23).

On p. 23, Dr. Burgess draws the following conclusions:

"In essence, if the traumatic issues are not addressed and cognitively processed by SR, her future ability to cope, to feel secure in the world and to trust others will continue to be impaired. It is my opinion that the trauma-specific symptoms are permanent due to the neurobiology of trauma and directly attributable to the May 2002 incident, the dismissal of CC's conviction and his release from prison and the disbelief of the reality of the sexual assault. It is further my opinion that none of these current post-trauma symptoms would have come to pass if these factors had not taken place."

This conclusion implies that the traumatic issues can be addressed. Indeed, there are effective evidence-based treatments for PTSD. In her deposition (p. 22), Norma Berlin described her therapy with SR as "supportive." Supportive therapy is not considered an evidence-based treatment for PTSD. The fact that SR has not received the recommended treatments for PTSD undermines Dr. Burgess' claim that SR's symptoms are permanent. The most frequently recommended therapies are trauma-focused cognitive behavioral and exposure therapy (Forbes et al., 2010; see Watts et al., 2013, for a meta-analysis of the efficacy of PTSD interventions).

## C. False Rape Allegations

On p. 26-27 of her report, Dr. Burgess reviews research on false rape allegations to support her claim that "false rape allegations are rare, especially when applied to the facts of this case" (p. 26).

Dr. Burgess states that "There are several studies that have attempted to determine the frequency of false rape allegations. Lisak and colleagues (2010) reported over a 10-year period that 5.9% of reported sexual assaults were found to be false. Taken with other findings in the literature, they argue that more accurate estimates of prevalence of false allegations may lie somewhere between 2% and 10%. Other researchers have suggested that false allegations of rape are lower (Kelly 2010) or are at least consistent with rates of false allegations of other crimes (Rumney 2006). The disparities between estimates of prevalence have been well documented and can be attributed to wide ranging definitional criteria (Saunders 2012)." (p. 27 of Burgess report).

However, the experts cited by Dr. Burgess appear to agree that, because of inadequacies in the research literature, we really do not know the prevalence of false allegations. Lisak et al. (2010) state: "Given these serious limitations in the literature on false rape reports, there are **actually very few studies that provide meaningful data on the frequency of false reports** (p. 1322). Quoting Rumney (2006), "Many of the studies of false allegations have adopted unreliable or untested research methodologies and, so **we cannot discern with any degree of certainty the actual rate of false allegations**" (p. 142). With regard to the comparison of false reporting in rape cases to other crimes, Rumney states (p. 146), "An integral part of the 2% figure is the claim that the false reporting rate for rape is no higher than for other offences. Yet rarely do scholars actually cite studies of false complaints for offences other than rape. **The findings from studies of false reporting in non-sexual assault cases would appear to be inconclusive**." Rumney's final conclusion is as follows: "Just as early legal commentaries uncritically adopted psychoanalytical theories of why women make false complaints, along with claims that false allegations were common, in the last three decades there has been a **lack of critical analysis by those who claim a low false reporting rate and the uncritical adoption of unreliable research findings**. There has also been a failure to acknowledge the **methodological limitations** of much of the existing research and the state of our current understanding of the rate of false allegations. As a consequence of such deficiencies within legal scholarship, **factual claims have been repeatedly made that have only limited empirical support**. This suggests a widespread analytical failure on the part of legal scholarship and requires an acknowledgment of the weakness of assumptions that have been constructed upon unreliable research evidence. Ultimately, the criminal justice system and those writing about the issue of rape have dealt poorly with the issue of false allegations" (pp. 157-158).

When Saunders (2012) discusses "disparities," she primarily is discussing the disparity between researchers and criminal justice personnel in terms of the prevalence of false rape allegations: "The prevalence of false allegations of rape is a contested and controversial issue. On the one hand, mainstream socio-legal rape research and

commentary claims that false allegations of rape are rare, or at least no more prolific than false allegations of other crimes. On the other hand, front-line criminal justice professionals reportedly tell us that false allegations of rape are a common occurrence. The disparity between these rival estimates is clear and well documented" (p. 1152). Saunders concludes the paper by saying: "**Given the mixed bag of research findings, the only thing we know with any certainty about the prevalence of false allegations of rape is that we do not know how prevalent they are"** (p. 1169).

Thus, Dr. Burgess' claim that false reports are rare is not well-supported in the research literature according to the experts she cites.

Dr. Burgess went on to state that "Lisak's study identified characteristics of the coded false allegations (2010). Most false allegations involved cases perpetrated by non-strangers and a single perpetrator. The accuser oftentimes did not have a medical evaluation, and many were intoxicated at the time of the alleged assault" (Burgess report, p. 27).

However, an examination of the Lisak et al. (2010) study revealed that these were the characteristics of **the entire sample** of 136 cases coded, not the false allegations (see p.1329). The sample was all University students. Lisak et al. did not describe the characteristics of the eight cases coded as false allegations. **Thus, Dr. Burgess' conclusion that "SR does not meet the majority of the characteristics of the coded false accuser" (p. 27) is based on an inaccurate reporting of the study and is unfounded.**

Dr. Burgess also states that "There is little, if any, false reporting statistics of individuals at the age of 52. Nor are there are any statistics pertaining to individuals in their 50s, married with children, who had an annual income between $200,000 and $400,000 per year and were assaulted in their workplace in a courthouse." This is true. But there are also no statistics regarding rape trauma among women with these specific characteristics. This is an inappropriate standard to apply to this – or any – area of research.

Although Dr. Burgess only submitted the preface to the Hazelwood and Burgess (2009) book, I was able to find the chapter on false allegations online. Dr. Burgess (p. 27 of report) cites this chapter as follows: "Research cites motives for false allegations of sexual assault as a need for attention or sympathy, anger or revenge on the offender, or need for an alibi (Hazelwood & Burgess, 2009)." However, there is no research cited in the chapter supporting these claims. In that chapter, Hazelwood and Burgess review some features that are consistent with false allegations, with the

acknowledgement that some of the features are also found in legitimate allegations (p. 194). These characteristics of false allegations include focusing on force, resistance, and injuries in the initial complaint; describing a large and overpowering offender; absence of confirming forensic reports, and previously reported rapes with similar circumstances (p. 194-196). Dr. Burgess did not discuss these characteristics in her report.

The Lefer (1992) paper in the next paragraph (p. 27 of Burgess report) was not included in Dr. Burgess' list of references and I could not find it online. However, I Googled the quote and found it verbatim in the Hazelwood and Burgess (2009) chapter (p. 184). Unfortunately, the Lefer (1992) reference was not available in the book preview I had access to online so I cannot check the accuracy of the citation.

Burgess' deposition (p. 236) revealed that the Campbell (2015) citation also was inaccurate.

In summary, this section does not support Dr. Burgess' claim that false reports are rare. The experts she cites to support this point actually state that we do not know how common false reports are because of inadequacies in the research literature. Dr. Burgess' conclusion that SR does not meet the characteristics of a false allegation also is unfounded because Dr. Burgess misread the study she cited to support this point. Dr. Burgess did not cite the characteristics of false allegations described in her own work, some of which seem similar to the facts in this case. This section also contains additional inaccuracies in the research citations.

**Conclusion**

Dr. Burgess' report contains 10 conclusions (pp. 57-58). This report addresses conclusions 1, 3, 4, 5, and 7a.

> *Conclusion 1. SR exhibits patterns and symptoms common to and consistent with a rape victim.*

Because Dr. Burgess did not accurately or adequately review the research on the "patterns and symptoms of rape victims", it is impossible to determine whether SR's symptoms and behaviors are or are not consistent with the research literature.

> *Conclusion 3. I agree with the PTSD diagnosis made by Michael Sullivan, Dr. Dizon and Dr. Menezes.*

None of the records from these providers indicate that SR met full diagnostic criteria for PTSD.

*Conclusion 4. The impact of the 2002 incident had a profound and serious impact on SR's life and the dismissal of CC's conviction in 2013 resurfaced the trauma from 2002.*

Dr. Burgess did not adequately assess the extent to which other factors in SR's life could account for her symptoms of distress.

*Conclusion 5. SR continues to meet the criterion for Chronic Post Traumatic Stress Disorder with depressive features. She continues to be symptomatic and her prognosis is guarded. Her trauma-specific symptoms are permanent due to the neurobiology of trauma and directly attributable to the May 2002 incident, the dismissal of CC's conviction and release from prison and the disbelief of the reality of the sexual assault. None of these current post- trauma symptoms would have come to pass if these factors had not taken place.*

Dr. Burgess' diagnosis of PTSD did not follow generally accepted standards and she did not establish that SR currently meets diagnostic criteria for PTSD. Her conclusion that SR's symptoms are permanent is not well-founded because SR has not received recommended evidence-based treatments for PTSD.

*Conclusion 7. There still exist many erroneous social attitudes about rape - some of which are highlighted by the allegations in Plaintiff's Complaint. These opinions serve to refute the allegations in Plaintiff's Complaint.*
   *a. False rape allegations are rare. For the multiple reasons stated within my report, the identified characteristics of the coded false allegations are lacking in this case.*

The research reviewed by Dr. Burgess does not support the conclusion that false allegations are rare because the authors of the articles cited conclude that the frequency of false allegations is unknown. Dr. Burgess did not provide evidence of the "identified characteristics of the coded false allegations" because the study she cited to support this claim did not actually contain those data.

**Information for compliance with Federal Rule 26:**

1. A complete statement of all opinions the witness will express and the basis and reasons for them.

My opinions and their bases are contained in this report.

2. The facts or data considered by the witness in forming them.

The list of documents reviewed is attached as Appendix A and a list of references cited is in Appendix C.

3. Any exhibits that will be used to summarize or support them.

I do not have any exhibits.

4. The witness's qualifications, including a list of all publications authored in the previous 10 years.

This information is contained in the attached Curriculum Vitae (Appendix B).

5. A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition.

I have been deposed in one case in the last four years (*Longoria v. Millimet*, U.S. District Court for the Southern District of Texas). I have not testified in a trial in the past four years.

6. A statement of the compensation to be paid for the study and testimony in the case.

I will be compensated for the time spent on this case at a rate of $250/hour ($350 for deposition and court time).


_____
Patricia A. Frazier, Ph.D.

Dated: October 31, 2016

## Appendix A: List of documents

Dr. Burgess' report and attachments

Documents produced by Dr. Burgess' in response to subpoena

All articles cited herein (see Appendix C for list)

Dr. Burgess' deposition

Records from Michael Sullivan

Norma Berlin's deposition

Records from Norma Berlin

Records from Dr. Walker

Records from Advanced Psychiatry Services

Dianella Dizon's deposition

Susan Riggio's deposition

Dr. Brigham Temple's deposition

**Appendix B**

October 2016

**PATRICIA A. FRAZIER**
Distinguished McKnight University Professor
Department of Psychology
N571 Elliott Hall
University of Minnesota
Minneapolis, Minnesota 55455
Phone:  612/625-6863
Fax:  612/626-2079
Email: pfraz@umn.edu
Web site: http://stresslab.psych.umn.edu/

**EDUCATION**

Bachelor of Arts, May 1979
　　　　Psychology/Philosophy
　　　　St. Olaf College
　　　　Northfield, Minnesota

Master of Arts, July 1984
　　　　Counseling Psychology
　　　　University of Minnesota

　　　　Theses:  "Individual difference variables affecting attributions and judgmental biases"
　　　　　　　　"Rape trauma syndrome evidence in court"

Doctor of Philosophy, December 1988
　　　　Joint Program in Social Psychology and Counseling Psychology
　　　　Supporting Program in Statistics/Methodology
　　　　APA approved Counseling Psychology Program
　　　　University of Minnesota

　　　　Dissertation:  "Attributions and adjustment to rape"

**PROFESSIONAL WORK EXPERIENCE**

*Associate Chair,* Department of Psychology, University of Minnesota, Minneapolis, MN, July
　　　　2012 to present.

*Professor*, Department of Psychology, Counseling Psychology and Social psychology Programs,
　　　　University of Minnesota, Minneapolis, MN, August 2003 to present.

1

*Associate Professor*, Department of Psychology, Counseling Psychology Program, University of Minnesota, Minneapolis, MN, September 1994 to August 2003; Social Psychology Program, October 1995 to August 2003.

*Assistant Professor*, Department of Psychology, Counseling Psychology Program, University of Minnesota, Minneapolis, MN, August 1990 to September 1994; McKnight Land Grant Professor, June 1992 to June 1994.

*Staff Psychologist*, University Counseling Services, University of Minnesota, Minneapolis, MN, October 1992 to June 1993.

*Assistant Professor*, Department of Psychology, Joint appointment in Social Psychology and Counseling Psychology Programs, University of Missouri-Columbia, Columbia, MO, August 1988 to June 1990.

*Staff Psychologist*, Counseling Services, University of Missouri-Columbia, Columbia, MO, August 1988 to June 1990.

*Junior Staff Psychologist*, University Counseling Service, University of Minnesota, Minneapolis, MN, September 1986 to June 1988.

*Psychology Intern*, Veteran's Administration Medical Center, Minneapolis, MN, October 1985 to October 1986. APA approved Internship.

**HONORS AND AWARDS**

Phi Beta Kappa, St. Olaf College (1979).

Senior Women's Honor Society, St. Olaf College (1979).

Phi Kappa Phi, University of Minnesota (1984).

Graduate School Fellowship, University of Minnesota Graduate School (1982-1983).

Graduate School Tuition Grant, University of Minnesota Graduate School (1983-1984).

Travel Scholarship, Department of Psychology, University of Minnesota (1983, 1988).

Student Travel Award, American Psychological Association Science Directorate (1988).

American-Psychology Law Society (Division 41-American Psychological Association) Dissertation Award (1989).

Nominated for Alumnae Anniversary Award, University of Missouri-Columbia (1990).

McKnight Land Grant Professorship (1992-1994).

Who's Who Among Human Service Professionals (1992).

Who's Who in Science and Engineering (1993).

Who's Who of American Women (1994).

Who's Who in the World (1994).

Early Career Scientist-Practitioner Award, Division 17-American Psychological Association (1996).

Fellow, Division 17 (Counseling Psychology), American Psychological Association (1997).

Bush Sabbatical Supplement Program Award (1998).

Exemplary paper award, John Templeton Foundation (1998).

Larry Anderson Partnership Award, University of Minnesota (2004).

Minnesota Psychological Association Distinguished Scholar Lecturer (2004).

CLA Sabbatical Supplement Award (2006-2007; 2015-2016).

Fellow, Division 9 (Society for the Psychological Study of Social Issues), American Psychological Association (2007).

Distinguished McKnight University Professor (2010).

Charlotte Striebel Equity Award (2015).

## GRANTS AND CONSULTANCIES

Principal Investigator, Eva O. Miller Doctoral Dissertation Fellowship, "Attributions and adjustment to rape", University of Minnesota Graduate School (September 1986 - June 1987; $7,500).

Principal Investigator, National Research Service Award, "Attributions and coping strategies in rape victims", National Institute of Mental Health (June 1987 - June 1988; $9,552).

Principal Investigator, Summer Research Fellowship, "A comparative study of male and female rape victims", University of Missouri Research Council (June 1989 - August 1989; $4,038).

Principal Investigator, Grants-in-Aid, "Legal outcomes of rape cases: Case attrition and post-rape recovery", University of Minnesota Graduate School (January 1991 - June 1991; $11,813).

Co-Principal Investigator, Grants-in-Aid, "Predictors of compliance among kidney transplant recipients", Sandoz Corporation (December 1990 - September 1991; $10,000; with Arthur Matas, M.D., John Najarian, M.D., S. Michael Mauer, M.D., Thomas Nevins, M.D., Eugene Borgida, Ph.D., Martha Gonzales, Ph.D., Joan Penrod, MSS, M.A., and Arthur Caplan, Ph.D.).

Principal Investigator, Grants-in-Aid, "The role of attributions in recovery from rape", Society for the Psychological Study of Social Issues (February 1991 - June 1991; $1,000).

Principal Investigator, Research Grant, "Legal outcomes of rape cases: Case attrition and post-rape recovery", Center for Urban and Regional Affairs, University of Minnesota (June 1991 - June 1992; $23,000).

Principal Investigator, Grants-in-Aid, "The role of attributions in post-rape recovery", University of Minnesota Graduate School (July 1991 to December 1991; $500).

Principal Investigator, Summer Research Fellowship, "Frequency, perceptions, and effects of sexual harassment on campus", University of Minnesota (Summer 1992; $4500).

Principal Investigator, First Independent Research Support and Transition (FIRST) Award, "The role of causal attributions in post-rape recovery", National Institute of Mental Health (September 1992 to September 1997; $500,000 total costs; September 1995 to August 1996; $50,000 supplement).

Principal Investigator, Research Grant, "Psychosocial correlates of compliance and adjustment in renal transplant recipients", National Institutes of Health (September 30, 1992 to September 30, 1997; $133,279).

Co-Principal Investigator, Course Development Grant, "Counseling sexual violence survivors", Higher Education Coordinating Board, State of Minnesota (March 1994 to December 1994; $7,008; with Linda Ledray, Ph.D.).

Principal Investigator, Grants-in-Aid, "Domestic Assault Victims' Experiences in the Legal System", Society for the Psychological Study of Social Issues (January 1997; $2,000).

Principal Investigator, Grants-in-Aid, "Domestic Assault Victims' Participation in the Prosecution of their Assailants", University of Minnesota Graduate School (June 1997; $10,336; declined).

Consultant, Grant, "Combating campus violence against women through legal advocacy and increased awareness, U.S. Department of Justice (October 1999 – September 2001; PI: Roberta Gibbons; Total costs $381,805; Frazier $52,044).

Consultant, Grant, "Combating campus violence against women through legal advocacy and increased awareness, U.S. Department of Justice (continuation grant; November 2001 – October 2003; P.I.: Roberta Gibbons; total costs $382,000; Frazier $61,591).

Co-Investigator, Grant, "Impact of mind-body interventions post organ transplant", National Institute of Nursing Research Health, R01 NR008585 (September 2003 – August 2008; PI: Cynthia Gross, Ph.D., Total costs - $2,545,195; Frazier $25,954).

Consultant, Grant, "Sexual assault response team operation evaluation," Office for Victims of Crime (September 2002 – September 2006; PI: Linda Ledray; Total costs $199,505; Frazier $30,000).

Principal Investigator, Grant, "Psychosocial thriving among individuals with serious medical conditions", Midlife in the United States (MIDUS) Pilot Project Grant Program (October 2003 – October 2004; Total costs - $15,000).

Summer Research Fellowship, University of Minnesota Graduate School, "Abuse Experiences as Risk Factors for Eating Disordered Behavior and Obesity" (June 2005-August 2005; $4,500).

Principal Investigator, Grant-in Aid, "A Prospective Study of the Effects of Traumatic Life Events", Society for the Psychological Study of Social Issues (December 2006; $2,000).

Principal Investigator, Grant, "Do traumatic events lead to increases in volunteerism?", Center for the Study of the Individual and Society, University of Minnesota (February 2007; $2,000).

Principal Investigator, Research Collaborative, "Creating culturally-informed trauma research", Institute for Advanced Studies, University of Minnesota (2007-2009; $32,684).

Co-Investigator, Grant, Solider to Civilian: An RCT of an Internet-Based Intervention for New veterans. Department of Defense and Veteran's Administration HSR&D. Nina Sayer, PI. (2008-2012; $1,166,948).

Co-Investigator, Grant. Community Re-Integration Problems and Treatment Preferences among OIF/OEF Veterans. Veteran's Administration HSR&D. Nina Sayer, PI. (2007-2008; $54,900).

Principal Investigator, Grant-in Aid, "Culturally-informed research on trauma in Somalian and Oromo refugees", Graduate School, University of Minnesota (2008-2010; $35,141).

Principal Investigator, Grant, "Prevention of postrape drug abuse: Replication study." National Institute of Drug Abuse. Patricia Frazier and Heidi Resnick, PIs (2008-2013; $3,116,585)

Co-Investigator, Grant, "Understanding Somali Refugees' Perceptions of Mental Health Care: A Focused Ethnography", Program in Health Disparities Research, University of Minnesota. Cheryl Robertson and Hassan Ugas, PIs. (2008-2009; $20,000).

Principal Investigator, Engaged Department Grant, University of Minnesota (2010-2011; $16,366).

Principal Investigator, Academic Innovations Grant, "Emotion Regulation as a Teaching and Learning Tool: The Design and Evaluation of Interventions for Online Classrooms", University of Minnesota (2014-2015; $15,256).

Co-Principal Investigator, Engdahl Family Foundation, "Developing an innovative technology-based intervention for voice disorder patients", University of Minnesota (2015-2016; $60,954).

Principal Investigator, University of Minnesota Subcontract, "The Sexual Assault Kit Initiative: National Training and Technical Assistance", Bureau of Justice Assistance (2015-2018; U of MN subcontract, $757, 344; total grant $41 million).

**RESEARCH INTERESTS**

Coping with stressful life events
Posttraumatic Stress Disorder
Sexual victimization
Interventions for trauma survivors
Technology-based interventions

**TEACHING EXPERIENCE**

Introduction to Psychology (Fall 1987; Winter 1987)
Psychology of Women (Fall 1988; Fall 1989; Spring 1992; Spring 1993; Spring 2000; Spring 2001; Spring 2004; Spring 2005; Spring 2006; Spring 2008)
Counseling Practicum (Fall 1988; Winter 1989; Fall 1989; Winter 1990)
Psychological Tests and Measurements (Winter 1989; Winter 1990)
Clinical Applications of Social Psychology (Winter 1990)
Counseling History and Theories (Winter 1991; Winter 1992; Fall 1992; Fall 1995; Fall 1996; Fall 1999; Fall 2001; Fall 2003; Fall 2004; Fall 2005; Fall 2007; Fall 2008; Fall 2009; Fall 2010)
Counseling Process Research (Winter 1991; Winter 1993; Winter 1995; Fall 1997)
Ethics and Social Responsibility (Spring 1991)
Counseling Outcome Research (Winter 1993; Winter 1995; Fall 1997)
Counseling Psychology: Research Seminar II (Fall 2000; Fall 2002; Fall 2004; Spring 2009; Spring 2011; Spring 2013)
Counseling Sexual Violence Survivors (Fall 1994)
Advanced Practicum Seminar (Fall 1994; Winter 1995; Spring 1995; Fall 1995; Winter 1996; Spring 1996; Fall 1996; Winter 1997; Spring 1997; Fall 1997; Winter 1998; Spring 1998; Fall 1999; Spring 2000; Fall 2000; Spring 2001; Fall 2001; Spring 2002; Fall 2002; Spring 2003; Fall 2003; Spring 2004; Fall 2004; Spring 2005; Fall 2005; Spring 2006; Fall 2007; Spring 2008; Spring 2009; Fall 2009; Spring 2010; Fall 2010; Spring 2011; Fall 2011; Spring 2012; Fall 2012; Spring 2013; Fall 2013; Spring 2014; Fall 2014; Spring 2015)
Premajor Colloquium (Fall 1996; Fall 1997)
Social Psychology Proseminar (Fall 2003, Spring 2012, Spring 2015)

Psychology of Stress and Trauma (Fall 2014)

**DISSERTATIONS ADVISED**

1. Harlow, T. C. (1993). *When she isn't over it: Clinical factors in the prediction of prolonged postrape trauma*.

2. Vinyon, K. (1995). *Coping with chronic illness: Individual and marital adjustment of patients and spouses*.

3. Dahl, K. (1998). *Religion and coping with bereavement*.

4. Port, C. (1998). *Prior traumatization and aging in older survivors of remote trauma*.

5. Cochran, C. (1999). *Gender influences on the process and outcomes of rating performance*.

6. Byrne, C. (2000). *Cross-cultural differences in psychological distress*.

7. Arikian, N. (2000). *Coping, personality, and adjustment among male surgery patients*.

8. Tix, A. (2002). *Moderators and goal-based mediators of the relationship between intrinsic religiousness and mental health*.

9. Conlon, A. (2002). *Anticipated work-family conflict and the life style expectations of undergraduate and graduate students*.

10. Gordon, L. (2002). *Correlates of treatment effectiveness for adolescent perpetrators of parent abuse*.

11. Candell, S. (2003). *Writing about distressing events and caregiver well-being: A test of a web-based journaling exercise*.

12. Tashiro, T. (2004). *Positive emotions and attributions in close relationships*.

13. Steger, M. (2005). *The development and validation of the Meaning in Life Questionnaire*.

14. Steward, J. (2005). *Pathways among child maltreatment, perceived control, and psychological distress: An investigation of the Chorpita and Barlow model of psychological vulnerability*.

15. Berman, M. (2006). *Implicit and self-reported motives for romantic relationship cheating*.

16. Glaser, T. (2006). *Learning to look deeply: How mindfulness meditation can help counselors overcome bias in the counseling process*.

17. Mortensen, H. (2007). *Actor and partner effects of strategies to manage and to cope with conflict between work and family roles.*

18. Bemis, J. (2008). *Emotional responsiveness, intimacy, and capitalization attempts in intimate relationships: A dyadic assessment.*

19. Kaler, M. (2009). *The World Assumptions Questionnaire: Development of a measure of the assumptive world.*

20. Berg, K. (2010). *A Study of the Validity of the Eating Disorder Examination.*

21. Sherr, L. (2010). *Moderators of the effectiveness of a Mindfulness-Based Stress Reduction intervention compared to an active control for solid organ transplant patients.*

22. Gavian, M. (2011). *The Effects of Relaxation and Gratitude Interventions on Stress Outcomes.*

23. Anders, S. (2012). *A Prospective Study of Potentially Traumatic Events: Associations Between Types and Dimensions of Events and Outcomes.*

24. Perera, S. (2012). *Experimental Analogue Study of White Students' Evaluations of Psychotherapists of Color.*

25. Keenan, N. (2013). *Emotion Regulation and Health Behavior: Effects of Negative Affect and Emotion Regulation Strategies on Eating and Smoking*

26. Hintz, S. (2013). *Evaluating an Online Intervention to Increase Present Control*

27. Hirai, R. (2013). *Longitudinal Adjustment Trajectories of International Students and Their Predictors*

28. Shallcross, S. (2013). *Social Support Mediates the Relation between Attachment and Responses to Potentially Traumatic Events*

29. Frankfurt, S. (2015). *An Empirical Investigation of Moral Injury in Combat Veterans*

30. Greer, C. (2015). *An Online Mindfulness Intervention to Reduce Stress and Anxiety Among College Students*

## EDITORIAL POSITIONS

Associate Editor, *Law and Human Behavior* (1996-1999).

Associate Editor, *The Counseling Psychologist* (1998-2001).

Associate Editor, *Journal of Counseling Psychology* (2011-2014).

Consulting Editor, *Archives of Scientific Psychology* (2012-present).

Editorial Boards, *Journal of Counseling and Development* (1992-1995); *Journal of Counseling Psychology* (1994; 2000-2005; 2014 to present); *Personal Relationships* (1993-1997); *The Counseling Psychologist* (1995-1998); *Journal of Personal and Interpersonal Loss* (1995-2000); *Journal of Social and Clinical Psychology* (2005-2010); *Journal of Loss and Trauma* (2000-present).

Ad hoc reviewer, *American Psychologist, Anxiety, Stress, and Coping, APA Publishers, Basic and Applied Social Psychology, Behavior Research and Therapy, British Journal of Social Psychology, Clinical Psychological Science, Cognition and Emotion, Cognitive Therapy and Research, Cultural Diversity and Ethnic Minority Psychology, Erlbaum Publishers, Guilford Publishers, Health Psychology, International Journal of Aging and Human Development, Journal of Abnormal Psychology, Journal of Consulting and Clinical Psychology, Journal of Counseling Psychology, Journal of Family Psychology, Journal of Medical Internet Research, Journal of Occupational and Environmental Medicine, Journal of Personality and Social Psychology, Journal of Research in Personality, Journal of Social and Clinical Psychology, Journal of Social and Personal Relationships, Journal of Social Issues, Journal of the American Psychiatric Nurses Association, Journal of Traumatic Stress, Law and Human Behavior, Law and Social Inquiry, Measurement and Evaluation in Counseling and Development, Peacock Publishers, Personal Relationships, Personality and Social Psychology Bulletin, Political Psychology, Psychological Science, Psychological Assessment, Psychological Bulletin, Psychology of Men and Masculinity, Psychology of Women Quarterly, Psychology, Public Policy, and the Law, Psychological Science, Psychological Trauma: Theory, Research, Practice, and Policy, Quality of Life Research, Review of General Psychology, Sex Roles, Signs, Stress and Health, Social Psychological and Personality Science, Violence Against Women, Violence and Victims, Westview Publishing, Wiley Books, Woman and Health.*

## PEER-REVIEWED JOURNAL ARTICLES (* indicates student co-author)

1.  Frazier, P., & Borgida, E. (1985). Rape trauma syndrome evidence in court. *American Psychologist, 40,* 984-993.

2.  Frazier, P., & Borgida, E. (1988). Juror common understanding and the admissibility of rape trauma syndrome evidence in court. *Law and Human Behavior, 12,* 101-122.

3.  Frazier, P. (1990). Victim attributions and post-rape trauma. *Journal of Personality and Social Psychology, 59,* 298-304.

4.  Frazier, P., & *Esterly, E. (1990). Correlates of relationship beliefs: Gender, relationship experience, and relationship satisfaction. *Journal of Social and Personal Relationships, 7,* 331-352.

5.      Frazier, P. (1991).  Self-blame as a mediator of post-rape depressive symptoms.  *Journal of Social and Clinical Psychology, 10,* 47-57.

6.      Frazier, P., & *Cohen, B. (1992).  Research on the sexual victimization of women: Implications for counselor training.  *The Counseling Psychologist, 20,* 141-158.

7.      Frazier, P., & Borgida, E. (1992).  Rape trauma syndrome: A review of case law and psychological research.  *Law and Human Behavior, 16,* 293-311.  [Reprinted in R. Hazelwood and A. Burgess (Eds.), *Practical aspects of rape investigation, 2nd edition*. Boca Raton, FL: CRC Press].

8.      Frazier, P., & *Cook, S. (1993).  Correlates of distress following heterosexual relationship dissolution.  *Journal of Social and Personal Relationships, 10,* 55-67.

9.      Frazier, P. (1993).  A comparative study of male and female rape victims seen at a hospital-based rape crisis program.  *Journal of Interpersonal Violence, 8,* 64-76.

10.     Frazier, P., & *Schauben, L. (1994).  Causal attributions and recovery from rape and other stressful life events.  *Journal of Social and Clinical Psychology, 13,* 1-14.

11.     Frazier, P., & *Schauben, L. (1994).  Stressful life events and psychological adjustment among female college students.  *Measurement and Evaluation in Counseling and Development, 27,* 280-292.

12.     Frazier, P., *Davis-Ali, S., & *Dahl, K. (1994).  Correlates of noncompliance among renal transplant recipients.  *Clinical Transplantation, 8,* 550-557.

13.     Frazier, P., & *Burnett, J. (1994).  Immediate coping strategies among rape victims.  *Journal of Counseling and Development, 72,* 633-639.

14.     Frazier, P., *Valtinson, G., & *Candell, S. (1994).  Evaluation of a coeducational interactive rape prevention program.  *Journal of Counseling and Development, 73,* 153-158.

15.      *Schauben, L.J., & Frazier, P.A. (1995).  Vicarious trauma:  The effects on female counselors of working with sexual violence survivors.  *Psychology of Women Quarterly, 19,* 49-64.

16.     Frazier, P., *Davis-Ali, S., & *Dahl, K. (1995).  Stressors, social support, and adjustment in kidney transplant patients and their spouses.  *Social Work in Health Care, 21,* 93-108.

17.      Frazier, P., *Cochran, C., & *Olson, A. (1995).  Social science research on lay definitions of sexual harassment.  *Journal of Social Issues, 51,* 21-37.

18.     Thoreson, R., *Shaughnessy, P., & Frazier, P. (1995).  Sexual contact during and after professional relationships: Practices and attitudes of female counselors.  *Journal of Counseling and Development, 74,* 84-89.

19.     Frazier, P., Gonzales, M. H., & *Rudman, L. (1995).  Evaluating the effectiveness of applying social psychological theory to counseling.  *The Counseling Psychologist, 23,* 681-696.

20.     Frazier, P., *Port, C., & *Hoff, P. (1996).  Social support:  The provider's experience.  *Journal of Personal and Interpersonal Loss, 1,* 109-128.

21.     Frazier, P., *Byer, A., *Fischer, A., *Wright, D., & *DeBord, K. (1996).  Adult attachment style and partner choice: Correlational and experimental findings.  *Personal Relationships, 3,* 117-136.

22.     Frazier, P., *Arikian, N., *Benson, S., *Losoff, A., & *Maurer, S. (1996).  Desire for marriage and life satisfaction among unmarried heterosexual adults.  *Journal of Social and Personal Relationships, 13,* 225-239. (Abstracted in Clinician's Research Digest, October 1996, Volume 14, p. 6).

23.     Frazier, P., & *Haney, B. (1996).  Sexual assault cases in the legal system: Police, prosecutor, and victim perspectives.  *Law and Human Behavior, 20,* 607-628.

24.     *Cochran, C., Frazier, P., & *Olson, A. (1997).  Predictors of responses to unwanted sexual attention.  *Psychology of Women Quarterly, 21,* 207-226.

25.     Frazier, P., & *Hunt, J. (1998).  Research on gender and the law: Where are we going? Where have we been?  *Law and Human Behavior, 22,* 1-16.

26.     *Tix, A., & Frazier, P. (1998).  The use of religious coping during stressful life events: Main effects, moderation, and mediation.  *Journal of Consulting and Clinical Psychology, 66,* 411-422.  Winner of Exemplary Paper Award, John Templeton Foundation, 1998.

27.     Frazier, P., *Tix, A., *Klein, C., & *Arikian, N.  (2000). Testing theoretical models of the relations between social support, coping, and adjustment to stressful life events.  *Journal of Social and Clinical Psychology, 19,* 314-335.

28.     Frazier, P.  (2000). The role of attributions and perceived control in recovery from rape.  *Journal of Personal and Interpersonal Loss, 5,* 203-225.  Reprinted in J. H. Harvey and B. G. Pauwels (Eds.), *Post traumatic Stress Theory, Research, and Application*.  Philadelphia: Bruner/Mazel.

29.     *Port, C., Engdahl, B., & Frazier, P. (2001). A longitudinal and retrospective study of PTSD among older POWs.  *American Journal of Psychiatry, 158,* 1474-1479.

30.    Frazier, P., *Conlon, A., & *Glaser, T. (2001).  Positive and negative life changes following sexual assault. *Journal of Consulting and Clinical Psychology, 69,* 1048-1055.

31.    Frazier, P., *Berman, M., & *Steward, J. (2002). Perceived control and posttraumatic distress: A temporal model. *Applied and Preventive Psychology, 10,* 207-223.

32.    *Port, C., Engdahl, B., Frazier, P., & Eberly, R. (2002). Factors related to the long-term course of PTSD in older ex-prisoners of war. *Journal of Clinical Geropsychology, 8,* 203-214.

33.    *Tashiro, T., & Frazier, P. (2003). "I'll never be in a relationship like that again": Personal growth following relationship breakups. *Personal Relationships*, *10*, 113-128.

34.    Frazier, P. (2003). Perceived control and distress following sexual assault: A longitudinal test of a new model. *Journal of Personality and Social Psychology, 84,* 1257-1269.

35.    Frazier, P., *Tix, A., & *Barnett, C. L. (2003). The relational context of social support: Relationship satisfaction moderates the relations between enacted support and distress. *Personality and Social Psychology Bulletin, 29,* 1133-1146.

36.    Leon, G., Masten, A., Frazier, P., Gewirtz, A., Hubbard, J., Najarian, L., Noy, S., & *Mortensen, H. (2003). World association for disaster and emergency medicine: Psychosocial task force – Alert and impact. *Prehospital and Disaster Medicine, 18*, 41-42.

37.    Frazier, P., *Tix, A., & Barron, K. (2004). Testing moderator and mediator effects in counseling psychology research. *Journal of Counseling Psychology, 51*, 115-134. *Most cited article in the history of the journal.

38.    Frazier, P., *Tashiro, T., *Berman, M., *Steger, M., & Long, J. (2004). Correlates of levels and patterns of posttraumatic growth among sexual assault survivors.  *Journal of Consulting and Clinical Psychology, 72*, 19-30.

39.    Frazier, P., *Steward, J., & *Mortensen, H. (2004). Perceived control and adjustment to trauma: A comparison across events. *Journal of Social and Clinical Psychology, 23,* 303-324.

40.    Gross, C. R, Kreitzer, M. J., Russas, V., Treesak, C., Frazier, P. A., & Hertz, M. I. (2004). Mindfulness meditation to reduce symptoms after organ transplant: A pilot study. *Alternative Therapies in Health and Medicine, 10*, 58-66. Reprinted in *Advances in Mind-Body Medicine*, Vo. 20 (2), 2004, pp. 20-29.

41.    *Tix, A. & Frazier, P. (2005). Mediation and moderation of the relationship between intrinsic religiousness and mental health.  *Personality and Social Psychology Bulletin, 31*, 295-306.

42.  Frazier, P., *Mortensen, H., & *Steward, J. (2005). Coping strategies as mediators of the relations among perceived control and distress in sexual assault survivors. *Journal of Counseling Psychology, 52,* 267-278.

43.  *Steger, M., & Frazier, P. (2005). Meaning in life: One link in the chain from religiousness to well-being. *Journal of Counseling Psychology, 52,* 574-582.

44.  *Berman, M., & Frazier, P. (2005). Relationship power and betrayal experience as predictors of reactions to infidelity. *Personality and Social Psychology Bulletin, 31*, 1617-1627.

45.  *Steger, M., Frazier, P., Oishi, S., & *Kaler, M. (2006). The Meaning in Life Questionnaire: Assessing the presence of and search for meaning in life. *Journal of Counseling Psychology, 53*, 80-93.

46.  Frazier, P., Lee, R., & *Steger, M. (2006). What can counseling psychology contribute to the study of optimal human functioning? *The Counseling Psychologist, 34*, 293-303.

47.  Frazier, P.A., & *Kaler, M.E. (2006). Assessing the validity of self-reported stress-related growth. *Journal of Consulting and Clinical Psychology, 74*, 859-869.

48.  *Tashiro, T., & Frazier, P. (2007). The causal effects of emotion on couples' cognition and behavior. *Journal of Counseling Psychology*, 54, 409-422.

49.  *Kaler, M., Frazier, P., *Anders, S., Tashiro, T., Tomich, P., Tennen, H., & Park, C. (2008). Assessing the psychometric properties of the World Assumptions Scale. *Journal of Traumatic Stress, 21*, 1-7.

50.  *Steger, M., Frazier, P., & Zacchanini, J. L. (2008). Terrorism in two cultures: Stress and growth following September 11th and the Madrid train bombings. *Journal of Loss and Trauma*, *13*, 511-527.

51.  Frazier, P., Tennen, H., *Gavian, M., Park, C., Tomich, P., & Tashiro, T. (2009). Does self-reported post-traumatic growth reflect genuine positive change? *Psychological Science, 20*, 912-919.

52.  Frazier, P., *Anders, S., *Perera, S., Tomich, P., Tennen, H., Park, C., & Tashiro, T. (2009). Traumatic events among undergraduate students: Prevalence and associated symptoms. *Journal of Counseling Psychology, 56,* 450-460.

53.  *Berg, K., Frazier, P., & *Sherr, L. (2009). Change in eating disorder attitudes and behavior in college women: Prevalence and predictors. *Eating Behaviors*, *10* 137-142.

54.  Sayer, N., Noorbaloochi, S., Frazier, P., Carlson, K., Gravely, A., & Murdoch, M. (2010). Reintegration problems and treatment interests among Iraq and Afghanistan combat

veterans receiving Department of Veterans Affairs medical care. *Psychiatric Services*, *61,* 589-597.

55.     Gross, C., Kreitzer, M.J., Thomas, W., Reilly-Spong, M., Cramer-Bornemann, M., Nyman, J., Frazier, P., & Ibrahim, H. (2010). Mindfulness-based stress reduction for solid organ transplant recipients: A randomized controlled trial. *Alternative Therapies in Health and Medicine, 16*, 30-39.

56.     Frazier, P., *Gavian, M., *Hirai, R., Park, C., Tennen, H., Tomich, P., & Tashiro, T. (2011). Prospective predictors of PTSD symptoms: Direct and mediated relations. *Psychological Trauma: Theory, Research, Practice, and Policy, 3*, 27-36.

57.     *Gunty, A., Frazier, P., Tennen, H., Tomich, P., Tashiro, T., & Park, C. (2011). Moderators of the relation between perceived and actual posttraumatic growth. *Psychological Trauma: Theory, Research, Practice, and Policy, 3*, 61-66.

58.     *Anders, S., Frazier, P., & *Frankfurt, S. (2011). Variations in Criterion A and PTSD prevalence rates in a community sample of women. *Journal of Anxiety Disorders, 26,* 176-184.

59.     *Shallcross, S., *Howland, M. H., *Bemis, J., Simpson, J., & Frazier, P. (2011). Not "capitalizing" on social capitalization interactions:  The role of attachment insecurity. *Journal of Family Psychology,* 25, 77-85.

60.     Frazier, P., *Keenan, N., *Anders, S., *Perera, S., *Shallcross, S., & *Hintz, S. (2011). Past, present, and future control and adjustment to stressful life events. *Journal of Personality and Social Psychology, 100*, 749-765.

61.     *Berg, K., Peterson C., Frazier, P., & Crow, S. (2011). Convergence of scores on the interview and questionnaire versions of the Eating Disorder Examination: A meta-analytic review. *Psychological Assessment,* 23, 714-724.

62.     *Berg, K., Peterson, C., Frazier, P., & Crow, S. (2012).  Psychometric properties of the EDE and EDE-Q: A systematic review of the literature. *International Journal of Eating Disorders, 45,* 428-438.

63.     Sayer, N., Frazier, P., Orazem, R., Murdoch, M., Gravely, A., Carlson, K., *Hintz, S., & Noorbaloochi, S. (2012). Military to Civilian: A Measure of Community Reintegration Difficulty among Veterans. *Journal of Traumatic Stress, 24,* 660-670.

64.     *Anders, S.L., *Shallcross, S.L. & Frazier, P.A. (2012). Beyond Criterion A1: The effects of relational and non-relational traumatic events. *Journal of Trauma & Dissociation, Special Issue: Trauma, Attachment and Intimate Relationships, 13,* 134-151.

14

65.     Frazier, P., *Greer, C., *Gabrielsen, S., Tennen, H., Park, C., & Tomich, P. (2013). The relation between trauma exposure and prosocial behavior. *Psychological Trauma: Theory, Research, Practice, and Policy, 5*, 286-294.

66.     *Berg, K. C., Peterson, C. B. & Frazier, P., (2012). Assessment and diagnosis of eating disorders: A guide for professional counselors. *Journal of Counseling and Development*, *90*, 262-269.

67.     *Anders, S., Frazier, P., & *Shallcross, S. (2012). Prevalence and effects of life event exposure among undergraduate and community college students. *Journal of Counseling Psychology*, *59*, 449-457.

68.     Park, C., Frazier, P., Tennen, H., Mills, M.A., & Tomich, P. (2013). Prospective risk factors for subsequent exposure to potentially traumatic events. *Anxiety, Stress, and Coping, 26*, 254-69.

69.     Frazier, P., *Anders, S.., *Shallcross, S., *Keenan, N., *Perera, S., *Howard, K., & *Hintz, S. (2012). Further development of the temporal model of control. *Journal of Counseling Psychology*, *59*, 623-30.

70.     *Perera, S., & Frazier, P. (2013). Changes in religiosity and spirituality following potentially traumatic events. *Counselling Psychology Quarterly, 26*, 26-38.

71.     *Perera, S., *Gavian, M., Frazier, P., Johnson, D., Spring, M., Westermeyer, J., Butcher, J., Halcon, L., Robertson, C., Savik, K., & Jaranson, J. (2013). A longitudinal study of demographic factors associated with stressors and symptoms in African refugees. *American Journal of Orthopsychiatry, 83,* 472–482.

72.     Fraher, R., Frazier, P., Hokanson, B, & *Greer, C. (2013). Toward an interactive digital media-based therapeutic modality. *The International Digital Media and Arts Association Journal, 9,* 6-13.

73.     *Anders, S., Frazier, P. & *Shallcross, S. (2014). Changes in functioning following potentially traumatic life events in college students. *Psychological Trauma: Theory, Research, Practice, and Policy, 6,* S99-S106.

74.     Sayer, N., Carlson, K., & Frazier, P. (2014). Reintegration Challenges in U.S. Service Members and Veterans Following Combat Deployment. *Social Issues and Policy Review*, *13, 33-73.*

75.     *Shallcross, S., Frazier, P., & *Anders, S. (2014). Social resources mediate the relations between attachment dimensions and distress following potentially traumatic events. *Journal of Counseling Psychology, 61,* 352-362.

76.     Misono, S., Peterson, C., *Meredith, L., Banks, K., Bandyopadhyay, D., Yueh, B., & Frazier, P. (2014). Psychosocial distress in patients presenting with voice concerns. *Journal of Voice,* 28, 753-61.

77.     Frazier, P., Coyne, J., & Tennen, H. (2014). Posttraumatic growth: A call for less, but better, research. *European Journal of Personality.* 28, 337-338.

78.     *Hintz, S., Frazier, P. A., & *Meredith, L. (2015). Evaluating an Online Stress Management Intervention for College Students. *Journal of Counseling Psychology*, 62, 137-47.

79.     Frazier, P., *Meredith, L., *Greer, C., *Paulsen, J.A., *Howard, K., *Dietz, L. R., & *Qin, K. (2015). Randomized controlled trial evaluating the effectiveness of a web-based stress management program among community college students. *Anxiety, Stress, & Coping*, 28, 576-586.

80.     Sayer, N., Orazem, R., Noorbaloochi, S., Gravely, A., Murdoch. M., Frazier, P., & Oleson, H. (2015).  Iraq and Afghanistan War Veterans with Reintegration Problems: Differences by VA User Status. *Administration and Policy in Mental Health and Mental Health Services Research, 42.* 493-503.

81.     *Marshall, E., Frazier, P., *Frankfurt, S., & Kuijer, R. (2015). Trajectories of posttraumatic growth and depreciation following two major earthquakes. *Psychological Trauma: Theory, Research, Practice, and Policy, 7,* 112-121.

82.     Frazier, P. & *Caston, J. (2015). Event controllability moderates the relation between perceived control and adjustment to stressors. *Journal of Loss and Trauma. International Perspectives on Stress & Coping,* 20, 526-540

83.     *Nguyen-Feng, V. N., Frazier, P. A., *Greer, C. S., *Howard, K. G., *Paulsen, J. A., *Meredith, L., & *Kim, S. (2015). A randomized controlled trial of a web-based intervention to reduce distress among students with a history of interpersonal violence. *Psychology of Violence, 5*, 444-454.

84.     Sayer, N., Noorbaloochi, S., Frazier, P., Pennebaker, J., Orazem, R., Schnurr, P., Murdoch, M., Carlson, K., Gravely, A., & Litz, B. (2015). Randomized controlled trial of online expressive writing to address readjustment difficulties among US Afghanistan and Iraq war veterans. *Journal of Traumatic Stress, 28,* 381-390.

85.     *Hirai, R., Frazier, P., & Syed, M. (2015). Psychological and sociocultural adjustment of international students: Trajectories and predictors. *Journal of Counseling Psychology*, 62, 438-452.

86.     *Frankfurt, S., Frazier, P., Syed, M., & *Jung, K.R. (2016). Methods for identifying heterogeneity in patterns of change: Does everyone change similarly? *The Counseling Psychologist, 44,* 622-660.

87.    Misono, S., *Meredith, L., Peterson, C.B., & Frazier, P.A. (2016). New perspective on psychosocial distress in patients with dysphonia: The moderating role of perceived control. *Journal of Voice*, 30, 172-176.

88.    Frazier, P., Richards, D., Hofmann, S., Beidel, D., Palmieri, P., Mooney, J., & Bonner, C. (2016). Effectiveness and acceptability of internet-delivered treatment for depression, anxiety and stress in university students: Protocol for an open feasibility trial. *Pilot and Feasibility Studies*, 2:28.

89.     *Frankfurt, S., & Frazier, P. (2016, May 23). A review of research on moral injury in combat veterans. *Military Medicine*. Advance online publication

90.    *Baker, M. R., Frazier, P. A., Greer, C. S., *Paulsen, J. A., *Howard, K., *Meredith, L., Anders, S., & Shallcross, S. (2016, February 25). Sexual victimization history predicts academic performance in college women. *Journal of Counseling Psychology*. Advance online publication.

91.    Frazier, P., *Nguyen-Feng, V., *Fulco, C., Anders, S., & Shallcross S. (2016, June 30). Mediators of the relation between past sexual victimization and current distress. *Psychological Trauma: Theory, Research, Practice, and Policy*. Advance online publication

**BOOK CHAPTERS (* indicates student co-author)**

1.    Borgida, E., Frazier, P., & Swim, J. (1987).  Prosecuting sexual assault:  The use of expert testimony on rape trauma syndrome.  In A. Burgess & R. Hazelwood (Eds.), *Practical aspects of rape investigations:  A multidisciplinary approach* (pp. 347-360).  New York:  Elsevier.

2.    Hills, H., & Frazier, P. (1990).  Minority voices in counseling:  Themes and counterthemes.  In P. P. Heppner (Ed.), *Pioneers in counseling and human development: Personal and professional perspectives* (pp. 179-181).  Washington, DC:  AACD.

3.    Heppner, P.P., & Frazier, P. (1992).  Social psychological processes in psychotherapy: Extrapolating basic research to counseling psychology.  In S.D. Brown & R.W. Lent (Eds.), *Handbook of counseling psychology: Vol. 2* (pp. 141-175).  New York: Wiley.

4.    Frazier, P., *Candell, S., *Arikian, N., & *Tofteland, A. (1994).  Rape survivors and the legal system.  In M. Costanzo and S. Oskamp (Eds.), *Violence and the Law* (pp. 135-158).  Newbury Park, CA: Sage.

5.    Frazier, P., & *Seales, L. (1997).  Acquaintance rape is real rape.  In M. Schwartz (Ed.), *Researching sexual violence against women: Methodological and personal perspectives*.  Thousand Oaks, CA: Sage.

6.     Frazier, P., & Borgida, E. (1997).  The scientific status of research on rape trauma syndrome.  In D. Faigman, D. Kaye, M. Saks, & J. Sanders (Eds). *Modern scientific evidence: The law and science of expert testimony, Vol. 1* (pp. 414-435).  St. Paul, MN: West.

7.     Frazier, P.  (1999). The scientific status of research on rape trauma syndrome.  In D. Faigman, D. Kaye, M. Saks, & J. Sanders (Eds) *Modern scientific evidence: The law and science of expert testimony* (pp. 83-96).  St. Paul, MN: West.

8.     Frazier, P.  (2000). The scientific status of research on rape trauma syndrome.  In D. Faigman, D. Kaye, M. Saks, & J. Sanders (Eds). *Modern scientific evidence: The law and science of expert testimony, Vol. 1* (pp. 112-126).  St. Paul, MN: West.

9.     Frazier, P., *Steward, J., *Tashiro, T., & *Rosenberger, S. (2001). Chapter 36: Responding to sexual assault. In E. R. Welfel and R. E. Ingersoll (Eds.), *The Mental Health Desk Reference* (pp. 252-258). New York: Wiley.

10.    Frazier, P.  (2002). The scientific status of research on rape trauma syndrome: Rape trauma syndrome, § 13-2.0. In D. Faigman, D. Kaye, M. Saks, & J. Sanders (Eds). *Modern scientific evidence: The law and science of expert testimony, 2nd. Ed.* (pp. 117-143). St. Paul, MN: West.

11.    Frazier, P., Oishi, S., & *Steger, M. (2003). Assessing optimal human functioning. In B. Walsh (Ed.), *Counseling Psychology and Optimal Human Functioning* (pp. 251-278). Mahwah, NJ: Erlbaum.

12.    Frazier, P. (2005). Positive and negative life changes following sexual assault. In F. Flach & S. Powell (Eds.), *Issues in Domestic Violence, Volume 2* (pp. 13-24). Long Island City, NY: Hatherleigh.

13.     *Tashiro, T., Frazier, P., & *Berman, M. (2006). Stress-related growth following divorce and relationship dissolution. In M. Fine and J. Harvey (Eds.), *Handbook of Divorce and Relationship Dissolution (pp. 361-384)*. Mahwah, NJ: Erlbaum.

14.    Frazier, P., *Conlon, A., *Steger, M., *Tashiro, T., & *Glaser, T. (2006). Positive life changes following sexual assault: A replication and extension.  In F. Columbo (Ed.), *Post-traumatic Stress: New Research (pp. 1-22)*. Hauppauge, NY: Nova Science Publishers. Reprinted in *Journal of Current Issues in Crime, Law, and Law Enforcement*, 1, 299-320.

15.    Frazier, P., *Conlon, A., *Tashiro, T., & *Sass, S. (2007).  Post traumatic growth: Finding meaning through trauma. In P. Wong, L. Wong, M. McDonald, & D. Klaassen (Eds.), *The positive psychology of meaning and spirituality (pp. 163-170).* Abbotsford BC, Canada: INPM Press. Reprinted in International Journal of Existential Psychology and Psychotherapy.

16.    Frazier, P., & *Berman, M. (2008). Posttraumatic growth following sexual assault. In S. Joseph and P. Alex Linley (Eds). *Trauma, recovery, and growth: Positive psychological perspectives on posttraumatic stress (pp. 161-181).* Hoboken, NJ: John Wiley and Sons.

17.    *Berman, M., *Tashiro, T., & Frazier, P. (2008). Personal growth after relationship breakups. In S. Lopez (Ed.), *Positive Psychology: Exploring the best in people (pp. 29-48).* Westport, CT: Greenwood Publishing Group.

18.    Frazier, P., & Ledray, L. (2010). Victim impact and recovery. In L. Ledray, A. Burgess, & A. Giardino (Eds.), *Medical Response to Adult Sexual Assault: A Resource for Professionals Working with Children and Families.* St. Louis, MO: GW Medical Publishing.

19.    Frazier, P. (2012). Trauma psychology. In Altmaier, E. M., & Hansen, J. C. (Eds.), *The Oxford handbook of counseling psychology* (pp. 807-836). New York: Oxford University Press.

20.    Frazier, P. (2014). Perceived control over traumatic events: Is it always adaptive? In I. Vanfraechem, A. Pemberton, & F. Ndahinda (Eds.), *Justice for victims: Perspectives on rights, transition and reconciliation (pp. 265-276).* Routledge Press: London.

21.    Frazier, P., Tennen, H., & *Meredith, L. (2016). Three Generations of Research on Perceived Control (pp. 171-199). In J. Reich and F. Infurna (Eds.), *Perceived Control: Theory, Research, and Practice in the First 50 Years.* Oxford University Press.

22.    Frazier, P., *Nguyen-Feng, V, & *Baker, M (2017). Reconstructing meaning after sexual assault. In E. Altmaier (Ed.), *Reconstructing meaning after trauma.* Elsevier Publishing.


## OTHER PUBLICATIONS

23.    Frazier, P. (1989). Book review: [G. Stricker & R. H. Keisner (Eds.), From Research to Clinical Practice: The Implications of Social and Developmental Research for Psychotherapy]. *Journal of Integrative and Eclectic Psychotherapy, 8,* 390-393.

24.    Frazier, P. (1992, September). Capital punishment revisited: What do psychologists have to offer? *APA Monitor*, 10.

25.    Frazier, P. (1992). Review of *The Compleat Therapist. Contemporary Psychology, 37,* 87.

26.    Frazier, P. (1992). New trends in career counseling. *Contemporary Psychology, 37,* 597.

27.    Frazier, P. (1992). Bridging the gap between science and practice. *Contemporary Psychology, 37,* 881-882.

28.     Frazier, P. (1992).  A new approach to conceptualizing adaptation to trauma. *Contemporary Psychology, 37,* 909-910.

29.     Frazier, P. (1993, March).  Should only peer-reviewed research be admissible in court? *APA Monitor*, 12.

30.     Frazier, P. (1993, June).  How will the Supreme Court define sexual harassment? *APA Monitor*, 5.

31.     Frazier, P. (1993).  The prosecution of rapists.  *Center for Urban and Regional Affairs Reporter, 23* (3), 1-6.

32.     Frazier, P. (1994, March).  Did Mike Tyson receive a fair trial? *APA Monitor*, 20.

33.     Frazier, P. (1995, March).  Regulating lawyer/client sexual relationships.  *APA Monitor*,

34.     Frazier, P. (1995).  An ethics book for British counselors.  *Contemporary Psychology, 40,* 538-539.

35.     Frazier, P., & *Hunt, J. (1997, March).  Supreme Court may consider statute of limitation in repressed memory case.  *APA Monitor*, 19.

36.     Frazier, P. (1997).  Overview of sexual harassment from the behavioral science perspective. In *National Institute on Sexual Harassment*.  Chicago:  American Bar Association.

37.     Frazier, P. (2008). Rape trauma syndrome. In B. Cutler (Ed.), *Encyclopedia of Psychology and Law.*

38.     Frazier, P. (2008). Coping strategies of adult rape victims. In B. Cutler (Ed.), *Encyclopedia of Psychology and Law.*

39.     Frazier, P. (2009). Rape. In H. Reis & Sprecher, S. (Eds.), *Encyclopedia of Human Relationships.* Thousand Oaks, CA: Sage.

40.     Frazier, P. (2009). The silver lining: Positive transformation following traumatic events. *Wellness Works*. University of Minnesota.

41.     Frazier, P., Tennen, H., *Gavian, M., Park, C., Tomich, P., & Tashiro, T. (2009, December). Does self-reported post-traumatic growth reflect genuine positive change? *Canadian Psychological Association Trauma Section Newsletter* (pp. 1-14). Canadian Psychological Association. Montreal: Canada.

**PRESENTATIONS (* indicates student co-author)**

1.  Borgida, E., Brekke, N., & Frazier, P. (1983, October). *Syndrome evidence in court*. Paper presented at the meeting of the American-Psychology Law Society, Chicago.

2.  Frazier, P., & Borgida, E. (1986, August). *Juror common understanding of rape trauma syndrome evidence in court*. Paper presented at the annual meeting of the American Psychological Association, Washington, DC.

3.  Frazier, P. (1987, April). *Legal and clinical implications of current rape research*. Paper presented at the Minnesota State Inservice on Sexual Assault, Brainerd, Minnesota.

4.  Frazier, P. (1988, April). *Attributions of blame in victims of rape*. Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago.

5.  Frazier, P. (1988, June). *Client characteristics at a women's counseling center*. Paper presented at the annual  meeting of the National Women's Studies Association, Minneapolis.

6.  Frazier, P., & Borgida, E. (1988, August). *Multiple victimization experiences in rape victims*. Paper presented at the annual meeting of the American Psychological Association, Atlanta.

7.  Frazier, P., & *Burnett, J. (1989, May). *Social support and adjustment to rape*. Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago.

8.  Frazier, P. (1989, August). *Coping strategies of rape victims*. Paper presented at the annual meeting of the American Psychological Association, New Orleans.

9.  Frazier, P. (1989, August). *Victim characteristics and post-rape trauma*. Paper presented at the annual meeting of the American Psychological Association, New Orleans.

10. Frazier, P. (1990, March). *Factors affecting post-rape distress*. Paper presented at the annual meeting of the American Psychology-Law Society, Williamsburg, VA.

11. Frazier, P., & *Esterly, E.  (1990, May). *Mediators of gender differences in relationship beliefs*. Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago.

12. Frazier, P., & *Kosar, M. (1990, July). *Social support and bereavement:  Perceptions of support recipients and providers*. Paper presented at the Fifth International Conference on Personal Relationships, Oxford, England.

13. *Cook, S., & Frazier, P. (1990, August). *Predictors of distress following relationship dissolution*. Paper presented at the annual meeting of the American Psychological Association, Boston.

21

14.     Frazier, P. (1990, August).  *A comparative study of male and female rape victims*.  Paper presented at the annual meeting of the American Psychological Association, Boston.

15.     Frazier, P., *Morrow, K., & Thoreson, R. (1990, August).  *Work stress and social support among male and female faculty members*.  Paper presented at the annual meeting of the American Psychological Association, Boston.

16.     Thoreson, R., *Morrow, K., Frazier, P., & Kerstner, P. (1991, April).  *Needs and concerns of women in AACD: Preliminary results*.  Paper presented at the annual meeting of the American Association of Counseling and Development, Reno.

17.     Frazier, P., & *Byer, A. (1991, May).  *Initial attraction as a function of adult attachment style*.  Paper presented at the Third Iowa/International Network Conference on Personal Relationships, Bloomington, IL.

18.     Frazier, P., *Fischer, A., *Wright, D., & *DeBord, K. (1991, May).  *Adult attachment style, partner selection, and relationship satisfaction*.  Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago.

19.     Frazier, P. (1991, May).  *Gender, stereotypes, and behavior*.  Moderator of paper session at the annual meeting of the Midwestern Psychological Association, Chicago.

20.     *Bartels, K., & Frazier, P. (1991, August).  *Attachment style, social support, and stress: Relations to college adjustment*.  Paper presented at the annual meeting of the American Psychological Association, San Francisco.

21.     Thoreson, R., *Morrow, K., Frazier, P., & Lukin, L. (1991, August).  *Work satisfaction and stress in a research university*.  Paper presented at the annual meeting of the American Psychological Association, San Francisco.

22.     Thoreson, R., *Shaughnessy, P., Frazier, P., & Heppner, P. (1991, August).  *Attitudes toward and engagement in sexual contact: A comparison of male and female professionals*. Paper presented at the annual meeting of the American Psychological Association, San Francisco.

23.     *Dahl, K., & Frazier, P. (1992, May).  *Psychosocial correlates of treatment compliance among renal transplant recipients*.  Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago.

24.     Frazier, P., & *Dahl, K. (1992, June).  *Both own and spouse coping strategies are associated with post-transplant adjustment*.  Paper presented at the 1992 convention of the American Psychological Society, San Diego.

25.     Frazier, P., & *Olson, H. (1992, July).  *Attributions about relationships among unmarried adults*.  Paper presented at the Sixth International Conference on Personal Relationship, Orono, Maine.

26.     Frazier, P., & *Schauben, L. (1992, August).  *Causal attributions and recovery from rape: Implications for counseling*.  Paper presented at the 1992 meeting of the American Psychological Association, Washington, D.C. (ERIC Document Reproduction Service No. ED 354 461).

27.     *Cochran, C., & Frazier, P. (1992, August).  *Sexual harassment on campus: Prevalence, definitions, and responses*.  Paper presented at the 1992 meeting of the American Psychological Association, Washington, D.C.

28.     *Shaughnessy, P., Thoreson, R., Frazier, P., Good, G., & *Bartels, K. (1992, August).  *Distress among counseling psychologists: A national survey*.  Paper presented at the 1992 meeting of the American Psychological Association, Washington, D.C.

29.     Frazier, P., *Candell, S., *Jursik, N., & *Tofteland, A. (1993, May).  *Legal outcomes and postrape recovery*.  Poster presented at the 1993 meeting of the MN Psychological Association, Minneapolis.

30.     Frazier, P., *Benson, S., *Losoff, A., & *Maurer, S. (1993, May).  *Life satisfaction and attitudes toward marriage among unmarried adults*.  Poster presented at the 1993 meeting of the Minnesota Psychological Association, Minneapolis.

31.     *Schauben, L., & Frazier, P. (1993, May).  *The effects of working with sexual assault survivors*.  Poster presented at the 1993 meeting of the Minnesota Psychological Association, Minneapolis.

32.     *Candell, S., Frazier, P., *Jursik, N., & *Tofteland, A. (1993, August).  *Legal outcomes in rape cases:  Case attrition and postrape recovery*.  Poster presented at the 1993 meeting of the American Psychological Association, Toronto.

33.     Frazier, P., *Valtinson, G., & *Candell, S. (1993, August).  *An evaluation of a rape prevention program*.  Poster presented at the 1993 meeting of the American Psychological Association, Toronto.  (ERIC Document Reproduction Service No. ED 370 033).

34.     Frazier, P., *Harlow, T., *Schauben, L., & *Byrne, C. (1993, August).  *Predictors of postrape trauma*.  Paper presented at the 1993 meeting of the American Psychological Association, Toronto.  (ERIC Document Reproduction Service No. ED 370 032).

35.     *Davis-Ali, S., Frazier, P., & *Krasnoff, A. (1994, July).  *Coping and adjustment among patients and their significant others*.  Paper presented at the 7th International Conference on Personal relationships, Groningen, The Netherlands.

36.     *Schauben, L, & Frazier, P. (1994, August).  *Vicarious trauma among sexual violence counselors*.  Paper presented at the 1994 meeting of the American Psychological Association, Los Angeles.

37.     Frazier, P. (1994, November).  *Gender differences in responses to sexual harassment*. Paper presented at the International Conference on Violence Against Women, Hong Kong.

38.     Frazier, P., & Ledray, L. (1994, November).  *Legal system responses to rape*.  Paper presented at the International Conference on Violence Against Women, Hong Kong.

39.     Frazier, P., & Ledray, L. (1994, November).  *Predictors of postrape trauma*.  Paper presented at the International Conference on Violence Against Women, Hong Kong.

40.     *Cochran, C., *Olson, A., & Frazier, P. (1995, May).  *Sexual harassment in academia: Outcomes of informal and formal reporting*.  Paper presented at the annual meeting of the Society for Industrial and Organizational Psychology.

41.     Frazier, P., *Krasnoff, A., & *Port, C.  (1995, August).  *The role of religion in coping with chronic medical conditions*.  Poster presented at the annual meeting of the American Psychological Association, New York.

42.     Frazier, P., *Byrne, C., & *Klein, C.  (1995, August).  *Resilience among sexual assault survivors*.  Poster presented at the annual meeting of the American Psychological Association, New York.

43.     *Schauben, L., & Frazier, P. (1995, November).  *Vicarious trauma:  The effects on female counselors of working with sexual violence survivors*.  Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, Boston.

44.     *Arikian, N., *Port, C., *Tix, A., & Frazier, P.  (1996, May).  *Social support processes among transplant patients and their significant others*.  Poster presented at the annual meeting of the Minnesota Psychological Association.  (Winner of MPA Graduate Student Research Award).

45.     Frazier, P., *Byrne, C., *Klein, C., & *Seales, L. (1996, August).  *Causal attributions, perceived control, and coping strategies as predictors of postrape recovery*.  Poster presented at the XXVI International Congress of Psychology, Montreal.

46.     Frazier, P., *Arikian, A., *Port, C., & *Tix, A. (1996, August).  *Control appraisals, coping strategies, and adjustment*.  Poster presented at the annual meeting of the American Psychological Association, Toronto.

47.     Frazier, P. (1997, May).  *Trauma experiences and PTSD among a random sample of women*.  Paper presented at the annual meeting of the Minnesota Psychological Association, Rochester, MN.

48.     Frazier, P. (1997, May).  *Work force issues in psychology*.  Panel presentation at the annual meeting of the Minnesota Psychological Association, Rochester, MN.

49.     Frazier, P., *Byrne, C., *Glaser, T., *Hurliman, E., *Iwan, A., & *Seales, L. (1997, August). *Multiple traumas and PTSD among sexual assault survivors*. Paper presented at the annual meeting of the American Psychological Association, Chicago, IL.

50.     *Hunt, J., Frazier, P., *Glaser, T., *Haney, B., & *Hurliman, E. (1998, March). *Attitudes of victims and police officers toward the prosecution of domestic violence*. Poster presented at the American Psychology-Law Society Biennial Conference, Redondo Beach, CA.

51.     Frazier, P. & *Hurliman, E. (1998, May). *Issues in Diagnosing Post Traumatic Stress Disorder*. Paper presented at the annual meeting of the Minnesota Psychological Association, Brainerd, MN.

52.     Frazier, P., *Tix, A., & *Klein, C. (1998, June). *Pathways through which caregiver coping affects patient adjustment*. Paper presented at the 9th International Conference on Personal Relationships, Saratoga Springs, NY.

53.     *Phelps, L., & Frazier, P. (1998, August). *Correlates of mental and physical health outcomes among kidney donors*. Poster presented at the annual meeting of the American Psychological Association, San Francisco, CA.

54.     *Tix, A., Frazier, P., & *Klein, C. (1998, August). *Antecedents and consequences of caregiver stress and psychological symptomatology*. Paper presented as part of symposium on Family Ties and Family Outcomes Across the Transplant process at the annual meeting of the American Psychological Association, San Francisco, CA.

55.     Frazier, P., & *Hurliman, E. (1998, November). *Prevalence of PTSD following Non-Criterion A Events*. Paper presented at the 14th annual meeting of the International Society for Traumatic Stress Studies, Washington, DC.

56.     Frazier, P., *Iwan, A., & *Glaser, T. (1998, November). *Posttraumatic growth following sexual assault: Prevalence and predictors*. Paper presented at the 14th annual meeting of the International Society for Traumatic Stress Studies, Washington, DC.

57.     *Rosenberger, S., Frazier, P., & *Moore, N. (2000, August*). Correlates of service utilization among sexual assault survivors*. Poster presented at the annual meeting of the American Psychological Association, Washington, DC.

58.     *Barnett, L., *Tix, A., & Frazier, P. (2001, March*). Relationship satisfaction moderates the effects of social support*. Poster presented at the National Counseling Psychology Conference, Houston, TX.

59.     *Byrne, C., & Frazier, P. (2001, March). *Cross-cultural differences in psychological distress*. Poster presented at the National Counseling Psychology Conference, Houston, TX.

60.    *Steward, J., & Frazier, P. (2001, March). *Attributions, control, coping and postrape symptoms*. Poster presented at the National Counseling Psychology Conference, Houston, TX.

61.    Frazier, P. (2001, March). *Posttraumatic growth following sexual assault*. Chair of symposium presented at the National Counseling Psychology Conference, Houston, TX.

62.    *Tashiro, T., *Glaser, T., *Hoesing, R., & Frazier, P. (2001, March). *Timing and course of posttraumatic growth*. Paper presented in symposium on Posttraumatic growth following sexual assault, National Counseling Psychology Conference, Houston, TX.

63.    *Conlon, A., *Steger, M., *Berman, M., & Frazier, P. (2001, March). *Correlates and predictors of posttraumatic growth.* Paper presented in symposium on Posttraumatic growth following sexual assault, National Counseling Psychology Conference, Houston, TX.

64.    *Tashiro, T., & Frazier, P. A. (2001 August). *Personal growth following relationship dissolution.* Paper presented at the Positive Psychology Summer Institute, Sea Ranch, CA.

65.    Frazier, P., *Berman, M., *Steger, M., & *Tashiro, T. (2001, October). *Timing and course of posttraumatic growth*. Paper presented at the Third Positive Psychology Summit, Washington, DC.

66.    Frazier, P., *Steger, M., *Berman, M., & *Tashiro, T. (2001, October). *Correlates of posttraumatic growth and distress*. Poster presented at the Third Positive Psychology Summit, Washington, DC.

67.    *Tashiro, T., Frazier, P. A., *Humbert, R., & *Smith, J. (2001 October). *Personal growth following romantic relationship breakups.* Poster presented at the Positive Psychology Summit, Washington, D. C.

68.    Frazier, P., *Berman, M., *Steger, M., *Mortensen, H., *Steward, J., & *Taketa, L. (2002, May). *The impact of terrorism and the role of perceived control*. Paper presented at the annual meeting of the Minnesota Psychological Association, Minneapolis, MN.

69.    *Tashiro, T., & Frazier, P. (2002, May). *Growth following relationship loss*. Paper presented at the annual meeting of the Minnesota Psychological Association, Minneapolis, MN.

70.    *Steger, M., & Frazier, P. (2002, May). *Coping with sexual assault and bereavement*. Paper presented at the annual meeting of the Minnesota Psychological Association, Minneapolis, MN.

71.    Meier, S., & Frazier, P. (2002, August). *Integrating science and practice in Counseling Psychology Practica*. Co-chairs of roundtable discussion at the annual meeting of the American Psychological Association, Chicago, IL.

72. *Steger, M., & Frazier, P. (2002, October). *Meaning and growth after 9.11.02*. Poster presented at the Fourth Positive Psychology Summit, Washington, DC.

73. *Mortensen, H., Frazier, P., & *Steward, J. (2003, August). *Perceived control and adjustment to trauma: A comparison across events*. Poster presented at the annual meeting of the American Psychological Association, Toronto.

74. *Berman, M., *Seiner, A., & Frazier, P. (2003, August). *College students' experiences of dating, relationship breakups, and infidelity*. Poster presented at the annual meeting of the American Psychological Association, Toronto.

75. *Steger, M. F., Frazier, P., & Oishi, S. (2003, October). *The Meaning in Life Questionnaire (MLQ): A psychometrically sound measure of meaning and purpose in life*. Poster presented at 2nd International Positive Psychology Summit, Washington, DC.

76. *Tashiro, T., & Frazier, P. (2003, October). *The effects of positive emotion on attributions in romantic relationships*. Poster presented at 2nd International Positive Psychology Summit, Washington, DC.

77. Frazier, P. (2003, November). *The role of perceived control in recovery from sexual assault*. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

78. Frazier, P., & Gibbons, R. (2004, January). *Evaluating the Green M & M Project and peer educator training*. Paper presented at the Technical and Training Institute for recipients of grants to reduce violence against women on campus, Los Angeles, CA.

79. *Steger, M., Frazier, P., & Oishi, S. (2004, April). *Development and validation of the Meaning in Life Questionnaire*. Poster presented at the VII European Conference on Psychological Assessment, Malaga, Spain.

80. *Tashiro, T., & Frazier, P. (2004, July). *The effect of emotion on attributions in close relationships*. Paper presented at the conference for the International Association for Relationship Research, Madison, WI.

81. *Berman, M.I. & Frazier, P.A. (2004, July). *Cheaters and victims after infidelity: Links between perceived control, forgiveness, relationship quality and psychological distress*. Poster presented at the Conference of the International Association of Relationships Researchers, Madison, WI.

82. *Berman, M.I. & Frazier, P.A. (2004, July). *Victims' reactions to infidelity: A challenge to evolutionary psychological theories?* Poster presented at the Conference of the American Psychological Association, Honolulu, HI.

83.     Frazier, P., *Wendland, A., *Gillis, H., *Drucker, J., *Belmore, S., *Castellanos, P., *Wolf, S., & *Anderson, I. (2005, April). *Prevalence and effects of trauma: Best practices in undergraduate research.* Poster to be presented at the annual meeting of the Minnesota Psychological Association, Minneapolis, MN.

84.     Frazier, P., & *Kaler, M. (2005, May). *Assessing the validity of self-reports of stress-related growth.* Poster presented as the Positive Life Changes, Benefit-finding and Growth Following Illness Conference, Storrs, Ct.

85.     Frazier, P., *Berg, K., *Berman, M., *Gillis, H., *Sherr, L., *Song, S, & *Wendland, A. (2005, August). *Mediators of the relation between emotional abuse and eating disorder symptoms.* Poster presented at the annual meeting of the American Psychological Association, Washington, DC.

86.     Frazier, P., & Park, C. (2005, August). *Measurement and validity of stress-related growth: Cutting edge issues.* Co-chair of symposium at the annual meeting of the American Psychological Association, Washington, DC.

87.     Frazier, P., & *Kaler, M. (2005, August). *Assessing the validity of self-reports of stress-related growth.* Paper presented as part of a symposium at the annual meeting of the American Psychological Association, Washington, DC.

88.     *Berman, M., *Sherr, L., *Song, S., *Berg, K., & Frazier, P. (2006, January). *Testing interactive models of eating disordered behavior.* Poster presented at the annual meeting of the Society of Personality and Social Psychology, Palm Springs, CA.

89.     Frazier, P., *Berg, K., *Song, S., *Sherr, L., & *Berman, M, (2006, January). *Mediators of gender differences in eating disordered behavior.* Poster presented at the annual meeting of the Society of Personality and Social Psychology, Palm Springs, CA.

90.     Frazier, P., *Berg, K., *Sherr, L., *Savela, A., & *Berman, M. (2006, September). *Changes in eating disorder symptoms in college women.* Poster presented at the Deborah E. Powell Center for Women's Health Women's Health Research Conference, Minneapolis, MN.

91.     *Marut, E., Frazier, P., Ledray, L., & Peters, J. (2006, September). *Sexual assault survivors' experiences in the emergency department.* Poster presented at the Deborah E. Powell Center for Women's Health Women's Health Research Conference, Minneapolis, MN.

92.     Frazier, P. (2007, August). *Studying distress from a counseling psychology perspective.* Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

93.     *Glaser, T., & Frazier, P. (2007, August). *Can mindfulness meditation enhance the counselor-client relationship?* Poster presented at the annual meeting of the American Psychological Association, San Francisco, CA.

94.     *Keenan, N., Frazier, P., *Shallcross, S., *Perera, S., & *Anders, S. (2007, August). *Development of a measure of perceived control over stressful life events.* Poster presented at the annual meeting of the American Psychological Association, San Francisco, CA.

95.     *Bemis, J., Frazier, P., *Goski, T., *Weisberg, Y., & Simpson, J. (2007, August). *Can a psychoeducational intervention enhance young adults adaptive relationship beliefs and promote positive relationship outcomes?* Poster presented at the annual meeting of the American Psychological Association, San Francisco, CA.

96.     Frazier, P. (2007, August). Chair of symposium entitled *Prevalence and effects of traumatic life events among university students.* Annual meeting of the American Psychological Association, San Francisco, CA.

97.     Frazier, P., *Gavian, M., *Perera, S., & *Anders, S. and the Prospective Trauma Study Team (2007, August). *Prevalence of traumatic events among university students.* Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

98.     Tashiro, T., & Skjei, K. and the Prospective Trauma Study Team (2007, August). *Positive and negative life changes and distress following traumatic events.* Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

99.     Tomich, P. and the Prospective Trauma Study Team (2007, August). *Different traumatic life events: Different amounts of distress or growth?* Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

100.    Park, C., & Mills, M.A. and the Prospective Trauma Study Team (2007, August). *Comparing individuals who have and have not experienced trauma.* Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

101.    Frazier, P., *Anders, S., *Gavian, M., *Perera, S., *Frankfurt, S., *Kingsbury, L., and the Prospective Trauma Study Team (2007, November). *Lifetime and recent trauma prevalence among university students.* Poster presented at the annual meeting of the International Society of Traumatic Stress Studies, Baltimore, MD.

102.    Park, C., Tennen, H., Mills, M.A., and the Prospective Trauma Study Team (2007, November). *Self-reported growth among trauma survivors.* Poster presented at the annual meeting of the International Society of Traumatic Stress Studies, Baltimore, MD.

103.    Tomich, P., and the Prospective Trauma Study Team (2007, November). *Correlates of perceived growth versus actual change.* Poster presented at the annual meeting of the International Society of Traumatic Stress Studies, Baltimore, MD.

104.     Tashiro, T., Skjei, K., and the Prospective Trauma Study Team (2007, November). *Comparisons between trauma and no-trauma groups on self-reported growth*. Poster presented at the annual meeting of the International Society of Traumatic Stress Studies, Baltimore, MD.

105.     *Gavian, M., Frazier, P. and the Prospective Trauma Study Team (2008, March). *Pre and post trauma risk and protective factors for posttraumatic stress symptoms: A prospective investigation*. Poster presented at the International Counseling Psychology Conference, Chicago, IL.

106.     *Berg, K., Frazier, P., & *Sherr, L. (2008, March). *Change in eating disorder symptoms in college women*. Poster presented at the International Counseling Psychology Conference, Chicago, IL.

107.     Frazier, P., *Anders, S., *Gavian, M., *Perera, S., *Frankfurt, S., & the Prospective Trauma Study Team (2008, March). *Change in spirituality and religiosity following traumatic events*.  Symposium presented at the International Counseling Psychology Conference, Chicago, IL.

108.     *Kaler, M., Frazier, P., *Anders, S., and the Prospective Trauma Study team. (2008, March). *Psychometric properties of the World Assumptions Scale*. Poster presented at the International Counseling Psychology Conference, Chicago, IL.

109.     *Keenan, N., Frazier, P., *Perera, S., *Anders, S., *Shallcross, S., & *Krogmann, M. (2008, March).  *Further validation of a new measure of perceived control over stressful events*. Poster presented at the International Counseling Psychology Conference, Chicago, IL.

110.     *Shallcross, S., *Bemis, J., Frazier, P., & Simpson, J. (2008, March). *Correlates of perceived responses to capitalization attempts*. Poster presented at the International Counseling Psychology Conference, Chicago, IL.

111.     *Sherr, L., Frazier, P., Gross, C., & Kreitzer, M. J. (2008, March). *Mechanisms of Mindfulness*. Poster presented at the International Counseling Psychology Conference, Chicago, IL.

112.     O'Brien, K., Wydra, M., Berbery, M., & Frazier, P. (2008, March).  *Lifespan experiences of parents who adopted internationally*. Symposium presented at the International Counseling Psychology Conference, Chicago, IL.

113.     *Schieve, L., *Rodnyansky, M., & Frazier, P. (2008, April). *Traumatic life events experienced by undergraduate students*. Poster presented at the Minnesota Undergraduate Psychology Conference, St. Paul, MN.

114.     *Frankfurt, S., & Frazier, P. (2008, April). *Assessing the validity of the diagnostic criteria for PTSD*. Poster presented at the Minnesota Undergraduate Psychology Conference, St. Paul, MN.

115.     *Shallcross, S., & Frazier, P. (2008, August). *Gender moderates the relations among measures of social support and adjustment in transplant patients*. Poster presented at the International Association of Relationship Research Conference, Providence, RI.

116.     Gross, C., Kreitzer, M. J., Thomas, W., Reilly-Spong, M., Schomaker, E., Ibrahim, H., Cramer-Bornemann, M., & Frazier, P. (2008, October). *Mindfulness training to reduce symptom distress in organ transplant recipients: Results of an RCT.* Paper presented at the 2008 National State of the Science Congress in Nursing Research, Washington, DC.

117.     *Hirai, R., Frazier, P., *Anders, S., *Perera, S., & *Gavian, M. (2008, November). *Mediators of the relationship between pre-trauma self-esteem and post-trauma PTSD symptoms.* Poster presented at the annual meeting of the International Society of Traumatic Stress Studies, Chicago, IL.

118.     *Gavian, M., *Perera, S., Frazier, P., Johnson, D., & Spring, M. (2008, November). *From war to asylum: Stress and coping behaviors of East African refugees*. Poster presented at the annual meeting of the International Society of Traumatic Stress Studies, Chicago, IL.

119.     *Shallcross, S.L., *Howland, M., *Bemis, J., Simpson, J.A., & Frazier, P.A., (February, 2009). *Avoidant attachment style and rejection sensitivity predict underestimation of partner responsiveness in capitalization interactions*. Poster presented at the meeting of the Society for Personality and Social Psychology, Tampa, FL.

120.     *Howland, M., *Shallcross, S.L., Simpson, J.A., Frazier, P.A., & Bemis, J., (February, 2009). *Still happy 3 months later? Capitalization, responsiveness, and subsequent relationship quality.* Poster presented at the meeting of the Society for Personality and Social Psychology, Tampa, FL.

121.     Gross, C., Kreitzer, M. J., Thomas, W., Reilly-Spong, M., Ibrahim, H., Cramer-Bornemann, M., Nyman, J., & Frazier, P. (2009, March). *Mindfulness Training to Reduce Symptoms in Solid Organ Transplant Recipients: Results of a Randomized Controlled Trial.* Paper presented at the American Psychosomatic Society 67th Annual Scientific Meeting, Chicago, IL.

122.     Gross CR, Kreitzer MJ, Thomas W, Reilly-Spong M, Schomaker EK, Ibrahim HN, Cramer-Bornemann M, Nyman J, & Frazier P. (2009, March). *Sustainability of Treatment Impact in a Trial of Mindfulness Training to Reduce Symptoms in Transplant Patients.* Paper presented at the Midwest Nursing Research Society, 33rd Annual Conference, Minneapolis, MN.

123.    Gross, C., Kreitzer, M. J., Thomas, W., Reilly-Spong, M., Ibrahim, H., Cramer-Bornemann, M., Nyman, J., & Frazier, P. (2009, May). *Results of a Double-Controlled Trial of Mindfulness Based Stress Reduction to Reduce Symptoms in Transplant Patients*. Paper presented at the North American Research Conference on Complementary and Integrative Medicine, Minneapolis, MN.

124.    *Anders, S.L., Frazier, P.A., *Keenan, N.K., *Perera, N.S., *Shallcross, S.L., & *Hintz, S. (2009). *Further validation of a new measure of perceived control over stressful events*. Poster presented at the 11th European Conference on Traumatic Stress, June 2009, Oslo, Norway.

125.    *Anders, S., *Frankfurt, S., & Frazier, P. (2009, August). PTSD Following Criterion A and Non-Criterion A Events. In P. Frazier (Chair), *New directions in trauma research*. Symposium conducted at the annual meeting of the American Psychological Association, Toronto.

126.    Sayer, N., Noorbaloochi, S., Frazier, P., Carlson, K., Gravely, A., & Murdoch, M. (2009, August). Reintegration problems and treatment preferences among recent veterans. In P. Frazier (Chair), *New directions in trauma research*. Symposium conducted at the annual meeting of the American Psychological Association, Toronto.

127.    *Shallcross, S., Frazier, P., & Simpson, J. (2009, August). Interpersonal trauma history and trust in current romantic relationships. In P. Frazier (Chair), *New directions in trauma research*. Symposium conducted at the annual meeting of the American Psychological Association, Toronto.

128.    *Gunty, A., Frazier, P., Tennen, H., Tashiro, T., & Tomich., P. (2009, August). Moderators of the relationship between perceived and actual posttraumatic growth. In P. Frazier (Chair), *New directions in trauma research*. Symposium conducted at the annual meeting of the American Psychological Association, Toronto.

129.    Sayer, N., Orazem, R., Frazier, P., Noorbaloochi, S., Schnurr, P., Litz, B., Carlson, K., Murdoch, M., & Pennebaker, J. (2009, September). *Military to Civilian: RCT of a web-based Expressive Writing Intervention*. Poster presented at the Military Health Research Forum, Kansas City, MO.

130.    *Gunty, A., Frazier, P., Tennen, H., and the Prospective Trauma Study Team (2009, November). *Cognitive processes involved in assessing post-traumatic growth*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Atlanta, GA.

131.    Park, C., Tennen, H., Frazier, P., Mills, M.A., & *Gunty, A. ((2009, November). *Prospective Predictors of Exposure to Potentially Traumatic Events*. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, Atlanta, GA.

132.    *Frankfurt, S., Frazier, P., and the Prospective Trauma Study Team (2009, November). *Predicting subsequent distress from measures of perceived and actual growth post-trauma*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Atlanta, GA. Honorable mention, Student Poster Award.

133.    *Kaler, M., Frazier, P., & *Anders, S. (2009, November). *The World Assumptions Questionnaire: Developing a Measure of the Assumptive World*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Atlanta, GA.

134.    *Keenan, N., Frazier, P.,*Anders, S., *Hintz, S., *Perera, S., *Shallcross, S., and the Prospective Trauma Study team (2010, January). *Perceptions of control over traumatic events and trauma outcomes*. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Las Vegas, NV.

135.    Frazier, P., & Kinkel, L. (2010, October). *Beyond Rajender: Pay Equity 30 Years Later*. Paper presented at the conference on Women in Higher Education: Power, Progress, and the Promise of Equality, Minneapolis, MN.

136.    *Hintz, S., Frazier, P., *Keenan, N., *Anders, S.,*Perera, S., & *Shallcross, S. (2010, November). *Development of a Measure of the Perceived Likelihood of Stressful Events*. Poster  presented at the annual meeting of the International Society for Traumatic Stress Studies, Montreal, CA.

137.    *Hirai, R., *Perera, S., Frazier, P., *Keenan, N., *Anders, S., *Shallcross, S., & *Hintz, S. (2010, November). *Racial differences in trauma prevalence among college students*. .Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Montreal, CA.

138.    *Greer, C., *Gabrielsen, S., Frazier, P., and the Prospective Trauma Study team (2010, November). *The relation between trauma exposure and prosocial behavior*.  Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Montreal, CA.

139.    *Anders, S., *Frankfurt, S., & Frazier, P. (2010, November). *Confirmatory factor analyses of three models of PTSD symptoms in a community sample of women*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Montreal, CA.

140.    *Shallcross, S., *Anders, S., & Frazier, P. (2010, November). *Beyond Criterion A: A closer look at the unique effects of negative interpersonal events*.  Paper presented at the annual meeting of the International Society for Traumatic Stress Studies, Montreal, CA.

141.    Sayer, N., Frazier, P., Orazem, R., Murdoch, M., Gravely, A., Carlson, K., *Hintz, S., & Noorbaloochi, S. (2011, February). *Psychometric Properties of a Measure of Post-Deployment Community Reintegration Difficulty*. Paper presented at the Veteran's Administration Health Services Research and Development Service National Meeting,

33

National Harbor, MD.

142.    *Frankfurt, S., Frazier, P., Tennen, H., Tomich, P., Park, C., & Tashiro, T. (2011, February). *Posttrauma distress and growth among University students*. Poster presented at the Big Ten Counseling Center Conference, Minneapolis, MN.

143.    Frazier, P., *Anders, S., *Perera, S., Tomich, P., Tennen, H., Park, C., & Tashiro, T. (2011, February). *Prevalence of traumatic events among University students*. Poster presented at the Big Ten Counseling Center Conference, Minneapolis, MN.

144.    *Greer, C., *Gabrielsen, S., Frazier, P., Tennen, H., Tomich, P., Park, C., & Tashiro, T. (2011, February). *Altruism born of suffering*. Poster presented at the Big Ten Counseling Center Conference, Minneapolis, MN.

145.    Barr, S., Resnick, H., Frazier, P., & Ledray, L. (2011, April). *Racial Differences in Acute Post Rape Reaction*s. Poster presented at the conference on "From Disparities Research to Disparities Interventions:  Lessons Learned and Opportunities for the Future of Behavioral Health Services", Arlington, VA.

146.    *Frankfurt, S., Frazier, P., & Syed, M. (2011, May). *Identifying Longitudinal Symptom Trajectories following Sexual Assault using Latent Growth Curve Analyses*. Poster presented at the European Conference on Traumatic Stress, Vienna, Austria.

147.    *Hirai, R., & Frazier, P. (2011, August). *Why Does English Matter? A Qualitative Study of International Students Experience*. Poster presented at the annual meeting of the American Psychological Association, Washington, DC.

148.    *Meredith, L., Frazier, P., *Keenan, N., *Anders, S., *Hintz, S., *Perera, S., *Shallcross, S., & *Howard, K. (2011, November). *Moderators of the Relations Between Perceived Control and Distress*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Baltimore, MD.

149.    *Frankfurt, S., & Frazier, P. (2011, November). *Identifying Longitudinal Symptom Trajectories Following Sexual Assault Using Latent Growth Curve Analyses*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Baltimore, MD.

150.    *Shallcross, S., *Anders, S., Frazier, P., *Paulsen, J., & *Meredith, L. (2011, November). *Adult Attachment and Posttraumatic Adjustment: A Prospective Analysis*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Baltimore, MD.

151.    *Hintz, S., Stark, T., Frazier, P., McLeod, R., Solberg, K., & Gutmann, A. (2012, April). *Outcome Measures for Mental Health Care Settings*. Presented at the annual meeting of the Minnesota Psychological Association, Minnetonka, MN.

152.     *Frankfurt, S., Frazier, P. & *Howard, K. (2012, May). *Identifying Posttrauma Outcome Trajectories Prospectively using Latent Class Growth Analysis (LCGA).* Poster presented at the 14th International Symposium,World Society of Victimology, The Hague, The Netherlands.

153.     *Howard, K., *Meredith, L., *Hintz, S., & Frazier, P. (2012, May). *Increasing Present Control Has a Positive Effect on Student Stress*. Poster presented at the annual conference of the American College Health Association, Chicago, IL.

**154.**     *Hintz, S., Frazier, P., *Meredith, L., *Weglarz, E., & *Wendel, E. (2012, August). *Development of an Online Intervention to Increase Present Control*. Poster presented at the annual meeting of the American Psychological Association, Orlando, FL.

155.     Fraher, R., Frazier, P., Hokanson, B., & *Greer, C. (2012, November). *Therapeutic Potential of Interactive Digital Media.* Paper presented at the International Digital Media and Arts Association (iDMAa) 2012 conference, Miami, Florida.

156.     *Shallcross, S. L., *Anders, S., Frazier, P. (2012, November). *Intentional harm and closeness moderate relations between attachment and posttrauma well-being*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Los Angeles, CA.

157.     *Frankfurt, S., *Anders, S., & Frazier, P. (2012, November). *Individual differences in PTSD symptom patterns: A latent class analysis*. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Los Angeles, CA.

158.     Belgrade, A. & Frazier, P. (2013, May). *Online Stress Intervention Based on Present Contro*l. Paper presented at the Minnesota undergraduate Psychology conference. Minnesota, Minneapolis, MN.

159.     Frazier, P., **Greer, C., *Hintz, S., *Howard, K., *Meredith, L., & *Paulsen, J. (May 2013). *Effectiveness of an Online Intervention for Student Stress*. Poster presented at the 6th International Society for Research on Internet Interventions, Chicago, IL

160.     *Bermingham, T., *Greer, C., Frazier, P., *Meredith, L., *Paulsen, J., *Howard, K., *Vu, A., *Belgrade, A., & *Kim, S. (September, 2013). *Sex Differences in the Effectiveness of an Online Stress Management Intervention*. Poster presented at the 10th Annual Powell Women's Health Conference, Minneapolis, Minnesota.

161.     *Howard, K., Frazier, P., *Greer, C., *Hintz, S., *Kim, S., *Meredith, L., *Paulsen, J., & *Vu, A. (October, 2013). *An Online Stress Prevention Intervention for Student Stress: Implications for Teaching and Learning*. Paper presented at the Academy of Distinguished Teachers Conference, Minneapolis, Minnesota.

162.     Frazier, P., *Meredith, L., *Greer, C., *Howard, K., *Paulsen, J., *Vu, A., *Van Kampen, E., *Bermingham, T., *Kim, S., *Belgrade, A., *Hintz, S., & *Nguyen, V.

(2013, November). *Evaluating an online stress management intervention for college students*. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies. Philadelphia, PA.

163.     *Frankfurt, S. & Frazier, P. (2013, November). *Predictors of Individual Differences in PTSD: A Latent Profile Analysis*. Poster presented at 29th annual meeting of the International Society for Traumatic Stress Studies, Philadelphia, PA.

164.     *Nguyen, V. N., Feng, S. L., Babber, S., Rankins, N. C., Frazier, P. A., & Blando, J. D. (2013, September). *Prenatal hot yoga and health: Knowledge, attitudes, and beliefs and ambient air measurements*. Poster session presented at the annual meeting of the Powell Center Women's Health Research Conference, Minneapolis, MN.

165.     Frazier, P. A., *Meredith, L., *Greer, C. S., *Howard, K. G., *Paulsen, J., *Vu, A., & *Nguyen, V. N. (2013, November). *Evaluating an online stress management intervention for college students*. Symposium conducted at the annual meeting of the International Society for Traumatic Stress Studies, Philadelphia, PA.

166.     *Nguyen, V. N., Feng, S. L., Babber, S., Rankins, N. C., Frazier, P. A., & Blando, J. D. (2013, November). *Prenatal hot yoga and health: Knowledge, attitudes, and beliefs and ambient air measurements*. Paper presented at the annual meeting of the American Industrial Hygiene Association, Tidewater Chapter, Norfolk, VA.

167.     *Nguyen, V. N., *Greer, C. S., *Paulsen, J. A., +Kim, S., +Berg, K., & Frazier, P. A. (2013, November). *The effectiveness of an online stress management intervention for survivors of interpersonal violence*.  Poster presented at the research symposium of the Community of Scholars Program, University of Minnesota, Minneapolis, MN.

168.     *Nguyen, V., *Greer, C., Frazier, F., *Paulsen, J., Kim, S., *Howard, K., *Meredith, L., *Bermingham, T. & *Vu, A. (2014, March). *The Effectiveness of an Online Stress Management Intervention for Survivors of Interpersonal Violence*. Paper presented at the Society for Counseling Psychology, Atlanta, GA.

169.     *Bermingham, T., *Greer, C., *Frazier, F., *Paulsen, J., Kim, S., *Howard, H., *Meredith, L., & Vu, A. (2014, March). *Comparing the Effectiveness of Three Online Stress Management Interventions for Survivors of Interpersonal Violence*. Paper presented at the Society for Counseling Psychology, Atlanta, GA.

170.     *Meredith, L., Frazier, P.A., *Howard, K.G., *Greer, C.S., *Paulsen, J.A., & Belgrade, A. (2014, March).  *Evaluation of an online stress management intervention for students*. Poster presented at the Society for Counseling Psychology, Atlanta, GA.

171.     +Kim, S., +Belgrade, A., & **Frazier, P**.  (2014, April). P*roviding online therapy to international students*. Presented at Minnesota Undergraduate Psychology Conference, Minneapolis, MN.

172.    Misono, S., Peterson, C.B., *Meredith, L., Banks, K., Bandyopadhyay, D., Yueh, B., & Frazier P.A. (2014, May). *Psychosocial Distress in Patients Presenting With Voice Concerns*. Presented at Voice Foundation Annual Symposium, Philadelphia PA.

173.    *Nguyen, V. N., *Greer, C. S., *Meredith, L., *Howard, K. G., *Paulsen, J. A., *Bermingham, T., & Frazier, P. A. (2014, June). *The effectiveness of a mindfulness-based online intervention to lower distress in public university and community college settings*. Poster presented at the annual meeting of the Association for Contextual Behavioral Science, Minneapolis, MN.

174.    Sayer, N., Orazem, R., Noorbaloochi, S., **Frazier, P.,** Pennebaker, J., Schnurr, P., Murdoch, M., Carlson, K., Gravely, A., & Litz, B. (2014, June). *Military to Civilian: RCT of a Web-Based Expressive Writing Intervention*. Poster presented at the Minneapolis VA Research Day.

175.    *Nguyen, V. N., *Greer, C. S., Frazier, P.A., *Paulsen, J. A., *Howard, K. G., *Meredith, L., & Kim, S. (2014, August). *Technology as a tool to provide psychotherapeutic care to survivors of interpersonal violence*.  Poster session presented at the annual meeting of the American Psychological Association, Washington, DC.

176.    *Meredith, L., Frazier, P.A., *Paulsen, J.A., *Greer, C., *Howard, K., Belgrade, A., & Kim, S. (2014, August). *Assessing the efficacy of an online stress management intervention for community college students*. Poster presented at the annual conference of the American Psychological Association, Washington DC.

177.    Sayer, N., Noorbaloochi, S., **Frazier, P.,** Pennebaker, J., Orazem, R., Schnurr, P., Murdoch, M., Carlson, K., Gravely, A., & Litz, B. (2014, September). *Randomized Controlled Trial of Online Expressive Writing for Veteran Reintegration Difficulty*. Paper presented at the Second Meeting on Patient Reported Outcomes and Person Centered Care in Mental Health - Diagnosis, Prevention and Treatment in Mental Health: Effectiveness and Comparative Effectiveness, American Association for the Advancement of Science, Washington, D.C.

178.    Misono, S., *Meredith, L., Peterson, C., Yueh, B., & Frazier, P. (2014, September). *Voice Problems and Distress: Understanding the connection and finding a way to help*. Poster presented at the Center for Translational Science Institute (CTSI) Annual Poster Session, University of Minnesota. Won CTSI Travel Award for outstanding poster.

179.    Frazier, P., *Nguyen, V. N., *Greer, C. S., *Paulsen, J. A., *Howard, K. G., *Meredith, L., & Kim, S. (2014, October). *The Effectiveness of an Online Stress Management Intervention for Survivors of Interpersonal Violence*. Poster presented at the 7th meeting of the International Society for Research on Internet Interventions, Valencia, Spain.

180.    *Nguyen-Feng, V. N., *Greer, C. G., & Frazier, P. A. (2015, March). *Assessing the efficacy of web-based interventions for survivors of interpersonal violence*. Poster session presented at the inaugural meeting of the International Convention of Psychological

Science, Amsterdam, Netherlands.

181.    Misono, S., *Meredith, L., Peterson, C.B., & Frazier P.A. (2015, April). *New perspective on psychosocial distress in patients with dysphonia: The moderating role of perceived control.* Poster presentation at Translational Science 2015, Annual meeting of Association for Clinical and Translational Science, Washington, D.C.

182.    Misono, S., *Meredith, L., Peterson, C.B., & Frazier P.A. (2015, May). *New Perspective on Psychosocial Distress in Patients with Dysphonia: the Moderating Role of Perceived Control.* Paper presented at The Voice Foundation's 44th Annual Symposium: *Care of the Professional Voice JOINT MEETING with the International Association of Phonosurgery.* Philadelphia, PA.

183.    *Nguyen-Feng, V. N., *Greer, C. S., Frazier, P. A., *Paulsen, J. A., *Howard, K., & *Meredith, L. (2015, May). *Web-based interventions reduce distress in college student survivors of interpersonal violence.* Symposium conducted at the annual meeting of the Association for Psychological Science, New York, NY.

184.    Frazier, P. A., *Bermingham, T. M., *Fulco, C., *Nguyen-Feng, V. N., *Anders, S., & *Shallcross, S. (2015, May). *Mediators of differences in distress between college students with and without a history of sexual violence.* Symposium conducted at the annual meeting of the Association for Psychological Science, New York, NY.

185.    *Baker, M. R., Frazier, P. A., *Greer, C. S., *Paulsen, J. A., *Howard, K., & *Meredith, L. (2015, May). *Interpersonal violence predicts academic performance in college students.* Symposium conducted at the annual meeting of the Association for Psychological Science, New York, NY.

186.    *Howard, K., Frazier, P. A., *Nguyen-Feng, V. N., & *Urban, J. (2015, July). *Individual trajectories of online students' academic emotions, effort regulation, and well-being following a brief academic values exercise: A replicated, case-based time series evaluation.* Poster session presented at the annual meeting of the Association for Contextual Behavioral Science, Berlin, Germany.

187.    *Frankfurt, S., & Frazier, P. (2015, July). *An empirical investigation of moral injury in combat veterans.* Paper presented at the biannual meeting of the European Society of Traumatic Stress Studies, Vilnius, Lithuania.

188.    Sayer, N., Noorbaloochi, S., Frazier, P., Pennebaker, J., Orazem, R., Schnurr, P., Murdoch, M., Carlson, K., Gravely, A., & Litz, B. (2015, August). *RCT of Online Expressive Writing for Veteran Reintegration Difficulty.* Paper presented at the Annual meeting of the American Psychological Association, Toronto, CA.

189.    *Frankfurt, S., & Frazier, P. (2015, November). A Review of Clinical and Empirical Literature on Moral Injury in Combat Veterans. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

190.     *Nguyen-Feng, V. N., Frazier, P. A., *Anders, S., *Shallcross, S., & *Baker, M. R. (2015). *Comparing cross-sectional and longitudinal mediation analyses: Interpersonal violence, relationship functioning, and distress.* Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

191.     *Baker, M. R., *Nguyen-Feng, V., & Frazier, P. A. (July, 2016). Adults' self-reports of past child sexual abuse increase with increases in PTSD symptoms. Poster presented at the 31st International Congress of Psychology, Yokohama, Japan.

192.     *Baker, M. R., *Nguyen-Feng, V., Frazier, P. A. (May, 2016). Adults' self-reports of past child abuse increase with increases in distress. Paper symposium at the convention of the Association for Psychological Science, Chicago, IL

193.     *Wang, K., *Uthayasoorian, S., *Baker, M. R., *Nguyen-Feng, V. N., & Frazier, P. A. (May, 2016). Comparing childhood emotional abuse in undergraduate Asian American students, international Asian students, and White students. Poster presented at the convention of the Association for Psychological Science, Chicago, IL.

194.     *Baker, M. R., *Nguyen-Feng, V. N., & Frazier, P. A. (April, 2016). Childhood and adult interpersonal trauma predict daily experiences of stressors. Paper symposium at the convention of the Minnesota Psychological Association, Plymouth, MN.

195.     *Uthayasoorian, S., *Wang, K., *Nguyen-Feng, V. N., *Baker, M. R., & Frazier, P. A. (April, 2016). Do emotional stability, social support, or self esteem buffer the effects of childhood emotional abuse on depression? Poster presented at the convention of the Minnesota Psychological Association, Plymouth, MN.

**INVITED PRESENTATIONS (* indicates student co-author)**

1.     Frazier, P. (1987, April).  Research on adult stranger and acquaintance rape.  Workshop presented to the Sexual Violence Program, University of Minnesota, Minneapolis.

2.     Frazier, P. (1987, October).  *Current rape research*.  Workshop presented to the Sexual Violence Program, University of Minnesota, Minneapolis.

3.     Frazier, P. (1987, December).  *Common juror myths*.  Workshop presented to the Model Cities Health Center, St. Paul.

4.     Frazier, P. (1990, January).  *Recovering from rape: A test of a psychological theory about victim self-blame*.  Women Studies Colloquium, University of Missouri, Columbia, MO.

5.     Frazier, P. (1991, July).  *Counseling victims of rape*.  Ten-hour workshop presented to Winona State University, Rochester, MN.

6.     Frazier, P. (1992, February).  *Treatment compliance among renal transplant recipients*.  Oral Sciences Seminar Series, University of Minnesota, Minneapolis.

39

7.  Frazier, P. (1993, February). *Rape survivors and the legal system*. Claremont Symposium on Applied Social Psychology, Claremont, CA.

8.  Frazier, P. (1993, March). *Working with trauma survivors*. Harriet Tubman shelter, Minneapolis, MN.

9.  Frazier, P. (1993, June). *Current research on the effects of sexual assault*. Veteran's Administration Medical Center, Minneapolis, MN.

10. Frazier, P. (1993, November). *Survivors of sexual assault*. Center for Victims of Torture, Minneapolis, MN.

11. Frazier, P. (1994, April). *Predictors of postrape recovery*. Veteran's Administration Medical Center, Minneapolis, MN.

12. Frazier, P. (1995, February). *Coping with stressful life events*. Veteran's Administration Medical Center, Minneapolis, MN.

13. Frazier, P. (1996, March). *Vicarious trauma among counselors*. Veteran's Administration Medical Center, Minneapolis, MN.

14. Frazier, P. (1996, May). *Predictors of recovery from sexual assault*. Annual meeting of the Minnesota Psychological Association, Minneapolis, MN.

15. Frazier, P. (1996, May). *Police response in sexual assault and domestic violence cases*. SPSSI 60th Anniversary Convention, Ann Arbor, MI.

16. Frazier, P., & *Klein, C. (1996, October). *Stress in the work place*. CLA Homecoming Workshop, University of Minnesota, Minneapolis, MN.

17. Frazier, P. (1996, November). *Predictors of recovery among sexual assault survivors*. Veteran's Administration Medical Center, Minneapolis, MN.

18. Frazier, P. (1997, January). *Predictors of recovery among sexual assault survivors*. University Counseling and Consulting Services, University of Minnesota, Minneapolis, MN.

19. Frazier, P. (1997, January). *Survey research*. Feminist Research Methods Series, University of Minnesota, Minneapolis, MN.

20. Frazier, P. (1997, February). *Predictors of recovery from sexual assault*. Florida International University, Miami, FL.

21. Frazier, P. (1997, May). *Trauma experiences and PTSD: Prevalence and predictors*. Veteran's Administration Medical Center, Minneapolis, MN.

22.    Frazier, P. (1997, August).  *Abuse without boundaries: Sexual harassment in diverse settings*. Discussant for symposium at the annual meeting of the American Psychological Association, Chicago, IL.

23.    Frazier, P. (1997, October).  *Coping with traumatic life events*.  Paper presented at the Conference on Science and Practice: Bridging the Gap, St. Paul, MN.

24.    Frazier, P. (1997, October).  *Overview of sexual harassment from the behavioral science perspective*.  Paper presented at the Second National Institute on Sexual Harassment, American Bar Association, Chicago, IL.

25.    Frazier, P. (1997, December).  *The effects of sexual assault on survivors and therapists*. Paper presented at the New School for Social Research, New York, NY.

26.    Frazier, P., & *Hurliman, E. (1998, February).  *Post Traumatic Stress Disorder*.  Paper presented to the Human Resources Development Institute, St. Paul, MN.

27.    Frazier, P. (1998, March).  *Coping with traumatic life events*. Veteran's Administration Medical Center, Minneapolis, MN.

28.    Frazier, P. (1998, August).  *Things I'd Like to Say*.  Division 17 New Fellows talk presented at the annual meeting of the American Psychological Association, San Francisco, CA.

29.    Frazier, P. (1998, October).  *The prevalence and effects of traumatic life events*. Exhibition in Unparalleled Minds research showcase, University of Minnesota, Minneapolis, MN.

30.    Frazier, P. (1998, October).  *Overview of sexual harassment from the behavioral science perspective*.  Paper presented at the Third National Institute on Sexual Harassment, American Bar Association, Washington, DC.

31.    Frazier, P. (1998, November).  *Overview of sexual harassment from the behavioral science perspective*. Paper presented at the Third National Institute on Sexual Harassment, American Bar Association, San Francisco, CA.

32.    Frazier, P. (1999, June).  *Current research on sexual assault prevention and interventions with survivors*. Keynote address to PREVENT III Conference, St. Cloud, MN.

33.    Frazier, P. (2000, June). *Coping with traumatic life events*. In "Social issues research at Minnesota: The Lewinian tradition" (E. Borgida, Chair). Meeting of the Society for the Psychological Study of Social Issues, Minneapolis, MN.

34.    Frazier, P., *Conlon, A., *Tashiro, T., & *Sass, S. (2000, July).  *Post traumatic growth: Finding meaning through trauma*. Paper presented at the international conference on

Searching for Meaning in the New Millenium, Vancouver, BC.

35.     Frazier, P. (2001, April). *Coping with stressful life events*. University of Minnesota Elder Hostel, Minneapolis, MN.

36.     Frazier, P. (2001, May). *Coping with sexual assault*. Veteran's Administration Medical Center, Minneapolis, MN.

37.     Frazier, P. (2004, September). *Psychosocial thriving among individuals with serious medical conditions*. MIDUS II Workshop, Madison, WI.

38.     Frazier, P. (2004, October). *Coping with traumatic life events: Survival, recovery, and thriving*. Minnesota Psychological Association Distinguished Scholar Lecture, St. Paul, MN.

39.     Frazier, P. (2005, September). *Perceived control and posttrauma adjustment*. Social Psychologists around the Midwest, Lincoln, NE.

40.     *Kaler, M., Frazier, P., *Anders, S., Tashiro, T., Tomich, P., Tennen, H., & Park, C. (2008, November). *Assessing the psychometric properties of the World Assumptions Scale*. Invited poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

41.     Frazier, P. (2008, August). *Coping with Traumatic Life Events: Survival, Recovery, and Thriving*. Jewish Community Center, St. Paul, MN.

42.     Robertson, C., Ugas, H., Gavian, M., Perera, S., & Frazier, P. (2009, October). *Understanding Somali refugees' perceptions of mental health care: A focused ethnography*. Invited poster presented at the Program in Health Disparities Research meeting, Minneapolis, MN.

43.     Frazier, P. & Perera, S. (2010, April). *Coping with Traumatic Life Events: Distress, Resilience, and Thriving*. Invited talk at the CLA Alumni luncheon, University of Minnesota.

44.     Frazier, P. (2011, March). *Perceived control over stressful events: Is it always adaptive*?, University of Maryland, Department of Psychology, College Park, MD.

45.     Frazier, P. (2011, October). *Perceived control over stressful and traumatic life events*, Distinguished Faculty luncheon, University of Minnesota.

46.     Frazier, P. (2012, May). *Perceived control over stressful events: Is it always adaptive?* Invited keynote presentation and workshop, 14th International Symposium,World Society of Victimology, The Hague, The Netherlands.

47.     Frazier, P. (2012, May). *Online interventions in cases of stressors and traumas*. Invited

interactive workshop at the 14th International Symposium of the World Society of Victimology, The Hague, The Netherlands.

48. Frazier, P. (2012, August). *Understanding victim behaviors and rape impact*. Invited talk to Naval Justice College, Newport RI.

49. Frazier, P. (2012, February). *Stress in college students: Prevalence, effects, and interventions*. University Counseling and Consulting Services, University of Minnesota.

50. Frazier, P. (2012, April). *Stress in college students: Prevalence, effects, and interventions*. Department of Psychology, Normandale Community College, Bloomington, MN.

51. Frazier, P. (2012, September). *How to handle stress: Strategies for college students*. Invited talk sponsored by Aurora Center, University of Minnesota.

52. Frazier, P. (2013, May, July, September). *Understanding victim behaviors and rape impact*. Webinar for Office of Victims of Crime.

53. Frazier, P. (2014, January). *Online stress management interventions for college students*. Invited presentation at Boynton Mental health Services staff retreat.

54. Frazier, P. (2014, March). *Control your stress*! Invited departmental colloquium, Department of Psychology, University of Minnesota.

55. Frazier, P. (2014, April). *Understanding victim behaviors and rape impact*. Keynote speaker. Violence Awareness Day, University of Minnesota.

56. Frazier, P. (2014, August). *Understanding victim behaviors and rape impact*. Invited talk to Naval Justice College, Newport RI.

57. Frazier, P. (2014, September). *Web-based mental interventions for college students*. Invited professional development seminar. University Counseling and Consulting Services, University of Minnesota.

58. Frazier (2015, May). *Translating Research on Perceived Control into Online Stress Management Interventions*. Invited symposium, Annual meeting of the Minnesota Psychological Association, Minneapolis, MN.

## PROFESSIONAL SERVICE

Dissertation Award Committee, American Psychology-Law Society (1989-1990).

Ethics Test Standards Review Subcommittee, American Association of Counseling and Development (1990-1991).

Berscheid-Hatfield Award Committee, International Network on Personal Relationships (1990-1991, 1992-1993, Chair).

Program Committee, American Psychological Association - Division 17 (1991; 1992; 1993; Co-chair, 1994; 1995; 2003; Co-Chair 2004-5).

Program Committee, American Psychological Association - Division 35 (1991; 1992; 1993).

Program Committee, American Psychological Association - Division 38 (1993).

Program Committee, American Psychological Association - Division 41 (2003).

Ad hoc Committee on Impaired Psychologists, American Psychological Association - Division 17 (1990-1992).

Court Watch Committee, Society for the Psychological Study of Social Issues (APA - Division 9) (1992 to 1997; Chair).

Scholarship Committee, Minnesota Women Psychologists (1992, 1993).

Grant reviewer, National Institute of Mental Health, Violence and Traumatic Stress branch (1995, 1996, 1997, 1999, 2000, 2001).

Grant Reviewer, National Science Foundation (1996, 1997, 1999, 2009, 2014).

Proposal reviewer, American Psychological Society (1992).

Proposal reviewer, Sixth National Conference on Undergraduate Research (1992).

Proposal reviewer, APA Student Travel Awards - Division 17 (1993, 1994).

External dissertation reviewer, University of Waterloo (1999).

External thesis reviewer, University of North Dakota (2000).

External promotion and tenure reviewer, York University (2002).

External promotion and tenure reviewer, Virginia Commonwealth University (2002, 2005).

External promotion and tenure reviewer, University of Missouri (2003, 2012).

External promotion and tenure reviewer, University of Illinois – Chicago (2004).

External promotion and tenure reviewer, Temple University (2004).

External promotion and tenure reviewer, State University of New York – Albany (2005).

External promotion reviewer, University of Minnesota (2004, 2006, 2009, 2014).

External promotion and tenure reviewer, University of Memphis (2007).

External department reviewer, George Washington University (2009).

External promotion and tenure reviewer, Virginia Commonwealth University, Northern Illinois University, University of Tennessee (2011).

External promotion and tenure reviewer, Northern Illinois University (2014)

External promotion and tenure reviewer, Boston University (2014)

Board member, WATCH (1994 to 1998).

Higher Education Center Against Violence and Abuse, Human Services Task Force (1995).

Program Committee, Minnesota Psychological Association Annual Meeting (1996).

Outstanding Graduate Student Award Committee, Council of Counseling Psychology Training Programs (1996-1997).

Nominating Committee, Society for the Psychological Study of Social Issues (APA - Division 9) (1996- 1997).

Committee member, Academic membership committee, Minnesota Psychological Association (1999-2000; 2000-2001).

Mink Teaching Award Committee, Minnesota Psychological Association (2000-2003; Chair, 2002-2005).

Minnesota Department of Health Sexual Violence Prevention Expert Panel (2000).

Consultant, Minnesota Department of Health, Sexual Violence Prevention (2002).

Advisory Board to Vice President for Science, Division 17, American Psychological Association (2001, 2006 to present).

MPA Task Force on Outcome Assessment (2011-2012).

APA Bureau of Convention Affairs Central Programming Working Group (2014)

**COLLEGE AND UNIVERSITY SERVICE**

Policy Expertise Panel, University of Missouri-Columbia (1988-1990).

Grant Review Panel, Office of Research, University of Missouri-Columbia (1989).

Status of Women Committee, College of Arts and Sciences, University of Missouri-Columbia (1989-1990).

Program Against Sexual Violence Advisory Council, University of Minnesota (1990 to present).

College of Liberal Arts Assembly, University of Minnesota (1994-1996; 2001-2003).

College of Liberal Arts Course Review Committee, University of Minnesota (1994-1995; Chair, 1995-1996).

College of Liberal Arts Arthur "Red" Motley Exemplary Teaching Award Committee (1995).

Sexual Harassment Board, University of Minnesota (1994-1995; Co-Chair, 1995-1996; Chair, 1996-1998).

CLA Women's Mentoring Project (Co-Chair, 1995-1996; Chair, 1996-1997).

Resource teacher, Bush Faculty Development Program (2000-2001).

Senate Committee on Faculty Affairs, University of Minnesota (2003-2006).

College of Liberal Arts Honors Committee (2004).

College of Liberal Arts Faculty Research Awards Committee (2005-2006).

Women's Faculty Cabinet, University of Minnesota (2007-2011). Elected Co-Chair 2008-2009.

Office of Public Engagement, Engaged Department Reviewer (2010).

Building Interdisciplinary Research Careers in Women's Health (BIRCWH) Advisory Committee (2010 to present).

Powell Center for Women's Health Academic Advisory Board (2012 to present).

U More Park Academic Advisory board (2011-2014)

Senate Judicial Committee (2011-2014).

Search Committee, Dean of Carlson School of Management (2011-2012).

CLA Graduate Fellowship Review Committee (2012, 2013).

Co-chair, CLA Salary Equity Review Committee (2014)

Co-Chair, CLA Merit and Equity Advisory Committee (2014-2015)

Academic Technology Working Group (2014-2015).

Selection committee, President's Community Engaged Scholar award (2015).

## DEPARTMENTAL SERVICE

Research Council, Counseling Services, University of Missouri-Columbia (1988-1989; 1989-1990).

Ethics and Professional Issues Committee, Department of Psychology, University of Missouri-Columbia (1988-1989).

Psychology Department Search Committees: Social area (1988-1990), Counseling area (Co-chair) (1989-1990), University of Missouri-Columbia.

Joint Training Committee, Department of Psychology and Education and Counseling Psychology, University of Missouri-Columbia (1989-1990).

Chair Recommendation Committee, Department of Psychology, University of Missouri-Columbia, (1990).

Counseling Special Prelim Committee, Department of Psychology, University of Minnesota (1990-present).

Chair, Journal Seminar Room Committee, Department of Psychology, University of Minnesota (1990-1993).

Psychology Department Search Committee: Hellervik-PDI Chair in Industrial/Organizational Psychology, University of Minnesota (1990-1992).

Introductory Psychology Committee, Psychology Department, University of Minnesota (1991-1993; 1996-1997).

Colloquium Committee, Department of Psychology, University of Minnesota (1992-1993; 2000-2001; 2002-2003; 2003-2004; 2004-2005; 2005-2006).

Prelim Review Committee, Department of Psychology, University of Minnesota (2002-2003; 2003-2004; 2004-2005; 2005-2006).

Awards Committee, Department of Psychology, University of Minnesota (1995-1996; Chair, 1996-1997; 2006-2007).

Teaching Assistant Committee, Department of Psychology, University of Minnesota (1994-1995; Chair, 1999-2000).

Curriculum Committee, Department of Psychology, University of Minnesota (1994-1996; 1997-1998).

Executive Committee, Department of Psychology, University of Minnesota (1997-1999; 2008-2010; 2011-2013; ex-officio 2014 to present).

Psychology Department Search Committee: Cognitive Psychology, University of Minnesota (1994-1995).

Psychology Department Appointments Committee, University of Minnesota (1999-2007).

Equal Employment Opportunity Officer, Department of Psychology, University of Minnesota (1994-1997).

Compensation Committee, Department of Psychology, University of Minnesota (2007-2008).

Space Committee, Department of Psychology, University of Minnesota (2007-2008).

Promotion and Tenure Committee, Department of Psychology, University of Minnesota (2009-2014).

Graduate Admissions and Funding Committee, Department of Psychology, University of Minnesota (2009-2011).

Chair, Engagement Committee, Department of Psychology, University of Minnesota (2010-2012).

Associate Chair for Research (2012 to present)

Scientific Review Committee (2012 to present).

Research Infrastructure and Space Committee, Chair (2012 to present)

eLearning Committee (2013 to present)

Chair, Search Committee, Contract faculty member, Counseling Psychology (2015)

Chair, Search Committee, Associate Director of Undergraduate Studies (2015)

**MEMBERSHIPS**

American Psychological Association, Divisions 8, 9 (Fellow), 17 (Fellow), and 56

American Psychological Society

International Society for Traumatic Stress Studies

Society of Experimental Social Psychology

International Society for Research on Internet Interventions

**LICENSURE**

Licensed Psychologist, Minnesota

Appendix C

References Cited

AAPL practice guideline for the forensic assessment. *Journal of the American Academy of Psychiatry and the Law Online*, *43*(2 Supplement), S3-S53.

Bownes, I. T., O'Gorman, E. C., & Sayers, A. (1991). Assault characteristics and posttraumatic stress disorder in rape victims. *Acta Psychiatrica Scandinavica*, *83*(1), 27-30.

Breslau, N., Chilcoat, H. D., Kessler, R. C., & Davis, G. C. (1999). Previous exposure to trauma and PTSD effects of subsequent trauma: Results from the Detroit Area Survey of Trauma. *American Journal of Psychiatry*, *156*(6), 902-907.

Breslau, N., Kessler, R. C., Chilcoat, H. D., Schultz, L. R., Davis, G. C., & Andreski, P. (1998). Trauma and posttraumatic stress disorder in the community: The 1996 Detroit Area Survey of Trauma. *Archives of General Psychiatry*, *55*(7), 626-632.

Brook, R. M. (1976). Psychological evaluation stress on adolescents. *Journal of Clinical Psychology*, *32*(3), 565-567.

Burgess, A. W., & Holmstrom, L. L. (1974). Rape trauma syndrome. *American Journal of Psychiatry*, *131*(9), 981-986.

Burgess, A. W., & Holmstrom, L. L. (1976). Coping behavior of the rape victim. *American Journal of Psychiatry*, *133*(4), 413-418.

Burgess, A. W., & Holmstrom, L. L. (1986). Rape: Crisis and Recovery. Awab, Inc. Newton, MA. *Note*. I did not review this book because I could not locate this reference (cited in Burgess' CV and in her report) anywhere online.

Carretta, C. M., & Burgess, A. W. (2013). Symptom responses to a continuum of sexual trauma. *Violence and Victims*, *28*(2), 248-258.

Darves-Bornoz, J. M. (1997). Rape-related psychotraumatic syndromes. *European Journal of Obstetrics & Gynecology and Reproductive Biology*, *71*(1), 59-65.

Forbes, D., Creamer, M., Bisson, J. I., Cohen, J. A., Crow, B. E., Foa, E. B., ... & Ursano, R. J. (2010). A guide to guidelines for the treatment of PTSD and related conditions. *Journal of Traumatic Stress*, *23*(5), 537-552.

Hazelwood, R., & Burgess, A. (2009).  False rape allegations. In R. Hazelwood and A. Burgess (Eds.) *Practical Aspects of Rape Investigation: A Multidisciplinary Approach*, Fourth Edition (pp. 181-200). Taylor & Francis. Boca Raton, FL.

Lawrence, S., Chau, M., & Lennon, M. C. (2004). Depression, substance abuse and domestic violence: Little is known about co-occurrence and comorbid effects on low income families. *National Center for Children in Poverty*. Columbia University.

Lees-Haley, P. R., Price, J. R., Williams, C. W., & Betz, B. P. (2001). Use of the Impact of Events Scale in the assessment of emotional distress and PTSD may produce misleading results. *Journal of Forensic Neuropsychology*, *2*(2), 45-52.

Lisak, D., Gardinier, L., Nicksa, S. C., & Cote, A. M. (2010). False allegations of sexual assault: An analysis of ten years of reported cases. *Violence Against Women*, *16*(12), 1318-1334.

McGuire, B. E. (2002). Malingered post-traumatic stress symptoms on the Impact of Event Scale. *Legal and Criminological Psychology*, *7*(2), 165-171.

Miller, S. M. (1979). Coping with impending stress: Psychophysiological and cognitive correlates of choice. *Psychophysiology*, *16*(6), 572-581.

Pico-Alfonso, M. A., Garcia-Linares, M. I., Celda-Navarro, N., Blasco-Ros, C., Echeburúa, E., & Martinez, M. (2006). The impact of physical, psychological, and sexual intimate male

partner violence on women's mental health: Depressive symptoms, posttraumatic stress disorder, state anxiety, and suicide. *Journal of Women's Health*, *15*(5), 599-611.

Polusny, M. A., & Arbisi, P. A. (2006). Assessment of psychological distress and disability after sexual assault in adults. In G. Young, K. Nicholson, & A. Kane, *Psychological Knowledge in Court* (pp. 97-125). Springer: New York, NY.

Resnick, H. S., Kilpatrick, D. G., Dansky, B. S., Saunders, B. E., & Best, C. L. (1993). Prevalence of civilian trauma and posttraumatic stress disorder in a representative national sample of women. *Journal of Consulting and Clinical Psychology*, *61*(6), 984-991.

Rumney, P. N. (2006). False allegations of rape. *The Cambridge Law Journal*, *65*(01), 128-158.

Saunders, C. L. (2012). The truth, the half-truth, and nothing like the truth: Reconceptualizing false allegations of rape. *British Journal of Criminology*, *52,* 1152–1171

Saunders, B. E., Arata, C. M., & Kilpatrick, D. G. (1990). Development of a crime-related post-traumatic stress disorder scale for women within the Symptom Checklist-90-Revised. *Journal of Traumatic Stress*, *3*(3), 439-448.

Shipley, R. H., Butt, J. H., & Horwitz, E. A. (1979). Preparation to reexperience a stressful medical examination: Effect of repetitious videotape exposure and coping style. *Journal of Consulting and Clinical Psychology*, *47*(3), 485-492.

Watts, B. V., Schnurr, P. P., Mayo, L., Young-Xu, Y., Weeks, W. B., & Friedman, M. J. (2013). Meta-analysis of the efficacy of treatments for posttraumatic stress disorder. *Journal of Clinical Psychiatry*, *74*(6), 541-550.

Winfield, I., George, L. K., Swartz, M., & Blazer, D. G. (1990). Sexual assault and psychiatric

disorders among a community sample of women. *American Journal of Psychiatry*,

*147*(3), 335-341.