**NORMA H. BERLIN**
**COUNSELING RESOURCES, INC.**
210 W. 22nd Street, Suite 120
Oak Brook, IL 60523
(630) 572-1535  Office
(630) 572-9974  Fax

## EDUCATION                                    03/18/2015

NORTHWESTERN UNIVERSITY, B.S. in General Education, 1972

NORTHEASTERN ILLINOIS UNIVERSITY and GOVERNORS STATE UNIVERSITY
   M.A. in Communication Science, 1979
   Major in Interpersonal Communication with concentration in Psychology

RUTGERS UNIVERSITY, Alcohol Studies Summer School, 1979

GESTALT INSTITUTE, 1971--1972

## EXPERIENCE

PSYCHOTHERAPIST--PRIVATE PRACTICE, February, 1989 to present
   Counseling Resources, Inc., 210 W. 22nd Street, Suite 120, Oak Brook, IL 60523

PSYCHOTHERAPIST--PRIVATE PRACTICE, January, 1980—January, 1989
   Part-time clinical practice, January, 1980—June, 1983
   Full-time clinical practice, June, 1983—January, 1989, Counseling Service Associates,
   Forest Park, IL, Director, Chemical Dependency Outpatient Program

STAFF THERAPIST, EDUCATIONAL SPECIALIST, MARKETING DIRECTOR
   March, 1977—June, 1983, Employed by Forest Hospital, Des Plaines, IL, as the team
   leader of the adolescent rehabilitation program; Education specialist with families and
   psychiatric patients (drug education and sexuality); Marketing Director (developed new
   program at Lovelton Treatment Center,
   Elgin, IL, in addition to marketing for Forest Hospital)

PART-TIME INSTRUCTOR, 1980—1982, Triton Community College, Applied Psychology

PART-TIME INSTRUCTOR, 1979—1980, District 200, Schaumburg (Parenting classes and
Alcohol Education)

INTERNSHIP, 1977, Forest Hospital, Des Plaines, IL--Adolescent Unit

## CERTIFICATION AND LICENSES
National Certified Master Addiction Counselor (NAADAC), 2004
Substance Abuse Professional, 2003
Licensed Clinical Professional Counselor, 1995
Certified Alcohol Counselor, State of Illinois, 1979; Senior Level, 1987; MAC (National level),
1995
Social Therapist, Post Graduate Center, Forest Hospital, 1977

## REFERENCES
References will be furnished upon request

EXHIBIT #1 Berlin 3/26/15 MB

EXHIBIT 12