1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CARL CHATMAN,                    )

       Plaintiff,      )

  vs.                            ) Case No. 14-CV-02945

CITY OF CHICAGO, et al.,    )

       Defendant.      )


       The discovery deposition of

NORMA BERLIN, called for examination pursuant to

the Rules of Civil Procedure for the United

States District Courts pertaining to the taking

of depositions, taken before MICHELLE L. BARTA,

a certified shorthand reporter for the State of

Illinois, at 500 West Madison Street, Illinois,

on the 26th day of March, 2015, at the hour of

10:08 a.m.


Reported by:  Michelle L. Barta, C.S.R., R.P.R.

License No:  084-004033

EXHIBIT 13

NORMA BERLIN

```
 1    APPEARANCES:
 2
 3        LOEVY & LOEVY, by
 4        MR. RUSSELL AINSWORTH,
 5        312 North May Street, Suite 100
 6        Chicago, Illinois  60607
 7        (312) 243-5900
 8        russell@loevy.com
 9            Representing the Plaintiff;
10
11        BOLLINGER, CONNOLLY, KRAUSE, LLC, by
12        MR. JEREMIAH P. CONNOLLY,
13        MS. DARIA PORTA,
14        500 West Madison Street, Suite 2430
15        Chicago, Illinois  60661
16        (312) 253-6200
17        jconnolly@bollingertrials.com
18        dporta@bollingertrials.com
19            Representing Defendant,
20            Susan Riggio;
21
22
23
24
                                                    2
```

```
 1    APPEARANCES: (Continued)
 2
 3        BORKAN & SCAHILL, LTD., by
 4        MS. KRISTA E. STALF,
 5        20 South Clark Street, Suite 1700
 6        Chicago, Illinois  60603
 7        (312) 580-1030
 8        kstalf@borkanscahill.com
 9            Representing the City of Chicago
10            police officer defendants.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
                                                    4
```

```
 1    APPEARANCES: (Continued)
 2
 3        DYKEMA, by
 4        MR. PAUL A. MICHALIK,
 5        10 South Wacker Drive, Suite 2300
 6        Chicago, Illinois  60606
 7        (312) 627-2102
 8        pmichalik@dykema.com
 9            Representing the Defendant,
10            City of Chicago;
11
12        HINSHAW & CULBERTSON, LLP, by
13        MS. V. BRETTE BENSINGER,
14        MS. LEIGH C. BONSALL,
15        222 North LaSalle Street, Suite 300
16        Chicago, Illinois  60601
17        (312) 704-3000
18        bbensinger@hinshawlaw.com
19        lbonsall@hinshawlaw.com
20            Representing the sheriff's office
21            defendants;
22
23
24
                                                    3
```

```
 1             I N D E X
 2    WITNESS              EXAMINATION
 3    NORMA BERLIN
 4    EXAMINATION BY MR. CONNOLLY        6
 5    EXAMINATION BY MR. AINSWORTH     101
 6
 7
 8          E X H I B I T S
 9    NUMBER              IDENTIFICATION
10    Berlin
11    Exhibit No. 1 ......................  6
12    Exhibit No. 2......................  6
13    Exhibit No. 3......................121
14
15
16
17
18
19
20
21
22
23
24
                                                    5
```

NORMA BERLIN

1      (Whereupon, Berlin Deposition
2      Exhibit No. 1 and Exhibit No. 2
3      was marked for identification.)
4      (Whereupon, the witness was duly
5      sworn.)
6      MR. CONNOLLY:  Good morning.  Will you
7  state your name please?
8      THE WITNESS:  Norma Berlin.
9          NORMA BERLIN,
10  having been first duly sworn, was examined and
11  testified as follows:
12          EXAMINATION
13  BY MR. CONNOLLY:
14      Q.  Ms. Berlin, my name is Jerry Connolly.
15  I am going to ask you some questions today about
16  treatment that you have rendered to Sue Riggio.
17      A.  Okay.
18      Q.  This is in relation to a pending action
19  in Federal court.  Have you ever given a
20  deposition before?
21      A.  No.
22      Q.  Okay.  You note that there are a number
23  of attorneys here.  They represent a variety of
24  parties.  They will be happy to identify who

6

1  they represent if you are interested in that.
2      A.  I would like to know.
3      Q.  Okay.  Brette represents the
4  Cook County Sheriff's Department.  Krista
5  represents the police officers.  Paul represents
6  the City of Chicago.  Russell represents
7  Chatman.
8      MR. AINSWORTH:  We met.
9  BY MR. CONNOLLY:
10      Q.  As I indicated to you earlier I
11  represent Sue Riggio.
12      The court reporter is here and how this
13  process works is that we are expected to ask you
14  reasonably intelligent and clear questions.  If
15  we don't do that you need to let us know and
16  then it's our job to rephrase it to get clear
17  communication.  Okay?
18      A.  Okay.
19      Q.  If you answer any questions that we
20  pose to you we are going to assume that you
21  understood the question and gave the best answer
22  you could.  Fair enough?
23      A.  Fair enough.
24      Q.  Okay.  There is water behind you.  You

7

1  have it.  Someone got it for you.  All right.
2  That's nice.
3      If you need to take a break for any
4  reason -- I don't know how long this will go,
5  but if you need to take a break just tell us,
6  finish the answer to your question and just tell
7  us and we will be happy to take a break.  All
8  right?
9      A.  All right.
10      Q.  I'm going to show you what I have
11  had marked as Berlin Exhibit No. 1 for
12  identification.  Is that a true and accurate
13  copy of your curriculum vitae?
14      A.  Yes, yes.
15      Q.  Okay.  And in terms of my questions
16  just try to -- and everyone else's just try to
17  wait until the question gets fully out before
18  you answer just to let the court reporter get
19  everybody.  Okay?
20      A.  (No audible response.)
21      Q.  All right.  Thank you.
22      With regard to your CV, it indicates
23  that you graduated from Northwestern University
24  in 1972.  Is that true?

8

1      A.  True.
2      Q.  Bachelor's of science degree?
3      A.  Yes.
4      Q.  And did you receive any subsequent
5  graduate education?
6      A.  Yes.
7      Q.  Where did you receive that education?
8      A.  It was a combination
9  Northeastern Illinois University and
10  Governor's State University with a major
11  emphasis in psychology.
12      Q.  All right.  And did you receive a
13  master's degree from that or those institutions?
14      A.  Yes, yes.
15      Q.  And that was in 1979?
16      A.  Yes.
17      Q.  Did you subsequently have any further
18  education -- formal educational training?
19      A.  Well, I went to Rutgers University for
20  a summer because I was interested in alcohol
21  studies, drug addiction.
22      Q.  And did you receive some sort of
23  certification or something as a result of that?
24      A.  Well, eventually a license -- Well, it

9

NORMA BERLIN

1  wasn't -- It was a certification, not a
2  licensure in 19 -- In 1979 was the first time
3  they gave a test in the State of Illinois to be
4  certified as an addiction counselor.  So I have
5  that also.
6      Q.  Okay.
7          MR. AINSWORTH:  I am sorry, what kind
8  of counselor?
9          THE WITNESS:  Addiction.  So it's for
10  drugs, alcohol, sex.  No gambling, but gambling
11  was -- is now a separate one.
12  BY MR. CONNOLLY:
13      Q.  Okay.  And your CV indicates
14  Gestalt Institute?
15      A.  Right.
16      Q.  What was done there?
17      A.  At the Gestalt Institute in Evanston I
18  learned a way of helping people by like you
19  would be sitting there and I would be sitting
20  here and we would reenact things that had
21  happened, you know, in a positive environment to
22  sort of change the outcome to make it so people
23  can deal with their life in a better way.
24      Q.  And what was the intent of getting that

10

1  type of training?  Was that to facilitate --
2      A.  It was to help me in my practice.
3      Q.  Okay.  And let's talk about your
4  practice.  Your CV indicates that you began
5  practicing in -- as a therapist in 1977?
6      A.  Correct.
7      Q.  And what type of therapy did you do at
8  that time?
9      A.  Well, I was a team leader on the
10  adolescent unit at Forest Hospital.  I also
11  taught classes in the school and did parent
12  programs for the parents of the adolescents that
13  were in treatment.  They were mostly 14, 15, 16
14  and 17 year olds who were hospitalized for
15  supposed addiction to either drugs or alcohol.
16      Q.  Okay.  And your role was as a
17  therapist?
18      A.  A therapist.
19      Q.  Okay.
20      A.  But supervised by a psychiatrist who
21  ran the department.
22      Q.  Your CV indicates that you went into
23  private clinical practice around 1980 part time
24  then full time in 1983.  Is that accurate?

11

1      A.  Yes.
2      Q.  What did the -- When you went full time
3  in 1983 in your clinical practice what did that
4  involve?
5      A.  Well, I had a lot of referral --
6  referrals from when I worked at Forest Hospital,
7  psychiatrists, physicians who I -- because I had
8  also done some marketing.  So when I went to
9  Forest Park I built a practice from these
10  referral sources, physicians, lawyers, doctors,
11  psychiatrists.
12      Q.  Okay.  And what type of patients did
13  you see or treat during that period of time from
14  '83 to '89?
15      A.  I treated adolescents and adults.  I
16  didn't have any seniors at that time, but I did
17  a lot of marriage counseling and I saw couples.
18  Marriage counseling I did also and I -- It
19  seemed that I -- From the neighborhood I
20  attracted young kids who had -- came from
21  dysfunctional homes.  So I treated kids who had
22  been sexually abused.
23      Q.  Okay.  And it looks as though you went
24  into a different form of psychotherapy private

12

1  practice in 1989.  Is that true?
2      A.  Right.  I left Forest Park and a friend
3  and I went into partnership and moved to
4  Oak Brook and went out on our own.  We had been
5  working with somebody else in Forest Park.
6      Q.  I see the term Counseling Resources,
7  Inc.  Is that a name of the practice that you
8  and the associate practiced under?
9      A.  It's basically just mine.
10      Q.  And the psychotherapy private practice
11  that you began in 1989, are you still engaged in
12  that private practice today?
13      A.  Yes.
14      Q.  Okay.
15      A.  Same office.
16      Q.  And do you practice there by yourself
17  or with anyone else?
18      A.  I practice alone solo, but I rent
19  space -- I rent from the office of the building
20  and then I rent to four other people.  So there
21  are five of us who are practicing so that we
22  have each other as company, but we have
23  individual practices.
24      Q.  Are there sometimes referrals between

13

NORMA BERLIN

1   some of the people in that grouping?
2       A.   Yes, um-hum.
3       Q.   Okay.  And can you tell us what type of
4   patients you see in your private practice?  I
5   guess let's go with over the past decade.
6       A.   Anxiety, men and women, depression,
7   marriage counseling, and I still do see people
8   who have addictions, drugs and alcohol.
9       Q.   Over the course of your private
10  practice have you had occasion to provide
11  psychotherapy to rape victims?
12      A.   Yes.
13      Q.   On the bottom of your CV it lists
14  certifications and licenses.  I see the first
15  such indication is the National Certified Master
16  Addiction Counselor in 2004.  How did you
17  receive that?
18      A.   You have to have a certain number of --
19  You have to be a graduate with a master's,
20  bachelor's and master's, and you have to have
21  proved that you have had at least 2,000 hours of
22  supervision which I had over the course of the
23  years; and in order to do certain types of --
24  you know, get paid by insurance companies and

14

1       A.   Forest Hospital is a psychiatric
2   hospital that no longer exists, went out of
3   business a few years ago, but they had an ad in
4   the paper.  People with their particular kind of
5   degrees were interested in learning about
6   working in a psychiatric hospital and that's how
7   I ended up going there, and then I got my
8   master's after I started there.
9       Q.   Okay.  Your CV indicates that in 1995
10  you became a certified alcohol counselor for the
11  State of Illinois.  Is that true?
12      A.   Right.  At the master's level.  Well,
13  that was a national level and the others are
14  '87 and '79 at a state level.  There is a
15  difference between -- The state level is really
16  a lesser certification.  Somebody who just
17  graduates from college can take the test if they
18  show they have the number of supervision hours,
19  but in order to have the master's level you have
20  to have -- at the national level you have to
21  have a lot more supervision, you have to have
22  years of practice and a lot of continuing
23  education.
24      Q.   And you obtained that as of 1995, the

16

1   get referrals from certain places it's far
2   better to be nationally certified than to just
3   have a local certification which I had from
4   Illinois.  But I also do evaluations on truck
5   drivers who fail random drug screens and you
6   have to be a master's addiction counselor to do
7   that.
8       Q.   I also see that you're certified as a
9   substance abuse professional as of 2003.  Is
10  that true?
11      A.   Right.
12      Q.   Okay.  And how did you obtain that
13  certification?
14      A.   It's the same way.  You just have to
15  send in all your credentials plus 15 hours of
16  continuing education every year for the last,
17  you know, as long as I have been in practice,
18  years.
19      Q.   Okay.  In 1977 your CV indicates that
20  you were certified as a social therapist.  Is
21  that accurate?
22      A.   Right.
23      Q.   And how did you obtain that
24  certification?

15

1   master's level; right?
2       A.   Right.
3       Q.   And that certifies you on a national
4   level?
5       A.   Right.
6       Q.   Okay.  And then your CV indicates that
7   you have been a licensed clinical professional
8   counselor since 1995?
9       A.   Right.  And the State of Illinois first
10  started giving that examination at that -- about
11  that time.  That's why I took it.
12      Q.   Okay.  What does that license allow you
13  to do?
14      A.   I can see any type of patient and it
15  also allows me to be paid by all insurance
16  companies except Medicare.  Medicare doesn't pay
17  licensed clinical professional counselors.
18      Q.   Okay.  You provide therapy to patients
19  with a variety of psychological --
20      A.   Right.
21      Q.   -- issues?
22      A.   Mostly anxiety, depression, marriage
23  counseling and addiction.
24      Q.   I take it you do not prescribe

17

NORMA BERLIN

1 medication?
2    A.   No.
3    Q.   In the event that you were to be
4 providing therapy to a patient that you thought
5 might benefit from medication would that then
6 involve you referring the patient to a
7 psychiatrist or some other professional that
8 would be able to provide it?
9    A.   Yes.  It used to be only a
10 psychiatrist, but now physician's assistants
11 also can or nurse practitioners.  So sometimes I
12 refer to them.
13    Q.   Okay.  I am going to show you what I
14 have had marked as Berlin Group Exhibit No. 2
15 for identification.  Does that look like a copy
16 of your --
17    A.   Yes, that's my --
18    Q.   -- records relating --
19    A.   My handwriting.
20    Q.   Okay.  And the only reason I want you
21 to let me finish the sentence is mostly so the
22 court reporter --
23    A.   So she can get it.
24    Q.   -- can get it down.

18

1    A.   Okay.
2    Q.   You can either keep it --
3    A.   I have my own.
4    Q.   And is your own copy numbered on the
5 top?
6    A.   Yes.
7    Q.   Okay.  And just so the record is clear,
8 Group Exhibit No. 2 is a true and accurate copy
9 of your notes from your sessions with Sue Riggio
10 over the years?
11    A.   Correct.
12    Q.   All right.  Thank you.
13       I am going to be asking you some
14 questions today, and others might as well,
15 relating to your treatment.  Since obviously it
16 dates back we will call it almost 13 years you
17 are welcome to please reference, review or
18 reference your notes as needed to assist you in
19 answering any questions.  All right?
20    A.   Yes.
21    Q.   Do you recall when you first were
22 referred or saw Sue Riggio?
23    A.   Yes.  It was in June of 2002.
24    Q.   And do you recall how she came to be

19

1 seen by you at that time?
2    A.   She was referred to me not through the
3 courtroom where she worked but someone in
4 another courtroom where I was doing some custody
5 evaluations of the parents, gave her my name and
6 phone number because she lived in the western
7 suburbs and I practice in Oak Brook.
8    Q.   And what was your understanding as to
9 why she was coming to you?
10    A.   She was coming to me because she had
11 been raped in the Daley Center over the
12 Memorial Day weekend on that Friday.
13    Q.   You understood she was coming to you
14 for therapeutic purposes --
15    A.   Correct.
16    Q.   -- relating to that rape?
17    A.   Yes.
18    Q.   And was she coming to you as a private
19 patient who was paying you at that time for the
20 services rendered or was this treatment paid for
21 or covered by some other entity?
22    A.   The County paid in the beginning until
23 she left the County.  They paid.
24    Q.   Okay.  Before we get into your

20

1 treatment sessions with her, you are familiar
2 with post-traumatic stress disorder?
3    A.   Yes.
4    Q.   Can you tell us generally what your
5 understanding is as to what post-traumatic
6 stress disorder is?
7    A.   Post-traumatic stress disorder,
8 commonly known as PTSD, has to have been
9 noticeable for a certain length of time.  After
10 that it can continue on.  It doesn't just end at
11 a certain time, and the characteristic symptoms
12 are based on an event that happened to the
13 individual that caused them harm, physical,
14 mental or was a physical threat; and after
15 within the first month usually they suffer
16 dreams that are more like nightmares, they are
17 frightened, many things remind them of the event
18 that was traumatic to them and they curtail all
19 activities.  They don't want to go anywhere.
20 They don't want to leave the house.  Things
21 frighten them that remind them of the incident
22 that happened, in her case that rape.
23       I mean, there is a huge list of things
24 and mostly it has to do with fear, being afraid,

21

NORMA BERLIN

1  not wanting to leave the house, not wanting to
2  go around groups of people and not wanting to go
3  back anywhere near where the event happened,
4  which in her case was a rape.
5      Q.  And in terms of PTSD patients, over the
6  course of your many years of private practice
7  have you seen and treated patients with PTSD?
8      A.  Yes.
9      Q.  Okay.  And generally speaking, although
10 recognizing that every patient and person is
11 different, generally speaking what type of
12 therapy is provided to PTSD patients?
13     A.  The most important element is really
14 support.  It's to help that individual feel
15 comfortable in the surrounding where the therapy
16 is taking place, reassurance, making sure that
17 physically they have been to a doctor to
18 determine if there are any physical ailments
19 that need to be taken care of by a medical
20 person since I am not a medical person; and we
21 don't always talk about just the event that
22 happened, but it's about what are we doing to
23 help you get over this, how can you move on with
24 your life.  That's really the most important

22

1  part.
2      Q.  At any point during your treatment of
3  Sue Riggio beginning in June of 2002 -- Strike
4  that.
5          Can you tell me about approximately how
6  many sessions you had with Sue following the
7  initial session in June of 2002?
8      A.  Well, I was seeing her twice a week for
9  several years and then after a while it tapered
10 off.  There was one period where I didn't see
11 her because she had to have a lot of dental work
12 done.  So there was a gap; and in my notes you
13 will see, too, when I went on vacation when I
14 would come back she would say it was really --
15 she was glad I was back because she hadn't had
16 anybody to talk to because you can't go and talk
17 about your rape to just anybody.  So she felt
18 like the time she came to talk to me it was in a
19 safe environment.
20     Q.  Okay.  As you sit here today and I
21 didn't count yet --
22     A.  Yeah, I don't know how many -- I didn't
23 count them.  I am sure there is hundreds.
24     Q.  Okay.  Of visits that you had with her?

23

1      A.  Right.  Because I saw her regularly
2  until approximately the end of '07 and then saw
3  her again later on.
4      Q.  All right.  At some point subsequent to
5  the initial visit and during the time period
6  that you saw and were treating her with therapy
7  and support, did you make a diagnosis with
8  respect to Sue Riggio?
9      A.  Yes.
10     Q.  Okay.  Can you tell me -- tell us at
11 what point you made that diagnosis
12 approximately?
13     A.  Yeah.  I mean, it was within the first
14 month that I saw her.  I mean, it was pretty
15 obvious that she -- what she displayed and what
16 she talked about were classic PTSD symptoms.
17     Q.  Did you form an opinion within a
18 reasonable degree of therapeutic certainty
19 psychotherapeutic certainty that Ms. Riggio was
20 suffering from PTSD, post-traumatic stress
21 disorder?
22     A.  Yes, and I referred her to a
23 psychiatrist for medication.
24     Q.  And why did you feel that in addition

24

1  to your providing therapy to her in the format
2  that you described was not enough for Ms. Riggio
3  such that she needed to be referred to a
4  psychiatrist?
5      A.  Because she appeared to me to be so
6  fragile she needed to -- In addition to that it
7  usually works best with people who have been
8  that severely traumatized to have two types of
9  support, both medicine and therapy.
10     Q.  Were there any specific aspects of her
11 symptoms that you felt would benefit from
12 medication that a psychiatrist could provide?
13     A.  Well, I was hoping that it would help
14 cut down on the nightmares that she suffered
15 from because she wasn't sleeping that well.
16     Q.  You listed for us generally some
17 moments ago those indicia of post-traumatic
18 stress disorder generally.
19     A.  Um-hum.
20     Q.  You have also told us that you at some
21 point in your -- the early goings of your
22 treatment sessions with Ms. Riggio diagnosed her
23 with post-traumatic stress disorder.  Can you I
24 suppose generally in relation to Sue Riggio tell

25

NORMA BERLIN

1  us what it was about her symptoms or
2  presentation over the time period that you saw
3  her that led to her specific diagnosis of
4  post-traumatic stress disorder?
5      A.  Well, there were a couple of instances
6  when -- I think the first thing was the first
7  day she came to my office I had a scissors and
8  mail opener in a little gold holder that was
9  sitting on my desk.  She sat down and
10 immediately asked me if I would put that in the
11 drawer, and she explained to me that she had
12 been threatened by the rapist with a scissors
13 and it made her uncomfortable.  Also she said to
14 me you're a woman in an office by yourself,
15 don't have a scissors on your desk.  It's like
16 she was afraid somebody was going to come in
17 there and take the scissors maybe and do
18 something to me.
19     So the scissors to this day 13 years
20 later is still in my bottom drawer and if --
21 This happened only two times but an
22 African American individual walked by -- My
23 office has five windows floor to ceiling and I
24 am in an area where there is trees.  So it's

26

1  really -- You know, it's not like people are
2  walking by and looking in.  I have -- She never
3  had a problem with the windows, but the two
4  times, two different occasions at that -- and it
5  was two different African American men came by
6  she would no longer sit in my office early.  She
7  is a very punctual person.  She would come right
8  when it was her appointment so she can just walk
9  into my office because she said seeing that
10 individual frightened her.
11     Q.  Let me ask you -- Let me take you
12 through the components of post-traumatic stress
13 disorder.  One of the items you mentioned was
14 that there had to be some sort of event,
15 traumatic event or harm or threat of harm.
16     A.  Right.
17     Q.  With regard to Ms. Riggio what was it
18 about what she reported to you or her symptoms
19 that met that qualification for PTSD?
20     A.  She spoke to me about the fact that she
21 had had her head beaten on the desk, that she
22 had been raped repeatedly and that she was just
23 fearful of everything.  She didn't want to leave
24 the house, she didn't want to do anything.

27

1      Q.  Okay.  You indicated that one of the
2  indicia of PTSD is that the patient has
3  recurrent nightmares related to the trauma.  Did
4  Ms. Riggio report to you nightmares, repeated or
5  otherwise, relating to the traumatic event?
6      A.  Almost every time she came she told me
7  she was having difficulty sleeping.  She always
8  reported that she -- from the time he raped her
9  she could smell him and that when she would wake
10 up that would be what she smelled was this
11 individual who had raped her.
12     Q.  You mentioned earlier that one of the
13 indicia of post-traumatic stress disorder is
14 that there are certain triggers that cause the
15 victim in this case or the patient of yours to
16 recall the event.  Did Ms. Riggio ever report to
17 you any events that she indicated resulted in
18 triggering the reflection or recalling of this
19 traumatic event, the rape?
20     MR. AINSWORTH:  Objection -- Sorry.
21 Are you finished?
22     MR. CONNOLLY:  Yes.
23     MR. AINSWORTH:  I will object to the
24 form of the question and I will also object to

28

1  the leading nature.  So mischaracterizes the
2  evidence and it also is leading, and if this
3  witness is not available to testify I would move
4  to strike her testimony.
5  BY MR. CONNOLLY:
6      Q.  Do you remember the question?
7      A.  Um-hum.
8      Q.  Okay.
9      A.  Can I answer it anyway?
10     Q.  Sure you can.
11     MR. AINSWORTH:  Yes.
12     THE WITNESS:  Oh, okay.  The triggers
13 for her were food because when she would eat or
14 attempt to eat she felt nauseated and it
15 reminded her of the event and she -- I also
16 noticed she was losing weight, too.  So she
17 eventually was not eating that well and the
18 other triggers were those two that I mentioned
19 before.  If she would see an African American
20 male it scared her.
21 BY MR. CONNOLLY:
22     Q.  You also indicated that an indicia of
23 post-traumatic stress disorder is a patient who
24 doesn't want to go places out of fear.  Did

29

8 (Pages 26 to 29)

NORMA BERLIN

1 Ms. Riggio ever report symptoms consistent with
2 that?
3     A.   We worked on her being able to go on
4 vacation.  Her husband actually had -- He was an
5 executive at a large company in the western
6 suburbs and he would have conferences in
7 California and in Las Vegas, Nevada, and she was
8 very fearful of going.  I would try to help her
9 with ways so that she could actually go on those
10 trips with him because she also didn't want to
11 stay home alone either.  I mean, she had a
12 daughter and a son but she felt more safe when
13 Frank, her husband, was around; and so we worked
14 on ways to get her out of the house.
15     Q.   Okay.  You mentioned a moment ago that
16 food was an issue at one point and that
17 Ms. Riggio was losing weight, is that right?
18     A.   Yes.
19     Q.   Can you explain to us if you recall,
20 and feel free to reference your records if you
21 need to, what was it about food or why was food
22 an issue for Ms. Riggio as it relates to the
23 rape?
24     A.   Anything that she put in her mouth she

                                                        30

1 said reminded her of the event and she got sick
2 to her stomach, and so she quit eating.  At one
3 point she told me she had lost about 20 pounds.
4 She was a very -- She is only a small tiny
5 little person to start with.  I don't even think
6 she is five feet.  Maybe she is four 11.  Normal
7 weight was 100 and something, and at that point
8 she was only weighing like about less than
9 80 pounds.  I had conferred with the
10 psychiatrist who agreed with me that she looked
11 way too thin, but it's the putting of food in
12 her mouth that reminded her of the rape and that
13 nauseated her.
14     Q.   Do you know or do you recall why
15 putting food in her mouth reminded her of the
16 rape?
17     A.   Well, because one of her proudest
18 things she said was that she had prevented him
19 from performing oral sex on her or she on him,
20 whichever way, you know, you want to present it.
21     Q.   Let's go through your records.
22     A.   Sure.
23     Q.   Let me take you to Page 1 of your --
24 what we have marked as Group Exhibit No. 2 of

                                                        31

1 your notes.
2     A.   Okay.
3     Q.   The date on that note is June 3, 2002.
4 Is that the first date you saw her?
5     A.   Yes.
6     Q.   As I skip down to about seven or eight
7 lines from the bottom -- Well, strike that.
8         About seven lines from the bottom it
9 says she is very lethargic appearing, is eating
10 but feels ill after eating.  Do you see where it
11 says that?
12     A.   Yes, um-hum.
13     Q.   When you write she is very lethargic
14 appearing, what did she look like to you?  What
15 were you describing?
16     A.   I mean, she was always nicely dressed
17 but she didn't have affect.  The way a therapist
18 looks at the individual is to see what their
19 facial expression is showing and she really
20 didn't have any.  She just was blah and sort of
21 sat slumped in the chair.
22     Q.   Okay.  The fourth line from the bottom
23 you indicate that she has low energy?
24     A.   Right.

                                                        32

1     Q.   That's something that she reported to
2 you?
3     A.   It was just the way she talked and the
4 way she walked.  I mean, a person walks into my
5 office they present themselves.  Even if they
6 are not feeling well they want to show me that,
7 you know, look, I look fine, you know, and she
8 just wasn't capable of doing that in the very
9 beginning.
10     Q.   Okay.  The last two lines of that note
11 on that page says she is fearful of going into
12 Chicago.  Is that -- That's something she
13 reported to you?
14     A.   Yes.
15     Q.   Is that consistent or inconsistent with
16 the indicia you mentioned earlier about victims
17 being afraid to go somewhere like where the
18 trauma occurred out of fear?
19     A.   Correct.
20     Q.   That it's consistent or inconsistent
21 with that?
22     A.   It's consistent.
23     Q.   Okay.  Your June 13th note, toward the
24 end of that note it says that she explained how

                                                        33

NORMA BERLIN

1 difficult it is to eat, losing weight, she
2 visualizes too much and creates nausea.
3      Do you recall what it was that she was
4 explaining to you or how this visualizing the
5 event caused her an inability to eat or lose
6 weight?
7      A.  When she ate it triggered the thought
8 of the rape and then she felt like she couldn't
9 eat.
10      Q.  Okay.  On June 18th your note indicates
11 that Sue is having a nightmare where she sees
12 the rapist's face.  Do you see that note?
13      A.  Yes.
14      Q.  Okay.  Is that note consistent or
15 inconsistent with the indicia that you mentioned
16 earlier about post-traumatic stress victims
17 having recurrent nightmares?
18      A.  Yes.
19      Q.  Consistent or inconsistent?
20      A.  Consistent.
21      Q.  Thank you.
22      Her report to you as to -- You had
23 reported that in the first visit she appeared
24 low energy and lethargic.  On June 20th you made

34

1 windows.  You may have just mentioned that.  Is
2 that note the occurrence that you just told us
3 about where she got frightened seeing men walk
4 by?
5      A.  Yes.
6      Q.  Okay.  On July 9th your note indicates
7 that she was fearful of being in new places.  Do
8 you see that?
9      A.  Yes.
10      Q.  Is that report of symptoms consistent
11 or inconsistent with post-traumatic stress
12 disorder?
13      A.  It is consistent with the symptom.
14      Q.  These notes, by the way, are they made
15 concurrent with your discussion with Ms. Riggio
16 or are they made afterward?
17      A.  I always make my notes after the client
18 leaves.
19      Q.  Let me take you to July 23rd if you
20 will.  Your note indicates that Sue cannot cry.
21 Did she report to you as to whether or not she
22 had cried since the occurrence and up to
23 June 23rd -- or July 23rd?
24      A.  No.  It distressed her that she

36

1 a note.  Does that note reflect Sue's
2 description to you as to what type of
3 personality or person that she was before the
4 rape?
5      A.  Yes.  She indicated that she was an
6 entirely different person, very sociable and
7 outgoing.
8      Q.  On June 25th I see the word empty on
9 there.  Can you describe for us what that
10 meant -- what your understanding as to what that
11 meant?  It's in quotes.  I assume that --
12      A.  Yes.
13      Q.  -- that's Sue's word?
14      A.  Yes.
15      Q.  What did you understand that to mean?
16      A.  She meant that inside she didn't have
17 any feelings and that she just felt like a shell
18 of a person that she had been.
19      Q.  Is that consistent or inconsistent with
20 your diagnosis of post-traumatic stress
21 disorder?
22      A.  It's consistent.
23      Q.  On your June 27th note you reference I
24 guess an event where some men walked past the

35

1 couldn't cry.
2      Q.  In your experience as a therapist
3 having treated other rape victims and other
4 victims of post-traumatic stress disorder, is
5 Sue's report of not being able to cry, is that
6 consistent with post-traumatic stress disorder
7 or inconsistent?
8      A.  It's consistent.  It goes with that
9 empty feeling.
10      Q.  Okay.  How does that work?  How do they
11 connect?
12      A.  They connect in the way that if there
13 is nothing inside of you you can't experience
14 anything to feel something and then you don't
15 cry.  She didn't laugh either.  I didn't write
16 that down, but I do remember that it was not --
17 she wasn't laughing either.
18      Q.  Did she express any fear in that
19 July 23rd visit with respect to the rapist?
20      A.  Yes.  She was afraid that he wouldn't
21 be convicted, he wouldn't go to prison and that
22 she wouldn't be safe in her house.
23      Q.  On August 6th your note indicates that
24 she is upset -- or upsets her that she cannot

37

NORMA BERLIN

1  rid herself of the "smell of the rapist."  Do
2  you see that?
3      A.  Um-hum, I do.
4      Q.  Can you tell us did Sue talk to you
5  about something about the smell of the rapist?
6      A.  Yes.  And consistently if you look
7  through all my notes, all 50 or more pages, it
8  comes up often.  She would say to me that
9  sometimes just during the day something would
10  happen and she would have that smell of that
11  individual person who had raped her.
12      Q.  Did you understand that to mean that
13  there was the actual smell of him still on her
14  or that there was something else that was
15  triggering in her mind the recurrence of the
16  smell?
17      A.  Yeah.  It was -- It was something that
18  was triggering it, but I do remember that after
19  that rape she would tell me that she took shower
20  after shower after shower after shower.  So it
21  wasn't that the smell was on her any longer, it
22  was something that triggered an olfactory
23  reaction.
24      Q.  We talked earlier about her inability

38

1  to eat food.  Did her report with regard to her
2  inability to rid herself of the smell of the
3  rapist have any connection in your mind to her
4  inability to eat?
5      A.  Yes, because certain smells make an
6  individual nauseous.
7      Q.  Okay.  If a person's having a
8  reoccurrence in their mind of a certain smell,
9  that sensation is going to create some nausea?
10      A.  Yes.
11      Q.  Okay.  And did you attribute that to
12  her inability to eat as she described to you?
13      A.  Yes.
14      Q.  On August 13th your note indicates that
15  she's still filled with the smell of the rapist.
16  Do you see that?
17      A.  Yes.
18      Q.  Okay.  Is that another example then of
19  her describing this sort of phenomenon that was
20  occurring with her?
21      A.  Yes, it is.
22      Q.  Is there anything unusual about this
23  for a rape victim to -- Assuming that the
24  offender, the rapist, did have a very

39

1  distinguish smell, is there anything unusual
2  about this sort of reporting to you as a
3  therapist of this recurrence of this sensation?
4      A.  No.
5      Q.  Can I bring your attention to
6  September 17, 2002?  Your note indicates that
7  Sue had an appointment with the -- with her
8  gynecologist.  Do you see that?
9      A.  Yes.
10      Q.  You have very good handwriting by the
11  way.  I am able to read this really well which
12  makes life easy.
13          You indicate in your written note that
14  she was fearful of undergoing the examination.
15  Do you recall what it was that she was fearful
16  about in relation to that examination?
17      A.  She didn't want a gynecological
18  examination because she still felt like that
19  would be too invasive.
20      Q.  Okay.  In your therapeutic experience
21  is her expression of fear undergoing a pelvic
22  exam, a gynecological examination, is that
23  consistent or inconsistent with Ms. Riggio's
24  reported rape to you?

40

1      A.  It's consistent.
2      Q.  You know, I think I called that
3  September 17th, but just so the record is clear
4  after I complimented your handwriting I think
5  it's really September 12th, isn't it, because
6  the next note is the 17th?
7      A.  Oh.  The one up above is the 12th,
8  correct.
9      Q.  All right.  So the one we just talked
10  about --
11      A.  It's the 12th.
12      Q.  -- so the record is clear it's the 12th
13  of September?
14      A.  Correct.
15      Q.  All right.  Thank you.
16          And on the 17th she came back to you.
17  Your note seems to reflect that the doctor
18  concurred that she was too traumatized medically
19  to be examined?
20      A.  Yes, he did.
21      Q.  And that's what Sue reported to you
22  that the doctor expressed to her?
23      A.  Correct.
24      Q.  Okay.  On the 19th of September, two

41

NORMA BERLIN

1 days later, was there a discussion between you
2 and Sue about efforts that she is trying to make
3 to get out of the house, leave the house?
4     A.   Correct.
5     Q.   Was that part of your therapeutic
6 effort or plans to try to provide support and
7 therapy to make her feel gradually more and more
8 comfortable to get out and be with people and do
9 things?
10     A.   Correct.
11     Q.   At the end of that note I see a
12 reference to fear in the county building.  Do
13 you recall her expressing any fear of returning
14 to work?
15     A.   She said she at that point was not
16 willing to return to the county building to
17 work.
18     Q.   Why not?
19     A.   Because when she thought of going there
20 she was too afraid.
21     Q.   Okay.  Can I bring your attention to
22 October 10th?  The note reads having a lot of
23 trouble sleeping.  Do you see that?
24     A.   Yes.

42

1     Q.   Okay.  Is that something that was new
2 or occurred for the first time or do you recall
3 whether or not that was an ongoing problem?
4     A.   It was an ongoing problem.
5     Q.   Bringing your attention to
6 October 29th, do you see the note where it says
7 Sue -- your note saying Sue is unable to stop
8 thinking about the rape, and then a little bit
9 below that she sees him, smells him, can't get
10 it out of her mind?  Do you see that?
11     A.   Correct, yes.
12     Q.   Is that another example of her
13 continuing to have this symptom where she in her
14 mind smells and visualizes him?
15     A.   Yes.
16     Q.   Okay.  On November 5th your note
17 indicates that she has certain sensations when
18 she wakes up.  Did she -- She reported to you I
19 think by your earlier note nightmares, right?
20     A.   Yes.
21     Q.   Did you understand those nightmares to
22 be about the rape or rapist or about other
23 issues?
24     A.   Only about the rape and the rapist.

43

1     Q.   And this note where it says she wakes
2 up feeling his face, is that consistent with her
3 description to you of these nightmares and how
4 she visualized her rapist during the nightmares?
5     A.   Yes.
6     Q.   And are these the type of nightmares as
7 she describes them like this that would be
8 consistent or inconsistent with your diagnosis
9 of post-traumatic stress disorder resulting from
10 the May of 2002 rape?
11     A.   Consistent.
12     Q.   Okay.  Did these things so far up
13 through November did they -- I take it you have
14 reached at this point -- well reached the
15 diagnosis of post-traumatic stress?
16     A.   Yes.
17     Q.   Okay.  Did these types of symptoms and
18 reports reconfirm and sort of solidify your
19 diagnosis or did any of her symptoms that she
20 reported to you up to this point weaken your
21 sense of that diagnosis?
22     A.   They strengthened it.
23     Q.   Okay.  On November 12th on Page 8, your
24 note indicates the nightmares continued.  Do you

44

1 see that?
2     A.   Yes.
3     Q.   On November 26th your note indicates
4 still having nightmares.  Do you see that?
5     A.   Yes.
6     Q.   Do you continue to attribute those
7 nightmares to the post-traumatic stress disorder
8 resulting from the May 2002 rape?
9     A.   Correct, yes.
10     Q.   Okay.  Let me take you to December 19,
11 2000 and -- I think I am on 2003 -- or 2, 2002.
12 You report in that note Sue has been having a
13 difficult time trying to be a wife to her
14 husband.  Do you see that?
15     A.   Yes.
16     Q.   What did she -- What do you recall her
17 reporting to you at that time?
18     A.   That she was unable to be intimate with
19 him.
20     Q.   Okay.  Physically intimate?
21     A.   Physically.
22     Q.   Did she express concern about that to
23 you or that this was an intentional thing that
24 she didn't care about?

45

NORMA BERLIN

1  A. She felt very bad for herself and for
2  Frank because they had had a very nice intimate
3  sexual life before.
4      Q. Did she indicate to you why it was in
5  her mind that there was such difficulty in
6  physical contact with Frank?
7      A. She didn't want to be touched.
8      Q. Okay. So then let's get clear on the
9  record when she was saying she was having a
10 difficult time being a wife to her husband, are
11 you referencing there or was your understanding
12 there that that was only in an intercourse or
13 sexual manner or did it involve a broader scope
14 of contact, physical contact?
15     A. Not only intercourse but she just also
16 didn't like it if he wanted to give her a hug.
17 I mean, she didn't stop cooking or cleaning or
18 doing any of those jobs, but she just didn't
19 want to be close to Frank.
20     Q. Okay. In your therapeutic experience
21 is that type of reaction or symptom consistent
22 or inconsistent with a woman who had been raped?
23     A. It's consistent especially this early
24 in the therapy.
46

1      Q. Why is it consistent?
2      A. Because any time -- it could be either
3  way, a man or a woman, wants to come near the
4  other person they revert back. It's called
5  rubber banding back to what happened to them,
6  and that's all they see in front of them is a
7  bad experience, not the good things that had
8  happened before.
9      Q. On your December 31st note you write
10 that Sue is fearful of ever going into the city
11 again. Do you see that?
12     A. Yes.
13     Q. Is that consistent with your earlier
14 described indicia of post-traumatic stress
15 disorder where victims don't want to go out
16 again and they certainly don't want to go to the
17 general location of where the attack occurred?
18     A. Correct.
19     Q. Okay. On January 7, 2003, on that same
20 page, do you note again in a visit with Sue that
21 she is having continued nightmares?
22     A. Yes.
23     Q. And just so this record accurately
24 reflects I am going through some visits but I am
47

1  not covering them all, am I?
2      A. Yes. No, you're not.
3      Q. Okay. Sometimes you saw her as many as
4  three times in a week period of time, right?
5      A. Correct.
6      Q. If I can direct your attention to
7  February 6, 2003, did she express any fear of
8  being in crowds to you at that visit?
9      A. Yes.
10     Q. Okay. Is that expression consistent or
11 inconsistent with your earlier described indicia
12 of post-traumatic stress that victims of
13 traumatic attacks fear being in groups of
14 people?
15     A. Correct.
16     Q. On the February 11th note toward the
17 bottom I note there is another discussion by Sue
18 about her intimate life. Do you recall what she
19 talked to you about at that time in relation to
20 her intimate life?
21     A. What date did you state?
22     Q. February 11th.
23     A. Oh, February 11th.
24     Q. On the bottom of the note.
48

1      A. Yes, I remember that discussion.
2      Q. Okay. What did she tell you?
3      A. She said that it was easier not to talk
4  about the case because if they did then she
5  feared that it would lead to a discussion about
6  their resuming an intimacy in their relationship
7  and so she thought she could just avoid it.
8      Q. And just so we all have a clear
9  understanding, did you ever have any sense from
10 Sue when she talked about her intimate life that
11 way that she wanted to avoid any discussions
12 with her husband about intimate life because she
13 was mad at him or didn't like him?
14     A. No, no. It was because she didn't want
15 to have to say no to him if he would pursue it.
16     Q. Okay. On February 13th what was it
17 about Valentine's Day that she expressed she was
18 worried about?
19     A. She was concerned that Valentine's Day
20 is a romantic day and the romantic part of it
21 might lead to his wanting to have sex with her
22 and she was not willing to do that.
23     Q. Can I take you to Page 11, the note of
24 April 3rd? Your note indicates that she is
49

NORMA BERLIN

1  concerned at that time.  What was she concerned
2  about?
3      A.   Because she is so afraid to have him
4  touch her or get into a discussion about that
5  that she seemed to be like emotionally detaching
6  from him, that she wasn't telling him things
7  that she probably should have been.
8      Q.   Was there any mention at that time of
9  triggers in her mind relating to her assailant?
10     A.   Well, she was worried about the trial,
11 she was worried about discussions, she was
12 worried about any of those things could cause
13 her to get scared again and she was working very
14 hard to be a little more social, and any talk
15 about that just put her back to that.
16     Q.   In that April 3rd note my read of it is
17 that you wrote down cannot get rid of "smell of
18 her assailant" again.  Do you see that?
19     A.   Yes, yes.
20     Q.   Is she still referring to this mental
21 sensation she has that things are triggering the
22 smell of her assailant and that that reinforces
23 in her mind the rape?
24     A.   Right.  If she has a dream or a

                                              50

1  nightmare that just always wakes her up with
2  this where she believes she smells him.
3      Q.   Okay.  Is that something unusual that
4  if a person had some specific identifying aspect
5  of an assailant that the memory of that assault
6  would be triggered or -- Strike that.
7      Is that unusual that if she was raped
8  by someone who had an unusual smell that she
9  would continue to have these mental sensations
10 of having that smell?
11     MR. AINSWORTH:  Object to the form and
12 foundation.
13     THE WITNESS:  It's not -- Can I answer?
14     MR. AINSWORTH:  Go ahead.
15     THE WITNESS:  It's not unusual because
16 this is in her mind very strong.
17 BY MR. CONNOLLY:
18     Q.   And once that sense in her mind of the
19 smell comes into play what affect does that have
20 on her in terms of her ability to function?
21     A.   It holds her back from doing other
22 things because it's such a fearful thing and,
23 you know, all the symptomatology of PTSD is
24 fear.

                                              51

1      Q.   On the April 17th note in the middle or
2  toward the end of that note rather do you see
3  where you wrote --
4      A.   Yes.
5      Q.   -- still tainted by the smell of the
6  rapist?
7      A.   Yes.
8      Q.   So is this an ongoing sort of chronic
9  symptom of hers that she is experiencing and
10 reporting to you?
11     A.   Yes.
12     Q.   Can I bring your attention to Page 12,
13 the May 8th note?  Toward the end of that note I
14 see the words emotionally dead and dead is in
15 quotes.  What was it that Sue was reporting to
16 you at that time that resulted in you writing
17 down the note that used the words emotionally
18 dead?
19     A.   That was the same thing that I had
20 described earlier about empty, that feeling of
21 the inability to say how she feels.  You know,
22 if I say to her how are you feeling today she
23 would say empty, dead.
24     Q.   When she would report that to you as a

                                              52

1  trained therapist, are you also looking at her
2  and assessing yourself whether or not she really
3  kind of looks like she is dead or do you not do
4  that?
5      MR. AINSWORTH:  Object to the form of
6  the question, foundation.
7      THE WITNESS:  Basically what I said
8  before about that lack of affect and lethargic
9  look and --
10 BY MR. CONNOLLY:
11     Q.   Let me re-ask the question.
12     A.   Okay.
13     Q.   When she said these words to you
14 describing being emotionally dead, do you recall
15 what, if anything, you observed about her at
16 that time?
17     A.   I don't recall.
18     Q.   Okay.  On your May 15th note you again
19 put the word smell in quotes and say the smell
20 of the rapist is still in her nostrils and makes
21 her very uncomfortable.  Do you see that?
22     A.   Yes.
23     Q.   Do you remember anything else about
24 that description at that time or that visit?

                                              53

**14 (Pages 50 to 53)**

NORMA BERLIN

1      A.   When she would talk about the fact that
2   she was still afraid that that rapist was going
3   to come to her house and hurt her in some way
4   that would bring up this smell in her and that's
5   what made her uncomfortable.
6      Q.   Okay.  Would that thought process and
7   the triggering event like that, is that unusual?
8   Is there something abnormal or unusual about the
9   connection of the trigger to the smell?
10      A.   No.
11      Q.   The May 20th note you report that Sue
12   decided she can never go downtown again.  Do you
13   see that?
14      A.   Yes.
15      Q.   Okay.  Is that consistent or
16   inconsistent with your earlier description of
17   post-traumatic stress disorder patients,
18   victims, not wanting to go back to the place
19   where they had been attacked?
20      A.   It's consistent.
21      Q.   Okay.  Is there any significance to you
22   to the fact that it's about a year after the
23   event and she is still having this sensation and
24   this fear?

54

1      A.   No, it's not unusual.  And this also
2   was right around the event if you look at the
3   date.  It's pretty close to the date.  It was
4   5-24 and this is 5-20.  It's that week.
5      Q.   July 15th on Page 13 you indicate that
6   she is having less visual nightmares.  Do you
7   see that?
8      A.   Yes.
9      Q.   So that's some encouraging improvement?
10      A.   Definitely.
11      Q.   Okay.  On the August 26th note I see
12   that you wrote scared that she will never get
13   over the rape.  Is that an unusual -- normal or
14   an unusual report for a victim like this to be
15   reporting a fear that they might -- she in this
16   case might never actually get over the attack?
17          MR. AINSWORTH:  Objection, form and
18   foundation.
19          THE WITNESS:  It's not unusual.
20   BY MR. CONNOLLY:
21      Q.   If I can direct you to Page 15, the
22   November 5, 2003, note.  You indicate her
23   father-in-law died and it was a relief for her
24   to cry.  Do you see that?

55

1      A.   Yes.
2      Q.   So you had earlier talked to us about
3   the fact that Sue wasn't crying, right?
4      A.   Correct.
5      Q.   What I am curious about is are you
6   telling us that for now about a year-and-a-half
7   of you treating Sue that she had never come in
8   and cried in your office?
9      A.   Correct.  She never did.
10      Q.   And describing all the things that she
11   described to you, the symptoms, the events, the
12   feelings, the lack thereof, you had never
13   observed her tearing up or crying?
14      A.   No, and that really bothered her that
15   she couldn't.
16      Q.   What did you think about it as a
17   therapist in terms of whether or not that had
18   any significance in terms of your assessment of
19   her or your diagnosis of her?
20      A.   All I saw was fear, you know, and
21   sadness sometimes, but I -- she -- She couldn't
22   cry.
23      Q.   Do you know, are you able to say what
24   is it about a victim like Sue, a post-traumatic

56

1   stress disorder victim, a victim of rape that
2   would cause or could cause her not to be able to
3   cry for a year-and-a-half after an event?
4      A.   People who have been raped sometimes
5   block off all their emotions other than the fear
6   and don't allow themselves -- I mean, it seems
7   difficult to understand, but they just fight
8   against letting themselves go.  I think once --
9   In fact, I remember she even said to me I am
10   afraid if I start to cry I will never stop.
11      Q.   Okay.  And so there is this event, the
12   father-in-law died, and she described to you
13   that she had noted specifically that she was
14   able to cry and that made here feel good?
15      A.   Yes.
16      Q.   Okay.  The fact that she describes
17   being relieved by being able to cry, did that
18   suggest to you that she actually wanted to be
19   able to cry before then but felt she couldn't or
20   was somehow unable?
21          MR. AINSWORTH:  Object to the form of
22   the question.
23          THE WITNESS:  Yes.
24

57

NORMA BERLIN

1  BY MR. CONNOLLY:
2      Q.  Strike that.  Let me re-ask it.
3      A.  Okay.
4      Q.  What, if any, significance to you as
5  her therapist was the fact that she described to
6  you that she was now relieved that she could
7  cry?
8      A.  I think the significance was that that
9  was a small step towards getting better.
10     Q.  If I can bring you to Page 16, the
11 January 15, 2004, note.  Did she -- I see the
12 word reliving.
13     A.  Yes.
14     Q.  Are you describing that she is still
15 reliving the event?
16     A.  Yes.
17     Q.  And is that as you described one of the
18 continuing features of post-traumatic stress?
19     A.  Yes.
20     Q.  Okay.  You also describe again in your
21 notes she can see his face clearly, smell him.
22 Do you see that?
23         MR. AINSWORTH:  Which note are you on?
24         THE WITNESS:  Yes, the same way.
                                              58

1          MR. CONNOLLY:  January 15, 2004.
2  BY MR. CONNOLLY:
3      Q.  Do you see that?
4      A.  Yes, I do.
5      Q.  Okay.  So she is still reporting having
6  these visualizations of him and smelling him?
7      A.  Yes.
8      Q.  Okay.  Do you recall as you sit here
9  whether the visualizations ever occurred during
10 the daytime or were these always in
11 nightmare-type form?
12     A.  I don't recall if she ever said it was
13 during the day.  Mostly she reported it was at
14 nighttime and sleeping.
15     Q.  Okay.  Your January 22, 2004, note, did
16 she talk to you about the court case and express
17 any words to you in relation to seeking justice?
18     A.  Her main concern was that the
19 individual who raped her be convicted so that
20 she didn't have to fear him coming to her house.
21     Q.  Okay.  I see in your note toward the
22 end you say she is going to see justice.  Do you
23 see that?
24     A.  Yes.
                                              59

1      Q.  Is that what she told you she -- her
2  goal was?
3      A.  That was her goal.
4      Q.  Okay.  The February 5th note toward the
5  second half it says something has been taken
6  from her that can never be replaced.  Can you
7  tell us whether or not in relation to rape
8  victims whether or not that type of feeling and
9  symptom is consistent or inconsistent?
10         MR. AINSWORTH:  Object to the
11 foundation.
12         THE WITNESS:  It's a consistent feeling
13 of loss and they express it as what was taken
14 away from her during that rape can't be
15 replaced.
16 BY MR. CONNOLLY:
17     Q.  Okay.  If I can take you to Page 18,
18 the note of October 1st.  Does Sue report in
19 that session anything about still being able to
20 smell --
21         MR. AINSWORTH:  June 1st.
22 BY MR. CONNOLLY:
23     Q.  I am sorry.  Did I say -- Is it
24 June 1st?  Oh, it is a six.
                                              60

1      A.  It's a six.
2      Q.  My bad copy.  Thank you.
3          Did she report at that time anything
4  about still being able to smell Chatman or no?
5      A.  Yes.  When anything that she thinks
6  about has to do with the rape that's what comes
7  to her is that smell.
8      Q.  Okay.  There is a July 20th note on
9  the -- near the bottom of the page.  You again
10 describe an occurrence in your office where a
11 black male walked by and Sue became agitated.
12 Do you see that?
13     A.  Yes.
14     Q.  Is that a separate event from the
15 earlier one you described?
16     A.  It's a separate event.
17     Q.  Okay.  And you actually -- This isn't
18 the report from Sue, this is something you
19 observed that she --
20     A.  Correct.
21     Q.  -- was agitated --
22     A.  Correct.
23     Q.  -- and appeared --
24     A.  Correct.
                                              61

NORMA BERLIN

1    Q.   -- concerned?
2        Okay.  The next page on 19, the
3    September 9th note, toward the end of it your
4    note reads to me she is still having dreams
5    about the man who raped her; is that right?
6    A.   Yes.
7    Q.   She reported that to you?
8    A.   Yes.
9    Q.   Your note indicates still unable to
10   even think about sex with Frank, is that right?
11   A.   Correct.
12   Q.   Okay.  So was it your understanding at
13   that time she was still unable to be intimate
14   with him?
15   A.   Yes.
16   Q.   Let me take you to the next page.  At
17   the top of the page now we are finally on
18   October 21st.  Toward the end of that note did
19   she describe to you circumstances with a doctor
20   that were different as the same as her earlier
21   described visit where she didn't want the doctor
22   touching her?
23   A.   Right, and this is a different doctor
24   than the gynecologist.  This is about her foot.
                                                    62

1    Q.   She was going to a foot doctor?
2    A.   Yes, right.
3    Q.   And what did she describe about going
4    to the foot doctor?
5    A.   She didn't want anybody touching her
6    and when her foot was hurting her that -- I had
7    not known about that until she told me this date
8    and that any pain just made her scared.
9    Q.   Let me take you to Page 23, the note of
10   April 12, 2005.  Did she discuss concerns about
11   her personal safety with you?
12   A.   Which -- What note is that?
13   Q.   April 12th.
14   A.   Oh, April 12th.  Yes.
15   Q.   Okay.  Are expressed concerns recurrent
16   now for almost two years after the event about
17   her personal safety, are those consistent with
18   continuing post-traumatic stress disorder or
19   inconsistent?
20   A.   This is '05, so that's three years.
21   Q.   Thank you.
22       So three years after the occurrence is
23   that -- is this report about still having
24   concerns about her personal safety, is this type
                                                    63

1    of report consistent or inconsistent with the
2    post-traumatic stress that you diagnosed?
3    A.   Yeah, it's consistent.
4    Q.   Okay.  Your next page, your next -- The
5    visit with her on May 24th you note that it's
6    the anniversary of the rape.  Did she report
7    that to you or did you know that?
8    A.   She reported it.
9    Q.   Is the fact that she is tracking that
10   date in her mind and reporting that to you, is
11   that consistent or inconsistent with a
12   post-traumatic stress victim who had been raped?
13   A.   It's consistent.
14   Q.   Why is it consistent that that would be
15   a date that would be so important to her that
16   she would track it, remember it and report it to
17   you?
18   A.   When something traumatic happens to an
19   individual they remember that anniversary date.
20   Q.   Okay.  Your June 7th date indicates
21   that she is improving so -- and that she is more
22   optimistic; right?
23   A.   Yes.
24   Q.   Okay.  So you're making some progress?
                                                    64

1    A.   Correct.
2    Q.   She describes in the June 14, 2005,
3    note that it's still difficult going into the
4    city; is that right?
5    A.   Yes.
6    Q.   If I can take you to June 28th on
7    Page 25, generally does she describe to you a
8    feeling of feeling safe or unsafe?
9    A.   Unsafe.
10   Q.   You had talked to us about her -- I
11   think she described to you feeling emotionally
12   dead.  Does your note reflect an updated status
13   on that sensation or feeling on her part?
14   A.   Yes.
15   Q.   What did you note at that time?
16   A.   That the same thing exists, that inside
17   she isn't able to allow herself to have more
18   feelings other than scared.
19   Q.   If a rape victim starts to let themself
20   have more feeling, if they allow themselves to
21   feel more, what is the danger in that?
22       MR. AINSWORTH:  Objection to the
23   foundation.
24       THE WITNESS:  The danger that I have
                                                    65

NORMA BERLIN

1  observed in the people that, you know, I have
2  worked with and am working with currently is
3  that it just creates a back -- rubber bands back
4  to the event and that feeling of unsafeness and
5  never being able to get over this trauma.
6  BY MR. CONNOLLY:
7      Q.  If I can direct your attention to your
8  July 12th note, did Sue report anything to you
9  with regard to her weight status?
10     A.  No.  I noticed it and asked her about
11 it.
12     Q.  Okay.  So you actually made a physical
13 assessment yourself about her weight?
14     A.  Yes.
15     Q.  What did you notice about her weight?
16     A.  Well, that her clothes looked too big
17 and that her face looked too thin, and that's
18 why I spoke to her about it.
19     Q.  Is her continuing loss of weight now
20 three years after this event consistent or
21 inconsistent with her being raped and suffering
22 post-traumatic stress as a result of it?
23     A.  It's consistent.
24     Q.  Did she report to you as indicated

66

1  toward the end of that July 12th note any change
2  in her ability to be intimate with Frank?
3      A.  No, she can't, but she feels guilty
4  about it.
5      Q.  You again saw her on August 9, 2005.
6  How did she -- Did you make an assessment at
7  that time as to how you observed her appearing?
8      A.  Yes.
9      Q.  What did she look like?
10     A.  Very thin.  I mean, she just looked
11 like -- I even asked her what she ate to try and
12 get an idea of the three meals in the day and
13 she just doesn't eat or didn't eat.
14     Q.  And you wrote down she appears very
15 thin?
16     A.  Yes.
17     Q.  Did you make any other notations with
18 regard to the status of whether or not she still
19 has these sensations of smelling the rapist in
20 her notes?
21     A.  Yes, and that is why she told me she
22 doesn't eat because she feels nauseated because
23 often -- If she sees food so I -- It isn't only
24 in the nightmares that she smells him.  If she

67

1  sees food that triggers it and reminds her of it
2  and that's why she gets nauseated.  As I had
3  mentioned before she was vomiting also for a
4  while.
5      Q.  Okay.  Your August 16th note indicates
6  that she is continued to lose weight.  Is that
7  something that again she reported to you or you
8  observed or both?
9      A.  I observed.
10     Q.  Okay.  There is a mention of the word
11 Ensure, E-n-s-u-r-e.  Is that the food
12 product --
13     A.  Yes.
14     Q.  -- supplement?
15     A.  Yes.
16     Q.  Okay.  Did you talk to her about trying
17 that?
18     A.  Yes.
19     Q.  You describe in your note that she
20 feels very shaky and worried.  Did you observe
21 that or did she describe that to you?
22     A.  It was obvious when that individual
23 walked by.
24     Q.  Okay.  So you're reporting as part of

68

1  your note that someone walked -- an
2  African American man walked by the window of
3  your office again?
4      A.  And she looked nervous.
5      Q.  Okay.  That's something you observed?
6      A.  Yes.
7      Q.  Okay.  On your -- On August 30th you
8  again saw her of 2005.  Did you get an updated
9  status as to her relationship with her husband?
10     A.  Yes.  She still feels she can't resume
11 it.
12     Q.  Okay.  Did you make any notation as to
13 her weight at that time?
14     A.  Yes.  I asked her how she -- how much
15 she weighed and she --
16     Q.  Why did you ask her how much she
17 weighed?
18     A.  Because she looked so thin.
19     Q.  Okay.  Were you concerned or not?
20     A.  Yes, and I spoke to the psychiatrist
21 who was giving her medication and she was
22 concerned also.
23     Q.  Did she give you her weight?
24     A.  Yes.

69

**18 (Pages 66 to 69)**

NORMA BERLIN

1    Q.   Did you report it down here?
2    A.   Yes, 87 pounds.
3    Q.   On your August 31st note on Page 27
4  toward the end of that note is there any further
5  reference by Sue to difficulty eating?
6    A.   Yes.
7    Q.   What did she tell you?
8    A.   She said she can't eat because anything
9  she puts in her mouth she thinks about being
10  raped and then makes her sick.
11    Q.   Okay.  The September 6, 2005, note did
12  she report to you on that occasion being raped
13  as a young woman?
14    A.   Yes, she did.
15    Q.   Was that the first time that she talked
16  to you about that?
17    A.   Yes.
18    Q.   Okay.  And what was the discussion
19  about that like?  What did that involve?  Why
20  did that come up and what were you talking
21  about?
22    A.   Because she made a couple of
23  statements.  One was how she has to keep
24  separate from Frank and to prevent her -- any

                                                      70

1  intimacy and that she -- at that time when she
2  was raped 26 years before she said she was a
3  much younger woman.  She was like 27 years old I
4  believe.  She was determined to resume a full
5  life which she did, but at this point in time
6  she feels incapable of doing that.
7    Q.   Let me take you to the next page, 28,
8  your note of September 8, 2005.  Did she report
9  to you another visit or attempted visit to the
10  gynecologist?
11    A.   Yes, and she can't go she claimed.
12    Q.   Why not?  Why did she feel she couldn't
13  go?
14    A.   She said it would be too painful.
15    Q.   Is her not going to the gynecologist or
16  allowing the gynecologist to perform pelvic
17  exams, which I assume would involve Pap smears
18  and things like that, is that something that is
19  good for her health or not good for her health?
20       MR. AINSWORTH:  Object to the form and
21  the foundation of that question.
22       THE WITNESS:  It would be good for her
23  to do that.
24

                                                      71

1  BY MR. CONNOLLY:
2    Q.   To go?
3    A.   To go and have the exam.
4    Q.   The fact that she was describing to you
5  that she was doing something that wasn't good
6  for her health, that is not going to the
7  gynecologist at her age, not getting pelvic
8  exams or Pap smears, did that concern you at all
9  as her therapist?
10    A.   Yes.
11    Q.   Okay.  Did you talk to her about that?
12    A.   Yes.  I encouraged her to at least go
13  to the office so that it became a safer place.
14    Q.   Did you talk to her about the fact that
15  it would be in her physical and health best
16  interest for her to --
17    A.   Yes.
18    Q.   -- have these visits and have them be
19  meaningful?
20    A.   Yes, I did.
21    Q.   Was she able to change her behavior as
22  a result of your discussions with her?
23    A.   Not really.
24    Q.   Okay.  Your note of September 8, 2005,

                                                      72

1  you indicate -- I think your words are he forced
2  her to submit to the insertion of his penis into
3  his vagina and then into her rectum.  Do you see
4  that?
5    A.   Yes.
6    Q.   And you wrote it that way because
7  that's what you recall her telling you?
8    A.   Correct.
9    Q.   Okay.  Then you say -- Your note says
10  rather he also beat her head on the desk.  Do
11  you see that?
12    A.   Correct.
13    Q.   And that's what she told you?
14    A.   Yes.
15    Q.   And then you say she hit him and this
16  forced him to remove his penis from her mouth.
17  Do you see that?
18       MR. AINSWORTH:  Object to the form of
19  the question, mischaracterizes what is written.
20  BY MR. CONNOLLY:
21    Q.   Let me read it again.  I didn't mean to
22  misread it.
23       And then do you see in your note it
24  says she hit him and this --

                                                      73

NORMA BERLIN

1    MR. AINSWORTH:  Bit.
2    THE WITNESS:  No, hit.  It says hit.
3 BY MR. CONNOLLY:
4    Q.  Let me read it again.  Then it says she
5 bit him?
6    A.  I think you're right.  It does say
7 that, I am sorry.
8    Q.  Yeah.  We will go with Russell this
9 time.
10    Let me start over.  And then it says
11 she bit him and this forced him to remove his
12 penis from her mouth.  Do you see that?
13    A.  Yes.
14    Q.  You didn't use the word insertion
15 there.  Is there a reason for that?
16    A.  Well, she didn't say that he did that.
17 She said, as I recall, that he was attempting to
18 have oral sex with her and her big thing that
19 she told me was that somehow she prevented him
20 from doing that and that didn't happen, but that
21 her teeth got cracked from being -- having her
22 head hit on the desk.
23    Q.  Okay.  You wrote she bit him.  Do you
24 recall her telling you where she bit him?

74

1    A.  No, I don't recall that.
2    Q.  Your April 13, 2005, note, do you see
3 on the bottom of that note you say I gave her a
4 referral to a nutritionist.  Sue has lost
5 20 pounds.  Do you see that?
6    MR. MICHALIK:  Let me stop you.  You
7 mean September 13th?
8    MR. CONNOLLY:  Yeah, thanks.  Thank
9 you.
10    THE WITNESS:  Yes.
11 BY MR. CONNOLLY:
12    Q.  September 13, 2005, do you see where it
13 says I gave her a referral to a nutritionist?
14    A.  Yes, yes.
15    Q.  Okay.  When it says Sue has lost
16 20 pounds, is that her report to you or your
17 assessment?
18    A.  That was her report from the last
19 question you had asked me about the 20 pounds
20 when she told me a couple visits back.  So it
21 was the same 20 pounds that we were still
22 dealing with.
23    Q.  Okay.  Were you still concerned about
24 her inability to keep weight on?

75

1    A.  Yes.
2    Q.  Let me take you to the next page,
3 September 15th.  Did she indicate to you whether
4 or not she was able to gain weight?
5    A.  Well, she said that she was putting a
6 little on because she was eating small meals
7 rather than try to eat three big meals a day.
8    Q.  Okay.  Your September 26, 2005, note
9 there is a reference to Sue leaving a session
10 with you and having a concern about someone in
11 the waiting room.  Do you see that?
12    A.  Yes.
13    Q.  What occurred there?
14    A.  When she walked out of my office my
15 next client who was a very nice man who was
16 waiting to see me and when the door opened she
17 told me she was afraid.  I reassured her that I
18 knew him, he was a very nice guy and I walked
19 out with her and she left.
20    Q.  Okay.  Your September 29, 2005, note in
21 the middle of that note I see the word visions
22 of Chatman still appear in her thoughts.  Did
23 Sue Riggio continue to tell you that she was
24 still having recurrent visuals of him?

76

1    A.  Yes.
2    Q.  Okay.  That's still consistent with
3 your post-traumatic stress diagnosis?
4    A.  Yes.
5    Q.  Okay.  Your October 6, 2005, note, did
6 she update you on the status of being -- her
7 being able to be intimate or not with her
8 husband Frank?
9    A.  Correct.
10    Q.  Well, what did she tell you?  Did she
11 update you and what did she say?
12    A.  That she is still unable to be intimate
13 with him in a sexual way.
14    Q.  Okay.  Your October 10, 2005, note did
15 she indicate to you whether or not she was
16 continuing to have flashbacks to the day of the
17 rape?
18    A.  Correct, she did.
19    Q.  She did what, continue to --
20    A.  Continue to have them.
21    Q.  Okay.
22    A.  A lot of it had to do also with being
23 tired because she wasn't sleeping.
24    Q.  The October 12, 2005, note, did

77

NORMA BERLIN

1  Ms. Riggio ever indicate to you whether or not
2  she still had concerns or anxiety about leaving
3  her home?
4      A.  Yes, she did.
5      Q.  Taking a look at your October 17, 2005,
6  note, toward the end of that note about three
7  lines up the word suicidal is in there.  Can you
8  tell us whether or not Ms. Riggio ever discussed
9  with you suicide?
10     A.  Yes.  At that time she did say that
11 once in a while that thought comes into her mind
12 but she knows she -- I asked her if she had a
13 plan and she said no, she had no plan to do
14 that.
15     Q.  But it occasionally comes into her
16 head?
17     A.  Correct.  And that's why I asked her to
18 bring Frank in, her husband.
19     Q.  Okay.  Taking you to your November 3,
20 2005, note, you had earlier described to us the
21 sensation of feeling empty.  Did you get an
22 update from her on that visit as to the status
23 of that symptom?
24     A.  Yes.  She talked again about the fact

78

1  that she doesn't want to go in the city, that
2  she is very empty and she felt like she died the
3  day she was raped.
4      Q.  And when she describes that she feels
5  she died, at the end of your note does she get
6  more descriptive as to how she feels she died?
7      A.  Yes, emotionally, not physically.
8      Q.  Okay.  Can I take you to the next page?
9  Your note of November 16, 2005, did she update
10 you on the status of her inability to have
11 intimate relations with her husband?
12     A.  Yes, she did.
13     Q.  What did she tell you?
14     A.  She told me that it was never going to
15 happen.  She didn't feel that she could ever
16 resume a sexual relationship with him.
17     Q.  As her therapist what did you respond
18 or tell her about that?
19     A.  Well, I said that I hope we can work
20 towards helping her feel that she would be able
21 to do that one day.
22     Q.  Your note in the middle says -- I think
23 you write she wishes that the rapist would have
24 killed her.  Do you see that?

79

1      A.  Yes.
2      Q.  What did she tell you about that?
3      A.  She says she had suffered so much pain
4  and that her loss of the sexual relationship
5  with Frank, her dead feeling inside, her
6  inability to go places, she wasn't working
7  anymore, that since her life was over
8  emotionally she had wished at one point that he
9  would have just killed her.
10     Q.  Taking you to your November 23, 2005,
11 note, did you update you with regard to the
12 previously discussed recurrent dreams and the
13 smell sensation?
14     A.  Yes, she did.
15     Q.  What did she say in regard to those two
16 items?
17     A.  She said that she would like to stop
18 thinking about the rapist but when she goes to
19 bed she sees him and that smell occurs to her.
20     Q.  Okay.  And her relationship with her
21 husband she --
22     A.  She says she cannot do.
23     Q.  Okay.  The next page your note of
24 December 12, 2005, did she discuss any specific

80

1  examples of attempts to try to get back into the
2  city or do things in the city and tell you how
3  that went?
4      A.  Earlier I said she went in for her
5  son's graduation and then Frank had a big
6  company party, and when the trolley they were on
7  stopped at the Daley Center she made him get off
8  and they had to take a cab back where they had
9  left her car -- his car I mean.
10     Q.  Did she have any -- Do your notes
11 reflect or do you recall whether or not she had
12 any physical reaction along with the emotional
13 reaction to being at or near the Daley Center?
14     A.  She told me that she vomited at the
15 restaurant.
16     Q.  Okay.  Taking you to your note of
17 December 27, 2005, did she update you as to the
18 status of her ability or lack thereof to be
19 intimate with Frank?
20     A.  She again told me that they have no
21 intimate relation and that it would be
22 impossible for her to do.
23     Q.  Looking at your next note of
24 December 29, 2005, can I ask you did Sue ever

81

NORMA BERLIN

1 report to you any issue -- continuing issues
2 with sleep?
3     A.   Yes.  She said she has a hard time
4 sleeping.  She will get to sleep, then she wakes
5 up, thinks about it or dreams about the rape and
6 then she has a hard time going back to sleep and
7 that's gone on now for three -- over
8 three-and-a-half years.
9     Q.   Taking to you Page 39, the note of
10 February 9, 2006, did Sue Riggio during that
11 therapy visit with you update you as to the
12 status of her ability to be intimate or not with
13 her husband?
14     A.   She still insists very emphatically
15 that she cannot do that and she feels sad about
16 it.
17     Q.   Okay.  Directing you to Page 41, your
18 note of March 9, 2006, was there any updated
19 assessment made by you or discussion with Sue
20 about the eating and weight problem?
21     A.   Yes.  We talked about that and she
22 insisted also that when she begins to eat she
23 gags.  She has flashbacks of the rape and that's
24 why she can't eat.

82

1     Q.   Okay.  Did you discuss any of that with
2 her husband at that time?
3     A.   Yes.  He feels that a lot of it has to
4 do with her continuing to look to make sure that
5 the rapist is still in prison.
6     Q.   Will look where to make sure that the
7 rapist --
8     A.   Online.  She looks online.  She figured
9 out -- I mean, she is a very smart woman.  She
10 figured out how to find that out.
11     Q.   So Frank reported to you that she is
12 checking at home regularly?
13     A.   Too often he felt.
14     Q.   Too often to make sure that he is still
15 in prison?
16     A.   Um-hum.
17     Q.   Did that have anything to do with her
18 need to feel safe or was it some other reason
19 that he felt or expressed to you?
20         MR. AINSWORTH:  Object to the form of
21 the question and object to the foundation.
22 BY MR. CONNOLLY:
23     Q.   Let me re-ask the question.
24         Did you -- Do you recall or did you

83

1 make any assessment as to -- from your
2 discussions with Sue as to why she was checking
3 the computer to make sure the rapist was still
4 in prison?
5     A.   She was afraid that somehow he would
6 get out of prison.
7     Q.   Okay.  Let me take you to Page 43, the
8 note of May 16, 2006.  Did she update you as to
9 her ability to be intimate or a wife to Frank?
10     A.   Yes, and now she began to use this word
11 broken rather than or in addition to empty.  She
12 used broken and that she is broken she can't be
13 the wife.  Her spirit is gone.
14     Q.   Your next note May 23, 2006, you had
15 earlier told us about the significance of Sue as
16 a rape victim recalling and raising with you the
17 anniversary date of the rape.  Do you remember
18 that?
19     A.   Yes.
20     Q.   Did she raise anything on the May 23,
21 2006, visit about the anniversary?
22     A.   Yes, and she thought she needed to plan
23 something so she wouldn't spend the whole day
24 checking if he was there and feeling scared

84

1 about it.  So we had a plan of what she would do
2 that day.
3     Q.   Okay.  Taking you to the next page,
4 your June 15, 2006, note, did you make an
5 assessment at that time as to Sue's appearance
6 from a weight standpoint?
7     A.   I still felt she looked too thin.
8     Q.   Was there any discussion with her at
9 that time on -- in relation to that weight
10 status how she was doing with regard to food and
11 her mouth?
12     A.   Yes, and she still insisted any time
13 she put food in her mouth that she would gag and
14 that's why she wasn't eating properly.
15     Q.   Your next note I am going to guess the
16 22nd, is that a June date?
17     A.   Yes.
18     Q.   Okay.
19     A.   Is the six not on your page?
20     Q.   It got clipped off a little bit.
21         On that June 22nd date did you make a
22 continued note as to her weight status?
23     A.   Yes, and I teach my patients who have
24 this problem about how to X things out of their

85

NORMA BERLIN

1  mind, it's a technique for people that suffer
2  from anxiety also, and try to help her learn how
3  to do that so she wouldn't think about that all
4  the time when she went to eat.
5      Q.  Okay.  Were you concerned at all about
6  her health at that time?
7      A.  Yes.
8      Q.  Let me take you to Page 45, your note
9  of July 11, 2006.  Your note says Sue feels
10 without hope.  Do you see that?
11     A.  Yes.
12     Q.  And then you say she can't recover.  Do
13 you see that?
14     A.  Yes.
15     Q.  Are those types of feelings feelings
16 that are associated in any way with a rape
17 victim?
18     A.  Yes.  Especially lack of hope.
19     Q.  Okay.  Why is that?
20         MR. AINSWORTH:  I will object to the
21 foundation on the prior question.
22         THE WITNESS:  Because for many of the
23 other things that I have said is that when
24 something has been taken away from you and you

86

1  can't replace it or ever get it back there is
2  this feeling of hopelessness.
3  BY MR. CONNOLLY:
4      Q.  Okay.  Your July 18, 2006, note do you
5  make an assessment or a comment at that time as
6  to how she looks to you weight-wise?
7      A.  Yes.  I told her she looked too thin
8  still.
9      Q.  Did you describe thin in any particular
10 more descriptive terms in your note?
11     A.  As her clothes were too big.
12     Q.  Let me ask it this way.  Does your note
13 say that you wrote say she looks so painfully
14 thin?
15     A.  Yes, she looks so painfully thin.
16     Q.  Is that your assessment?
17     A.  That's mine.
18     Q.  Okay.  Let me take you down to
19 August 8, 2006.  Did she report to you anything
20 in that visit as to whether or not the
21 nightmares have reoccurred?
22     A.  Yes.
23     Q.  What did she tell you?
24     A.  She told me that she was having

87

1  difficulty sleeping again and when she would
2  fall asleep the nightmares recurred.
3      Q.  Okay.  The next page on 46, the
4  September 8, 2006, note, did you get an updated
5  status from Sue with regard to whether or not
6  she was able to improve her eating?
7      A.  She still claimed that she couldn't eat
8  properly because of the triggers to the event
9  and again with that smell, you know, that
10 olfactory sensation she has.
11         MR. AINSWORTH:  I am sorry, what date
12 were you on?
13         THE WITNESS:  8, 9-8.
14         MR. CONNOLLY:  September 8th.
15         MR. AINSWORTH:  9-8, okay.  Thank you.
16             (Whereupon, a short break was
17             taken.)
18 BY MR. CONNOLLY:
19     Q.  Ms. Berlin, bringing your attention to
20 your note of October 26, 2006, did you get an
21 update at that time from Ms. Riggio with regard
22 to how she was doing and sleeping?
23     A.  Yes.  She talked about waking up in the
24 middle of the night.  She referred to them now

88

1  as like a panic attack when she woke up and she
2  would get up and actually now walk around the
3  house, have a drink of water before she would go
4  back to bed because she had been reliving the
5  whole rape scene again in her mind.
6      Q.  Does that symptom, that description of
7  panic attacks, is that consistent or
8  inconsistent with your diagnosis of
9  post-traumatic stress disorder?
10     A.  Yes.
11     Q.  What does it tell you at this point
12 that she is still having these symptoms
13 four-plus years after the attack if anything?
14     A.  It tells me that she is still suffering
15 from PTSD and that she still has reoccurring
16 frightening thoughts.
17     Q.  Bringing your attention to your
18 November 2, 2006, note, does she indicate to you
19 any change in her ability to sleep through the
20 night?
21     A.  Yeah.  Then she started having night --
22 you know, night terrors.  They had gone away for
23 a while and then they were happening again, and
24 the night terrors refer to thinking about the

89

NORMA BERLIN

1  rape.
2      Q.  Okay.  Bringing your attention to your
3  note of November 16, 2006, did she describe --
4  what did she describe to you during that visit?
5      A.  Oh, about living in her home, that he
6  was going to find her and that, you know, she
7  still didn't feel safe anywhere.
8      Q.  In your next visit four days later did
9  she describe to you what she was going to try to
10 do to remedy that concern of safety?
11     A.  Right.  She did.  She started looking
12 at different places to live where there was
13 security.
14     Q.  Okay.  Your note -- Your December 21,
15 2006, note I see here it says Sue still displays
16 fear of Chatman even though he is incarcerated.
17 As a therapist what is your explanation for why
18 Sue is still expressing fear about someone who
19 is locked up?
20         MR. AINSWORTH:  Object to the
21 foundation.
22         THE WITNESS:  What date was that, I am
23 sorry?
24
                                            90

1  BY MR. CONNOLLY:
2      Q.  12-21-2006.
3      A.  Okay.  Christmastime was something she
4  loved.  She was a big decorator in her house and
5  she just felt that because she even -- she still
6  had to keep looking online to make certain he
7  was locked up and her family -- because she
8  didn't tell them how frightened she still felt
9  they thought she should just go back to being
10 the same way she had always been.
11     Q.  Did she describe to you on January 11,
12 2007, the status of this eating issue we have
13 been talking about and the smell associated with
14 the rape?
15     A.  Yes.  She reiterated again that when
16 she sees raw meat or even cooked meat it reminds
17 her again.  It's a trigger and she can't eat and
18 she smells him again.
19     Q.  Bringing your attention to
20 Page 50-and-a-half -- it's like a Hogwarts
21 page -- the February 8, 2007, note --
22     A.  Yes.
23     Q.  -- does she update you on the status of
24 her relationship with her husband?
                                            91

1      A.  Yes, because they were going on a
2  vacation and she just said she still can't see
3  sex as part of her life with Frank.
4      Q.  Okay.  The February 27, 2007, note is
5  there any update on the status of her ability to
6  prepare food or eat food?
7          MR. AINSWORTH:  Sorry, what date?
8          MR. CONNOLLY:  February 27, 2007.
9          MR. AINSWORTH:  Thank you.
10         THE WITNESS:  There was a lot going on
11 at that time about depositions and so it just
12 reminded her again about the rape.  So she was
13 having a hard time eating again and she still
14 continued to talk about smelling the rapist and
15 then she would lose her appetite.
16 BY MR. CONNOLLY:
17     Q.  Drawing your attention to Page 53, your
18 April 12, 2007, note, you indicate that Sue
19 feels dejected, fearful and lacking purpose.  Do
20 you see that?
21     A.  Yes.
22     Q.  Did she describe to you how or in what
23 ways, and I realize this is eight years ago?
24     A.  Well, what she said was that there was
                                            92

1  a definite contrast between the person she was.
2  She was like this happy person in her family
3  that everybody came to and now she felt like she
4  was just this scared rabbit.
5      Q.  Directing your attention to your notes
6  of April 26 and May 3, 2007, did she update you
7  as to her -- the status of her relationship with
8  Frank?
9      A.  Yes.  She said that she would never be
10 able to revive that again and it made Frank feel
11 bad and it made her feel bad.
12     Q.  Revive what, the relationship or some
13 aspect of it?
14     A.  Oh, sex.  Just the sexual aspects of
15 it.  They had a nice relationship other than
16 that.
17     Q.  Okay.  The May 3, 2007, note you say
18 she had great concerns about Frank, she wants
19 him to have a good life.  Do you see that?
20     A.  Yes.
21     Q.  Did you ever hear from her words in any
22 of your many sessions with her any words of
23 anger, hostility, frustration, any negative
24 descriptions about her feelings toward Frank?
                                            93

NORMA BERLIN

1     A.  No.  She was always positive about what
2  a nice man he was.
3     Q.  Let me take you to Page 54.  The note
4  of May 17, 2007, you had mentioned to us earlier
5  a couple times the significance of Sue
6  monitoring the anniversary date.  Was there any
7  discussion on -- at that visit about the fact
8  that this was the month where the rape occurred?
9     A.  Yes.  Whenever we get around that date
10  she feels very sad and unhappy and scared.
11     Q.  At some point before the end of 2007,
12  did you and Sue -- Well, strike that.
13     Was there a point in time in your
14  therapy relationship with Sue where there was a
15  discussion about either terminating or
16  suspending the ongoing therapy?
17     A.  We had talked about the therapeutic
18  relationship we had and that when a therapist
19  and a client or patient come to an agreement
20  that it's time to stop and we both feel the same
21  way then it's time to stop or to take a break.
22  Sometimes it's just a break and sometimes it's
23  we have done as much as we can do.
24     Q.  Okay.  Did you reach such a point at

94

1  any point in 2007?
2     A.  Yes.
3     Q.  Okay.  And was that your assessment and
4  agreement as much as Sue's?
5     A.  Yes, um-hum.  We agreed together.
6     Q.  You saw Sue again after 2007.  You saw
7  her, if I can direct your attention to Page 56,
8  on August 4, 2009; is that correct?
9     A.  Correct.
10     Q.  What did she tell you at that time?
11     A.  Well, that she still has the fear but
12  that she feels like a much stronger person.  She
13  occasionally was checking to see if Chatman was
14  in prison but not every day like she had been.
15     Q.  Okay.  Bringing you ahead a few years,
16  you saw her on July 2, 2013; is that right?
17     A.  Yes, yes.
18     Q.  What did she tell you about her -- the
19  status of her ability to deal with the rape?
20     A.  Well, that a day doesn't go by that she
21  isn't plagued by the thought of it or, you know,
22  the fear of it, but that she feels safer since
23  she moved to a gated community and she also
24  became a grandmother which gave her a lot of

95

1  joy.
2     Q.  Okay.  When was the last time you
3  talked to Sue?
4     A.  I saw her on March 18th.
5     Q.  Of this year?
6     A.  Of this year.
7     Q.  Can I see that note?
8     A.  Yeah, sure.
9     MR. AINSWORTH:  Can we make copies
10  of --
11     THE WITNESS:  Yeah, you can have that.
12     MR. AINSWORTH:  We have up until
13  July 29th.  Do you mind -- of 2014.  Do you mind
14  if we copy anything after July?
15     THE WITNESS:  Of course.  Yeah, you can
16  have those two pages copied.
17     MR. CONNOLLY:  This one, too.
18     THE WITNESS:  He doesn't have that one.
19  You may have that.
20     MR. CONNOLLY:  Let me take a second --
21  You have which two?
22     MR. AINSWORTH:  Well, I don't have them
23  with me.  So if you mind --
24     MR. MICHALIK:  They are in the exhibit.

96

1     MR. AINSWORTH:  I didn't take an
2  exhibit because I have my own.  I gave it to
3  Daria.  Let's go off the record for a second.
4     (Whereupon, a discussion was had
5         off the record.)
6  BY MR. CONNOLLY:
7     Q.  Ms. Berlin, Sue saw you multiple times
8  in the fall of 2014?
9     A.  Correct.
10     Q.  In November 17, 2014, did she report to
11  you on the status of whether or not she was
12  having nightmares?
13     A.  You have got the -- my copy.
14     Q.  I do?
15     A.  What date was it?
16     Q.  The near bottom one I think,
17  November 17th.
18     A.  Oh, November, yeah.  She talked about
19  nightmares that she was experiencing again,
20  right, and they were actually filled with
21  actions against her and her family.
22     Q.  Did she -- Bringing your attention to
23  the December 16, 2014, note, did she talk to you
24  about the fact that there is a civil lawsuit

97

25 (Pages 94 to 97)

NORMA BERLIN

1 against her?
2    A.  She told me that there were some legal
3 things that were happening and that was taking
4 away from her being happy about her daughter
5 being married this summer, and she felt like it
6 was destructive for anybody to say that she
7 hadn't been raped.
8    Q.  Had she described to you in any
9 previous session the fact that she felt
10 tormented by her attacker?
11      Let me draw your attention to
12 September 25, 2014. Did she describe to you at
13 that time --
14    A.  Oh, she feels she is being tormented
15 but it's in her mind, not physically.
16    Q.  Right. Oh, right.
17    A.  She is being tormented.
18    Q.  Absolutely.
19      Did she describe to you events where
20 she was -- after the lawsuit was filed that she
21 was followed around by a car with somebody
22 taking pictures of her?
23    A.  Yes, um-hum. She told me that early
24 September.
                 98

1    Q.  In January of 2015 did she share with
2 you Frank's health status?
3    A.  Yes. Frank had to have prostate
4 surgery, bladder -- bladder. Bladder? Is it
5 bladder surgery? Bladder surgery I believe.
6    Q.  Okay.
7    A.  It was a cancer surgery, yeah.
8    Q.  Right. Did she appear concerned?
9    A.  Very.
10    Q.  Okay. In February 25, 2015, did she
11 describe to you whether she was having any
12 difficulty sleeping?
13    A.  She was because Frank had to go back in
14 the hospital. He had a surgical complication
15 from his cancer.
16    Q.  Okay. The last time you saw her was
17 March 18, 2015; right?
18    A.  Yes.
19    Q.  Okay. And at that time your note
20 reflects that she loves her granddaughter and it
21 helps her to feel good for a few hours?
22    A.  Right, when she is with her.
23    Q.  All right.
24    A.  And I think her granddaughter's name is
                 99

1 Hope.
2    Q.  And you haven't seen her yet since that
3 time, correct?
4    A.  No, un-uhn.
5    Q.  Okay. Give me just a second.
6    A.  I can keep these?
7    Q.  Yeah, they are yours. Thank you.
8      To this day as you sit here today what
9 is your understanding as to whether or not
10 Sue Riggio has been able to resume physical
11 intimacy with her husband Frank as a result of
12 the rape?
13    A.  She has not been able to have sexual
14 relations with him.
15    Q.  And likewise, what is your
16 understanding as to whether or not Sue Riggio to
17 this day 12, 13 years after the rape whether or
18 not she has been able to go in for and have a
19 pelvic exam, a normal gynecological examination?
20    A.  She has not.
21    Q.  Okay. And do you have an opinion
22 within a reasonable degree of your psychotherapy
23 certainty as to whether or not the reason for
24 that is the rape of May 2002?
                100

1    A.  Yes, I believe that's true.
2    Q.  Okay. That it's related?
3    A.  Yes.
4      MR. CONNOLLY: Okay. Thank you so
5 much.
6      THE WITNESS: Thank you very much.
7      MR. AINSWORTH: I have some questions
8 for you.
9      (Whereupon, Mr. Connolly leaves
10       the proceedings.)
11      EXAMINATION
12 BY MR. AINSWORTH:
13    Q.  Before the deposition you met with
14 Mr. Connolly, correct?
15    A.  Today.
16    Q.  Today, yes. What time did you meet
17 with him?
18    A.  9:00 o'clock.
19    Q.  Did you speak with him on the phone
20 before then?
21    A.  He called me last night because he
22 noticed that on a couple of pages -- and I have
23 a habit of doing this -- I write below the last
24 line and I guess it doesn't come out because I
               101

NORMA BERLIN

1  know that somebody from your office had called
2  me and I resent those to them.  That's what he
3  asked, if I would bring my papers today so he
4  could have them.
5      Q.  I am not sure it's my office because I
6  am still -- I have some cut off as well.
7      A.  But I had sent them to the office.  I
8  forgot the name of the lady who -- Actually, I
9  had talked to Mrs. Wong, but somebody else from
10  your office had called and said there were a
11  couple cut off and I had resent them.  There is
12  only a few.
13      Q.  I may just ask you during the
14  deposition.
15      A.  There is a few.
16      Q.  I don't have them.
17          All right.  And before last night did
18  you talk to Mr. Connolly?
19      A.  Never.
20      Q.  Before last night did you talk to
21  Ms. Kiley?
22      A.  Two times I had called her.  When I got
23  the deposition from her I had called her and --
24  because mostly I had talked with Sue.  She kept
                                                    102

1  calling me to give me the dates.  It kept
2  getting rescheduled and -- but I had never met
3  her.
4      Q.  You never met Ms. Kiley?
5      A.  No.
6      Q.  So in your first conversation with
7  Ms. Kiley what did you talk about?
8      A.  What did you we talk about?
9      Q.  Yeah.
10      A.  About the deposition, when it was going
11  to be.  I asked her what she needed from me and
12  what I could expect.  It was like a two-second
13  conversation.
14      Q.  What did Ms. Kiley tell you to expect?
15      A.  That I would get a date, and I also
16  asked her because I didn't know this.  I said
17  that the deposition from your office wasn't
18  signed.  She said it didn't have to be.  As long
19  as the person's name was on it it was
20  sufficient.  Those are the two things I asked
21  her.
22      Q.  And what did she tell you about what to
23  expect?
24      A.  That there would be a lawyer from a
                                                    103

1  variety of different people here and that it
2  could take anywhere from two to seven hours.
3      Q.  When was the next time that you spoke
4  to Ms. Kiley?
5      A.  That was the second time.  The first
6  time I had called her when I got the deposition
7  and asked her, you know, what was going to
8  happen and she told me.  The second time I asked
9  her about those other two things I just told
10  you.
11      Q.  And how about last night?
12      A.  He called me -- He called me at
13  9:00 o'clock.
14      Q.  This was Mr. Connolly, correct?
15      A.  Yeah, and told me that he noticed he
16  didn't have a couple of pages that had been cut
17  off and I thought I had sent them in again; but
18  I said well, I will just bring my notes.  He
19  said okay.
20      Q.  Did you have any further conversation
21  with Mr. Connolly at that time?
22      A.  No.
23      Q.  Did you arrange to meet with him this
24  morning?
                                                    104

1      A.  Yeah.  He asked me if I would come a
2  little earlier which I did.
3      Q.  When did you arrange to meet with him?
4      A.  I was supposed to be here at
5  9:00 o'clock.
6      Q.  Sorry.  When did you make that
7  arrangement to come in early?
8      A.  Let me think for a moment.  Sue told me
9  to do that.  I think she is the paralegal or
10  secretary, and that was a while ago.
11      Q.  And you arrived here at 9:00 a.m.?
12      A.  No.  I got here earlier because I
13  didn't realize the Metra from Oak Park takes
14  about 12 minutes to get here.
15      Q.  It's right here.
16      A.  I know.  That's what Sue told me.  She
17  said don't bring your car, take and get off.  I
18  have lived in Oak Park 50 years.  I never took
19  the Metra.  It's great.  I love it.
20          So I got here like about 20 to 9:00.
21  He was in a conference and then he came down
22  around ten or five to and we talked until ten
23  to.  He told me -- I have had a variety of cases
24  with people that the night before the deposition
                                                    105

NORMA BERLIN

1  they got settled.  So that's why in 35 years I
2  have not had to go to a deposition.  So he told
3  me what to expect.  I asked him.
4      Q.  What did he tell you to expect?
5      A.  He said there would be several
6  different lawyers here from the city, from the
7  sheriff's department, from your office, the
8  court reporter, and the police and that they
9  might all ask me questions and that I should
10  just answer them to the best of my ability.
11     Q.  What else did you talk about in that
12  hour?
13     A.  In that hour we talked about -- Really
14  that was it, just about what I should expect
15  today.
16     Q.  Okay.  Exhibit No. 1 was your -- that's
17  your --
18     A.  My resumé, my vitae, my CV, whatever
19  you want to call it.
20     Q.  And that's true and accurate as of
21  March 18, 2015?
22     A.  Right.
23     Q.  So --
24     A.  I just redid it.  It used to be January

106

1  and then it says December.  I have to for
2  different companies send them in.
3      Q.  But you just had to update the date,
4  right?
5      A.  The date, that's all.
6      Q.  So where did you get your undergraduate
7  degree from?
8      A.  Northwestern.
9      Q.  And where is that Northwestern located?
10     A.  I graduated in Evanston.  I took some
11  classes there.  I took some classes downtown at
12  the continuing ed place, and when I was right
13  out of high school I had actually gone to the
14  University of Illinois also.  So I went back to
15  school and graduated in '72.
16     Q.  You have a LinkedIn page, right?
17     A.  I do.
18     Q.  It lists --
19     A.  Don't ask me how it is because I am not
20  very computer savvy.
21     Q.  Fair enough.  It listed a university
22  for you as being in the Philippines?
23     A.  What?
24     Q.  I thought that was odd.

107

1      A.  Who put that there?  That's pretty
2  funny.  Where is that?  Maybe it's a different
3  person.
4      Q.  L-y-c-e-u-m Northwestern University.
5      A.  Oh, come on.  That's hysterical.  I
6  never noticed that.
7      Q.  You also received your master's from
8  Northeastern and Governor's State?
9      A.  Yeah.  Well, I will have to delete that
10  because I certainly did not go to the
11  Philippines.
12     Q.  I didn't think you did, but I needed to
13  ask to make sure.
14     A.  Strange, Russell.  Okay, thank you.
15     Q.  When did you attend the
16  Gestalt Institute?
17     A.  '71 to '72.  It was in Evanston.  I
18  don't even know if it's there anymore, but it
19  was in the '70s.
20     Q.  So that was while you were attending
21  undergraduate, your undergraduate work?
22     A.  Yeah.
23     Q.  When did you start at the University of
24  Illinois?

108

1      A.  When I was -- Let's see.  When I
2  graduated from high school in 1954.  So I went
3  there for a year to the Pier.  It was Navy Pier
4  at the time which has now morphed into like
5  Circle.
6      Q.  The Circle campus?
7      A.  Yeah, UIC.
8      Q.  And then did you have any education
9  between the year that you did at UIC until you
10  went to Northwestern?
11     A.  No.  I got married and had kids and --
12  Actually I did.  You know, I -- When my husband
13  was in the Army -- I didn't even have that on
14  here -- I got some education classes in
15  New Jersey at Rutgers so that I could teach
16  school.
17     Q.  You have the Rutgers University alcohol
18  studies --
19     A.  Yeah, but that was a different thing.
20  That was already when I was older.  This was in
21  1959.  In order to teach in 1959 you didn't even
22  need a degree.  All you needed was a lot of
23  education classes which I got and taught at the
24  Army base.

109

NORMA BERLIN

1   Q.   And so when you got your -- And so can
2   you tell us why you were going to the -- I know
3   you explained what you learned at the Gestalt.
4   A.   Why I went?
5   Q.   Yeah.
6   A.   A friend of mine who is an attorney,
7   actually she wanted to go and so we went
8   together.  We would go evenings, weekends, and I
9   just felt that it was something interesting that
10  I, you know, wanted to learn about the gestalt,
11  you know, as a whole and to me it was
12  fascinating and I have used it in my practice.
13  Q.   And so would you just go -- Was this a
14  weekend and evening class?
15  A.   Weekend and evening, yeah, for over a
16  year we went.
17  Q.   And who taught the Gestalt Institute?
18  A.   I can't even tell you the name of the
19  person anymore.
20  Q.   What was their title?
21  A.   I mean, they were professors but --
22  Q.   Professors of what?
23  A.   Psychology professors.  They were
24  mostly people from Northwestern.

110

1   Q.   And then you received your master's in
2   communication science?
3   A.   Right, with a concentration in
4   psychology.  I mean, it was just that
5   Northeastern listed it that way.  Like the
6   University of Chicago, their social work program
7   they don't call it social work at that time.
8   They called it something else.  So each school
9   has a designation for how they describe their
10  process, but basically it was psychology
11  classes.
12  Q.   So did Northeastern or Governor's State
13  University have a psychology department?
14  A.   Yes.
15  Q.   Could you obtain a degree, a master's
16  degree, in psychology from Northeastern back in
17  1979 to your knowledge?
18  A.   It wasn't -- It was called
19  interpersonal communications with a
20  concentration in psychology.
21  Q.   What about at Governor's State
22  University, did you --
23  A.   Governor's State --
24  Q.   Let me ask the question.  Sorry.

111

1   A.   Okay.
2   Q.   What about Governor's State, could you
3   obtain a degree in psychology, a master's degree
4   in psychology from Governor's State back in
5   1979?
6   A.   I know the classes I took there
7   were psychology, so -- I mean, it was a joint
8   program with Northeastern that -- Governor's
9   State was fairly new at that time and they
10  had a connection as did Northeastern with
11  Forest Hospital where I was also involved in a
12  combination internship and I was working also
13  there.
14  Q.   Did you take any tele classes to obtain
15  your master's?
16  A.   No.
17  Q.   What did you need to do to become a
18  social therapist at Forest Hospital?
19  A.   At Forest Hospital?  Work -- I taught
20  classes in the school.  They had a school for
21  the kids that were in the adolescent -- in the
22  adolescent program, and we did therapy with the
23  psychiatrist.
24  Q.   And that's what you did while you were

112

1   there, right?
2   A.   Yeah.
3   Q.   You listed it as a certification or a
4   license.  Were you certified or licensed to
5   become a social therapist?
6   A.   It -- You know, it's -- It's not like
7   the license I hold today as -- You know, it's
8   not issued by the State of Illinois.
9   Q.   Was it issued by anybody?
10  A.   To do what?  What are you asking me?
11  Q.   You have listed --
12  A.   To be a therapist?
13  Q.   Well, let me just ask the question.
14  A.   Well, I graduated from college and I
15  had a -- you know, I had my master's and that
16  entitled me to work there.
17  Q.   Right.  And you obtained your master's
18  in 1979, right?
19  A.   Correct.
20  Q.   And --
21  A.   But I had a bachelor's.  You could work
22  at Forest Hospital with a bachelor's back then.
23  Q.   Okay.  So in Exhibit No. 1 you have a
24  list of your certification and licenses.

113

NORMA BERLIN

1     A.   Right.
2     Q.   And one of those things that's listed
3   on there is a social therapist post-graduate
4   center, Forest Hospital, 1977?
5     A.   Right.  They gave me a certificate that
6   said I took this -- It was like an internship is
7   what it was like.
8     Q.   Who gave you a certificate?
9     A.   The psychiatrist in charge of the
10  program who's dead, Bernard Newman.
11    Q.   Which program?
12    A.   The social therapy program.  In order
13  to work at Forest Hospital you had to get
14  involved in the social therapy program that they
15  had.  There were about 10 or 12 of us who all
16  then went on as part of that to get our master's
17  also and all now today work in the field.
18    Q.   So did you take classes at
19  Forest Hospital?
20    A.   They were taught by -- Yes, we actually
21  did.  In addition to working on the unit with
22  the psychiatrists and with patients we also had
23  I don't -- I don't know if you would call it a
24  class because it wasn't something that you had a

114

1   test in.  It was like the professor would come
2   in and he would teach you psychodrama.  We had a
3   person who specialized in psychodrama, so I
4   learned psychodrama.  They had a Gestaltist who
5   would come in.  It might be a week of that and a
6   month of something else, and this went on for
7   the time that I worked there.  So it was like an
8   enhancement to a degree.
9     Q.   Did you get college credits for those
10  courses?
11    A.   Not for those courses.  I got them
12  for the ones I took at Northeastern and
13  Governor's State.  Those two programs were tied
14  in to the social therapy program at Forest at
15  the time.
16    Q.   So you got credits for classes you took
17  at Northeastern and Governor's State --
18    A.   Right.
19    Q.   -- but not for the classes you took at
20  Forest --
21    A.   No.
22    Q.   -- correct?
23    A.   Correct.
24    Q.   How do you pronounce Dr. Dizon's

115

1   husband's name?
2     A.   Menezes.  Everybody calls him
3   Men-e-zes, but it's really Men-en-zes.
4     Q.   Dr. Menezes was the medical director at
5   Forest Hospital, right?
6     A.   Right.  Well, no, he was not at that
7   time.  He later became that.  The medical
8   director was Dr. Simon and he was an internist.
9   Dr. Menezes at that time was a resident in
10  psychiatry.  That's how I met him.
11    Q.   And so you met Dr. Menezes back when
12  you worked at Forest Hospital in the '70s?
13    A.   Right.  That's correct.
14    Q.   When did you first meet Dr. Dizon?
15    A.   I met her when I went to work in
16  Forest Park.  That was the first place when I
17  left -- When I left Forest hospital I went to
18  Forest Park and I ran a chemical dependency
19  outpatient program, and because I was friends
20  with Dr. Menezes I asked him if he would come
21  there and be our psychiatrist and do medication
22  and he did.  Then I met her through him as a
23  friend.  Then when I left there and went in my
24  own practice in 1989 he would come once a month

116

1   on Saturday to do medication, and when he
2   stopped doing that -- because he went to
3   Cook County Jail.  He became the medical
4   director at the jail.
5          She then began giving the medication on
6   Saturday morning, and now she is retired and
7   independent.  He may be retired also.  So I
8   haven't seen him, so I am not sure.  But I know
9   he was at Cook County Jail and he was also at
10  Riveredge Hospital.  I think he is still only at
11  Riveredge Hospital.
12    Q.   So when you were at
13  Counseling Resources would Dr. Dizon also
14  practice out of that office space that she had?
15    A.   Yes, but she basically did medication.
16  I mean, she would talk to the people when they
17  came, but it was a shorter version.  It wasn't
18  really a therapy session.
19    Q.   You would refer patients to her?
20    A.   Yes.
21    Q.   And she would refer patients to you?
22    A.   I don't know if she ever referred a
23  patient to me.  I don't think so.  I referred
24  patients to her.

117

NORMA BERLIN

1    Q.   Were there any other psychiatrists who
2  worked out of your office space --
3    A.   No.
4    Q.   -- from 1989 until Dr. Dizon retired?
5    A.   No, un-uhn.
6    Q.   It was just her and her husband?
7    A.   Correct.
8    Q.   Are there other psychiatrists that you
9  referred patients to?
10   A.   Now I do.
11   Q.   How about then?
12   A.   Then?  No.
13   Q.   I am just going to go over some of the
14  questions that you were asked over the course of
15  the day.
16   A.   That's fine.
17   Q.   You testified that you were able to
18  diagnose Sue Riggio with PTSD within the first
19  month of seeing her, correct?
20   A.   Correct.
21   Q.   And I think you -- Is it -- Am I
22  correct that by the time you referred her to a
23  psychiatrist you had reached the diagnosis of
24  her having PTSD?

                                            118

1    A.   Right.
2    Q.   Is that correct?
3    A.   Yes.
4    Q.   And I believe the day she first saw
5  Dr. -- And the psychiatrist that you referred
6  her to see was Dr. Dizon, correct?
7    A.   Right.  She was in -- in our office,
8  yes.
9    Q.   And the first day that she saw
10  Dr. Dizon I believe is June 7th of 2002?
11   A.   Right.
12   Q.   And so you would have diagnosed
13  Sue Riggio by with PTSD by June 7, 2002?
14   A.   Correct, because she had all the
15  symptoms of -- if you look in the DSM-IV-R she
16  had them.
17   Q.   And you used the DSM-R --
18   A.   IV-R.
19   Q.   -- DSM-IV-R in order to diagnose
20  Ms. Riggio, right?
21   A.   Well, you have to do that in order to
22  put a diagnosis code on an insurance form.
23   Q.   And so when did you first put the
24  diagnosis code of PTSD on the insurance form?

                                            119

1    A.   That question I can't answer you
2  because I will tell you why.  In the beginning
3  all of the therapy sessions were paid for by the
4  County.  When I switched it over to her
5  insurance when she resigned her position then it
6  had to be on the insurance forms, and you have
7  all those forms.  I sent them to you.
8    Q.   There is a lot of them, that's true.
9    A.   Yeah, that's true.
10   Q.   So at the beginning when you're billing
11  the County you didn't have to indicate a
12  diagnosis code, correct?
13   A.   I don't think there was a diagnosis
14  code.  I don't know if I have one of those forms
15  here.  They were different forms.  There's a
16  possibility it could have been on there, but I
17  don't recall that.
18   Q.   I will show you --
19   A.   I didn't bring those forms.  They were
20  too heavy.
21   Q.   I will show you what I have got in a
22  second and see if that doesn't refresh your
23  recollection.
24   A.   Okay, good.  Okay.  Some are like half

                                            120

1  forms and some are whole forms, right?
2    Q.   They are all whole forms -- They are
3  all whole pieces of paper.
4    A.   Now they are a whole piece of paper.
5        MR. AINSWORTH:  Could we mark this as
6  Exhibit No. 3 please?
7            (Whereupon, Berlin Deposition
8             Exhibit No. 3 was marked for
9             identification.)
10  BY MR. AINSWORTH:
11   Q.   Showing you what has been marked as
12  Exhibit No. 3, whose handwriting appears on this
13  document?
14   A.   Hers.
15   Q.   That's Sue Riggio's?
16   A.   Yeah.  I have my client fill out the --
17   Q.   And so that -- Your standard practice
18  was when you have a new patient you would have
19  the patient fill out this form?
20   A.   Correct.
21   Q.   Is there more than one page to this
22  form or is it just a one-page form?
23   A.   One-page form.
24   Q.   All right.  That is not your

                                            121

NORMA BERLIN

| | |
|---|---|
| 1 handwriting on this form? | 1 victim of a sexual assault that's when she |
| 2     A. No, no. That's hers. | 2 revealed that she had been previously treating |

1 handwriting on this form?
2     A. No, no. That's hers.
3     Q. Okay. And can you recognize Sue's
4 handwriting?
5     A. I am sure that's hers. I didn't have
6 anybody else in the office with me.
7     Q. Okay. And on that day June 3, 2002,
8 Sue Riggio came by herself; right?
9     A. Yes.
10     Q. And she indicated to you or on the form
11 there is a question at the bottom where it says
12 have you had any previous counseling,
13 psychological or psychiatric treatment and there
14 is boxes for yes or no?
15     A. Right.
16     Q. And she checked no, correct?
17     A. Yes.
18     Q. And she indicated that she wasn't
19 currently taking any medication, right?
20     A. Correct.
21     Q. And next to who referred you there is
22 just a -- possibly the beginning of a J but
23 essentially nothing.
24     A. No.

122

1 victim of a sexual assault that's when she
2 revealed that she had been previously treating
3 with a psychologist?
4     A. Right.
5     Q. Correct?
6     A. Correct.
7     Q. And prior to that time you didn't know
8 she had previously seen a psychologist?
9     A. No.
10     Q. That's correct?
11     A. Yes.
12     Q. This is a big fat packet. I am going
13 to hand you -- and I will identify for the
14 record that this is a stack of papers starting
15 at Bates Plaintiff 24624 and going all the way
16 to 24939. It has some -- my super secret
17 highlighting on it but not very much.
18     A. Okay.
19     Q. So if you would -- I am going to ask
20 you to take a look at that and see if it
21 refreshes your recollection about whether you --
22     A. About the billing?
23     Q. -- about diagnostic codes for your
24 billing to the County. So we don't have to do

124

1     Q. And there is nothing next to concerns
2 that caused you to seek counseling?
3     A. No. She didn't write anything.
4     Q. Did you ask her to fill out the --
5     A. She handed it back to me. I remember
6 that other patients have done that, too, and I
7 have said all right, well, then let's just talk
8 about this section.
9     Q. And did you then talk about that
10 section?
11     A. Um-hum.
12     Q. Is that a yes?
13     A. Yes.
14     Q. All right. Did Sue ever tell you that
15 she had actually received counseling previously?
16     A. Yes.
17     Q. When did she tell you that?
18     A. Later into the -- you know, our
19 discussions she told me that after she had been
20 raped when she was 27 she did see a counselor.
21 We tried to get those records but he was
22 deceased.
23     Q. So later in 2005 when she first
24 revealed to you that she had been previously the

123

1 this twice I am also interested in knowing
2 whether the records refresh your recollection as
3 to when you stopped billing the County and
4 started billing insurance.
5     A. Okay. Here's the County thing and
6 there is no -- nothing on here about a
7 diagnostic code.
8     Q. Would you just identify it by looking
9 at the bottom -- Excuse me. Mrs. Berlin?
10     A. Yes.
11     Q. Would you mind -- You were just looking
12 at a page. Would you read that number on the
13 bottom right-hand corner?
14     A. Plaintiff 024877.
15     Q. And so by looking at that document
16 which is a -- one of your billing statements to
17 the County that doesn't indicate any diagnostic
18 code, correct?
19     A. I don't see any on there.
20     Q. You don't see any diagnostic code,
21 correct?
22     A. No, not on this.
23     Q. And does reviewing that packet that I
24 have handed you refresh your recollection as to

125

NORMA BERLIN

**Page 126**

1  when you stopped billing the County --
2      A.   No.
3      Q.   -- and began billing insurance?
4      A.   No.  There is a lot of pages here.
5  This might be the first one.  Are these in
6  order, Russell?
7      Q.   These are --
8      A.   I see they are -- Yeah.
9      Q.   I cannot represent that they are in
10  the --
11      A.   So I don't know.
12      Q.   -- order of your file.
13      A.   Yeah.  I don't know exactly when that
14  started.  There is still a payment voucher in
15  '04 to the County.  So it probably corresponds
16  to whenever she resigned.
17      Q.   What kind of insurance did Sue Riggio
18  have when you were billing her insurance?
19      A.   Originally -- Okay.  This went on
20  further because then it went to the risk
21  management.  So it is further than that.  She
22  originally had I think Blue Cross.  Yeah,
23  Blue Cross, and that was through her husband's
24  company.

**Page 127**

1      Q.   Blue Cross PPO?
2      A.   Blue Cross Blue Shield.
3      Q.   PPO?
4      A.   PPO which I am a member of.
5      Q.   Was there a co-pay associated with that
6  insurance?
7      A.   Yes.
8      Q.   And how much was that co-pay?
9      A.   The co-pay -- Let's see.  Co-pay $30.
10      Q.   Does she still have Blue Cross
11  Blue Shield PPO?
12      A.   She has a different insurance now.
13  Let's see.  And she is paying me out of pocket
14  because her deductible hasn't been met.  It's a
15  huge deductible so --
16      Q.   And how much do you charge her to go?
17      A.   I charge her $100.
18      Q.   Each session?
19      A.   Um-hum.
20      Q.   Is that a yes?
21      A.   Yes.
22      Q.   And how long are your sessions?
23      A.   50 minutes.
24      Q.   And has that been the case during the

**Page 128**

1  entirety of your time that you have treated with
2  Sue Riggio?
3      A.   Right.  And that's why I have continued
4  to charge her the same thing although I have
5  raised my prices.
6      Q.   What do you charge for other people
7  that you currently see?
8      A.   I charge $135.
9      Q.   While we are on the subject of
10  compensation, are you being compensated for your
11  time here today?
12      A.   I hope so.
13      Q.   Have you discussed with either
14  Mr. Connolly or Ms. Kiley or Ms. Porta your
15  compensation?
16      A.   I sent them -- Am I required to tell
17  him this?
18          MS. PORTA:  I believe so, yes.
19  BY MR. AINSWORTH:
20      Q.   Yes.
21      A.   Yes.  I sent them a -- an amount that I
22  would charge per hour.  I didn't say I am
23  charging you for X number of hours because I
24  don't know how long I am going to be here, and

**Page 129**

1  also for reviewing the records which I did
2  multiple times to make sure that I recalled all
3  of the things.  It's 13 years.
4      Q.   And so how much -- And what hourly rate
5  did you --
6      A.   I said $350.
7      Q.   What hourly rate are you to be
8  compensated for your testimony?
9      A.   $350.
10      Q.   Per hour?
11      A.   Um-hum.
12      Q.   And does that also -- Does that include
13  your time here testifying?  Right?
14      A.   Um-hum.
15      Q.   Yes?
16      A.   Yes.
17      Q.   And that also includes your time
18  reviewing documents?
19      A.   Correct.
20      Q.   How many hours did you spend reviewing
21  the documents in the case?
22      A.   Three hours.
23      Q.   And then an hour this morning to meet
24  with Mr. Connolly -- well, actually an hour

NORMA BERLIN

1  and --
2    A.  Well, it was an hour and ten minutes or
3  15 minutes.
4    Q.  And you got here at 8:20?
5    A.  You know, I don't know the answer to
6  that question.  I didn't put that in.  I just
7  said for the deposition so --
8    Q.  And for your time preparing?
9    A.  Preparing, right.
10    Q.  And was meeting with Mr. Connolly part
11  of preparing for the deposition?
12    A.  Well, I suppose it was.  I hadn't
13  thought about it.  Since I have never done it
14  before and I am not so astute on how much I
15  should -- how many hours I should be doing that.
16    Q.  How did you arrive at the $350 an hour
17  figure?
18    A.  Well, everybody that I questioned about
19  how much I should charge told me to charge a lot
20  more than that, but I just felt that that
21  sounded unfair.  So I just arrived at an amount
22  that I thought sounded decent.
23    Q.  Who told you to charge more than $350
24  an hour?

130

1    A.  Other lawyers.
2    Q.  Did you talk to Dr. Dizon about --
3    A.  No.  I didn't know she was back from --
4  She and Dr. Menezes had gone to Australia for a
5  couple of months, so I didn't realize she was
6  back.
7    Q.  When was the last time you talked to
8  Dr. Dizon?
9    A.  Oh, it's been a couple years I haven't
10  spoken to her.
11    Q.  So you didn't have any discussions with
12  her about the fact that she was being deposed?
13    A.  No.  I didn't even know that.  I found
14  that out accidentally that she had been deposed.
15  I didn't know that.
16    Q.  How did you find that out?
17    A.  Mr. Connolly told me today because I
18  said I understand a number of people have been
19  deposed.  He said yes, Dr. Dizon was and that
20  was the first I had known about that.
21    Q.  How did you learn that a number of
22  people had been deposed?
23    A.  Sue told me she was deposed and her
24  husband had been deposed and her son.

131

1    Q.  And so when you said a number of people
2  have been deposed you're referring to those
3  three?
4    A.  Um-hum.
5    Q.  Is that a yes?
6    A.  Well, and Dr. Dizon, yes, which I found
7  out today.  So I don't know if Dr. Menezes has
8  because I really haven't seen or spoken to them
9  in several years.
10    Q.  Do you have a phone number for
11  Dr. Dizon?
12    A.  No.  In fact, I had a check that came
13  to my office and I didn't know what to do with
14  it.  They haven't been in the office, by the
15  way, for five years.
16    Q.  One of the things that you discussed
17  with Mr. Connolly this morning was Ms. Riggio's
18  statements about her assailant putting his penis
19  in her mouth, right?
20    A.  I didn't say in her mouth.  I said -- I
21  can read the exact thing, but that it was near
22  her mouth I believe.  Can you find it and then
23  we can --
24    Q.  Well, actually first before we do that,

132

1  before we refresh your recollection my question
2  was simply that this morning you talked to
3  Mr. Connolly about whether Sue Riggio said
4  anything about that the assailant's penis being
5  placed in her mouth; right?
6    A.  Wait.  Could you repeat that?
7    Q.  Sure.  This morning when you spoke with
8  Mr. Connolly you talked to him about whether
9  Sue Riggio said anything about her assailant
10  placing his penis in her mouth?
11      MS. BENSINGER:  I am going to object
12  and ask for clarification.
13      THE WITNESS:  I don't recall saying
14  that.
15      MS. BENSINGER:  Are you talking about
16  at the deposition or prior?
17      MR. AINSWORTH:  Yeah, let me clarify.
18  That's a fair --
19      THE WITNESS:  Oh, at the deposition,
20  right, because I know --
21  BY MR. AINSWORTH:
22    Q.  I mean before the deposition.
23    A.  No.  No.
24    Q.  Sorry.  Sorry.  Let me just be clear so

133

NORMA BERLIN

1 we are all on the same page.
2       When you were meeting with this morning
3 with Mr. Connolly before the deposition began --
4       A.   Right.
5       Q.   -- you spoke with Mr. Connolly about
6 whether Sue Riggio said anything about
7 Mr. Chatman's penis either being in her mouth --
8       A.   I didn't say that.
9       Q.   -- or near her mouth or --
10      A.   I didn't say that.
11      Q.   Ma'am, I am not asking you what you
12 said.  Okay?  Listen to my question.
13      A.   You are asking me --
14      MR. MICHALIK:  I object to the form of
15 the question as being posed.
16      THE WITNESS:  You said to me that I
17 spoke to him before the deposition.
18      MS. PORTA:  Join.
19 BY MR. AINSWORTH:
20      Q.   Right.  You did speak to him before the
21 deposition?
22      A.   Yeah, but not about that.
23      Q.   Okay.  So let me just --
24      A.   Okay, okay.
                                          134

1       Q.   Let me get the answer out -- or the
2 question out and then you answer it however it
3 may be.
4       A.   Okay.
5       Q.   You spoke with Mr. Connolly before the
6 deposition began about whether Ms. Riggio said
7 anything about the assailant's penis either
8 being in her mouth or near her mouth or anything
9 like that, is that correct?
10      A.   No.
11      MR. MICHALIK:  Object to the form of
12 the question.
13 BY MR. AINSWORTH:
14      Q.   Okay.
15      MS. STALF:  Join.
16      MS. BENSINGER:  Join.
17      MS. PORTA:  Join.
18 BY MR. AINSWORTH:
19      Q.   You didn't discuss that topic at all,
20 correct?
21      A.   No.
22      Q.   Let's look at the entry for
23 September 8, 2005.
24      A.   Okay.
                                          135

1       MS. PORTA:  Do you have a page number
2 on that?
3       MR. AINSWORTH:  28.
4       MS. PORTA:  Thank you.
5 BY MR. AINSWORTH:
6       Q.   All right.  You see there -- I am going
7 to read it to you.  It says in the middle of
8 that entry she bit him and this forced him to
9 remove his penis from her mouth.
10      A.   Right.
11      Q.   Okay.  That's what she told you,
12 correct?
13      A.   That is what -- If I wrote it down I
14 recall that that is also what, ten years ago.
15 But that's what I wrote and it didn't say
16 that -- I mean, it could have been specifically
17 that it was near her mouth, but she was very
18 emphatic in telling me that she did not -- she
19 was very happy with the fact that with all the
20 other awful things that happened to her she did
21 not -- he didn't force her to have oral sex with
22 him because she prevented him from having it.
23      Q.   And you didn't document anything about
24 her saying that she was --
                                          136

1       A.   No.
2       Q.   Let me finish the question.
3       You did not document anything in any of
4 your conversations -- any of your notes of your
5 conversations with Ms. Riggio that Ms. Riggio
6 was very happy about preventing her assailant
7 from performing oral sex on her or forcing her
8 to perform oral sex on him?
9       A.   Right, correct.
10      Q.   All right.  What you did write was that
11 she bit him -- she, meaning Ms. Riggio, bit him
12 and this forced him to remove his penis from her
13 mouth?
14      A.   Correct.  I did write that.
15      Q.   And you wrote that immediately after
16 your session on September 8, 2005?
17      A.   Correct.
18      Q.   And you wrote that when the events of
19 that conversation were freshest in your memory,
20 right?
21      A.   Possibly because if I had another
22 client that was coming in it might have been
23 50 minutes until I wrote it.  That I can't
24 guarantee you.
                                          137

NORMA BERLIN

1    Q.  Sure.  So it could have been --
2    A.  Within the hour.
3    Q.  Within an hour --
4    A.  Within an hour, yeah.
5    Q.  Within an hour of Ms. Riggio relating
6  to you the events that occurred during that
7  September 8th session you made your notes of
8  that session; correct?
9    A.  Correct.
10   Q.  And when I say freshest, I really mean
11 heck of a lot fresher than now ten years later?
12   A.  Absolutely.
13   Q.  All right.  And you wrote down what
14 Ms. Riggio told you, right?
15   A.  Correct.
16   Q.  And she -- and Ms. Riggio told you that
17 she bit her assailant and this forced him to
18 remove his penis from her mouth?
19       MS. PORTA:  Objection, asked and
20 answered.
21       MS. STALF:  Objection.
22       THE WITNESS:  She didn't say where she
23 bit him.
24
                                              138

1    A.  I said yes.  I answered you.
2    Q.  Some of my questions I don't mean to
3  belabor points.  I am just trying to get us
4  oriented in the same place.
5    A.  That's fine.
6    Q.  And so as a therapist when you're
7  dealing with your patient who over the course of
8  years has been relating that she has been
9  suffering from -- issues with gagging and being
10 unable to eat and that the fact of placing food
11 in her mouth forces her to relive the event when
12 Ms. Riggio told you that she forced her attacker
13 to remove his penis from her mouth, that
14 didn't -- it wasn't inconsistent with how she
15 presented to you as far as her symptoms were; is
16 that right?
17   A.  The symptoms had a lot to do with her
18 head having been banged on the desk and her
19 teeth being fractured also which had prevented
20 her from eating and reminded her of the incident
21 of the rape.
22   Q.  Yeah.  Yeah.  But I mean specifically
23 about putting food into her mouth.  Did you --
24 Well, strike that.
                                              140

1  BY MR. AINSWORTH:
2    Q.  I am accepting that.  I am simply
3  asking you that Ms. Riggio told you that she bit
4  her assailant and this forced him to remove his
5  penis from her mouth?
6    A.  Correct.
7        MS. STALF:  Objection to that question,
8  asked and answered.
9        MS. PORTA:  Join.
10 BY MR. AINSWORTH:
11   Q.  Did you have any discussion with
12 Ms. Riggio about where she bit him --
13   A.  No.
14   Q.  -- the assailant?
15   A.  No.
16   Q.  All right.  The fact -- So and
17 Ms. Riggio used the phrase removed -- and forced
18 him to remove his penis from her mouth, right?
19       MR. MICHALIK:  Objection, asked and
20 answered.
21       MS. STALF:  Join.
22       THE WITNESS:  Two times I answered it.
23 BY MR. AINSWORTH:
24   Q.  You have to answer out loud though.
                                              139

1        Ms. Riggio told you that her teeth were
2  fractured, right?
3    A.  Yes.
4    Q.  Did she show you in her mouth which
5  teeth were fractured?
6    A.  They were loose.
7    Q.  Did you observe that?
8    A.  Um-hum.
9    Q.  Okay.  Which teeth were loose?
10   A.  Most of her teeth were very loose.  She
11 could have had implants, that's what the doctor
12 suggested, but she felt that that would be a
13 more painful process, which it is painful if you
14 have to have so many done, so she had them all
15 removed and had false teeth.
16   Q.  How do you know that her teeth were
17 loose?
18   A.  Well, you could see it.  If she went
19 like this you could see that they were loose.
20   Q.  Did she actually manipulate --
21   A.  She showed me.
22   Q.  Did she manipulate --
23   A.  Yeah, she showed me in the beginning.
24   Q.  You know, I didn't go to Northwestern.
                                              141

NORMA BERLIN

1  I went to U of I, a state school.  So --
2      A.  Just as good.
3      Q.  You're anticipating my questions even
4  before I can get them out.  The only problem is
5  that because we have got a court reporter here
6  we need to have the full question on the record
7  so that --
8      A.  Okay.
9      Q.  -- we then have the answer.
10        So did Ms. Riggio manipulate her teeth
11 in order to the extent that you could see that
12 her teeth were actually loose?
13     A.  Well, yeah.  She said her teeth were
14 loose and she said look, they're loose; but I
15 don't remember at this point in time how many
16 teeth were loose to be clear.
17     Q.  But it was more than one, right?
18     A.  Yes, it was more than one.
19     Q.  And where were they in her mouth?
20     A.  In the front.
21     Q.  And was that on the top or the bottom?
22     A.  On the top.
23     Q.  So the front -- Her front teeth were --
24 Some -- Well, I understand --
142

1      A.  I don't know about the bottom.
2      Q.  Okay.  You're not sure about the
3  bottom?
4      A.  No.
5      Q.  But somewhere towards the front of her
6  mouth?
7      A.  Right.
8      Q.  She is not talking about her molars,
9  right?
10     A.  No.
11     Q.  You were able to see the teeth?
12     A.  Um-hum.
13     Q.  Yes?
14     A.  Yes.
15     Q.  Did Sue Riggio ever tell you that she
16 was having her teeth removed because she
17 couldn't stand the thought of keeping her teeth
18 in her mouth because they -- that made her feel
19 like she was reliving the event of her rape?
20     A.  No.
21     Q.  Did she suggest anything to you of that
22 kind of sort?  And what I mean by that to be
23 specific is that rather than because of physical
24 difficulty that she was having with her teeth
143

1  she was intending to have her teeth removed
2  because they were causing her psychological
3  trauma?
4      A.  No.  No.
5      Q.  Did you talk to Dr. Dizon about the
6  fact that Sue Riggio was having her teeth
7  removed because of a psychological issue she was
8  having with them as opposed to a medical
9  physical issue?
10     A.  No.
11     Q.  Do you recall Dr. Dizon speaking to you
12 or consulting with you about the fact that --
13 Well, strike that.
14        Did you have any issue with Sue Riggio
15 having her teeth removed?
16     A.  No.
17     Q.  Earlier you talked about the ways of
18 treating a person with PTSD.  Do you recall
19 that?
20     A.  Yes.
21     Q.  And you talked about part of the
22 therapist's role in your mind is to be -- is to
23 provide support and to provide reassurance,
24 right?
144

1      A.  Correct.
2      Q.  And you also mentioned making sure that
3  the patient saw a doctor to treat any physical
4  ailments that might be present?
5      A.  Yes.
6      Q.  And so how -- Could you tell us --
7  Well, as part of providing support and
8  reassurance are you empathetic to your patients
9  who you believe to have PTSD?
10     A.  I am.
11     Q.  Do you provide reassurance to them?
12     A.  I do.
13     Q.  Do you provide affirmation to them?
14     A.  I do.
15     Q.  Is trust an issue with your PTSD
16 patients?
17     A.  Usually, yes.  Yes.
18     Q.  Or what I mean to be more specific is
19 do you take some time and make some effort to
20 establish a trusting relationship between
21 yourself and your patient?
22     A.  Yes.  That's true of all therapeutic
23 relationships.
24     Q.  And that's really important to a
145

NORMA BERLIN

1  therapeutic relationship, right?
2      A.  Correct, right.
3      Q.  Because you want the person to open up
4  to you --
5      A.  Yes.
6      Q.  -- right?
7          And so one way that you create a
8  supportive and trusting relationship is that you
9  provide empathy to the patient, right?
10     A.  Yes.
11     Q.  What is empathy?
12     A.  Empathy, kindness, caring, concern
13  about them and about what they say and just
14  being present with the person.
15     Q.  Is it fair to say that when you're in a
16  deposition being asked by lawyers a bunch of
17  questions in rapid fire fashion that that's not
18  the most empathetic environment?
19     A.  That's true.
20     Q.  Okay.  When you were treating with
21  Ms. Riggio you weren't trying to pick apart the
22  things that she was saying to try and find
23  discrepancies in them, correct?
24     A.  No, I wasn't trying to pick apart what

146

1      A.  No.
2      Q.  Or each and every time that you talked
3  with her --
4      A.  She said she screamed.
5      Q.  All right.  Each and every time that
6  you talked to her she told you that she screamed
7  during the event?
8          MS. STALF:  Objection, form.
9          MS. BENSINGER:  Objection, misstates
10  the testimony.
11         THE WITNESS:  Yes.
12  BY MR. AINSWORTH:
13     Q.  And was that part of what she told you
14  she was reliving each time she went through the
15  incident was that, you know, her screams?
16     A.  No.  One of the things is that we did
17  not talk about the rape over and over and over.
18  There isn't any benefit to doing that.  We were
19  more focused on the solution to how to help her
20  get better than just constantly reliving the
21  rape.  It's like with other clients, you don't
22  necessarily deal with the problem only, you deal
23  with the solution and how to move forward.
24     Q.  And it wasn't necessarily your role to

148

1  she said.
2      Q.  You didn't try to trap her in
3  inconsistencies, right?
4      A.  I didn't try to trap her in
5  inconsistencies, but often I asked her the same
6  questions and got the same answers so that I
7  felt she was being truthful.
8      Q.  So she was consistent in what she was
9  saying to you about what?
10     A.  About the rape having happened, how it
11  happened, how she felt about it.
12     Q.  When did she -- What did she say to you
13  about the rape and how it happened?
14     A.  What she told me was that she had
15  gone into work early on the Friday of the
16  Memorial Day weekend and that there was no one
17  else in there except her, and this man came in
18  and picked up the scissors that was on her desk
19  and threatened her with that, pounded her head
20  multiple times on the desk, ripped her -- pulled
21  her skip up, ripped her hose, ripped off her
22  pants and raped her vaginally and anally and
23  that she screamed.
24     Q.  Did she tell you what she screamed?

147

1  get a detailed account of exactly everything
2  that happened during the rape, it was a baseline
3  fact to find out what the trauma was and then
4  you were dealing with the symptoms; right?
5      A.  Correct.
6      Q.  All right.  Would you look at your
7  first note on June 3, 2002?
8      A.  Yes.
9      Q.  See in the middle of the long paragraph
10  it says repeatedly beat her head on the desk.
11  Do you see that?
12     A.  Yes.
13     Q.  And then it says strangled her?
14     A.  Yes.
15     Q.  And Ms. Riggio was consistent in
16  telling you that she was strangled by her
17  assailant, right?
18     A.  I don't believe that I wrote that
19  anywhere else.  I wrote it here.  As I said to
20  you I -- we didn't deal constantly every time I
21  saw her with what happened at the rape.  It was
22  more let's move on and figure out how to help
23  you get better.
24     Q.  You didn't write anything anywhere in

149

NORMA BERLIN

1  your notes about Ms. Riggio appearing at work
2  early in the morning that day and was the -- and
3  no one else was there, right?
4      A.  No, but I do remember her telling me
5  that.
6      Q.  Okay.  So I'm asking you was Ms. Riggio
7  consistent in telling you when she did talk
8  about the events of the rape that her assailant
9  strangled her?
10      MS. STALF:  Objection, asked and
11  answered.
12      THE WITNESS:  We never talked about
13  that again, about the strangling.
14  BY MR. AINSWORTH:
15      Q.  Did you talk about the events of the
16  rape again after the first day?
17      A.  On that other paper where we went over
18  that multiple times we talked about it.
19      Q.  And was that the next time that you
20  talked about the events of the rape?
21      A.  That I wrote down.
22      Q.  All right.  So that was -- Well, that's
23  what I am asking you I guess.  Were there times
24  in between -- That other date was September 8,
                                                    150

1  2005.  So were there times in between June 3,
2  2002, and September 8, 2005, that she discussed
3  the rape?
4      A.  Only when Sue would say I had a
5  nightmare and I -- the nightmare was about the
6  rape.  But every time she told me that I didn't
7  write down every single event that happened in
8  the rape.  I didn't see the need to do that.
9      Q.  Would she tell you about what happened
10  in the rape in those times?
11      A.  If it was in the dream.  If it was --
12  She didn't call it a dream really.  She called
13  it a nightmare.
14      Q.  All right.  So my question to you is
15  did Ms. Riggio ever again say that she was
16  strangled by her assailant during her rape?
17      A.  No.
18      Q.  So she -- And so tell me how she was
19  consistent in describing the events of the rape
20  each time to you.
21      A.  She talked about the fact that he used
22  the scissors, that he ripped her clothing, that
23  he banged her head on the desk multiple times,
24  that he ripped her clothing, that he didn't take
                                                    151

1  it off but he pulled it over her.  Those same
2  things were always there present.
3      Q.  But she was inconsistent about whether
4  she was strangled, right?
5      MR. MICHALIK:  Objection,
6  mischaracterizes prior testimony.
7      MS. STALF:  Join.
8      MS. BENSINGER:  Join.
9      MS. PORTA:  Join.
10      THE WITNESS:  It's not that she is
11  inconsistent.  It's she mentioned it the one
12  time and as far as my notes go she did not
13  mention it again.  That's all I can say to that.
14  BY MR. AINSWORTH:
15      Q.  You don't know one way or the other
16  whether she mentioned it again after that first
17  day, right?
18      A.  She didn't mention it again.  I didn't
19  write it down.  If she had mentioned it I would
20  have written it down.  It's not written down.
21      Q.  Why would you have -- Why would you
22  have written it down?
23      A.  If somebody said I was strangled I
24  would write it down, but she didn't say that.  I
                                                    152

1  told you repeatedly we did not talk about the
2  rape over and over and over.  We talked more
3  about how we were going to help her get better,
4  get out in the world, not be afraid, not spend
5  her whole life looking to see if Chatman was in
6  prison or not, and that's how I work
7  therapeutically, deal with solutions more than
8  problems.
9      Q.  Ms. Berlin, you just told me that if
10  Sue Riggio told you that she was re-experiencing
11  some event of the rape in one of her nightmares
12  you would not write that down, right?
13      A.  I said that I didn't write down she was
14  strangled because she didn't mention that again.
15  Mostly what she would say was I had a nightmare,
16  I dreamed about the rape, I can smell him.
17  Those were her -- Her most significant comment
18  was about the smell.
19      Q.  Okay.  Did Ms. Riggio ever describe the
20  rape -- Well, then I guess I need some
21  clarification.
22      When she would tell you about the
23  nightmares would she tell you about the --
24  whether she was re-experiencing events that
                                                    153

NORMA BERLIN

1 occurred during the rape and would she tell you
2 what those events were?
3     A.  Not always and very rarely.  It was
4 just that she was re-experiencing the fact that
5 she had been raped and that it was a nightmare
6 and that it woke her up.
7     Q.  And when she was describing the events
8 that occurred in the rape if it was one of those
9 nightmares, would you write down what she was
10 experiencing?
11     A.  I didn't, so obviously I did not.
12     Q.  Okay.  Do you know how many times she
13 told you about events that occurred during the
14 rape in between June 3, 2002, and September 8,
15 2005?
16     A.  No.
17     Q.  Can you give us an estimate?
18     A.  No, because if she had mentioned it
19 specifically I would have written it down.
20     Q.  All right.  And so the fact that you
21 didn't write it down in between those two dates
22 does that indicate to you that Ms. Riggio didn't
23 specifically talk about the events of the rape
24 in between June 3, 2002, and September 8, 2005?

154

1     A.  She mentioned the rape.  She didn't go
2 into all the specific details.
3     Q.  Right.  And I am not trying to belabor
4 anything or make anyone upset.  It's simply that
5 am I correct that she would talk about the fact
6 that she was raped in between June 3, 2002, and
7 September 8, 2005, but she would not describe
8 the specific events that occurred during the
9 rape?
10     A.  Correct.
11     Q.  Did she ever talk about the specific
12 events that occurred during the rape again after
13 September 8, 2005?
14     A.  No.
15     Q.  So sitting here today, as far as you
16 can recall she only talked about the specific
17 events that occurred during the rape on those
18 two occasions; right?
19     A.  All the specific details of it, yes,
20 that's correct.
21     Q.  Dr. Dizon likes to have her patients be
22 administered a psychological assessment tool, is
23 that fair to say?
24     A.  I don't know if she does that.  You

155

1 know, I don't -- I don't know what she does.
2     Q.  Has Dr. Dizon asked you to administer a
3 psychological assessment tool to any of her
4 patients?
5     A.  Dr. Dizon -- Well, they are actually my
6 patients that I refer to her.
7     Q.  Sorry.  What I mean are patients that
8 you share in common.
9     A.  Dr. Dizon would be there on a Saturday
10 as was Dr. Menezes.  I was never there on a
11 Saturday when they were there.
12     Q.  Right.
13     A.  So I didn't see them.
14     Q.  Has Dr. Dizon ever asked you to
15 administer a psychological assessment tool to
16 one of your patients?
17     A.  No.
18     Q.  And specifically for Susan Riggio did
19 Dr. Dizon ever ask you to administer a
20 psychological assessment tool?
21     A.  No.
22     Q.  I think I trailed off at the end.
23     A.  You think what?
24     Q.  I trailed off at the end.

156

1     Did Dr. Dizon ever ask you to
2 administer a psychological assessment tool to
3 Susan Riggio?
4     A.  No.
5     Q.  When I say psychological assessment
6 tool, do you know what I mean?
7     A.  Yes, I know what you mean.
8     Q.  And just so we are both clear, I mean
9 a -- Boy, I guess -- How would you describe --
10     A.  Like an MMPI, right?
11     Q.  Yes, either --
12     A.  Yes.
13     Q.  Either a written --
14     A.  Right.  An MMPI you're thinking of
15 or --
16     Q.  CSA?
17     A.  -- a depression test or -- I mean,
18 there is a multiple group of them.
19     Q.  There's different kind of inventories
20 and things that they have?
21     A.  Yeah, Depression Beck Inventory.
22     Q.  You have used those scales or
23 inventories before?
24     A.  I do, yes.

157

NORMA BERLIN

1    Q.   And which ones have you administered to
2  your patients?
3    A.   Well, you see, mostly with patients who
4  really need a psychological profile I refer them
5  out to a Ph.D. who does a full psychological
6  examination and you never send a patient who is
7  recently traumatized for a psychological
8  assessment.  So there was no need to do that,
9  and I felt that I didn't send her and I don't
10 know if Dr. Dizon did.  I don't have any
11 knowledge of her doing that.
12   Q.   What psychological measures do you
13 administer, if any, to your patients?
14   A.   For my chemically dependent patients
15 I use a SASSI 3, S-a-s-s-i, 3 and the
16 Beck Inventory if they are depressed; and as I
17 said, if they need a full psychological I send
18 them to a Ph.D. who does psychologicals.
19   Q.   Who do you refer to?
20   A.   Well, he just -- He is isn't there
21 anymore.  It was Dr. Gerald Stein.  He used to
22 do them for me.
23   Q.   And is that who you would have referred
24 somebody to in 2002?

                                          158

1    A.   Yes, because he was there then.  He has
2  retired since, but we worked together at
3  Forest Hospital.
4    Q.   And where was he in 2002?
5    A.   Around the corner from my office in the
6  Windsor office complex in Oak Brook.
7    Q.   Did Dr. Dizon ever express a concern
8  that Susan Riggio was having her teeth removed
9  or -- well, any concern about Susan Riggio
10 having her teeth removed?
11   A.   We never had that discussion.  As I
12 said, I only -- she was there on Saturday and I
13 was there during the week, so we had limited
14 contact.
15   Q.   What contact did you have with
16 Dr. Dizon about Susan Riggio if any?
17   A.   I called her the -- a couple of times
18 that I felt Sue was too thin to ask her her
19 opinion also.
20   Q.   Did you ever -- Did Dr. Dizon ever
21 raise any issues with you about Sue Riggio?
22   A.   No.
23   Q.   And you're familiar with the DSM-IV RS
24 criteria for PTSD, correct?

                                          159

1    A.   Yes.
2    Q.   Have you ever attended any seminars on
3  PTSD or treatment of PTSD?
4    A.   As I said before, I have to have
5  15 hours of credit every year in CEU and there
6  is always -- in order to maintain my license and
7  there is often classes on that.
8    Q.   Which ones have you attended?
9    A.   I would have to get out my CEU credits,
10 but I have been to several PTSD workshops.  They
11 are workshops.  They are like half-day or
12 full-day workshops.
13   Q.   Can you tell us any ones that you have
14 attended?
15   A.   I haven't attended any this year if
16 that's what you're asking me, but in the past I
17 have.
18   Q.   Can you identify any ones that you have
19 attended?
20   A.   No.
21   Q.   Do you know any -- Are there any
22 experts in the field that you work with?
23   A.   On PTSD?
24   Q.   Yes.

                                          160

1    A.   No.
2    Q.   Have you attended any seminars or
3  workshops in regard to treatment of sexual
4  assault victims?
5    A.   Yes.
6    Q.   And tell us how you have done that.
7    A.   Again, I have a folder this thick of
8  the 35 years of all of the workshops I have been
9  to; but, you know, to tell you the dates and the
10 times and the people that taught them I can't
11 tell you that unless I am sitting in my office
12 and look through all the records.
13   Q.   Well, can you tell us any sexual
14 assault workshop that you have attended?
15   A.   I went to several in Milwaukee that
16 were given by an agency called FEI that I get
17 referrals from and I have been to their
18 workshops in Milwaukee; but as I said, I can't
19 give you the dates and the years because it was
20 in the past.
21   Q.   Do you know if it was before or after
22 2005?
23   A.   I don't know the answer to that.
24   Q.   When you say the past, could it have

                                          161

NORMA BERLIN

1  been in the '90s that you did this?
2      A.  Probably not.  It was probably around
3  2000 because that's when I got certified as --
4  by FEI as a person who could go to like the
5  9-11 crash sites and things like that.  I don't
6  do that anymore, but at one time I did do work
7  like that.
8      Q.  What is FEI?
9      A.  It stands for -- The "I" I know is
10  incorporated.  It's family something.  It's an
11  EAP which is an employment -- a company will
12  contract with them to send people -- they are
13  located in Milwaukee but some of their offices
14  are in Chicago -- to send people for an
15  assessment to see if they need to be referred to
16  psychiatrist or a psychologist for therapeutic
17  work.
18      Q.  When you met with Sue Riggio on June 3,
19  2002, did you discuss with her the fact that Sue
20  was filing a lawsuit?
21      A.  No.
22      Q.  Did you ever discuss with Sue Riggio
23  the fact that she was filing a lawsuit?
24      A.  What lawsuit are you referring to?
                                                    162

1  law firm, called me and asked me to send my
2  records and that's how I knew about it.
3      Q.  So prior to the time that Powers &
4  Rogers called you and asked for your records did
5  you know that Sue Riggio had filed a lawsuit?
6      A.  Yes.  She had told me that she was
7  filing a lawsuit.
8      Q.  When did she tell you that?
9      A.  I don't know the date.  You would have
10  to look through the records.
11      Q.  When Sue Riggio talked to you on
12  June 3, 2002, did she express any concern about
13  having to make a decision about filing a
14  lawsuit?
15      A.  No.  Nothing was said about a lawsuit.
16      Q.  Are you aware that she sued on June 4,
17  2002, the day after you met with her?
18      A.  I don't know the date.  I don't know
19  the date, and I believe it's not here.  So I
20  don't have that information.
21      Q.  When you met with Sue Riggio on June 3,
22  2002, did she tell you about going to any large
23  public places since the event of the -- since
24  the alleged rape at the Daley Center?
                                                    164

1      Q.  Do you know if Sue Riggio ever filed a
2  lawsuit?
3      A.  Yes, because in my notes you will see
4  it said that all those legal things were causing
5  her to have some stress.
6      Q.  So that's the lawsuit that I am talking
7  about.
8      A.  Yeah, and then she talked about the
9  trial of Chatman, that that -- that was right
10  around the time that she had to go to court for
11  that and that she had those hair samples taken
12  and a variety of different things, and I have
13  mentioned that in the notes.
14      Q.  Okay.  So when was the first time that
15  you learned that Sue Riggio had sued anybody in
16  regard to the alleged rape that happened at the
17  Daley Center?
18      A.  What lawsuit are you talking about?
19      Q.  All right.  Well, let me go back then.
20      A.  Okay.
21      Q.  Do you know if Sue Riggio sued anyone
22  in regard to the alleged rape at the
23  Daley Center?
24      A.  Yes, I do because Powers & Rogers, a
                                                    163

1      A.  No.
2      Q.  Did she tell you that she couldn't go
3  to large, crowded places?
4      A.  She told me she was fearful of going
5  into the City of Chicago since the rape had
6  happened.
7      Q.  And what about being in crowded places?
8      A.  She didn't like being in crowded places
9  like malls, Costco.
10      Q.  When you met with her on June 3, 2002,
11  did she tell you that the weekend before she had
12  gone to Great America --
13      A.  No.
14      Q.  -- or an amusement park?
15      A.  No.
16      Q.  Did she tell you when you met with her
17  on June 3, 2002, that she had gone gambling to a
18  casino the weekend before?
19      A.  You know, we talked about her rape and
20  how to help her get better, not about whether
21  she went to those two places that you mentioned.
22  I didn't think that was important.
23      Q.  Oh, I am --
24      A.  I mean, she didn't say to me hello, I
                                                    165

NORMA BERLIN

1  went to Great America or I went to the gambling
2  casino.
3      Q.  I am just wondering did Susan Riggio
4  express to you any difficulty she had at a
5  casino the weekend before she met with you on
6  June 3rd?
7      A.  No, no.
8      Q.  So she didn't say I was at a casino and
9  I really felt uncomfortable or awkward being
10  there --
11      A.  No.
12      Q.  -- and I wanted to go home?
13      A.  Later on there is some mention about
14  going in places, but not that day.  That day
15  really was a specific intake, you know, like
16  what happened.
17      Q.  So on June 3, 2002, Sue Riggio didn't
18  express to you any concern about being in a
19  casino the weekend before?
20      A.  No.
21          MS. STALF:  Objection, asked and
22  answered.
23          MS. PORTA:  Join.
24
                                        166

1  before he was let out but --
2      A.  When he was let out.
3      Q.  How did you learn that?
4      A.  It was in the newspaper and plus she
5  told me about it.
6      Q.  How did you learn about it first?  Was
7  it from reading the newspaper?
8      A.  She called me.
9      Q.  And what did she say to you?
10      A.  That she was worried about it and that
11  her worst fear had come true, that he would get
12  out of prison.
13      Q.  Did she tell you how he came to be
14  released from prison?
15      A.  What I read in the newspaper was that
16  Anita Alvarez let him out and that's all I know.
17      Q.  Did Sue Riggio tell you how he came to
18  be released from prison?
19      A.  No.
20      Q.  What did Sue Riggio say in that
21  conversation apart from the fact that he had
22  been released, her worst fear had been realized?
23      A.  That was really all that she said.
24      Q.  What did you say to her?
                                        168

1  BY MR. AINSWORTH:
2      Q.  That's correct?
3      A.  Yes.  I answered that.  She did not say
4  that.
5          MS. BENSINGER:  Can we go off the
6  record for a minute please?
7          (Whereupon, a discussion was had
8          off the record.)
9          MR. AINSWORTH:  Let's go back on the
10  record.
11  BY MR. AINSWORTH:
12      Q.  Okay.  At various points Sue Riggio
13  told you that she was afraid about her rapist
14  getting out of prison, right?
15      A.  Correct.
16      Q.  And that was kind of a constant
17  theme --
18      A.  Correct.
19      Q.  -- during the time that she you treated
20  with her?
21          Did you learn any point that
22  Carl Chatman was released from prison?
23      A.  Before he was let out by -- in 2014?
24      Q.  No.  I just mean at any point.  Not
                                        167

1      A.  I said to her that I was very sorry
2  that this was happening to her and that maybe
3  she should come back and talk to me.
4      Q.  And you thought that letting her
5  assailant out of prison was wrong, correct?
6      A.  Yes.
7      Q.  And you believe that today?
8      A.  I do.
9      Q.  You are -- You're sympathetic to
10  Sue Riggio, right?
11      A.  It's not a matter of sympathetic.  It's
12  a matter of I believe that she was raped by that
13  individual.  He was sentenced to X number of
14  years in prison and I believe he should have
15  served that.
16      Q.  Why do you believe that he should have
17  served that?
18      A.  Because she is a very credible person
19  and I believe that he raped her.
20      Q.  Would you turn to Page 11 of your notes
21  please?  Do you see the entry on March 13th?
22  Three lines down it says she is medically healed
23  except for three scars on her hip, broken teeth
24  and pain in her groin and vaginal area.
                                        169

NORMA BERLIN

1    A.   Um-hum.
2    Q.   Do you see that?
3    A.   Yes.
4    Q.   All right.  And did I read that
5    correctly?  That's what your notes say?
6    A.   Correct.
7    Q.   And did Sue Riggio tell you that she is
8    medically healed except for three scars on her
9    hip, broken teeth and pain in her groin and
10   vaginal area?
11   A.   I wrote it down.  I would assume that
12   that is correct, that that's what she told me.
13   Q.   The only reason you would have written
14   that down is if that's what she told you?
15   A.   If she told me that, yes.
16   Q.   So you don't dispute that Sue Riggio
17   told you that she is medically healed except for
18   three scars on her hip, broken teeth and pain in
19   her groin and vaginal area?
20   A.   Correct.
21   Q.   All right.  Did you obtain medical
22   records from any other treating physician or
23   therapist?
24   A.   No.

170

1    Q.   So you don't know what the medical
2    records from the -- Ms. Riggio's visit to the
3    emergency room say, right?
4         MS. STALF:  Objection, form.
5         THE WITNESS:  No.
6    BY MR. AINSWORTH:
7    Q.   Did Ms. Riggio tell you that she was
8    examined by a physician on May 24, 2002?
9    A.   Yes, she did tell me that.
10   Q.   And that was part of, you know, you
11   wanting to make sure she had been treated for
12   any physical issues she had; right?
13   A.   Right.
14   Q.   And did she say what the result was of
15   her treatment by the physician on May 24th or
16   what the physician found during his examination
17   of her on May 24, 2002?
18   A.   I don't recall exactly what she said
19   that he said to her.
20   Q.   Do you recall in general what she said?
21   A.   No.
22   Q.   Did Ms. Riggio tell you that the
23   emergency room doctor examined her from head to
24   foot and found no visible sign of injury

171

1    anywhere?
2    A.   No, she did not say that.
3    Q.   Did Ms. Riggio express to you any
4    concern during her counseling sessions about why
5    there was no physical symptoms of her sexual
6    assault found by --
7         MS. PORTA:  Objection, form.
8    BY MR. AINSWORTH:
9    Q.   -- found by the emergency room
10   physician?
11   A.   There is not hardly ever any DNA
12   evidence of semen after a rape.
13   Q.   What are you basing that on?
14   A.   Google it, you will see.
15   Q.   Then how do all those people who get
16   released from prison based on DNA get out of
17   prison?
18   A.   Well, they are not all rapists.  They
19   are not all rapists.  It has to do with hair.
20   It has to do with a variety -- DNA isn't only
21   that.
22   Q.   Just --
23   A.   I mean, I haven't seen the report so I
24   can't answer it.  If you have seen the report

172

1    and you want to show it to me I would be happy
2    to look at it, but I don't have it.
3    Q.   All right.  And when Ms. Riggio was
4    talking to you about broken teeth, she -- it
5    was -- you don't know how many teeth it was;
6    right?
7    A.   No, I don't.
8    Q.   You just know it was --
9    A.   We went over that.  Yes.  No, I don't
10   know exactly the number.
11   Q.   And so on March 13, 2003, when
12   Ms. Riggio told you about her broken teeth it
13   was -- she was talking about more than one
14   tooth, right?
15   A.   Yes, yes.  She said teeth.
16   Q.   And then again on Page 14 there is a
17   note on September 23, 2003, at the end there.
18   It says she is going to have her fractured teeth
19   repaired as result of the attack last May?
20   A.   Right.
21   Q.   And so she was claiming that there
22   was -- more than one of her teeth had been
23   fractured?
24   A.   Correct.

173

44 (Pages 170 to 173)

NORMA BERLIN

1     Q.   And did Ms. Riggio describe the pain in
2 her groin or vaginal area?
3     A.   No.
4     Q.   Did she --
5     A.   She said she had it.
6     Q.   Did she say that the pain prevented her
7 from doing anything?
8     A.   It prevented her from going to the
9 gynecologist to have an examination.
10     Q.   Did she -- Did Ms. Riggio explain
11 whether it was the pain that was preventing her
12 from having the examination or the psychological
13 effect of being examined in that way?
14     A.   It was both.   She didn't want anybody
15 to examine her.
16     Q.   Mr. Connolly spent some time going
17 through all the references to Sue Riggio's fears
18 about being intimate with her husband and not
19 being able to.
20     A.   Yes.
21     Q.   Did Sue tell you what her history was
22 of being intimate with her husband?   Like did
23 she tell you what it was like before and now we
24 are not able to be intimate at all?

174

1     A.   Yes.   She said that she had always had
2 a normal sexual relationship with her husband
3 and that now she felt she would be unable to
4 have sex with him.
5     Q.   Did she tell you that she reported in
6 June of 2000 that she and Frank had not had sex
7 in over a year?
8     A.   She has never said that to me.
9     Q.   So that would surprise you?
10     A.   I don't know if that's true.
11     Q.   Right, right.   Not knowing one way or
12 the other, but if it was true it would surprise
13 you?
14     A.   Yes, because I could see the way they
15 behaved towards one another.
16     Q.   And it was contrary to everything Sue
17 told you about her relationship with Frank,
18 right?
19     A.   No.   She said they were very close.
20     Q.   That's what I mean.
21     A.   Not contrary.
22     Q.   Right.   What I mean is if it was true
23 that they hadn't had sex in over a year as of
24 2000 --

175

1     A.   Oh.   That would be contrary, correct.
2 Yes, you're right.
3     Q.   How many times did you meet Frank?
4     A.   I believe there is three notations in
5 here when he came, and one I had asked her
6 specifically to have him come because I was
7 concerned about her weight loss.   Sometimes he
8 would be with her but he would be waiting, you
9 know, and they were going somewhere, but only
10 three times he came in my office.
11     Q.   How many -- How often would she come by
12 herself versus how often would you she come with
13 somebody else?
14     A.   Oh, she always came by herself except
15 if she were going somewhere with Valerie, her
16 daughter, or Jason, her son.   She lived very
17 close to my office.
18     Q.   Would you turn to Page 19 of your notes
19 please for the entry on September 23, 2002?
20     A.   Yes.
21     Q.   You put towards the bottom of that
22 entry you have rape in quotation marks.
23     A.   Where?   I am sorry.   Where?
24     Q.   Sorry, September 23rd --

176

1     A.   September 23rd?
2     Q.   -- 2004.
3     A.   Oh, okay.
4     Q.   You see that?   Why did you put rape in
5 quotation marks?
6     A.   I can't tell you why.   I don't know why
7 I did.
8     Q.   You have no idea?
9     A.   No, no.
10     Q.   All right.
11     A.   As a result of the rape.
12     Q.   Okay.   As a therapist you're trained to
13 listen to your patients, right?
14     A.   Correct.
15     Q.   And you're also trained to observe your
16 patients, right?
17     A.   Correct.
18     Q.   And you try to pick up on things
19 that -- you know, their body language or things
20 they might say to you; right?
21     A.   Yes.
22     Q.   Did you ever notice any difficulty with
23 Ms. Riggio's gait?
24     A.   Her gait?

177

NORMA BERLIN

1    Q.   Yes.
2    A.   No.
3    Q.   And by gait I mean the way she walked.
4    A.   Walking.
5    Q.   Yes.
6    A.   No.
7    Q.   And sometimes people who are on
8    psychiatric medications have difficulty with
9    their gait, right?
10   A.   Correct.
11   Q.   And if you had noted some type of
12   difficulty with her gait that would be something
13   that you would raise with her?
14   A.   Yes.  But the medications that she was
15   taking, which I wrote down to make sure I
16   remembered what they were, are not the kind of
17   medication that would do that.
18   Q.   So it would have been totally out of
19   the ordinary for her to have an altered gait
20   with no other cause, that's something you would
21   have just talked about with her to find out what
22   is going on?
23   A.   I didn't observe any change in her
24   gait.

                                        178

1    Q.   Okay.  How about tremors, did you ever
2    observe Ms. Riggio experience any tremors where
3    her hands would shake?
4    A.   Hand.  Yes, they did.
5    Q.   When did you observe that?
6    A.   That was something that she had once
7    told me that the doctor was trying to diagnose
8    her with Parkinson's which she doesn't have,
9    but -- or if she does have it it's so mild, but
10   I noticed at one point because I did ask her
11   about it a long time ago that I noticed a
12   slight tremor in her hand.  You know, she had
13   had a lot of medical problems.  She had a heart
14   attack.  She was in the hospital at one point,
15   and I did notice at that time that she had a
16   tremor; but when she was in my office the other
17   day her hand was steady.
18   Q.   All right.  So when she -- Around the
19   time that she had the heart attack she was
20   having the tremor?
21   A.   It was before that.
22   Q.   How much before that?
23   A.   I don't believe that I wrote that in
24   here, but I do recall that she had a tremor

                                        179

1    because I remember asking her about it and I
2    can't give you the exact date.
3    Q.   If somebody has a physical
4    manifestation of either a reaction to a
5    medication or a psychological injury that's
6    something that you would pay attention to?
7    A.   Yeah.  Some people have tremors from
8    medication, other people don't.
9    Q.   Right.  If somebody had a side effect
10   from a medication or a physical manifestation of
11   their psychological trauma you would note that
12   in the reports --
13   A.   Yes.
14   Q.   -- right?
15        And so if --
16   A.   And I would have asked Dr. Dizon about
17   it.
18   Q.   Yeah.  So did you ever raise with
19   Dr. Dizon the fact that Sue Riggio -- you
20   observed her having a tremor on that day?
21   A.   No, no.
22   Q.   Did you -- And so it was just on that
23   one occasion when you saw her having a tremor?
24   A.   I noticed it and I asked her about it.

                                        180

1    Q.   On all of your other visits with
2    Sue Riggio you never noticed any other tremors?
3    A.   No.
4    Q.   Is that right?
5    A.   (No audible response.)
6    Q.   That's correct?
7    A.   Yes.
8    Q.   And what did Sue say when she -- when
9    you asked her about that?
10   A.   At that time when I asked her she said
11   they were checking to see if it was a tremor
12   from Parkinson's and I don't really recall if
13   there was an answer to me about that or not.
14   Q.   Did --
15   A.   There are other things too, you know,
16   that cause people to have tremors.
17   Q.   When you -- Under the DSM-IV R you can
18   only diagnose somebody with PTSD after at least
19   a month has gone by, correct?
20   A.   That's what it says in the first
21   sentence, right.
22   Q.   And you were able to diagnose
23   Sue Riggio within two weeks, right?
24   A.   It's pretty obvious.  It was pretty

                                        181

NORMA BERLIN

1  obvious to me that that's what she had.
2      Q.  But it's a different disorder until
3  it's been a month, right?
4      A.  Not really.  There used to be one
5  called the post-traumatic stress syndrome which
6  wasn't as psychiatrically weighted as PTSD.
7      Q.  Well, answer this question.  Does -- Do
8  you have to have symptoms for at least a month
9  before you can be diagnosed with PTSD under the
10  DSM-IV R?
11      A.  I believe it says up to a month and
12  persisting for more than three months also.
13      Q.  So --
14      A.  It was pretty obvious that she had
15  that.
16      Q.  Let me just ask the question to you.
17  Under the DSM-IV R do you have to have had the
18  symptoms for at least a month before you can
19  diagnose somebody with PTSD?
20          MR. MICHALIK:  Objection, asked and
21  anticipated.
22          MS. BENSINGER:  Join.
23          MS. STALF:  Join.
24          THE WITNESS:  You asked me that already

182

1      Q.  Well, I am asking you.  Do you know
2  what the criteria is?
3      A.  Yes, and I gave you all the criteria
4  before.
5      Q.  Well, how about --
6      A.  You're picking on one thing.
7      Q.  Yeah.  Well, that one criteria do you
8  know what that criteria is for diagnosing PTSD?
9      A.  Look it up.  Look it up.  You don't
10  know either.  Look it up.
11      Q.  It says at least a month.
12      A.  Show me.
13      Q.  All right.
14      A.  And I still would diagnose her that way
15  today.
16      Q.  Now, in November of 2005 that's when
17  Ms. Riggio first told you about the rape that
18  occurred in 1979; right?
19      A.  Yes.
20      Q.  Did she tell you that the lawyers who
21  were defending her lawsuit had received an
22  anonymous note telling them about the previous
23  rape allegation that she had made?
24      A.  No.

184

1  about three times.
2  BY MR. AINSWORTH:
3      Q.  What is your answer, ma'am?
4      A.  It was very obvious that's what she was
5  suffering from.
6      Q.  I am not asking about Sue Riggio.  I am
7  asking a different -- totally different
8  question, nothing to do with Sue Riggio; okay?
9  Just about the DSM-IV R.  Under the DSM-IV R --
10      A.  Do you have it there so you can read
11  it?
12      Q.  I don't.  But under the -- So I am just
13  asking for your understanding of what it says
14  and what it means.  Under the DSM-IV R do --
15  does a patient have to have symptoms lasting for
16  more than a month before you can diagnose
17  somebody with PTSD?
18      A.  It doesn't say more than a month.  It
19  either says at least a month or up to a month,
20  and unless I saw it I really can't tell you
21  which way it said.
22      Q.  So you don't know what the criteria is
23  as you sit here today?
24      A.  That's not what I am saying.

183

1      Q.  Did you find it odd at all that for
2  three-and-a-half years that you were treating
3  her and she never mentioned the fact that she
4  had been sexually assaulted before?
5      A.  She came to me to work on getting
6  better from a rape that she had on May 24, 2002.
7  She didn't come to me to work on a rape from
8  1979.
9      Q.  Oh, I understand that.  I am just
10  wondering did you find it odd at all that you --
11  that Ms. Riggio -- you had been treating with
12  her for three-and-a-half years and she had not
13  mentioned the fact that she had been sexually
14  assaulted previously?
15      A.  I believe when people are ready to tell
16  you things in therapy they will tell you.
17      Q.  So you didn't think it was odd at all,
18  correct?
19      A.  No.  Can I ask you a question?
20      Q.  Yeah.
21      A.  What is the date of the first insurance
22  form that I sent to the County?
23      Q.  I don't know.
24      A.  Because if that is past a month then I

185

NORMA BERLIN

1 could be all right in diagnosing her with PTSD.
2     Q.  I don't think you have an insurance
3 fraud problem.
4         All right.  Let's -- And Sue Riggio was
5 very clear that the prior rape had very little
6 or nothing to do with her symptoms that were
7 occurring after the 2002 rape, right?
8     A.  Yes.
9     Q.  That's correct?
10     A.  She went to a therapist and dealt with
11 that at the time.  That was many years before
12 that, and he was deceased.  That's why I
13 couldn't get his records.
14     Q.  Just so I have an answer to my question
15 because nods of the head don't work here.
16         Ms. Riggio told you that her 19 -- the
17 rape that she experienced in 1979 had very
18 little or nothing to do with her symptoms
19 occurring as a result of her alleged rape in
20 2002?
21     A.  Yes.
22     Q.  Ms. Riggio sometimes would tell you
23 about articles that she had seen in the paper
24 that upset her, right?

186

1 Pages 7, 8, 61 and 62, but I believe the article
2 at issue only appears on Page 7 of that.
3     A.  Yes, that's right.
4     Q.  And then there is an article by Jack --
5     A.  I know it's a horrible name.
6 B-o-u-b-o-u-s-h-i-a-n.  It was online.
7     Q.  And it's undated?
8     A.  Yes.  And this is the article where he
9 mentions her name also.
10     Q.  And did that upset you that she -- that
11 her name was mentioned?
12     A.  Yes.  It's supposed to be a rape shield
13 act law.
14     Q.  All right.  I am -- I can show you --
15 You asked for the diagnostic criteria from the
16 DSM-IV.
17     A.  Um-hum.  Um-hum.
18     Q.  I cannot remember whether this came
19 from the IV or the IV R, so with that caveat I
20 will read to you the last sentence of the first
21 paragraph.
22     A.  Okay.
23     Q.  Under diagnostic features for the
24 post-traumatic stress disorder -- and I can make

188

1     A.  Yes.  I have them all here.
2     Q.  Do you?
3     A.  I do.
4     Q.  All right.  Can I see which ones you
5 have?
6     A.  It's this one.
7     Q.  Did you read the articles?
8     A.  Yes.
9     Q.  Did you discuss them with Sue?
10     A.  This one I discussed with her and the
11 one from Mary Mitchell.  I believe there was an
12 earlier one that I don't seem to have a copy of
13 that we did discuss.
14     Q.  And did you --
15         MR. MICHALIK:  Can you identify those
16 for the record?
17         MS. PORTA:  What are those dates?
18 BY MR. AINSWORTH:
19     Q.  So we have got a front page of the
20 Chicago Tribune section dated October 17, 2013,
21 and it contains Pages 1 to 7, 8, 17, 18, 23 and
22 24 of that first section of the Chicago Tribune.
23         I have here a portion of the Sun-Times,
24 Chicago Sun-Times, dated September 10, 2013,

187

1 this bigger if you want to read along.
2     A.  That's fine.
3         MS. STALF:  Where is this coming from
4 for the record?
5         MR. AINSWORTH:  A photocopy page of
6 either the DSM-IV or the DSM-IV R.
7         THE WITNESS:  But what is the question?
8 It would only be if I diagnosed her and sent in
9 all those insurance forms which I didn't put
10 that on there, so I don't understand what your
11 objection is.
12 BY MR. AINSWORTH:
13     Q.  So maybe it's nothing.  But -- Right.
14 But, you know, we ask a lot of questions and
15 some of them are important and some of them are
16 less important.
17     A.  Okay.
18     Q.  And here's the question.  It says the
19 full symptom picture must be present for more
20 than one month (Criterion E) and the disturbance
21 must cause clinically significant distress or
22 impairment in social, occupational or other
23 important areas of functioning, Criteria F.
24     A.  Okay.  You asked me if I treated her

189

NORMA BERLIN

1  for PTSD, right?
2      Q.   No.
3      A.   Didn't you ask you that?
4      Q.   I may have at some point.
5      A.   You did.  You did.  You asked me that.
6  Okay?
7      Q.   So --
8      A.   But why are you now trying to say that
9  day one I diagnosed her that way?
10     Q.   No.
11     A.   I didn't.
12     Q.   I am simply asking you, ma'am, is it
13  true under the DSM-IV R the symptoms of PTSD
14  must be present for at least one month before a
15  diagnosis can be made, correct?
16     A.   Was the R out in 2002?
17     Q.   Yes.
18     A.   Sure.
19     Q.   I --
20     A.   But the point is that I -- You know, I
21  don't understand what the discrepancy is between
22  what you and I are saying.
23     Q.   There is no -- It's not for us to
24  determine any discrepancy.  I am simply
                                              190

1  asking --
2      A.   Okay.  Okay.
3      Q.   -- under either the DSM-IV or the
4  DSM-IV R, is it true that the symptoms of PTSD
5  had to exist for at least a month before a
6  diagnosis could be made?
7      A.   Okay.  But does that mean she couldn't
8  come to my office to have treatment whether or
9  not she was diagnosed that way or not?  I -- You
10  know, I am not sure what you're trying to get
11  at.
12     Q.   Simply an answer to my question.
13     A.   But I have answered it like four
14  different times and you keep coming back and
15  asking the same thing over and over.
16     Q.   I am not sure if you are saying yes,
17  under the DSM-IV or DSM-IV R the symptoms had to
18  be in existence for at least a month.
19     A.   Yes, fine.  You have it right there.
20  Yes, fine.
21     Q.   So let me ask you --
22     A.   Fine.  Okay.
23     Q.   -- under the DSM-IV or the DSM-IV R
24  symptoms of PTSD have to be present for at least
                                              191

1  a month before a diagnosis can be made?
2      A.   Fine.
3          MS. STALF:  Objection, foundation.
4  BY MR. AINSWORTH:
5      Q.   Correct?
6      A.   Yes.
7      Q.   All right.  Now, going to 2005
8  Ms. Riggio was still experiencing some
9  significant symptoms of the trauma that she had
10  experienced; right?
11     A.   Yes.
12     Q.   On Page 26 on August 16th, she reported
13  that she's continuing to lose weight; right?
14     A.   Yes.
15     Q.   She is still having issues when she
16  would see an African American man nearby, right?
17     A.   Correct.
18         MS. STALF:  Objection, asked and
19  answered.
20  BY MR. AINSWORTH:
21     Q.   In 2006 Ms. Riggio was still continuing
22  to experience pretty serious symptoms of the
23  trauma that she experienced, right?
24     A.   Yes.
                                              192

1      Q.   Did you ask Sue why she didn't disclose
2  the -- either the 1979 rape or the treatment
3  that she received for it prior to November of
4  2005?
5      A.   No.
6      Q.   Why not?
7      A.   Because I don't think it was necessary.
8  As I told you before that patients will tell you
9  things when they are ready to tell you;
10  otherwise, you get -- give them like
11  suggestibility of something that how would I
12  know that she had been raped.  I might have
13  suggested something and I don't do that.
14     Q.   No.  I mean, did you ask her after she
15  told you about the rape why she didn't tell you
16  about it before?
17         MS. STALF:  Objection, asked and
18  answered.
19         THE WITNESS:  No.
20  BY MR. AINSWORTH:
21     Q.   And my question to you is why?
22     A.   And I said the same thing I told you
23  before.  I didn't think it was significant.  I
24  am dealing with her -- with the current rape
                                              193

49 (Pages 190 to 193)

NORMA BERLIN

1 that she sustained on May 24, 2002, at the
2 Daley Center.
3    Q.  Okay. Go to Page 43.
4    A.  Okay. Yes.
5    Q.  All right. On May 16, 2006, Ms. Riggio
6 still reported to you that she feels broken and
7 incapable of being a wife to her husband, right?
8       MS. STALF: Objection, asked and
9 answered.
10       THE WITNESS: Yes.
11 BY MR. AINSWORTH:
12    Q.  And she says she doesn't feel like the
13 same person that she used to be --
14    A.  Correct.
15    Q.  -- correct?
16       Down at the last line on that same page
17 on June 1st she told you something to the effect
18 that she cannot come back to her usual self --
19    A.  Yes.
20    Q.  -- right?
21    A.  Yes.
22    Q.  Flipping to the next page, on June 27,
23 2006, the last entry at the bottom there says
24 Sue and I discussed her inability to eat. When

194

1 she eats she visualizes the oral part of the
2 attack on her and she feels like vomiting;
3 right?
4    A.  Yes.
5    Q.  And by oral part she meant the
6 accuser's penis being in her mouth?
7    A.  Not in. We already went over that
8 52 times, that she bit him and that prevented
9 him from doing oral sex, but his penis was near
10 her mouth. It may not have been in it.
11    Q.  Why did you say the oral part of the
12 attack?
13    A.  Well, because two reasons. One is he
14 banged her face on the table repeatedly and
15 broke her teeth, and that was another thing that
16 was this part of her face, her mouth; and in
17 2005 as you have asked me five times that I
18 wrote that she bit him and so then he did not
19 complete the oral part of the attack.
20    Q.  And he had to remove his penis from her
21 mouth?
22       MR. MICHALIK: Objection,
23 argumentative.
24       THE WITNESS: No.

195

1       MS. STALF: Join.
2       MS. PORTA: Join.
3       THE WITNESS: No.
4 BY MR. AINSWORTH:
5    Q.  All right. So you're not aware that
6 the emergency room physician who observed
7 Susan Riggio on May 24th asked her about her
8 teeth and she reported having no problem with
9 them, are you?
10    A.  I have not seen the medical report.
11    Q.  All right. Okay.
12    A.  All I -- I know that the police
13 though --
14    Q.  Yes.
15    A.  -- made comment -- made comments to her
16 and got her some other clothes because her
17 clothes were destroyed.
18    Q.  Well, her clothes were inventoried for
19 the rape kit; right?
20    A.  But they were not able to be worn
21 either.
22    Q.  What comments did the police make to
23 her that she told you about?
24    A.  Well, they transported her to the --

196

1 they felt she needed something more to wear and
2 they got her something more to wear. That's all
3 she told me, and that they were very kind.
4    Q.  And they empathized with her?
5    A.  Yes.
6    Q.  All right. Going to the next page, 45,
7 top of the page, July 11, 2006, the last
8 sentence in that entry says Sue feels without
9 hope she can't recover; is that right?
10    A.  Correct.
11    Q.  So she is having pretty significant
12 difficulties at that point?
13    A.  Yes.
14    Q.  And August 1, 2006, lower on that page
15 Sue feels that she has taken steps backward.
16 Meaning backward in her recovery, correct?
17    A.  Correct.
18    Q.  And she is -- She is starting to feel a
19 little worse?
20    A.  Yes.
21    Q.  And then in September -- The next page,
22 September 8th, Sue reports still reported having
23 problems eating and having the sensation of
24 smelling her accuser -- her attacker?

197

NORMA BERLIN

1    A.   Correct.
2    Q.   And then let's flip to Page 48.  Your
3  entry for October 26th states that Sue is
4  continuing to have panic attacks at night,
5  right?
6    A.   Yes.
7    Q.   She is having night terrors?
8    A.   Correct.
9    Q.   Flipping to the next page, 49, the
10 first entry on November 16th Sue is still
11 reporting that she doesn't feel safe; right?
12   A.   Correct.
13   Q.   And then the next page on Page 50 on
14 November 11, 2007, the last sentence you have an
15 entry Sue --
16   A.   Wait.  I think I -- I think I have two
17 Page 50s.
18   Q.   You have 50 and 50-and-a-half.
19   A.   Which one are you on?
20   Q.   Just 50, not the Hogwarts' one.
21        It says Sue reiterated that she has no
22 strength to fight this.  That's what she told
23 you, right?
24   A.   Yes.
                                          198

1        MR. MICHALIK:  Sorry, Russell.  Did you
2  say November because I think that's January?
3        MR. AINSWORTH.  I meant to say
4  January 11th.  Thank you.
5  BY MR. AINSWORTH:
6    Q.   And that's in January of 2007?
7    A.   Yes.
8    Q.   If you go to Page 51 --
9    A.   Yes.
10   Q.   -- there is an entry on February 27,
11 2007, where Sue reports to you that she still
12 can't eat; right?
13   A.   Correct.
14   Q.   And going to Page 53, on April 12,
15 2007, Sue was confident, happy and filled with
16 purpose before and now she feels dejected,
17 fearful and lacking purpose?
18   A.   Yes, she said that.
19   Q.   That's what she told you?
20   A.   Um-hum.
21   Q.   And then the next entry on April 26th
22 she talked about her relationship -- or sexual
23 relationship with Frank may never be able to be
24 revived, right?
                                          199

1    A.   Correct.
2    Q.   So she is having some fairly
3  significant impingement on her functioning,
4  right?
5    A.   Sexually.
6    Q.   And also, you know, she is feeling
7  despondent and without purpose in life; right?
8    A.   Correct, yes.
9    Q.   And that can be debilitating, right?
10   A.   Yes.
11   Q.   And then she settles her lawsuit,
12 right?
13   A.   Is that written here?
14   Q.   Look at Page 54, the entry on June 1,
15 2007.
16   A.   Yes, that's correct.
17   Q.   But after the lawsuit settled the
18 State's Attorney's still wanted to talk to her,
19 right?
20   A.   Correct.
21   Q.   And she had to go in and be interviewed
22 about the criminal case --
23   A.   Correct.
24   Q.   -- right?
                                          200

1    A.   Correct, yes.
2    Q.   And if you go on Page 55, on July 19th
3  it says that she is worried about the
4  State's Attorney looking to appeal for
5  Carl Chatman; right?
6    A.   Yes, yes.
7    Q.   And then on September 12th on that same
8  page of 2007 she then had to go in to the
9  attorney's office to talk about evidence against
10 Sue?
11   A.   Correct.
12   Q.   And then on September 18th she reported
13 that she is relieved about the investigation
14 into reopening the case there is nothing there,
15 right?
16   A.   That's correct.
17   Q.   And that's what she told you?
18   A.   That's what she said, yes.
19   Q.   And once the investigation -- the
20 re-investigation into her criminal case closed
21 she then went on a break, right?
22   A.   She went on a break because she and I
23 agreed that it was time for her to take some
24 time off.
                                          201

NORMA BERLIN

1   Q.  So was she doing better then?
2   A.  She still had the same problem with
3   smelling him.  She still had nightmares, but she
4   was determined to get on with her life if she
5   could.  She knew that sexually she and Frank
6   couldn't have an intimate relationship but that
7   she wanted to see what she could begin to do on
8   her own.
9   Q.  Well, tell me, she was having
10  nightmares before the case settled; right?
11  A.  And she --
12  Q.  She reported that?
13  A.  And she is still having them.
14  Q.  Well, was she still having them in
15  August of 2007?
16  A.  I didn't make a note of that.
17  Q.  No.  On October -- On August 9, 2007,
18  Sue looks a little better, she is relaxed and
19  tan; right?
20  A.  Right.
21  Q.  That's what you wrote for the session
22  on August 9th?
23  A.  Yes, because she has a house in
24  Michigan and they go every weekend, and she did

202

1   look good.
2   Q.  She looked relaxed and tan?
3   A.  Um-hum.
4   Q.  Yes?
5   A.  Yes, she did.
6   Q.  So before her case settled she was
7   explaining telling you about how she was never
8   going to feel better again and her life was
9   without purpose, right?
10  A.  Right, but on the 16th she said she
11  still feels like her life has been changed
12  forever.
13  Q.  And that's while the re-investigation
14  was going on, right?
15  A.  Correct, and also the fact that she had
16  been raped.
17  Q.  And then she went on a hiatus for a
18  while?
19  A.  Yes, she did.
20  Q.  She checked in with you in 2009?
21  A.  Right.
22  Q.  And then came back four years later in
23  July of 2013?
24  A.  Correct.

203

1   Q.  And in July of 2013 when Sue met with
2   you did she tell you that the State's Attorney
3   was now re-re-investigating the case against
4   Carl Chatman?
5   A.  In '13?
6   Q.  Yeah.
7   A.  Was that the date in the newspaper?
8   Q.  No.  This is 56.
9   A.  Page 56.
10  Q.  The newspaper articles weren't
11  published until September of that year.
12  A.  What is this?
13  Q.  You have got one from October there and
14  one from September.
15  A.  Okay.  September, October, okay.  I
16  don't recall.
17  Q.  And there is nothing in your notes
18  about there being some concern about the
19  re-investigation --
20  A.  Right.
21  Q.  -- right?
22  A.  No.
23  Q.  Or that she was feeling stressed or
24  upset about having to talk to the investigators

204

1   or anything like that?
2   A.  Not at that date.
3   Q.  All right.  Then she came to see you
4   after the July date again on September 24th --
5   A.  Right.  Correct.
6   Q.  -- after Carl Chatman had been
7   released?
8   A.  Correct, yes.
9   Q.  And now she again talks about smelling
10  him on her, right?
11  A.  Yes.
12  Q.  And did she describe the smell ever to
13  you?
14  A.  She just said that the smell is of the
15  man who raped her.
16  Q.  Did she ever tell what you that smell
17  was?
18  A.  No.
19  Q.  Did she ever tell you that the person
20  smelled like body odor?
21  A.  Like onions or something?
22  Q.  No.  I mean body odor or alcohol or
23  cigarettes or something like that.
24  A.  No.  She just said she has carried his

205

NORMA BERLIN

1   smell with her since the day he raped her.
2       Q.   And she never told you what that smell
3   was?
4       A.   No.
5       Q.   That's correct?  Yes?
6       A.   Yes.
7       Q.   All right.  She hadn't told you about
8   smelling her assailant on her since before she
9   settled her lawsuit, right?
10      A.   Would you repeat that?
11      Q.   Sure.  When Sue Riggio reported to you
12  in September of 2013 after Carl Chatman had been
13  released from prison she hadn't told you about
14  smelling him on her or smelling him since before
15  her case settled, right?
16      A.   I don't believe that she has ever
17  stopped smelling him.
18      Q.   Oh, I am not asking you if you --
19  because you don't know what is actually in her
20  mind, you just know what she has told you;
21  right?
22      A.   That's right, and I may not have
23  written that down.  But she has told me
24  repeatedly for ten years that she smells him.
                                            206

1   That's all I can tell you, sir.
2       Q.   Right.  Specifically as far as timing
3   goes Ms. Riggio when she told you that she could
4   still smell her --
5       A.   Assailant.
6       Q.   -- attacker on her in September of 2013
7   after Carl Chatman was released from prison that
8   was the first time she said anything about that
9   subject since her civil case settled, right?
10      A.   Well, I hadn't seen her either.
11  Remember?  I haven't seen her.
12      Q.   Oh, you had seen her some since her
13  case settled; right?
14      A.   I saw her July 2nd of '13.
15      Q.   Well, her case settled on -- sometime
16  before June 21st of 2007, right, if you look at
17  Page 45?
18      A.   Yeah.  She has never stopped saying
19  that she smells him.  She is still saying it to
20  this day.
21      Q.   All right.  So on June 28, 2007, did
22  Sue tell you that she smells her attacker?
23      A.   I believe I told you that I don't write
24  down every single word that a person tells me.
                                            207

1       Q.   I understand that.  I am just saying --
2       A.   So maybe I didn't write it down that
3   day, but I am telling you that I can guarantee
4   you that she always has that smell.
5       Q.   Well, I am not looking for your
6   guarantees.  I am just looking for what you know
7   and what knowledge you have.
8       A.   And what I know is she believes and I
9   believe her that she still smells him.
10      Q.   Okay.  And you never administered any
11  objective psychological tool to address
12  malingering or anything like that, right?
13      A.   You asked me that.  I answered it.  No.
14      Q.   Well, specifically for malingering.
15      A.   Why would I administer a test for
16  someone that I do not believe to be a
17  malingerer?
18      Q.   Right.  But you know when somebody has
19  got a lawsuit they have a financial motive to
20  falsify their symptoms, correct?
21      A.   Why -- Why would I believe that
22  somebody would do that?  This is an honest woman
23  who has never given me any reason to doubt
24  anything that she is telling me.  I have clients
                                            208

1   that I have seen for years who have lawsuits and
2   I have never found them to lie to me about
3   something in order for me to write it down so
4   that it would help them.
5       Q.   Nobody has -- In your experience nobody
6   who has had a lawsuit has ever lied to you about
7   their symptoms, right?
8       A.   In my practice.  Maybe in other
9   people's.  And also I am pretty much sure that
10  she had told me she wasn't supposed to discuss
11  the lawsuit.
12      Q.   And under the DSM-IV or the DSM-IV R
13  when there is a potential for a financial motive
14  you're supposed to assess malingering when
15  determining your diagnosis of PTSD, is that
16  correct?
17          MS. STALF:  Objection, foundation.
18          THE WITNESS:  She did not come to me
19  for malingering, she didn't come to me for
20  money.  I have no idea how much money she ever
21  got from that lawsuit.
22  BY MR. AINSWORTH:
23      Q.   Okay.  I am asking you not about
24  Sue Riggio.  I am just talking about your
                                            209

NORMA BERLIN

1 knowledge of the DSM.
2     A.   But I am only talking to you today
3 about Sue Riggio.
4     Q.   Well, some things -- you know, like
5 Mr. Connolly started out by asking you about
6 PTSD in general.  So I am asking you a general
7 question about the DSM-IV or the DSM-IV R.
8     A.   No.  But you're asking me is if
9 Sue Riggio is a liar and I am telling you no and
10 she is not a malingerer either.
11     Q.   That's not my question.  I am just
12 asking you for the specific answer to my
13 question.
14          Under the DSM-IV or the DSM-IV R if
15 there is the potential for a financial motive
16 before you can diagnose PTSD you're supposed to
17 assess the patient for malingering, correct?
18          MS. STALF:  Objection, foundation,
19 asked and answered.
20          THE WITNESS:  You have decided that
21 she -- Yeah.  You have decided that that was
22 what her motive was.  I don't see that as her
23 motive.  I don't see that she is trying to get
24 money from somebody.

210

1 BY MR. AINSWORTH:
2     Q.   Ma'am --
3     A.   I see her as a traumatized rape victim
4 and that's what I worked with her on, and I am
5 not going to answer something that I am not
6 obligated to test somebody for being a
7 malingerer.
8     Q.   Okay.  So I am not asking you about
9 Sue Riggio and I am not asking --
10     A.   But I am only here to talk about
11 Sue Riggio.
12     Q.   You're saying that I am inferring all
13 sorts of things.  All I am asking is one
14 question about one specific thing and please
15 answer the question as best you're able, and if
16 you don't know just say I don't know.  But under
17 the DSM-IV or the DSM-IV R if there is a
18 potential for a financial motive are you
19 supposed to assess the patient for malingering
20 before diagnosing somebody with PTSD?
21     A.   That's your version.  My version is
22 different.  All right.  The DSM-IV R or DSM-V or
23 any other DSM is not telling me that I have to
24 assess her for malingering and I am going to

211

1 stick to that answer.  You can ask me five
2 different ways and I am telling you I have been
3 in practice for 35 years and I think I can tell
4 when somebody is lying, and she didn't need a
5 psychological assessment nor did she need a test
6 for malingering.
7     Q.   So where the DSM-IV states malingering
8 should be ruled out in those situations in which
9 financial remuneration, benefit eligibility and
10 forensic determinations played a role you
11 discount that language?
12     A.   I am not discounting it.  I am telling
13 you I did not observe her to be a malingerer.
14          MS. STALF:  Can we go off the record
15 for one second, Russell?
16          MR. AINSWORTH:  Yes.
17          (Whereupon, a discussion was had
18          off the record and a short
19          break was taken.)
20          MR. AINSWORTH:  Back on the record.
21 BY MR. AINSWORTH:
22     Q.   Ms. Berlin, was there anything
23 different about your -- the manner in which you
24 treated Ms. Riggio between April of '07 and

212

1 July of '07?
2     A.   Between April of '07 and July of '07?
3     Q.   Yes.
4     A.   How do you mean?  I mean, I used the
5 same kind of therapeutic technique.  I mean, are
6 you asking me if I changed my therapeutic
7 technique?
8     Q.   Exactly.
9     A.   No.
10     Q.   You provided the exact same treatment
11 to Ms. Riggio between April of 2007 and July of
12 2007 --
13     A.   Yes.
14     Q.   -- right?
15          And that was the exact same therapeutic
16 technique that you used from the beginning since
17 June of 2002?
18     A.   Correct.
19     Q.   The Beck Inventory, does that have an
20 effort scale?
21     A.   The Beck Inventory?
22     Q.   Yeah.
23     A.   Well, you know, I will tell you
24 something, that the Beck Inventory no longer

213

NORMA BERLIN

1 will mail a master's level psychologist that.
2 You have to be a Ph.D. to get it, so I don't
3 have it anymore.
4     Q.   Back then did it have an effort scale
5 when you were able to administer it?
6     A.   Oh, I didn't administer it to her.
7     Q.   I understand.
8     A.   You asked me that and I said no.
9     Q.   Right.  My question to you is does the
10 Beck have an effort scale?
11     A.   I don't recall.
12     Q.   Okay.  You wrote a couple letters for
13 Sue, right?
14     A.   Correct.
15     Q.   And that was to the IRS, right?
16     A.   Correct.  I believe there were two.
17     Q.   And you told the IRS that Sue could not
18 possibly sit for an audit because of her
19 psychological state was so impaired, correct?
20     A.   Correct.  I did write those two
21 letters.
22     Q.   Sue asked you to write those letters,
23 right?
24     A.   She asked me to write those two letters
214

1 and I felt they were justified in being written.
2     Q.   What did she ask you about those
3 letters?
4     A.   She said I have to go for this IRS and
5 I feel like I can't do that and I agreed with
6 her and I wrote the letters that said at that
7 time.  I didn't say forever she couldn't do it.
8 I said at that time.
9     Q.   Right.  And so what did Sue say to you
10 when she asked you to write those letters?
11     A.   Exactly what I said.  She asked me if I
12 would write the letters and I said yes and I
13 wrote the two letters.
14     Q.   Did she explain to you any concerns
15 that she about the audit or why she was
16 concerned about them?
17     A.   No, no.
18     Q.   Did she tell you why she wanted to not
19 have to do the audit?
20     A.   Because she didn't feel capable of
21 doing it at that particular time.
22     Q.   Did she tell you that she was the
23 person in the family unit who's in charge of the
24 finances and so, you know, it was a burden on
215

1 her to have to go through this audit?
2     A.   Well, she had an accountant.
3     Q.   And did she tell you that she usually
4 leaves the finances up to her husband Frank?
5     A.   No.  I don't remember.  I don't recall
6 that.
7     Q.   Was she nervous about the audit?
8     A.   No.  She just told me she didn't feel
9 she was capable of doing it at this time when
10 she was at the highest level of stress in her
11 life.
12     Q.   And then weight loss is a sign of
13 significant stress or can be, right?
14     A.   Or the opposite, yeah.  Weight loss or
15 weight gain.
16     Q.   And weight loss is consistent with
17 PTSD, right?
18     A.   Yes.
19     Q.   Weight gain is consistent with PTSD,
20 right?
21     A.   Yes.
22     Q.   And no weight gain or loss is also
23 consistent with PTSD, right?
24     A.   I mean, it can be one symptom that
216

1 could be more relevant than others or in some
2 people they don't -- they stay the same, they
3 just have other symptoms.  But she was losing a
4 lot of weight.
5     Q.   And if somebody is -- If somebody
6 doesn't gain or lose weight that doesn't mean
7 they are -- they don't have PTSD, correct?
8     A.   Correct.
9     Q.   If somebody can't cry, that's
10 consistent with having PTSD?
11     A.   Well, it's fairly often that that
12 happens that people feel so hopeless and empty
13 inside that it's hard to cry.
14     Q.   And when people cry that is consistent
15 with PTSD?
16     A.   It can go either way, yes.
17     Q.   Have you ever testified in court?
18     A.   No.
19     Q.   When Sue Riggio would express concerns
20 about Carl Chatman getting out of prison, would
21 you reassure her that he wouldn't get out of
22 prison?
23     A.   No, I didn't say that.  What I said to
24 her was that she needed to stop looking online
217

NORMA BERLIN

1  because it was causing her too much stress.
2      Q.  Ms. Riggio told you that she was
3  concerned about why the County was involved in
4  giving an experienced name to the rapist for a
5  criminal attorney instead of using a public
6  defender?
7      A.  Yes, she did say that.  I remember when
8  I reviewed my notes I saw that.
9      Q.  She wanted Carl Chatman to have a
10 public defender rather than an experienced
11 criminal defense attorney, right?
12     A.  The reason she said that was because he
13 was homeless and didn't have any money, not
14 because she felt he wasn't entitled to an
15 experience attorney.
16     Q.  Tell me what she said about that topic.
17     A.  Exactly what I wrote down.
18     Q.  Well, no.  You said there was a reason.
19 You said the reason was because he was homeless?
20     A.  And how could he afford an experienced
21 attorney.
22     Q.  You wrote down that she had -- she felt
23 concerned about why the County is involved in
24 giving an experienced name to the rapist for a
                                              218

1  criminal attorney instead of using a public
2  defender.
3      A.  Right, because he didn't have any
4  money.  Usually a -- To her knowledge and also
5  to my knowledge that you get -- that you get a
6  public defender.  It was just a simple
7  statement.
8      Q.  Ms. Riggio's report of not being able
9  to be intimate with her husband, that's -- you
10 relied upon her subjective report of that;
11 right?
12     A.  Well, her husband told me the same
13 thing.
14     Q.  And he told you that as well?
15     A.  Yes.
16     Q.  And you saw Frank while the lawsuit was
17 pending, right?
18     A.  I saw Frank I believe three times.
19     Q.  You haven't seen him --
20     A.  In a session.
21     Q.  You haven't seen Frank since the
22 lawsuit settled, correct?
23     A.  No, I haven't.
24     Q.  So when he told you that he was unable
                                              219

1  to have relations with Sue, that was while the
2  lawsuit was pending; correct?
3      A.  Well, not that he was unable to.  They
4  were not having relations.  That's all he said,
5  and he didn't say anything about a lawsuit.
6      Q.  Right.  But it was during the pendency
7  of the lawsuit that he related this information
8  to you?
9      A.  You would have to look at the dates
10 that I saw him and then you can tell me if the
11 lawsuit was on then because there is 50, 60
12 pages here.  I don't remember exactly what dates
13 I saw him, counsel.
14     Q.  Right.  You just told me that you
15 haven't seen him since the lawsuit?
16     A.  I haven't seen -- No, I didn't say I
17 haven't seen him since the lawsuit was settled.
18 I said I haven't seen him.  You put that word
19 out there.  I have not seen him except for the
20 times that I mentioned in my -- in my notes.
21     Q.  And there is no reference in your notes
22 to seeing Frank since the time of the lawsuit
23 being settled, right?
24         MR. MICHALIK:  Maybe if you gave her
                                              220

1  the date.
2          THE WITNESS:  What is the date the
3  lawsuit was settled?
4  BY MR. AINSWORTH:
5      Q.  Well, sometime before June 20th of 2007
6  as reflected in your notes.
7      A.  Okay.  Then I have not seen him since
8  then.
9      Q.  And so any statements he made to you
10 about whether he and his wife were having
11 relations was while the lawsuit was pending,
12 right?
13         MR. MICHALIK:  Objection, calls for
14 speculation.
15         THE WITNESS:  He did not mention
16 anything about a lawsuit.  He just mentioned and
17 she mentioned they were not having sex.
18         MR. AINSWORTH:  Would you please read
19 back my question?
20             (Whereupon, the record was read
21             as requested.)
22         THE WITNESS:  You're asking me if it
23 happened during that time.  Yes, but I am saying
24 to you that isn't why he said they were not
                                              221

NORMA BERLIN

1  having relations.  They still don't have
2  relations and this is 2015, March 26th.
3  March 26th.  They don't have sexual relations.
4  BY MR. AINSWORTH:
5      Q.  Were you aware that Frank was also a
6  party to the lawsuit and he was suing for money?
7      A.  No.
8          MR. AINSWORTH:  All right.  I don't
9  have any further questions for you.
10         MR. MICHALIK:  No questions.
11         MS. STALF:  None.
12         Un-uhn:  No questions.
13         MS. PORTA:  Nothing.
14         MR. AINSWORTH:  We have one final
15 question for you.  The court reporter has kindly
16 been recording all the questions that were asked
17 of you and all the answers that you have given.
18         THE WITNESS:  Right.
19         MR. AINSWORTH:  You have the right as
20 you sit here now -- you can -- You can choose
21 you can either trust that the court reporter has
22 recorded the answers that you have given
23 accurately and waive the right to read the
24 deposition or you can reserve the right to read

222

1  the deposition and then make arrangements with
2  the court reporter to come to her office to
3  review the transcript when it's --
4          THE WITNESS:  I trust that she has
5  written accurately what we discussed.
6          MR. AINSWORTH:  All right.  Show that
7  signature is waived.
8          (FURTHER DEPONENT SAITH NOT.)
9              (Whereupon, the proceedings
10                 adjourned at 2:22 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24

223

1  STATE OF ILLINOIS    )
2                       ) SS:
3  COUNTY OF W I L L    )
4      I, MICHELLE L. BARTA, a certified
5  shorthand reporter for the State of Illinois, do
6  hereby certify that heretofore, to-wit, on the
7  26th day of March 2015, personally appeared
8  before me NORMA BERLIN, a witness in a certain
9  cause now pending and undetermined in the United
10 States District Court, Northern District of
11 Illinois, Eastern Division, wherein CARL CHATMAN
12 is the Plaintiff and CITY OF CHICAGO, et al., is
13 the Defendant.
14     I further certify that the said
15 NORMA BERLIN was by me first duly sworn to
16 testify the truth, the whole truth, and nothing
17 but the truth in the cause aforesaid; that the
18 testimony then given by said witness was
19 reported stenographically by me in the presence
20 of said witness and afterwards reduced to
21 typewriting by Computer-Aided Transcription, and
22 the foregoing is a true and correct transcript
23 of the testimony so given by said witness as
24 aforesaid.

224

1      I further certify that the signature to
2  the foregoing deposition was waived by the
3  deponent.
4      I further certify that the taking of this
5  deposition was pursuant to Notice and that there
6  were present at the deposition the attorneys
7  hereinbefore mentioned.
8      I further certify that I am not counsel
9  for nor in any way related to the parties to
10 this suit, nor am I in any way interested in the
11 outcome thereof.
12     IN TESTIMONY WHEREOF:  I have hereunto
13 set my hand and affixed my notarial seal this
14 6th day of April, 2015.
15
16
17
18     _____
19     MICHELLE L. BARTA, C.S.R., R.P.R.
20     LIC. NO. 084-004033
21
22
23
24

225

**NORMA BERLIN**

**A**

**ability** 51:20 67:2
81:18 82:12 84:9
89:19 92:5 95:19
106:10
**able** 18:8 30:3 37:5
40:11 56:23 57:2,14
57:17,19 60:19 61:4
65:17 66:5 72:21
76:4 77:7 79:20
88:6 93:10 100:10
100:13,18 118:17
143:11 174:19,24
181:22 196:20
199:23 211:15
214:5 219:8
**abnormal** 54:8
**Absolutely** 98:18
138:12
**abuse** 15:9
**abused** 12:22
**accepting** 139:2
**accidentally** 131:14
**account** 149:1
**accountant** 216:2
**accurate** 8:12 11:24
15:21 19:8 106:20
**accurately** 47:23
222:23 223:5
**accuser** 197:24
**accuser's** 195:6
**act** 188:13
**action** 6:18
**actions** 97:21
**activities** 21:19
**actual** 38:13
**ad** 16:3
**addiction** 9:21 10:4,9
11:15 14:16 15:6
17:23
**addictions** 14:8
**addition** 24:24 25:6
84:11 114:21
**address** 208:11
**adjourned** 223:10
**administer** 156:2,15
156:19 157:2
158:13 208:15

214:5,6
**administered** 155:22
158:1 208:10
**adolescent** 11:10
112:21,22
**adolescents** 11:12
12:15
**adults** 12:15
**affect** 32:17 51:19
53:8
**affirmation** 145:13
**affixed** 225:13
**afford** 218:20
**aforesaid** 224:17,24
**afraid** 21:24 26:16
33:17 37:20 42:20
50:3 54:2 57:10
76:17 84:5 153:4
167:13
**African** 26:22 27:5
29:19 69:2 192:16
**afterward** 36:16
**age** 72:7
**agency** 161:16
**agitated** 61:11,21
**ago** 16:3 25:17 30:15
92:23 105:10
136:14 179:11
**agreed** 31:10 95:5
201:23 215:5
**agreement** 94:19
95:4
**ahead** 51:14 95:15
**ailments** 22:18 145:4
**AINSWORTH** 2:4
5:5 7:8 10:7 28:20
28:23 29:11 51:11
51:14 53:5 55:17
57:21 58:23 60:10
60:21 65:22 71:20
73:18 74:1 83:20
86:20 88:11,15
90:20 92:7,9 96:9
96:12,22 97:1 101:7
101:12 121:5,10
128:19 133:17,21
134:19 135:13,18
136:3,5 139:1,10,23

148:12 150:14
152:14 167:1,9,11
171:6 172:8 183:2
187:18 189:5,12
192:4,20 193:20
194:11 196:4 199:3
199:5 209:22 211:1
212:16,20,21 221:4
221:18 222:4,8,14
222:19 223:6
**al** 1:7 224:12
**alcohol** 9:20 10:10
11:15 14:8 16:10
109:17 205:22
**allegation** 184:23
**alleged** 163:16,22
164:24 186:19
**allow** 17:12 57:6
65:17,20
**allowing** 71:16
**allows** 17:15
**altered** 178:19
**Alvarez** 168:16
**America** 165:12
166:1
**American** 26:22 27:5
29:19 69:2 192:16
**amount** 128:21
130:21
**amusement** 165:14
**anally** 147:22
**anger** 93:23
**Anita** 168:16
**anniversary** 64:6,19
84:17,21 94:6
**anonymous** 184:22
**answer** 7:19,21 8:6
8:18 29:9 51:13
106:10 120:1 130:5
135:1,2 139:24
142:9 161:23
172:24 181:13
182:7 183:3 186:14
191:12 210:12
211:5,15 212:1
**answered** 138:20
139:8,20,22 140:1
150:11 166:22

167:3 191:13
192:19 193:18
194:9 208:13
210:19
**answering** 19:19
**answers** 147:6
222:17,22
**anticipated** 182:21
**anticipating** 142:3
**anxiety** 14:6 17:22
78:2 86:2
**anybody** 23:16,17
63:5 98:6 113:9
122:6 163:15
174:14
**anymore** 80:7 108:18
110:19 158:21
162:6 214:3
**anyway** 29:9
**apart** 146:21,24
168:21
**appeal** 201:4
**appear** 76:22 99:8
**appearance** 85:5
**APPEARANCES** 2:1
3:1 4:1
**appeared** 25:5 34:23
61:23 224:7
**appearing** 32:9,14
67:7 150:1
**appears** 67:14 121:12
188:2
**appetite** 92:15
**appointment** 27:8
40:7
**approximately** 23:5
24:2,12
**April** 49:24 50:16
52:1 63:10,13,14
75:2 92:18 93:6
199:14,21 212:24
213:2,11 225:14
**area** 26:24 169:24
170:10,19 174:2
**areas** 189:23
**argumentative**
195:23
**Army** 109:13,24

NORMA BERLIN

**arrange** 104:23 105:3
**arrangement** 105:7
**arrangements** 223:1
**arrive** 130:16
**arrived** 105:11
  130:21
**article** 188:1,4,8
**articles** 186:23 187:7
  204:10
**asked** 26:10 66:10
  67:11 69:14 75:19
  78:12,17 102:3
  103:11,16,20 104:7
  104:8,12 105:1
  106:3 116:20
  118:14 138:19
  139:8,19 146:16
  147:5 150:10 156:2
  156:14 164:1,4
  166:21 176:5
  180:16,24 181:9,10
  182:20,24 188:15
  189:24 190:5
  192:18 193:17
  194:8 195:17 196:7
  208:13 210:19
  214:8,22,24 215:10
  215:11 222:16
**asking** 19:13 113:10
  134:11,13 139:3
  150:6,23 160:16
  180:1 183:6,7,13
  184:1 190:12 191:1
  191:15 206:18
  209:23 210:5,6,8,12
  211:8,9,13 213:6
  221:22
**asleep** 88:2
**aspect** 51:4 93:13
**aspects** 25:10 93:14
**assailant** 50:9,18,22
  51:5 132:18 133:9
  137:6 138:17 139:4
  139:14 149:17
  150:8 151:16 169:5
  206:8 207:5
**assailant's** 133:4
  135:7

**assault** 51:5 124:1
  161:4,14 172:6
**assaulted** 185:4,14
**assess** 209:14 210:17
  211:19,24
**assessing** 53:2
**assessment** 56:18
  66:13 67:6 75:17
  82:19 84:1 85:5
  87:5,16 95:3 155:22
  156:3,15,20 157:2,5
  158:8 162:15 212:5
**assist** 19:18
**assistants** 18:10
**associate** 13:8
**associated** 86:16
  91:13 127:5
**assume** 7:20 35:11
  71:17 170:11
**Assuming** 39:23
**astute** 130:14
**ate** 34:7 67:11
**attack** 47:17 55:16
  89:1,13 173:19
  179:14,19 195:2,12
  195:19
**attacked** 54:19
**attacker** 98:10
  140:12 197:24
  207:6,22
**attacks** 48:13 89:7
  198:4
**attempt** 29:14
**attempted** 71:9
**attempting** 74:17
**attempts** 81:1
**attend** 108:15
**attended** 160:2,8,14
  160:15,19 161:2,14
**attending** 108:20
**attention** 40:5 42:21
  43:5 48:6 52:12
  66:7 88:19 89:17
  90:2 91:19 92:17
  93:5 95:7 97:22
  98:11 180:6
**attorney** 110:6 201:4
  204:2 218:5,11,15

218:21 219:1
**attorneys** 6:23 225:6
**attorney's** 200:18
  201:9
**attracted** 12:20
**attribute** 39:11 45:6
**audible** 8:20 181:5
**audit** 214:18 215:15
  215:19 216:1,7
**August** 37:23 39:14
  55:11 67:5 68:5
  69:7 70:3 87:19
  95:8 192:12 197:14
  202:15,17,22
**Australia** 131:4
**available** 29:3
**avoid** 49:7,11
**aware** 164:16 196:5
  222:5
**awful** 136:20
**awkward** 166:9
**a.m** 1:18 105:11

--- B ---

**B** 5:8
**bachelor's** 9:2 14:20
  113:21,22
**back** 19:16 22:3
  23:14,15 41:16 47:4
  47:5 50:15 51:21
  54:18 66:3,3 75:20
  81:1,8 82:6 87:1
  89:4 91:9 99:13
  107:14 111:16
  112:4 113:22
  116:11 123:5 131:3
  131:6 163:19 167:9
  169:3 191:14
  194:18 203:22
  212:20 214:4
  221:19
**backward** 197:15,16
**bad** 46:1 47:7 61:2
  93:11,11
**banding** 47:5
**bands** 66:3
**banged** 140:18
  151:23 195:14

**Barta** 1:14,22 224:4
  225:19
**base** 109:24
**based** 21:12 172:16
**baseline** 149:2
**basically** 13:9 53:7
  111:10 117:15
**basing** 172:13
**Bates** 124:15
**bbensinger@hinsh...**
  3:18
**beat** 73:10 149:10
**beaten** 27:21
**Beck** 157:21 158:16
  213:19,21,24
  214:10
**bed** 80:19 89:4
**began** 11:4 13:11
  84:10 117:5 126:3
  134:3 135:6
**beginning** 20:22 23:3
  33:9 120:2,10
  122:22 141:23
  213:16
**begins** 82:22
**behaved** 175:15
**behavior** 72:21
**belabor** 140:3 155:3
**believe** 71:4 99:5
  101:1 119:4,10
  128:18 132:22
  145:9 149:18
  164:19 169:7,12,14
  169:16,19 176:4
  179:23 182:11
  185:15 187:11
  188:1 206:16
  207:23 208:9,16,21
  214:16 219:18
**believes** 51:2 208:8
**benefit** 18:5 25:11
  148:18 212:9
**BENSINGER** 3:13
  133:11,15 135:16
  148:9 152:8 167:5
  182:22
**Berlin** 1:11 5:3,10
  6:1,8,9,14 8:11

NORMA BERLIN

18:14 88:19 97:7
121:7 125:9 153:9
212:22 224:8,15
**Bernard** 114:10
**best** 7:21 25:7 72:15
106:10 211:15
**better** 10:23 15:2
58:9 148:20 149:23
153:3 165:20 185:6
202:1,18 203:8
**big** 66:16 74:18 76:7
81:5 87:11 91:4
124:12
**bigger** 189:1
**billing** 120:10 124:22
124:24 125:3,4,16
126:1,3,18
**bit** 43:8 74:1,5,11,23
74:24 85:20 136:8
137:11,11 138:17
138:23 139:3,12
195:8,18
**black** 61:11
**bladder** 99:4,4,4,5,5
**blah** 32:20
**block** 57:5
**Blue** 126:22,23 127:1
127:2,2,10,11
**body** 177:19 205:20
205:22
**BOLLINGER** 2:11
**BONSALL** 3:14
**BORKAN** 4:3
**bothered** 56:14
**bottom** 14:13 26:20
32:7,8,22 48:17,24
61:9 75:3 97:16
122:11 125:9,13
142:21 143:1,3
176:21 194:23
**boxes** 122:14
**Boy** 157:9
**break** 8:3,5,7 88:16
94:21,22 201:21,22
212:19
**Brette** 3:13 7:3
**bring** 40:5 42:21
52:12 54:4 58:10

78:18 102:3 104:18
105:17 120:19
**bringing** 43:5 88:19
89:17 90:2 91:19
95:15 97:22
**broader** 46:13
**broke** 195:15
**broken** 84:11,12,12
169:23 170:9,18
173:4,12 194:6
**Brook** 13:4 20:7
159:6
**building** 13:19 42:12
42:16
**built** 12:9
**bunch** 146:16
**burden** 215:24
**business** 16:3
**B-o-u-b-o-u-s-h-i-a...**
188:6

## C

**C** 3:14
**cab** 81:8
**California** 30:7
**call** 19:16 106:19
111:7 114:23
151:12
**called** 1:11 41:2 47:4
101:21 102:1,10,22
102:23 104:6,12
111:8,18 151:12
159:17 161:16
164:1,4 168:8 182:5
**calling** 103:1
**calls** 116:2 221:13
**campus** 109:6
**cancer** 99:7,15
**capable** 33:8 215:20
216:9
**car** 81:9,9 98:21
105:17
**care** 22:19 45:24
**caring** 146:12
**Carl** 1:4 167:22
201:5 204:4 205:6
206:12 207:7
217:20 218:9
224:11

**carried** 205:24
**case** 1:6 21:22 22:4
28:15 49:4 55:16
59:16 127:24
129:21 200:22
201:14,20 202:10
203:6 204:3 206:15
207:9,13,15
**cases** 105:23
**casino** 165:18 166:2
166:5,8,19
**cause** 28:14 50:12
57:2,2 178:20
181:16 189:21
224:9,17
**caused** 21:13 34:5
123:2
**causing** 144:2 163:4
218:1
**caveat** 188:19
**ceiling** 26:23
**center** 20:11 81:7,13
114:4 163:17,23
164:24 194:2
**certain** 14:18,23 15:1
21:9,11 28:14 39:5
39:8 43:17 91:6
224:8
**certainly** 47:16
108:10
**certainty** 24:18,19
100:23
**certificate** 114:5,8
**certification** 9:23
10:1 15:3,13,24
16:16 113:3,24
**certifications** 14:14
**certified** 1:15 10:4
14:15 15:2,8,20
16:10 113:4 162:3
224:4
**certifies** 17:3
**certify** 224:6,14
225:1,4,8
**CEU** 160:5,9
**chair** 32:21
**change** 10:22 67:1
72:21 89:19 178:23

**changed** 203:11
213:6
**characteristic** 21:11
**charge** 114:9 127:16
127:17 128:4,6,8,22
130:19,19,23
215:23
**charging** 128:23
**Chatman** 1:4 7:7
61:4 76:22 90:16
95:13 153:5 163:9
167:22 201:5 204:4
205:6 206:12 207:7
217:20 218:9
224:11
**Chatman's** 134:7
**check** 132:12
**checked** 122:16
203:20
**checking** 83:12 84:2
84:24 95:13 181:11
**chemical** 116:18
**chemically** 158:14
**Chicago** 1:7 2:6,15
3:6,10,16 4:6,9 7:6
33:12 111:6 162:14
165:5 187:20,22,24
224:12
**choose** 222:20
**Christmastime** 91:3
**chronic** 52:8
**cigarettes** 205:23
**Circle** 109:5,6
**circumstances** 62:19
**city** 1:7 3:10 4:9 7:6
47:10 65:4 79:1
81:2,2 106:6 165:5
224:12
**civil** 1:12 97:24 207:9
**claimed** 71:11 88:7
**claiming** 173:21
**clarification** 133:12
153:21
**clarify** 133:17
**Clark** 4:5
**class** 110:14 114:24
**classes** 11:11 107:11
107:11 109:14,23

NORMA BERLIN

111:11 112:6,14,20
114:18 115:16,19
160:7
**classic** 24:16
**cleaning** 46:17
**clear** 7:14,16 19:7
41:3,12 46:8 49:8
133:24 142:16
157:8 186:5
**clearly** 58:21
**client** 36:17 76:15
94:19 121:16
137:22
**clients** 148:21 208:24
**clinical** 11:23 12:3
17:7,17
**clinically** 189:21
**clipped** 85:20
**close** 46:19 55:3
175:19 176:17
**closed** 201:20
**clothes** 66:16 87:11
196:16,17,18
**clothing** 151:22,24
**code** 119:22,24
120:12,14 125:7,18
125:20
**codes** 124:23
**college** 16:17 113:14
115:9
**combination** 9:8
112:12
**come** 23:14 26:16
27:7 47:3 54:3 56:7
70:20 94:19 101:24
105:1,7 108:5 115:1
115:5 116:20,24
168:11 169:3 176:6
176:11,12 185:7
191:8 194:18
209:18,19 223:2
**comes** 38:8 51:19
61:6 78:11,15
**comfortable** 22:15
42:8
**coming** 20:9,10,13,18
59:20 137:22 189:3
191:14

**comment** 87:5
153:17 196:15
**comments** 196:15,22
**common** 156:8
**commonly** 21:8
**communication** 7:17
111:2
**communications**
111:19
**community** 95:23
**companies** 14:24
17:16 107:2
**company** 13:22 30:5
81:6 126:24 162:11
**compensated** 128:10
129:8
**compensation** 128:10
128:15
**complete** 195:19
**complex** 159:6
**complication** 99:14
**complimented** 41:4
**components** 27:12
**computer** 84:3
107:20
**Computer-Aided**
224:21
**concentration** 111:3
111:20
**concern** 45:22 59:18
72:8 76:10 90:10
146:12 159:7,9
164:12 166:18
172:4 204:18
**concerned** 49:19 50:1
50:1 62:1 69:19,22
75:23 86:5 99:8
176:7 215:16 218:3
218:23
**concerns** 63:10,15,24
78:2 93:18 123:1
215:14 217:19
**concurred** 41:18
**concurrent** 36:15
**conference** 105:21
**conferences** 30:6
**conferred** 31:9
**confident** 199:15

**connect** 37:11,12
**connection** 39:3 54:9
112:10
**Connolly** 2:11,12 5:4
6:6,13,14 7:9 10:12
28:22 29:5,21 51:17
53:10 55:20 58:1
59:1,2 60:16,22
66:6 72:1 73:20
74:3 75:8,11 83:22
87:3 88:14,18 91:1
92:8,16 96:17,20
97:6 101:4,9,14
102:18 104:14,21
128:14 129:24
130:10 131:17
132:17 133:3,8
134:3,5 135:5
174:16 210:5
**consistent** 30:1 33:15
33:20,22 34:14,19
34:20 35:19,22
36:10,13 37:6,8
40:23 41:1 44:2,8
44:11 46:21,23 47:1
47:13 48:10 54:15
54:20 60:9,12 63:17
64:1,3,11,13,14
66:20,23 77:2 89:7
147:8 149:15 150:7
151:19 216:16,19
216:23 217:10,14
**consistently** 38:6
**constant** 167:16
**constantly** 148:20
149:20
**consulting** 144:12
**contact** 46:6,14,14
159:14,15
**contains** 187:21
**continue** 21:10 45:6
51:9 76:23 77:19,20
**continued** 3:1 4:1
44:24 47:21 68:6
85:22 92:14 128:3
**continuing** 15:16
16:22 43:13 58:18
63:18 66:19 77:16

82:1 83:4 107:12
192:13,21 198:4
**contract** 162:12
**contrary** 175:16,21
176:1
**contrast** 93:1
**conversation** 103:6
103:13 104:20
137:19 168:21
**conversations** 137:4
137:5
**convicted** 37:21
59:19
**Cook** 7:4 117:3,9
**cooked** 91:16
**cooking** 46:17
**copied** 96:16
**copies** 96:9
**copy** 8:13 18:15 19:4
19:8 61:2 96:14
97:13 187:12
**corner** 125:13 159:5
**correct** 11:6 19:11
20:15 33:19 41:8,14
41:23 42:4,10 43:11
45:9 47:18 48:5,15
56:4,9 61:20,22,24
62:11 65:1 73:8,12
77:9,18 78:17 95:8
95:9 97:9 100:3
101:14 104:14
113:19 115:22,23
116:13 118:7,19,20
118:22 119:2,6,14
120:12 121:20
122:16,20 124:5,6
124:10 125:18,21
129:19 135:9,20
136:12 137:9,14,17
138:8,9,15 139:6
145:1 146:2,23
149:5 155:5,10,20
159:24 167:2,15,18
169:5 170:6,12,20
173:24 176:1
177:14,17 178:10
181:6,19 185:18
186:9 190:15 192:5

NORMA BERLIN

192:17 194:14,15
197:10,16,17 198:1
198:8,12 199:13
200:1,8,16,20,23
201:1,11,16 203:15
203:24 205:5,8
206:5 208:20
209:16 210:17
213:18 214:14,16
214:19,20 217:7,8
219:22 220:2
224:22
**correctly** 170:5
**corresponds** 126:15
**Costco** 165:9
**counsel** 220:13 225:8
**counseling** 12:17,18
13:6 14:7 17:23
117:13 122:12
123:2,15 172:4
**counselor** 10:4,8
14:16 15:6 16:10
17:8 123:20
**counselors** 17:17
**count** 23:21,23
**county** 7:4 20:22,23
42:12,16 117:3,9
120:4,11 124:24
125:3,5,17 126:1,15
185:22 218:3,23
224:3
**couple** 26:5 70:22
75:20 94:5 101:22
102:11 104:16
131:5,9 159:17
214:12
**couples** 12:17
**course** 14:9,22 22:6
96:15 118:14 140:7
**courses** 115:10,11
**court** 1:1 6:19 7:12
8:18 18:22 59:16
106:8 142:5 163:10
217:17 222:15,21
223:2 224:10
**courtroom** 20:3,4
**Courts** 1:13
**covered** 20:21

**covering** 48:1
**co-pay** 127:5,8,9,9
**cracked** 74:21
**crash** 162:5
**create** 39:9 146:7
**creates** 34:2 66:3
**credentials** 15:15
**credible** 169:18
**credit** 160:5
**credits** 115:9,16
160:9
**cried** 36:22 56:8
**criminal** 200:22
201:20 218:5,11
219:1
**criteria** 159:24
183:22 184:2,3,7,8
188:15 189:23
**Criterion** 189:20
**Cross** 126:22,23
127:1,2,10
**crowded** 165:3,7,8
**crowds** 48:8
**cry** 36:20 37:1,5,15
55:24 56:22 57:3,10
57:14,17,19 58:7
217:9,13,14
**crying** 56:3,13
**CSA** 157:16
**CULBERTSON** 3:12
**curious** 56:5
**current** 193:24
**currently** 66:2
122:19 128:7
**curriculum** 8:13
**curtail** 21:18
**custody** 20:4
**cut** 25:14 102:6,11
104:16
**CV** 8:22 10:13 11:4
11:22 14:13 15:19
16:9 17:6 106:18
**C.S.R** 1:22 225:19

_____
**D**

**D** 5:1
**Daley** 20:11 81:7,13
163:17,23 164:24
194:2

**danger** 65:21,24
**Daria** 2:13 97:3
**date** 32:3,4 48:21
55:3,3 63:7 64:10
64:15,19,20 84:17
85:16,21 88:11
90:22 92:7 94:6,9
97:15 103:15 107:3
107:5 150:24 164:9
164:18,19 180:2
185:21 204:7 205:2
205:4 221:1,2
**dated** 187:20,24
**dates** 19:16 103:1
154:21 161:9,19
187:17 220:9,12
**daughter** 30:12 98:4
176:16
**day** 1:17 20:12 26:7
26:19 38:9 49:17,19
49:20 59:13 67:12
76:7 77:16 79:3,21
84:23 85:2 95:14,20
100:8,17 118:15
119:4,9 122:7
147:16 150:2,16
152:17 164:17
166:14,14 179:17
180:20 190:9 206:1
207:20 208:3 224:7
225:14
**days** 42:1 90:8
**daytime** 59:10
**dead** 52:14,14,18,23
53:3,14 65:12 80:5
114:10
**deal** 10:23 95:19
148:22,22 149:20
153:7
**dealing** 75:22 140:7
149:4 193:24
**dealt** 186:10
**debilitating** 200:9
**decade** 14:5
**deceased** 123:22
186:12
**December** 45:10 47:9
80:24 81:17,24

90:14 97:23 107:1
**decent** 130:22
**decided** 54:12 210:20
210:21
**decision** 164:13
**decorator** 91:4
**deductible** 127:14,15
**Defendant** 1:8 2:19
3:9 224:13
**defendants** 3:21 4:10
**defender** 218:6,10
219:2,6
**defending** 184:21
**defense** 218:11
**definite** 93:1
**Definitely** 55:10
**degree** 9:2,13 24:18
100:22 107:7
109:22 111:15,16
112:3,3 115:8
**degrees** 16:5
**dejected** 92:19
199:16
**delete** 108:9
**dental** 23:11
**department** 7:4
11:21 106:7 111:13
**dependency** 116:18
**dependent** 158:14
**deponent** 223:8
225:3
**deposed** 131:12,14
131:19,22,23,24
132:2
**deposition** 1:10 6:1
6:20 101:13 102:14
102:23 103:10,17
104:6 105:24 106:2
121:7 130:7,11
133:16,19,22 134:3
134:17,21 135:6
146:16 222:24
223:1 225:2,5,6
**depositions** 1:14
92:11
**depressed** 158:16
**depression** 14:6
17:22 157:17,21

NORMA BERLIN

describe 35:9 58:20
61:10 62:19 63:3
65:7 68:19,21 87:9
90:3,4,9 91:11
92:22 98:12,19
99:11 111:9 153:19
155:7 157:9 174:1
205:12
described 25:2 39:12
47:14 48:11 52:20
56:11 57:12 58:5,17
61:15 62:21 65:11
78:20 98:8
describes 44:7 57:16
65:2 79:4
describing 32:15
39:19 53:14 56:10
58:14 72:4 151:19
154:7
description 35:2 44:3
53:24 54:16 89:6
descriptions 93:24
descriptive 79:6
87:10
designation 111:9
desk 26:9,15 27:21
73:10 74:22 140:18
147:18,20 149:10
151:23
despondent 200:7
destroyed 196:17
destructive 98:6
detaching 50:5
detailed 149:1
details 155:2,19
determinations
212:10
determine 22:18
190:24
determined 71:4
202:4
determining 209:15
diagnose 118:18
119:19 179:7
181:18,22 182:19
183:16 184:14
210:16
diagnosed 25:22 64:2

119:12 182:9 189:8
190:9 191:9
diagnosing 184:8
186:1 211:20
diagnosis 24:7,11
26:3 35:20 44:8,15
44:19,21 56:19 77:3
89:8 118:23 119:22
119:24 120:12,13
190:15 191:6 192:1
209:15
diagnostic 124:23
125:7,17,20 188:15
188:23
died 55:23 57:12 79:2
79:5,6
difference 16:15
different 12:24 22:11
27:4,5 35:6 62:20
62:23 90:12 104:1
106:6 107:2 108:2
109:19 120:15
127:12 157:19
163:12 182:2 183:7
183:7 191:14
211:22 212:2,23
difficult 34:1 45:13
46:10 57:7 65:3
difficulties 197:12
difficulty 28:7 46:5
70:5 88:1 99:12
143:24 166:4
177:22 178:8,12
direct 48:6 55:21
66:7 95:7
Directing 82:17 93:5
director 116:4,8
117:4
disclose 193:1
discount 212:11
discounting 212:12
discovery 1:10
discrepancies 146:23
discrepancy 190:21
190:24
discuss 63:10 80:24
83:1 135:19 162:19
162:22 187:9,13

209:10
discussed 78:8 80:12
128:13 132:16
151:2 187:10
194:24 223:5
discussion 36:15 42:1
48:17 49:1,5 50:4
70:18 82:19 85:8
94:7,15 97:4 139:11
159:11 167:7
212:17
discussions 49:11
50:11 72:22 84:2
123:19 131:11
disorder 21:2,6,7
24:21 25:18,23 26:4
27:13 28:13 29:23
35:21 36:12 37:4,6
44:9 45:7 47:15
54:17 57:1 63:18
89:9 182:2 188:24
displayed 24:15
displays 90:15
dispute 170:16
distinguish 40:1
distress 189:21
distressed 36:24
District 1:1,2,13
224:10,10
disturbance 189:20
Division 1:3 224:11
Dizon 116:14 117:13
118:4 119:6,10
131:2,8,19 132:6,11
144:5,11 155:21
156:2,5,9,14,19
157:1 158:10 159:7
159:16,20 180:16
180:19
Dizon's 115:24
DNA 172:11,16,20
doctor 22:17 41:17
41:22 62:19,21,23
63:1,4 141:11 145:3
171:23 179:7
doctors 12:10
document 121:13
125:15 136:23

137:3
documents 129:18,21
doing 20:4 22:22
33:8 46:18 51:21
71:6 72:5 74:20
85:10 88:22 101:23
117:2 130:15
148:18 158:11
174:7 195:9 202:1
215:21 216:9
door 76:16
doubt 208:23
downtown 54:12
107:11
dporta@bollingert...
2:18
Dr 115:24 116:4,8,9
116:11,14,20
117:13 118:4 119:5
119:6,10 131:2,4,8
131:19 132:6,7,11
144:5,11 155:21
156:2,5,9,10,14,19
157:1 158:10,21
159:7,16,20 180:16
180:19
draw 98:11
drawer 26:11,20
Drawing 92:17
dream 50:24 151:11
151:12
dreamed 153:16
dreams 21:16 62:4
80:12 82:5
dressed 32:16
drink 89:3
Drive 3:5
drivers 15:5
drug 9:21 15:5
drugs 10:10 11:15
14:8
DSM 210:1 211:23
DSM-IV 159:23
181:17 182:10,17
183:9,9,14 188:16
189:6,6 190:13
191:3,4,17,17,23,23
209:12,12 210:7,7

NORMA BERLIN

210:14,14 211:17
211:17,22 212:7
**DSM-IV-R** 119:15
119:19
**DSM-R** 119:17
**DSM-V** 211:22
**duly** 6:4,10 224:15
**DYKEMA** 3:3
**dysfunctional** 12:21

**E**

**E** 4:4 5:1,8 189:20
**EAP** 162:11
**earlier** 7:10 28:12
33:16 34:16 38:24
43:19 47:13 48:11
52:20 54:16 56:2
61:15 62:20 78:20
81:4 84:15 94:4
105:2,12 144:17
187:12
**early** 25:21 27:6
46:23 98:23 105:7
147:15 150:2
**easier** 49:3
**Eastern** 1:3 224:11
**easy** 40:12
**eat** 29:13,14 34:1,5,9
39:1,4,12 67:13,13
67:22 70:8 76:7
82:22,24 86:4 88:7
91:17 92:6 140:10
194:24 199:12
**eating** 29:17 31:2
32:9,10 70:5 76:6
82:20 85:14 88:6
91:12 92:13 140:20
197:23
**eats** 195:1
**ed** 107:12
**education** 9:5,7,18
15:16 16:23 109:8
109:14,23
**educational** 9:18
**effect** 174:13 180:9
194:17
**effort** 42:6 145:19
213:20 214:4,10

**efforts** 42:2
**eight** 32:6 92:23
**either** 11:15 19:2
30:11 37:15,17 47:2
94:15 128:13 134:7
135:7 157:11,13
180:4 183:19
184:10 189:6 191:3
193:2 196:21
207:10 210:10
217:16 222:21
**element** 22:13
**eligibility** 212:9
**else's** 8:16
**emergency** 171:3,23
172:9 196:6
**emotional** 81:12
**emotionally** 50:5
52:14,17 53:14
65:11 79:7 80:8
**emotions** 57:5
**empathetic** 145:8
146:18
**empathized** 197:4
**empathy** 146:9,11,12
**emphasis** 9:11
**emphatic** 136:18
**emphatically** 82:14
**employment** 162:11
**empty** 35:8 37:9
52:20,23 78:21 79:2
84:11 217:12
**encouraged** 72:12
**encouraging** 55:9
**ended** 16:7
**energy** 32:23 34:24
**engaged** 13:11
**enhancement** 115:8
**Ensure** 68:11
**entirely** 35:6
**entirety** 128:1
**entitled** 113:16
218:14
**entity** 20:21
**entry** 135:22 136:8
169:21 176:19,22
194:23 197:8 198:3
198:10,15 199:10

199:21 200:14
**environment** 10:21
23:19 146:18
**especially** 46:23
86:18
**essentially** 122:23
**establish** 145:20
**estimate** 154:17
**et** 1:7 224:12
**evaluations** 15:4 20:5
**Evanston** 10:17
107:10 108:17
**evening** 110:14,15
**evenings** 110:8
**event** 18:3 21:12,17
22:3,21 27:14,15
28:5,16,19 29:15
31:1 34:5 35:24
54:7,23 55:2 57:3
57:11 58:15 61:14
61:16 63:16 66:4,20
88:8 140:11 143:19
148:7 151:7 153:11
164:23
**events** 28:17 56:11
98:19 137:18 138:6
150:8,15,20 151:19
153:24 154:2,7,13
154:23 155:8,12,17
**eventually** 9:24 29:17
**everybody** 8:19 93:3
116:2 130:18
**evidence** 29:2 172:12
201:9
**exact** 132:21 180:2
213:10,15
**exactly** 126:13 149:1
171:18 173:10
213:8 215:11
218:17 220:12
**exam** 40:22 72:3
100:19
**examination** 1:11 5:2
5:4,5 6:12 17:10
40:14,16,18,22
100:19 101:11
158:6 171:16 174:9
174:12

**examine** 174:15
**examined** 6:10 41:19
171:8,23 174:13
**example** 39:18 43:12
**examples** 81:1
**exams** 71:17 72:8
**Excuse** 125:9
**executive** 30:5
**exhibit** 5:11,12,13
6:2,2 8:11 18:14
19:8 31:24 96:24
97:2 106:16 113:23
121:6,8,12
**exist** 191:5
**existence** 191:18
**exists** 16:2 65:16
**expect** 103:12,14,23
106:3,4,14
**expected** 7:13
**experience** 37:2,13
40:20 46:20 47:7
179:2 192:22 209:5
218:15
**experienced** 186:17
192:10,23 218:4,10
218:20,24
**experiencing** 52:9
97:19 154:10 192:8
**experts** 160:22
**explain** 30:19 174:10
215:14
**explained** 26:11
33:24 110:3
**explaining** 34:4
203:7
**explanation** 90:17
**express** 37:18 45:22
48:7 59:16 60:13
159:7 164:12 166:4
166:18 172:3
217:19
**expressed** 41:22
49:17 63:15 83:19
**expressing** 42:13
90:18
**expression** 32:19
40:21 48:10
**extent** 142:11

NORMA BERLIN

**E-n-s-u-r-e** 68:11

---

**F**

**F** 189:23
**face** 34:12 44:2 58:21
66:17 195:14,16
**facial** 32:19
**facilitate** 11:1
**fact** 27:20 54:1,22
56:3 57:9,16 58:5
64:9 72:4,14 78:24
94:7 97:24 98:9
131:12 132:12
136:19 139:16
140:10 144:6,12
149:3 151:21 154:4
154:20 155:5
162:19,23 168:21
180:19 185:3,13
203:15
**fail** 15:5
**fair** 7:22,23 107:21
133:18 146:15
155:23
**fairly** 112:9 200:2
217:11
**fall** 88:2 97:8
**false** 141:15
**falsify** 208:20
**familiar** 21:1 159:23
**family** 91:7 93:2
97:21 162:10
215:23
**far** 15:1 44:12 140:15
152:12 155:15
207:2
**fascinating** 110:12
**fashion** 146:17
**fat** 124:12
**father-in-law** 55:23
57:12
**fear** 21:24 29:24
33:18 37:18 40:21
42:12,13 48:7,13
51:24 54:24 55:15
56:20 57:5 59:20
90:16,18 95:11,22
168:11,22

**feared** 49:5
**fearful** 27:23 30:8
33:11 36:7 40:14,15
47:10 51:22 92:19
165:4 199:17
**fears** 174:17
**features** 58:18
188:23
**February** 48:7,16,22
48:23 49:16 60:4
82:10 91:21 92:4,8
99:10 199:10
**Federal** 6:19
**feel** 22:14 24:24
30:20 37:14 42:7
57:14 65:21 71:12
79:15,20 83:18 90:7
93:10,11 94:20
99:21 143:18
194:12 197:18
198:11 203:8 215:5
215:20 216:8
217:12
**feeling** 33:6 37:9 44:2
52:20,22 60:8,12
65:8,8,11,13,20
66:4 78:21 80:5
84:24 87:2 200:6
204:23
**feelings** 35:17 56:12
65:18 86:15,15
93:24
**feels** 32:10 52:21
67:3,22 68:20 69:10
71:6 79:4,6 82:15
83:3 86:9 92:19
94:10 95:12,22
98:14 194:6 195:2
197:8,15 199:16
203:11
**feet** 31:6
**FEI** 161:16 162:4,8
**felt** 23:17 25:11
29:14 30:12 34:8
35:17 40:18 46:1
57:19 79:2 83:13,19
85:7 91:5,8 93:3
98:5,9 110:9 130:20

141:12 147:7,11
158:9 159:18 166:9
175:3 197:1 215:1
218:14,22
**field** 114:17 160:22
**fight** 57:7 198:22
**figure** 130:17 149:22
**figured** 83:8,10
**file** 126:12
**filed** 98:20 163:1
164:5
**filing** 162:20,23
164:7,13
**fill** 121:16,19 123:4
**filled** 39:15 97:20
199:15
**final** 222:14
**finally** 62:17
**finances** 215:24
216:4
**financial** 208:19
209:13 210:15
211:18 212:9
**find** 83:10 90:6
131:16 132:22
146:22 149:3
178:21 185:1,10
**fine** 33:7 118:16
140:5 189:2 191:19
191:20,22 192:2
**finish** 8:6 18:21
137:2
**finished** 28:21
**fire** 146:17
**firm** 164:1
**first** 6:10 10:2 14:14
17:9 19:21 21:15
24:13 26:6,6 32:4
34:23 43:2 70:15
103:6 104:5 116:14
116:16 118:18
119:4,9,23 123:23
126:5 131:20
132:24 149:7
150:16 152:16
163:14 168:6
181:20 184:17
185:21 187:22

188:20 198:10
207:8 224:15
**five** 13:21 26:23 31:6
105:22 132:15
195:17 212:1
**flashbacks** 77:16
82:23
**flip** 198:2
**Flipping** 194:22
198:9
**floor** 26:23
**focused** 148:19
**folder** 161:7
**followed** 98:21
**following** 23:6
**follows** 6:11
**food** 29:13 30:16,21
30:21 31:11,15 39:1
67:23 68:1,11 85:10
85:13 92:6,6 140:10
140:23
**foot** 62:24 63:1,4,6
171:24
**force** 136:21
**forced** 73:1,16 74:11
136:8 137:12
138:17 139:4,17
140:12
**forces** 140:11
**forcing** 137:7
**foregoing** 224:22
225:2
**forensic** 212:10
**Forest** 11:10 12:6,9
13:2,5 16:1 112:11
112:18,19 113:22
114:4,13,19 115:14
115:20 116:5,12,16
116:17,18 159:3
**forever** 203:12 215:7
**forgot** 102:8
**form** 12:24 24:17
28:24 51:11 53:5
55:17 57:21 59:11
71:20 73:18 83:20
119:22,24 121:19
121:22,22,23 122:1
122:10 134:14

NORMA BERLIN

135:11 148:8 171:4
172:7 185:22
**formal** 9:18
**format** 25:1
**forms** 120:6,7,14,15
120:19 121:1,1,2
189:9
**forward** 148:23
**found** 131:13 132:6
171:16,24 172:6,9
209:2
**foundation** 51:12
53:6 55:18 60:11
65:23 71:21 83:21
86:21 90:21 192:3
209:17 210:18
**four** 13:20 31:6 90:8
191:13 203:22
**fourth** 32:22
**four-plus** 89:13
**fractured** 140:19
141:2,5 173:18,23
**fragile** 25:6
**Frank** 30:13 46:2,6
46:19 62:10 67:2
70:24 77:8 78:18
80:5 81:5,19 83:11
84:9 92:3 93:8,10
93:18,24 99:3,13
100:11 175:6,17
176:3 199:23 202:5
216:4 219:16,18,21
220:22 222:5
**Frank's** 99:2
**fraud** 186:3
**free** 30:20
**fresher** 138:11
**freshest** 137:19
138:10
**Friday** 20:12 147:15
**friend** 13:2 110:6
116:23
**friends** 116:19
**frighten** 21:21
**frightened** 21:17
27:10 36:3 91:8
**frightening** 89:16
**front** 47:6 142:20,23

142:23 143:5
187:19
**frustration** 93:23
**full** 11:24 12:2 71:4
142:6 158:5,17
189:19
**fully** 8:17
**full-day** 160:12
**function** 51:20
**functioning** 189:23
200:3
**funny** 108:2
**further** 9:17 70:4
104:20 126:20,21
222:9 223:8 224:14
225:1,4,8

---

## G

**gag** 85:13
**gagging** 140:9
**gags** 82:23
**gain** 76:4 216:15,19
216:22 217:6
**gait** 177:23,24 178:3
178:9,12,19,24
**gambling** 10:10,10
165:17 166:1
**gap** 23:12
**gated** 95:23
**general** 47:17 171:20
210:6,6
**generally** 21:4 22:9
22:11 25:16,18,24
65:7
**Gerald** 158:21
**gestalt** 10:14,17
108:16 110:3,10,17
**Gestaltist** 115:4
**getting** 10:24 58:9
72:7 103:2 167:14
185:5 217:20
**give** 46:16 69:23
100:5 103:1 154:17
161:19 180:2
193:10
**given** 6:19 161:16
208:23 222:17,22
224:18,23

**giving** 17:10 69:21
117:5 218:4,24
**glad** 23:15
**go** 8:4 14:5 21:19
22:2,2 23:16 29:24
30:3,9 31:21 33:17
37:21 47:15,16
51:14 54:12,18 57:8
71:11,13 72:2,3,12
74:8 79:1 80:6 89:3
91:9 95:20 97:3
99:13 100:18 106:2
108:10 110:7,8,13
118:13 127:16
141:24 152:12
155:1 162:4 163:10
163:19 165:2
166:12 167:5,9
194:3 199:8 200:21
201:2,8 202:24
212:14 215:4 216:1
217:16
**goal** 60:2,3
**goes** 37:8 80:18 207:3
**going** 6:15 7:20 8:10
16:7 18:13 19:13
26:16 30:8 33:11
39:9 42:19 47:10,24
54:2 59:22 63:1,3
65:3 71:15 72:6
79:14 82:6 85:15
90:6,9 92:1,10
103:10 104:7 110:2
118:13 124:12,15
124:19 128:24
133:11 136:6 153:3
164:22 165:4
166:14 173:18
174:8,16 176:9,15
178:22 192:7 197:6
199:14 203:8,14
211:5,24
**goings** 25:21
**gold** 26:8
**good** 6:6 40:10 47:7
57:14 71:19,19,22
72:5 93:19 99:21
120:24 142:2 203:1

**Google** 172:14
**Governor's** 9:10
108:8 111:12,21,23
112:2,4,8 115:13,17
**gradually** 42:7
**graduate** 9:5 14:19
**graduated** 8:23
107:10,15 109:2
113:14
**graduates** 16:17
**graduation** 81:5
**granddaughter**
99:20
**granddaughter's**
99:24
**grandmother** 95:24
**great** 93:18 105:19
165:12 166:1
**groin** 169:24 170:9
170:19 174:2
**group** 18:14 19:8
31:24 157:18
**grouping** 14:1
**groups** 22:2 48:13
**guarantee** 137:24
208:3
**guarantees** 208:6
**guess** 14:5 35:24
85:15 101:24
150:23 153:20
157:9
**guilty** 67:3
**guy** 76:18
**gynecological** 40:17
40:22 100:19
**gynecologist** 40:8
62:24 71:10,15,16
72:7 174:9

---

## H

**H** 5:8
**habit** 101:23
**hair** 163:11 172:19
**half** 60:5 120:24
**half-day** 160:11
**hand** 124:13 179:4
179:12,17 225:13
**handed** 123:5 125:24

**NORMA BERLIN**

hands 179:3
handwriting 18:19
40:10 41:4 121:12
122:1,4
happen 38:10 74:20
79:15 104:8
happened 10:21
21:12,22 22:3,22
26:21 47:5,8 136:20
147:10,11,13 149:2
149:21 151:7,9
163:16 165:6
166:16 221:23
happening 89:23
98:3 169:2
happens 64:18
217:12
happy 6:24 8:7 93:2
98:4 136:19 137:6
173:1 199:15
hard 50:14 82:3,6
92:13 217:13
harm 21:13 27:15,15
head 27:21 73:10
74:22 78:16 140:18
147:19 149:10
151:23 171:23
186:15
healed 169:22 170:8
170:17
health 71:19,19 72:6
72:15 86:6 99:2
hear 93:21
heart 179:13,19
heavy 120:20
heck 138:11
hello 165:24
help 11:2 22:14,23
25:13 30:8 86:2
148:19 149:22
153:3 165:20 209:4
helping 10:18 79:20
helps 99:21
hereinbefore 225:7
heretofore 224:6
hereunto 225:12
hiatus 203:17
high 107:13 109:2

highest 216:10
highlighting 124:17
HINSHAW 3:12
hip 169:23 170:9,18
history 174:21
hit 73:15,24 74:2,2
74:22
Hogwarts 91:20
198:20
hold 113:7
holder 26:8
holds 51:21
home 30:11 78:3
83:12 90:5 166:12
homeless 218:13,19
homes 12:21
honest 208:22
hope 79:19 86:10,18
100:1 128:12 197:9
hopeless 217:12
hopelessness 87:2
hoping 25:13
horrible 188:5
hose 147:21
hospital 11:10 12:6
16:1,2,6 99:14
112:11,18,19
113:22 114:4,13,19
116:5,12,17 117:10
117:11 159:3
179:14
hospitalized 11:14
hostility 93:23
hour 1:17 106:12,13
128:22 129:10,23
129:24 130:2,16,24
138:2,3,4,5
hourly 129:4,7
hours 14:21 15:15
16:18 99:21 104:2
128:23 129:20,22
130:15 160:5
house 21:20 22:1
27:24 30:14 37:22
42:3,3 54:3 59:20
89:3 91:4 202:23
hug 46:16
huge 21:23 127:15

hundreds 23:23
hurt 54:3
hurting 63:6
husband 30:4,13
45:14 46:10 49:12
69:9 77:8 78:18
79:11 80:21 82:13
83:2 91:24 100:11
109:12 118:6
131:24 174:18,22
175:2 194:7 216:4
219:9,12
husband's 116:1
126:23
hysterical 108:5

---

## I

idea 67:12 177:8
209:20
identification 5:9 6:3
8:12 18:15 121:9
identify 6:24 124:13
125:8 160:18
187:15
identifying 51:4
ill 32:10
Illinois 1:2,16,16 2:6
2:15 3:6,16 4:6 9:9
10:3 15:4 16:11
17:9 107:14 108:24
113:8 224:1,5,11
immediately 26:10
137:15
impaired 214:19
impairment 189:22
impingement 200:3
implants 141:11
important 22:13,24
64:15 145:24
165:22 189:15,16
189:23
impossible 81:22
improve 88:6
improvement 55:9
improving 64:21
inability 34:5 38:24
39:2,4,12 52:21
75:24 79:10 80:6
194:24

incapable 71:6 194:7
incarcerated 90:16
incident 21:21
140:20 148:15
include 129:12
includes 129:17
inconsistencies 147:3
147:5
inconsistent 33:15,20
34:15,19 35:19
36:11 37:7 40:23
44:8 46:22 48:11
54:16 60:9 63:19
64:1,11 66:21 89:8
140:14 152:3,11
incorporated 162:10
independent 117:7
indicate 32:23 40:13
46:4 55:5,22 73:1
76:3 77:15 78:1
89:18 92:18 120:11
125:17 154:22
indicated 7:10 28:1
28:17 29:22 35:5
66:24 122:10,18
indicates 8:22 10:13
11:4,22 15:19 16:9
17:6 34:10 36:6,20
37:23 39:14 40:6
43:17 44:24 45:3
49:24 62:9 64:20
68:5
indication 14:15
indicia 25:17 28:2,13
29:22 33:16 34:15
47:14 48:11
individual 13:23
21:13 22:14 26:22
27:10 28:11 32:18
38:11 39:6 59:19
64:19 68:22 169:13
inferring 211:12
information 164:20
220:7
initial 23:7 24:5
injury 171:24 180:5
insertion 73:2 74:14
inside 35:16 37:13

NORMA BERLIN

65:16 80:5 217:13
**insisted** 82:22 85:12
**insists** 82:14
**instances** 26:5
**Institute** 10:14,17
108:16 110:17
**institutions** 9:13
**insurance** 14:24
17:15 119:22,24
120:5,6 125:4 126:3
126:17,18 127:6,12
185:21 186:2 189:9
**intake** 166:15
**intelligent** 7:14
**intending** 144:1
**intent** 10:24
**intentional** 45:23
**intercourse** 46:12,15
**interest** 72:16
**interested** 7:1 9:20
16:5 125:1 225:10
**interesting** 110:9
**internist** 116:8
**internship** 112:12
114:6
**interpersonal** 111:19
**interviewed** 200:21
**intimacy** 49:6 71:1
100:11
**intimate** 45:18,20
46:2 48:18,20 49:10
49:12 62:13 67:2
77:7,12 79:11 81:19
81:21 82:12 84:9
174:18,22,24 202:6
219:9
**invasive** 40:19
**inventoried** 196:18
**inventories** 157:19
157:23
**Inventory** 157:21
158:16 213:19,21
213:24
**investigation** 201:13
201:19
**investigators** 204:24
**involve** 12:4 18:6
46:13 70:19 71:17

**involved** 112:11
114:14 218:3,23
**IRS** 214:15,17 215:4
**issue** 30:16,22 82:1
91:12 144:7,9,14
145:15 188:2
**issued** 113:8,9
**issues** 17:21 43:23
82:1 140:9 159:21
171:12 192:15
**items** 27:13 80:16
**IV** 188:19,19
**IV-R** 119:18

**J**
**J** 122:22
**Jack** 188:4
**jail** 117:3,4,9
**January** 47:19 58:11
59:1,15 91:11 99:1
106:24 199:2,4,6
**Jason** 176:16
**jconnolly@bolling...**
2:17
**JEREMIAH** 2:12
**Jerry** 6:14
**Jersey** 109:15
**job** 7:16
**jobs** 46:18
**Join** 134:18 135:15
135:16,17 139:9,21
152:7,8,9 166:23
182:22,23 196:1,2
**joint** 112:7
**joy** 96:1
**July** 36:6,19,23 37:19
55:5 61:8 66:8 67:1
86:9 87:4 95:16
96:13,14 197:7
201:2 203:23 204:1
205:4 207:14 213:1
213:2,11
**June** 19:23 23:3,7
32:3 33:23 34:10,24
35:8,23 36:23 60:21
60:24 64:20 65:2,6
85:4,16,21 119:10
119:13 122:7 149:7
151:1 154:14,24

155:6 162:18
164:12,16,21
165:10,17 166:6,17
175:6 194:17,22
200:14 207:16,21
213:17 221:5
**justice** 59:17,22
**justified** 215:1

**K**
**keep** 19:2 70:23
75:24 91:6 100:6
191:14
**keeping** 143:17
**kept** 102:24 103:1
**kids** 12:20,21 109:11
112:21
**Kiley** 102:21 103:4,7
103:14 104:4
128:14
**killed** 79:24 80:9
**kind** 10:7 16:4 53:3
126:17 143:22
157:19 167:16
178:16 197:3 213:5
**kindly** 222:15
**kindness** 146:12
**kit** 196:19
**knew** 76:18 164:2
202:5
**know** 7:2,15 8:4
10:21 14:24 15:17
23:22 27:1 31:14,20
33:7,7 41:2 51:23
52:21 56:20,23 64:7
66:1 88:9 89:22
90:6 95:21 102:1
103:16 104:7
105:16 108:18
109:12 110:2,10,11
112:6 113:6,7,15
114:23 117:8,22
120:14 123:18
124:7 126:11,13
128:24 130:5,5
131:3,13,15 132:7
132:13 133:20
141:16,24 143:1
148:15 152:15

154:12 155:24
156:1,1 157:6,7
158:10 160:21
161:9,21,23 162:9
163:1,21 164:5,9,18
164:18 165:19
166:15 168:16
171:1,10 173:5,8,10
175:10 176:9 177:6
177:19 179:12
181:15 183:22
184:1,8,10 185:23
188:5 189:14
190:20 191:10
193:12 196:12
200:6 206:19,20
208:6,8,18 210:4
211:16,18 213:23
215:24
**knowing** 125:1
175:11
**knowledge** 111:17
158:11 208:7 210:1
219:4,5
**known** 21:8 63:7
131:20
**knows** 78:12
**KRAUSE** 2:11
**Krista** 4:4 7:4
**kstalf@borkansca...**
4:8

**L**
**L** 1:14,22 224:3,3,4
225:19
**lack** 53:8 56:12 81:18
86:18
**lacking** 92:19 199:17
**lady** 102:8
**language** 177:19
212:11
**large** 30:5 164:22
165:3
**Las** 30:7
**LaSalle** 3:15
**lasting** 183:15
**laugh** 37:15
**laughing** 37:17

**NORMA BERLIN**

law 164:1 188:13
lawsuit 97:24 98:20
    162:20,23,24 163:2
    163:6,18 164:5,7,14
    164:15 184:21
    200:11,17 206:9
    208:19 209:6,11,21
    219:16,22 220:2,5,7
    220:11,15,17,22
    221:3,11,16 222:6
lawsuits 209:1
lawyer 103:24
lawyers 12:10 106:6
    131:1 146:16
    184:20
lbonsall@hinshawl...
    3:19
lead 49:5,21
leader 11:9
leading 29:1,2
learn 86:2 110:10
    131:21 167:21
    168:3,6
learned 10:18 110:3
    115:4 163:15
learning 16:5
leave 21:20 22:1
    27:23 42:3
leaves 36:18 101:9
    216:4
leaving 76:9 78:2
led 26:3
left 13:2 20:23 76:19
    81:9 116:17,17,23
legal 98:2 163:4
LEIGH 3:14
length 21:9
lesser 16:16
lethargic 32:9,13
    34:24 53:8
letters 214:12,21,22
    214:24 215:3,6,10
    215:12,13
letting 57:8 169:4
let's 11:3 14:5 31:21
    46:8 97:3 109:1
    123:7 127:9,13
    135:22 149:22

167:9 186:4 198:2
level 16:12,13,14,15
    16:19,20 17:1,4
    214:1 216:10
liar 210:9
LIC 225:20
license 1:23 9:24
    17:12 113:4,7 160:6
licensed 17:7,17
    113:4
licenses 14:14 113:24
licensure 10:2
lie 209:2
lied 209:6
life 10:23 22:24 40:12
    46:3 48:18,20 49:10
    49:12 71:5 80:7
    92:3 93:19 153:5
    200:7 202:4 203:8
    203:11 216:11
likes 155:21
likewise 100:15
limited 159:13
line 32:22 101:24
    194:16
lines 32:7,8 33:10
    78:7 169:22
LinkedIn 107:16
list 21:23 113:24
listed 25:16 107:21
    111:5 113:3,11
    114:2
listen 134:12 177:13
lists 14:13 107:18
little 26:8 31:5 43:8
    50:14 76:6 85:20
    105:2 186:5,18
    197:19 202:18
live 90:12
lived 20:6 105:18
    176:16
living 90:5
LLC 2:11
LLP 3:12
local 15:3
located 107:9 162:13
location 47:17
locked 90:19 91:7

LOEVY 2:3,3
long 8:4 15:17 103:18
    127:22 128:24
    149:9 179:11
longer 16:2 27:6
    38:21 213:24
look 18:15 32:14 33:7
    33:7 38:6 53:9 55:2
    67:9 78:5 83:4,6
    119:15 124:20
    135:22 142:14
    149:6 161:12
    164:10 173:2 184:9
    184:9,10 200:14
    203:1 207:16 220:9
looked 31:10 66:16
    66:17 67:10 69:4,18
    85:7 87:7 203:2
looking 27:2 53:1
    81:23 90:11 91:6
    125:8,11,15 153:5
    201:4 208:5,6
    217:24
looks 12:23 32:18
    53:3 83:8 87:6,13
    87:15 202:18
loose 141:6,9,10,17
    141:19 142:12,14
    142:14,16
lose 34:5 68:6 92:15
    192:13 217:6
losing 29:16 30:17
    34:1 217:3
loss 60:13 66:19 80:4
    176:7 216:12,14,16
    216:22
lost 31:3 75:4,15
lot 12:5,17 16:21,22
    23:11 42:22 77:22
    83:3 92:10 95:24
    109:22 120:8 126:4
    130:19 138:11
    140:17 179:13
    189:14 217:4
loud 139:24
love 105:19
loved 91:4
loves 99:20

low 32:23 34:24
lower 197:14
lying 212:4
L-y-c-e-u-m 108:4

_____

**M**

mad 49:13
Madison 1:16 2:14
mail 26:8 214:1
main 59:18
maintain 160:6
major 9:10
making 22:16 64:24
    145:2
male 29:20 61:11
malingerer 208:17
    210:10 211:7
    212:13
malingering 208:12
    208:14 209:14,19
    210:17 211:19,24
    212:6,7
malls 165:9
man 47:3 62:5 69:2
    76:15 94:2 147:17
    192:16 205:15
management 126:21
manifestation 180:4
    180:10
manipulate 141:20
    141:22 142:10
manner 46:13 212:23
March 1:17 82:18
    96:4 99:17 106:21
    169:21 173:11
    222:2,3 224:7
mark 121:5
marked 6:3 8:11
    18:14 31:24 121:8
    121:11
marketing 12:8
marks 176:22 177:5
marriage 12:17,18
    14:7 17:22
married 98:5 109:11
Mary 187:11
Master 14:15
master's 9:13 14:19
    14:20 15:6 16:8,12

NORMA BERLIN

16:19 17:1 108:7
111:1,15 112:3,15
113:15,17 114:16
214:1
**matter** 169:11,12
**ma'am** 134:11 183:3
190:12 211:2
**meals** 67:12 76:6,7
**mean** 21:23 24:13,14
30:11 32:16 33:4
35:15 38:12 46:17
57:6 67:10 73:21
75:7 81:9 83:9
110:21 111:4 112:7
117:16 133:22
136:16 138:10
140:2,22 143:22
145:18 156:7 157:6
157:7,8,17 165:24
167:24 172:23
175:20,22 178:3
191:7 193:14
205:22 213:4,4,5
216:24 217:6
**meaning** 137:11
197:16
**meaningful** 72:19
**means** 183:14
**meant** 35:10,11,16
195:5 199:3
**measures** 158:12
**meat** 91:16,16
**medical** 22:19,20
116:4,7 117:3 144:8
170:21 171:1
179:13 196:10
**medically** 41:18
169:22 170:8,17
**Medicare** 17:16,16
**medication** 18:1,5
24:23 25:12 69:21
116:21 117:1,5,15
122:19 178:17
180:5,8,10
**medications** 178:8,14
**medicine** 25:9
**meet** 101:16 104:23
105:3 116:14

129:23 176:3
**meeting** 130:10 134:2
**member** 127:4
**Memorial** 20:12
147:16
**memory** 51:5 137:19
**men** 14:6 27:5 35:24
36:3
**Menezes** 116:2,4,9,11
116:20 131:4 132:7
156:10
**mental** 21:14 50:20
51:9
**mention** 50:8 68:10
152:13,18 153:14
166:13 221:15
**mentioned** 27:13
28:12 29:18 30:15
33:16 34:15 36:1
68:3 94:4 145:2
152:11,16,19
154:18 155:1
163:13 165:21
185:3,13 188:11
220:20 221:16,17
225:7
**mentions** 188:9
**Men-en-zes** 116:3
**Men-e-zes** 116:3
**met** 7:8 27:19 101:13
103:2,4 116:10,11
116:15,22 127:14
162:18 164:17,21
165:10,16 166:5
204:1
**Metra** 105:13,19
**MICHALIK** 3:4 75:6
96:24 134:14
135:11 139:19
152:5 182:20
187:15 195:22
199:1 220:24
221:13 222:10
**Michelle** 1:14,22
224:4 225:19
**Michigan** 202:24
**middle** 52:1 76:21
79:22 88:24 136:7

149:9
**mild** 179:9
**Milwaukee** 161:15
161:18 162:13
**mind** 38:15 39:3,8
43:10,14 46:5 50:9
50:23 51:16,18
64:10 78:11 86:1
89:5 96:13,13,23
98:15 125:11
144:22 206:20
**mine** 13:9 87:17
110:6
**minute** 167:6
**minutes** 105:14
127:23 130:2,3
137:23
**mischaracterizes**
29:1 73:19 152:6
**misread** 73:22
**misstates** 148:9
**Mitchell** 187:11
**MMPI** 157:10,14
**molars** 143:8
**moment** 30:15 105:8
**moments** 25:17
**money** 209:20,20
210:24 218:13
219:4 222:6
**monitoring** 94:6
**month** 21:15 24:14
94:8 115:6 116:24
118:19 181:19
182:3,8,11,18
183:16,18,19,19
184:11 185:24
189:20 190:14
191:5,18 192:1
**months** 131:5 182:12
**morning** 6:6 104:24
117:6 129:23
132:17 133:2,7
134:2 150:2
**morphed** 109:4
**motive** 208:19 209:13
210:15,22,23
211:18
**mouth** 30:24 31:12

31:15 70:9 73:16
74:12 85:11,13
132:19,20,22 133:5
133:10 134:7,9
135:8,8 136:9,17
137:13 138:18
139:5,18 140:11,13
140:23 141:4
142:19 143:6,18
195:6,10,16,21
**move** 22:23 29:3
148:23 149:22
**moved** 13:3 95:23
**multiple** 97:7 129:2
147:20 150:18
151:23 157:18

---
**N**

**N** 5:1
**name** 6:7,14 13:7
20:5 99:24 102:8
103:19 110:18
116:1 188:5,9,11
218:4,24
**national** 14:15 16:13
16:20 17:3
**nationally** 15:2
**nature** 29:1
**nausea** 34:2 39:9
**nauseated** 29:14
31:13 67:22 68:2
**nauseous** 39:6
**Navy** 109:3
**near** 22:3 47:3 61:9
81:13 97:16 132:21
134:9 135:8 136:17
195:9
**nearby** 192:16
**necessarily** 148:22,24
**necessary** 193:7
**need** 7:15 8:3,5 22:19
30:21 83:18 109:22
112:17 142:6 151:8
153:20 158:4,8,17
162:15 212:4,5
**needed** 19:18 25:3,6
84:22 103:11
108:12 109:22
197:1 217:24

NORMA BERLIN

negative 93:23
neighborhood 12:19
nervous 69:4 216:7
Nevada 30:7
never 27:2 54:12
  55:12,16 56:7,9,12
  57:10 60:6 66:5
  79:14 93:9 102:19
  103:2,4 105:18
  108:6 130:13
  150:12 156:10
  158:6 159:11 175:8
  181:2 185:3 199:23
  203:7 206:2 207:18
  208:10,23 209:2
new 36:7 43:1 109:15
  112:9 121:18
Newman 114:10
newspaper 168:4,7
  168:15 204:7,10
nice 8:2 46:2 76:15
  76:18 93:15 94:2
nicely 32:16
night 88:24 89:20,21
  89:22,24 101:21
  102:17,20 104:11
  105:24 198:4,7
nightmare 34:11
  51:1 151:5,5,13
  153:15 154:5
nightmares 21:16
  25:14 28:3,4 34:17
  43:19,21 44:3,4,6
  44:24 45:4,7 47:21
  55:6 67:24 87:21
  88:2 97:12,19
  153:11,23 154:9
  202:3,10
nightmare-type
  59:11
nighttime 59:14
nods 186:15
Norma 1:11 5:3 6:8,9
  224:8,15
normal 31:6 55:13
  100:19 175:2
North 2:5 3:15
Northeastern 9:9

108:8 111:5,12,16
  112:8,10 115:12,17
Northern 1:2 224:10
Northwestern 8:23
  107:8,9 108:4
  109:10 110:24
  141:24
nostrils 53:20
notarial 225:13
notation 69:12
notations 67:17
  176:4
note 6:22 32:3 33:10
  33:23,24 34:10,12
  34:14 35:1,1,23
  36:2,6,20 37:23
  39:14 40:6,13 41:6
  41:17 42:11,22 43:6
  43:7,16,19 44:1,24
  45:3,12 47:9,20
  48:16,17,24 49:23
  49:24 50:16 52:1,2
  52:13,13,17 53:18
  54:11 55:11,22
  58:11,23 59:15,21
  60:4,18 61:8 62:3,4
  62:9,18 63:9,12
  64:5 65:3,12,15
  66:8 67:1 68:5,19
  69:1 70:3,4,11 71:8
  72:24 73:9,23 75:2
  75:3 76:8,20,21
  77:5,14,24 78:6,6
  78:20 79:5,9,22
  80:11,23 81:16,23
  82:9,18 84:8,14
  85:4,15,22 86:8,9
  87:4,10,12 88:4,20
  89:18 90:3,14,15
  91:21 92:4,18 93:17
  94:3 96:7 97:23
  99:19 149:7 173:17
  180:11 184:22
  202:16
noted 57:13 178:11
notes 19:9,18 23:12
  32:1 36:14,17 38:7
  58:21 67:20 81:10

93:5 104:18 137:4
  138:7 150:1 152:12
  163:3,13 169:20
  170:5 176:18
  204:17 218:8
  220:20,21 221:6
notice 66:15 177:22
  179:15 225:5
noticeable 21:9
noticed 29:16 66:10
  101:22 104:15
  108:6 179:10,11
  180:24 181:2
November 43:16
  44:13,23 45:3 55:22
  78:19 79:9 80:10
  89:18 90:3 97:10,17
  97:18 184:16 193:3
  198:10,14 199:2
number 5:9 6:22
  14:18 16:18 20:6
  125:12 128:23
  131:18,21 132:1,10
  136:1 169:13
  173:10
numbered 19:4
nurse 18:11
nutritionist 75:4,13

---

O

Oak 13:4 20:7 105:13
  105:18 159:6
object 28:23,24 51:11
  53:5 57:21 60:10
  71:20 73:18 83:20
  83:21 86:20 90:20
  133:11 134:14
  135:11
objection 28:20
  55:17 65:22 138:19
  138:21 139:7,19
  148:8,9 150:10
  152:5 166:21 171:4
  172:7 182:20
  189:11 192:3,18
  193:17 194:8
  195:22 209:17
  210:18 221:13

objective 208:11
obligated 211:6
observe 68:20 141:7
  177:15 178:23
  179:2,5 212:13
observed 53:15 56:13
  61:19 66:1 67:7
  68:8,9 69:5 180:20
  196:6
obtain 15:12,23
  111:15 112:3,14
  170:21
obtained 16:24
  113:17
obvious 24:15 68:22
  181:24 182:1,14
  183:4
obviously 19:15
  154:11
occasion 14:10 70:12
  180:23
occasionally 78:15
  95:13
occasions 27:4
  155:18
occupational 189:22
occurred 33:18 43:2
  47:17 59:9 76:13
  94:8 138:6 154:1,8
  154:13 155:8,12,17
  184:18
occurrence 36:2,22
  61:10 63:22
occurring 39:20
  186:7,19
occurs 80:19
October 42:22 43:6
  60:18 62:18 77:5,14
  77:24 78:5 88:20
  187:20 198:3
  202:17 204:13,15
odd 107:24 185:1,10
  185:17
odor 205:20,22
offender 39:24
office 3:20 13:15,19
  26:7,14,23 27:6,9
  33:5 56:8 61:10

NORMA BERLIN

69:3 72:13 76:14
102:1,5,7,10 103:17
106:7 117:14 118:2
119:7 122:6 132:13
132:14 159:5,6
161:11 176:10,17
179:16 191:8 201:9
223:2
**officer** 4:10
**officers** 7:5
**offices** 162:13
**Oh** 29:12 41:7 48:23
60:24 63:14 90:5
93:14 97:18 98:14
98:16 108:5 131:9
133:19 165:23
176:1,14 177:3
185:9 206:18
207:12 214:6
**okay** 6:17,22 7:3,17
7:18,24 8:15,19
10:6,13 11:3,16,19
12:12,23 13:14 14:3
15:12,19 16:9 17:6
17:12,18 18:13,20
19:1,7 20:24 22:9
23:20,24 24:10 28:1
29:8,12 30:15 32:2
32:22 33:10,23
34:10,14 36:6 37:10
39:7,11,18 40:20
41:24 42:21 43:1,16
44:12,17,23 45:10
45:20 46:8,20 47:19
48:3,10 49:2,16
51:3 53:12,18 54:6
54:15,21 55:11
57:11,16 58:3,20
59:5,8,15,21 60:4
60:17 61:8,17 62:2
62:12 63:15 64:4,20
64:24 66:12 68:5,10
68:16,24 69:5,7,12
69:19 70:11,18
72:11,24 73:9 74:23
75:15,23 76:8,20
77:2,5,14,21 78:19
79:8 80:20,23 81:16

**optimistic** 64:22
**oral** 31:19 74:18
136:21 137:7,8
195:1,5,9,11,19
**order** 14:23 16:19
109:21 114:12
119:19,21 126:6,12
142:11 160:6 209:3
**ordinary** 178:19
**oriented** 140:4
**originally** 126:19,22
**outcome** 10:22
225:11
**outgoing** 35:7
**outpatient** 116:19
**o'clock** 101:18
104:13 105:5

82:17 83:1 84:7
85:3,18 86:5,19
87:4,18 88:3,15
90:2,14 91:3 92:4
93:17 94:24 95:3,15
96:2 99:6,10,16,19
100:5,21 101:2,4
104:19 106:16
108:14 112:1
113:23 120:24,24
122:3,7 124:18
125:5 126:19
134:12,23,24,24
135:4,14,24 136:11
141:9 142:8 143:2
146:20 150:6
153:19 154:12
163:14,20 167:12
177:3,12 179:1
183:8 188:22
189:17,24 190:6
191:2,2,7,22 194:3
194:4 196:11
204:15,15 208:10
209:23 211:8
214:12 221:7
**old** 71:3
**older** 109:20
**olds** 11:14
**olfactory** 38:22 88:10
**once** 51:18 57:8
78:11 116:24 179:6
201:19
**ones** 115:12 158:1
160:8,13,18 187:4
**one-page** 121:22,23
**ongoing** 43:3,4 52:8
94:16
**onions** 205:21
**online** 83:8,8 91:6
188:6 217:24
**open** 146:3
**opened** 76:16
**opener** 26:8
**opinion** 24:17 100:21
159:19
**opposed** 144:8
**opposite** 216:14

## P

**P** 2:12
**packet** 124:12 125:23
**page** 31:23 33:11
44:23 47:20 49:23
52:12 55:5,21 58:10
60:17 61:9 62:2,16
62:17 63:9 64:4
65:7 70:3 71:7 76:2
79:8 80:23 82:9,17
84:7 85:3,19 86:8
88:3 91:20,21 92:17
94:3 95:7 107:16
121:21 125:12
134:1 136:1 169:20
173:16 176:18
187:19 188:2 189:5
192:12 194:3,16,22
197:6,7,14,21 198:2
198:9,13,13,17
199:8,14 200:14
201:2,8 204:9
207:17
**pages** 38:7 96:16
101:22 104:16
126:4 187:21 188:1
220:12
**paid** 14:24 17:15
20:20,22,23 120:3
**pain** 63:8 80:3
169:24 170:9,18

174:1,6,11
**painful** 71:14 141:13
141:13
**painfully** 87:13,15
**panic** 89:1,7 198:4
**pants** 147:22
**Pap** 71:17 72:8
**paper** 16:4 121:3,4
150:17 186:23
**papers** 102:3 124:14
**paragraph** 149:9
188:21
**paralegal** 105:9
**parent** 11:11
**parents** 11:12 20:5
**park** 12:9 13:2,5
105:13,18 116:16
116:18 165:14
**Parkinson's** 179:8
181:12
**part** 11:23 23:1 42:5
49:20 65:13 68:24
92:3 114:16 130:10
144:21 145:7
148:13 171:10
195:1,5,11,16,19
**particular** 16:4 87:9
215:21
**parties** 6:24 225:9
**partnership** 13:3
**party** 81:6 222:6
**patient** 17:14 18:4,6
20:19 22:10 28:2,15
29:23 94:19 117:23
121:18,19 140:7
145:3,21 146:9
158:6 183:15
210:17 211:19
**patients** 12:12 14:4
17:18 22:5,7,12
54:17 85:23 114:22
117:19,21,24 118:9
123:6 145:8,16
155:21 156:4,6,7,16
158:2,3,13,14
177:13,16 193:8
**Paul** 3:4 7:5
**pay** 17:16 180:6

NORMA BERLIN

paying 20:19 127:13
payment 126:14
pelvic 40:21 71:16
  72:7 100:19
pendency 220:6
pending 6:18 219:17
  220:2 221:11 224:9
penis 73:2,16 74:12
  132:18 133:4,10
  134:7 135:7 136:9
  137:12 138:18
  139:5,18 140:13
  195:6,9,20
people 10:18,22
  13:20 14:1,7 16:4
  22:2 25:7 27:1 42:8
  48:14 57:4 66:1
  86:1 104:1 105:24
  110:24 117:16
  128:6 131:18,22
  132:1 161:10
  162:12,14 172:15
  178:7 180:7,8
  181:16 185:15
  217:2,12,14
people's 209:9
perform 71:16 137:8
performing 31:19
  137:7
period 12:13 23:10
  24:5 26:2 48:4
persisting 182:12
person 22:10,20,20
  27:7 31:5 33:4 35:3
  35:6,18 38:11 47:4
  51:4 93:1,2 95:12
  108:3 110:19 115:3
  144:18 146:3,14
  162:4 169:18
  194:13 205:19
  207:24 215:23
personal 63:11,17,24
personality 35:3
personally 224:7
person's 39:7 103:19
pertaining 1:13
phenomenon 39:19
Philippines 107:22

108:11
phone 20:6 101:19
  132:10
photocopy 189:5
phrase 139:17
physical 21:13,14
  22:18 46:6,14 66:12
  72:15 81:12 100:10
  143:23 144:9 145:3
  171:12 172:5 180:3
  180:10
physically 22:17
  45:20,21 79:7 98:15
physician 170:22
  171:8,15,16 172:10
  196:6
physicians 12:7,10
physician's 18:10
Ph.D 158:5,18 214:2
pick 146:21,24
  177:18
picked 147:18
picking 184:6
picture 189:19
pictures 98:22
piece 121:4
pieces 121:3
Pier 109:3,3
place 22:16 54:18
  72:13 107:12
  116:16 140:4
placed 133:5
places 15:1 29:24
  36:7 80:6 90:12
  164:23 165:3,7,8,21
  166:14
placing 133:10
  140:10
plagued 95:21
Plaintiff 1:5 2:9
  124:15 125:14
  224:12
plan 78:13,13 84:22
  85:1
plans 42:6
play 51:19
played 212:10
please 6:7 19:17

121:6 167:6 169:21
  176:19 211:14
  221:18
plus 15:15 168:4
pmichalik@dykem...
  3:8
pocket 127:13
point 23:2 24:4,11
  25:21 30:16 31:3,7
  42:15 44:14,20 71:5
  80:8 89:11 94:11,13
  94:24 95:1 142:15
  167:21,24 179:10
  179:14 190:4,20
  197:12
points 140:3 167:12
police 4:10 7:5 106:8
  196:12,22
Porta 2:13 128:14,18
  134:18 135:17
  136:1,4 138:19
  139:9 152:9 166:23
  172:7 187:17 196:2
  222:13
portion 187:23
pose 7:20
posed 134:15
position 120:5
positive 10:21 94:1
possibility 120:16
possibly 122:22
  137:21 214:18
post-graduate 114:3
post-traumatic 21:2
  21:5,7 24:20 25:17
  25:23 26:4 27:12
  28:13 29:23 34:16
  35:20 36:11 37:4,6
  44:9,15 45:7 47:14
  48:12 54:17 56:24
  58:18 63:18 64:2,12
  66:22 77:3 89:9
  182:5 188:24
potential 209:13
  210:15 211:18
pounded 147:19
pounds 31:3,9 70:2
  75:5,16,19,21

Powers 163:24 164:3
PPO 127:1,3,4,11
practice 11:2,4,23
  12:3,9 13:1,7,10,12
  13:16,18 14:4,10
  15:17 16:22 20:7
  22:6 110:12 116:24
  117:14 121:17
  209:8 212:3
practiced 13:8
practices 13:23
practicing 11:5 13:21
practitioners 18:11
prepare 92:6
preparing 130:8,9,11
prescribe 17:24
presence 224:19
present 31:20 33:5
  145:4 146:14 152:2
  189:19 190:14
  191:24 225:6
presentation 26:2
presented 140:15
pretty 24:14 55:3
  108:1 181:24,24
  182:14 192:22
  197:11 209:9
prevent 70:24
prevented 31:18
  74:19 136:22
  140:19 174:6,8
  195:8
preventing 137:6
  174:11
previous 98:9 122:12
  184:22
previously 80:12
  123:15,24 124:2,8
  185:14
prices 128:5
prior 86:21 124:7
  133:16 152:6 164:3
  186:5 193:3
prison 37:21 83:5,15
  84:4,6 95:14 153:6
  167:14,22 168:12
  168:14,18 169:5,14
  172:16,17 206:13

NORMA BERLIN

207:7 217:20,22
**private** 11:23 12:24
13:10,12 14:4,9
20:18 22:6
**probably** 50:7 126:15
162:2,2
**problem** 27:3 43:3,4
82:20 85:24 142:4
148:22 186:3 196:8
202:2
**problems** 153:8
179:13 197:23
**Procedure** 1:12
**proceedings** 101:10
223:9
**process** 7:13 54:6
111:10 141:13
**product** 68:12
**professional** 15:9
17:7,17 18:7
**professor** 115:1
**professors** 110:21,22
110:23
**profile** 158:4
**program** 111:6 112:8
112:22 114:10,11
114:12,14 115:14
116:19
**programs** 11:12
115:13
**progress** 64:24
**pronounce** 115:24
**properly** 85:14 88:8
**prostate** 99:3
**proudest** 31:17
**proved** 14:21
**provide** 14:10 17:18
18:8 25:12 42:6
144:23,23 145:11
145:13 146:9
**provided** 22:12
213:10
**providing** 18:4 25:1
145:7
**psychiatric** 16:1,6
122:13 178:8
**psychiatrically** 182:6
**psychiatrist** 11:20

18:7,10 24:23 25:4
25:12 31:10 69:20
112:23 114:9
116:21 118:23
119:5 162:16
**psychiatrists** 12:7,11
114:22 118:1,8
**psychiatry** 116:10
**psychodrama** 115:2
115:3,4
**psychological** 17:19
122:13 144:2,7
155:22 156:3,15,20
157:2,5 158:4,5,7
158:12,17 174:12
180:5,11 208:11
212:5 214:19
**psychologicals**
158:18
**psychologist** 124:3,8
162:16 214:1
**psychology** 9:11
110:23 111:4,10,13
111:16,20 112:3,4,7
**psychotherapeutic**
24:19
**psychotherapy** 12:24
13:10 14:11 100:22
**PTSD** 21:8 22:5,7,12
24:16,20 27:19 28:2
51:23 89:15 118:18
118:24 119:13,24
144:18 145:9,15
159:24 160:3,3,10
160:23 181:18
182:6,9,19 183:17
184:8 186:1 190:1
190:13 191:4,24
209:15 210:6,16
211:20 216:17,19
216:23 217:7,10,15
**public** 164:23 218:5
218:10 219:1,6
**published** 204:11
**pulled** 147:20 152:1
**punctual** 27:7
**purpose** 92:19
199:16,17 200:7

203:9
**purposes** 20:14
**pursuant** 1:11 225:5
**pursue** 49:15
**put** 26:10 30:24
50:15 53:19 85:13
108:1 119:22,23
130:6 176:21 177:4
189:9 220:18
**puts** 70:9
**putting** 31:11,15 76:5
132:18 140:23
**p.m** 223:10

---

## Q

**qualification** 27:19
**question** 7:21 8:6,17
28:24 29:6 53:6,11
57:22 71:21 73:19
75:19 83:21,23
86:21 111:24
113:13 120:1
122:11 130:6 133:1
134:12,15 135:2,12
137:2 139:7 142:6
151:14 182:7,16
183:8 185:19
186:14 189:7,18
191:12 193:21
210:7,11,13 211:14
211:15 214:9
221:19 222:15
**questioned** 130:18
**questions** 6:15 7:14
7:19 8:15 19:14,19
101:7 106:9 118:14
140:2 142:3 146:17
147:6 189:14 222:9
222:10,12,16
**quit** 31:2
**quotation** 176:22
177:5
**quotes** 35:11 52:15
53:19

---

## R

**R** 181:17 182:10,17
183:9,9,14 188:19
189:6 190:13,16

191:4,17,23 209:12
210:7,14 211:17,22
**rabbit** 93:4
**raise** 84:20 159:21
178:13 180:18
**raised** 128:5
**raising** 84:16
**ran** 11:21 116:18
**random** 15:5
**rape** 14:11 20:16
21:22 22:4 23:17
28:19 30:23 31:12
31:16 34:8 35:4
37:3 38:19 39:23
40:24 43:8,22,24
44:10 45:8 50:23
55:13 57:1 60:7,14
61:6 64:6 65:19
77:17 82:5,23 84:16
84:17 86:16 89:5
90:1 91:14 92:12
94:8 95:19 100:12
100:17,24 140:21
143:19 147:10,13
148:17,21 149:2,21
150:8,16,20 151:3,6
151:8,10,16,19
153:2,11,16,20
154:1,8,14,23 155:1
155:9,12,17 163:16
163:22 164:24
165:5,19 172:12
176:22 177:4,11
184:17,23 185:6,7
186:5,7,17,19
188:12 193:2,15,24
196:19 211:3
**raped** 20:11 27:22
28:8,11 38:11 46:22
51:7 57:4 59:19
62:5 64:12 66:21
70:10,12 71:2 79:3
98:7 123:20 147:22
154:5 155:6 169:12
169:19 193:12
203:16 205:15
206:1
**rapid** 146:17

**NORMA BERLIN**

**rapist** 26:12 37:19
38:1,5 39:3,15,24
43:22,24 44:4 52:6
53:20 54:2 67:19
79:23 80:18 83:5,7
84:3 92:14 167:13
218:4,24
**rapists** 172:18,19
**rapist's** 34:12
**rarely** 154:3
**rate** 129:4,7
**raw** 91:16
**reach** 94:24
**reached** 44:14,14
118:23
**reaction** 38:23 46:21
81:12,13 180:4
**read** 40:11 50:16
73:21 74:4 125:12
132:21 136:7
168:15 170:4
183:10 187:7
188:20 189:1
221:18,20 222:23
222:24
**reading** 168:7
**reads** 42:22 62:4
**ready** 185:15 193:9
**realize** 92:23 105:13
131:5
**realized** 168:22
**really** 16:15 22:13,24
23:14 27:1 32:19
40:11 41:5 53:2
56:14 72:23 106:13
116:3 117:18 132:8
138:10 145:24
151:12 158:4 166:9
166:15 168:23
181:12 182:4
183:20
**reason** 8:4 18:20
74:15 83:18 100:23
170:13 208:23
218:12,18,19
**reasonable** 24:18
100:22
**reasonably** 7:14

**reasons** 195:13
**reassurance** 22:16
144:23 145:8,11
**reassure** 217:21
**reassured** 76:17
**recall** 19:21,24 28:16
30:19 31:14 34:3
40:15 42:13 43:2
45:16 48:18 53:14
53:17 59:8,12 73:7
74:17,24 75:1 81:11
83:24 120:17
133:13 136:14
144:11,18 155:16
171:18,20 179:24
181:12 204:16
214:11 216:5
**recalled** 129:2
**recalling** 28:18 84:16
**receive** 9:4,7,12,22
14:17
**received** 108:7 111:1
123:15 184:21
193:3
**recognize** 122:3
**recognizing** 22:10
**recollection** 120:23
124:21 125:2,24
133:1
**reconfirm** 44:18
**record** 19:7 41:3,12
46:9 47:23 97:3,5
124:14 142:6 167:6
167:8,10 187:16
189:4 212:14,18,20
221:20
**recorded** 222:22
**recording** 222:16
**records** 18:18 30:20
31:21 123:21 125:2
129:1 161:12 164:2
164:4,10 170:22
171:2 186:13
**recover** 86:12 197:9
**recovery** 197:16
**rectum** 73:3
**recurred** 88:2
**recurrence** 38:15

40:3
**recurrent** 28:3 34:17
63:15 76:24 80:12
**redid** 106:24
**reduced** 224:20
**reenact** 10:20
**refer** 18:12 89:24
117:19,21 156:6
158:4,19
**reference** 19:17,18
30:20 35:23 42:12
70:5 76:9 220:21
**references** 174:17
**referencing** 46:11
**referral** 12:5,10 75:4
75:13
**referrals** 12:6 13:24
15:1 161:17
**referred** 19:22 20:2
24:22 25:3 88:24
117:22,23 118:9,22
119:5 122:21
158:23 162:15
**referring** 18:6 50:20
132:2 162:24
**reflect** 35:1 41:17
65:12 81:11
**reflected** 221:6
**reflection** 28:18
**reflects** 47:24 99:20
**refresh** 120:22 125:2
125:24 133:1
**refreshes** 124:21
**regard** 8:22 27:17
39:1 66:9 67:18
80:11,15 85:10 88:5
88:21 161:3 163:16
163:22
**regularly** 24:1 83:12
**reinforces** 50:22
**reiterated** 91:15
198:21
**related** 28:3 101:2
220:7 225:9
**relates** 30:22
**relating** 18:18 19:15
20:16 28:5 50:9
138:5 140:8

**relation** 6:18 25:24
40:16 48:19 59:17
60:7 81:21 85:9
**relations** 79:11
100:14 220:1,4
221:11 222:1,2,3
**relationship** 49:6
69:9 79:16 80:4,20
91:24 93:7,12,15
94:14,18 145:20
146:1,8 175:2,17
199:22,23 202:6
**relationships** 145:23
**relaxed** 202:18 203:2
**released** 167:22
168:14,18,22
172:16 205:7
206:13 207:7
**relevant** 217:1
**relied** 219:10
**relief** 55:23
**relieved** 57:17 58:6
201:13
**relive** 140:11
**reliving** 58:12,15
89:4 143:19 148:14
148:20
**remedy** 90:10
**remember** 29:6
37:16 38:18 49:1
53:23 57:9 64:16,19
84:17 123:5 142:15
150:4 180:1 188:18
207:11 216:5 218:7
220:12
**remembered** 178:16
**remind** 21:17,21
**reminded** 29:15 31:1
31:12,15 92:12
140:20
**reminds** 68:1 91:16
**remove** 73:16 74:11
136:9 137:12
138:18 139:4,18
140:13 195:20
**removed** 139:17
141:15 143:16
144:1,7,15 159:8,10

NORMA BERLIN

remuneration 212:9
rendered 6:16 20:20
rent 13:18,19,20
reoccurred 87:21
reoccurrence 39:8
reoccurring 89:15
reopening 201:14
repaired 173:19
repeat 133:6 206:10
repeated 28:4
repeatedly 27:22
    149:10 153:1
    195:14 206:24
rephrase 7:16
replace 87:1
replaced 60:6,15
report 28:4,16 30:1
    34:22 36:10,21 37:5
    39:1 45:12 52:24
    54:11 55:14 60:18
    61:3,18 63:23 64:1
    64:6,16 66:8,24
    70:1,12 71:8 75:16
    75:18 82:1 87:19
    97:10 172:23,24
    196:10 219:8,10
reported 1:22 27:18
    28:8 33:1,13 34:23
    40:24 41:21 43:18
    44:20 59:13 62:7
    64:8 68:7 83:11
    175:5 192:12 194:6
    196:8 197:22
    201:12 202:12
    206:11 224:19
reporter 1:15 7:12
    8:18 18:22 106:8
    142:5 222:15,21
    223:2 224:5
reporting 40:2 45:17
    52:10,15 55:15 59:5
    64:10 68:24 198:11
reports 44:18 180:12
    197:22 199:11
represent 6:23 7:1,11
    126:9
Representing 2:9,19
    3:9,20 4:9

represents 7:3,5,5,6
requested 221:21
required 128:16
rescheduled 103:2
resent 102:2,11
reserve 222:24
resident 116:9
resigned 120:5
    126:16
Resources 13:6
    117:13
respect 24:8 37:19
respond 79:17
response 8:20 181:5
restaurant 81:15
result 9:23 66:22
    72:22 100:11
    171:14 173:19
    177:11 186:19
resulted 28:17 52:16
resulting 44:9 45:8
resume 69:10 71:4
    79:16 100:10
resuming 49:6
resumé 106:18
retired 117:6,7 118:4
    159:2
return 42:16
returning 42:13
revealed 123:24
    124:2
revert 47:4
review 19:17 223:3
reviewed 218:8
reviewing 125:23
    129:1,18,20
revive 93:10,12
revived 199:24
re-ask 53:11 58:2
    83:23
re-experiencing
    153:10,24 154:4
re-investigation
    201:20 203:13
    204:19
re-re-investigating
    204:3
rid 38:1 39:2 50:17

Riggio 2:20 6:16 7:11
    19:9,22 23:3 24:8
    24:19 25:2,22,24
    27:17 28:4,16 30:1
    30:17,22 36:15
    76:23 78:1,8 82:10
    88:21 100:10,16
    118:18 119:13,20
    122:8 126:17 128:2
    133:3,9 134:6 135:6
    137:5,5,11 138:5,14
    138:16 139:3,12,17
    140:12 141:1
    142:10 143:15
    144:6,14 146:21
    149:15 150:1,6
    151:15 153:10,19
    154:22 156:18
    157:3 159:8,9,16,21
    162:18,22 163:1,15
    163:21 164:5,11,21
    166:3,17 167:12
    168:17,20 169:10
    170:7,16 171:7,22
    172:3 173:3,12
    174:1,10 179:2
    180:19 181:2,23
    183:6,8 184:17
    185:11 186:4,16,22
    192:8,21 194:5
    196:7 206:11 207:3
    209:24 210:3,9
    211:9,11 212:24
    213:11 217:19
    218:2
Riggio's 40:23
    121:15 132:17
    171:2 174:17
    177:23 219:8
right 8:1,8,9,21 9:12
    10:15 13:2 15:11,22
    16:12 17:1,2,5,9,20
    19:12,19 24:1,4
    27:7,16 30:17 32:24
    41:9,15 43:19 48:4
    50:24 55:2 56:3
    62:5,10,23 63:2
    64:22 65:4 74:6

    90:11 95:16 97:20
    98:16,16 99:8,17,22
    99:23 102:17
    105:15 106:22
    107:4,12,16 111:3
    113:1,17,18 114:1,5
    115:18 116:5,6,13
    119:1,7,11,20 121:1
    121:24 122:8,15,19
    123:7,14 124:4
    128:3 129:13 130:9
    132:19 133:5,20
    134:4,20 136:6,10
    137:9,10,20 138:13
    138:14 139:16,18
    140:16 141:2
    142:17 143:7,9
    144:24 146:1,2,6,9
    147:3 148:5 149:4,6
    149:17 150:3,22
    151:14 152:4,17
    153:12 154:20
    155:3,18 156:12
    157:10,14 163:9,19
    167:14 169:10
    170:4,21 171:3,12
    171:13 173:3,6,14
    173:20 175:11,11
    175:18,22 176:2
    177:10,13,16,20
    178:9 179:18 180:9
    180:14 181:4,21,23
    182:3 184:13,18
    186:1,4,7,24 187:4
    188:3,14 189:13
    190:1 191:19 192:7
    192:10,13,16,23
    194:5,7,20 195:3
    196:5,11,19 197:6,9
    198:5,11,23 199:12
    199:24 200:4,7,9,12
    200:19,24 201:5,15
    201:21 202:10,19
    202:20 203:9,10,14
    203:21 204:20,21
    205:3,5,10 206:7,9
    206:15,21,22 207:2
    207:9,13,16,21

NORMA BERLIN

208:12,18 209:7
211:22 213:14
214:9,13,15,23
215:9 216:13,17,20
216:23 218:11
219:3,11,17 220:6
220:14,23 221:12
222:8,18,19,23,24
223:6
**right-hand** 125:13
**ripped** 147:20,21,21
151:22,24
**risk** 126:20
**Riveredge** 117:10,11
**Rogers** 163:24 164:4
**role** 11:16 144:22
148:24 212:10
**romantic** 49:20,20
**room** 76:11 171:3,23
172:9 196:6
**RS** 159:23
**rubber** 47:5 66:3
**ruled** 212:8
**Rules** 1:12
**Russell** 2:4 7:6 74:8
108:14 126:6 199:1
212:15
**russell@loevy.com**
2:8
**Rutgers** 9:19 109:15
109:17
**R.P.R** 1:22 225:19

**S**

**S** 5:8
**sad** 82:15 94:10
**sadness** 56:21
**safe** 23:19 30:12
37:22 65:8 83:18
90:7 198:11
**safer** 72:13 95:22
**safety** 63:11,17,24
90:10
**SAITH** 223:8
**samples** 163:11
**SASSI** 158:15
**sat** 26:9 32:21
**Saturday** 117:1,6
156:9,11 159:12

**savvy** 107:20
**saw** 12:17 19:22 24:1
24:2,6,14 26:2 32:4
48:3 56:20 67:5
69:8 95:6,6,16 96:4
97:7 99:16 119:4,9
145:3 149:21
180:23 183:20
207:14 218:8
219:16,18 220:10
220:13
**saying** 43:7 46:9
133:13 136:24
146:22 147:9
183:24 190:22
191:16 207:18,19
208:1 211:12
221:23
**says** 32:9,11 33:11,24
43:6 44:1 60:5 73:9
73:24 74:2,4,10
75:13,15 79:22 80:3
80:22 86:9 90:15
107:1 122:11 136:7
149:10,13 169:22
173:18 181:20
182:11 183:13,19
184:11 189:18
194:12,23 197:8
198:21 201:3
**SCAHILL** 4:3
**scale** 213:20 214:4,10
**scales** 157:22
**scared** 29:20 50:13
55:12 63:8 65:18
84:24 93:4 94:10
**scars** 169:23 170:8
170:18
**scene** 89:5
**school** 11:11 107:13
107:15 109:2,16
111:8 112:20,20
142:1
**science** 9:2 111:2
**scissors** 26:7,12,15
26:17,19 147:18
151:22
**scope** 46:13

**screamed** 147:23,24
148:4,6
**screams** 148:15
**screens** 15:5
**seal** 225:13
**second** 60:5 96:20
97:3 100:5 104:5,8
120:22 212:15
**secret** 124:16
**secretary** 105:10
**section** 123:8,10
187:20,22
**security** 90:13
**see** 12:13 13:6 14:4,7
14:14 15:8 17:14
23:10,13 29:19
32:10,18 34:12 35:8
36:8 38:2 39:16
40:8 42:11,23 43:6
43:10 45:1,4,14
47:6,1 50:18 52:2
52:14 53:21 54:13
55:7,11,24 58:11,21
58:22 59:3,21,22,23
61:12 73:3,11,17,23
74:12 75:2,5,12
76:11,16,21 79:24
86:10,13 90:15 92:2
92:20 93:19 95:13
96:7 109:1 119:6
120:22 123:20
124:20 125:19,20
126:8 127:9,13
128:7 136:6 141:18
141:19 142:11
143:11 149:9,11
151:8 153:5 156:13
158:3 162:15 163:3
169:21 170:2
172:14 175:14
177:4 181:11 187:4
192:16 202:7 205:3
210:22,23 211:3
**seeing** 23:8 27:9 36:3
118:19 220:22
**seek** 123:2
**seeking** 59:17
**seen** 20:1 22:7 100:2

117:8 124:8 132:8
172:23,24 186:23
196:10 207:10,11
207:12 209:1
219:19,21 220:15
220:16,17,18,19
221:7
**sees** 34:11 43:9 67:23
68:1 80:19 91:16
**self** 194:18
**semen** 172:12
**seminars** 160:2 161:2
**send** 15:15 107:2
158:6,9,17 162:12
162:14 164:1
**seniors** 12:16
**sensation** 39:9 40:3
50:21 54:23 65:13
78:21 80:13 88:10
197:23
**sensations** 43:17 51:9
67:19
**sense** 44:21 49:9
51:18
**sent** 102:7 104:17
120:7 128:16,21
185:22 189:8
**sentence** 18:21
181:21 188:20
197:8 198:14
**sentenced** 169:13
**separate** 10:11 61:14
61:16 70:24
**September** 40:6 41:3
41:5,13,24 62:3
70:11 71:8 72:24
75:7,12 76:3,8,20
88:4,14 98:12,24
135:23 137:16
138:7 150:24 151:2
154:14,24 155:7,13
173:17 176:19,24
177:1 187:24
197:21,22 201:7,12
204:11,14,15 205:4
206:12 207:6
**serious** 192:22
**served** 169:15,17

NORMA BERLIN

services 20:20
session 23:7 60:19
    76:9 98:9 117:18
    127:18 137:16
    138:7,8 202:21
    219:20
sessions 19:9 21:1
    23:6 25:22 93:22
    120:3 127:22 172:4
set 225:13
settled 106:1 200:17
    202:10 203:6 206:9
    206:15 207:9,13,15
    219:22 220:17,23
    221:3
settles 200:11
seven 32:6,8 104:2
severely 25:8
sex 10:10 31:19 49:21
    62:10 74:18 92:3
    93:14 136:21 137:7
    137:8 175:4,6,23
    195:9 221:17
sexual 46:3,13 77:13
    79:16 80:4 93:14
    100:13 124:1 161:3
    161:13 172:5 175:2
    199:22 222:3
sexually 12:22 185:4
    185:13 200:5 202:5
shake 179:3
shaky 68:20
share 99:1 156:8
shell 35:17
sheriff's 3:20 7:4
    106:7
shield 127:2,11
    188:12
short 88:16 212:18
shorter 117:17
shorthand 1:15 224:5
show 8:10 16:18
    18:13 33:6 120:18
    120:21 141:4 173:1
    184:12 188:14
    223:6
showed 141:21,23
shower 38:19,20,20

38:20
showing 32:19
    121:11
sick 31:1 70:10
side 180:9
sign 171:24 216:12
signature 223:7
    225:1
signed 103:18
significance 54:21
    56:18 58:4,8 84:15
    94:5
significant 153:17
    189:21 192:9
    193:23 197:11
    200:3 216:13
Simon 116:8
simple 219:6
simply 133:2 139:2
    155:4 190:12,24
    191:12
single 151:7 207:24
sir 207:1
sit 23:20 27:6 59:8
    100:8 183:23
    214:18 222:20
sites 162:5
sitting 10:19,19 26:9
    155:15 161:11
situations 212:8
six 60:24 61:1 85:19
skip 32:6 147:21
sleep 82:2,4,6 89:19
sleeping 25:15 28:7
    42:23 59:14 77:23
    82:4 88:1,22 99:12
slight 179:12
slumped 32:21
small 31:4 58:9 76:6
smart 83:9
smears 71:17 72:8
smell 28:9 38:1,5,10
    38:13,16,21 39:2,8
    39:15 40:1 50:17,22
    51:8,10,19 52:5
    53:19,19 54:4,9
    58:21 60:20 61:4,7
    80:13,19 88:9 91:13

153:16,18 205:12
    205:14,16 206:1,2
    207:4 208:4
smelled 28:10 205:20
smelling 59:6 67:19
    92:14 197:24 202:3
    205:9 206:8,14,14
    206:17
smells 39:5 43:9,14
    51:2 67:24 91:18
    206:24 207:19,22
    208:9
sociable 35:6
social 15:20 50:14
    111:6,7 112:18
    113:5 114:3,12,14
    115:14 189:22
solidify 44:18
solo 13:18
solution 148:19,23
solutions 153:7
somebody 13:5 16:16
    26:16 98:21 102:1,9
    152:23 158:24
    176:13 180:3,9
    181:18 182:19
    183:17 208:18,22
    210:24 211:6,20
    212:4 217:5,5,9
son 30:12 131:24
    176:16
son's 81:5
sorry 10:7 28:20
    60:23 74:7 88:11
    90:23 92:7 105:6
    111:24 133:24,24
    156:7 169:1 176:23
    176:24 199:1
sort 9:22 10:22 27:14
    32:20 39:19 40:2
    44:18 52:8 143:22
sorts 211:13
sounded 130:21,22
sources 12:10
South 3:5 4:5
space 13:19 117:14
    118:2
speak 101:19 134:20

speaking 22:9,11
    144:11
specialized 115:3
specific 25:10 26:3
    51:4 80:24 143:23
    145:18 155:2,8,11
    155:16,19 166:15
    210:12 211:14
specifically 57:13
    136:16 140:22
    154:19,23 156:18
    176:6 207:2 208:14
speculation 221:14
spend 84:23 129:20
    153:4
spent 174:16
spirit 84:13
spoke 27:20 66:18
    69:20 104:3 133:7
    134:5,17 135:5
spoken 131:10 132:8
SS 224:2
stack 124:14
STALF 4:4 135:15
    138:21 139:7,21
    148:8 150:10 152:7
    166:21 171:4
    182:23 189:3 192:3
    192:18 193:17
    194:8 196:1 209:17
    210:18 212:14
    222:11
stand 143:17
standard 121:17
standpoint 85:6
stands 162:9
start 31:5 57:10
    74:10 108:23
started 16:8 17:10
    89:21 90:11 125:4
    126:14 210:5
starting 124:14
    197:18
starts 65:19
state 1:15 6:7 9:10
    10:3 16:11,14,15
    17:9 48:21 108:8
    111:12,21,23 112:2

**NORMA BERLIN**

112:4,9 113:8
115:13,17 142:1
214:19 224:1,5
**statement** 219:7
**statements** 70:23
125:16 132:18
221:9
**states** 1:1,13 198:3
212:7 224:10
**State's** 200:18 201:4
204:2
**status** 65:12 66:9
67:18 69:9 77:6
78:22 79:10 81:18
82:12 85:10,22 88:5
91:12,23 92:5 93:7
95:19 97:11 99:2
**stay** 30:11 217:2
**steady** 179:17
**Stein** 158:21
**stenographically**
224:19
**step** 58:9
**steps** 197:15
**stick** 212:1
**stomach** 31:2
**stop** 43:7 46:17 57:10
75:6 80:17 94:20,21
217:24
**stopped** 81:7 117:2
125:3 126:1 206:17
207:18
**Strange** 108:14
**strangled** 149:13,16
150:9 151:16 152:4
152:23 153:14
**strangling** 150:13
**Street** 1:16 2:5,14
3:15 4:5
**strength** 198:22
**strengthened** 44:22
**stress** 21:2,6,7 24:20
25:18,23 26:4 27:12
28:13 29:23 34:16
35:20 36:11 37:4,6
44:9,15 45:7 47:14
48:12 54:17 57:1
58:18 63:18 64:2,12

66:22 77:3 89:9
163:5 182:5 188:24
216:10,13 218:1
**stressed** 204:23
**strike** 23:3 29:4 32:7
51:6 58:2 94:12
140:24 144:13
**strong** 51:16
**stronger** 95:12
**studies** 9:21 109:18
**subject** 128:9 207:9
**subjective** 219:10
**submit** 73:2
**subsequent** 9:4 24:4
**subsequently** 9:17
**substance** 15:9
**suburbs** 20:7 30:6
**Sue** 6:16 7:11 19:9,22
23:3,6 24:8 25:24
34:11 36:20 38:4
40:7 41:21 42:2
43:7,7 45:12 47:10
47:20 48:17 49:10
52:15 54:11 56:3,7
56:24 60:18 61:11
61:18 66:8 70:5
75:4,15 76:9,23
81:24 82:10,19 84:2
84:15 86:9 88:5
90:15,18 92:18 94:5
94:12,14 95:6 96:3
97:7 100:10,16
102:24 105:8,16
118:18 119:13
121:15 122:8
123:14 126:17
128:2 131:23 133:3
133:9 134:6 143:15
144:6,14 151:4
153:10 159:18,21
162:18,19,22 163:1
163:15,21 164:5,11
164:21 166:17
167:12 168:17,20
169:10 170:7,16
174:17,21 175:16
180:19 181:2,8,23
183:6,8 186:4 187:9

193:1 194:24 197:8
197:15,22 198:3,10
198:15,21 199:11
199:15 201:10
202:18 204:1
206:11 207:22
209:24 210:3,9
211:9,11 214:13,17
214:22 215:9
217:19 220:1
**sued** 163:15,21
164:16
**Sue's** 35:1,13 37:5
85:5 95:4 122:3
**suffer** 21:15 86:1
**suffered** 25:14 80:3
**suffering** 24:20 66:21
89:14 140:9 183:5
**sufficient** 103:20
**suggest** 57:18 143:21
**suggested** 141:12
193:13
**suggestibility** 193:11
**suicidal** 78:7
**suicide** 78:9
**suing** 222:6
**suit** 225:10
**Suite** 2:5,14 3:5,15
4:5
**summer** 9:20 98:5
**Sun-Times** 187:23,24
**super** 124:16
**supervised** 11:20
**supervision** 14:22
16:18,21
**supplement** 68:14
**support** 22:14 24:7
25:9 42:6 144:23
145:7
**supportive** 146:8
**suppose** 25:24 130:12
**supposed** 11:15
105:4 188:12
209:10,14 210:16
211:19
**sure** 22:16 23:23
29:10 31:22 83:4,6
83:14 84:3 96:8

102:5 108:13 117:8
122:5 129:2 133:7
138:1 143:2 145:2
171:11 178:15
190:18 191:10,16
206:11 209:9
**surgery** 99:4,5,5,7
**surgical** 99:14
**surprise** 175:9,12
**surrounding** 22:15
**Susan** 2:20 156:18
157:3 159:8,9,16
166:3 196:7
**suspending** 94:16
**sustained** 194:1
**switched** 120:4
**sworn** 6:5,10 224:15
**sympathetic** 169:9,11
**symptom** 36:13
43:13 46:21 52:9
60:9 78:23 89:6
189:19 216:24
**symptomatology**
51:23
**symptoms** 21:11
24:16 25:11 26:1
27:18 30:1 36:10
44:17,19 56:11
89:12 119:15
140:15,17 149:4
172:5 182:8,18
183:15 186:6,18
190:13 191:4,17,24
192:9,22 208:20
209:7 217:3
**syndrome** 182:5
**S-a-s-s-i** 158:15

**T**

**T** 5:8
**table** 195:14
**tainted** 52:5
**take** 8:3,5,7 16:17
17:24 26:17 27:11
31:23 36:19 44:13
45:10 49:23 60:17
62:16 63:9 65:6
71:7 76:2 79:8 81:8
84:7 86:8 87:18

NORMA BERLIN

94:3,21 96:20 97:1
104:2 105:17
112:14 114:18
124:20 145:19
151:24 201:23
**taken** 1:14 22:19
60:5,13 86:24 88:17
163:11 197:15
212:19
**takes** 105:13
**talk** 11:3 22:21 23:16
23:16,18 38:4 49:3
50:14 54:1 59:16
68:16 72:11,14
92:14 97:23 102:18
102:20 103:7,8
106:11 117:16
123:7,9 131:2 144:5
148:17 150:7,15
153:1 154:23 155:5
155:11 169:3
200:18 201:9
204:24 211:10
**talked** 24:16 33:3
38:24 41:9 48:19
49:10 56:2 65:10
70:15 78:24 82:21
88:23 94:17 96:3
97:18 102:9,24
105:22 106:13
131:7 133:2,8
144:17,21 148:2,6
150:12,18,20
151:21 153:2
155:16 163:8
164:11 165:19
178:21 199:22
**talking** 70:20 91:13
133:15 143:8 163:6
163:18 173:4,13
209:24 210:2
**talks** 205:9
**tan** 202:19 203:2
**tapered** 23:9
**taught** 11:11 109:23
110:17 112:19
114:20 161:10
**teach** 85:23 109:15

109:21 115:2
**team** 11:9
**tearing** 56:13
**technique** 86:1 213:5
213:7,16
**teeth** 74:21 140:19
141:1,5,9,10,15,16
142:10,12,13,16,23
143:11,16,17,24
144:1,6,15 159:8,10
169:23 170:9,18
173:4,5,12,15,18,22
195:15 196:8
**tele** 112:14
**tell** 8:5,6 14:3 21:4
23:5 24:10,10 25:24
38:4,19 49:2 60:7
70:7 76:23 77:10
78:8 79:13,18 80:2
81:2 87:23 89:11
91:8 95:10,18
103:14,22 106:4
110:2,18 120:2
123:14,17 128:16
143:15 145:6
147:24 151:9,18
153:22,23 154:1
160:13 161:6,9,11
161:13 164:8,22
165:2,11,16 168:13
168:17 170:7 171:7
171:9,22 174:21,23
175:5 177:6 183:20
184:20 185:15,16
186:22 193:8,9,15
202:9 204:2 205:16
205:19 207:1,22
212:3 213:23
215:18,22 216:3
218:16 220:10
**telling** 50:6 56:6 73:7
74:24 136:16
149:16 150:4,7
184:22 203:7 208:3
208:24 210:9
211:23 212:2,12
**tells** 89:14 207:24
**ten** 105:22,22 130:2

136:14 138:11
206:24
**term** 13:6
**terminating** 94:15
**terms** 8:15 22:5
51:20 56:17,18
87:10
**terrors** 89:22,24
198:7
**test** 10:3 16:17 115:1
157:17 208:15
211:6 212:5
**testified** 6:11 118:17
217:17
**testify** 29:3 224:16
**testifying** 129:13
**testimony** 29:4 129:8
148:10 152:6
224:18,23 225:12
**thank** 8:21 19:12
34:21 41:15 61:2
63:21 75:8 88:15
92:9 100:7 101:4,6
108:14 136:4 199:4
**thanks** 75:8
**theme** 167:17
**themself** 65:19
**therapeutic** 20:14
24:18 40:20 42:5
46:20 94:17 145:22
146:1 162:16 213:5
213:6,15
**therapeutically**
153:7
**therapist** 11:5,17,18
15:20 32:17 37:2
40:3 53:1 56:17
58:5 72:9 79:17
90:17 94:18 112:18
113:5,12 114:3
140:6 170:23
177:12 186:10
**therapist's** 144:22
**therapy** 11:7 17:18
18:4 22:12,15 24:6
25:1,9 42:7 46:24
82:11 94:14,16
112:22 114:12,14

115:14 117:18
120:3 185:16
**thereof** 56:12 81:18
225:11
**thick** 161:7
**thin** 31:11 66:17
67:10,15 69:18 85:7
87:7,9,14,15 159:18
**thing** 26:6 45:23
51:22 52:19 65:16
74:18 109:19 125:5
128:4 132:21 184:6
191:15 193:22
195:15 211:14
219:13
**things** 10:20 21:17,20
21:23 31:18 42:9
44:12 47:7 50:6,12
50:21 51:22 56:10
71:18 81:2 85:24
86:23 98:3 103:20
104:9 114:2 129:3
132:16 136:20
146:22 148:16
152:2 157:20 162:5
163:4,12 177:18,19
181:15 185:16
193:9 210:4 211:13
**think** 26:6 31:5 41:2
41:4 43:19 45:11
56:16 57:8 58:8
62:10 65:11 73:1
74:6 79:22 86:3
97:16 99:24 105:8,9
108:12 117:10,23
118:21 120:13
126:22 156:22,23
165:22 185:17
186:2 193:7,23
198:16,16 199:2
212:3
**thinking** 43:8 80:18
89:24 157:14
**thinks** 61:5 70:9 82:5
**thought** 18:4 34:7
42:19 49:7 54:6
78:11 84:22 91:9
95:21 104:17

NORMA BERLIN

107:24 130:13,22
143:17 169:4
**thoughts** 76:22 89:16
**threat** 21:14 27:15
**threatened** 26:12
147:19
**three** 48:4 63:20,22
66:20 67:12 76:7
78:6 82:7 129:22
132:3 169:22,23
170:8,18 176:4,10
182:12 183:1
219:18
**three-and-a-half**
82:8 185:2,12
**tied** 115:13
**time** 10:2 11:8,23,24
12:2,13,16 17:11
20:1,19 21:9,11
23:18 24:5 26:2
28:6,8 43:2 45:13
45:17 46:10 47:2
48:4,19 50:1,8
52:16 53:16,24 61:3
62:13 65:15 67:7
69:13 70:15 71:1,5
74:9 78:10 82:3,6
83:2 85:5,9,12 86:4
86:6 87:5 88:21
92:11,13 94:13,20
94:21 95:10 96:2
98:13 99:16,19
100:3 101:16 104:3
104:5,6,8,21 109:4
111:7 112:9 115:7
115:15 116:7,9
118:22 124:7 128:1
128:11 129:13,17
130:8 131:7 142:15
145:19 148:2,5,14
149:20 150:19
151:6,20 152:12
162:6 163:10,14
164:3 167:19
174:16 179:11,15
179:19 181:10
186:11 201:23,24
207:8 215:7,8,21

216:9 220:22
221:23
**times** 26:21 27:4 48:4
94:5 97:7 102:22
129:2 139:22
147:20 150:18,23
151:1,10,23 154:12
159:17 161:10
176:3,10 183:1
191:14 195:8,17
219:18 220:20
**timing** 207:2
**tiny** 31:4
**tired** 77:23
**title** 110:20
**today** 6:15 13:12
19:14 23:20 52:22
100:8 101:15,16
102:3 106:15 113:7
114:17 128:11
131:17 132:7
155:15 169:7
183:23 184:15
210:2
**told** 25:20 28:6 31:3
36:2 60:1 63:7
67:21 73:13 74:19
75:20 76:17 79:14
81:14,20 84:15 87:7
87:24 98:2,23 104:8
104:9,15 105:8,16
105:23 106:2
123:19 130:19,23
131:17,23 136:11
138:14,16 139:3
140:12 141:1
147:14 148:6,13
151:6 153:1,9,10
154:13 164:6 165:4
167:13 168:5
170:12,14,15,17
173:12 175:17
179:7 184:17
186:16 193:8,15,22
194:17 196:23
197:3 198:22
199:19 201:17
206:2,7,13,20,23

207:3,23 209:10
214:17 216:8 218:2
219:12,14,24
220:14
**tool** 155:22 156:3,15
156:20 157:2,6
208:11
**tooth** 173:14
**top** 19:5 62:17
142:21,22 197:7
**topic** 135:19 218:16
**tormented** 98:10,14
98:17
**totally** 178:18 183:7
**touch** 50:4
**touched** 46:7
**touching** 62:22 63:5
**to-wit** 224:6
**track** 64:16
**tracking** 64:9
**trailed** 156:22,24
**trained** 53:1 177:12
177:15
**training** 9:18 11:1
**transcript** 223:3
224:22
**Transcription**
224:21
**transported** 196:24
**trap** 147:2,4
**trauma** 28:3 33:18
66:5 144:3 149:3
180:11 192:9,23
**traumatic** 21:18
27:15 28:5,19 48:13
64:18
**traumatized** 25:8
41:18 158:7 211:3
**treat** 12:13 145:3
**treated** 12:15,21 22:7
37:3 128:1 167:19
171:11 189:24
212:24
**treating** 24:6 56:7
124:2 144:18
146:20 170:22
185:2,11
**treatment** 6:16 11:13

19:15 20:20 21:1
23:2 25:22 122:13
160:3 161:3 171:15
191:8 193:2 213:10
**trees** 26:24
**tremor** 179:12,16,20
179:24 180:20,23
181:11
**tremors** 179:1,2
180:7 181:2,16
**trial** 50:10 163:9
**Tribune** 187:20,22
**tried** 123:21
**trigger** 54:9 91:17
**triggered** 34:7 38:22
51:6
**triggering** 28:18
38:15,18 50:21 54:7
**triggers** 28:14 29:12
29:18 50:9 68:1
88:8
**trips** 30:10
**trolley** 81:6
**trouble** 42:23
**truck** 15:4
**true** 8:12,24 9:1 13:1
15:10 16:11 19:8
101:1 106:20 120:8
120:9 145:22
146:19 168:11
175:10,12,22
190:13 191:4
224:22
**trust** 145:15 222:21
223:4
**trusting** 145:20 146:8
**truth** 224:16,16,17
**truthful** 147:7
**try** 8:16,16 30:8 42:6
67:11 76:7 81:1
86:2 90:9 146:22
147:2,4 177:18
**trying** 42:2 45:13
68:16 140:3 146:21
146:24 155:3 179:7
190:8 191:10
210:23
**turn** 169:20 176:18

NORMA BERLIN

**twice** 23:8 125:1
**two** 25:8 26:21 27:3,4
  27:5 29:18 33:10
  41:24 63:16 80:15
  96:16,21 102:22
  103:20 104:2,9
  115:13 139:22
  154:21 155:18
  165:21 181:23
  195:13 198:16
  214:16,20,24
  215:13
**two-second** 103:12
**type** 11:1,7 12:12
  14:3 17:14 22:11
  35:2 44:6 46:21
  60:8 63:24 178:11
**types** 14:23 25:8
  44:17 86:15
**typewriting** 224:21

**U**

**U** 142:1
**UIC** 109:7,9
**um-hum** 14:2 25:19
  29:7 32:12 38:3
  83:16 95:5 98:23
  123:11 127:19
  129:11,14 132:4
  141:8 143:12 170:1
  188:17,17 199:20
  203:3
**unable** 43:7 45:18
  57:20 62:9,13 77:12
  140:10 175:3
  219:24 220:3
**uncomfortable** 26:13
  53:21 54:5 166:9
**undated** 188:7
**undergoing** 40:14,21
**undergraduate** 107:6
  108:21,21
**understand** 35:15
  38:12 43:21 57:7
  131:18 142:24
  185:9 189:10
  190:21 208:1 214:7
**understanding** 20:8
  21:5 35:10 46:11

49:9 62:12 100:9,16
  183:13
**understood** 7:21
  20:13
**undetermined** 224:9
**unfair** 130:21
**unhappy** 94:10
**unit** 11:10 114:21
  215:23
**United** 1:1,12 224:9
**university** 8:23 9:9
  9:10,19 107:14,21
  108:4,23 109:17
  111:6,13,22
**unsafe** 65:8,9
**unsafeness** 66:4
**unusual** 39:22 40:1
  51:3,7,8,15 54:7,8
  55:1,13,14,19
**un-uhn** 100:4 118:5
  222:12
**update** 77:6,11 78:22
  79:9 80:11 81:17
  82:11 84:8 88:21
  91:23 92:5 93:6
  107:3
**updated** 65:12 69:8
  82:18 88:4
**upset** 37:24 155:4
  186:24 188:10
  204:24
**upsets** 37:24
**use** 74:14 84:10
  158:15
**usual** 194:18
**usually** 21:15 25:7
  145:17 216:3 219:4

**V**

**V** 3:13
**vacation** 23:13 30:4
  92:2
**vagina** 73:3
**vaginal** 169:24
  170:10,19 174:2
**vaginally** 147:22
**Valentine's** 49:17,19
**Valerie** 176:15

**variety** 6:23 17:19
  104:1 105:23
  163:12 172:20
**various** 167:12
**Vegas** 30:7
**version** 117:17
  211:21,21
**versus** 176:12
**victim** 28:15 39:23
  55:14 56:24 57:1,1
  64:12 65:19 84:16
  86:17 124:1 211:3
**victims** 14:11 33:16
  34:16 37:3,4 47:15
  48:12 54:18 60:8
  161:4
**visible** 171:24
**visions** 76:21
**visit** 24:5 34:23 37:19
  47:20 48:8 53:24
  62:21 64:5 71:9,9
  78:22 82:11 84:21
  87:20 90:4,8 94:7
  171:2
**visits** 23:24 47:24
  72:18 75:20 181:1
**visual** 55:6
**visualizations** 59:6,9
**visualized** 44:4
**visualizes** 34:2 43:14
  195:1
**visualizing** 34:4
**visuals** 76:24
**vitae** 8:13 106:18
**vomited** 81:14
**vomiting** 68:3 195:2
**voucher** 126:14
**vs** 1:6

**W**

**W** 224:3
**Wacker** 3:5
**wait** 8:17 133:6
  198:16
**waiting** 76:11,16
  176:8
**waive** 222:23
**waived** 223:7 225:2

**wake** 28:9
**wakes** 43:18 44:1
  51:1 82:4
**waking** 88:23
**walk** 27:8 36:3 89:2
**walked** 26:22 33:4
  35:24 61:11 68:23
  69:1,2 76:14,18
  178:3
**walking** 27:2 178:4
**walks** 33:4
**want** 18:20 21:19,20
  27:23,24 29:24
  30:10 31:20 33:6
  40:17 46:7,19 47:15
  47:16 49:14 62:21
  63:5 79:1 106:19
  146:3 173:1 174:14
  189:1
**wanted** 46:16 49:11
  57:18 110:7,10
  166:12 200:18
  202:7 215:18 218:9
**wanting** 22:1,1,2
  49:21 54:18 171:11
**wants** 47:3 93:18
**wasn't** 10:1 25:15
  33:8 37:17 38:21
  50:6 56:3 72:5
  77:23 80:6 85:14
  103:17 111:18
  114:24 117:17
  122:18 140:14
  146:24 148:24
  182:6 209:10
  218:14
**water** 7:24 89:3
**way** 10:18,23 15:14
  31:11,20 32:17 33:3
  33:4 36:14 37:12
  40:11 47:3 49:11
  54:3 58:24 73:6
  77:13 86:16 87:12
  91:10 94:21 111:5
  124:15 132:15
  146:7 152:15
  174:13 175:11,14
  178:3 183:21

NORMA BERLIN

184:14 190:9 191:9
217:16 225:9,10
**ways** 30:9,14 92:23
144:17 212:2
**weaken** 44:20
**wear** 197:1,2
**week** 23:8 48:4 55:4
115:5 159:13
**weekend** 20:12
110:14,15 147:16
165:11,18 166:5,19
202:24
**weekends** 110:8
**weeks** 181:23
**weighed** 69:15,17
**weighing** 31:8
**weight** 29:16 30:17
31:7 34:1,6 66:9,13
66:15,19 68:6 69:13
69:23 75:24 76:4
82:20 85:6,9,22
176:7 192:13
216:12,14,15,16,19
216:22 217:4,6
**weighted** 182:6
**weight-wise** 87:6
**welcome** 19:17
**went** 9:19 11:22 12:2
12:8,23 13:3,4 16:2
23:13 81:3,4 86:4
107:14 109:2,10
110:4,7,16 114:16
115:6 116:15,17,23
117:2 126:19,20
141:18 142:1
148:14 150:17
161:15 165:21
166:1,1 173:9
186:10 195:7
201:21,22 203:17
**weren't** 146:21
204:10
**West** 1:16 2:14
**western** 20:6 30:5
**WHEREOF** 225:12
**whichever** 31:20
**wife** 45:13 46:10 84:9
84:13 194:7 221:10

**willing** 42:16 49:22
**window** 69:2
**windows** 26:23 27:3
36:1
**Windsor** 159:6
**wished** 80:8
**wishes** 79:23
**witness** 5:2 6:4,8 10:9
29:3,12 51:13,15
53:7 55:19 57:23
58:24 60:12 65:24
71:22 74:2 75:10
86:22 88:13 90:22
92:10 96:11,15,18
101:6 133:13,19
134:16 138:22
139:22 148:11
150:12 152:10
171:5 182:24 189:7
193:19 194:10
195:24 196:3
209:18 210:20
221:2,15,22 222:18
223:4 224:8,18,20
224:23
**woke** 89:1 154:6
**woman** 26:14 46:22
47:3 70:13 71:3
83:9 208:22
**women** 14:6
**wondering** 166:3
185:10
**Wong** 102:9
**word** 35:8,13 53:19
58:12 68:10 74:14
76:21 78:7 84:10
207:24 220:18
**words** 52:14,17 53:13
59:17 73:1 93:21,22
**work** 23:11 37:10
42:14,17 79:19
108:21 111:6,7
112:19 113:16,21
114:13,17 116:15
147:15 150:1 153:6
160:22 162:6,17
185:5,7 186:15
**worked** 12:6 20:3

30:3,13 66:2 115:7
116:12 118:2 159:2
211:4
**working** 13:5 16:6
50:13 66:2 80:6
112:12 114:21
**works** 7:13 25:7
**workshop** 161:14
**workshops** 160:10,11
160:12 161:3,8,18
**world** 153:4
**worn** 196:20
**worried** 49:18 50:10
50:11,12 68:20
168:10 201:3
**worse** 197:19
**worst** 168:11,22
**wouldn't** 37:20,21,22
84:23 86:3 217:21
**write** 32:13 37:15
47:9 79:23 101:23
123:3 137:10,14
149:24 151:7
152:19,24 153:12
153:13 154:9,21
207:23 208:2 209:3
214:20,22,24
215:10,12
**writing** 52:16
**written** 40:13 73:19
152:20,20,22
154:19 157:13
170:13 200:13
206:23 215:1 223:5
**wrong** 169:5
**wrote** 50:17 52:3
55:12 67:14 73:6
74:23 87:13 136:13
136:15 137:15,18
137:23 138:13
149:18,19 150:21
170:11 178:15
179:23 195:18
202:21 214:12
215:6,13 218:17,22

**X**

**X** 5:1,8 85:24 128:23
169:13

**Y**

**yeah** 23:22 24:13
38:17 64:3 74:8
75:8 89:21 96:8,11
96:15 97:18 99:7
100:7 103:9 104:15
105:1 108:9,22
109:7,19 110:5,15
113:2 120:9 121:16
126:8,13,22 133:17
134:22 138:4
140:22,22 141:23
142:13 157:21
163:8 180:7,18
184:7 185:20 204:6
207:18 210:21
213:22 216:14
**year** 11:14 15:16
54:22 96:5,6 109:3
109:9 110:16 160:5
160:15 175:7,23
204:11
**years** 14:23 15:18
16:3,22 19:10,16
22:6 23:9 26:19
63:16,20,22 66:20
71:2,3 82:8 89:13
92:23 95:15 100:17
105:18 106:1 129:3
131:9 132:9,15
136:14 138:11
140:8 161:8,19
169:14 185:2,12
186:11 203:22
206:24 209:1 212:3
**year-and-a-half** 56:6
57:3
**young** 12:20 70:13
**younger** 71:3

**$**

**$100** 127:17
**$135** 128:8
**$30** 127:9
**$350** 129:6,9 130:16
130:23

**0**

NORMA BERLIN

**024877** 125:14
**04** 126:15
**05** 63:20
**07** 24:2 212:24 213:1
  213:2,2
**084-004033** 1:23
  225:20

---

**1**

**1** 5:11 6:2 8:11 31:23
  106:16 113:23
  187:21 197:14
  200:14
**1st** 60:18,21,24
  194:17
**10** 3:5 77:14 114:15
  187:24
**10th** 42:22
**10:08** 1:18
**100** 2:5 31:7
**101** 5:5
**11** 31:6 49:23 86:9
  91:11 169:20 197:7
  198:14
**11th** 48:16,22,23
  199:4
**12** 52:12 63:10 77:24
  80:24 92:18 100:17
  105:14 114:15
  199:14
**12th** 41:5,7,11,12
  44:23 63:13,14 66:8
  67:1 201:7
**12-21-2006** 91:2
**121** 5:13
**13** 19:16 26:19 55:5
  75:2,12 100:17
  129:3 173:11 204:5
  207:14
**13th** 33:23 39:14
  49:16 75:7 169:21
**14** 11:13 65:2 173:16
**14-CV-02945** 1:6
**15** 11:13 15:15 55:21
  58:11 59:1 85:4
  130:3 160:5
**15th** 53:18 55:5 76:3
**16** 11:13 58:10 79:9
  84:8 90:3 97:23

194:5
**16th** 68:5 192:12
  198:10 203:10
**17** 11:14 40:6 78:5
  94:4 97:10 187:20
  187:21
**17th** 41:3,6,16 52:1
  97:17
**1700** 4:5
**18** 60:17 87:4 99:17
  106:21 187:21
**18th** 34:10 96:4
  201:12
**19** 10:2 45:10 62:2
  176:18 186:16
**19th** 41:24 201:2
**1954** 109:2
**1959** 109:21,21
**1972** 8:24
**1977** 11:5 15:19
  114:4
**1979** 9:15 10:2
  111:17 112:5
  113:18 184:18
  185:8 186:17 193:2
**1980** 11:23
**1983** 11:24 12:3
**1989** 13:1,11 116:24
  118:4
**1995** 16:9,24 17:8

---

**2**

**2** 5:12 6:2 18:14 19:8
  31:24 45:11 89:18
  95:16
**2nd** 207:14
**2,000** 14:21
**2:22** 223:10
**20** 4:5 31:3 75:5,16
  75:19,21 105:20
**20th** 34:24 54:11
  61:8 221:5
**2000** 45:11 162:3
  175:6,24
**2002** 19:23 23:3,7
  32:3 40:6 44:10
  45:8,11 100:24
  119:10,13 122:7
  149:7 151:2 154:14

154:24 155:6
  158:24 159:4
  162:19 164:12,17
  164:22 165:10,17
  166:17 171:8,17
  176:19 185:6 186:7
  186:20 190:16
  194:1 213:17
**2003** 15:9 45:11
  47:19 48:7 55:22
  173:11,17
**2004** 14:16 58:11
  59:1,15 177:2
**2005** 63:10 65:2 67:5
  69:8 70:11 71:8
  72:24 75:2,12 76:8
  76:20 77:5,14,24
  78:5,20 79:9 80:10
  80:24 81:17,24
  123:23 135:23
  137:16 151:1,2
  154:15,24 155:7,13
  161:22 184:16
  192:7 193:4 195:17
**2006** 82:10,18 84:8
  84:14,21 85:4 86:9
  87:4,19 88:4,20
  89:18 90:3,15
  192:21 194:5,23
  197:7,14
**2007** 91:12,21 92:4,8
  92:18 93:6,17 94:4
  94:11 95:1,6 198:14
  199:6,11,15 200:15
  201:8 202:15,17
  207:16,21 213:11
  213:12 221:5
**2009** 95:8 203:20
**2013** 95:16 187:20,24
  203:23 204:1
  206:12 207:6
**2014** 96:13 97:8,10
  97:23 98:12 167:23
**2015** 1:17 99:1,10,17
  106:21 222:2 224:7
  225:14
**21** 90:14
**21st** 62:18 207:16

**22** 59:15
**22nd** 85:16,21
**222** 3:15
**23** 63:9 80:10 84:14
  84:20 173:17
  176:19 187:21
**23rd** 36:19,23,23
  37:19 176:24 177:1
**2300** 3:5
**24** 171:8,17 185:6
  187:22 194:1
**24th** 64:5 171:15
  196:7 205:4
**243-5900** 2:7
**2430** 2:14
**24624** 124:15
**24939** 124:16
**25** 65:7 98:12 99:10
**25th** 35:8
**253-6200** 2:16
**26** 71:2 76:8 88:20
  93:6 192:12
**26th** 1:17 45:3 55:11
  198:3 199:21 222:2
  222:3 224:7
**27** 70:3 71:3 81:17
  92:4,8 123:20
  194:22 199:10
**27th** 35:23
**28** 71:7 136:3 207:21
**28th** 65:6
**29** 76:20 81:24
**29th** 43:6 96:13

---

**3**

**3** 5:13 32:3 78:19
  93:6,17 121:6,8,12
  122:7 149:7 151:1
  154:14,24 155:6
  158:15,15 162:18
  164:12,21 165:10
  165:17 166:17
**3rd** 49:24 50:16
  166:6
**30th** 69:7
**300** 3:15
**31st** 47:9 70:3
**312** 2:5,7,16 3:7,17
  4:7

**NORMA BERLIN**

253

**35** 106:1 161:8 212:3
**39** 82:9

**4**
**4** 95:8 164:16
**41** 82:17
**43** 84:7 194:3
**45** 86:8 197:6 207:17
**46** 88:3
**48** 198:2
**49** 198:9

**5**
**5** 55:22
**5th** 43:16 60:4
**5-20** 55:4
**5-24** 55:4
**50** 38:7 105:18
  127:23 137:23
  198:13,18,20
  220:11
**50s** 198:17
**50-and-a-half** 91:20
  198:18
**500** 1:16 2:14
**51** 199:8
**52** 195:8
**53** 92:17 199:14
**54** 94:3 200:14
**55** 201:2
**56** 95:7 204:8,9
**580-1030** 4:7

**6**
**6** 5:4,11,12 48:7
  70:11 77:5
**6th** 37:23 225:14
**60** 220:11
**60601** 3:16
**60603** 4:6
**60606** 3:6
**60607** 2:6
**60661** 2:15
**61** 188:1
**62** 188:1
**627-2102** 3:7

**7**
**7** 47:19 119:13

  187:21 188:1,2
**7th** 64:20 119:10
**70s** 108:19 116:12
**704-3000** 3:17
**71** 108:17
**72** 107:15 108:17
**79** 16:14

**8**
**8** 44:23 71:8 72:24
  87:19 88:4,13 91:21
  135:23 137:16
  150:24 151:2
  154:14,24 155:7,13
  187:21 188:1
**8th** 52:13 88:14
  138:7 197:22
**8:20** 130:4
**80** 31:9
**83** 12:14
**87** 16:14 70:2
**89** 12:14

**9**
**9** 67:5 82:10,18
  202:17
**9th** 36:6 62:3 202:22
**9-11** 162:5
**9-8** 88:13,15
**9:00** 101:18 104:13
  105:5,11,20
**90s** 162:1