IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION


CARL CHATMAN,                        )
        Plaintiff,                )
        vs.                       ) No. 14-CV-02945
CITY OF CHICAGO; CHICAGO POLICE      )
DETECTIVE JOHN ROBERTS; CHICAGO      )
POLICE DETECTIVE THOMAS MCGREAL;     )
CHICAGO POLICE DETECTIVE MARIA       )
PENA; CHICAGO POLICE DETECTIVE       )
JACK BOOCK, CHICAGO POLICE           )
DETECTIVE RITA MISCHKA; CHICAGO      )
POLICE DETECTIVE BARBARA MIDONA;     )
CHICAGO POLICE SERGEANT DENNIS       )
WALSH; CHICAGO POLICE OFFICER        )
MICHAEL KARCZEWSKI; CHICAGO          )
POLICE OFFICER RICHARD GRIFFIN;      )
CHICAGO POLICE LIEUTENANT JOSEPH     )
JORIA; CHICAGO POLICE SERGEANT       )
BRYAN HOLY; COOK COUNTY SHERIFF'S    )
DEPUTY MICHAEL COKELEY; COOK         )
COUNTY SHERIFF'S DEPUTY JOSEPH       )
PRINCE; COOK COUNTY SHERIFF'S        )
DEPUTY SERGEANT MARIA MOKSTAD;       )
COOK COUNTY SHERIFF'S DEPUTY         )
LIEUTENANT BURROUGH CARTRETTE;       )
ASSISTANT STATE'S ATTORNEY           )
BRIAN HOLMES and UNKNOWN             )
CHICAGO POLICE OFFICERS and          )
UNKNOWN COOK COUNTY SHERIFF'S        )
DEPUTIES; THE COUNTY OF COOK;        )
THOMAS DART, in his official         )
Capacity as COOK COUNTY STATE'S      )
ATTORNEY; and SUSAN RIGGIO,          )
        Defendants.               )

EXHIBIT 14

**JACQUELINE WALKER, M.D.**

1
2      The deposition of JACQUELINE WALKER, M.D.,
3  called for examination pursuant to the Rules of
4  Civil Procedure for the United States District
5  Courts pertaining to the taking of depositions,
6  taken before Phyllis MacKenzie, a Certified
7  Shorthand reporter within and for the County of
8  Cook and State of Illinois, at 2434 South Wolf
9  Road, Westchester, Illinois at the time of
10  9:38 a.m. pursuant to notice.
11
12
13
14
15
16
17
18
19
20
21
22  Reported By:  Phyllis MacKenzie, CSR, RPR
23  License No.:  084-004266
24

2

I N D E X

1
2
3  WITNESS                              PAGE
4
5  JACQUELINE G. WALKER, M.D.
6    EXAMINATION
7      By Mr. Connolly.....................6
       By Mr. Ainsworth....................64
8
9
10
11
12
13            E X H I B I T S
14
15  NUMBER                               PAGE
16
17  WALKER DEPOSITION EXHIBIT
18      Group No. 1.........................  5
        Group No. 2.........................  5
19      Group No. 3.........................  5
20
21
22
23
24

4

1  APPEARANCES:
2      LOEVY & LOEVY, by
       MR. RUSSELL AINSWORTH
3      312 North May Street, Suite 100
       Chicago, Illinois 60607
       312.243.5900
4      russell@loevy.com
          Representing the Plaintiff:
5      BOLLINGER CONNOLLY KRAUSE, LLC, by
       MR. JEREMIAH P. CONNOLLY
6      500 West Madison Street, Suite 2430
       Chicago, Illinois 60661
7      312.466.0040
       rkiley@bollingertrials.com
8          On behalf of Susan Riggio:
       DYKEMA GOSSETT, PLLC, by
9      MR. PAUL A. MICHALIK
       10 South Wacker Drive, Suite 2300
10     Chicago, Illinois 60606
       312.627.2102
11     pmichalik@dykema.com
          On behalf of the City of Chicago:
12     BORKAN & SCAHILL, LTD., by
       MS. KRISTA E. STALF
13     20 South Clark Street, Suite 1700
       Chicago, Illinois 60603
14     312.580.1030
       kstalf@borkanscahill.com
15        On behalf of the Chicago Police
          officers, lieutenants, and sergeants:
16     HINSHAW & CULBERTSON, LLP, by
       MR. JAMES C. VLAHAKIS
17     222 North LaSalle Street, Suite 300
       Chicago, Illinois 60601-1081
18     312.704.3000
       jvlahakis@hinshawlaw.com
19        On behalf of Cook County Sheriff's
          deputies, lieutenants and sergeants:
20     CUNNINGHAM, MEYER & VEDRINE, P.C., by
       MS. AMY J. THOMPSON
21     One East Wacker Drive, Suite 2200
       Chicago, Illinois 60601
22     312.578.0049
       athompson@cmvlaw.com
23        On behalf of the Deponent.
       Also present:
24     Ben Dixon, Certified Video Specialist

3

1                (Whereupon, WALKER Deposition
2           Group Exhibit Nos. 1-3 were
3           marked for identification.)
4      THE VIDEOGRAPHER:  Good morning.  My name is
5  Ben Dixon, Certified Legal Video Specialist, with
6  McCorkle Litigation Services, located at 200 North
7  LaSalle, Suite 2900, Chicago, Illinois, 60601.
8           I am the videographer on April 29th, 2015,
9  for the recording of the deposition of Jacqueline
10  Walker, M.D., being taken at 2434 South Wolf Road,
11  Westchester, Illinois, at the time of 9:38 a.m. in
12  the matter of Carl Chapman, Plaintiff, versus City
13  of Chicago, et al., Defendants, filed in the United
14  States District Court, Northern District of
15  Illinois, Eastern Division, Case Number 14-CV-02
16  9345.
17      MR. AINSWORTH:  This is Russell Ainsworth.
18      MR. VLAHAKIS:  James Vlahakis, Sheriff's office
19  and the individual Sheriff's deputies.
20      MS. CONNOLLY:  Jeremiah Connolly on behalf of
21  Sue Riggio.
22      MS. STALF:  Krista Stalf on behalf of the
23  individually named Chicago police officers.
24      MR. MICHALIK:  Paul A. Michalik on behalf of

5

## JACQUELINE WALKER, M.D.

1  the defendant, City of Chicago.
2      MS. THOMPSON:  And Amy Thompson, on behalf of
3  Dr. Walker.
4      THE VIDEOGRAPHER:  Will the court reporter
5  please identify herself and swear in the witness.
6              (Witness sworn.)
7          JACQUELINE G. WALKER, M.D.,
8  called as a witness herein, having been first duly
9  sworn, was examined and testified as follows:
10             EXAMINATION
11 BY MR. CONNOLLY:
12     Q.  Doctor, my name is Jerry Connolly.  I
13 represent Sue Riggio.
14         Would you please state your name.
15     A.  Jacqueline Walker.
16     Q.  You are a medical doctor licensed to
17 practice medicine in the State of Illinois?
18     A.  Correct.
19     Q.  Okay.  Dr. Walker, before you is what I
20 had marked previously as Group Exhibit 1.  Is that
21 a copy of your curriculum vitae?
22     A.  Yes, it is.
23     Q.  That contains information with respect to
24 your background, training and experience?

6

1      A.  Yes.
2      Q.  All right.  Just to a cover a couple of
3  quick items.  You graduated from medical school
4  where and when?
5      A.  I graduated from Loyola in Maywood
6  Illinois in 1993.
7      Q.  Okay.  Following your graduation and
8  receipt of a degree from Loyola University medical
9  school in 1993, did you subsequently perform a
10 residency?
11     A.  Yes, I did.
12     Q.  Where did you perform that and over what
13 period of time?
14     A.  That was at MacNeal Hospital in Berwyn,
15 Illinois, and it was from 1993 to 1996.
16     Q.  And subsequent to that period of time, did
17 you ever perform a fellowship or further study in
18 training?
19     A.  Yes.  I did a fellowship in geriatric
20 medicine at Loyola, also in Maywood, Illinois, in
21 the calendar year of 1999.
22     Q.  Okay.  Thank you.  Can you just explain
23 briefly what it means to be board-certified?
24     A.  Board certification requires initial

7

1  examination and for family medicine requires a
2  recertification every seven to ten years with
3  additional continuing medical education, training.
4      Q.  Okay.  Have you focused your -- you're in
5  private practice now?
6      A.  Correct.
7      Q.  Okay.  You've been in private practice
8  over what period of time?
9      A.  I've been in private practice since 1996.
10     Q.  Okay.  What areas do you specialize in
11 with respect to your private practice?
12     A.  Adult medicine and geriatric medicine.
13     Q.  With regard to your earlier statements
14 with regard to board certification, can you tell us
15 whether or not you have been or are board-certified
16 in any particular areas of specialty?
17     A.  I'm board-certified in family medicine,
18 geriatric medicine, and hospice and palliative
19 care.
20     Q.  And does board certification require
21 recertification from time to time to make sure that
22 you're as highly qualified some years down the
23 road?  We lawyers get a break.  We don't have to
24 take the bar exam again.  But you take the

8

1  recertification; don't you?
2      A.  Yes, we do.
3      Q.  Have you become recertified in family
4  medicine?
5      A.  Yes, I have.
6      Q.  Most recently in 2008?
7      A.  Correct.
8      Q.  Same for geriatric medicine?
9      A.  Yes.
10     Q.  Okay.  Thank you.
11         Doctor, what is the name of your practice
12 currently?
13     A.  Currently, I am practicing here at Prairie
14 Medical.
15     Q.  And how long have you practiced here?
16     A.  I've been here since August 1st, 2014.
17     Q.  Okay.  Do you practice alone; that is,
18 your own individual practice, or have you ever
19 practiced in conjunction with someone else?
20     A.  Currently, I'm an employed physician here
21 at Prairie Medical.
22     Q.  Okay.
23     A.  Prior to that, I was an employed physician
24 working with Dr. Melvin Glick.

9

3 (Pages 6 to 9)

JACQUELINE WALKER, M.D.

1    Q.   When did you become associated with
2  Dr. Melvin Glick?
3    A.   I joined him in practice in 1996.
4    Q.   Okay.  We are going to be talking in a few
5  moments about treatment that you've rendered to a
6  Susan Riggio over a period of time.
7         Do you recall whether or not Susan Riggio
8  was ever a patient of Dr. Glick before she was a
9  patient of yours?
10   A.   I don't actually know the answer to that
11 question off the top of my head.
12   Q.   Okay.  Let me draw your attention to Group
13 Exhibit 2 which is in front of you.
14        I am going to ask you, there are page
15 numbers in the right lower portion of each of the
16 documents that are attached as part of Group
17 Exhibit 2.  If I could direct your attention to
18 Page 36 first of all.
19   A.   Yes.
20   Q.   Is that a document -- well, first of all,
21 are the documents that are Group 2, are those
22 medical records from your office relating to
23 treatment and assessment of Sue Riggio?
24   A.   Yes, they are.

10

1    Q.   Okay.  They were provided in response to a
2  subpoena request for all of your records?
3    A.   Yes.
4    Q.   Okay.  The first date of a record that we
5  have from your office then references on this
6  Page 36 under the word "problems."  It says 9/3/02.
7  Do you see that?
8    A.   Yes, I do.
9    Q.   Okay.  Can you tell me if you know from
10 the custom and practice of your office how that
11 record was generated?
12   A.   That appears to be a telephone call that I
13 recorded while speaking with the patient.
14   Q.   Okay.  So the signature on here,
15 J. Walker, M.D., that is yours?
16   A.   Correct.
17   Q.   Okay.  And this was not a true progress
18 note in the sense of some sort of examination or
19 anything, this is really a reflection of a patient
20 calling and maybe setting up an appointment?
21   A.   At the end of that, it appears I advised
22 her to make an appointment.  Yes.
23   Q.   Do you know, as you sit here today,
24 whether or not Sue Riggio had ever been seen by

11

1  Dr. Glick before September, 2002?
2    A.   I don't know the answer to that question
3  without -- I'm not sure.
4    Q.   Okay.  The call that came in to you on
5  September 3rd, 2002, do you have any independent
6  recollection in addition to what is recorded on
7  Page 36 as to that conversation?
8    A.   I do not.
9    Q.   Okay.  This is your handwriting where it
10 says, "Patient was rape victim in May;" is that
11 right?
12   A.   Yes.
13   Q.   Okay.  A couple of lines down from there,
14 does your note say, "Still has groin muscle
15 tenderness?"
16   A.   Yes.
17   Q.   Then it references some yeast infections
18 since -- what is the word after "since"?
19   A.   Antibiotic.  It is an abbreviation.
20   Q.   Post TX?
21   A.   Treatment.
22   Q.   Okay.  So this not reflects things that
23 Sue -- you recall that Sue Riggio conveyed to you
24 and you wrote down, "Advise to make an

12

1  appointment"?
2    A.   Yes.
3    Q.   Then if I can turn your attention to the
4  next page, 37.  Does this document and the
5  following page reflect a visit that Sue Riggio had
6  with you on or about September 13th, 2002?
7    A.   Yes.
8    Q.   All right.  And who filled out these two
9  pages, 37 and 38?
10   A.   Those were filled out by myself and by our
11 medical assistant.
12   Q.   Okay.  And to the extent that your medical
13 assistant filled out portions of Pages 37 and 38,
14 is that information that, by your office custom and
15 practice, the assistant would have gotten that or
16 gathered that information from Ms. Riggio and then
17 recorded it?
18   A.   Correct.
19   Q.   Okay.  And you would have relied on that
20 information in the normal course of your medical
21 practice?
22   A.   Correct.
23   Q.   All right.  Are you able to define for us
24 what portion specifically the medical assistant

13

JACQUELINE WALKER, M.D.

1 would have recorded as opposed to you?
2    A. Yes. The -- in the upper left where it
3 says, finding, subject and objective, the height,
4 the weight number of 104, the temperature, the BP,
5 which is blood pressure, and the pres SX, which is
6 an abbreviation for present symptoms, she wrote the
7 words rape victim 5 -- it appears to be -- '02.
8    And on the right-hand side, the lifestyle,
9 that section with the exception of the words
10 written, one at week next to alcohol socially, that
11 one a week is mine and the regular up by eight cups
12 of coffee. Otherwise, those items in that section
13 with the check boxes were recorded by the medical
14 assistant.
15    On Page 38, there is a urinalysis that
16 would have been recorded by the medical assistant.
17    Q. And the rest would all be your notes?
18    A. And underneath my signature on Page 38 is
19 a note from the staff that the patient was phoned
20 about lab results. That is also written by one of
21 the staff.
22    Q. Okay. Thank you.
23    Bringing you back to Page 27 in the upper
24 left-hand portion where it says -- under findings,
        14

1 it says, wait, am I correct that that says 104,
2 meaning 104 pounds?
3    A. Correct.
4    Q. And then what is your understanding as to
5 the phrase after that, what that is referring to?
6    A. It says, had lost to 95 pounds.
7    Q. Did you have an understanding as to what
8 that meant in terms of the fluctuation of the
9 patient's weight sort of by way of history from the
10 patient?
11    MR. AINSWORTH: I object to the form of the
12 question. Go ahead and answer.
13    THE WITNESS: Okay. I believe that she told me
14 that she had lost weight to 95 pounds, and we had
15 recorded her this day to be up to 104.
16 BY MR. CONNOLLY:
17    Q. Under the lifestyle section on the right
18 side of the upper portion, under sleep, what did
19 the patient report to your assistant with regard to
20 sleep?
21    A. Not well.
22    Q. Okay. The examination portion on the left
23 middle of Page 37, there is some handwriting in the
24 column between normal and abnormal that appears to
        15

1 start with the word, EXT?
2    A. Yes.
3    Q. For external genitalia. Do you see that?
4    A. Yes, I do.
5    Q. Can you read what those words are?
6    A. Yes. It is EXT which is an abbreviation
7 for external genitalia. Plus small erythematous.
8 1 millimeter area, "R" as an abbreviation for
9 right, labia majora. The small symbol meaning no
10 discharge.
11    Q. Okay. What does that -- first of all,
12 that is your note; right?
13    A. Correct.
14    Q. Does that reflect -- its in the
15 examination portion, does that reflect results from
16 your personal examination of Ms. Riggio?
17    A. Yes, it does.
18    Q. Okay. And can you explain to us what that
19 note tells you or told you?
20    A. It tells me that I did an external
21 physical genitalia exam on her.
22    Q. And with regard to the finding, I see --
23 it looks like a plus and a circle, small
24 erythematous. What does that mean?
        16

1    A. It means there was a small red area that
2 was about a millimeter in diameter.
3    Q. Okay. And is that in relation to the
4 right labra majora? Is that --
5    A. Correct.
6    Q. -- what the note means?
7    A. Correct.
8    Q. Okay. So taking away the medical terms
9 and helping the jury with this, this is an external
10 vaginal exam and you saw some -- a small area of
11 redness?
12    A. I did.
13    Q. Okay. Under problems, did Ms. Riggio
14 report to you anything with respect to groin
15 muscle?
16    A. I have written that she told me that she
17 was still having groin muscle tightness.
18    Q. Okay. Under the right-hand column under
19 plans, about midway down, did the patient -- did
20 Ms. Riggio report to you any history with respect
21 to being seen or treated at Hinsdale emergency
22 room?
23    A. I did not -- oh, yes. I guess the third
24 section in the plans, it says, had EKG, CT, which
        17

JACQUELINE WALKER, M.D.

1 is CAT scan head, shoulder x-ray at Hinsdale ER a
2 few days later.
3    Q.  Okay.  Underneath that, does PMH mean
4 prior medical history?
5    A.  Or past, yes.
6    Q.  All right.  Thank you.
7      Is this information that the patient in
8 this case, Sue Riggio, reported to you in terms of
9 her past medical history?
10    A.  Correct.
11    Q.  Okay.  Does MVA mean motor vehicle
12 accident?
13    A.  Yes.
14    Q.  What did she tell you about a motor
15 vehicle accident and other things that are noted in
16 the past medical history?
17    A.  Would you like me to read those items?
18    Q.  You know what, that's probably best if you
19 could, the first two lines, could you read that for
20 me?
21    A.  Yes.  The PMH, which is past medical
22 history, MVA, meaning motor vehicle accident, years
23 ago, hit head.  The small arrow, Parkinson's
24 symptoms, saw neurology.

18

1 the back page or a second page.  I can look in the
2 original record if you would like.
3    Q.  No, no, no.  That's okay.  Nonetheless,
4 it's part of your continued note from that same
5 examination date?
6    A.  Correct.
7    Q.  Does this portion of your notes reflect
8 whether or not you had desired or attempted to
9 perform a pelvic exam?
10    A.  It states, "Pelvic not done secondary to
11 patient difficulty with examination."  That's what
12 the two with the little zero is an abbreviation
13 for.
14    Q.  When you say, "Secondary to patient having
15 difficulty with the exam," does that mean because
16 of or what does secondary mean then just for the
17 Jury?
18    A.  It typically means either that I attempted
19 the exam and the patient didn't tolerate it or that
20 she didn't want me to do it.
21    Q.  Okay.  And as you sit here today, do you
22 have an independence recollection of what it was
23 the patient said or talked to you about in relation
24 to not wanting that exam to be done?

20

1    Q.  And then if I can ask you to jump down to
2 no SX?
3    A.  Yes.
4    Q.  Is that right?  What does "no SX" mean?
5    A.  No symptoms.
6    Q.  What does it say in those two lines?
7    A.  No symptoms now.  Except no, in quotes, no
8 tremor would be indicating a tremor of the head
9 moving in this direction.  So no symptoms now
10 except no, no tremoring.  Head under great stress.
11    Q.  Okay.  I know you just started to explain
12 that.  What are no, no tremors?  How, if at all, do
13 they relate to stress?
14    A.  I do not feel qualified to answer that
15 question.
16    Q.  More for a neurologist?
17    A.  Yes.
18    Q.  Okay.  Can I take you to Page 38, please.
19 On the right-hand column under the word plans, do
20 you see where it says, 9:13 continued?
21    A.  Yes.
22    Q.  Is this like the back page or is it a
23 second page of the 9:13 note?
24    A.  I can't tell from the photocopy if it is

19

1    A.  I don't have an independent recollection,
2 no.
3    Q.  Okay.  If I can have you drop down, there
4 appears to be a Number 2 and a portion of a
5 bracket.  Do you see that?
6    A.  Yes, I do.
7    Q.  Can you read that entry, the two-line
8 entry?
9    A.  Yes.  It says, Number 2, anxiety status
10 post rape.  Prolonged exam secondary to patient
11 stress.  Return -- well, return to clinic two weeks
12 for HIV results.
13    Q.  Your note writing prolonged exam secondary
14 to patient stress, do you recall or can you tell
15 from the words you used in that note what that
16 means, what that reference is referred?
17    A.  It typically would reference that I spent
18 a longer than usual time speaking with the patient
19 for the examination due to her stress.
20    Q.  Okay.  Okay.  If a patient refused a
21 pelvic exam, by your custom and practice, would you
22 typically talk to the patient about why you want to
23 perform the pelvic exam or why it is important?
24    MR. AINSWORTH:  Objection.  Foundation.

21

JACQUELINE WALKER, M.D.

1   You may answer.
2   THE WITNESS: I do typically discuss with them,
3   although I will make judgments in a situation as to
4   how imperative I think the test is or the
5   examination.
6   BY MR. CONNOLLY:
7   Q. Okay. If I can take you to the next page,
8   39. 39 reflects a progress note from a patient
9   visit with Sue Riggio's on September 27th, 2002; is
10  that accurate?
11  A. Yes.
12  Q. All right. If I can draw your attention
13  to the right portion of that page under assessment
14  plan. Can you tell us what you wrote after the
15  number one?
16  A. Had pap a few years ago.
17  Q. When you write, "Had pap a few years,"
18  that would have been a few years before 2002; is
19  that correct?
20  A. Yes.
21  Q. All right. And the word "pap," just so
22  we're all clear, does that refer to Pap smear?
23  A. Yes, it does.
24  Q. Can you tell us what the purpose of

22

1   performing a pap smear is from a medical
2   standpoint?
3   A. It is a screening test for cervical cancer
4   and is also done as a matter of practice.
5   Q. Okay. And when you say, "Done as a matter
6   of practice," I was just going to ask you, are pap
7   smears by your practice done as a routine course of
8   practice or is it only ordered with regard to
9   specific patients and specific concerns?
10  A. They are done as a routine practice based
11  on recommendations from major organizations.
12  Q. Okay. So is that something that is by
13  your view as a doctor in the interest of a patient
14  to have done in order to ensure that you are able
15  to monitor and assess their health on an ongoing
16  basis?
17  A. Yes. As indicated by the guidelines.
18  Q. All right. Okay. Do you recall or do
19  your records reflect whether or not up to this
20  point you were allowed or able to take a Pap smear
21  from Ms. Riggio?
22  A. I do not see that I attempted one on the
23  visit date of 9/27. And we have already reviewed
24  the notes from 9/13.

23

1   Q. Okay. Can I draw your attention to No. 3.
2   Can you read us the two lines following the No. 3?
3   A. Anxiety, patient is seeing psych, doing
4   okay.
5   Q. Okay. This is something the patient then,
6   Ms. Riggio, reported to you?
7   A. Correct.
8   Q. Okay. And you're not a psychiatrist or
9   psychologist so you're noting that so that you're
10  tracking her as her family physician what's going
11  on with her, but that's not something you got
12  involved with --
13  A. Correct.
14  MR. AINSWORTH: Objection. Leading.
15  BY MS. CONNOLLY:
16  Q. Let me rephrase that.
17  With regard to that issue, her extraction
18  I have I think so sight did you ever get involved
19  in assessing or treating that condition yourself?
20  A. No.
21  Q. Okay. Can you draw your attention to the
22  next two pages, Pages 40 and 41. At the top of
23  Page 40 and the left-hand column or left-hand
24  corner, it says 1/30/03, meaning January 30, '03;

24

1   is that accurate?
2   A. Correct.
3   Q. Are these two pages, 40 and 41, are they
4   connected together in terms of when they get filled
5   out?
6   A. Yes. They are a front and back of a form.
7   Q. All right. Terrific. Thank you. If I
8   then take you to Page 41 which would still relate
9   to this January 30, 2003, date. Do you see midway
10  through the left side of the page, the word
11  "rectal"?
12  A. Yes.
13  Q. Okay. And with regard to other tests
14  before -- higher up on the page -- strike that.
15  Let me take you back to Page 40. Are
16  there a list of areas of the body in which you're
17  expected to and typically examine and then you note
18  on here whether it is normal or abnormal?
19  A. Correct.
20  Q. Okay. And included among a number of
21  these is you check the skin, the eyes, the ears,
22  the mouth, the neck, those kinds of things, the
23  breasts; right?
24  A. Yes.

25

7 (Pages 22 to 25)

JACQUELINE WALKER, M.D.

1    Q.   Okay.  If I can take you back to Page 41.
2  On that page, there is also the abdomen, the spine,
3  the extremities; right?
4    A.   Yes.
5    Q.   And for all of those areas you were able
6  to check them and either write normal, or if there
7  was an abnormality, you would note that; right?
8    A.   Correct.
9    Q.   With regard to the rectal, which is
10  located in the mid-portion of Page 41, what is
11  indicated in terms of your examination on that
12  date?
13    A.   It -- I've written deferred.
14    Q.   And what does the word "deferred" mean to
15  you with regard to the rectal portion of the
16  examination?
17    A.   That I was not doing that examination on
18  that day.
19    Q.   Okay.  Do you have an independent
20  recollection as you sit here today as to why not?
21    A.   The patient did not want it done.
22    Q.   Okay.  The next section below is listed as
23  genital.  Do you see that?
24    A.   Yes.

26

1    Q.   Okay.  The vulva and vagina indicate
2  normal at the time indicate that you were able to
3  examine; correct?
4    A.   Correct.
5    Q.   Is that external or internal?
6    A.   External.
7    Q.   Okay.  There appears to be a portion
8  listed as cervix, corpus.  Do you see that?
9    A.   Yes.
10    Q.   Okay.  Were those examined?
11    A.   No.
12    Q.   To the right of the genital area on
13  Page 41, there appears to be some handwriting
14  starting with the word "pap"; is that correct?
15    A.   Yes.  Correct.
16    Q.   And that's your writing?
17    A.   Yes, it is.
18    Q.   Can you read us what you wrote there?
19    A.   Pap not done due to patient intolerance of
20  exam bimanual also deferred.
21    Q.   What is "bimanual"?
22    A.   Bimanual is an examination that is done
23  typically with a finger inside the vagina and you
24  palpate the abdomen feeling for pelvic organs.

27

1    Q.   Okay.  So just going back, the word "pap"
2  that's Pap smear, and that was not done?
3    A.   Correct.
4    Q.   Okay.  Do you have any independent
5  recollection as to why the patient on that date
6  told you that she didn't want it done?
7    A.   It's been my understanding with Susan that
8  she hasn't wanted these exams done because they're
9  too difficult for her.
10    Q.   Any other recollection other than that?
11    A.   No.
12    Q.   Okay.  Can I take you to Page 42?  That
13  has a date of January 30th, 2003, on the top of it.
14       Do you see that?
15    A.   Yes.
16    Q.   Okay.  The information contained under
17  findings and lifestyle, would that be information
18  that would have been obtained by your assistant
19  from Ms. Riggio?
20    A.   It appears on this visit that I recorded
21  the lifestyle items.
22    Q.   Okay.  Under -- in the mid-portion under
23  findings, do you see where it says "SX how long?"
24    A.   Yes.

28

1    Q.   Okay.  What does that mean?  What is that
2  inquiring about?
3    A.   Those three items, the pres SX, which is
4  present symptoms.  Symptoms, how long.  Symptom,
5  intensity.
6    Q.   Okay.
7    A.   Symptoms worse.  And it appears in this
8  case that the lines were used for an ongoing kind
9  of statement not necessarily specifically related
10  to what is in the left-hand column?
11    Q.   Okay.  What does to say after symptoms,
12  how long?
13    A.   Sleeping difficulties.
14    Q.   Okay.  Across from where it says,
15  "symptoms worse," what does it say that you wrote
16  down?
17    A.   It appears that it is actually one of my
18  staff's handwriting.  Continues to be anxious.
19    Q.   Under lifestyle, do you see the word
20  "stress"?
21    A.   Yes.
22    Q.   What is reported in terms of her stress
23  level on January 30th, 2003?
24    A.   Still high.

29

JACQUELINE WALKER, M.D.

1    Q.   Okay.  Under the examination, would this
2 be the portion of the document that you filled out?
3    A.   Yes.
4    Q.   Okay.  Under extremities/pulses, did you
5 make a normal finding or abnormal finding?
6    A.   I marked abnormal.
7    Q.   Did you write anything down specific to
8 that?
9    A.   I wrote, still groin, quote, strain/muscle
10 pull.
11    Q.   So that groin issue that was reported
12 earlier in September, that's still present at this
13 point?
14    A.   She's still reporting it.  Yes.
15    Q.   Okay.  Under the genitalia section, did
16 you write anything specific to a finding at that
17 point?
18    A.   I wrote slight tenderness with Premarin
19 cream.
20    Q.   Okay.  Below those specific categories,
21 you also wrote some individual notes; true?
22    A.   Yes.
23    Q.   Starting with the word "are" and a circle,
24 can you read those two lines?  Tell us what that

30

1 is one.
2    Q.   Okay.  As we go through the records, we
3 may come back to that.  I don't want to draw this
4 out --
5    A.   Okay.
6    Q.   -- unnecessarily?  I don't think there is
7 one but we can have you look.
8         Can I take your attention to Page 43 and
9 44.  Can you tell us, are those pages part of the
10 January 30, 2003, exam date or do those relate to
11 some other date?
12         I couldn't save a date on those documents?
13    A.   I would believe that according to our
14 practice at that time that it did relate to the
15 January 30th exam.  That is a form that -- a
16 history form that we had the patient fill out.
17    Q.   Okay.  With regard to Page 43 under the
18 No. 5D -- 5D says, "Any problems with interest in
19 or enjoying intercourse."
20         Do you see that?
21    A.   Yes, I do.
22    Q.   And your understanding based on the custom
23 and practice in your office --
24         MS. REPORTER:  Please begin again.

32

1 says?
2    A.   Yes.  "R" indicating right-lower jaw
3 canine fracture.  A small arrow, getting another
4 opinion.
5    Q.   Okay.  Lower jaw canine fracture, did you
6 have an understanding, even though you're not a
7 dentist, as to what was being reported to you at
8 that point?
9    A.   I would assume that it was a tooth
10 fracture.
11    Q.   Okay.  Taking you to the right portion of
12 Page 42 under assessment/plan, do you see the No. 3
13 and what is written after it?
14    A.   Yes.
15    Q.   Can you tell us what you wrote?
16    A.   Anxiety.  Posttraumatic.  Still seeing
17 psychiatrist.
18    Q.   Under No. 5, can you tell us what you
19 wrote?
20    A.   Mammogram ordered, hemo-cold.
21    Q.   Do you know or can you tell from your
22 record whether or not that mammogram was ever
23 performed?
24    A.   I would have to locate a report, if there

31

1 BY MR. CONNOLLY:
2    Q.   Doctor, based on the custom and practice
3 in your office, is this document provided to the
4 patient and they're the ones that check in the
5 boxes or not?
6    A.   Yes.
7    Q.   Okay.  Under 5D where it says, "Any
8 problems with interest in or enjoying intercourse,"
9 it appears that "yes" is checked off.
10         Do you see that?
11    A.   Yes, I do.
12    Q.   Your understanding is that Sue Riggio
13 would have checked that; true?
14    A.   Yes.
15    Q.   All right.  If we follow down under five
16 to K, it says, often feeling down, depressed or
17 hopeless within the last month.  And there is an
18 option to check no or yes.  And she checked "yes";
19 correct?
20    A.   Correct.
21    Q.   On the next page, 44, under 10I, it says,
22 "How many sexual partners have you had in the last
23 12 months," she wrote down what?
24    A.   It appears to be a zero.

33

JACQUELINE WALKER, M.D.

1    Q.   Doctor, can I take your attention to the
2  next note on Page 45.  I believe it is dated
3  August 15th, 2004.
4        Do you see that?
5    A.   I do see that date.  Yes.
6    Q.   Okay.  Does this note reflect another
7  visit with Ms. Riggio and you?
8    A.   Yes.
9    Q.   All right.  With regard to her visit,
10 under plans, can you tell us what the first two
11 lines after the number one reflect?
12   A.   Yes.  There is a small scratch out.  It
13 appears I started a letter lower case.
14 Posttraumatic stress.  Celexa per psych.
15   Q.   Okay.  The posttraumatic stress, is that
16 something that Ms. Riggio reported to you or
17 something that you ever diagnosed?
18   A.   She would have reported it to me.
19   Q.   Okay.  Was it your understanding she's
20 giving you a status on her psych treatment?
21   MR. AINSWORTH:  Objection to the form of the
22 question.  Leading.
23 BY MR. CONNOLLY:
24   Q.   What's your -- let me rephrase, Doctor.

34

1  category.  What does it indicate there?
2    A.   Varies.
3    Q.   Under assessment and plan, Doctor, under
4  the No. 1, what was your first assessment reported
5  in this note?
6    A.   Panic attacks at least weekly.  Managing
7  okay.
8    Q.   What are panic attacks?
9    A.   In this case, it would have been the
10 patient telling me she was having panic attacks.
11   Q.   Okay.  But my question to you is:  What
12 are they?
13       Do you have any general understanding from
14 a medical standpoint as to what they are?
15   A.   Yeah.  A general understanding.  They are
16 typically periods of intense panic where the person
17 needs to stop what they're trying to do and has to
18 deal with the panic.  They can't continue to do
19 what they're doing.
20   Q.   Okay.  We talked earlier about the pap
21 smears and the regular need for them.  And in your
22 practice, you would typically request or perform
23 them.
24       What is the recommended time period that

36

1        What is your understanding, Doctor, of the
2  information that you put in your note and that was
3  reported to you by Ms. Riggio in relation to the
4  information after the number one under plans?
5    A.   I was recording what she was telling me
6  about undergoing treatment for that condition.
7    Q.   Okay.  Doctor, if I can draw your
8  attention to the next page, 46, in the right-hand
9  column, does that reflect a visit of Ms. Riggio
10 with you on or about March 13th, 2009?
11   A.   Yes.
12   Q.   Under reason for current visit, what are
13 first three lines, report?
14   A.   Under and also adjacent.
15   Q.   Well, I'm not as interested in the cold or
16 flu stuff?
17   A.   Okay.  Yes.
18   Q.   I'm sorry.  Under the word "reason" --
19   A.   Yes.  So there is a plus sign, tired.
20   Q.   Okay.
21   A.   Sleeps more.  Feels weak.
22   Q.   Okay.  And Doctor, under sleep on the far
23 right upper portion, there is a category for
24 caffeine, tobacco, etcetera.  And sleep is also a

35

1  you understand pap smears should be performed for a
2  woman Sue Riggio's age?
3    A.   Currently or in the 2009?
4    Q.   Let's go with 2009 to start.
5    A.   In 2009, for a patient who had had a
6  histonectomy, the recommendation would typically be
7  every three to five years.
8    Q.   Okay.  Can I take you down to your
9  reported No. 4 under your note in the section
10 assessment plans.  Can you read to the jury what
11 you reported under No. 4?
12   A.   PT, as an abbreviation for patient,
13 refuse's Pap smear, mammogram, breast exam.
14   Q.   So does that note reflect that by the word
15 refuses, that those three examinations were
16 recommended by you and she refused?
17   A.   Yes.
18   Q.   Okay.  Page 47, if I can direct your
19 attention to it, I wasn't entirely clear on the
20 date, the year.
21       Are you able to help me with that either
22 from this copy or your original notes?
23   A.   It appears that it is 3/30/2007.  And
24 certainly later, the other notes that are on that

37

JACQUELINE WALKER, M.D.

1 page would correspond in sequence with that date.
2     Q.   Okay.  All right.  Can I take your
3 attention, Doctor, to Page 50?  Can you tell us
4 what this document is?  This appears to be
5 different than some of the other forms --
6     A.   Yeah.
7     Q.   -- we've seen.
8     A.   This is a well woman exam form.
9     Q.   Okay.  What is the date of this
10 examination?
11     A.   April 6th, 2010.
12     Q.   Did you or one of your assistants record
13 Ms. Riggio's weight as of this date?
14     A.   The assistant would have.
15     Q.   All right.  What is the reported weight
16 for Ms. Riggio on that date?
17     A.   97 pounds.
18     Q.   All right.  Is there, under physical exam,
19 a section for a vaginal examination and an internal
20 or pelvic exam?
21     A.   Yes.
22     Q.   All right.  With regard to the external
23 examination, was that performed by you?
24     A.   No.

38

1     Q.   Okay.  Who would that have been performed
2 by?
3     A.   It doesn't appear it was performed.
4     Q.   And with regard to the internal or
5 the cervical or pelvic examination, was that
6 performed?
7     A.   It does -- no.
8     Q.   Okay.  There is a word written after --
9 there appears to be and "X" through a diagram of a
10 woman's vagina and then an empty circle.  There is
11 a word next to that.
12         First of all, what does the "X" mean
13 through those diagrams?
14     A.   That they were not done.
15     Q.   What is the word that was written
16 next to those diagrams?
17     A.   Deferred.
18     Q.   So, again, the word "deferred," what does
19 that mean to you in relation to why they were not
20 performed?
21     A.   The exam was not done at that visit.
22 Again, this patient did not want me to do that
23 examination.
24     Q.   Okay.  Underneath that section, there is a

39

1 section that includes heart, lungs, abdomen, skin,
2 those kinds of things.  Then you either circle
3 normal or abnormal and make a note; true?
4     A.   Yes.
5     Q.   Okay.  There is also among those
6 categories, the category "rectum," do you see that?
7     A.   Yes.
8     Q.   Do your records indicate whether or not
9 you were able to perform an examination of
10 Ms. Riggio's rectum and what the results, if any,
11 were?
12     A.   I wrote that it was refused by patient.
13     Q.   So in April, 2010, Ms. Riggio is still
14 refusing a rectal exam?
15     A.   Correct.
16     Q.   In the normal course of your practice,
17 would you have explained to Ms. Riggio the need and
18 benefits of performing this type of exam?
19     A.   Yes.
20     Q.   Okay.  Taking you to the next page,
21 Doctor, 51.  It appears that the date is April 6,
22 2010; is that correct?
23     A.   Yes.
24     Q.   Does this reflect another in-office visit

40

1 with Ms. Riggio and yourself?
2     A.   It would be the same date as the
3 examination we just reviewed.
4     Q.   Okay.  And your signature is at the bottom
5 of that note; right?
6     A.   Correct.
7     Q.   Okay.  If I can draw your attention to the
8 right -- upper right-hand quarter of the page under
9 "plans to bi-locally," do you see the date May 23rd
10 written there?
11     A.   Yes.
12     Q.   All right.  Can you read for us what was
13 written there with regard to May 23rd?
14     A.   I wrote, May 23rd ANNIV, as an
15 abbreviation for anniversary, of rape.
16     Q.   Okay.  Now, this visit was in April, 2010.
17 Is this information that -- well, how did you get
18 this information?
19     A.   The patient told me.
20     Q.   Okay.  Is this something you would have
21 raised with the patient or was this something that
22 would have had to come spontaneously from the
23 patient?
24     MR. AINSWORTH:  Object to the form of the

41

JACQUELINE WALKER, M.D.

```
 1  question.
 2  BY MR. CONNOLLY:
 3      Q.  Let me phrase.  Is this information, the
 4  type of information that by your custom and
 5  practice, you would have specifically inquired
 6  about and then noted or do you believe based on
 7  your custom and practice that this is information
 8  that would have been volunteered from the patient?
 9      A.  I believe she would have volunteered it.
10      Q.  Okay.  Doctor, drawing your attention to
11  the bottom portion of Document 51, under No. 1,
12  under assessment and plans, can you read for us
13  what you reported at that point?
14      A.  Panic attacks still once a week.  I wrote
15  above that, "not as bad."  Was better before
16  started "C" with a line above, which is an
17  abbreviation for "with".  So before started with on
18  was Q two weeks, meaning every two weeks.
19      Q.  Does it indicate whether she's still
20  seeing the therapist?
21      A.  The line underneath that, I have written
22  no longer seeing therapist.  But it was, "keeping
23  it alive."
24      Q.  With regard to your No. 4 under assessment
                                                    42
```

```
 1  and plans, on the second line, there seems to be a
 2  greater than 50 percent counseling or some percent.
 3          Can you read that, just that single line
 4  for me?
 5      A.  Yes.  It says, greater than 50 percent
 6  counseling.  Discussion, revisit RE -- as an
 7  abbreviation for regarding -- her coping -- the
 8  abbreviation for with -- with rapes.
 9      Q.  What does that mean or reflect?
10      A.  That is an indication mostly for billing
11  purposes.  That greater than 50 percent of my visit
12  was with speaking with the patient rather than
13  doing examination or medical decision making.
14      Q.  And speaking with her regarding coping
15  with the rapes?
16      A.  Yes.
17      Q.  Is the word rapes here is R-A-P-E-S?
18      A.  That is what I wrote.  Yes.
19      Q.  Okay.  Under No. 6, I don't know what the
20  word -- it says smoker; right?
21      A.  Yes.
22      Q.  Under that line, what did you wrote of
23  report under No. 6?
24      A.  PT is an abbreviation for patient, refuses
                                                    43
```

```
 1  pap and mammogram.
 2      Q.  As of this date, Ms. Riggio is still
 3  refusing a pap smear and mammogram?
 4      A.  Yes.
 5      Q.  Okay.  I am going to skip a visit or two
 6  and ask you to draw your attention to Page 54.
 7          Does this reflect a visit with -- by
 8  Ms. Riggio to you on July 26, 2011?
 9      A.  Yes.
10      Q.  I apologize for doing this, Doctor, let me
11  take you one more page further to 55.  The visit
12  before that July visit would have been this visit,
13  January 24th of 2011; true?
14      A.  Yes.
15      Q.  Okay.  Your signature is on this page
16  reflecting that this was a visit with you?
17      A.  Yes.
18      Q.  All right.  In the left-hand portion of
19  the upper half under system review, there are some
20  handwritten notes.  Do you see that?
21      A.  Yes.
22      Q.  Under shoulders, hip and joints hurt, can
23  you read us what you wrote after that in the next
24  two lines?
                                                    44
```

```
 1      A.  Muscles in groin/legs hurt.
 2      Q.  Okay.  Can I take your attention now,
 3  Doctor, under -- in the section assessment plans,
 4  under the number four where it begins, PT, could
 5  you read to us what you reported in January of
 6  2011?
 7      A.  Yes.  PT is an abbreviation for patient is
 8  claustrophobia/has trouble coming to my office
 9  sometimes.
10      Q.  Do you recall -- do you have an
11  independent recollection as to what the reason for
12  that claustrophobia was reported to you?
13      A.  I believe it was reported as from her
14  previous trauma.
15      Q.  Okay.  When you say "previous trauma," are
16  we still talking about the rape?
17      A.  Yes.
18      Q.  Okay.  Doctor, can I bring you all the way
19  to Page 88.  Do you remember referring Sue Riggio
20  to a specialist in neurology a Dr. Disanto,
21  D-I-S-A-N-T-O?
22      A.  Yes.
23      Q.  Does this, I guess, letter or report to
24  you from Dr. Disanto dated February 3rd, 2011,
                                                    45
```

JACQUELINE WALKER, M.D.

1 confirm to you that referral?
2     A.  Yes.
3     Q.  Okay.  The report seems to reference
4 myalgias and arthralgias.  Do you see that?
5     A.  Yes.
6     Q.  Is that why you referred her to
7 Dr. Disanto?
8     A.  The referral would have been more -- let
9 me go back.  We were on Page 50 -- let's see -- 55.
10 This would have been in reference to the tingling
11 in the hands and feet along with the shoulders and
12 hips hurt.  So it was the aches, but she had also
13 reported to me this tingling.
14     Q.  Okay.  On the first page of Dr. Disanto's
15 report on Page 88, do you see that first large full
16 paragraph?
17     A.  Yes.
18     Q.  And the last two sentences of that, there
19 is -- this was sent to you, by the way, so the jury
20 understands?
21     A.  Right.
22     Q.  This report or letter was sent to you on
23 February 3rd, 2011; right?
24     A.  That's the date of the letter, yeah.

46

1     Q.  And so this is part of your records and
2 part of what you consider by way of your ongoing
3 treatment and assessment of Ms. Riggio?
4     A.  Yes.
5     Q.  Okay.  Dr. Disanto, did he report some
6 history that he got from Ms. Riggio with regard to
7 her treatment with a Dr. Klawans.  Do you know him
8 to be a neurologist or do you not know him?
9     A.  I do not know him.  And Dr. Disanto is
10 female.
11     Q.  I am sorry.  Thank you.
12         So Dr. Disanto, when she writes here,
13 quote, she saw Dr. Klawans, who is a Parkinson's
14 disease expert at Rush.  She was told that she had
15 Parkinson's disease and was on a course of Sinemet.
16 Clearly, she does not have Parkinson's disease
17 since her symptoms resolved.
18         Did you see that information when it was
19 conveyed to you by way of this report?
20     A.  Presumably, when I read the report, yes.
21     Q.  Okay.  With regard to the second page of
22 that report on 89, there appears to be a reference
23 in the second line of that paragraph saying,
24 "Cervical stenosis should be considered."  Do you

47

1 see that?
2     A.  Yes.
3     Q.  Is that a serous, potentially serious
4 condition?
5     A.  Yes.
6     Q.  Okay.  Dr. Disanto indicates two lines
7 from the bottom of his last paragraph says, "We
8 will consider doing an MRI of the cervical spine."
9         Do you see that?
10     A.  Yes.
11     Q.  Okay.  Then he expresses, "She has
12 developed claustrophobia due to the traumatic rape
13 and we are going to hold off on that test for now."
14         Do you see that?
15     A.  Yes.
16     Q.  Did you understand that Dr. Disanto, out
17 of concern for a possible cervical stenosis, was
18 recommending an MRI but that because of Sue
19 reporting claustrophobia from the rape that it
20 never got done?
21     MR. AINSWORTH:  Objection.  Form.  Leading.
22 BY MR. CONNOLLY:
23     Q.  Let me rephrase the question, Doctor.
24         What was your understanding following

48

1 receipt of this report and this specific
2 information as to what Dr. Disanto's
3 recommendations were and what the ultimate result
4 of those recommendations were?
5     A.  From what she's written here in the
6 report, she was planning on doing an EMG test which
7 is an electro -- I'm not good with the
8 abbreviation.  It is a nerve stimulation test and
9 nerve conduction study and blood work.
10         And if she didn't find an answer there,
11 then she would consider doing an MRI of the spine,
12 but -- and then she mentions that that might be a
13 difficult test for the patient.
14     Q.  Why?
15     A.  Because of her claustrophobia.
16     Q.  And what was your understanding as to what
17 the claustrophobia was related to by way of patient
18 history?
19     A.  From the rape.
20     Q.  Okay.  Do you know, as you is sit here
21 today, whether or not that MRI to check out her
22 cervical spine for cervical stenosis was ever done?
23     A.  I don't believe that it was.
24     Q.  Okay.  Doctor, if I can take you to

49

JACQUELINE WALKER, M.D.

1  Page 34 of Group Exhibit 1.
2      Does that reflect a visit to your office
3  by Ms. Riggio on January 20th, 2012?
4      A.  Yes.
5      Q.  And if I take your attention to the next
6  page, 35, is that part of that same office visit,
7  it is just the second page relating to that office
8  visit?
9      A.  Yes.
10     Q.  Okay.  On that Page 35, under the section
11  "preventive medicine," the word "stress" is typed
12  there.
13         Do you see that?
14     A.  Yes.
15     Q.  Okay.  Can you -- first of all, tell us
16  what that word "stress" in and of itself means?
17  Why is it in that location of the report?
18     A.  That is a section in the electronic
19  medical record where we typically had the medical
20  assistant fill out some of the data or else we did
21  it ourselves.
22         Again, I suspect the statements next to
23  the word "stress" may not be reflecting -- again,
24  we may have been writing that or typing that in an

50

1  available space as opposed to particularly next to
2  stress.
3      Q.  Okay.  Let's get to the information then.
4  I just wanted to understand it in relation to
5  stress.  The information contained after the word
6  stress may or may not have anything to do with
7  stress?
8      A.  I think -- yeah.  Exactly.  I think we
9  were just using available space to type it.
10     Q.  All right.  In that space, at the end or
11  near the end of your report of January 20th, 2012,
12  what did you -- what is reported there?
13     A.  Refuses pap, mammogram and colon cancer
14  screening due to previous trauma.  Can't tolerate
15  the testing.
16     Q.  All right.  So in terms of refusing the
17  pap, that's refusing a pap smear again; right?
18     A.  Correct.
19     Q.  Refusing a mammogram again?
20     A.  Correct.
21     Q.  And refusing colon cancer screening.
22  That's a rectal exam; correct?
23     A.  It can be several things.
24     Q.  Okay.  And it's related here by this note

51

1  to the previous trauma, and you understood that to
2  mean the rape?
3      A.  Yes.
4      Q.  Okay.  That's information that would have
5  been provided by Ms. Riggio; right?
6      A.  Yes.
7      Q.  Can I take you to Page 30?  Does it
8  reflect an office visit with you on November 13th,
9  2012?
10     A.  Yes.
11     Q.  Under "Constitutional" after the phrase
12  "Patients has no new physical complaints," it says,
13  "She still does not eat consistently, but does
14  drink Ensure daily."
15         Do you see that?
16     A.  Yes.
17     Q.  Do you remember that -- whether or not Sue
18  was having any weight issues?
19     A.  She has been thin and the weight continued
20  to be a concern.
21     Q.  Okay.  Was the Ensure prescribed or
22  recommended by you as a dietary supplement or do
23  you know why she was taking it?
24     A.  I do not recall if I recommended it or she

52

1  had started it on her own.
2      Q.  Okay.  Did you have an understanding as to
3  the purpose of the Ensure?
4      A.  To try and get calories and protein into
5  her if she wasn't eating.
6      Q.  Can I draw your attention to Page 31 in
7  the left upper column?
8      A.  Yes.
9      Q.  There is a section captioned
10  "Psychiatric."
11         Do you see that?
12     A.  Yes.
13     Q.  And what does it say after that?
14     A.  Depressed mood, yes.
15     Q.  Okay.  Is that a condition that is
16  inquired about with the patient and then reported
17  as you have here that, yes, she has a depressed
18  mood, or is this something that you assess yourself
19  and write down?
20     A.  This is actually a bubble sheet form we
21  had the patients fill out that was then scanned and
22  electronically entered by the system.
23     Q.  Okay.  I'll take your attention to
24  Page 27, please.  I think -- did Ms. Riggio visit

53

JACQUELINE WALKER, M.D.

1  you again on February 7th, 2013?
2      A.  Yes.
3      Q.  Now, under "reason for the appointment,"
4  can you tell us what is reported there?
5      A.  It says, hospital F/U, as an abbreviation,
6  for follow-up, had a heart attack.
7      Q.  Okay.  And then it talks about her
8  starting rehab on Monday?
9      A.  Correct.
10     MR. AINSWORTH:  What page are you on?
11     MR. CONNOLLY:  27.
12  BY MR. CONNOLLY:
13     Q.  Do you have any recollection as to the
14  circumstances surrounding Ms. Riggio's heart attack
15  that occurred sometime prior to February 7th, 2013?
16     A.  I recall that she was hospitalized with a
17  heart attack.  I would have to look at the hospital
18  records to comment on the hospital stay.
19     Q.  You didn't treat her directly for the
20  heart attack?
21     A.  I was the attending physician in the
22  hospital.  There was also a cardiologist involved
23  in the care.
24     Q.  Okay.  Do you recall whether there was

54

1  some -- strike that.
2          With regard to this particular document,
3  there is a section called "assessments" on the
4  bottom of Page 27.
5          Do you see that?
6      A.  Yes.
7      Q.  Okay.  And that includes what, the sort of
8  the differential or working diagnoses?
9      A.  These would be diagnoses that the patient
10  has that we're following.
11     Q.  And you, as her family physician, would be
12  tracking all of it whether you were directly
13  responsible or primarily responsible for treating
14  those conditions or not; true?
15     A.  Attempting to track, yes.
16     Q.  Okay.  Coronary artery disease is on
17  there?
18     A.  Correct.
19     Q.  On the next page, I see the word
20  "fatigue."  That was a diagnosis?
21     A.  Yes.
22     Q.  Okay.  Under No. 11, what was the
23  diagnosis that she was carrying at that time?
24     A.  Posttraumatic stress disorder.

55

1      Q.  With regard to the posttraumatic stress
2  disorder, what was your understanding as to what
3  that was related to?
4      A.  The rape.
5      MR. AINSWORTH:  I'll object to the foundation.
6  BY MR. CONNOLLY:
7      Q.  When you say, Doctor, that the
8  posttraumatic stress disorder was relating to the
9  rape, what do you base that recollection or comment
10  on?
11     A.  Patient's report.
12     Q.  You saw her -- if I can draw your
13  attention to Page 22.  You saw her again on
14  May 7th, 2013?
15     A.  Yes.
16     Q.  And with regard to her continuing care and
17  assessments, if I can draw your attention to
18  Page 23 and 24, were the same diagnoses in addition
19  to others still there reflecting coronary artery
20  disease, fatigue, and posttraumatic stress?
21     A.  Yes.
22     Q.  Okay.  Now, there is included under No. 9
23  a history of heart artery stent; right?
24     A.  Yes.

56

1      Q.  Was it your understanding that the artery
2  stent was part of the corrective measures taken
3  following the heart attack?
4      A.  Yes.
5      Q.  Okay.  Your next visit on Page 19,
6  December 23rd, 2013, on the second page of that
7  progress note, on Page 20, again, the assessments
8  are listed there?
9      A.  Yes.
10     Q.  Okay.  And those working diagnoses,
11  working assessments, include coronary artery
12  disease, history of hard arteries stent and
13  posttraumatic stress disorder?
14     A.  Yes.
15     Q.  Your next visit that you saw Ms. Riggio
16  was July 15th, 2014; is that right?
17     A.  What page are we on?
18     Q.  I'm sorry.  Thank you.  Page 16.
19     A.  Yes.
20     Q.  On the middle of the left-hand column
21  where it says "current medications," does it
22  indicate whether she's still taking Ensure to try
23  to supplement her calorie intake?
24     A.  Yes.

57

JACQUELINE WALKER, M.D.

1    Q.   Under assessments, did she still carry the
2  diagnosis of posttraumatic stress disorder?
3    A.   It is still on the list, yes.
4    Q.   On the next page, 17, which is part of
5  that same note from July 15, 2014, under the
6  left-hand column section where it says
7  "psychiatric" at the bottom of the list, is there a
8  report at that time as to whether or not she
9  appears or is still depressed?
10    A.   It is indicated.  Yes.
11    Q.   Okay.  Doctor, if I can draw your
12  attention to what I've had marked as Group
13  Exhibit 3?
14    A.   Yes.
15    Q.   This exhibit reflects more recent visits,
16  office visits, that were not originally contained
17  in the subpoenaed documents that we received from
18  your office.
19    On Page 96, does that reflect an office
20  visit to you by Ms. Riggio on November 4th, 2014?
21    A.   Yes.
22    Q.   Okay.  On the second page, 97, does it
23  indicate a continuing diagnosis of posttraumatic
24  stress disorder?

58

1    A.   Yes.
2    Q.   Okay.  If I can take you to Page 98, which
3  is the third typed page of that same visit, do you
4  see on the section under "health maintenance"?
5    A.   Yes.
6    Q.   All right.  Are there a number of
7  categories listed under there, under the word
8  "due," D-U-E?
9    A.   Yes.
10    Q.   What does it mean when you write -- well,
11  first it says, "health maintenance" and then it
12  says "recommendations;" right?
13    A.   Yes.
14    Q.   When it says "due," what does that mean
15  when you say "due"?
16    A.   In the electronic note, it indicates that
17  there has not been charting entered that fulfills
18  that.
19    Q.   Okay.  And under that list, under the
20  section "due," meaning it hasn't been done, is the
21  breast cancer screen in there?
22    A.   Yes.
23    Q.   The cervical cancer screen?
24    A.   Yes.

59

1    Q.   Colorectal cancer screen?
2    A.   Yes.
3    Q.   Okay.  Both the ocult blood and
4  sigmoidoscopy?
5    A.   They are both listed there, yes.
6    Q.   And the sigmoidoscopy, just so the jury
7  has a full understanding, that's a scope that gets
8  inserted into the rectum and into the lower
9  intestine at least; right?
10    A.   Correct.
11    Q.   Okay.  Those were not -- those haven't --
12  those are due to be done and have not been done?
13    A.   They're not recorded as done in this
14  electronic medical record, correct.
15    Q.   Okay.  Under "impression and plan," is
16  posttraumatic stress still reflected as a
17  continuing part of her condition?
18    A.   Yes.
19    MR. AINSWORTH:  Which page is that?
20    MR. CONNOLLY:  That was 98.
21  BY MR. CONNOLLY:
22    Q.   And, Doctor, can I take you to Page 91.
23  Does this reflect a visit date with Ms. Riggio on
24  March 26th, 2015?

60

1    A.   Yes.
2    Q.   On Page 2 of that visit, being 92 of our
3  exhibit, under "problem list" included with stented
4  coronary artery which we talked about earlier, is
5  posttraumatic stress disorder on that list?
6    A.   Yes.
7    Q.   Okay.  On the third page of that report,
8  what is Page 93 of our exhibit, under "health
9  maintenance," the section under recommendations and
10  things that are pending, those are things that,
11  again, have been recommended but have not yet been
12  performed?
13    A.   Again, in the electronic medical record
14  recommended have not been completed so it knocks
15  out the recommendation.
16    Q.   Okay.  And under that list included in
17  there is the breast cancer screening, the cervical
18  cancer screen, the colorectal --
19    A.   Correct.
20    Q.   -- colorectal cancer screen; right?
21    A.   Yes.
22    Q.   On the next page, 94, under "impression
23  and plan," it appears that in conjunction with
24  other things that you're treating her for, the word

61

JACQUELINE WALKER, M.D.

1 "underweight" is there.
2      Do you see that?
3      A.  Yes.
4      Q.  Is that a diagnosis then that you made at
5 that time?
6      A.  Yes.
7      Q.  Okay.  Were you concerned about that at
8 least enough to add it to your diagnoses?
9      A.  It is certainly something that is still
10 being monitored, yes.
11     Q.  Okay.  Doctor, you mentioned earlier
12 the -- at least the one hospitalization that you
13 were connected with with regards to Ms. Riggio when
14 she had the heart attack.  Do you remember with
15 regard to Ms. Riggio's hospitalizations whether she
16 ever made any specific requests to you with regard
17 to her care and who could care for her, who
18 couldn't care for her?
19     A.  She has made requests to me in the
20 hospital to not have male staff, care techs.
21     Q.  Sorry.  I'm not sure I heard that.  She
22 has made a request to you that what?
23     A.  That she not have male staff.  What we
24 would have previously called an aide.

62

1      Q.  Okay.  And do you recall approximately
2 when that would have been that she made that
3 request, was that in relation to the time period
4 with the heart attack treatment or some other time
5 period?
6      A.  She has expressed it to me in the hospital
7 with the heart attack admission.  I think that's
8 something that I've carried along as something that
9 she does not want mentally.  It would not typically
10 be something that I would have charted in the
11 hospital chart.
12     Q.  Okay.  The heart attack hospitalization
13 occurred in early 2013 so certainly that
14 conversation occurred during that time period?
15     A.  Yeah.
16     Q.  And then it may have occurred during other
17 time periods as well?
18     A.  It might have.
19     Q.  Okay.  And what was your understanding or
20 what is your recollection as to why Ms. Riggio made
21 that specific request that no male orderlies be
22 allowed to treat her?
23     A.  She wasn't comfortable having a male
24 taking care of her for personal care, I guess,

63

1 would be the --
2      Q.  Did she describe to you or indicate to you
3 why?
4      A.  I think my understanding was it was
5 because of the rape.
6      MR. CONNOLLY:  That's all I have.  Thank you,
7 Doctor.
8           EXAMINATION
9 BY MR. AINSWORTH:
10     Q.  Hi, Doctor.
11     A.  Good morning.
12     Q.  Good morning.  I represent Carl Chapman.
13 I have some questions to follow up on the questions
14 that Mr. Connolly asked of you.
15     A.  Yes.
16     Q.  During your later treatment with
17 Ms. Riggio, did she report any complaints about the
18 fact that the person that she claimed had raped her
19 was being released from prison?
20     A.  I don't actually recall her telling me
21 that.
22     Q.  Did she bring up any statements about the
23 fact that the person that she accused of rape was
24 having his conviction overturned and had been

64

1 granted a certificate of innocence?
2      MR. CONNOLLY:  I'll object to the relevance.
3      THE WITNESS:  I don't recall exactly what she
4 told me.
5 BY MR. AINSWORTH:
6      Q.  We're just looking for your recall.  SO if
7 you don't recall, then it is what it is.
8      A.  I don't.
9      Q.  And along those same lines, did Ms. Riggio
10 tell you that she was having any difficulties as a
11 result of there being press accounts claiming that
12 she had fabricated her account of the rape?
13     A.  I do not believe that she told me that.
14     Q.  All right.  I would like to turn now to
15 Exhibit No. 2, to Page 37, if you would.  This is
16 your visit with Ms. Riggio on September 13th, 2002;
17 correct?
18     A.  Correct.
19     Q.  That's the first time you actually
20 examined Ms. Riggio?
21     A.  Yes.
22     Q.  And on that date, her weight was
23 104 pounds; right?
24     A.  Yes.

65

JACQUELINE WALKER, M.D.

1    Q.   And she had just reported to you that she
2  went down to 95 pounds; correct?
3    A.   Correct.
4    Q.   You never measured that, at least not in
5  2002; right?
6    A.   Not according to the records we have here,
7  no.
8    Q.   Okay.  You observed her external
9  genitalia; correct?
10   A.   Yes.
11   Q.   And you observed a small red area about a
12 millimeter in size?
13   A.   Yes.
14   Q.   Do you know what caused that small red
15 area to be present?
16   A.   No.
17   Q.   Based on your -- do you have any knowledge
18 as to what might cause a small red area to be
19 present on somebody's labia?
20   A.   There could be various causes.
21   Q.   What are those various causes?
22   A.   It could be some type of trauma which
23 could even mean a person might have scratched
24 themselves.  A millimeter is pretty small, you

66

1  know, so it was an observed small red area.
2    Q.   Could it be caused by sexual intercourse?
3    A.   It could.
4    Q.   The small red area that you observed on
5  Ms. Riggio's labia, did you believe that to be a
6  permanent condition?
7    A.   I wouldn't be qualified to answer that at
8  the time on one examination.
9    Q.   Okay.  In your exam with Ms. Riggio on
10 September 13th, 2002, did you talk with her about
11 problems that she was having?
12   A.   I would assume that I did, yes.
13   Q.   That's part of your standard exam is to
14 sit down and inquire of the patient what problems
15 they're having?
16   A.   And how they're doing, yeah.
17   Q.   Yeah.  That assists you in your
18 examination of the patient, you know what areas to
19 focus on and whether to refer the patient out to
20 another professional for additional care?
21   A.   Correct.
22   Q.   During your visit with Ms. Riggio on
23 September 13th, 2002, did she mention anything to
24 you about any problems or difficulties with her

67

1  teeth?
2    A.   With her teeth 2011?
3    Q.   Yes.
4    A.   I don't have any independent recollection
5  of that.
6    Q.   Is there anything in your notes to
7  indicate that Ms. Riggio was complaining about
8  having either pain or sensitivity or any difficulty
9  whatsoever with her teeth?
10   A.   I do not see anything in the note, no.
11   Q.   When you met with Ms. Riggio on September
12 13th, 2002, did she tell you that she had been, not
13 only the victim of a sexual assault in May of 2002,
14 but that she had also been a victim of another
15 sexual assault some 20 years prior?
16   A.   I do not have an independent recall of
17 that, and I have nothing charted in the note.
18   Q.   In your reports, you -- well, look
19 specifically at Page 38, if you would.  Under
20 "plans," No. 2, there is a reference to anxiety?
21   A.   Yes.
22   Q.   Is that a report by Ms. Riggio that she
23 was suffering from anxiety?
24   A.   Yes.

68

1    Q.   So when you chart in your records that
2  Ms. Riggio was complaining of anxiety, that's --
3  the basis for that is Ms. Riggio's report to you;
4  is that right?
5    A.   Typically, with anxiety, that is the
6  report, yes.  It is per patient report.
7    Q.   I'm going to ask you to turn to Page 39.
8  Those are your notes of a visit with Ms. Riggio or
9  an exam of Ms. Riggio on September 27th, 2002;
10 correct?
11   A.   Correct.
12   Q.   At that time, her weight was 108 pounds;
13 right?
14   A.   Yes.
15   Q.   And Ms. Riggio reported that she was
16 experiencing anxiety, is that right, under -- I'm
17 looking at Plan No. 3.
18   A.   I still have anxiety as a problem that I'm
19 asking her about, yes.
20   Q.   And she, Ms. Riggio, reported that she was
21 doing okay; right?
22   A.   Yes.
23   Q.   At that visit on September 27th, 2002, did
24 Ms. Riggio mention to you any problem with her

69

JACQUELINE WALKER, M.D.

1  teeth?
2     A.  I have nothing documented and have no
3  independent recall.
4     Q.  Did Ms. Riggio tell you that she was
5  having any problems with her weight during that
6  visit on September 27th, 2002?
7     A.  Not that I recall.
8     Q.  Did Ms. Riggio express any problem with
9  her sleep at that visit on September 27th, 2002?
10    A.  Not that I recall.
11    Q.  If Ms. Riggio was complaining to you about
12 problems with either her sleep or her teeth, would
13 you have noted those in your chart?
14    A.  Presumably.
15    Q.  You try to note what difficulties your
16 patients are having so you can track them over
17 time?
18    A.  I do.  But I'm not transcribing as we have
19 the luxury of today.  I do sometimes omit things
20 from the record that are discussed.
21    Q.  And I understand that.  Nobody is perfect.
22 But your intent is try to record the problems that
23 your patients are telling you about so you can
24 track them?

70

1     A.  That need follow-up, yeah.
2     Q.  I am going to ask you to turn, if you
3  would, to Page 41.
4     A.  Yes.
5     Q.  There Mr. Connolly asked you some
6  questions about your genital exam of Ms. Riggio.
7  And you were able to do an external exam of
8  Ms. Riggio; correct?
9     A.  Yes.
10    Q.  And you observed that her vulva and her
11 vagina were normal based on your exam; correct?
12    A.  Yes.
13    Q.  Did you -- and this was a visit on
14 January 30th, 2003; is that right?
15    A.  Yes.
16    Q.  At that time, did you tell Ms. Riggio that
17 her genitalia were damaged?
18    A.  I don't have an independent recollection
19 of that.
20    Q.  Did you -- at that exam on January 30th,
21 2003, did you tell Ms. Riggio that her genitalia
22 would never be the same?
23    A.  I don't have an independent recollection
24 of that, no.

71

1     Q.  Did you ever observe damage to
2  Ms. Riggio's genitalia?
3     A.  What I have observed is charted in the
4  chart.
5     Q.  And that -- was that in September of 2002
6  observing the one millimeter red spot on her right
7  labia?
8     A.  Yes.
9     Q.  Have you ever told Ms. Riggio that her
10 genitalia would never be the same?
11    A.  Not that I recall.  No.
12    Q.  Do you know of any basis based on your
13 review of your records and your knowledge of your
14 treatment with Ms. Riggio as to why you would say
15 to Ms. Riggio that her genitalia would never be the
16 same?
17    MR. CONNOLLY:  I object to the form.
18    MR. MICHALIK:  I object to the form, too.
19    THE WITNESS:  I don't understand the question
20 or the intent.
21 BY MR. AINSWORTH:
22    Q.  Let me break it down.  There are sometimes
23 patients who have chronic conditions that you
24 treat; correct?

72

1     A.  True.
2     Q.  And sometimes patients have an injury to
3  their genitalia that may cause their genitalia not
4  to function the same way or to cause pain to the
5  patient on an ongoing basis; right?
6     A.  Yes.
7     Q.  Did you observe any injury to Ms. Riggio's
8  genitalia that would cause you to believe that her
9  genitalia would never be the same?
10    A.  You're asking if I observed any injury
11 that would cause the physical structure of her
12 genitalia to never be the same?
13    Q.  Exactly.
14    A.  On external examination, I did not.
15    Q.  Do you know why Ms. Riggio would claim
16 that you told her that her genitalia were damaged
17 and they would never be the same?
18    MR. CONNOLLY:  Objection.  Calls for
19 speculation.
20    THE WITNESS:  No.
21 BY MR. AINSWORTH:
22    Q.  Let me ask you to turn to Page 42.  This
23 is a continuation of your exam of Ms. Riggio on
24 January 30th of 2003; right?

73

JACQUELINE WALKER, M.D.

1    A.  Uh-huh.
2    Q.  Is that a yes?
3    A.  Yes.
4    Q.  At that time, her weight was 112 pounds;
5  right?
6    A.  Correct.
7    Q.  So she went from 104 pounds on your first
8  visit in September of 2003 to 108 pounds in
9  September -- I'm sorry.  Let me strike that.
10       Ms. Riggio went from 104 pounds from her
11  first visit in September of 2002 to 108 pounds at
12  her second --
13    A.  Uh-huh.
14    Q.  -- visit in September of 2002 and now she
15  is 112 pounds in January of 2003; right?
16    A.  Correct.
17    Q.  There is a -- the reference next to
18  examination where it says, "still groin
19  strain/muscle pull," do you see that?
20    A.  Yes.
21    Q.  I am going to ask you to turn back to
22  Page 36.
23    A.  Okay.  Yes.
24    Q.  These are notes that you took of your

74

1  phone conversation with Ms. Riggio on
2  September 3rd, 2002; right?
3    A.  Correct.
4    Q.  Were you taking these notes as you spoke
5  to her, or after you're done, did you write down a
6  summary?
7    A.  I don't recall.  My practice is typically
8  to try and write when I'm speaking, but I will
9  sometimes finish that up after I hang up with the
10  patient.
11    Q.  So Ms. Riggio's first -- the first note
12  that you have of your conversation with Ms. Riggio
13  was that she was a rape victim in May and went to
14  the Northwestern Rape Center?
15    A.  Correct.
16    Q.  And then after that -- could you read what
17  is written on the next line?
18    A.  Status post hysterectomy for
19  endometriosis.
20    Q.  And so -- what is endometriosis?
21    A.  Endometriosis is a condition where cells
22  that would typically be in the lining of the uterus
23  are found other places in the pelvic organs or
24  abdominal organs.

75

1    Q.  And that can be a painful condition;
2  correct?
3    A.  Yes.
4    Q.  And right after you write -- I'm sorry.
5  Would you tell me again what "SP" means?
6    A.  Status post.  So she has a history of
7  having had a hysterectomy.
8    Q.  So immediately after you wrote, "status
9  posthysterectomy for endometriosis," it says,
10  "still has groin muscle tenderness;" is that right?
11    A.  Yes.
12    Q.  And is it your understanding that the
13  reference to the groin muscle tenderness is
14  relating to the endometriosis?
15    A.  I don't think so.
16    Q.  The two don't seem to relate, is that what
17  you're saying?
18    A.  Correct.
19    Q.  Do you know what the reference is to
20  "still has groin muscle tenderness" is?
21    A.  I believe it is in reference to the two
22  sentences above about the rape.
23    Q.  And why do you believe that?
24    A.  Because the hysterectomy was a historical

76

1  item.  I don't believe that that happened in this
2  interval.
3    Q.  Do you know when she had the hysterectomy?
4    A.  I don't.  Off the top of my head, no.  And
5  I don't know if it is charted in here anywhere.
6    Q.  When Ms. Riggio is reporting that she had
7  groin muscle tightness in January of 2003, was that
8  her self-report?
9    A.  Yes.
10    Q.  Thank you.
11       What is premarin cream?
12    A.  It is an estrogen cream.
13    Q.  And what is it used to treat -- or what
14  was it used to treat for Ms. Riggio?
15    A.  Which page are you on?
16    Q.  I'm on Page 42.  This is back on the
17  January 30th, 2003, examination.
18    A.  Okay.  Um, let me see which way we were
19  going here.  I want to see where I prescribed it,
20  which was on --
21    Q.  On Page 42, you have a reference to it --
22    A.  Right.
23    Q.  -- next to genitalia?
24    A.  Right.  It was prescribed for atrophic

77

JACQUELINE WALKER, M.D.

1  vaganitis.
2      Q.   And what is atrophic vaginitis?
3      A.   It is a dryness and shrinkage in the
4  vaginal tissues that we typically see in the
5  absence of estrogen after menopause whether it is
6  natural or surgical.
7      Q.   Is that a -- it is hard to say whether
8  anything is common.  But is that something that
9  patients that you've treated a number of other
10  people of Ms. Riggio's age for?
11      A.   It is not an infrequent complaint in
12  someone who is postmenopausal.
13      Q.   And then on Page 43, this is Ms. Riggio's
14  self-report?
15      A.   Yes.
16      Q.   And this is the self-report that you
17  believe was from the January 30th of 2003
18  examination?
19      A.   Correct.
20      Q.   And you see under 5J, it says -- it asks
21  Ms. Riggio whether she was having trouble falling
22  or staying asleep?
23      A.   Yes.
24      Q.   And what was Ms. Riggio's response?

78

1      A.   It appears that she marked an "X" just
2  above that.  So I am going to say no, above the no
3  circle.
4      Q.   So as of January of 2003, she wasn't
5  reporting sleep disturbances; is that right?
6      A.   Correct.
7      Q.   Then on Page 45, this is the visit or the
8  exam you had with Ms. Riggio on August 15, 2004; is
9  that right?
10      A.   Correct.
11      Q.   At that time, her weight was 110 pounds;
12  right?
13      A.   Yes.
14      Q.   And so, between 2002 and 2004,
15  Ms. Riggio's weight had fluctuated between 104 and
16  112 pounds; is that right?
17      A.   Correct.
18      Q.   At that time, you weren't counseling her
19  on eating more or supplementing her diet to keep
20  her weight up; is that right?
21      A.   I didn't chart anything about it so I'm --
22  she's still very thin.
23      Q.   She is a thin woman; correct?
24      A.   Correct.

79

1      Q.   And if you go to Page 46, under
2  "assessment plans," this is part of your visit with
3  Ms. Riggio all the way up in 2009; right?
4      A.   Correct.
5      Q.   Under No. 2, you have "easy bruising"?
6      A.   Yes.
7      Q.   And what does "easy bruising" refer to?
8      A.   Generally that is a patient report that
9  they feel they're bruising easily.
10      Q.   And that could be indicative of an
11  underlying medical condition; right?
12      A.   It could.
13      Q.   It could also just be because somebody is
14  thin or their tissue bruised more easily?
15      A.   Well, generally speaking, if I have a
16  patient report to me that they're bruising easily,
17  I feel I should at least look into some of the
18  medical problems that could cause that.
19      Q.   I am not suggesting otherwise.  I'm just
20  saying that sometimes it's a medical condition that
21  there is an underlying cause for that condition?
22      A.   Uh-huh.
23      Q.   And sometimes it is just like, that's how
24  the person presents, they're just somebody who

80

1  bruises easily and there is not underlying
2  medical --
3      A.   True.
4      Q.   -- definition?
5      MS. REPORTER:  Please wait for each other.
6  BY MR. AINSWORTH:
7      Q.   There was a period from 2004 to 2007 where
8  you did not see Ms. Riggio; correct?
9      A.   Correct.
10      Q.   Do you know if she was seeing other
11  doctors in the interim?
12      A.   I don't know.
13      Q.   All right.  I am going to ask you to turn
14  to Page 51 under topic No. 1.
15      A.   Yes.
16      Q.   There is a reference -- you read it
17  before, you said the end part of it was "before
18  started with son was every two weeks"?
19      A.   Yeah.
20      Q.   Is that right?
21      A.   Correct.
22      Q.   What did you mean by when you wrote
23  "started with son"?
24      A.   I have written that toward the top of that

81

JACQUELINE WALKER, M.D.

1  page underneath the area that says, "closing May
2  10th." I have written "son problems."
3      Q. So she was having difficulties with her
4  son; is that right? That's what she reported to
5  you?
6      A. Correct.
7      Q. That was causing her trouble or -- I'm
8  sorry.
9          That was causing her to have more panic
10  attacks?
11      A. That's what I charted there, yeah. That's
12  what she told me.
13      Q. That was based on what Ms. Riggio was
14  telling you; right?
15      A. Correct.
16      Q. And Ms. Riggio told you that the
17  anniversary of her rape was May 23rd?
18      A. Yes.
19      Q. Not May 24th; correct?
20      A. May 23rd is the date I have written down
21  there. I have no independent recollection of that.
22      Q. And then if you turn to Page 53, it is a
23  visit with her -- exam with Ms. Riggio on
24  October 7th, 2010; right?

82

1      A. Correct.
2      Q. At that time, she reported no problem with
3  her sleep or her stress; is that right?
4      A. That's what is charted by my staff.
5      Q. You rely on that in treating Ms. Riggio;
6  is that right?
7      A. Correct.
8      Q. Then if you turn to Page 55 --
9      A. Yes.
10      Q. -- this is an exam of Ms. Riggio on
11  January 24, 2011?
12      A. Correct.
13      Q. You have 4/10 written -- I'm sorry. Your
14  staff has written 4/10 next to caffeine, tobacco,
15  alcohol in the upper right-hand corner?
16      A. I see that.
17      Q. What does that refer to?
18      A. I don't know.
19      Q. It was on the chart for the October 7th,
20  2010, visit as well?
21      A. Yeah. I'm not sure what that refers to.
22      Q. Okay. There is a reference on the
23  January 24th, 2011 --
24      A. Actually, you know what, may I amend that?

83

1      Q. Sure.
2      A. I believe the 4/10 would refer to the fact
3  that the last time that those questions were fully
4  answered was on April 10th or the April 10th visit.
5  So they're referencing back to on April 6th, 2010,
6  we asked her all those questions. We did not on
7  the subsequent visits.
8      Q. Okay. Thank you.
9          There is a reference on Page 55 to
10  "patient is claustrophobia"?
11      A. Yes.
12      Q. That was what Ms. Riggio reported to you;
13  is that right?
14      A. Correct.
15      Q. Ms. Riggio, at that same visit, also was
16  complaining about various problems with tingling in
17  her feet and hands, her joints, and her shoulders
18  and hip hurting and muscles in her leg and her
19  groin was hurting?
20      A. Yes.
21      Q. And you were concerned enough about those
22  conditions that you referred her to a specialist;
23  right?
24      A. Yes.

84

1      Q. And was there ever a diagnosis or an
2  explanation for why Ms. Riggio was exhibiting those
3  symptoms?
4      A. Yeah. Let me -- there is, starting on
5  Page 80 -- whoops. Sorry. There is a progress
6  note. I'm not sure if that is actually Graffin or
7  Gratton, Dr. Gratton, who is a rheumatologist who
8  evaluated the patient and was treating her for a
9  subacute inflammatory illness, which I -- and I
10  don't expect you to understand this, just reading
11  it through.
12          But, basically, that she had these
13  symptoms that weren't consistent with a particular
14  connective tissue diagnosis, but that she had had
15  at least one blood test that was positive. And,
16  you know, she commented, "additional imaging for
17  confirmation for active inflammatory arthritis
18  would be difficult in her case on certain imaging
19  procedures like MRI."
20          So she was being treated for a
21  rheumatologic condition that I don't believe ever
22  had a definitive diagnosis put on it.
23      Q. So that is kind of arthritis?
24      A. You know, it is a -- I am going to say

85

JACQUELINE WALKER, M.D.

1 rheumatologic condition. I'm not a rheumatologist.
2 And some of these diagnoses are difficult to make.
3     Q.  Fair.  Would you mind turning to Page 88?
4     A.  Yes.
5     Q.  Mr. Connolly asked you about the reference
6 to the Parkinson's at the bottom of the first
7 paragraph?
8     A.  Yes.
9     Q.  Did you rely on anything written in those
10 last three sentences of the first paragraph of this
11 letter from Dr. Disanto to treat Ms. Riggio?
12     A.  I don't understand the question.
13     Q.  My question is:  There is certain portions
14 of your medical records that you rely upon to aid
15 in your treatment of a patient; right?
16     A.  Okay.
17     Q.  And there are also sometimes things
18 written in your medical records such as a patient's
19 address that you don't necessarily rely on to treat
20 a patient?
21     A.  Okay.
22     Q.  And so what I'm asking you is:  Did you
23 rely upon the last three sentences of the first
24 paragraph, the sentences that refer to the

86

1 Parkinson's, to treat Ms. Riggio in any way?
2     MR. MICHALIK:  I object to the form of the
3 question.
4     MR. CONNOLLY:  I'll join in that.
5     THE WITNESS:  I was not treating the patient
6 for Parkinson's.
7 BY MR. AINSWORTH:
8     Q.  It is kind of an odd question because we
9 deal with the legal aspect, but I'm just -- I
10 understand you weren't treating Ms. Riggio for
11 Parkinson's or any of those -- or anything related
12 with that.  So my question to you is:  Did you rely
13 upon these last three sentences in aid in your
14 treatment of Ms. Riggio in any way whatsoever?
15     A.  I don't really understand what you're
16 trying to get at with that question.
17     Q.  Did you use --
18     A.  And why the last three lines?  I just -- I
19 do not understand what you're asking.
20     Q.  Sure.  Let me give you an overall.
21         I'm focusing on the last three lines of
22 that paragraph because Mr. Connolly asked you about
23 them and those are the only three sentences that I
24 can tell in this report that refer to Parkinson's.

87

1 That's why I'm asking you specifically about those
2 three sentences.
3     A.  Okay.
4     Q.  Now, I'm asking you to determine whether
5 you rely on this portion of the report to aid in
6 your treatment of Ms. Riggio for -- for
7 admissibility reasons?
8     A.  Treatment of what?
9     Q.  Well, treatment of any condition
10 that -- of Ms. Riggio?
11     A.  So are you asking me that when I see
12 Ms. Riggio in the office, am I thinking about
13 Dr. Disanto having written here that she saw a
14 neurologist at Rush in the past?
15     Q.  Yeah.  And did you think about that
16 reference to the neurologist in the past when
17 you're visiting with Ms. Riggio or when you were
18 determining what treatment to provide her in any
19 way?
20     MR. MICHALIK:  I am going to object to the form
21 of the question.
22     MR. VLAHAKIS:  Same.
23     Ms. STALF:  Join.
24     MR. CONNOLLY:  Join.

88

1     THE WITNESS:  No.
2 BY MR. AINSWORTH:
3     Q.  You weren't relying on that portion of the
4 letter from Dr. Disanto?
5     A.  When I would see the patient to treat her,
6 I was not referring to three lines from a
7 consultant's note to determine what I would do with
8 the patient, no.
9     Q.  Mr. Connolly asked you about the
10 references in the electronic notes where, under
11 diagnoses, posttraumatic stress disorder, keeps
12 being repeated in the notes.
13         Do you remember those questioning?
14     A.  Yes.
15     Q.  And again, you were not treating
16 Ms. Riggio for PTSD?
17     A.  Correct.
18     Q.  And you were not diagnosing Ms. Riggio
19 with PTSD?
20     A.  Correct.
21     Q.  That was a report that she gave to you
22 that she had been diagnosed with by somebody else
23 with PTSD?
24     A.  Correct.

89

23 (Pages 86 to 89)

JACQUELINE WALKER, M.D.

1  Q.  You included that because you care about
2  the overall well-being of a patient; right?
3  A.  Correct.
4  Q.  And in the electronic notes, am I correct,
5  that once a diagnosis is placed into the patient's
6  record, that will be repeated when you go to the
7  template to add your notes for the next visit?
8  A.  I generally try to remove diagnoses that I
9  don't think are active anymore.
10  Q.  And so Ms. Riggio was still expressing to
11  you that she was still having symptoms relating to
12  her PTSD?
13  A.  Yeah.
14  Q.  And that's true to this day; correct?
15  A.  Yeah.
16  Q.  I am going to ask you to turn to Page 31
17  of Exhibit 2.
18  A.  Okay.
19  Q.  Under, "hematology," Ms. Riggio -- and
20  this is your visit with Ms. Riggio on November 13,
21  2012?
22  A.  Correct.
23  Q.  And at that time -- I'm on Page 31,
24  actually.

90

1  MS. THOMPSON:  Anyone?
2  MS. STALF:  I have no questions.
3  MR. MICHALIK:  No questions.
4  THE VIDEOGRAPHER:  This concludes today's
5  deposition.  The time is 11:21 a.m.  We are off the
6  record.
7  MS. THOMPSON:  We'll reserve.
8  (FURTHER DEPONENT SAITH NOT.)

92

1  A.  Okay.
2  Q.  At that time, there are certain questions
3  that the patient is asked to answer; is that right?
4  A.  Correct.
5  Q.  And on the left-hand side under
6  "hematology" Ms. Riggio was asked if she
7  experienced easy bruising of her skin?
8  A.  Yes.
9  Q.  And she reported that, yes, she did
10  experience easy bruising?
11  A.  Yes.
12  Q.  Have you ever seen the medical records
13  from Northwestern Hospital?
14  A.  No, I have not.
15  Q.  And if you turn to Exhibit 3, when
16  Ms. Riggio was seen by you on March 26, 2005 -- and
17  I'm looking at Page 91.
18  A.  2015?
19  Q.  Sorry.  2015.  My apologies.
20  A.  Yes.
21  Q.  What was her weight?
22  A.  112 pounds.
23  MR. AINSWORTH:  All right.  I have no further
24  questions, ma'am.

91

1
2  IN THE UNITED STATES DISTRICT COURT FOR THE
3  NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
4
5
6  CARL CHATMAN,                )
7      Plaintiff,    )
8      vs.                ) No. 14-CV-02945
9  CITY OF CHICAGO, ET AL.,     )
10      Defendants,   )
11      This is to certify that I have read the
12  transcript of my deposition taken in the
13  above-entitled cause by Phyllis MacKenzie,
14  Certified Shorthand Reporter, on April 29th, 2015,
15  and that the foregoing transcript accurately states
16  the questions asked and the answers given by me as
17  they now appear.
18  _____
19      JACQUELINE G. WALKER, M.D.
20  SUBSCRIBED AND SWORN TO
21  before me this _____ day
22  of _____ 2015.
23  _____
24      Notary Public

93

JACQUELINE WALKER, M.D.

1  STATE OF ILLINOIS  )
2                     )  SS:
3  COUNTY OF C O O K  )
4      I, Phyllis MacKenzie, do hereby certify that
5  heretofore, to-wit, on the 29th day of April, 2015,
6  personally appeared before me, at 2434 South Wolf
7  Road, Westchester, Illinois, JACQUELINE G. WALKER,
8  M.D., in a cause now pending and undetermined in
9  the United States District Court for the Northern
10 District of Illinois, Eastern Division, wherein
11 CARL CHATMAN, is the Plaintiff, and CITY OF
12 CHICAGO, ET AL., are the Defendants.
13     I further certify that the said witness was
14 first duly sworn to testify the truth, the whole
15 truth and nothing but the truth in the cause
16 aforesaid; that the testimony then given by said
17 witness was reported stenographically by me in the
18 presence of the said witness, and afterwards
19 reduced to typewriting by Computer-Aided
20 Transcription, and the foregoing is a true and
21 correct transcript of the testimony so given by
22 said witness as aforesaid.
23     I further certify that the signature to the
24 foregoing deposition was reserved by counsel for

94

1      the respective parties.
2      I further certify that the taking of this
3  deposition was pursuant to Notice, and that there
4  were present at the deposition the attorneys
5  hereinbefore mentioned.
6      I further certify that I am not counsel for nor
7  in any way related to the parties to this suit, nor
8  am I in any way interested in the outcome thereof.
9      IN TESTIMONY WHEREOF:  I have hereunto set my
10 hand and affixed my notarial seal this __6th____
11 day of __May_, 2015.
12
13
14
15
16
   _____
17     NOTARY PUBLIC, COOK COUNTY, ILLINOIS
18
19
20
21
22
23
24

95

1      McCorkle Litigation Services
2      200 N. LaSalle Street, Suite 2900
       Chicago, Illinois 60601-1014
3
4  DATE:  May 6th, 2015
   MS. AMY J. THOMPSON
5  One East Wacker Drive, Suite 2200
   Chicago, Illinois 60601
6
   IN RE:  CARL CHATMAN vs. CITY OF CHICAGO
7  COURT NUMBER:  No. 14-CV-02945
   DATE TAKEN:  April 29, 2015
8  DEPONENT:  Jacqueline G. Walker, M.D.
9  Dear Ms. Thompson
10 Enclosed is the deposition transcript for the
   aforementioned deponent in the above-entitled
11 cause.  Also enclosed are additional signature
   pages, if applicable, and errata sheets.
12
   Per your agreement to secure signature, please
13 submit the transcript to the deponent for review
   and signature.  All changes or corrections must be
14 made on the errata sheets, not on the transcript
   itself.  All errata sheets should be signed and all
15 signature pages need to be signed and notarized.
16 After the deponent has completed the above, please
   return all signature pages and errata sheets to me
17 at the above address, and I will handle
   distribution to the respective parties.
18
   If you have any questions, please call me at the
19 phone number below.
20
   Sincerely,
21
22 Margaret Setina          Court Reporter
   Signature Department     Phyllis MacKenzie
23
   cc:  All attorneys of record.
24

96

JACQUELINE WALKER, M.D.

97

**A**

abbreviation 12:19
14:6 16:6,8 20:12
37:12 41:15 42:17
43:7,8,24 45:7 49:8
54:5
abdomen 26:2 27:24
40:1
abdominal 75:24
able 13:23 23:14,20
26:5 27:2 37:21
40:9 71:7
abnormal 15:24
25:18 30:5,6 40:3
abnormality 26:7
above-entitled 93:13
96:10
absence 78:5
accident 18:12,15,22
account 65:12
accounts 65:11
accurate 22:10 25:1
accurately 93:15
accused 64:23
aches 46:12
active 85:17 90:9
add 62:8 90:7
addition 12:6 56:18
additional 3:3 67:20
85:16 96:11
address 86:19 96:17
adjacent 35:14
admissibility 88:7
admission 63:7
Adult 8:12
Advise 12:24
advised 11:21
affixed 95:10
aforementioned
96:10
aforesaid 94:16,22
age 37:2 78:10
ago 18:23 22:16
agreement 96:12
ahead 15:12
aid 86:14 87:13 88:5
aide 62:24
Ainsworth 3:2 4:7

5:17,17 15:11 21:24
24:14 34:21 41:24
48:21 54:10 56:5
60:19 64:9 65:5
72:21 73:21 81:6
87:7 89:2 91:23
al 5:13 93:9 94:12
alcohol 14:10 83:15
alive 42:23
allowed 23:20 63:22
amend 83:24
Amy 3:20 6:2 96:4
ANNIV 41:14
anniversary 41:15
82:17
answer 10:10 12:2
15:12 19:14 22:1
49:10 67:7 91:3
answered 84:4
answers 93:16
Antibiotic 12:19
anxiety 21:9 24:3
31:16 68:20,23 69:2
69:5,16,18
anxious 29:18
anymore 90:9
apologies 91:19
apologize 44:10
appear 39:3 93:17
APPEARANCES 3:1
appeared 94:6
appears 11:12,21
14:7 15:24 21:4
27:7,13 28:20 29:7
29:17 33:9,24 34:13
37:23 38:4 39:9
40:21 47:22 58:9
61:23 79:1
applicable 96:11
appointment 11:20
11:22 13:1 54:3
approximately 63:1
April 5:8 38:11 40:13
40:21 41:16 84:4,4
84:5 93:14 94:5
96:7
area 16:8 17:1,10
27:12 66:11,15,18

67:1,4 82:1
areas 8:10,16 25:16
26:5 67:18
arrow 18:23 31:3
arteries 57:12
artery 55:16 56:19
56:23 57:1,11 61:4
arthralgias 46:4
arthritis 85:17,23
asked 64:14 71:5
84:6 86:5 87:22
89:9 91:3,6 93:16
asking 69:19 73:10
86:22 87:19 88:1,4
88:11
asks 78:20
asleep 78:22
aspect 87:9
assault 68:13,15
assess 23:15 53:18
assessing 24:19
assessment 10:23
22:13 36:3,4 37:10
42:12,24 45:3 47:3
80:2
assessments 55:3
56:17 57:7,11 58:1
assessment/plan
31:12
assistant 1:17 13:11
13:13,15,24 14:14
14:16 15:19 28:18
38:14 50:20
assistants 38:12
assists 67:17
associated 10:1
assume 31:9 67:12
athompson@cmvl...
3:22
atrophic 77:24 78:2
attached 10:16
attack 54:6,14,17,20
57:3 62:14 63:4,7
63:12
attacks 36:6,8,10
42:14 82:10
attempted 20:8,18
23:22

Attempting 55:15
attending 54:21
attention 10:12,17
13:3 22:12 24:1,21
32:8 34:1 35:8
37:19 38:3 41:7
42:10 44:6 45:2
50:5 53:6,23 56:13
56:17 58:12
ATTORNEY 1:17,20
attorneys 95:4 96:23
August 9:16 34:3
79:8
available 51:1,9
a.m 2:10 5:11 92:5

**B**

B 4:13
back 14:23 19:22
20:1 25:6,15 26:1
28:1 32:3 46:9
74:21 77:16 84:5
background 6:24
bad 42:15
bar 8:24
BARBARA 1:10
base 56:9
based 23:10 32:22
33:2 42:6 66:17
71:11 72:12 82:13
basically 85:12
basis 23:16 69:3
72:12 73:5
begins 45:4
behalf 3:8,11,15,19
3:23 5:20,22,24 6:2
believe 15:13 32:13
34:2 42:6,9 45:13
49:23 65:13 67:5
73:8 76:21,23 77:1
78:17 84:2 85:21
Ben 3:24 5:5
benefits 40:18
Berwyn 7:14
best 18:18
better 42:15
billing 43:10
bimanual 27:20,21
27:22

JACQUELINE WALKER, M.D.

98

**bi-locally** 41:9
**blood** 14:5 49:9 60:3
   85:15
**board** 7:24 8:14,20
**board-certified** 7:23
   8:15,17
**body** 25:16
**BOLLINGER** 3:5
**BOOCK** 1:9
**BORKAN** 3:12
**bottom** 41:4 42:11
   48:7 55:4 58:7 86:6
**boxes** 14:13 33:5
**BP** 14:4
**bracket** 21:5
**break** 8:23 72:22
**breast** 37:13 59:21
   61:17
**breasts** 25:23
**BRIAN** 1:17
**briefly** 7:23
**bring** 45:18 64:22
**Bringing** 14:23
**bruised** 80:14
**bruises** 81:1
**bruising** 80:5,7,9,16
   91:7,10
**BRYAN** 1:13
**bubble** 53:20
**BURROUGH** 1:16

**C**

**C** 3:16 42:16 94:3
**caffeine** 35:24 83:14
**calendar** 7:21
**call** 11:12 12:4 96:18
**called** 2:3 6:8 55:3
   62:24
**calling** 11:20
**Calls** 73:18
**calorie** 57:23
**calories** 53:4
**cancer** 23:3 51:13,21
   59:21,23 60:1 61:17
   61:18,20
**canine** 31:3,5
**Capacity** 1:20
**captioned** 53:9

**cardiologist** 54:22
**care** 8:19 54:23 56:16
   62:17,17,18,20
   63:24,24 67:20 90:1
**Carl** 1:5 5:12 64:12
   93:6 94:11 96:6
**carried** 63:8
**carry** 58:1
**carrying** 55:23
**CARTRETTE** 1:16
**case** 5:15 18:8 29:8
   34:13 36:9 85:18
**CAT** 18:1
**categories** 30:20 40:6
   59:7
**category** 35:23 36:1
   40:6
**cause** 66:18 73:3,4,8
   73:11 80:18,21
   93:13 94:8,15 96:11
**caused** 66:14 67:2
**causes** 66:20,21
**causing** 82:7,9
**cc** 96:23
**Celexa** 34:14
**cells** 75:21
**Center** 75:14
**certain** 85:18 86:13
   91:2
**certainly** 37:24 62:9
   63:13
**certificate** 65:1
**certification** 7:24
   8:14,20
**Certified** 2:6 3:24 5:5
   93:14
**certify** 93:11 94:4,13
   94:23 95:2,6
**cervical** 23:3 39:5
   47:24 48:8,17 49:22
   49:22 59:23 61:17
**cervix** 27:8
**changes** 96:13
**Chapman** 5:12 64:12
**chart** 63:11 69:1
   70:13 72:4 79:21
   83:19
**charted** 63:10 68:17

72:3 77:5 82:11
   83:4
**charting** 59:17
**CHATMAN** 1:5 93:6
   94:11 96:6
**check** 14:13 25:21
   26:6 33:4,18 49:21
**checked** 33:9,13,18
**Chicago** 1:6,6,7,8,8,9
   1:9,10,11,11,12,13
   1:18 3:3,6,10,11,13
   3:15,17,21 5:7,13
   5:23 6:1 93:9 94:12
   96:2,5,6
**chronic** 72:23
**circle** 16:23 30:23
   39:10 40:2 79:3
**circumstances** 54:14
**City** 1:6 3:11 5:12 6:1
   93:9 94:11 96:6
**Civil** 2:4
**claim** 73:15
**claimed** 64:18
**claiming** 65:11
**Clark** 3:13
**claustrophobia** 45:12
   48:12,19 49:15,17
   84:10
**claustrophobia/has**
   45:8
**clear** 22:22 37:19
**Clearly** 47:16
**clinic** 21:11
**closing** 82:1
**coffee** 14:12
**COKELEY** 1:14
**cold** 35:15
**colon** 51:13,21
**colorectal** 60:1 61:18
   61:20
**column** 15:24 17:18
   19:19 24:23 29:10
   35:9 53:7 57:20
   58:6
**come** 32:3 41:22
**comfortable** 63:23
**coming** 45:8
**comment** 54:18 56:9

**commented** 85:16
**common** 78:8
**complaining** 68:7
   69:2 70:11 84:16
**complaint** 78:11
**complaints** 52:12
   64:17
**completed** 61:14
   96:16
**Computer-Aided**
   94:19
**concern** 48:17 52:20
**concerned** 62:7 84:21
**concerns** 23:9
**concludes** 92:4
**condition** 24:19 35:6
   48:4 53:15 60:17
   67:6 75:21 76:1
   80:11,20,21 85:21
   86:1 88:9
**conditions** 55:14
   72:23 84:22
**conduction** 49:9
**confirm** 46:1
**confirmation** 85:17
**conjunction** 9:19
   61:23
**connected** 25:4 62:13
**connective** 85:14
**Connolly** 3:5,5 4:7
   5:20,20 6:11,12
   15:16 22:6 24:15
   33:1 34:23 42:2
   48:22 54:11,12 56:6
   60:20,21 64:6,14
   65:2 71:5 72:17
   73:18 86:5 87:4,22
   88:24 89:9
**consider** 47:2 48:8
   49:11
**considered** 47:24
**consistent** 85:13
**consistently** 52:13
**Constitutional** 52:11
**consultant's** 89:7
**contained** 28:16 51:5
   58:16
**contains** 6:23

JACQUELINE WALKER, M.D.

continuation 73:23
continue 36:18
continued 19:20 20:4
    52:19
Continues 29:18
continuing 8:3 56:16
    58:23 60:17
conversation 12:7
    63:14 75:1,12
conveyed 12:23
    47:19
conviction 64:24
Cook 1:13,14,15,16
    1:18,19,20 2:8 3:19
    95:17
coping 43:7,14
copy 6:21 37:22
corner 24:24 83:15
coronary 55:16 56:19
    57:11 61:4
corpus 27:8
correct 6:18 8:6 9:7
    11:16 13:18,22 15:1
    15:3 16:13 17:5,7
    18:10 20:6 22:19
    24:7,13 25:2,19
    26:8 27:3,4,14,15
    28:3 33:19,20 40:15
    40:22 41:6 51:18,20
    51:22 54:9 55:18
    60:10,14 61:19
    65:17,18 66:2,3,9
    67:21 69:10,11 71:8
    71:11 72:24 74:6,16
    75:3,15 76:2,18
    78:19 79:6,10,17,23
    79:24 80:4 81:8,9
    81:21 82:6,15,19
    83:1,7,12 84:14
    89:17,20,24 90:3,4
    90:14,22 91:4 94:21
corrections 96:13
corrective 57:2
correspond 38:1
counsel 94:24 95:6
counseling 43:2,6
    79:18
County 1:13,14,15,16

1:18,19,20 2:7 3:19
    94:3 95:17
couple 7:2 12:13
course 13:20 23:7
    40:16 47:15
court 1:1 5:14 6:4
    93:2 94:9 96:7,22
Courts 2:5
cover 7:2
cream 30:19 77:11
    77:12
CSR 2:22
CT 17:24
CULBERTSON 3:16
CUNNINGHAM
    3:20
cups 14:11
current 35:12 57:21
currently 9:12,13,20
    37:3
curriculum 6:21
custom 11:10 13:14
    21:21 32:22 33:2
    42:4,7

_____
            D
D 4:1
daily 52:14
damage 72:1
damaged 71:17 73:16
DART 1:19
data 50:20
date 11:4 20:5 23:23
    25:9 26:12 28:5,13
    32:10,11,12 34:5
    37:20 38:1,9,13,16
    40:21 41:2,9 44:2
    46:24 60:23 65:22
    82:20 96:4,7
dated 34:2 45:24
day 15:15 26:18
    90:14 93:21 94:5
    95:11
days 18:2
deal 36:18 87:9
Dear 96:9
December 57:6
decision 43:13

defendant 6:1
Defendants 1:21 5:13
    93:10 94:12
deferred 26:13,14
    27:20 39:17,18
define 13:23
definition 81:4
definitive 85:22
degree 7:8
DENNIS 1:10
dentist 31:7
Department 96:22
deponent 3:23 92:8
    96:8,10,13,16
deposition 2:2 4:17
    5:1,9 92:5 93:12
    94:24 95:3,4 96:10
depositions 2:5
depressed 33:16
    53:14,17 58:9
deputies 1:19 3:19
    5:19
DEPUTY 1:14,14,15
    1:16
describe 64:2
desired 20:8
DETECTIVE 1:7,7,8
    1:8,9,10
determine 88:4 89:7
determining 88:18
developed 48:12
diagnosed 34:17
    89:22
diagnoses 55:8,9
    56:18 57:10 62:8
    86:2 89:11 90:8
diagnosing 89:18
diagnosis 55:20,23
    58:2,23 62:4 85:1
    85:14,22 90:5
diagram 39:9
diagrams 39:13,16
diameter 17:2
diet 79:19
dietary 52:22
different 38:5
differential 55:8
difficult 28:9 49:13

85:18 86:2
difficulties 29:13
    65:10 67:24 70:15
    82:3
difficulty 20:11,15
    68:8
direct 10:17 37:18
direction 19:9
directly 54:19 55:12
Disanto 45:20,24
    46:7 47:5,9,12 48:6
    48:16 86:11 88:13
    89:4
Disanto's 46:14 49:2
discharge 16:10
discuss 22:2
discussed 70:20
Discussion 43:6
disease 47:14,15,16
    55:16 56:20 57:12
disorder 55:24 56:2,8
    57:13 58:2,24 61:5
    89:11
distribution 96:17
District 1:1,2 2:4
    5:14,14 93:2,3 94:9
    94:10
disturbances 79:5
Division 1:2 5:15
    93:3 94:10
Dixon 3:24 5:5
doctor 6:12,16 9:11
    23:13 33:2 34:1,24
    35:1,7,22 36:3 38:3
    40:21 42:10 44:10
    45:3,18 48:23 49:24
    56:7 58:11 60:22
    62:11 64:7,10
doctors 81:11
document 10:20 13:4
    30:2 33:3 38:4
    42:11 55:2
documented 70:2
documents 10:16,21
    32:12 58:17
doing 24:3 26:17
    36:19 43:13 44:10
    48:8 49:6,11 67:16

JACQUELINE WALKER, M.D.

69:21
**Dr** 6:3,19 9:24 10:2,8
  12:1 45:20,24 46:7
  46:14 47:5,7,9,12
  47:13 48:6,16 49:2
  85:7 86:11 88:13
  89:4
**draw** 10:12 22:12
  24:1,21 32:3 35:7
  41:7 44:6 53:6
  56:12,17 58:11
**drawing** 42:10
**drink** 52:14
**Drive** 3:9,21 96:5
**drop** 21:3
**dryness** 78:3
**due** 21:19 27:19
  48:12 51:14 59:8,14
  59:15,20 60:12
**duly** 6:8 94:14
**DYKEMA** 3:8
**D-I-S-A-N-T-O**
  45:21
**D-U-E** 59:8

**E**

**E** 3:12 4:1,13
**earlier** 8:13 30:12
  36:20 61:4 62:11
**early** 63:13
**ears** 25:21
**easily** 80:9,14,16 81:1
**East** 3:21 96:5
**Eastern** 1:2 5:15 93:3
  94:10
**easy** 80:5,7 91:7,10
**eat** 52:13
**eating** 53:5 79:19
**education** 8:3
**eight** 14:11
**either** 20:18 26:6
  37:21 40:2 68:8
  70:12
**EKG** 17:24
**electro** 49:7
**electronic** 50:18
  59:16 60:14 61:13
  89:10 90:4

**electronically** 53:22
**emergency** 17:21
**EMG** 49:6
**employed** 9:20,23
**empty** 39:10
**enclosed** 96:10,11
**endometriosis** 75:19
  75:20,21 76:9,14
**enjoying** 32:19 33:8
**ensure** 23:14 52:14
  52:21 53:3 57:22
**entered** 53:22 59:17
**entirely** 37:19
**entry** 21:7,8
**ER** 18:1
**errata** 96:11,14,14,16
**erythematous** 16:7
  16:24
**estrogen** 77:12 78:5
**et** 5:13 93:9 94:12
**etcetera** 35:24
**evaluated** 85:8
**exactly** 51:8 65:3
  73:13
**exam** 8:24 16:21
  17:10 20:9,15,19,24
  21:10,13,21,23
  27:20 32:10,15
  37:13 38:8,18,20
  39:21 40:14,18
  51:22 67:9,13 69:9
  71:6,7,11,20 73:23
  79:8 82:23 83:10
**examination** 2:3 4:6
  6:10 8:1 11:18
  15:22 16:15,16 20:5
  20:11 21:19 22:5
  26:11,16,17 27:22
  30:1 38:10,19,23
  39:5,23 40:9 41:3
  43:13 64:8 67:8,18
  73:14 74:18 77:17
  78:18
**examinations** 37:15
**examine** 25:17 27:3
**examined** 6:9 27:10
  65:20
**exams** 28:8

**exception** 14:9
**exhibit** 4:17 5:2 6:20
  10:13,17 50:1 58:13
  58:15 61:3,8 65:15
  90:17 91:15
**exhibiting** 85:2
**expect** 85:10
**expected** 25:17
**experience** 6:24
  91:10
**experienced** 91:7
**experiencing** 69:16
**expert** 47:14
**explain** 7:22 16:18
  19:11
**explained** 40:17
**explanation** 85:2
**express** 70:8
**expressed** 63:6
**expresses** 48:11
**expressing** 90:10
**EXT** 16:1,6
**extent** 13:12
**external** 16:3,7,20
  17:9 27:5,6 38:22
  66:8 71:7 73:14
**extraction** 24:17
**extremities** 26:3
**extremities/pulses**
  30:4
**eyes** 25:21

**F**

**fabricated** 65:12
**fact** 64:18,23 84:2
**Fair** 86:3
**falling** 78:21
**family** 8:1,17 9:3
  24:10 55:11
**far** 35:22
**fatigue** 55:20 56:20
**February** 45:24
  46:23 54:1,15
**feel** 19:14 80:9,17
**feeling** 27:24 33:16
**Feels** 35:21
**feet** 46:11 84:17
**fellowship** 7:17,19

**female** 47:10
**filed** 5:13
**fill** 32:16 50:20 53:21
**filled** 13:8,10,13 25:4
  30:2
**find** 49:10
**finding** 14:3 16:22
  30:5,5,16
**findings** 14:24 28:17
  28:23
**finger** 27:23
**finish** 75:9
**first** 6:8 10:18,20
  11:4 16:11 18:19
  34:10 35:13 36:4
  39:12 46:14,15
  50:15 59:11 65:19
  74:7,11 75:11,11
  86:6,10,23 94:14
**five** 33:15 37:7
**flu** 35:16
**fluctuated** 79:15
**fluctuation** 15:8
**focus** 67:19
**focused** 8:4
**focusing** 87:21
**follow** 33:15 64:13
**following** 7:7 13:5
  24:2 48:24 55:10
  57:3
**follows** 6:9
**follow-up** 54:6 71:1
**foregoing** 93:15
  94:20,24
**form** 15:11 25:6
  32:15,16 34:21 38:8
  41:24 48:21 53:20
  72:17,18 87:2 88:20
**forms** 38:5
**found** 75:23
**foundation** 21:24
  56:5
**four** 45:4
**fracture** 31:3,5,10
**front** 10:13 25:6
**fulfills** 59:17
**full** 46:15 60:7
**fully** 84:3

**function** 73:4
**further** 7:17 44:11
　91:23 92:8 94:13,23
　95:2,6
**F/U** 54:5

**G**

**G** 4:5 6:7 93:19 94:7
　96:8
**gathered** 13:16
**general** 36:13,15
**generally** 80:8,15
　90:8
**generated** 11:11
**genital** 26:23 27:12
　71:6
**genitalia** 16:3,7,21
　30:15 66:9 71:17,21
　72:2,10,15 73:3,3,8
　73:9,12,16 77:23
**geriatric** 7:19 8:12
　8:18 9:8
**getting** 31:3
**give** 87:20
**given** 93:16 94:16,21
**giving** 34:20
**Glick** 9:24 10:2,8
　12:1
**go** 15:12 32:2 37:4
　46:9 80:1 90:6
**going** 10:4,14 23:6
　24:10 28:1 44:5
　48:13 69:7 71:2
　74:21 77:19 79:2
　81:13 85:24 88:20
　90:16
**good** 5:4 49:7 64:11
　64:12
**GOSSETT** 3:8
**gotten** 13:15
**graduated** 7:3,5
**graduation** 7:7
**Graffin** 85:6
**granted** 65:1
**Gratton** 85:7,7
**great** 19:10
**greater** 43:2,5,11
**GRIFFIN** 1:12

**groin** 12:14 17:14,17
　30:9,11 74:18 76:10
　76:13,20 77:7 84:19
**groin/legs** 45:1
**Group** 4:18,18,19 5:2
　6:20 10:12,16,21
　50:1 58:12
**guess** 17:23 45:23
　63:24
**guidelines** 23:17

**H**

**H** 4:13
**half** 44:19
**hand** 95:10
**handle** 96:17
**hands** 46:11 84:17
**handwriting** 12:9
　15:23 27:13 29:18
**handwritten** 44:20
**hang** 75:9
**happened** 77:1
**hard** 57:12 78:7
**head** 10:11 18:1,23
　19:8,10 77:4
**health** 23:15 59:4,11
　61:8
**heard** 62:21
**heart** 40:1 54:6,14,17
　54:20 56:23 57:3
　62:14 63:4,7,12
**height** 14:3
**help** 37:21
**helping** 17:9
**hematology** 90:19
　91:6
**hemo-cold** 31:20
**hereinbefore** 95:5
**heretofore** 94:5
**hereunto** 95:9
**Hi** 64:10
**high** 29:24
**higher** 25:14
**highly** 8:22
**Hinsdale** 17:21 18:1
**HINSHAW** 3:16
**hip** 44:22 84:18
**hips** 46:12

**histonectomy** 37:6
**historical** 76:24
**history** 15:9 17:20
　18:4,9,16,22 32:16
　47:6 49:18 56:23
　57:12 76:6
**hit** 18:23
**HIV** 21:12
**hold** 48:13
**HOLMES** 1:17
**HOLY** 1:13
**hopeless** 33:17
**hospice** 8:18
**hospital** 7:14 54:5,17
　54:18,22 62:20 63:6
　63:11 91:13
**hospitalization** 62:12
　63:12
**hospitalizations**
　62:15
**hospitalized** 54:16
**hurt** 44:22 45:1
　46:12
**hurting** 84:18,19
**hysterectomy** 75:18
　76:7,24 77:3

**I**

**identification** 5:3
**identify** 6:5
**Illinois** 1:2 2:8,9 3:3
　3:6,10,13,17,21 5:7
　5:11,15 6:17 7:6,15
　7:20 93:3 94:1,7,10
　95:17 96:2,5
**illness** 85:9
**imaging** 85:16,18
**immediately** 76:8
**imperative** 22:4
**important** 21:23
**impression** 60:15
　61:22
**include** 57:11
**included** 25:20 56:22
　61:3,16 90:1
**includes** 40:1 55:7
**independence** 20:22
**independent** 12:5
　21:1 26:19 28:4

45:11 68:4,16 70:3
　71:18,23 82:21
**indicate** 27:1,2 36:1
　40:8 42:19 57:22
　58:23 64:2 68:7
**indicated** 23:17
　26:11 58:10
**indicates** 48:6 59:16
**indicating** 19:8 31:2
**indication** 43:10
**indicative** 80:10
**individual** 5:19 9:18
　30:21
**individually** 5:23
**infections** 12:17
**inflammatory** 85:9
　85:17
**information** 6:23
　13:14,16,20 18:7
　28:16,17 35:2,4
　41:17,18 42:3,4,7
　47:18 49:2 51:3,5
　52:4
**infrequent** 78:11
**initial** 7:24
**injury** 73:2,7,10
**innocence** 65:1
**inquire** 67:14
**inquired** 42:5 53:16
**inquiring** 29:2
**inserted** 60:8
**inside** 27:23
**intake** 57:23
**intense** 36:16
**intensity** 29:5
**intent** 70:22 72:20
**intercourse** 32:19
　33:8 67:2
**interest** 23:13 32:18
　33:8
**interested** 35:15 95:8
**interim** 81:11
**internal** 27:5 38:19
　39:4
**interval** 77:2
**intestine** 60:9
**intolerance** 27:19
**involved** 24:12,18

JACQUELINE WALKER, M.D.

54:22
**in-office** 40:24
**issue** 24:17 30:11
**issues** 52:18
**item** 77:1
**items** 7:3 14:12 18:17
  28:21 29:3

---

**J**

**J** 3:20 11:15 96:4
**JACK** 1:9
**Jacqueline** 2:2 4:5
  5:9 6:7,15 93:19
  94:7 96:8
**James** 3:16 5:18
**January** 24:24 25:9
  28:13 29:23 32:10
  32:15 44:13 45:5
  50:3 51:11 71:14,20
  73:24 74:15 77:7,17
  78:17 79:4 83:11,23
**jaw** 31:2,5
**Jeremiah** 3:5 5:20
**Jerry** 6:12
**JOHN** 1:7
**join** 87:4 88:23,24
**joined** 10:3
**joints** 44:22 84:17
**JORIA** 1:13
**JOSEPH** 1:12,14
**judgments** 22:3
**July** 44:8,12 57:16
  58:5
**jump** 19:1
**jury** 17:9 20:17 37:10
  46:19 60:6
**jvlahakis@hinsha...**
  3:18

---

**K**

**K** 33:16 94:3
**KARCZEWSKI**
  1:11
**keep** 79:19
**keeping** 42:22
**keeps** 89:11
**kind** 29:8 85:23 87:8
**kinds** 25:22 40:2
**Klawans** 47:7,13

knocks 61:14
**know** 10:10 11:9,23
  12:2 18:18 19:11
  31:21 43:19 47:7,8
  47:9 49:20 52:23
  66:14 67:1,18 72:12
  73:15 76:19 77:3,5
  81:10,12 83:18,24
  85:16,24
**knowledge** 66:17
  72:13
**KRAUSE** 3:5
**Krista** 3:12 5:22
**kstalf@borkanssc...**
  3:14

---

**L**

**lab** 14:20
**labia** 16:9 66:19 67:5
  72:7
**labra** 17:4
**large** 46:15
**LaSalle** 3:17 5:7 96:1
**lawyers** 8:23
**Leading** 24:14 34:22
  48:21
**left** 14:2 15:22 25:10
  53:7
**left-hand** 14:24 24:23
  24:23 29:10 44:18
  57:20 58:6 91:5
**leg** 84:18
**legal** 5:5 87:9
**letter** 34:13 45:23
  46:22,24 86:11 89:4
**let's** 37:4 46:9 51:3
**level** 29:23
**License** 2:23
**licensed** 6:16
**LIEUTENANT** 1:12
  1:16
**lieutenants** 3:15,19
**lifestyle** 14:8 15:17
  28:17,21 29:19
**line** 42:16,21 43:1,3
  43:22 47:23 75:17
**lines** 12:13 18:19
  19:6 24:2 29:8
  30:24 34:11 35:13

44:24 48:6 65:9
  87:18,21 89:6
**lining** 75:22
**list** 25:16 58:3,7
  59:19 61:3,5,16
**listed** 26:22 27:8 57:8
  59:7 60:5
**Litigation** 5:6 96:1
**little** 20:12
**LLC** 3:5
**LLP** 3:16
**locate** 31:24
**located** 5:6 26:10
**location** 50:17
**LOEVY** 3:1,1
**long** 9:15 28:23 29:4
  29:12
**longer** 21:18 42:22
**look** 20:1 32:7 54:17
  68:18 80:17
**looking** 65:6 69:17
  91:17
**looks** 16:23
**lost** 15:6,14
**lower** 10:15 31:5
  34:13 60:8
**Loyola** 7:5,8,20
**lungs** 40:1
**luxury** 70:19

---

**M**

**MacKenzie** 2:6,22
  93:13 94:4 96:22
**MacNeal** 7:14
**Madison** 3:6
**maintenance** 59:4,11
  61:9
**major** 23:11
**majora** 16:9 17:4
**making** 43:13
**male** 62:20,23 63:21
  63:23
**mammogram** 31:20
  31:22 37:13 44:1,3
  51:13,19
**Managing** 36:6
**March** 35:10 60:24
  91:16

**Margaret** 96:22
**MARIA** 1:8,15
**marked** 5:3 6:20 30:6
  58:12 79:1
**matter** 5:12 23:4,5
**Maywood** 7:5,20
**ma'am** 91:24
**McCorkle** 5:6 96:1
**MCGREAL** 1:7
**mean** 16:24 18:3,11
  19:4 20:15,16 26:14
  29:1 39:12,19 43:9
  52:2 59:10,14 66:23
  81:22
**meaning** 15:2 16:9
  18:22 24:24 42:18
  59:20
**means** 7:23 17:1,6
  20:18 21:16 50:16
  76:5
**meant** 15:8
**measured** 66:4
**measures** 57:2
**medical** 6:16 7:3,8
  8:3 9:14,21 10:22
  13:11,12,20,24
  14:13,16 17:8 18:4
  18:9,16,21 23:1
  36:14 43:13 50:19
  50:19 60:14 61:13
  80:11,18,20 81:2
  86:14,18 91:12
**medications** 57:21
**medicine** 6:17 7:20
  8:1,12,12,17,18 9:4
  9:8 50:11
**Melvin** 9:24 10:2
**menopause** 78:5
**mentally** 63:9
**mention** 67:23 69:24
**mentioned** 62:11
  95:5
**mentions** 49:12
**met** 68:11
**MEYER** 3:20
**MICHAEL** 1:11,14
**Michalik** 3:9 5:24,24
  72:18 87:2 88:20

JACQUELINE WALKER, M.D.

92:3
**middle** 15:23 57:20
**MIDONA** 1:10
**midway** 17:19 25:9
**mid-portion** 26:10
  28:22
**millimeter** 16:8 17:2
  66:12,24 72:6
**mind** 86:3
**mine** 14:11
**MISCHKA** 1:9
**MOKSTAD** 1:15
**moments** 10:5
**Monday** 54:8
**monitor** 23:15
**monitored** 62:10
**month** 33:17
**months** 33:23
**mood** 53:14,18
**morning** 5:4 64:11
  64:12
**motor** 18:11,14,22
**mouth** 25:22
**moving** 19:9
**MRI** 48:8,18 49:11
  49:21 85:19
**muscle** 12:14 17:15
  17:17 76:10,13,20
  77:7
**muscles** 45:1 84:18
**MVA** 18:11,22
**myalgias** 46:4
**M.D** 2:2 4:5 5:10 6:7
  11:15 93:19 94:8
  96:8

───────────
**N**

**N** 4:1 96:1
**name** 5:4 6:12,14
  9:11
**named** 5:23
**natural** 78:6
**near** 51:11
**necessarily** 29:9
  86:19
**neck** 25:22
**need** 36:21 40:17
  71:1 96:15

**needs** 36:17
**nerve** 49:8,9
**neurologist** 19:16
  47:8 88:14,16
**neurology** 18:24
  45:20
**never** 48:20 66:4
  71:22 72:10,15 73:9
  73:12,17
**new** 52:12
**normal** 13:20 15:24
  25:18 26:6 27:2
  30:5 40:3,16 71:11
**North** 3:2,17 5:6
**Northern** 1:2 5:14
  93:3 94:9
**Northwestern** 75:14
  91:13
**Nos** 5:2
**notarial** 95:10
**notarized** 96:15
**Notary** 93:24 95:17
**note** 11:18 12:14
  14:19 16:12,19 17:6
  19:23 20:4 21:13,15
  22:8 25:17 26:7
  34:2,6 35:2 36:5
  37:9,14 40:3 41:5
  51:24 57:7 58:5
  59:16 68:10,17
  70:15 75:11 85:6
  89:7
**noted** 18:15 42:6
  70:13
**notes** 14:17 20:7
  23:24 30:21 37:22
  37:24 44:20 68:6
  69:8 74:24 75:4
  89:10,12 90:4,7
**notice** 2:10 95:3
**noting** 24:9
**November** 52:8
  58:20 90:20
**number** 4:15 5:15
  14:4 21:4,9 22:15
  25:20 34:11 35:4
  45:4 59:6 78:9 96:7
  96:19

**numbers** 10:15

───────────
**O**

**O** 94:3,3
**object** 15:11 41:24
  56:5 65:2 72:17,18
  87:2 88:20
**Objection** 21:24
  24:14 34:21 48:21
  73:18
**objective** 14:3
**observe** 72:1 73:7
**observed** 66:8,11
  67:1,4 71:10 72:3
  73:10
**observing** 72:6
**obtained** 28:18
**occurred** 54:15 63:13
  63:14,16
**October** 82:24 83:19
**ocult** 60:3
**odd** 87:8
**office** 5:18 10:22 11:5
  11:10 13:14 32:23
  33:3 45:8 50:2,6,7
  52:8 58:16,18,19
  88:12
**OFFICER** 1:11,12
**officers** 1:18 3:15
  5:23
**official** 1:19
**oh** 17:23
**okay** 6:19 7:7,22 8:4
  8:7,10 9:10,17,22
  10:4,12 11:1,4,9,14
  11:17 12:4,9,13,22
  13:12,19 14:22
  15:13,22 16:11,18
  17:3,8,13,18 18:3
  18:11 19:11,18 20:3
  20:21 21:3,20,20
  22:7 23:5,12,18
  24:1,4,5,8,21 25:13
  25:20 26:1,19,22
  27:1,7,10 28:1,4,12
  28:16,22 29:1,6,11
  29:14 30:1,4,15,20
  31:5,11 32:2,5,17
  33:7 34:6,15,19

**35**:7,17,20,22 36:7
  36:11,20 37:8,18
  38:2,9 39:1,4,8,15
  39:24 40:5,20 41:4
  41:7,16,20 42:10
  43:19 44:5,15 45:2
  45:15,18 46:3,14
  47:5,21 48:6,11
  49:20,24 50:10,15
  51:3,24 52:4,21
  53:2,15,23 54:7,24
  55:7,16,22 56:22
  57:5,10 58:11,22
  59:2,19 60:3,11,15
  61:7,16 62:7,11
  63:1,12,19 66:8
  67:9 69:21 74:23
  77:18 83:22 84:8
  86:16,21 88:3 90:18
  91:1
**omit** 70:19
**once** 42:14 90:5
**ones** 33:4
**ongoing** 23:15 29:8
  47:2 73:5
**opinion** 31:4
**opposed** 14:1 51:1
**option** 33:18
**order** 23:14
**ordered** 23:8 31:20
**orderlies** 63:21
**organizations** 23:11
**organs** 27:24 75:23
  75:24
**original** 20:2 37:22
**originally** 58:16
**outcome** 95:8
**overall** 87:20 90:2
**overturned** 64:24

───────────
**P**

**P** 3:5
**page** 4:3,15 10:14,18
  11:6 12:7 13:4,5
  14:15,18,23 15:23
  19:18,22,23 20:1,1
  22:7,13 24:23 25:8
  25:10,14,15 26:1,2
  26:10 27:13 28:12

JACQUELINE WALKER, M.D.

31:12 32:8,17 33:21
34:2 35:8 37:18
38:1,3 40:20 41:8
44:6,11,15 45:19
46:9,14,15 47:21
50:1,6,7,10 52:7
53:6,24 54:10 55:4
55:19 56:13,18 57:5
57:6,7,17,18 58:4
58:19,22 59:2,3
60:19,22 61:2,7,8
61:22 65:15 68:19
69:7 71:3 73:22
74:22 77:15,16,21
78:13 79:7 80:1
81:14 82:1,22 83:8
84:9 85:5 86:3
90:16,23 91:17
**pages** 13:9,13 24:22
24:22 25:3 32:9
96:11,15,16
**pain** 68:8 73:4
**painful** 76:1
**palliative** 8:18
**palpate** 27:24
**panic** 36:6,8,10,16,18
42:14 82:9
**pap** 22:16,17,21,22
23:1,6,20 27:14,19
28:1,2 36:20 37:1
37:13 44:1,3 51:13
51:17,17
**paragraph** 46:16
47:23 48:7 86:7,10
86:24 87:22
**Parkinson's** 18:23
47:13,15,16 86:6
87:1,6,11,24
**part** 10:16 20:4 32:9
47:1,2 50:6 57:2
58:4 60:17 67:13
80:2 81:17
**particular** 8:16 55:2
85:13
**particularly** 51:1
**parties** 95:1,7 96:17
**partners** 33:22
**patient** 10:8,9 11:13

11:19 12:10 14:19
15:10,19 17:19 18:7
20:11,14,19,23
21:10,14,18,20,22
22:8 23:13 24:3,5
26:21 27:19 28:5
32:16 33:4 36:10
37:5,12 39:22 40:12
41:19,21,23 42:8
43:12,24 45:7 49:13
49:17 53:16 55:9
67:14,18,19 69:6
73:5 75:10 80:8,16
84:10 85:8 86:15,20
87:5 89:5,8 90:2
91:3
**patients** 23:9 52:12
53:21 70:16,23
72:23 73:2 78:9
**patient's** 15:9 56:11
86:18 90:5
**Paul** 3:9 5:24
**pelvic** 20:9,10 21:21
21:23 27:24 38:20
39:5 75:23
**PENA** 1:8
**pending** 61:10 94:8
**people** 78:10
**percent** 43:2,2,5,11
**perfect** 70:21
**perform** 7:9,12,17
20:9 21:23 36:22
40:9
**performed** 31:23
37:1 38:23 39:1,3,6
39:20 61:12
**performing** 23:1
40:18
**period** 7:13,16 8:8
10:6 36:24 63:3,5
63:14 81:7
**periods** 36:16 63:17
**permanent** 67:6
**person** 36:16 64:18
64:23 66:23 80:24
**personal** 16:16 63:24
**personally** 94:6
**pertaining** 2:5

**phone** 75:1 96:19
**phoned** 14:19
**photocopy** 19:24
**phrase** 15:5 42:3
52:11
**Phyllis** 2:6,22 93:13
94:4 96:22
**physical** 16:21 38:18
52:12 73:11
**physician** 9:20,23
24:10 54:21 55:11
**placed** 90:5
**places** 75:23
**Plaintiff** 1:5 3:4 5:12
93:7 94:11
**plan** 22:14 36:3
60:15 61:23 69:17
**planning** 49:6
**plans** 17:19,24 19:19
34:10 35:4 37:10
41:9 42:12 43:1
45:3 68:20 80:2
**please** 6:5,14 19:18
32:24 53:24 81:5
96:12,16,18
**PLLC** 3:8
**plus** 16:7,23 35:19
**PMH** 18:3,21
**pmichalik@dykem...**
3:11
**point** 23:20 30:13,17
31:8 42:13
**police** 1:6,7,8,8,9,10
1:10,11,12,12,13,18
3:15 5:23
**portion** 10:15 13:24
14:24 15:18,22
16:15 20:7 21:4
22:13 26:15 27:7
30:2 31:11 35:23
42:11 44:18 88:5
89:3
**portions** 13:13 86:13
**positive** 85:15
**possible** 48:17
**post** 12:20 21:10
75:18 76:6
**posthysterectomy**

76:9
**postmenopausal**
78:12
**posttraumatic** 31:16
34:14,15 55:24 56:1
56:8,20 57:13 58:2
58:23 60:16 61:5
89:11
**potentially** 48:3
**pounds** 15:2,6,14
38:17 65:23 66:2
69:12 74:4,7,8,10
74:11,15 79:11,16
91:22
**practice** 6:17 8:5,7,9
8:11 9:11,17,18
10:3 11:10 13:15,21
21:21 23:4,6,7,8,10
32:14,23 33:2 36:22
40:16 42:5,7 75:7
**practiced** 9:15,19
**practicing** 9:13
**Prairie** 9:13,21
**premarin** 30:18
77:11
**pres** 14:5 29:3
**prescribed** 52:21
77:19,24
**presence** 94:18
**present** 3:23 14:6
29:4 30:12 66:15,19
95:4
**presents** 80:24
**press** 65:11
**pressure** 14:5
**Presumably** 47:20
70:14
**pretty** 66:24
**preventive** 50:11
**previous** 45:14,15
51:14 52:1
**previously** 6:20
62:24
**primarily** 55:13
**PRINCE** 1:15
**prior** 9:23 18:4 54:15
68:15
**prison** 64:19

JACQUELINE WALKER, M.D.

**private** 8:5,7,9,11
**probably** 18:18
**problem** 61:3 69:18
  69:24 70:8 83:2
**problems** 11:6 17:13
  32:18 33:8 67:11,14
  67:24 70:5,12,22
  80:18 82:2 84:16
**Procedure** 2:4
**procedures** 85:19
**professional** 67:20
**progress** 11:17 22:8
  57:7 85:5
**prolonged** 21:10,13
**protein** 53:4
**provide** 88:18
**provided** 11:1 33:3
  52:5
**psych** 24:3 34:14,20
**psychiatric** 53:10
  58:7
**psychiatrist** 24:8
  31:17
**psychologist** 24:9
**PT** 37:12 43:24 45:4
  45:7
**PTSD** 89:16,19,23
  90:12
**Public** 93:24 95:17
**pull** 30:10 74:19
**purpose** 22:24 53:3
**purposes** 43:11
**pursuant** 2:3,10 95:3
**put** 35:2 85:22
**P.C** 3:20

**Q**

**qualified** 8:22 19:14
  67:7
**quarter** 41:8
**question** 10:11 12:2
  15:12 19:15 34:22
  36:11 42:1 48:23
  72:19 86:12,13 87:3
  87:8,12,16 88:21
**questioning** 89:13
**questions** 64:13,13
  71:6 84:3,6 91:2,24
  92:2,3 93:16 96:18

**quick** 7:3
**quote** 30:9 47:13
**quotes** 19:7

**R**

**R** 16:8 31:2
**raised** 41:21
**rape** 12:10 14:7
  21:10 41:15 45:16
  48:12,19 49:19 52:2
  56:4,9 64:5,23
  65:12 75:13,14
  76:22 82:17
**raped** 64:18
**rapes** 43:8,15,17
**read** 16:5 18:17,19
  21:7 24:2 27:18
  30:24 37:10 41:12
  42:12 43:3 44:23
  45:5 47:20 75:16
  81:16 93:11
**reading** 85:10
**really** 11:19 87:15
**reason** 35:12,18
  45:11 54:3
**reasons** 88:7
**recall** 10:7 12:23
  21:14 23:18 45:10
  52:24 54:16,24 63:1
  64:20 65:3,6,7
  68:16 70:3,7,10
  72:11 75:7
**receipt** 7:8 49:1
**received** 58:17
**recertification** 8:2,21
  9:1
**recertified** 9:3
**recollection** 12:6
  20:22 21:1 26:20
  28:5,10 45:11 54:13
  56:9 63:20 68:4
  71:18,23 82:21
**recommendation**
  37:6 61:15
**recommendations**
  23:11 49:3,4 59:12
  61:9
**recommended** 36:24
  37:16 52:22,24

  61:11,14
**recommending** 48:18
**record** 11:4,11 20:2
  31:22 38:12 50:19
  60:14 61:13 70:20
  70:22 90:6 92:6
  96:23
**recorded** 11:13 12:6
  13:17 14:1,13,16
  15:15 28:20 60:13
**recording** 5:9 35:5
**records** 10:22 11:2
  23:19 32:2 40:8
  47:1 54:18 66:6
  69:1 72:13 86:14,18
  91:12
**rectal** 25:11 26:9,15
  40:14 51:22
**rectum** 40:6,10 60:8
**red** 17:1 66:11,14,18
  67:1,4 72:6
**redness** 17:11
**reduced** 94:19
**refer** 22:22 67:19
  80:7 83:17 84:2
  86:24 87:24
**reference** 21:16,17
  46:3,10 47:22 68:20
  74:17 76:13,19,21
  77:21 81:16 83:22
  84:9 86:5 88:16
**references** 11:5 12:17
  89:10
**referencing** 84:5
**referral** 46:1,8
**referred** 21:16 46:6
  84:22
**referring** 15:5 45:19
  89:6
**refers** 83:21
**reflect** 13:5 16:14,15
  20:7 23:19 34:6,11
  35:9 37:14 40:24
  43:9 44:7 50:2 52:8
  58:19 60:23
**reflected** 60:16
**reflecting** 44:16
  50:23 56:19

**reflection** 11:19
**reflects** 12:22 22:8
  58:15
**refused** 21:20 37:16
  40:12
**refuses** 37:15 43:24
  51:13
**refuse's** 37:13
**refusing** 40:14 44:3
  51:16,17,19,21
**regard** 8:13,14 15:19
  16:22 23:8 24:17
  25:13 26:9,15 32:17
  34:9 38:22 39:4
  41:13 42:24 47:6,21
  55:2 56:1,16 62:15
  62:16
**regarding** 43:7,14
**regards** 62:13
**regular** 14:11 36:21
**rehab** 54:8
**relate** 19:13 25:8
  32:10,14 76:16
**related** 29:9 49:17
  51:24 56:3 87:11
  95:7
**relating** 10:22 50:7
  56:8 76:14 90:11
**relation** 17:3 20:23
  35:3 39:19 51:4
  63:3
**released** 64:19
**relevance** 65:2
**relied** 13:19
**rely** 83:5 86:9,14,19
  86:23 87:12 88:5
**relying** 89:3
**remember** 45:19
  52:17 62:14 89:13
**remove** 90:8
**rendered** 10:5
**repeated** 89:12 90:6
**rephrase** 24:16 34:24
  48:23
**report** 15:19 17:14
  17:20 31:24 35:13
  43:23 45:23 46:3,15
  46:22 47:5,19,20,22

JACQUELINE WALKER, M.D.

49:1,6 50:17 51:11
56:11 58:8 61:7
64:17 68:22 69:3,6
69:6 80:8,16 87:24
88:5 89:21
**reported** 2:22 18:8
24:6 29:22 30:11
31:7 34:16,18 35:3
36:4 37:9,11 38:15
42:13 45:5,12,13
46:13 51:12 53:16
54:4 66:1 69:15,20
82:4 83:2 84:12
91:9 94:17
**reporter** 2:7 6:4
32:24 81:5 93:14
96:22
**reporting** 30:14
48:19 77:6 79:5
**reports** 68:18
**represent** 6:13 64:12
**Representing** 3:4
**request** 11:2 36:22
62:22 63:3,21
**requests** 62:16,19
**require** 8:20
**requires** 7:24 8:1
**reserve** 92:7
**reserved** 94:24
**residency** 7:10
**resolved** 47:17
**respect** 6:23 8:11
17:14,20
**respective** 95:1 96:17
**response** 11:1 78:24
**responsible** 55:13,13
**rest** 14:17
**result** 49:3 65:11
**results** 14:20 16:15
21:12 40:10
**return** 21:11,11
96:16
**review** 44:19 72:13
96:13
**reviewed** 23:23 41:3
**revisit** 43:6
**rheumatologic** 85:21
86:1

**rheumatologist** 85:7
86:1
**RICHARD** 1:12
**Riggio** 1:20 3:8 5:21
6:13 10:6,7,23
11:24 12:23 13:5,16
16:16 17:13,20 18:8
23:21 24:6 28:19
33:12 34:7,16 35:3
35:9 38:16 40:13,17
41:1 44:2,8 45:19
47:3,6 50:3 52:5
53:24 57:15 58:20
60:23 62:13 63:20
64:17 65:9,16,20
67:9,22 68:7,11,22
69:2,8,9,15,20,24
70:4,8,11 71:6,8,16
71:21 72:9,14,15
73:15,23 74:10 75:1
75:12 77:6,14 78:21
79:8 80:3 81:8
82:13,16,23 83:5,10
84:12,15 85:2 86:11
87:1,10,14 88:6,10
88:12,17 89:16,18
90:10,19,20 91:6,16
**Riggio's** 22:9 37:2
38:13 40:10 54:14
62:15 67:5 69:3
72:2 73:7 75:11
78:10,13,24 79:15
**right** 7:2 10:15 12:11
13:8,23 15:17 16:9
16:12 17:4 18:6
19:4 22:12,13,21
23:18 25:7,23 26:3
26:7 27:12 31:11
33:15 34:9 35:23
38:2,15,18,22 41:5
41:8,12 43:20 44:18
46:21,23 51:10,16
51:17 52:5 56:23
57:16 59:6,12 60:9
61:20 65:14,23 66:5
69:4,13,16,21 71:14
72:6 73:5,24 74:5
74:15 75:2 76:4,10

77:22,24 79:5,9,12
79:16,20 80:3,11
81:13,20 82:4,14,24
83:3,6 84:13,23
86:15 90:2 91:3,23
**right-hand** 14:8
17:18 19:19 35:8
41:8 83:15
**right-lower** 31:2
**RITA** 1:9
**rkiley@bollingertr...**
3:7
**road** 2:9 5:10 8:23
94:7
**ROBERTS** 1:7
**room** 17:22
**routine** 23:7,10
**RPR** 2:22
**Rules** 2:3
**Rush** 47:14 88:14
**Russell** 3:2 5:17
**russell@loevy.com**
3:4
**R-A-P-E-S** 43:17

─────────

**S**

**S** 4:13
**SAITH** 92:8
**saw** 17:10 18:24
47:13 56:12,13
57:15 88:13
**saying** 47:23 76:17
80:20
**says** 11:6 12:10 14:3
14:24 15:1,1,6
17:24 19:20 21:9
24:24 28:23 29:14
31:1 32:18 33:7,16
33:21 43:5,20 48:7
52:12 54:5 57:21
58:6 59:11,12,14
74:18 76:9 78:20
82:1
**SCAHILL** 3:12
**scan** 18:1
**scanned** 53:21
**school** 7:3,9
**scope** 60:7

**scratch** 34:12
**scratched** 66:23
**screen** 59:21,23 60:1
61:18,20
**screening** 23:3 51:14
51:21 61:17
**seal** 95:10
**second** 19:23 20:1
43:1 47:21,23 50:7
57:6 58:22 74:12
**secondary** 20:10,14
20:16 21:10,13
**section** 14:9,12 15:17
17:24 26:22 30:15
37:9 38:19 39:24
40:1 45:3 50:10,18
53:9 55:3 58:6 59:4
59:20 61:9
**secure** 96:12
**see** 11:7 16:3,22
19:20 21:5 23:22
25:9 26:23 27:8
28:14,23 29:19
31:12 32:12,20
33:10 34:4,5 40:6
41:9 44:20 46:4,9
46:15 47:18 48:1,9
48:14 50:13 52:15
53:11 55:5,19 59:4
62:2 68:10 74:19
77:18,19 78:4,20
81:8 83:16 88:11
89:5
**seeing** 24:3 31:16
42:20,22 81:10
**seen** 11:24 17:21 38:7
91:12,16
**self-report** 77:8
78:14,16
**sense** 11:18
**sensitivity** 68:8
**sent** 46:19,22
**sentences** 46:18
76:22 86:10,23,24
87:13,23 88:2
**September** 12:1,5
13:6 22:9 30:12
65:16 67:10,23

JACQUELINE WALKER, M.D.

68:11 69:9,23 70:6
70:9 72:5 74:8,9,11
74:14 75:2
**sequence** 38:1
**SERGEANT** 1:10,13
1:15
**sergeants** 3:15,19
**serious** 48:3
**serous** 48:3
**Services** 5:6 96:1
**set** 95:9
**Setina** 96:22
**setting** 11:20
**seven** 8:2
**sexual** 33:22 67:2
68:13,15
**sheet** 53:20
**sheets** 96:11,14,14,16
**Sheriff's** 1:13,14,15
1:16,18 3:19 5:18
5:19
**Shorthand** 2:7 93:14
**shoulder** 18:1
**shoulders** 44:22
46:11 84:17
**shrinkage** 78:3
**side** 14:8 15:18 25:10
91:5
**sight** 24:18
**sigmoidoscopy** 60:4
60:6
**sign** 35:19
**signature** 11:14
14:18 41:4 44:15
94:23 96:11,12,13
96:15,16,22
**signed** 96:14,15
**Sincerely** 96:20
**Sinemet** 47:15
**single** 43:3
**sit** 11:23 20:21 26:20
49:20 67:14
**situation** 22:3
**size** 66:12
**skin** 25:21 40:1 91:7
**skip** 44:5
**sleep** 15:18,20 35:22
35:24 70:9,12 79:5

83:3
**Sleeping** 29:13
**Sleeps** 35:21
**slight** 30:18
**small** 16:7,9,23 17:1
17:10 18:23 31:3
34:12 66:11,14,18
66:24 67:1,4
**smear** 22:22 23:1,20
28:2 37:1 44:3
51:17
**smears** 23:7 36:21
37:1
**smoker** 43:20
**socially** 14:10
**somebody** 80:13,24
89:22
**somebody's** 66:19
**son** 81:18,23 82:2,4
**sorry** 35:18 47:11
57:18 62:21 74:9
76:4 82:8 83:13
85:5 91:19
**sort** 11:18 15:9 55:7
**South** 2:8 3:9,13 5:10
94:6
**SP** 76:5
**space** 51:1,9,10
**speaking** 11:13 21:18
43:12,14 75:8 80:15
**specialist** 3:24 5:5
45:20 84:22
**specialize** 8:10
**specialty** 8:16
**specific** 23:9,9 30:7
30:16,20 49:1 62:16
63:21
**specifically** 13:24
29:9 42:5 68:19
88:1
**speculation** 73:19
**spent** 21:17
**spine** 26:2 48:8 49:11
49:22
**spoke** 75:4
**spontaneously** 41:22
**spot** 72:6
**SS** 94:2

**staff** 14:19,21 62:20
62:23 83:4,14
**staff's** 29:18
**Stalf** 3:12 5:22,22
88:23 92:2
**standard** 67:13
**standpoint** 23:2
36:14
**start** 16:1 37:4
**started** 19:11 34:13
42:16,17 53:1 81:18
81:23
**starting** 27:14 30:23
54:8 85:4
**state** 2:8 6:14,17 94:1
**statement** 29:9
**statements** 8:13
50:22 64:22
**states** 1:1 2:4 5:14
20:10 93:2,15 94:9
**STATE'S** 1:17,20
**status** 21:9 34:20
75:18 76:6,8
**stay** 54:18
**staying** 78:22
**stenographically**
94:17
**stenosis** 47:24 48:17
49:22
**stent** 56:23 57:2,12
**stented** 61:3
**stimulation** 49:8
**stop** 36:17
**strain/muscle** 30:9
74:19
**Street** 3:2,6,13,17
96:1
**stress** 19:10,13 21:11
21:14,19 29:20,22
34:14,15 50:11,16
50:23 51:2,5,6,7
55:24 56:1,8,20
57:13 58:2,24 60:16
61:5 83:3 89:11
**strike** 25:14 55:1
74:9
**structure** 73:11
**study** 7:17 49:9

**stuff** 35:16
**subacute** 85:9
**subject** 14:3
**submit** 96:13
**subpoena** 11:2
**subpoenaed** 58:17
**SUBSCRIBED** 93:20
**subsequent** 7:16 84:7
**subsequently** 7:9
**Sue** 5:21 6:13 10:23
11:24 12:23,23 13:5
18:8 22:9 33:12
37:2 45:19 48:18
52:17
**suffering** 68:23
**suggesting** 80:19
**suit** 95:7
**Suite** 3:2,6,9,13,17,21
5:7 96:1,5
**summary** 75:6
**supplement** 52:22
57:23
**supplementing** 79:19
**sure** 8:21 12:3 62:21
83:21 84:1 85:6
87:20
**surgical** 78:6
**surrounding** 54:14
**Susan** 1:20 3:8 10:6,7
28:7
**suspect** 50:22
**swear** 6:5
**sworn** 6:6,9 93:20
94:14
**SX** 14:5 19:2,4 28:23
29:3
**symbol** 16:9
**Symptom** 29:4
**symptoms** 14:6 18:24
19:5,7,9 29:4,4,7,11
29:15 47:17 85:3,13
90:11
**system** 44:19 53:22

---

**T**

**T** 4:13
**take** 8:24,24 19:18
22:7 23:20 25:8,15
26:1 28:12 32:8

JACQUELINE WALKER, M.D.

34:1 37:8 38:2
44:11 45:2 49:24
50:5 52:7 53:23
59:2 60:22
**taken** 2:6 5:10 57:2
93:12 96:7
**talk** 21:22 67:10
**talked** 20:23 36:20
61:4
**talking** 10:4 45:16
**talks** 54:7
**techs** 62:20
**teeth** 68:1,2,9 70:1,12
**telephone** 11:12
**tell** 8:14 11:9 18:14
19:24 21:14 22:14
22:24 30:24 31:15
31:18,21 32:9 34:10
38:3 50:15 54:4
65:10 68:12 70:4
71:16,21 76:5 87:24
**telling** 35:5 36:10
64:20 70:23 82:14
**tells** 16:19,20
**temperature** 14:4
**template** 90:7
**ten** 8:2
**tenderness** 12:15
30:18 76:10,13,20
**terms** 15:8 17:8 18:8
25:4 26:11 29:22
51:16
**Terrific** 25:7
**test** 22:4 23:3 48:13
49:6,8,13 85:15
**testified** 6:9
**testify** 94:14
**testimony** 94:16,21
95:9
**testing** 51:15
**tests** 25:13
**Thank** 7:22 9:10
14:22 18:6 25:7
47:11 57:18 64:6
77:10 84:8
**therapist** 42:20,22
**thereof** 95:8
**thin** 52:19 79:22,23

80:14
**things** 12:22 18:15
25:22 40:2 51:23
61:10,10,24 70:19
86:17
**think** 22:4 24:18 32:6
51:8,8 53:24 63:7
64:4 76:15 88:15
90:9
**thinking** 88:12
**third** 17:23 59:3 61:7
**THOMAS** 1:7,19
**Thompson** 3:20 6:2,2
92:1,7 96:4,9
**three** 29:3 35:13 37:7
37:15 86:10,23
87:13,18,21,23 88:2
89:6
**tightness** 17:17 77:7
**time** 2:9 5:11 7:13,16
8:8,21,21 10:6
21:18 27:2 32:14
36:24 55:23 58:8
62:5 63:3,4,14,17
65:19 67:8 69:12
70:17 71:16 74:4
79:11,18 83:2 84:3
90:23 91:2 92:5
**tingling** 46:10,13
84:16
**tired** 35:19
**tissue** 80:14 85:14
**tissues** 78:4
**tobacco** 35:24 83:14
**today** 11:23 20:21
26:20 49:21 70:19
**today's** 92:4
**told** 15:13 16:19
17:16 28:6 41:19
47:14 65:4,13 72:9
73:16 82:12,16
**tolerate** 20:19 51:14
**tooth** 31:9
**top** 10:11 24:22
28:13 77:4 81:24
**topic** 81:14
**to-wit** 94:5
**track** 55:15 70:16,24

**tracking** 24:10 55:12
**training** 6:24 7:18
8:3
**transcribing** 70:18
**transcript** 93:12,15
94:21 96:10,13,14
**Transcription** 94:20
**trauma** 45:14,15
51:14 52:1 66:22
**traumatic** 48:12
**treat** 54:19 63:22
72:24 77:13,14
86:11,19 87:1 89:5
**treated** 17:21 78:9
85:20
**treating** 24:19 55:13
61:24 83:5 85:8
87:5,10 89:15
**treatment** 10:5,23
12:21 34:20 35:6
47:3,7 63:4 64:16
72:14 86:15 87:14
88:6,8,9,18
**tremor** 19:8,8
**tremoring** 19:10
**tremors** 19:12
**trouble** 45:8 78:21
82:7
**true** 11:17 30:21
33:13 40:3 44:13
55:14 73:1 81:3
90:14 94:20
**truth** 94:14,15,15
**try** 53:4 57:22 70:15
70:22 75:8 90:8
**trying** 36:17 87:16
**turn** 13:3 65:14 69:7
71:2 73:22 74:21
81:13 82:22 83:8
90:16 91:15
**turning** 86:3
**two** 13:8 18:19 19:6
20:12 21:11 24:2,22
25:3 30:24 34:10
42:18,18 44:5,24
46:18 48:6 76:16,21
81:18
**two-line** 21:7

**TX** 12:20
**type** 40:18 42:4 51:9
66:22
**typed** 50:11 59:3
**typewriting** 94:19
**typically** 20:18 21:17
21:22 22:2 25:17
27:23 36:16,22 37:6
50:19 63:9 69:5
75:7,22 78:4
**typing** 50:24

U

**Uh-huh** 74:1,13
80:22
**ultimate** 49:3
**Um** 77:18
**undergoing** 35:6
**underlying** 80:11,21
81:1
**underneath** 14:18
18:3 39:24 42:21
82:1
**understand** 37:1
48:16 51:4 70:21
72:19 85:10 86:12
87:10,15,19
**understanding** 15:4
15:7 28:7 31:6
32:22 33:12 34:19
35:1 36:13,15 48:24
49:16 53:2 56:2
57:1 60:7 63:19
64:4 76:12
**understands** 46:20
**understood** 52:1
**underweight** 62:1
**undetermined** 94:8
**United** 1:1 2:4 5:13
93:2 94:9
**University** 7:8
**UNKNOWN** 1:17,18
**unnecessarily** 32:6
**upper** 14:2,23 15:18
35:23 41:8 44:19
53:7 83:15
**urinalysis** 14:15
**use** 87:17

JACQUELINE WALKER, M.D.

usual 21:18
uterus 75:22

**V**

vaganitis 78:1
vagina 27:1,23 39:10
 71:11
vaginal 17:10 38:19
 78:4
vaginitis 78:2
Varies 36:2
various 66:20,21
 84:16
VEDRINE 3:20
vehicle 18:11,15,22
versus 5:12
victim 12:10 14:7
 68:13,14 75:13
Video 3:24 5:5
videographer 5:4,8
 6:4 92:4
view 23:13
visit 13:5 22:9 23:23
 28:20 34:7,9 35:9
 35:12 39:21 40:24
 41:16 43:11 44:5,7
 44:11,12,12,16 50:2
 50:6,8 52:8 53:24
 57:5,15 58:20 59:3
 60:23 61:2 65:16
 67:22 69:8,23 70:6
 70:9 71:13 74:8,11
 74:14 79:7 80:2
 82:23 83:20 84:4,15
 90:7,20
visiting 88:17
visits 58:15,16 84:7
vitae 6:21
Vlahakis 3:16 5:18
 5:18 88:22
volunteered 42:8,9
vs 1:6 93:8 96:6
vulva 27:1 71:10

**W**

Wacker 3:9,21 96:5
wait 15:1 81:5
Walker 2:2 4:5,17
 5:1,10 6:3,7,15,19

11:15 93:19 94:7
 96:8
WALSH 1:11
want 20:20 21:22
 26:21 28:6 32:3
 39:22 63:9 77:19
wanted 28:8 51:4
wanting 20:24
wasn't 37:19 53:5
 63:23 79:4
way 15:9 45:18 46:19
 47:2,19 49:17 73:4
 77:18 80:3 87:1,14
 88:19 95:7,8
weak 35:21
week 14:10,11 42:14
weekly 36:6
weeks 21:11 42:18,18
 81:18
weight 14:4 15:9,14
 38:13,15 52:18,19
 65:22 69:12 70:5
 74:4 79:11,15,20
 91:21
well-being 90:2
went 66:2 74:7,10
 75:13
weren't 79:18 85:13
 87:10 89:3
West 3:6
Westchester 2:9 5:11
 94:7
We'll 92:7
we're 22:22 55:10
 65:6
we've 38:7
whatsoever 68:9
 87:14
WHEREOF 95:9
whoops 85:5
witness 4:3 6:5,6,8
 15:13 22:2 65:3
 72:19 73:20 87:5
 89:1 94:13,17,18,22
Wolf 2:8 5:10 94:6
woman 37:2 38:8
 79:23
woman's 39:10

word 11:6 12:18 16:1
 19:19 22:21 25:10
 26:14 27:14 28:1
 29:19 30:23 35:18
 37:14 39:8,11,15,18
 43:17,20 50:11,16
 50:23 51:5 55:19
 59:7 61:24
words 14:7,9 16:5
 21:15
work 49:9
working 9:24 55:8
 57:10,11
worse 29:7,15
wouldn't 67:7
write 22:17 26:6 30:7
 30:16 53:19 59:10
 75:5,8 76:4
writes 47:12
writing 21:13 27:16
 50:24
written 14:10,20
 17:16 26:13 31:13
 39:8,15 41:10,13
 42:21 49:5 75:17
 81:24 82:2,20 83:13
 83:14 86:9,18 88:13
wrote 12:24 14:6
 22:14 27:18 29:15
 30:9,18,21 31:15,19
 33:23 40:12 41:14
 42:14 43:18,22
 44:23 76:8 81:22

**X**

X 4:1,13 39:9,12 79:1
x-ray 18:1

**Y**

yeah 36:15 38:6
 46:24 51:8 63:15
 67:16,17 71:1 81:19
 82:11 83:21 85:4
 88:15 90:13,15
year 7:21 37:20
years 8:2,22 18:22
 22:16,17,18 37:7,7
 68:15
yeast 12:17

**Z**

zero 20:12 33:24

**0**

02 14:7
03 24:24
084-004266 2:23

**1**

1 4:18 6:20 16:8 36:4
 42:11 50:1 81:14
1st 9:16
1-3 5:2
1/30/03 24:24
10 3:9
10I 33:21
10th 82:2 84:4,4
100 3:2
104 14:4 15:1,2,15
 65:23 74:7,10 79:15
108 69:12 74:8,11
11 55:22
11:21 92:5
110 79:11
112 74:4,15 79:16
 91:22
12 33:23
13 90:20
13th 13:6 35:10 52:8
 65:16 67:10,23
 68:12
14-CV-02 5:15
14-CV-02945 1:6
 93:8 96:7
15 58:5 79:8
15th 34:3 57:16
16 57:18
17 58:4
1700 3:13
19 57:5
1993 7:6,9,15
1996 7:15 8:9 10:3
1999 7:21

**2**

2 4:18 10:13,17,21
 21:4,9 61:2 65:15
 68:20 80:5 90:17
20 3:13 57:7 68:15

JACQUELINE WALKER, M.D.

**20th** 50:3 51:11
**200** 5:6 96:1
**2002** 12:1,5 13:6 22:9
  22:18 65:16 66:5
  67:10,23 68:12,13
  69:9,23 70:6,9 72:5
  74:11,14 75:2 79:14
**2003** 25:9 28:13
  29:23 32:10 71:14
  71:21 73:24 74:8,15
  77:7,17 78:17 79:4
**2004** 34:3 79:8,14
  81:7
**2005** 91:16
**2007** 81:7
**2008** 9:6
**2009** 35:10 37:3,4,5
  80:3
**2010** 38:11 40:13,22
  41:16 82:24 83:20
  84:5
**2011** 44:8,13 45:6,24
  46:23 68:2 83:11,23
**2012** 50:3 51:11 52:9
  90:21
**2013** 54:1,15 56:14
  57:6 63:13
**2014** 9:16 57:16 58:5
  58:20
**2015** 5:8 60:24 91:18
  91:19 93:14,22 94:5
  95:11 96:4,7
**22** 56:13
**2200** 3:21 96:5
**222** 3:17
**23** 56:18
**23rd** 41:9,13,14 57:6
  82:17,20
**2300** 3:9
**24** 56:18 83:11
**24th** 44:13 82:19
  83:23
**2430** 3:6
**2434** 2:8 5:10 94:6
**26** 44:8 91:16
**26th** 60:24
**27** 14:23 53:24 54:11
  55:4

**27th** 22:9 69:9,23
  70:6,9
**29** 96:7
**29th** 5:8 93:14 94:5
**2900** 5:7 96:1

**3**

**3** 4:19 24:1,2 31:12
  58:13 69:17 91:15
**3rd** 12:5 45:24 46:23
  75:2
**3/30/2007** 37:23
**30** 24:24 25:9 32:10
  52:7
**30th** 28:13 29:23
  32:15 71:14,20
  73:24 77:17 78:17
**300** 3:17
**31** 53:6 90:16,23
**312** 3:2
**312.243.5900** 3:3
**312.466.0040** 3:7
**312.578.0049** 3:22
**312.580.1030** 3:14
**312.627.2102** 3:10
**312.704.3000** 3:18
**34** 50:1
**35** 50:6,10
**36** 10:18 11:6 12:7
  74:22
**37** 13:4,9,13 15:23
  65:15
**38** 13:9,13 14:15,18
  19:18 68:19
**39** 22:8,8 69:7

**4**

**4** 37:9,11 42:24
**4th** 58:20
**4/10** 83:13,14 84:2
**40** 24:22,23 25:3,15
**41** 24:22 25:3,8 26:1
  26:10 27:13 71:3
**42** 28:12 31:12 73:22
  77:16,21
**43** 32:8,17 78:13
**44** 32:9 33:21
**45** 34:2 79:7
**46** 35:8 80:1

**47** 37:18

**5**

**5** 4:18,18,19 14:7
  31:18
**5D** 32:18,18 33:7
**5J** 78:20
**50** 38:3 43:2,5,11
  46:9
**500** 3:6
**51** 40:21 42:11 81:14
**53** 82:22
**54** 44:6
**55** 44:11 46:9 83:8
  84:9

**6**

**6** 4:7 40:21 43:19,23
**6th** 38:11 84:5 95:10
  96:4
**60601** 3:21 5:7 96:5
**60601-1014** 96:2
**60601-1081** 3:17
**60603** 3:13
**60606** 3:10
**60607** 3:3
**60661** 3:6
**64** 4:7

**7**

**7th** 54:1,15 56:14
  82:24 83:19

**8**

**80** 85:5
**88** 45:19 46:15 86:3
**89** 47:22

**9**

**9** 56:22
**9/13** 23:24
**9/27** 23:23
**9/3/02** 11:6
**9:13** 19:20,23
**9:38** 2:10 5:11
**91** 60:22 91:17
**92** 61:2
**93** 61:8
**9345** 5:16

**94** 61:22
**95** 15:6,14 66:2
**96** 58:19
**97** 38:17 58:22
**98** 59:2 60:20