To WHOM IT MAY CONCERN:

— I met with this client ONE session AND referred her to a therapist of her choosing. I had no more contact with this client — Sincerely

M. Sullivan

EXHIBIT 15    AB

Plaintiff 014575

CONFIDENTIAL

**Michael C. Sullivan, MS, CADC, LCPC**
Psychotherapist

### PROGRESS NOTES

| Date | |
|---|---|
| 6/3/02 | Initial therapy session: Clt presents w/ severe anxiety w/ very sad mood/depression following a sexual assault at her work place. Clt reports assault happened in early hours of her work day – Clt informed to disclose only what she is able to verbalize as not to recreate psychological imprint of the incident – Clt appeared shaken, nervous, embarrassed, guilty of not being more aware of her surroundings – Clt clearly appeared to be suffering from acute PTSD. – Clt was asked by this writer if she would feel more comfortable speaking w/ a female therapist – she agreed that would be more comfortable for her. Clt was given some names of female therapist as a referral for further counseling ——— M. Sullivan MS/CADC |

A1

Plaintiff 014576