(index.html)

Creative Initiatives (creativeInitiative.html) | Advocacy (advocacy.html)
Newsletter Archive (newsEvents.html) | Contact (contact.php)

Enter search ter

#LEAP  Lived Through This  About  Writing Workshop  Speakers Bureau

Give (give.html)

HOME (INDEX.HTML) / LIVED THROUGH THIS (LIVEDTHROUGHTHIS.HTML) / AUTHOR BIO

# Anne K. Ream Bio

Select Language ▼

(http://twitter.com/#!/VoicesandFaces) (http://www.facebook.com/TheVoicesandFacesProject)



*Anne K. Ream 2016* | photo: © Lynn Savarese (http://www.lynnsavarese.com/homepage-2)

Anne K. Ream is a Chicago-based writer and the founder of The Voices and Faces Project (http://voicesandfaces.org/) , an award-winning storytelling project created to bring the testimonies of survivors of gender-based violence to the attention of the public. She is the Founding Co-Chair of World Without Exploitation (https://www.worldwithoutexploitation.org/), the national coalition to end human trafficking.

The author of *"Lived Through This: Listening to the Stories of Sexual Violence Survivors"* (Penguin/Random House), the critically praised memoir of her multi-year, multi-country journey spent listening to the stories of victims of sexual violence and trafficking, Ream's writing has been featured in the *Chicago Tribune*, the *Los Angeles Time*s, The *New Republic*, The *Washington Post*, and numerous other publications.

A passionate believer in media as a tool that can create social change, Ream is the cofounder and workshop facilitator for "The Stories We Tell," North America's first testimonial-writing program for survivors of gender-related violence, a founding board member at Art Works for Change (http://www.artworksforchange.org/), which produces contemporary art exhibitions that address issues such as social justice, human rights, gender equity, and environmental sustainability, and a national co-chair of CounterQuo (http://www.counterquo.org/), a US-based initiative created to challenge legal and media responses to violence against women. Ream also serves on the advisory council of the largest anti-sexual assault organization in the United States, RAINN.

Ream is the recipient of numerous awards for her work on behalf of women and girls, including the Susan Estrich Courage Award, the End Violence Against Women International Visionary Award, Soroptimist International's "Women Making a Difference" Award, and the National Sexual Violence Resource Council's Visionary Voice Award, which was presented to her at a 2011 Clinton Presidential Center Ceremony (http://voicesandfaces.org/emails/jun2011/index.html). Ream has been named one of *People Magazine*'s " Heroes Among Us," and was recognized by the

EXHIBIT 17

Chicago Tribune (http://articles.chicagotribune.com/2006-05-30/news/0605300281_1_gay-games-chicago-s-top-chicago-today)," in an a article that highlighted the leaders and opinion shapers who "make the city great" while doing work that makes an impact on a national and international level.

Watch Anne K. Ream's Clinton Presidential Center talk, featuring stories from "Lived Through This." » (https://www.clintonschoolspeakers.com/content/new-rules-radicals)



(https://www.clintonschoolspeakers.com/content/new-rules-radicals)

## Sign up for our newsletter

Keep up-to-date with the latest news and updates by subscribing to our newsletter.

Enter your email address        Subscribe

### Select Press

■ Testimony and Change: Spargo, Ream and The Voices and Faces Project in The Guardian. (http://voicesandfaces.org/press-guardian.html#.VjkhAWSrQ19)

■ Creating Change in Canada: Talking about our testimonial writing workshop on the CBC (http://voicesandfaces.org/press-cbc-stories-we-tell.html#.VjkhS2SrQ1-)

■ Chicago Tribune: '*Lived Through This*' book gives rape survivors a voice (http://voicesandfaces.org/new/press_nov2014.html)

■ "Giving Voice to Survivors" stories of truth and hope (http://voicesandfaces.org/press-cbc-lived-through-this.html#.VjkjBWSrQ18)

■ "Visionary" voices speak from insight, experience (http://www.lovelycitizen.com/story/1726679.html)

■ Chicago's Top 40 (http://articles.chicagotribune.com/2006-05-30/news/0605300281_1_gay-games-chicago-s-top-chicago-today)

### Contact Us

As advocates who speak out against sexual violence, we are deeply committed to our cause and appreciate your interest in contacting us.

47 W. Polk St # 170 Chicago, IL 60605

info@voicesandfaces.org (mailto:info@voicesandfaces.org)

© 2017 Voices and Faces Project. All rights reserved. Privacy Policy (privacy_policy.html)

About (misson.html) | Writing Workshop (writingWorkshop.html) | Speakers Bureau (speakersBureau.html) | Give (give.html)