# Rachel Kiley

**From:** aandmore@aol.com
**Sent:** Thursday, April 30, 2015 6:44 PM
**To:** Rachel Kiley
**Subject:** Fwd: Msg. from Sue Riggio

-----Original Message-----
From: aandmore <aandmore@aol.com>
To: jake.rubinstein <jake.rubinstein@mbtlaw.com>
Sent: Wed, Sep 11, 2013 11:21 am
Subject: Msg. from Sue Riggio

Jake,

Please sleep well every night knowing you put a rapist in jail. I swear on my mother's grave, I was a victim. You know the legal system much better than I. The only thing some have told me is that his release could be a political agenda - pressure or a feather in someone's cap.

I know we probably can't talk but I want you to know this from me.

Blessings,
Sue

EXHIBIT 18

1