```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

CARL CHATMAN,                    )
    Plaintiff,                  )
    -vs-                         ) No. 14-CV-02945
CITY OF CHICAGO, et al.,         )
    Defendants.                  )

  The video deposition of JAMES PAPA, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts Pertaining to the taking of depositions, taken before Gina M. Callahan, Certified Shorthand Reporter for the State of Illinois, at 500 West Madison Street, Illinois, on June 9, 2015, at the hour of 10:11 a.m.

      (Proceedings concluded at 6:09 p.m.)

Reported by: Gina Callahan, CSR

License No.: 084-003623

1

EXHIBIT 22

```
1      A.    Did someone tell me that?
2      Q.    Yeah.
3      A.    Is that what your question is?
4      Q.    Yeah.
5      A.    Yes.  I might have learned it also in
6  post conviction petition.
7      Q.    By reading that same claim, right?
8      A.    Correct.
9      Q.    Okay.  And so that I take it was
10 something that you took some effort, whatever
11 degree, to investigate during your
12 investigation?
13     A.    I did not -- I think I might have been
14 provided or saw a document which showed -- I
15 think it was gambling at riverboats in a
16 particular year, but that's pretty much the
17 extent of the financial documents.
18     Q.    Well, you knew that in relation to the
19 Lovey firm, that they seek -- their history is
20 to seek the release of a convicted offender to
21 then seek a Certificate of Innocence and then to
22 file a lawsuit to recover money after that,
23 right?
24     MR. AINSWORTH:  Object to the foundation.
```

1  Object to the form of the question. Calls for
2  speculation.
3      MR. NOWINSKI: Right. All of those. Join.
4  BY MR. CONNOLLY:
5      Q. Did you know that? Did you have that
6  understanding of what that firm's history of
7  process was?
8      A. I don't.
9      Q. Okay. Let's talk about -- since you
10 brought it up, let's talk about the gambling
11 issue. What were you told to the best of your
12 recollection about some gambling issue relative
13 to the Riggios during your investigation?
14     A. Information that I learned in the post
15 conviction petition, the document that I'm
16 referring to, and I'm not sure what other
17 information I had about that.
18     Q. Okay. And what was the import of that,
19 that is, in terms of gambling, was that an
20 irrelevancy or was that something that you felt
21 you needed to inquire about or investigate
22 about?
23     MR. NOWINSKI: Hold on one second. Can you
24 repeat that to me? Can you read back the