### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CARL CHATMAN, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>CITY OF CHICAGO; *ET AL.,* )<br>)<br>Defendants. ) | No.   1:14-CV-02945<br><br>Honorable Judge John Z. Lee |

### DEFENDANT SUSAN RIGGIO'S NOTICE OF CONSTITUTIONAL QUESTION
### PURSUANT TO FED. R. CIV. P. 5.1

Defendant, SUSAN RIGGIO, by her attorneys, BOLLINGER CONNOLLY KRAUSE, LLC, files a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1.

### CONSTITUTIONAL QUESTION

Whether 735 ILCS 5/2-702 is unconstitutional as applied to the unique facts of this case where Plaintiff, (Carl Chatman), intends to admit his certificate of innocence into evidence in the above-captioned lawsuit against a victim, (Susan Riggio), as finding of facts that (1) he is innocent and (2) she fabricated the rape when Riggio did not receive notice or have a voice at the 'hearing' on the certificate of innocence and did not have the ability to challenge it after the fact and her property interests are at stake as Chatman seeks both compensatory and punitive damages.

The paper that raises the constitutionality of 735 ILCS 5/2-702 as applied is Dkt. No. 667.

The State is not a party to this action.

Respectfully submitted,
SUSAN RIGGIO

/s/Jeremiah P. Connolly
_____
One of the Attorneys for SUSAN RIGGIO

Jeremiah P. Connolly/#03124158
Rachel D. Kiley/#6283247
BOLLINGER CONNOLLY KRAUSE, LLC
500 West Madison Street – Suite 2430
Chicago, Illinois 60661
(312) 253-6200 #48352

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of September, 2018, I electronically filed this document with the Clerk of the Court using the CM/ECF electronic system, and all counsel of record were served by CM/ECF – USDC.

                                      /s/ Jeremiah P., Connolly