IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Carl Chatman,                          )
                                       )
                    Plaintiff          )        No. 14 CV 2945
                                       )
              v.                       )        Judge John Z. Lee
                                       )
City of Chicago, *et al.*,             )        Magistrate Judge Maria Valdez
                                       )
                    Defendants         )

**PLAINTIFF'S MOTION FOR LEAVE TO FILE APPENDIX AND
CERTAIN EXHIBITS UNDER SEAL**

Now comes Plaintiff, Carl Chatman, by and through his attorneys, Loevy & Loevy, and hereby respectfully submits this Motion for Leave to File Appendix to Plaintiff's Response to Defendants' Motion *in Limine* No. 2 and Certain Exhibits Under Seal. In support of this motion, Plaintiff states as follows:

1.      Plaintiff filed his Response to Defendant Officers' Motion *in Limine* No. 2, regarding whether certain other-acts evidence against the Defendant Officers, including Kriston Kato, should be admitted at trial. Dkt. 699.

2.      The appendix to Plaintiff's response contains is the same in substance as Dkt. 248-17 and its related exhibits, which was an exhibit to Plaintiff's response to Defendant Kato's motion for protective order, filed earlier in this litigation. When Plaintiff originally filed that appendix, with the exhibits (Kato's CR files containing complaints against him by persons who allege they were abused in custody), it was filed partially redacted and under seal.

3.      After litigation concerning Defendant Kato's CR in this case, CR # 296034, the Court ordered that that CR file and related documents should not be sealed. Dkt. 270.

4.     However, from Plaintiff's review of the docket, it does not appear that Dkt. 248

and its related exhibits, including all of the CR files referenced in Dkt. 248-17, were unsealed.

5.     After conferring with counsel for Defendant Kato, defense counsel wants Kato's

CRs filed under seal. Plaintiff disagrees with this position and believes that Kato's CRs should

not be filed under seal, for the same reasons that the Court unsealed the CR # 296034 in this

case.

6.     Thus, Plaintiff seeks to file the appendix and Kato's CRs under seal temporarily,

since Plaintiff's responses to the motions *in limine* are due today. Plaintiff will then file a motion

for those documents, along with Dkt. 248 and all its exhibits, to be unsealed.

WHEREFORE, Plaintiff seeks leave to file his Appendix to his Response to Defendants'

Motion *in Limine* No. 2 and certain exhibits under seal, temporarily.


Respectfully submitted,

/s/ Elizabeth Wang
Attorney for Plaintiff

Arthur Loevy                                    Elizabeth Wang
Jon Loevy                                       LOEVY & LOEVY
Russell Ainsworth                               2060 Broadway, Ste. 460
LOEVY & LOEVY                                    Boulder, CO 80302
312 N. May St., Ste. 100                        (720) 328-5642
Chicago, IL 60607
(312) 243-5900

## <u>CERTIFICATE OF SERVICE</u>

I, Elizabeth Wang, an attorney, certify that on September 13, 2018, I filed the foregoing

Motion for Leave to File Under Seal using the Court's CM/ECF filing system, which effected

service on all counsel of record.

/s/ Elizabeth Wang
One of Plaintiffs' Attorneys