Carl Chatman, et al.
                          Plaintiff,

v.                                             Case No.: 1:14–cv–02945
                                                        Honorable John Z. Lee

John Roberts, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 8, 2018:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 11/8/18. Agreed motion for good faith settlement [727] is granted. The Court finds that the settlement is fair and reasonable. Counsel should submit a proposed order to the proposed order mailbox and contact the courtroom deputy when they have done so. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.